UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PENGCHENG SI<br><br>          Plaintiff,<br><br>v.<br><br>BED BATH & BEYOND<br>CORPORATION, et al.,<br><br>          Defendants. | Case No. 1:22-cv-02541-TNM |

NOTICE OF APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as substitute counsel for Pengcheng Si.

Dated: September 8, 2022.                    /s/ Steven J. Toll

                              Steven J. Toll, D.C. Bar # 225623
                              COHEN, MILSTEIN, SELLERS & TOLL PLLC
                              1100 New York Avenue NW, Suite 500
                              Washington, DC 20005
                              stoll@cohenmilstein.com
                              Tel: (202) 408-4646
                              Fax: (202) 408-4699