# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| PENGCHENG SI <br><br>               Plaintiff, <br><br>     v. <br><br> BED BATH & BEYOND <br> CORPORATION, et al., <br><br>               Defendants. | Case No. 1:22-cv-02541-TNM |

## NOTICE OF APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record

      I am admitted or otherwise authorized to practice in this court, and I appear in this case as

substitute counsel for Pengcheng Si.

Dated: September 8, 2022.

                                      /s/ Jan E. Messerschmidt

                                      Jan E. Messerschmidt, D.C. Bar # 1031488 <br> COHEN, MILSTEIN, SELLERS & TOLL PLLC <br> 1100 New York Avenue NW, Suite 500 <br> Washington, DC 20005 <br> jmesserschmidt@cohenmilstein.com <br> Tel: (202) 408-3644 <br> Fax: (202) 408-4699