UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENGCHENG SI ) | |
| ) | Case No. 1:22-cv-02541-TNM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BED BATH & BEYOND ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The undersigned, a pro se attorney in the above-captioned case, hereby advises the Court of the termination of his pro se status and hereby withdraws as counsel. Successor counsel at the firm of Cohen, Milstein, Sellers & Toll PLLC filed their notices of appearance on behalf of the plaintiff on September 8, 2022.

Dated: September 9, 2022

                                                                        Respectfully submitted,

                                                                        ___/s/_Pengcheng Si_____
Pengcheng Si

3712 Powell Lane
Falls Church, VA 22041
Tel:  (202) 505-4768
Fax: (202) 688-3892
Email: sipc.dcfiling@gmail.com
Plaintiff