UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PENGCHENG SI, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BED BATH & BEYOND CORPORATION, RYAN COHEN, RC VENTURES LLC, and JP MORGAN SECURITIES LLC, <br><br> Defendants. | Case No. 22-cv-2541 |

**MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND AMENDED COMPLAINT ON DEFENDANTS**

Plaintiff Pengcheng Si, by and through counsel, moves for an extension of time to serve summonses and the Amended Complaint on Defendants Bed Bath & Beyond, Ryan Cohen, RC Ventures LLC, and JP Morgan Securities LLC. On October 24, 2022, the Court entered a minute order noting that Plaintiff had not yet filed proof of service on each defendant and further ordered Plaintiff to do so by no later than November 21, 2022. For the reasons laid out in the attached Memorandum, Plaintiff requests a 30-day extension to serve the summonses and Amended Complaint on Defendants, until December 21, 2022.

Date: November 2, 2022

Respectfully submitted,

/s/ Steven J. Toll

COHEN MILSTEIN SELLERS & TOLL PLLC
Steven J. Toll
Julie G. Reiser
Jan E. Messerschmidt
1100 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
jreiser@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

*Counsel for Plaintiff and Proposed Lead Counsel for the Class*