UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PENGCHENG SI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BED BATH & BEYOND CORPORATION, RYAN COHEN, RC VENTURES LLC, and JP MORGAN SECURITIES LLC,<br><br>Defendants. | Case No. 22-cv-2541 |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND AMENDED COMPLAINT ON DEFENDANTS**

Plaintiff Pengcheng Si, by and through counsel, respectfully submits this memorandum in support of his motion for extension of time to serve summonses and the Amended Complaint on Defendants Bed Bath & Beyond, Ryan Cohen, RC Ventures LLC, and JP Morgan Securities LLC.

**STATEMENT OF RELEVANT FACTS**

On August 23, 2022, Plaintiff filed this action on his own behalf against Bed Bath & Beyond, Ryan Cohen, RC Ventures, JP Morgan, and Gustavo Arnal. In his initial complaint, ECF No. 1 ("Original Complaint"), Plaintiff stated that he would "engage counsels more seasoned and sophisticated in class and securities litigation." Original Complaint ¶ 14. In the following two weeks, Plaintiff engaged in discussions with counsel from Cohen Milstein Sellers & Toll PLLC concerning their prospective representation of Plaintiff and other members of the putative class. On September 8, 2022, attorneys from Cohen Milstein entered appearances on behalf of Plaintiff. On September 9, 2022, Plaintiff filed a Notice of Substitution of Counsel, advising the Court of the termination of his pro se status and withdrawal as counsel, and that successor counsel from Cohen Milstein had filed their notices of appearance on behalf of Plaintiff.

Over the next month, Cohen Milstein conducted an investigation of Plaintiff's claims, the allegations in the Original Complaint, and the underlying facts of this case. Cohen Milstein quickly realized the Complaint needed to be amended, that one of the defendants had died (believed to have committed suicide) and thus at least one of the named parties (if not more) would be changed. As a result, Cohen Milstein thought it prudent to wait to effectuate service until the Amended Complaint would be filed which Cohen Milstein knew would be quite different than the initial Complaint on file.

Based on its investigation, Cohen Milstein then prepared an Amended Complaint. The 96-page Amended Complaint is four times the length of the original complaint, includes extensive and more detailed allegations, adds additional claims and drops certain claims included in the Original Complaint, and drops as a defendant Gustavo Arnal, who died on September 2, 2022.

However, while the process of amending the Complaint was underway, on October 24, the Court entered a minute order noting that Plaintiff had not yet filed proof of service on each defendant and further ordered Plaintiff to do so by no later than November 21, 2022. On the evening of November 1, 2022, Plaintiff filed the Amended Complaint with the Court. On the morning of November 2, the Court entered An Order striking the Amended Complaint noting that Plaintiff is admonished to review the Standing Order as Plaintiff failed to attach a redline copy of the original Complaint as compared to the Amended Complaint. Plaintiff has now done that and refiled the Amended Complaint, accompanied by a red-lined version later in the day on November 2. Tomorrow, Plaintiff will file requests for summonses for Defendants Bed Bath & Beyond, Ryan Cohen, RC Ventures and JP Morgan.

After the Clerk of Court issues the requested summonses, Cohen Milstein will immediately endeavor to serve the summonses and Amended Complaint on Defendants and to complete service

by November 21, 2022, the current deadline for service under Federal Rule of Civil Procedure 4(m). Cohen Milstein anticipates, however, that it may be unable to complete service by November 21, given the ongoing and continuing challenges for effecting service on certain companies whose employees may be working remotely due to the Covid-19 pandemic. In an abundance of caution, Plaintiff thus requests a 30-day extension to serve the summonses and Amended Complaint on Defendants.

Date: November 2, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Steven J. Toll

　　　　　　　　　　　　　　　　　　COHEN MILSTEIN SELLERS & TOLL PLLC
　　　　　　　　　　　　　　　　　　Steven J. Toll
　　　　　　　　　　　　　　　　　　Julie G. Reiser
　　　　　　　　　　　　　　　　　　Jan E. Messerschmidt
　　　　　　　　　　　　　　　　　　1100 New York Avenue, N.W., Fifth Floor
　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　Tel.: (202) 408-4600
　　　　　　　　　　　　　　　　　　Fax: (202) 408-4699
　　　　　　　　　　　　　　　　　　stoll@cohenmilstein.com
　　　　　　　　　　　　　　　　　　jreiser@cohenmilstein.com
　　　　　　　　　　　　　　　　　　jmesserschmidt@cohenmilstein.com

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff and Proposed Lead Counsel for the Class*