## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| PENGCHENG SI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>BED BATH & BEYOND CORPORATION, RYAN COHEN, RC VENTURES LLC, and JP MORGAN SECURITIES LLC,<br><br>        Defendants. | Case No. 22-cv-2541 |

## [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND AMENDED COMPLAINT ON DEFENDANTS

Based on the pleadings on file, Plaintiff Pengcheng Si's Motion for Extension of Time to Serve Summons and Amended Complaint on Defendants, and GOOD CAUSE appearing therefor, the Court hereby orders as follows:

(1) Plaintiff Pengcheng Si's Motion for Extension of Time to Serve Summons and Amended Complaint on Defendants is GRANTED.

(2) Plaintiff shall file proof of service of the Amended Complaint on each Defendant by December 21, 2022.


**BY THE COURT:**


_____
Trevor N. McFadden
United States District Judge