# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| PENGCHENG SI, individually and on behalf of all others similarly situated,<br><br>                   Plaintiff,<br><br>   v.<br><br>BED BATH & BEYOND CORPORATION, RYAN COHEN, RC VENTURES LLC, and JP MORGAN SECURITIES LLC,<br><br>                  Defendants. | Case No.: 1:22-cv-02541-TNM |

# MOTION OF ALLEN GALLEGLY
# FOR APPOINTMENT AS LEAD PLAINTIFF AND
# APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable Trevor N. McFadden, at the United States District Court for the District of Columbia, located at 333 Constitution Avenue N.W., Washington D.C. 20001, Allen Gallegly ("Gallegly"), by counsel, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), will respectfully move this Court for an Order: (i) appointing Gallegly as Lead Plaintiff, (ii) approving Gallegly's selection of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") to serve as Lead Counsel for the class, and (iii) for any such further relief as the Court may deem just and proper. In support of this Motion, Gallegly submits its Memorandum of Law in Support of the Motion of Gallegly for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel, and the Declaration of Frederic S. Fox in Support Thereof.

This Motion is made on the grounds that Gallegly believes he is the "most adequate plaintiff" pursuant to the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Gallegly believes that he has the "largest financial interest" in the relief sought by the class in the above-captioned action as a result of the substantial loss he suffered on its purchases of Bed Bath & Beyond securities during the Class Period. Gallegly also believes that he otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of those of other class members and because he will fairly and adequately represent the interests of the class.

WHEREFORE, Gallegly requests that the Court: (1) appoint Gallegly as Lead Plaintiff in the above-captioned action in accordance with the PSLRA; (2) approve Gallegly's selection of Kaplan Fox to serve as Lead Counsel for the Class; and (3) grant any such further relief that the Court may deem just and proper.

Dated: November 7, 2022                    Respectfully submitted,

                                          */s/ Frederic S. Fox*
                                          Frederic S. Fox (D.C. Bar # 1014115)
                                          Donald R. Hall
                                          Pamela Mayer

1

Jason A. Uris
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
ffox@kaplanfox.com
dhall@kaplanfox.com
pmayer@kaplanfox.com
juris@kaplanfox.com

*Attorneys for Movant Allen Gallegly
and Proposed Lead Counsel for the Proposed
Class*

**CERTIFICATE OF SERVICE**

      I, Frederic S. Fox, hereby certify that, on November 7, 2022, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

                                               */s/ Frederic S. Fox*
                                               Frederic S. Fox