UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PENGCHENG SI, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BED BATH & BEYOND CORPORATION, RYAN COHEN, RC VENTURES LLC, , and JP MORGAN SECURITIES LLC,<br><br>　　　　　　　　　Defendants. | Case No.: 1:22-cv-02541-TNM |

**[PROPOSED] ORDER GRANTING THE MOTION OF
ALLEN GALLEGLY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL
OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

Having considered the Motion of Allen Gallegly ("Gallegly") for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel, the Memorandum of Law in Support of the Motion of Gallegly for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel, and the Declaration of Frederic S. Fox in Support of the Motion of Gallegly for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel, and good cause appearing therefor,

1. Gallegly's motion is GRANTED, and any competing motions are DENIED.

2. Pursuant to 15 U.S.C. §§ 78U-4(a)(3)(B), Gallegly is appointed to serve as lead plaintiff in the above-captioned matter and any subsequently filed or transferred actions that relate to the above-captioned action.

3. Gallegly's choice of Kaplan Fox & Kilsheimer LLP to serve as lead counsel for the proposed class is approved.

4. This Order shall apply to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court, and is consolidated with the above-captioned action.

IT IS SO ORDERED.

DATED: _____     _____
                                                      THE HONORABLE TREVOR N. MCFADDEN
                                                      UNITED STATES DISTRICT JUDGE