UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PENGCHENG SI, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>   v.<br><br>BED BATH & BEYOND CORPORATION, RYAN COHEN, RC VENTURES LLC, and JP MORGAN SECURITIES LLC,<br><br>                  Defendants. | Case No.: 1:22-cv-02541-TNM |

**DECLARATION OF FREDERIC S. FOX IN SUPPORT OF THE MOTION OF ALLEN GALLEGLY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

I, FREDERIC S. FOX, declare the following under the penalty of perjury:

1.  I am a partner with the law firm of Kaplan Fox & Kilsheimer LLP. I respectfully submit this Declaration in Support of the Motion of Allen Gallegly ("Gallegly") for: (1) Appointment as Lead Plaintiff; (2) Approval of Lead Plaintiff's selection of Lead Counsel, and (3) Granting such other and further relief as the Court may deem just and proper.

2.  Attached hereto are true and correct copies of the following documents:

Exhibit A:  September 8, 2022 Notice of Pendency of this Class Action on *Accesswire*;

Exhibit B:  Gallegly's sworn Certification pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit C:  Chart calculating the losses incurred by Gallegly prepared by counsel; and

Exhibit D:  Firm resume of Kaplan Fox & Kilsheimer LLP

*/s/ Frederic S. Fox*
Frederic S. Fox

## CERTIFICATE OF SERVICE

I, Frederic S. Fox, hereby certify that, on November 7, 2022, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

*/s/ Frederic S. Fox*
Frederic S. Fox
