# Exhibit B

## **CERTIFICATION**

I, Allen Gallegly, hereby certify and swear as follows:

1. I have reviewed a complaint against Bed Bath & Beyond alleging violations of the securities laws and authorize the filing of a complaint or a lead plaintiff motion;
2. I am willing to serve as a representative party on behalf of a class, or to be a member of a group representing a class, including providing testimony at deposition and trial, if necessary;
3. I have not within the 3-year period preceding the date hereof sought to serve, or served, as a representative party on behalf of a class in an action brought under the federal securities laws;
4. My transactions in Bed Bath & Beyond securities during the proposed class period are set forth in Schedule A, which is attached hereto.
5. I did not purchase Bed Bath & Beyond securities at the direction of my counsel or in order to participate in any private action under the federal securities laws; and
6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11/1/2022

DocuSigned by:

*Allen Gallegly*
36ADACBD85AA4F9...
Allen Gallegly

## Schedule A

### Allen Gallegly's Transactions in Bed Bath & Beyond Inc.

| Security Description | Trade Date | Transaction | Quantity | Price |
|---|---|---|---|---|
| CALL BBBY 08/19/22 45 BED BATH & BEYOND INC OPEN CONTRACT | 8/16/2022 | Bought | 43 | $0.75 |
| CALL BBBY 08/19/22 45 BED BATH & BEYOND INC OPEN CONTRACT | 8/16/2022 | Bought | 2,000 | $0.98 |
| CALL BBBY 08/19/22 45 BED BATH & BEYOND INC OPEN CONTRACT | 8/16/2022 | Bought | 10 | $0.76 |
| CALL BBBY 08/19/22 45 BED BATH & BEYOND INC OPEN CONTRACT | 8/17/2022 | Bought | 970 | $1.01 |