# Exhibit C



## Allen Gallegly

**Estimated Losses in Bed Bath & Beyond, Inc. - Class period: August 12, 2022 - August 18, 2022**

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | QUANTITY | PRICE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| CALL BBBY 08/19/22 45 BED BATH & BEYOND INC OPEN CONTRACT | | Bought | 8/16/2022 | 43 | $0.75 | $3,225.00 | |
| CALL BBBY 08/19/22 45 BED BATH & BEYOND INC OPEN CONTRACT | | Bought | 8/16/2022 | 2,000 | $0.98 | $196,000.00 | |
| CALL BBBY 08/19/22 45 BED BATH & BEYOND INC OPEN CONTRACT | | Bought | 8/16/2022 | 10 | $0.76 | $760.00 | |
| CALL BBBY 08/19/22 45 BED BATH & BEYOND INC OPEN CONTRACT | | Bought | 8/17/2022 | 970 | $1.01 | $97,970.00 | |
| | | | | 3,023 | | $297,955.00 | |
| CALL BBBY 08/19/22 45 BED BATH & BEYOND INC OPTION EXPIRATION - EXPIRED | | Expiration | 8/22/2022 | (3,023) | $0.00 | $0.00 | |
| | | | | (3,023) | | $0.00 | $297,955.00 |