UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PENGCHENG SI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BED BATH & BEYOND CORPORATION, RYAN COHEN, RC VENTURES LLC, and JP MORGAN SECURITIES LLC,<br><br>Defendants. | Case No.  1:22-cv-02541-TNM |

**MOTION OF BRATYA SPRL
FOR APPOINTMENT AS LEAD PLAINTIFF AND
<u>APPROVAL OF SELECTION OF COUNSEL</u>**

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

    **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in support of its motion filed herewith, Bratya SPRL ("Bratya") hereby moves this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) appointing Bratya as Lead Plaintiff on behalf of all purchasers of Bed Bath & Beyond Corporation ("Bed Bath") common stock (including those who bought to cover a short position) or Bed Bath call options, or sold Bed Bath put options, from August 12, 2022 through August 18, 2022, inclusive (the "Class"); and (2) approving proposed Lead Plaintiff's selections of Pomerantz LLP and Bronstein, Gewirtz & Grossman, LLC as Co-Lead Counsel and Cohen Milstein Sellers & Toll PLLC as Liaison Counsel for the Class.

Dated:  November 7, 2022            Respectfully submitted,

                                           */s/ Steven J. Toll*
                                           **COHEN MILSTEIN SELLERS & TOLL PLLC**
                                           Steven J. Toll (D.C. Bar No. 225623)
                                           Daniel S. Sommers (D.C. Bar No. 416549)
                                           Jan E. Messerschmidt (D.C. Bar No. 1031488)
                                           1100 New York Avenue, N.W., Fifth Floor
                                           Washington, D.C. 20005
                                           Tel.: (202) 408-4600
                                           Fax: (202) 408-4699
                                           stoll@cohenmilstein.com
                                           dsommers@cohenmilstein.com
                                           jmesserschmidt@cohenmilstein.com

                                           *Counsel for Lead Plaintiff Movant Bratya SPRL*
                                           *and Proposed Liaison Counsel for the Class*

                                           **POMERANTZ LLP**
                                           Jeremy A. Lieberman
                                           (*pro hac vice* application forthcoming)
                                           J. Alexander Hood II
                                           (*pro hac vice* application forthcoming)
                                           600 Third Avenue, 20th Floor

New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
Eitan Kimelman
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com
Email: eitank@bgandg.com

*Counsel for Lead Plaintiff Movant Bratya SPRL and Proposed Co-Lead Counsel for the Class*

2

**CERTIFICATE OF SERVICE**

    I certify that on this 7th day of November 2022 I electronically filed the foregoing document and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                */s/ Steven J. Toll*
                                Steven J. Toll