**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| PENGCHENG SI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BED BATH & BEYOND CORPORATION, RYAN COHEN, RC VENTURES LLC, and JP MORGAN SECURITIES LLC,<br><br>Defendants. | Case No.  1:22-cv-02541-TNM |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF BRATYA SPRL FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

I, Jeremy A. Lieberman, hereby declare as follows:

1. I am a partner at the law firm of Pomerantz LLP ("Pomerantz"), counsel for Bratya SPRL ("Bratya"), and have personal knowledge of the facts set forth herein.

2. I make this Declaration in support of Bratya's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of Bratya's selections of Pomerantz and Bronstein, Gewirtz & Grossman, LLC ("BG&G") as Co-Lead Counsel and Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as Liaison Counsel for the Class.

3. Attached hereto as the exhibits indicated are true and correct copies of the following:

| | | |
|---|---|---|
| Exhibit A: | Chart setting forth the financial interest of Bratya in this litigation; |
| Exhibit B: | Press release published over *Legal Newswire* on September 6, 2022, announcing the pendency of the Action; |
| Exhibit C: | Shareholder Certification executed on behalf of Bratya; |
| Exhibit D: | Declaration executed on behalf of Bratya; |
| Exhibit E: | Firm resume of Pomerantz; |
| Exhibit F: | Firm resume of BG&G; and |
| Exhibit G: | Firm resume of Cohen Milstein. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 7, 2022.

                                                                            /s/ Jeremy A. Lieberman
                                                                             Jeremy A. Lieberman

**CERTIFICATE OF SERVICE**

    I certify that on this 7th day of November 2022 I electronically filed the foregoing document and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                */s/ Steven J. Toll*
                                Steven J. Toll