# EXHIBIT A

**Bed Bath & Beyond Corp. (BBBY)**
**Class Period: August 12, 2022 to August 18, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 78-Days* Mean Price $6.9405 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | | |
| Bratya SPRL | Common Stock | | 227,311 | | ($5,341,072) | | (228,211) | | $4,371,007 | 150,000 | $347,027 | ($1,848,182) | ($1,057,495) |
| Bratya SPRL | Options | | 9,941 | | ($5,384,987) | | (8,810) | | $2,032,445 | 1,131 | $59,611 | ($3,292,931) | ($3,292,931) |
| **Bratya SPRL** | **Common Stock & Options** | | | | **($10,726,059)** | | | | **$6,403,452** | | **$406,638** | **($5,141,113)** | **($4,350,426)** |
| | | | | | | | | | | | | | |
| Bratya SPRL | Common Stock | | | | | Preclass | 50,900 | | | | | | |
| Bratya SPRL | Common Stock | 8/17/2022 | 26,711 | $24.6721 | ($659,016) | 8/12/2022 | (11,500) | $14.0000 | $161,000 | | | | |
| Bratya SPRL | Common Stock | 8/17/2022 | 90,000 | $24.8797 | ($2,239,173) | 8/17/2022 | (711) | $27.0000 | $19,197 | | | | |
| Bratya SPRL | Common Stock | 8/17/2022 | 85,000 | $23.6941 | ($2,013,999) | 8/17/2022 | (116,000) | $27.0089 | $3,133,032 | | | | |
| Bratya SPRL | Common Stock | 8/18/2022 | 25,600 | $16.7533 | ($428,884) | 8/31/2022 | (100,000) | $10.5778 | $1,057,778 | | | | |
| **Bratya SPRL** | **Common Stock** | | **227,311** | | **($5,341,072)** | | **(228,211)** | | **$4,371,007** | **150,000** | **$347,027** | **($1,848,182)** | **($1,057,495)** |
| | | | | | | | | | | | | | |
| Bratya SPRL | P 20220812 14 | 8/8/2022 | 115 | $3.7000 | ($42,550) | 8/12/2022 | (115) assigned | | | 0 | | ($42,550) | ($42,550) |
| Bratya SPRL | P 20220819 15 | 8/8/2022 | 394 | $4.9000 | ($193,060) | 8/18/2022 | (394) | $0.6600 | $26,004 | 0 | | ($167,056) | ($167,056) |
| Bratya SPRL | C 20220826 17.5 | 8/18/2022 | 800 | $5.9995 | ($479,956) | 8/12/2022 | (800) | $1.7662 | $141,292 | 0 | | ($338,664) | ($338,664) |
| Bratya SPRL | C 20220826 18.5 | 8/18/2022 | 800 | $5.8000 | ($464,000) | 8/15/2022 | (800) | $2.1700 | $173,600 | 0 | | ($290,400) | ($290,400) |
| Bratya SPRL | C 20220826 18 | 8/18/2022 | 600 | $5.7885 | ($347,308) | 8/15/2022 | (600) | $1.9770 | $118,622 | 0 | | ($228,686) | ($228,686) |
| Bratya SPRL | C 20220902 20 | 8/18/2022 | 900 | $4.9333 | ($444,000) | 8/15/2022 | (900) | $3.8223 | $344,010 | 0 | | ($99,990) | ($99,990) |
| Bratya SPRL | C 20221118 24 | 8/18/2022 | 450 | $6.5000 | ($292,500) | 8/17/2022 | (450) | $10.8203 | $486,914 | 0 | | $194,414 | $194,414 |
| Bratya SPRL | C 20220930 25 | 8/18/2022 | 369 | $5.7809 | ($213,317) | 8/17/2022 | (369) | $9.0762 | $334,910 | 0 | | $121,593 | $121,593 |
| Bratya SPRL | C 20221021 25 | 8/18/2022 | 369 | $4.8290 | ($178,191) | 10/21/2022 | (369) expired | | | 0 | | ($178,191) | ($178,191) |
| Bratya SPRL | C 20221021 30 | 8/18/2022 | 1,500 | $3.9680 | ($595,200) | 10/21/2022 | (1,500) expired | | | 0 | | ($595,200) | ($595,200) |
| Bratya SPRL | C 20221216 25 | 8/18/2022 | 131 | $5.8900 | ($77,159) | | | | | 131 | $10,611 | ($66,548) | ($66,548) |
| Bratya SPRL | C 20221216 35 | 8/18/2022 | 1,000 | $4.2500 | ($425,000) | | | | | 1,000 | $49,000 | ($376,000) | ($376,000) |
| | | | | | | | | | | | | | |
| Bratya SPRL | C 20220819 15 | 8/17/2022 | 450 | $10.4949 | ($472,271) | 8/8/2022 | (450) | $1.2911 | $58,101 | | | | |
| Bratya SPRL | C 20220819 15 | 8/18/2022 | 394 | $5.4999 | ($216,695) | 8/8/2022 | (394) | $1.6500 | $65,010 | | | | |
| **Bratya SPRL** | **C 20220819 15** | | **844** | | **($688,966)** | | **(844)** | | **$123,111** | **0** | | **($565,855)** | **($565,855)** |
| | | | | | | | | | | | | | |
| Bratya SPRL | C 20220819 16 | 8/17/2022 | 369 | $9.0550 | ($334,130) | 8/12/2022 | (800) | $1.2500 | $100,000 | | | | |
| Bratya SPRL | C 20220819 16 | 8/18/2022 | 1,300 | $4.6896 | ($609,650) | 8/15/2022 | (500) | $1.5800 | $79,000 | | | | |
| Bratya SPRL | C 20220819 16 | | | | | 8/18/2022 | (369) | $2.8450 | $104,982 | | | | |
| **Bratya SPRL** | **C 20220819 16** | | **1,669** | | **($943,780)** | | **(1,669)** | | **$283,982** | **0** | | **($659,798)** | **($659,798)** |

*Avg Closing Prices from August 19, 2022 to November 4, 2022