# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.  I, David Coti, on behalf of Bratya SPRL ("Bratya"), as Gérant, with authority to bind Bratya and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against Bed Bath & Beyond Corporation ("Bed Bath & Beyond") and authorize the filing of a comparable complaint on behalf of Bratya.

3.  Bratya did not purchase or acquire Bed Bath & Beyond securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.  Bratya is willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Bed Bath & Beyond securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  The attached sheet lists all of Bratya's transactions in Bed Bath & Beyond securities during the Class Period as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, Bratya has not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.  Bratya agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** novembre 7, 2022
 **(Date)**

 _____
 **(Signature)**

 David Coti
 _____
 **(Type or Print Name)**

**Bed Bath & Beyond Corp. (BBBY)**  **Bratya SPRL**

**List of Purchases and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase | Common Stock | 8/17/2022 | 26,711 | $24.6721 |
| Purchase | Common Stock | 8/17/2022 | 90,000 | $24.8797 |
| Purchase | Common Stock | 8/17/2022 | 85,000 | $23.6941 |
| Purchase | Common Stock | 8/18/2022 | 25,600 | $16.7533 |
| Sale | Common Stock | 8/12/2022 | (11,500) | $14.0000 |
| Sale | Common Stock | 8/17/2022 | (711) | $27.0000 |
| Sale | Common Stock | 8/17/2022 | (116,000) | $27.0089 |
| Purchase | P 20220812 14 | 8/8/2022 | 115 | $3.7000 |
| Purchase | P 20220819 15 | 8/8/2022 | 394 | $4.9000 |
| Purchase | C 20220819 15 | 8/17/2022 | 450 | $10.4949 |
| Purchase | C 20220819 15 | 8/18/2022 | 394 | $5.4999 |
| Purchase | C 20220819 16 | 8/17/2022 | 369 | $9.0550 |
| Purchase | C 20220819 16 | 8/18/2022 | 1,300 | $4.6896 |
| Purchase | C 20220826 17.5 | 8/18/2022 | 800 | $5.9995 |
| Purchase | C 20220826 18 | 8/18/2022 | 600 | $5.7885 |
| Purchase | C 20220826 18.5 | 8/18/2022 | 800 | $5.8000 |
| Purchase | C 20220902 20 | 8/18/2022 | 900 | $4.9333 |
| Purchase | C 20220930 25 | 8/18/2022 | 369 | $5.7809 |
| Purchase | C 20221021 25 | 8/18/2022 | 369 | $4.8290 |
| Purchase | C 20221021 30 | 8/18/2022 | 1,500 | $3.9680 |
| Purchase | C 20221118 24 | 8/18/2022 | 450 | $6.5000 |
| Purchase | C 20221216 25 | 8/18/2022 | 131 | $5.8900 |
| Purchase | C 20221216 35 | 8/18/2022 | 1,000 | $4.2500 |
| Sale | P 20220819 15 | 8/18/2022 | (394) | $0.6600 |
| Sale | C 20220819 15 | 8/8/2022 | (450) | $1.2911 |
| Sale | C 20220819 15 | 8/8/2022 | (394) | $1.6500 |
| Sale | C 20220819 16 | 8/12/2022 | (800) | $1.2500 |
| Sale | C 20220819 16 | 8/15/2022 | (500) | $1.5800 |
| Sale | C 20220819 16 | 8/18/2022 | (369) | $2.8450 |
| Sale | C 20220826 17.5 | 8/12/2022 | (800) | $1.7662 |
| Sale | C 20220826 18 | 8/15/2022 | (600) | $1.9770 |
| Sale | C 20220826 18.5 | 8/15/2022 | (800) | $2.1700 |
| Sale | C 20220902 20 | 8/15/2022 | (900) | $3.8223 |
| Sale | C 20220930 25 | 8/17/2022 | (369) | $9.0762 |
| Sale | C 20221118 24 | 8/17/2022 | (450) | $10.8203 |