AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| PENGCHENG SI, individually and on behalf of all others similarly situated | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cv-2541 |
| BED BATH & BEYOND CORPORATION, RYAN COHEN, RC VENTURES LLC, and JP MORGAN SECURITIES LLC, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bratya Sprl .

Date: 11/10/2022

/s/ Jan Messerschmidt
*Attorney's signature*

Jan Messerschmidt (1031488)
*Printed name and bar number*

1100 New York Avenue, NW
Suite 500
Washington, DC 20005

*Address*

jmesserschmidt@cohenmilstein.com
*E-mail address*

(202) 408-4600
*Telephone number*

(202) 408-4699
*FAX number*