UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PENGCHENG SI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BED BATH & BEYOND CORPORATION, RYAN COHEN, RC VENTURES LLC, and JP MORGAN SECURITIES LLC,<br><br>Defendants. | Case No. 1:22-cv-02541-TNM |

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

{00525101;1 }

NOW INTO COURT comes the undersigned, Daniel S. Sommers, a member in good standing of the District of Columbia Bar, and an attorney of record for Lead Plaintiff Movant Bratya SPRL, and respectfully moves for the admission pro hac vice of Jeremy A. Lieberman, of the firm of Pomerantz LLP, as counsel for Lead Plaintiff Movant Bratya SPRL. The Declaration of Jeremy A. Lieberman is attached in support of this Motion.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion to enroll attorney Jeremy A. Lieberman of Pomerantz LLP, pro hac vice counsel, for Lead Plaintiff Movant Bratya SPRL.

Dated: November 10, 2022

Respectfully submitted,

/s/ Daniel S. Sommers
COHEN MILSTEIN SELLERS & TOLL PLLC
Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
Jan E. Messerschmidt (D.C. Bar No. 1031488)
1100 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

Counsel for Lead Plaintiff Movant Bratya SPRL
and Proposed Liaison Counsel for the Class

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing document has been served by ECF. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: November 10, 2022      Respectfully submitted,

                /s/ Daniel S. Sommers_____
                Daniel S. Sommers (D.C. Bar No. 416549)