UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PENGCHENG SI, individually and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br><br>      v.<br><br>BED BATH & BEYOND CORPORATION, RYAN COHEN, RC VENTURES LLC, and JP MORGAN SECURITIES LLC,<br><br>                          Defendants. | Case No.: 1:22-cv-02541-TNM |

**NOTICE OF MOVANT ALLEN GALLEGLY'S NON-OPPOSITION
TO COMPETING MOTION FOR LEAD PLAINTIFF**

On November 7, 2022, pursuant to the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Allen Gallegly ("Mr. Gallegly") moved for appointment as lead plaintiff in connection with the above-captioned securities fraud class action. One other putative class member also moved for appointment as lead plaintiff.

The PSLRA provides that there is a presumption that "the most adequate plaintiff . . . is the person or group of persons" that, inter alia, "has the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii); 15 U.S.C. § 77z-1(a)(3)(B)(iii). Having reviewed the competing motion and memorandum in support, it appears that Mr. Gallegly does not possess the largest financial interest in the relief sought by the class. However, should the Court determine the other lead plaintiff movant with larger losses than Mr. Gallegly is incapable of representing

the class or inadequate to represent the class in this litigation, Mr. Gallegly continues to be willing and able to serve as lead plaintiff or as a class representative.

This notice shall in no way prejudice Mr. Gallegly's right to pursue relief and recovery against Defendants in the above-captioned actions, and Mr. Gallegly does not waive his rights to participate and recover as a class member in the above-captioned action.

Dated:  November 14, 2022

Respectfully submitted,

*/s/ Frederic S. Fox*
Frederic S. Fox (D.C. Bar # 1014115)
Donald R. Hall
Pamela Mayer
Jason A. Uris
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
ffox@kaplanfox.com
dhall@kaplanfox.com
pmayer@kaplanfox.com
juris@kaplanfox.com

*Attorneys for Movant Allen Gallegly*

## CERTIFICATE OF SERVICE

      I, Frederic S. Fox, hereby certify that, on November 14, 2022, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

                                      */s/ Frederic S. Fox*
                                      Frederic S. Fox