AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| PENGCHENG SI, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-02541-TNM |
| BED BATH & BEYOND CORPORATION, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movant, Bratya SPRL.

Date:   11/14/2022

/s/ Jeremy A. Lieberman
*Attorney's signature*

Jeremy A. Lieberman
*Printed name and bar number*

Pomerantz LLP
600 Third Avenue, Floor 20
New York, NY 10016
*Address*

jalieberman@pomlaw.com
*E-mail address*

(212) 661-1100
*Telephone number*

(917) 463-1044
*FAX number*