# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PENGCHENG SI, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:22-cv-02541-TNM |
| Plaintiff, | |
| v. | |
| BED BATH & BEYOND CORPORATION, RYAN COHEN, RC VENTURES LLC, and JP MORGAN SECURITIES LLC, | |
| Defendants. | |

**NOTICE OF NON-OPPOSITION TO AND RESPONSE IN FURTHER SUPPORT OF MOTION OF BRATYA SPRL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

As set forth below, Movant Bratya[1] hereby respectfully advises the Court that no party opposes its motion for appointment as Lead Plaintiff and approval of its selection of Pomerantz and BG&G as Co-Lead Counsel and Cohen Milstein as Liaison Counsel (the "Lead Plaintiff Motion") (Dkt. No. 14).

The Action is a putative securities class action governed by the PSLRA, including the statutory provisions governing the appointment of a Lead Plaintiff.  Pursuant to the PSLRA, any member of the putative Class wishing to serve as Lead Plaintiff was required to file a motion to that effect no later than sixty (60) days after publication of the notice of pendency of the Action—i.e., on November 7, 2022.  15 U.S.C. § 78u-4(a)(3)(A)-(B).

On November 7, 2022, Bratya filed the Lead Plaintiff Motion, having incurred a loss of approximately $4,350,426 in connection with the fraud alleged in the Action.  Dkt. No. 14-1.  That same day, one other putative Class member filed a competing motion: Allen Gallegly ("Gallegly") who asserted a loss of $297,955.00 (Dkt. No. 12).

On November 9, 2022, the Court entered a Minute Order directing lead plaintiff movants Allen Gallegly and Bratya SPRL to file any opposition to the other movant's lead plaintiff motion by November 14, 2022, and to address, in detail, which party has the largest financial interest in the litigation.

On November 14, 2022, Gallegly filed a notice of non-opposition to competing motion, acknowledging that he did not appear to possess the largest financial interest within the meaning of the PSLRA (Dkt. No. 18).

Accordingly, Bratya's Lead Plaintiff Motion is unopposed.

---

[1] All capitalized terms herein are defined in Bratya's moving brief, unless otherwise indicated. *See* Dkt. No. 14-1.

For the foregoing reasons, and for the reasons set forth in Bratya's moving brief (Dkt. No. 14-1), Bratya respectfully requests that the Court enter an Order granting its Lead Plaintiff Motion in all respects.

Dated:  November 14, 2022               Respectfully submitted,

*/s/ Steven J. Toll*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
Jan E. Messerschmidt (D.C. Bar No. 1031488)
1100 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

*Counsel for Lead Plaintiff Movant Bratya SPRL*
*and Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice*)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
Eitan Kimelman
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com
Email: eitank@bgandg.com

2

*Counsel for Lead Plaintiff Movant Bratya SPRL*
*and Proposed Co-Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I certify that on this 14th day of November 2022 I electronically filed the foregoing document and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Steven J. Toll*
Steven J. Toll