UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM<br><br>CLASS ACTION |

**DECLARATION IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, Peretz Bronstein, pursuant to LCvR 83.2(c), file this Declaration in support of the instant Motion to Admit Counsel Pro Hac Vice.

1. **The full name of the attorney:** Peretz Bronstein.

2. **The attorney's office address and telephone number:** Bronstein, Gewirtz & Grossman, LLC, 60 East 42nd Street, Suite 4600, New York, New York 10165, Phone: 212-697-6484.

3. **A list of all bars to which the attorney has been admitted:** Please see Exhibit A attached.

4. **A certification that the attorney either has or has not been disciplined by any bar, and if the attorney has been disciplined by any bar, the circumstances and details of the discipline:** I have not been disciplined by any bar.

5. **The number of times the attorney has been admitted pro hac vice in this Court within the last two years:** Zero (0).

6. **Whether the attorney, if the attorney engages in the practice of law from any office located in the District of Columbia, is a member of the District of Columbia Bar or has an application for membership pending:** I do not engage in the practice of law from any office located in the District of Columbia. I am not a member of the District of Columbia Bar. I do not have an application for membership pending.

7. **The motion must be accompanied by a certificate of the court or bar for the state in which the applicant regularly practices, which has been issued within thirty (30) days of filing and states that the applicant is a member in good standing of the bar of that state court:** Please see Exhibit B attached.

Dated: November 18, 2022

Respectfully submitted,

/s/ Peretz Bronstein
_____
BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Phone: 212-697-6484
Fax: 212-697-7296
Email: peretz@bgandg.com

Counsel for Lead Plaintiff Movant Bratya SPRL
and Proposed Liaison Counsel for the Class

# Exhibit A
# Bar Admissions

## Peretz Bronstein Court Admissions

| Name of Court |
| --- |
| Supreme Court, State of New York, Second Department |
| United States District Court, Southern District of New York |
| United States District Court, Eastern District of New York |
| United States Court of Appeals for the Second Circuit |

# Exhibit B
# State Court Certificate of Good Standing



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

---

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

### P Bronstein

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 24, 1986**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on November 18, 2022.

*Maria T. Fasulo*

Clerk of the Court

CertID-00092946



**Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201**
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

MARIA T. FASULO
CLERK OF THE COURT

DARRELL M. JOSEPH
DEPUTY CLERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court

Revised January 2022