## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM<br><br>CLASS ACTION |

## [PROPOSED] ORDER ON MOTION TO ADMIT COUNSEL PRO HAC VICE

WHEREAS the Court has reviewed and considered the Motion to Admit Counsel Pro Hac Vice (ECF No. _____) seeking the admission of attorney Peretz Bronstein pro hac vice on behalf of Lead Plaintiff Movant Bratya SPRL;

Having shown just cause, IT IS HEREBY ORDERED THAT:

1. The Motion to Admit Counsel Pro Hac Vice is GRANTED. Peretz Bronstein is hereby admitted to practice pro hac vice on behalf of Lead Plaintiff Movant Bratya SPRL.

2. Steven J. Toll (D.C. Bar No. 225623), Daniel S. Sommers (D.C. Bar No. 416549), and Jan E. Messerschmidt (D.C. Bar No. 1031488) of Cohen Milstein Sellers & Toll PLLC, 1100 New York Avenue, N.W., Fifth Floor, Washington, D.C. 20005, Tel.: (202) 408-4600 are designated as liaison counsel.

3. The Clerk of Court is respectfully directed to add Peretz Bronstein (Email: peretz@bgandg.com) to the email distribution list that provides notification of all electronic filings for this case.

SO ORDERED.

Dated: _____, 20_____     _____
Washington, DC                              TREVOR N. MCFADDEN
                                            UNITED STATES DISTRICT JUDGE