UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

NOW INTO COURT comes the undersigned, Steven J. Toll, a member in good standing of the District of Columbia Bar, and an attorney of record for Lead Plaintiff Movant Bratya SPRL, and respectfully moves for the admission pro hac vice of Yitzchak Eliezer Soloveichik, of the firm of Bronstein, Gewirtz & Grossman, LLC, as counsel for Lead Plaintiff Movant Bratya SPRL. The Declaration of Yitzchak Eliezer Soloveichik is attached in support of this Motion.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion to enroll attorney Yitzchak Eliezer Soloveichik of Bronstein, Gewirtz & Grossman, LLC, pro hac vice counsel, for Lead Plaintiff Movant Bratya SPRL.

Dated: November 23, 2022

Respectfully submitted,

/s/ *Steven J. Toll*
COHEN MILSTEIN SELLERS & TOLL PLLC
Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
Jan E. Messerschmidt (D.C. Bar No. 1031488)
1100 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

Counsel for Lead Plaintiff Movant Bratya SPRL and Proposed Liaison Counsel for the Class

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been served by ECF.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: November 23, 2022                                           Respectfully submitted,


                                                                                    /s/ *Steven J. Toll*
                                                                                    Steven J. Toll (D.C. Bar No. 225623)