UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM |

**[PROPOSED] ORDER ON MOTION TO ADMIT COUNSEL PRO HAC VICE**

{00525813;1 }

WHEREAS the Court has reviewed and considered the Motion to Admit Counsel Pro Hac Vice (ECF No. \_\_\_\_) seeking the admission of attorney Yitzchak Eliezer Soloveichik pro hac vice on behalf of Lead Plaintiff Movant Bratya SPRL;

Having shown just cause, IT IS HEREBY ORDERED THAT:

1. The Motion to Admit Counsel Pro Hac Vice is GRANTED. Yitzchak Eliezer Soloveichik is hereby admitted to practice pro hac vice on behalf of Lead Plaintiff Movant Bratya SPRL.

2. Steven J. Toll (D.C. Bar No. 225623), Daniel S. Sommers (D.C. Bar No. 416549), and Jan E. Messerschmidt (D.C. Bar No. 1031488) of Cohen Milstein Sellers & Toll PLLC, 1100 New York Avenue, N.W., Fifth Floor, Washington, D.C. 20005, Tel.: (202) 408-4600 are designated as liaison counsel.

3. The Clerk of Court is respectfully directed to add Yitzchak Eliezer Soloveichik (Email: soloveichik@bgandg.com) to the email distribution list that provides notification of all electronic filings for this case.

SO ORDERED.

Dated: _____, 20\_\_\_\_\_   _____
Washington, DC                           TREVOR N. MCFADDEN
                                         UNITED STATES DISTRICT JUDGE