UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

IN RE BED BATH & BEYOND
CORPORATION SECURITIES
LITIGATION

Case No. 1:22-cv-02541-TNM

**DECLARATION IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, J. Alexander Hood II, pursuant to LCvR 83.2(c), file this Declaration in support of the instant Motion to Admit Counsel Pro Hac Vice.

1.     **The full name of the attorney:** J. Alexander Hood II.

2.     **The attorney's office address and telephone number:** Pomerantz LLP, 600 Third Avenue, Floor 20, New York, NY 10016, Phone: 212-661-1100.

3.     **A list of all bars to which the attorney has been admitted:** Please see Exhibit A attached.

4.     **A certification that the attorney either has or has not been disciplined by any bar, and if the attorney has been disciplined by any bar, the circumstances and details of the discipline:** I have not been disciplined by any bar.

5.     **The number of times the attorney has been admitted pro hac vice in this Court within the last two years:** Zero (0).

6.     **Whether the attorney, if the attorney engages in the practice of law from any office located in the District of Columbia, is a member of the District of Columbia Bar or has an application for membership pending:** I do not engage in the practice of law from any office located in the District of Columbia. I am not a member of the District of Columbia Bar. I do not have an application for membership pending.

7.     **The motion must be accompanied by a certificate of the court or bar for the state in which the applicant regularly practices, which has been issued within thirty (30) days of filing and states that the applicant is a member in good standing of the bar of that state court:** Please see Exhibit B attached.

Dated: NOVEMBER 16 , 2022        Respectfully submitted,

POMERANTZ LLP
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
ahood@pomlaw.com

Counsel for Lead Plaintiff Movant Bratya SPRL
and Proposed Liaison Counsel for the Class

# Exhibit A
# Bar Admissions

## J. Alexander Hood II Court Admissions

| Court Name | Date of Admission |
|---|---|
| Supreme Court, State of New York, Third Department | March 29, 2012 |
| United States District Court, Southern District of New York | August 13, 2015 |
| United States District Court, Eastern District of New York | September 28, 2016 |
| United States District Court, District of Colorado | December 19, 2016 |
| United States District Court, Eastern District of Michigan | July 26, 2017 |
| U.S. District Court, Northern District of Illinois | May 2, 2018 |
| United States District Court, Southern District of Texas | March 15, 2019 |
| United States District Court, Northern District of New York | March 26, 2019 |
| United States District Court, Western District of New York | October 7, 2019 |
| United States District Court, Eastern District of Wisconsin | November 30, 2021 |

# Exhibit B
# State Court Certificate of Good Standing



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Joseph Alexander Hood

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 29, 2012,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Albany on November 17, 2022.*

*Clerk of the Court*

CertID-00092805



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

*AD3.AdmissionsOffice@nycourts.gov*
*http://www.nycourts.gov/ad3/admissions*
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022