AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| PENGCHENG SI, | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 1:22-cv-02541-TNM |
| BED BATH & BEYOND CORPORATION, et al. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movant, Bratya SPRL

Date: 11/30/2022

*Attorney's signature*

Peretz Bronstein
*Printed name and bar number*

Bronstein, Gewirtz & Grossman, LLC
60 East 42nd Street, Suite 4600
New York, New York 10165
*Address*

peretz@bgandg.com
*E-mail address*

(212) 697-6484
*Telephone number*

(212) 697-7296
*FAX number*