AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| In Re Bed Bath & Beyond Corporation Sec. Litig. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-02541-TNM |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bratya SPRL.

Date: 11/30/2022

/s/ J. Alexander Hood II
*Attorney's signature*

J. Alexander Hood II
*Printed name and bar number*

Pomerantz LLP
600 Third Avenue, Floor 20
New York, New York 10016

*Address*

ahood@pomlaw.com
*E-mail address*

(212) 661-1100
*Telephone number*

(917) 463-1044
*FAX number*