AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| PENGCHENG SI,<br>*Plaintiff*<br>v.<br>BED BATH & BEYOND CORPORATION, et al.<br>*Defendant* | )<br>)<br>)  Case No.  1:22-cv-02541-TNM<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movant, Bratya SPRL

Date: 11/30/2022

*Attorney's signature*

Peretz Bronstein
*Printed name and bar number*

Bronstein, Gewirtz & Grossman, LLC
60 East 42nd Street, Suite 4600
New York, New York 10165
*Address*

peretz@bgandg.com
*E-mail address*

(212) 697-6484
*Telephone number*

(212) 697-7296
*FAX number*