AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| <u>In Re Bed Bath & Beyond Corporation Sec. Litig.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:22-cv-02541-TNM |
| | ) | |
| *Defendant* | ) | |
| | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

<u>Bratya SPRL</u>

Date: 11/29/2022

*Attorney's signature*

<u>Eitan Kimelman</u>
*Printed name and bar number*

Bronstein, Gewirtz & Grossman, LLC
60 East 42nd Street, Suite 4600
New York, New York 10165

*Address*

eitank@bgandg.com
*E-mail address*

(212) 697-6484
*Telephone number*

(212) 697-7296
*FAX number*