AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In Re Bed Bath & Beyond Corporation Sec. Litig. )<br>*Plaintiff* )<br>v. )<br>)<br>*Defendant* ) | Case No. 1:22-cv-02541-TNM |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bratya SPRL

Date: 11/29/22

_____
*Attorney's signature*

Yitzchak Eliezer Soloveichik
*Printed name and bar number*

Bronstein, Gewirtz & Grossman, LLC
60 East 42nd Street, Suite 4600
New York, New York 10165
*Address*

soloveichik@bgandg.com
*E-mail address*

(212) 697-6484
*Telephone number*

(212) 697-7296
*FAX number*