UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM<br><br>CLASS ACTION |

**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE
FOR FILING AN AMENDED COMPLAINT AND RESPONSES THERETO**

Lead Plaintiff Bratya SPRL and Defendants Bed Bath & Beyond Corporation, Ryan Cohen, RC Ventures LLC, and JP Morgan Securities LLC (collectively, "Defendants" and, with Lead Plaintiff, the "Parties") stipulate as follows:

WHEREAS, on August 23, 2022, a complaint was filed by a *pro se* plaintiff, Pengcheng Si, in the United States District Court for the District of Columbia alleging violations of the securities laws on behalf of a putative class of stockholders (the "Action");

WHEREAS, on November 2, 2022, Pengcheng Si filed an amended complaint (ECF No. 8);

WHEREAS, the Action is subject to the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act"), which sets forth specialized procedures for the administration of securities class actions, including appointment of a lead plaintiff, and approval of its selection of lead counsel, to act on behalf of a purported class;

WHEREAS, under the Reform Act, all discovery is stayed during the pendency of any motion to dismiss, 15 U.S.C.A. § 78u-4(b)(3)(B);

WHEREAS, following the lead plaintiff process where multiple plaintiffs moved for appointment, on November 16, 2022, this Court appointed Bratya SPRL as Lead Plaintiff, and

approved the selection of Pomerantz LLP and Bronstein, Gewirtz & Grossman, LLC as Co-Lead Counsel, and Cohen Milstein Sellers & Toll PLLC as Liaison Counsel (ECF No. 21);

WHEREAS, pursuant to the Reform Act, and acknowledged by this Court in its November 16, 2022 order, Lead Plaintiff and Co-Lead Counsel have the responsibilities and duties to control and coordinate the litigation (15 U.S.C.A. § 78u-4(a)(3)(B)(i)-(ii); ECF No. 21, pp. 4-5);

WHEREAS, neither Lead Plaintiff nor Co-Lead Counsel have filed any complaint in the Action to date;

WHEREAS, the Parties having conferred on scheduling matters;

NOW THEREFORE, IT IS STIPULATED AND AGREED, subject to the Court's approval that:

i. Lead Plaintiff shall file an amended complaint by **January 30, 2023**. The amended complaint will supersede the existing complaint in the Action, and Defendants are not required to respond to any complaint filed prior to the amended complaint;

ii. The deadline for Defendants to move, answer, or otherwise respond to the amended complaint is **March 31, 2023**;

iii. In the event that Defendants move to dismiss the amended complaint, Lead Plaintiff shall file any opposition to Defendants' motion(s) no later than **May 15, 2023**;

iv. In the event that Defendants move to dismiss the amended complaint, Defendants shall file any replies to Lead Plaintiff's opposition(s) to the motion(s) to dismiss no later than **June 14, 2023**.

Dated: December 14, 2022

*/s/ Jan E. Messerschmidt*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
Jan E. Messerschmidt (D.C. Bar No. 031488)
1100 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

*Counsel for Lead Plaintiff Bratya SPRL and Liaison Counsel for the Class*

**POMERANTZ LLP**
Joshua B. Silverman (*pro hac vice* application forthcoming)
Omar Jafri (*pro hac vice* application forthcoming)
Christopher P.T. Tourek (*pro hac vice* application forthcoming)
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603
Tel: (312) 377-1181
Fax: (312) 377-1184
jbsilverman@pomlaw.com
ojafri@pomlaw.com
ctourek@pomlaw.com

*/s/ Nowell D. Bamberger*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Nowell D. Bamberger (D.C. Bar # 989157)
2112 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Tel: (202) 974-1500
Fax: (202) 974-1999
nbamberger@cgsh.com

Victor Hou (*pro hac vice application forthcoming*)
Jared Gerber (*pro hac vice application forthcoming*)
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000
Fax: (212) 225-3999
vhou@cgsh.com
jgerber@cgsh.com

*Counsel for Bed Bath & Beyond Corporation*

*/s/ Ephraim Wernick*

**VINSON & ELKINS LLP**
Ephraim Wernick
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Tel: (202) 639-6730
Fax: (202) 879-8830
ewernick@velaw.com

Clifford Thau
Marisa F. Antonelli
The Grace Building
1114 Avenue of the Americas
32nd Floor
New York, NY 10036
Tel: (212) 237-0012
Fax: (917) 849-5321
cthau@velaw.com
mantonelli@velaw.com

| | |
|---|---|
| *Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Class* | *Counsel for Ryan Cohen and RC Ventures LLC* |
| | /s/  Stefani Johnson Myrick |
| **BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**<br>Peretz Bronstein (*pro hac vice*)<br>Eitan Kimelman (*pro hac vice*)<br>Yitzchak E. Soloveichik (*pro hac vice*)<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>Tel: (212) 697-6484<br>Fax: (212) 697-7296<br>peretz@bgandg.com<br>eitank@bgandg.com<br>soloveichik@bgandg.com | **Davis Polk & Wardwell LLP**<br>Stefani Johnson Myrick (D.C. Bar No. 1032545)<br>901 15th Street NW<br>Washington, D.C. 20005<br>Tel: (202) 962-7000<br>Fax: (202) 962-7111<br>stefani.myrick@davispolk.com<br><br>Frances E. Bivens (*pro hac vice* to be filed)<br>Daniel J. Schwartz (*pro hac vice* to be filed)<br>Matthew R. Brock (*pro hac vice* to be filed)<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000<br>Fax: (212) 701-5800<br>frances.bivens@davispolk.com<br>daniel.schwartz@davispolk.com<br>matthew.brock@davispolk.com |
| *Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Class* | *Counsel for J.P. Morgan Securities LLC* |

**IT IS SO ORDERED**.

_____
UNITED STATED DISTRICT JUDGE

DATED: _____