AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| Pengcheng Si | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-02541-TNM |
| Bed Bath & Beyond Corporation, et al., | ) |
| *Defendants* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

J.P. Morgan Securities LLC

Date:  12/14/2022

/s/ Stefani Johnson Myrick
*Attorney's signature*

Stefani Johnson Myrick, D.C. Bar No. 1032545
*Printed name and bar number*

901 15th St NW, Washington, DC 20005
*Address*

stefani.myrick@davispolk.com
*E-mail address*

(202) 962-7000
*Telephone number*

(202) 962-7111
*FAX number*