UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENGCHENG SI,<br><br>       *Plaintiff*,<br><br>v.<br><br>BED BATH & BEYOND CORPORATION,<br>J.P. MORGAN SECURITIES LLC,<br>RC VENTURES LLC AND RYAN COHEN,<br><br>       *Defendants*. | Case No. 1:22-CV-02541-TNM |

**DEFENDANT J.P. MORGAN SECURITIES LLC'S RULE 7.1
DISCLOSURE STATEMENT AND CERTIFICATE REQUIRED BY
LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia, I, the undersigned counsel of record for J.P. Morgan Securities LLC, certify to the best of my knowledge and belief that J.P. Morgan Securities LLC is an indirect, wholly owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation.  JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.  However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulation of 10% or more of the stock of JPMorgan Chase & Co.

Date: Washington, D.C.
      December 14, 2022

DAVIS POLK & WARDWELL LLP

By:    */s/* Stefani Johnson Myrick
      Stefani Johnson Myrick

Frances E. Bivens (*pro hac vice* motion forthcoming)
Daniel J. Schwartz (*pro hac vice* motion forthcoming)
Matthew R. Brock (*pro hac vice* motion forthcoming)
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
frances.bivens@davispolk.com
daniel.schwartz@davispolk.com
matthew.brock@davispolk.com

Stefani Johnson Myrick
(D.C. Bar No. 1032545)
901 15th Street, NW
Washington, DC 20005
(202) 962-7000
stefani.myrick@davispolk.com

*Attorneys for Defendant J.P. Morgan Securities LLC*

**CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that on December 14, 2022, a copy of the foregoing was filed electronically on the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

                                                           */s/* Stefani Johnson Myrick
                                                           Stefani Johnson Myrick
                                                           (D.C. Bar 1032545)