IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENGCHENG SI,<br><br>*Plaintiff*,<br><br>v.<br><br>BED BATH & BEYOND CORPORATION,<br>J.P. MORGAN SECURITIES LLC,<br>RC VENTURES LLC AND RYAN COHEN,<br><br>*Defendants*. | Case No. 1:22-CV-02541-TNM |

## PROPOSED ORDER

Upon consideration of J.P. Morgan Securities LLC's Motion for Admission *Pro Hac Vice* for Frances E. Bivens, and Ms. Bivens's accompanying Declaration, it is hereby

**ORDERED** that J.P. Morgan Securities LLC's Motion for Admission *Pro Hac Vice* is **GRANTED.**

**SO ORDERED** this _____ day of December 2022.