UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENGCHENG SI,<br><br>    *Plaintiff*,<br><br>v.<br><br>BED BATH & BEYOND CORPORATION,<br>J.P. MORGAN SECURITIES LLC,<br>RC VENTURES LLC AND RYAN COHEN,<br><br>    *Defendants*. | Case No. 1:22-CV-02541-TNM |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia, Defendant J.P. Morgan Securities LLC, by and through its undersigned counsel, Stefani Johnson Myrick, a member of the Bar of this Court, respectfully moves that Daniel J. Schwartz be admitted *pro hac vice* in the above-captioned action.

In support of this motion, the undersigned represents:

1.    Mr. Schwartz is counsel to Davis Polk & Wardwell LLP, 450 Lexington Ave, New York, NY 10017; telephone (212) 450-4000.

2.    As set forth in the Declaration of Mr. Schwartz accompanying this motion, Mr. Schwartz is a member of good standing of the bar of the State of New York. Mr. Schwartz is also a member in good standing of the following federal bars: the United States Supreme Court, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the District of Columbia Circuit, the U.S. District Court for the Southern District of New York and the U.S. District Court for the Eastern District of New York. He has not been disciplined by any bar.

3. Mr. Schwartz has not been admitted *pro hac vice* in this Court in the past two years.

WHEREFORE, J.P. Morgan Securities LLC, by and through its undersigned counsel, moves that this Court enter an Order permitting Daniel J. Schwartz to appear *pro hac vice* in the above-captioned matter.

Dated: Washington, DC
December 19, 2022

DAVIS POLK & WARDWELL LLP

By: /s/ Stefani Johnson Myrick
Stefani Johnson Myrick
(D.C. Bar No. 1032545)

901 15th Street, NW
Washington, DC 20005
(202) 962-7000
stefani.myrick@davispolk.com

*Attorney for Defendant J.P. Morgan Securities LLC*

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.3, I hereby certify that on December 19, 2022, a copy of the foregoing was filed electronically on the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

/s/ Stefani Johnson Myrick
Stefani Johnson Myrick
(D.C. Bar No. 1032545)