IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENGCHENG SI,<br><br>    *Plaintiff,*<br><br>    - v. -<br><br>BED BATH & BEYOND CORPORATION, J.P. MORGAN SECURITIES LLC,<br>RC VENTURES LLC AND RYAN COHEN,<br><br>    *Defendant.* | Case No. 1:22-CV-02541-TNM |

## DECLARATION OF MATTHEW R. BROCK

I, Matthew R. Brock, pursuant to 28 U.S.C. § 1746, declare as follows:

1. Pursuant to Local Rule 83.2, I certify that I am eligible for admission to this Court.

2. I am associated with Davis Polk & Wardwell LLP, 450 Lexington Ave, New York, NY 10017; telephone (212) 450-4000.

3. I have been admitted to and am a member in good standing of the bar of the State of New York. I am also a member in good standing of the following federal bars: the United States Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Tenth Circuit, the U.S. District Court for the Southern District of New York and the U.S. District Court for the District of Colorado.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court in the past two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
December 19, 2022

_____
Matthew R. Brock