# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Pengcheng Si, individually and on behalf of all others similarly situated

                                       Plaintiff

Civil Number: 22-cv-2541

vs.

Bed Bath & Beyond Corporation, et al.

                                       Defendant

## AFFIDAVIT OF SERVICE

I, Michael Marra, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Class Action Complaint for Violations of the Federal Securities Laws and Breach of Fiduciary Duty, and Amended Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 11/16/2022 at 1:19 PM, I served J.P. Morgan Securities LLC c/o CT Corporation System, Registered Agent at 28 Liberty Street, New York, New York 10005 with the Summons, Class Action Complaint for Violations of the Federal Securities Laws and Breach of Fiduciary Duty, and Amended Complaint by serving Mohamed Dansoko, Agent, authorized to accept service on behalf of CT Corporation System.

Mohamed Dansoko is described herein as:

Gender: Male   Race/Skin: Black   Age: 35   Weight: 230   Height: 6'1"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

NOVEMBER 21, 2022
Executed On

Michael Marra

Client Ref Number: N/A
Job #: 1610365

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| PENGCHENG SI, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>BED BATH & BEYOND CORPORATION, RYAN COHEN, RC VENTURES LLC, and JP MORGAN SECURITIES LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-cv-2541-TNM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* J.P. Morgan Securities LLC
383 Madison Avenue
New York, New York 10179

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven J. Toll
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel: (202) 408-4600
stoll@cohenmilstein.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 11/07/2022

/s/ Erica Duncan
*Signature of Clerk or Deputy Clerk*