AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

|  |  |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | ) ) ) ) ) | Case No.   1:22-cv-02541-TNM<br><br>CLASS ACTION |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

J.P. Morgan Securities LLC

Date:     12/21/2022

/s/ Frances E. Bivens
*Attorney's signature*

Frances E. Bivens (admitted *pro hac vice*)
*Printed name and bar number*

450 Lexington Avenue, New York, NY 10017
*Address*

frances.bivens@davispolk.com
*E-mail address*

(212) 450-4000
*Telephone number*

(212) 701-5800
*FAX number*