AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | ) | |
|---|---|---|
| IN RE BED BATH & BEYOND | ) | |
| CORPORATION SECURITIES LITIGATION | ) | Case No.   1:22-cv-02541-TNM |
| | ) | |
| | ) | CLASS ACTION |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   J.P. Morgan Securities LLC

Date:      12/21/2022                                                        /s/ Matthew R. Brock
                                                                             *Attorney's signature*

                                                        Matthew R. Brock (admitted *pro hac vice*)
                                                                *Printed name and bar number*

                                                        450 Lexington Avenue, New York, NY 10017
                                                                        *Address*

                                                        matthew.brock@davispolk.com
                                                                *E-mail address*

                                                        (212) 450-4000
                                                                *Telephone number*

                                                        (212) 701-5800
                                                                *FAX number*