# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE BED BATH & BEYOND
CORPORATION SECURITIES LITIGATION

Case No. 1:22-cv-2541-TNM

CLASS ACTION

THIS DOCUMENT RELATES TO: ALL ACTIONS

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nowell D. Bamberger of Cleary Gottlieb Steen &
Hamilton LLP, admitted to practice in this Court, hereby enters an appearance in the above-
captioned action as counsel for Defendant Bed Bath & Beyond Inc. (improperly named in the
Complaint as Bed Bath & Beyond Corporation) and respectfully requests that all pleadings,
notices, orders, correspondence and other papers in connection with this action be directed to the
undersigned at the office set forth below or through the Court's electronic filing system.

Dated:      December 22, 2022
            Washington, District of Columbia

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ Nowell D. Bamberger
Nowell D. Bamberger (D.C. Bar No. 989157)
2112 Pennsylvania Avenue
Washington, D.C. 20037
Telephone: (202) 974-1752
Email: nbamberger@cgsh.com

*Counsel for Defendant Bed Bath & Beyond Inc.*