# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-2541-TNM<br><br>CLASS ACTION |

THIS DOCUMENT RELATES TO: ALL ACTIONS

## CORPORATE DISCLOSURE STATEMENT

Certificate required by LCvR 26.1 of the Local Rules of the United Sates District Court for the District of Columbia:

I, the undersigned, counsel of record for Bed Beth & Beyond Inc. (improperly named in the Complaint as Bed Bath & Beyond Corporation), certify that to the best of my knowledge and belief, as of September 30, 2022, the most recent date for which information is available, there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Bed Bath & Beyond Inc. and that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:  December 22, 2022
       Washington, District of Columbia

                                           CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                           /s/ Nowell D. Bamberger
                                           Nowell D. Bamberger (D.C. Bar No. 989157)
                                           2112 Pennsylvania Avenue
                                           Washington, D.C. 20037
                                           Telephone: (202) 974-1752
                                           Email: nbamberger@cgsh.com

                                           *Counsel for Defendant Bed Bath & Beyond Inc.*