## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| PENGCHENG SI, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>BED BATH & BEYOND CORPORATION, et al.<br>                    Defendants. | Case No. 1:22-cv-02541-TNM |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Ephraim Wernick, who is admitted to practice in this Court, respectfully enters his appearance as counsel for Ryan Cohen and RC Ventures LLC and requests that copies of all future pleadings, filings, notices, correspondence, and other papers be served upon him.

Dated: December 23, 2022

VINSON & ELKINS LLP

*/s/ Ephraim Wernick*
Ephraim Wernick
District of Columbia State Bar No. 497158
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, D.C. 20037
Telephone:  (202) 639-6730
Facsimile:   (202) 639-6604
Email: ewernick@velaw.com

*Attorneys for Ryan Cohen and RC Ventures LLC*