UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE BED BATH & BEYOND
CORPORATION SECURITIES LITIGATION

Case No. 1:22-cv-2541-TNM

CLASS ACTION

THIS DOCUMENT RELATES TO: ALL ACTIONS

## MOTION TO ADMIT COUNSEL PRO HAC VICE

I, Nowell Bamberger, attorney of record for Defendant Bed Bath & Beyond Inc. (improperly named in the Complaint as Bed Bath & Beyond Corporation), hereby move for the *pro hac vice* admission of Victor L. Hou in the above captioned action. The Declaration of Victor L. Hou is attached in support of this Motion, as required by Local Civil Rule 83.2(d).

Respectfully submitted this 28th day of December, 2022.

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ Nowell D. Bamberger
Nowell D. Bamberger (D.C. Bar No. 989157)
2112 Pennsylvania Avenue
Washington, D.C. 20037
Telephone: (202) 974-1752
Email: nbamberger@cgsh.com

*Counsel for Defendant Bed Bath & Beyond Inc.*