UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-2541-TNM<br><br>CLASS ACTION |

THIS DOCUMENT RELATES TO: ALL ACTIONS

## DECLARATION OF JARED GERBER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Jared Gerber, submit this Declaration in support of the motion for my admission *pro hac vice* as counsel for Defendant Bed Bath & Beyond Inc. (improperly named in the Complaint as Bed Bath & Beyond Corporation) in the above captioned action. Pursuant to Local Civil Rule 83.2(d), I state as follows:

1. My full name is Jared Mitchell Gerber.

2. My office address is Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, an my telephone number is (212) 225 2000.

3. A list of all bars to which I am admitted is found at Exhibit A attached hereto.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from any office located in the District of Columbia; I am not a member of the District of Columbia Bar; and I do not have an application for membership pending.

7. A certificate of good standing, issued by the Appellate Division of the Supreme Court of the State of New York (First Department), is found at Exhibit B attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 28, 2022 in New York, New York.

                                              CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                              */s/ Jared Gerber*

                                              Jared Gerber
                                              One Liberty Plaza
                                              New York, NY
                                              Telephone: (212) 225-2000
                                              Email: jgerber@cgsh.com

                                              *Counsel for Defendant Bed Bath & Beyond Inc.*

# Exhibit A
# Bar Admissions

**Jared Gerber Court Admissions**

| Court Name | Date of Admission |
|---|---|
| Supreme Court, State of New York, First Department | November 24, 2008 |
| United States District Court, Eastern District of New York | November 17, 2009 |
| United States District Court, Southern District of New York | November 17, 2009 |
| United States Court of Appeals, Second Circuit | June 8, 2012 |
| United States Court of Appeals, Ninth Circuit | June 22, 2012 |
| Supreme Court of the United States | June 2, 2014 |
| United States Court of Appeals, First Circuit | April 3, 2015 |
| United States Court of Appeals, Third Circuit | March 11, 2016 |

# Exhibit B
# State Court Certificate of Good Standing



## Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Jared Mitchell Gerber

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **November 24, 2008**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of New York on December 22, 2022.*

*Susanna M. Rojas*
Clerk of the Court

CertID-00097382



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Susanna M Rojas*

Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE    NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340 0400    INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/