UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-2541-TNM<br><br>CLASS ACTION |

THIS DOCUMENT RELATES TO: ALL ACTIONS

**[PROPOSED] ORDER**
**GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE**

The Court having considered the motion for admission *pro hac vice* of Jared Gerber,

HEREBY ORDERS THAT:

1. Jared Gerber of the law firm Cleary Gottlieb Steen & Hamilton LLP may appear in the above captioned action as counsel for Defendant Bed Bath & Beyond Inc. (improperly named in the Complaint as Bed Bath & Beyond Corporation).

2. The Clerk of Court is respectfully directed to add Jared Gerber (email: jgerber@cgsh.com) to the email distribution list that provides notification of all electronic filings for this case.

SO ORDERED

Dated: _____, 20____   _____
Washington, DC                                Hon. Trevor N. McFadden
                                              United States District Judge