UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-2541-TNM<br><br>CLASS ACTION |

THIS DOCUMENT RELATES TO: ALL ACTIONS

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jared M. Gerber of Cleary Gottlieb Steen & Hamilton LLP, admitted to practice in this Court, hereby enters an appearance in the above-captioned action as counsel for Defendant Bed Bath & Beyond Inc. (improperly named in the Complaint as Bed Bath & Beyond Corporation) and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be directed to the undersigned at the office set forth below or through the Court's electronic filing system.

Dated:   December 30, 2022
         New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Jared M. Gerber*
Jared M. Gerber (*pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (202) 225-2507
Email: jgerber@cgsh.com

*Counsel for Defendant Bed Bath & Beyond Inc.*