**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM<br><br>CLASS ACTION |

**DECLARATION IN SUPPORT OF MOTION**
**TO ADMIT COUNSEL PRO HAC VICE**

I, Omar Jafri, pursuant to LCvR 83.2(c), file this Declaration in support of the instant Motion to Admit Counsel Pro Hac Vice.

1. **The full name of the attorney:** Omar Jafri

2. **The attorney's office address and telephone number:** Pomerantz LLP, 10 S. LaSalle Street, Suite 3505, Chicago, Illinois 60603, Phone: 312-377-1181

3. **A list of all bars to which the attorney has been admitted:** Please see Exhibit A attached.

4. **A certification that the attorney either has or has not been disciplined by any bar, and if the attorney has been disciplined by any bar, the circumstances and details of the discipline:** I have not been disciplined by any bar.

5. **The number of times the attorney has been admitted pro hac vice in this Court within the last two years:** Zero (0).

6. **Whether the attorney, if the attorney engages in the practice of law from any office located in the District of Columbia, is a member of the District of Columbia Bar or has an application for membership pending:** I do not engage in the practice of law from any office located in the District of Columbia. I am not a member of the District of Columbia Bar. I do not have an application for membership pending.

7. **The motion must be accompanied by a certificate of the court or bar for the state in which the applicant regularly practices, which has been issued within thirty (30) days of filing and states that the applicant is a member in good standing of the bar of that state court:** Please see Exhibit B attached.

Dated: January 5, 2023

Respectfully Submitted,

/s/ Omar Jafri

Omar Jafri

Pomerantz LLP
10 S. LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
ojafri@pomlaw.com

*Counsel for Lead Plaintiff Bratya SPRL*

# Exhibit A

# Court Admissions

**Omar Jafri Attorney Court Admissions**

| Court Name | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court, State of Illinois | November 6, 2008 | 6296816 |
| U.S. District Court, Northern District of Illinois | December 19, 2008 | 6296816 |
| U.S. District Court, Northern District of Indiana | 2012 | No Such Number Assigned. |
| U.S. Court of Appeals, First Circuit | June 18, 2019 | No Such Number Assigned. |
| U.S. Court of Appeals, Second Circuit | February 15, 2022 | No Such Number Assigned. |
| U.S. Court of Appeals, Fifth Circuit | October 28, 2020 | No Such Number Assigned. |
| U.S. Court of Appeals, Ninth Circuit | August 10, 2017 | No Such Number Assigned. |

# Exhibit B

# Certificate of Good Standing

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Omar Jafri

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/06/2008 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 21st day of December, 2022.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois