AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | ) ) ) Case No.  1:22-cv-02541-TNM ) ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff Bratya SPRL.

Date: 01/10/2023

/s/ Omar Jafri
*Attorney's signature*

Omar Jafri (6296816)
*Printed name and bar number*

Pomerantz LLP
10 S. LaSalle Street
Suite 3505
Chicago, IL 60603
*Address*

ojafri@pomlaw.com
*E-mail address*

(312) 377-1181
*Telephone number*

(312) 377-1184
*FAX number*