UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

PENGCHENG SI, Individually and on Behalf of All Others Similarly Situated,

*Plaintiff,*

v.

BED BATH & BEYOND CORPORATION, J.P. MORGAN SECURITIES LLC, RC VENTURES LLC AND RYAN COHEN,

*Defendants.*

Case No. 1:22-cv-02541-TNM

**DEFENDANTS RC VENTURES LLC AND RYAN COHEN'S
MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Now comes the undersigned, Ephraim Wernick, a member in good standing of the District of Columbia Bar, and an attorney of record for Defendants RC Ventures LLC and Ryan Cohen, and respectfully moves for the admission *pro hac vice* of Clifford Thau, of the firm of Vinson & Elkins LLP, as counsel for RC Ventures LLC and Ryan Cohen.  The Declaration of Clifford Thau is attached in support of this Motion.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion to enroll attorney Clifford Thau of Vinson & Elkins LLP *pro hac vice* counsel for RC Ventures LLC and Ryan Cohen.

- 2-

Dated:  January 10, 2023                                  Respectfully submitted,

                                                         */s/ Ephraim Wernick*
                                                         Ephraim Wernick
                                                         District of Columbia State Bar No. 497158
                                                         VINSON & ELKINS LLP
                                                         2200 Pennsylvania Avenue NW
                                                         Suite 500 West
                                                         Washington, D.C. 20037
                                                         Telephone:  (202) 639-6730
                                                         Facsimile:   (202) 639-6604
                                                         Email: ewernick@velaw.com

                                                         **COUNSEL FOR DEFENDANTS
                                                         RC VENTURES LLC AND
                                                         RYAN COHEN**


**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2023, a true and correct copy of the foregoing document

was served on all counsel of record via the Court's CM/ECF System.

                                                         */s/Ephraim Wernick*
                                                         Ephraim Wernick