UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PENGCHENG SI, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff,*<br><br>v.<br><br>BED BATH & BEYOND CORPORATION, J.P. MORGAN SECURITIES LLC, RC VENTURES LLC AND RYAN COHEN,<br><br>*Defendants.* | Case No. 1:22-cv-02541-TNM |

### DEFENDANTS RC VENTURES LLC AND RYAN COHEN'S MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Now comes the undersigned, Ephraim Wernick, a member in good standing of the District of Columbia Bar, and an attorney of record for Defendants RC Ventures LLC and Ryan Cohen, and respectfully moves for the admission *pro hac vice* of Marisa F. Antonelli, of the firm of Vinson & Elkins LLP, as counsel for RC Ventures LLC and Ryan Cohen. The Declaration of Marisa F. Antonelli is attached in support of this Motion.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion to enroll attorney Marisa F. Antonelli of Vinson & Elkins LLP *pro hac vice* counsel for RC Ventures LLC and Ryan Cohen.

Dated:  January 10, 2023

Respectfully submitted,

*/s/ Ephraim Wernick*
Ephraim Wernick
District of Columbia State Bar No. 497158
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, D.C. 20037
Telephone:  (202) 639-6730
Facsimile:   (202) 639-6604
Email: ewernick@velaw.com

**COUNSEL FOR DEFENDANTS
RC VENTURES LLC AND
RYAN COHEN**

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2023, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

*/s/ Ephraim Wernick*
Ephraim Wernick