UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PENGCHENG SI, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff,*<br><br>v.<br><br>BED BATH & BEYOND CORPORATION, J.P. MORGAN SECURITIES LLC, RC VENTURES LLC AND RYAN COHEN,<br><br>*Defendants.* | Case No. 1:22-cv-02541-TNM |

## DECLARATION OF DAVID A. HOFFMAN IN SUPPORT OF DEFENDANTS RC VENTURES LLC AND RYAN COHEN'S MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, David A. Hoffman, pursuant to LCvR83.2(c), file this Declaration in support of the instant Motion of Defendants RC Ventures LLC and Ryan Cohen to Admit Counsel *Pro Hac Vice*.

1.       **The full name of the attorney:**  David Adam Hoffman.

2.       **The attorney's office address and telephone number:**  VINSON & ELKINS LLP, 1114 Avenue of Americas, 32nd Floor, New York, NY  10036, Telephone:  (212) 237-0141.

3.       **A list of all bars to which the attorney has been admitted:**  Please see Exhibit A attached.

4.       **A certification that the attorney either has or has not been disciplined by any bar, and if the attorney has been disciplined by any bar, the circumstances and details of the discipline:**  I have not been disciplined by any bar.

5.       **The number of times this attorney has been admitted *pro hac vice* in this Court within the last two years:**  Zero (0).

6.      **Whether the attorney, if the attorney engages in the practice of law from any office located in the district of Columbia, is a member of the District of Columbia Bar or has an application for membership pending:** I do not engage in the practice of law from any office located in the District of Columbia. I am not a member of the District of Columbia Bar. I do not have an application for membership pending.

7.      **The motion must be accompanied by a certificate of the court or bar for the state in which the applicant regularly practices, which has been issued within thirty (30) days of filing and states that the applicant is a member in good standing of the bar of that state court:** Please see Exhibit B attached.

Dated: January 9, 2023

Respectfully submitted,

David A. Hoffman
New York State Bar No. 5602495
VINSON & ELKINS LLP
1114 Avenue of Americas, 32nd Floor
New York, NY 10036
Telephone: (212) 237-0141
Facsimile: (917) 849-5309
Email: dhoffman@velaw.com

**COUNSEL FOR DEFENDANTS
RC VENTURES LLC AND
RYAN COHEN**

# EXHIBIT A

# Bar Admissions

**<u>David Hoffman Court Admissions</u>**

| <u>Court Name</u> | <u>Date of Admission</u> |
|---|---|
| Supreme Court, State of New York, First Department | July 16, 2018 |
| United States District Court, Southern District of New York | April 23, 2019 |
| United States District Court, Eastern District of New York | May 1, 2019 |
| United States Court of Appeals for the Second Circuit | May 16, 2019 |

# **<u>EXHIBIT B</u>**



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

*I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

### David Adam Hoffman

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 16, 2018**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of New York on December 28, 2022.*

*Clerk of the Court*

*CertID-00097890*