UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PENGCHENG SI, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff,*<br><br>v.<br><br>BED BATH & BEYOND CORPORATION, J.P. MORGAN SECURITIES LLC, RC VENTURES LLC AND RYAN COHEN,<br><br>*Defendants.* | Case No. 1:22-cv-02541-TNM |

## [PROPOSED] ORDER GRANTING DEFENDANTS RC VENTURES LLC AND RYAN COHEN'S MOTION TO ADMIT COUNSEL *PRO HAC VICE*

WHEREAS the Court has reviewed and considered Defendants RC Ventures LLC and Ryan Cohen's Motion to Admit Counsel *Pro Hac Vice* (Dkt. ___) seeking the admission of attorney David A. Hoffman *pro hac vice* on behalf of RC Ventures LLC and Ryan Cohen;

Having shown just cause, IT IS HEREBY ORDERED THAT:

1. Defendants RC Ventures LLC and Ryan Cohen's Motion to Admit Counsel *Pro Hac Vice* is GRANTED. David A. Hoffman is hereby admitted to practice *pro hac vice* on behalf of Defendants RC Ventures LLC and Ryan Cohen.

2. Ephraim Wernick (D.C. Bar No. 497158), 2200 Pennsylvania Avenue NW, Suite 500 West, Washington, D.C. 20037, Telephone: (202) 639-6730 is designated as liaison counsel.

- 2-

3. The Clerk of the Court is respectfully directed to add David A. Hoffman (Email: dhoffman@velaw.com) to the email distribution list that provides notification of all electronic filings for this case.

SO ORDERED.

Dated:  January __, 2023
Washington, D.C.

TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE