UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENGCHENG SI, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff,*<br><br>v.<br><br>BED BATH & BEYOND CORPORATION, J.P. MORGAN SECURITIES LLC, RC VENTURES LLC AND RYAN COHEN,<br><br>*Defendants.* | Case No. 1:22-cv-02541-TNM |

**DEFENDANT RC VENTURES LLC'S RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATE REQUIRED BY LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia, the undersigned counsel for defendant RC Ventures LLC ("RC Ventures"), states that RC Ventures does not have a publicly held parent corporation and there is no publicly held corporation which holds a 10% or more ownership interest in RC Ventures.

Dated: January 27, 2023

VINSON & ELKINS LLP

By: */s/ Ephraim Wernick*
    Ephraim Wernick
    (D.C. Bar No. 497158)
    2200 Pennsylvania Avenue NW
    Suite 500 West
    Washington, DC 20037
    Telephone: (202) 639-6730
    Facsimile: (202) 639-6604
    ewernick@velaw.com

Clifford Thau *(pro hac vice)*
Marisa Antonelli *(pro hac vice)*
David Hoffman *(pro hac vice)*
1114 Avenue of Americas, 32nd Floor
New York, NY 10036
Telephone: (212) 237-0000
Facsimile: (212) 237-0100
cthau@velaw.com
mantonelli@velaw.com
dhoffman@velaw.com

*Counsel for RC Ventures LLC*

## **CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that on January 27, 2023, a copy of the foregoing was filed electronically on the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

*/s/ Ephraim Wernick*
Ephraim Wernick
(D.C. Bar 497158)