**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

PENGCHENG SI, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

  v.

BED BATH & BEYOND CORPORATION,
et al.

      Defendants.

Case No. 1:22-cv-02541-TNM

<u>**NOTICE OF APPEARANCE OF COUNSEL**</u>

  PLEASE TAKE NOTICE that Clifford Thau, who is admitted to practice in this Court, respectfully enters his appearance as counsel for Ryan Cohen and RC Ventures LLC and requests that copies of all future pleadings, filings, notices, correspondence, and other papers be served upon him.

Dated: January 27, 2023

      VINSON & ELKINS LLP

      */s/ Clifford Thau*
      Clifford Thau *(pro hac vice)*
      VINSON & ELKINS LLP
      1114 Avenue of Americas, 32nd Floor
      New York, NY 10036
      Telephone:  (212) 237-0012
      Facsimile:  (212) 237-0100
      Email: cthau@velaw.com

      *Attorneys for Ryan Cohen and RC Ventures LLC*