**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| PENGCHENG SI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BED BATH & BEYOND CORPORATION, et al.<br><br>Defendants. | Case No. 1:22-cv-02541-TNM |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Marisa Antonelli, who is admitted to practice in this Court, respectfully enters her appearance as counsel for Ryan Cohen and RC Ventures LLC and requests that copies of all future pleadings, filings, notices, correspondence, and other papers be served upon her.

Dated: January 27, 2023

                                                        VINSON & ELKINS LLP

                                                        */s/ Marisa Antonelli*
                                                        Marisa Antonelli *(pro hac vice)*
                                                        VINSON & ELKINS LLP
                                                        1114 Avenue of Americas, 32nd Floor
                                                        New York, NY 10036
                                                        Telephone:  (212) 237-0151
                                                        Facsimile:   (212) 237-0100
                                                        Email: mantonelli@velaw.com

                                                        *Attorneys for Ryan Cohen and RC Ventures LLC*