# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| PENGCHENG SI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BED BATH & BEYOND CORPORATION, et al.<br><br>Defendants. | Case No. 1:22-cv-02541-TNM |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that David A. Hoffman, who is admitted to practice in this Court, respectfully enters his appearance as counsel for Ryan Cohen and RC Ventures LLC and requests that copies of all future pleadings, filings, notices, correspondence, and other papers be served upon him.

Dated: January 27, 2023

VINSON & ELKINS LLP

*/s/ David A. Hoffman*
David A. Hoffman *(pro hac vice)*
VINSON & ELKINS LLP
1114 Avenue of Americas, 32nd Floor
New York, NY 10036
Telephone: (212) 237-0141
Facsimile: (212) 237-0100
Email: dhoffman@velaw.com

*Attorneys for Ryan Cohen and RC Ventures LLC*