# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

~~united states district court~~
~~district of columbia~~

| | |
|---|---|
| ~~PENGCHENG SI, individually and on behalf of all others similarly situated,~~<br><br>~~Plaintiff,~~<br><br>~~v.,~~<br><br>~~Bed~~<br>IN RE BED BATH & BEYOND CORPORA-TION SECURITIES LITIGATION<br>~~BATH & BEYOND CORPORATION, RYAN COHEN, RC VENTURES LLC, and JP MORGAN SECURITIES LLC,~~<br><br>~~Defendants.~~ | Case No. 1:22-cv-02541-TNM<br><br>CLASS ACTION<br><br>Jury Trial Demanded 2541 |

## SECOND AMENDED CLASS ACTION COMPLAINT

**Style Definition:** Normal: Font: 11 pt, No widow/orphan control, Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

**Style Definition:** Heading 1: Font: 12 pt, Underline, Not All caps, Not Expanded by / Condensed by , Indent: Left: 1.46", Right: 1.46", Space Before: 4 pt, After: 0 pt, Don't keep with next, Don't keep lines

**Style Definition:** Footnote Text: Font: 10 pt, Left, Indent: First line: 0", Space After: 0 pt

**Style Definition:** Body Text: Font: 12 pt, Left, Indent: First line: 0", Line spacing: single

**Style Definition:** List Paragraph: Left, Add space between paragraphs of the same style, Line spacing: single, No bullets or numbering

**Style Definition:** Comment Text: Font: Widow/Orphan control, Adjust space between Latin and Asian text, Adjust space between Asian text and numbers

**Style Definition:** Comment Subject: Font: No widow/orphan control, Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

**Style Definition:** Normal (Web): Font: 12 pt, Widow/Orphan control, Adjust space between Latin and Asian text, Adjust space between Asian text and numbers

**Style Definition:** Table Paragraph: Indent: Left: 0"

**Style Definition:** Revision: Font: 11 pt

**Style Definition:** Pleading Body 12pt (Single Spacing): Font: 12 pt, Widow/Orphan control, Adjust space between Latin and Asian text, Adjust space between Asian text and numbers

**Formatted Table**

**Formatted:** Font: 12 pt

**Formatted:** Don't add space between paragraphs of the same style, Tab stops: 6.5", Right,Leader: …

**Formatted:** Font: 12 pt, Not Small caps

**Formatted:** Indent: Left: 0"

**Formatted:** Font: Bold, Thick underline

**Formatted:** Body Text

**Formatted:** Font: 10 pt

**Formatted:** Body Text, Line spacing:  Multiple 0.06 li

**TABLE OF CONTENTS**

Page

TABLE OF CONTENTS..................................................................................................... i

TABLE OF AUTHORITIES ............................................................................................. iii

I.     NATURE OF THE ACTION ....................................................................................1

II.    JURISDICTION AND VENUE ...............................................................................7

III.    PARTIES ..................................................................................................................8

IV.    BACKGROUND PRINCIPLES AND FACTS UNDERLYING COHEN'S
MANIPULATION OF BED BATH'S STOCK PRICE ..........................................9

     A.  The Mechanics of a Squeeze..........................................................................9

     B.  Cohen's Pump-and-Dump Scheme................................................................12

     C.  Federal Law Requires Principal Shareholders to be Transparent About
Transactions .................................................................................................12

          1.  Section 13(d) of the Exchange Act ...................................................13

          2.  Section 16(a) of the Exchange Act ...................................................13

          3.  SEC Rule 144...................................................................................14

V.    COHEN LEARNS HOW TO MANIPULATE STOCKS ....................................14

     A.  Cohen Amasses a Trading Fortune By Selling Chewy...............................14

     B.  GameStop's Rise and Fall.............................................................................16

          1.  The Meme Stock Movement.............................................................16

          2.  Cohen's Entry into GameStop ..........................................................17

          3.  Cohen's Transformation into "Papa Cohen" and GameStop's Rise.......20

          4.  Cohen Exploits His Social Media Following to Fuel GameStop's Stock
Rise .................................................................................................24

VI.    SUBSTANTIVE ALLEGATIONS .......................................................................31

~~amended complaint~~

**Formatted:** Font: 10 pt

**Formatted:** Body Text, Line spacing:  Multiple 0.06 li

<u>**Table of Contents**</u>

I.      Introduction........................................................................................1

II.     Jurisdiction and Venue......................................................................4

III.    Parties................................................................................................4

IV.     Statutory Framework.........................................................................5

A.      Section 13(d) of the Exchange Act....................................................6

B.      Section 16(a) of the Exchange Act....................................................8

C.      Rule 144.............................................................................................9

D.      Fraud and Manipulation..................................................................13

V.      Factual Background........................................................................14

A.      Background......................................................................................14

1.      The rise and fall of Bed Bath & Beyond.........................................14

2.      As Bed Bath's fortunes as a company fell, its stock rose as a "meme stock"....17

3.      Ryan Cohen rises as the pied piper of meme stock traders............28

4.      Cohen announces Bed Bath & Beyond as his next turnaround target.....33

5.      After Cohen's acquisition, Bed Bath's stock prices steadily declines as the company faces a stream of unfavorable news...............46

B.      Cohen's scheme to manipulate the market for Bed Bath & Beyond securities.......55

VI.     Defendants' Deceptive and Manipulative Acts...............................78

VII.    Defendants' False and Miseading Statements................................80

A.      Cohen's and RC Ventures' false and misleading statements...........80

B.      Bed Bath's false and misleading statements...................................82

VIII.   Additional Allegations of Defendants' Scienter.............................83

IX.     Loss Causation and Economic Loss................................................84

X.      Applicability of Presumption of Reliance.......................................85

A.      Rule 10b-5(a) and (c) Claims..........................................................85

B.      Rule 10b-5(b) Claim........................................................................86

XI.     Class Action Allegations.................................................................87

XII.    No Safe Harbor................................................................................89

XIII.   Claims for Relief.............................................................................89

Count I: Section 10(b) of the Exchange Act and Rule 10b-5(a) and (c)......89

Count II: Section 10(b) of the Exchange Act and Rule 10b-5(b)................90

Count III: Section 9(a)(2) of the Exchange Act.........................................91

Count IV: Section 9(a)(3) of the Exchange Act.........................................92

Count V: Section 9(a)(4) of the Exchange Act..........................................92

Count VI: Section 9(f) of the Exchange Act..............................................93

**Formatted:** Font: 10 pt

**Formatted:** Body Text, Line spacing:  Multiple 0.06 li

Count VII: Section 18(a) of the Exchange Act ........................................................... 93

Count VIII: Section 20A of the Exchange Act ........................................................... 94

Count IX: Section 20(a) of the Exchange Act ........................................................... 95

XIV.    Prayer for Relief ..................................................................................................... 96

XV.    Jury Trial Demand ................................................................................................... 96

A.  Bed Bath's Road to Bankruptcy ........................................................................31

    1.  Background ...............................................................................................31

    2.  Cohen Exerts Influence While Liquidity and Credit Crises Loom at Bed Bath ..............................................................................................................33

    3.  Cohen Pushes out CEO Tritton as Liquidity and Credit Worsen ...........40

    4.  Cohen Learns That a Sale of buybuy BABY is Doomed and Road Tests his Scheme ..............................................................................................43

VII.    COHEN'S FALSE AND MISLEADING STATEMENTS AND MANIPULATIVE ACTS ........................................................................................................................54

VIII.    BED BATH'S AND GOVE'S RECKLESSLY MISLEADING STATEMENTS...........67

IX.    ADDITIONAL ALLEGATIONS OF SCIENTER...............................................70

X.    SUBSEQUENT EVENTS ENHANCE AN INFERENCE OF SCIENTER ...................75

LEAD PLAINTIFF'S CLASS ACTION ALLEGATIONS ............................................79

COUNT I ...................................................................................................................82

COUNT II ..................................................................................................................84

COUNT III .................................................................................................................87

COUNT IV..................................................................................................................89

COUNT V ..................................................................................................................89

COUNT VI..................................................................................................................90

COUNT VII................................................................................................................91

PRAYER FOR RELIEF ...............................................................................................93

DEMAND FOR TRIAL BY JURY ................................................................................93

i

**TABLE OF AUTHORITIES**

**Page(s)**

**Cases**

*Affiliated Ute Citizens of the State of Utah v. United States,*
 406 U.S. 128 (1972)...........................................................................82

**Rules**

17 C.F.R. § 230.144 ...........................................................................14

17 C.F.R. § 240.10b-5 .........................................................................7

17 C.F.R. § 240.13d-1 ........................................................................13

17 C.F.R. § 240.13d-2 ........................................................................13

17 C.F.R. § 240.13d-101 .....................................................................13

17 C.F.R. § 240.16a-2 ........................................................................13

Fed. R. Civ. P 23(a)...........................................................................79

Fed. R. Civ. P. 23(b)(3)......................................................................79

**Statutes**

15 U.S.C. § 78aa ...............................................................................7

15 U.S.C. §78aa(a).............................................................................7

15 U.S.C. § 78(i)................................................................................7

15 U.S.C. § 78j(b)...........................................................................7, 82

15 U.S.C. § 78t(a)...............................................................................7

15 U.S.C. § 78t-1............................................................................7, 91

28 U.S.C. § 1331................................................................................7

28 U.S.C. § 1391(b)............................................................................7

Securities Exchange Act of 1934 ................................................... *passim*

ii

**<u>Additional Resources</u>**

Adam Eckert, *EXCLUSIVE: Meme Stock Hero Ryan Cohen Used Retail Investors To Pump
    'Extremely Underwater' Bed Bath & Beyond Position, Strategist Says*, BENZINGA, (Au-
    gust 18, 2022, 2:52 PM), https://www.benzinga.com/news/22/08/28556701/exclusive-
    strategist-says-meme-stock-hero-ryan-cohen-used-retail-investors-to-pump-his-ex-
    tremely-und .................................................................................................................11

Allison Nicole Smith and Olga Kharif, *'Stick a Fork in Them': Bed Bath & Beyond's Recovery
    Hopes Fade*, (June 29, 2022, 5:48 PM), https://www.bloomberg.com/news/articles/2022-
    06-29/bed-bath-beyond-recovery-prospects-look-bleak-as-ryan-cohen-hangs-
    in#xj4y7vzkg.................................................................................................................41

Anthony Chukumba, *Lowering Price Target As Things Go From Bad To Worse In F3Q 2021
    "Miss And Lower,"* LOOP CAPITAL MARKETS, January 6, 2022 .................................32, 33

Anthony Chukumba, *Reiterate Sell Rating On buybuy BABY Spin-Off Credit Analysis As "You
    Can't Meme Away Debt,"* LOOP CAPITAL MARKETS, April 20, 2022 ...............................38

Anthony Chukumba, *Reiterate Sell Rating As It's time To Start Seriously Thinking About The
    Endgame*, LOOP CAPITAL MARKETS, May 12, 2022 ........................................................39

Arriana McLymore, *Analysis-Why baby gear may not alleviate Bed Bath & Beyond's troubles*,
    REUTERS, (September 16, 2022, 5:07 AM), https://www.reuters.com/article/bed-bath-
    strategy-buybuybaby-analysis-idTRNIKBN2QH0VO..............................................49, 50

Caitlin McCabe, *GameStop Stock Soars, and Social-Media Traders Claim Victory*, THE WALL
    STREET JOURNAL, (January 14, 2021, 5:44 PM), https://www.wsj.com/articles/gamestop-
    stock-soars-and-social-media-traders-claim-victory-11610653679 ..........................22, 23

Caitlin McCabe, *The Meme Lords Who Are Taking Over the C-Suite*, THE WALL STREET
    JOURNAL,(August 27, 2021, 5:44 PM), https://www.wsj.com/articles/the-meme-lords-
    who-are-taking-over-the-c-suite-11630056603 .................................................................. 27

Cara Lombardo, Sharon Terlep, and Suzanne Kapner, *Inside Bed Bath & Beyond, Concerns
    Over Mounting Stress for CFO*, THE WALL STREET JOURNAL (September 7, 2022, 8:30
    PM), https://www.wsj.com/articles/inside-bed-bath-beyond-concerns-over-mounting-
    stress-for-cfo-11662589539 .......................................................................................45, 73

Carmen Reinicke, *Loop Capital says Bed Bath & Beyond comeback doesn't make fundamental
    sense, stock headed to $1*, CNBC, (August 12, 2022, 7:01 AM),
    https://www.cnbc.com/2022/08/12/bed-bath-beyond-comeback-doesnt-make-sense-
    stock-headed-to-1-loop-says.html....................................................................................54

Devon Pendleton, *A Tech Founder Cashed Out and Bet It All On Apple and Wells Fargo*, BLOOMBERG, (June 5, 2020, 4:00 AM), https://www.bloomberg.com/news/articles/2020-06-05/chewy-founder-cashes-out-bets-on-apple-wells-fargo#xj4y7vzkg ........................15

Edward Woo, *GameStop Corp.: Q3 mixed and no FY21 guidance. Reddit trading may propel stock near term, but likely to fade in 2022 as digital threats increases and earnings outlook weak. Lowering P/T to $23*, ASCENDIANT CAPITAL MARKETS, LLC, December 24, 2021..............................................................................................................................20

Edward Woo, *GameStop Corp.: Reports Q2 about inline but no FY21 guidance. Reddit trading likely to propel stock near term, but likely to fade in one year as digital threats increases. Lowering P/T to $24*, ASCENDIANT CAPITAL MARKETS, LLC, September 25, 2021 ................................................................................................28, 29

Eliza Ronalds-Hannon and Rachel Butt, *Bed Bath and Beyond Is Said to Mull Private Loans for Liquidity*, BLOOMBERG, (August 3, 2022, 11:11 AM), https://www.bloomberglaw.com/bloomberglawnews/bankruptcy-law/X69L7U5O000000?bna_news_filter=bankruptcy-law#jcite ..................................................................................43, 44

Eliza Ronalds-Hannon, *Bed Bath & Beyond Taps Kirkland & Ellis for Help Addressing Debt Load*, BLOOMBERG, (August 18, 2022, 3:35 PM), https://www.bloomberg.com/news/articles/2022-08-18/bed-bath-beyond-is-said-to-tap-kirkland-ellis-for-debt-help#xj4y7vzkg ........................................................................................................................47

Eliza Ronalds-Hannon and Lauren Coleman-Lochner, *Some Bed Bath & Beyond Suppliers Halt Shipments on Unpaid Bills*, BLOOMBERG, (August 19, 2022, 3:59 PM), https://www.bloomberg.com/news/articles/2022-08-19/some-bed-bath-beyond-suppliers-halt-shipments-on-unpaid-bills#xj4y7vzkg ................................................47, 48

*Exchange Act Section 16 and Related Rules and Forms*, U.S. SEC (Aug. 11, 2010), https://www.sec.gov/divisions/corpfin/guidance/sec16interp.htm ..................................14

*GameStop (GME): CEO Diligence Memo*, PARAGON INTEL, January 6, 2022 ............................28

Gunjan Banerji, *Bed Bath & Beyond Options Trading Heats Up*, THE WALL STREET JOURNAL, (August 16, 2022, 3:30 PM), https://www.wsj.com/livecoverage/stock-market-news-today-08-16-2022/card/bed-bath-beyond-options-trading-heats-up-Y1YDqLVOFJPp-mmw1lwhv ..............................................................................................................11

Jodi Xu Klein, Soma Biswas, and Andrew Scurria, *Bed Bath & Beyond Shares Surge Despite Liquidity Concerns*, THE WALL STREET JOURNAL (August 16, 2022, 6:25 PM), https://www.wsj.com/articles/bed-bath-beyond-shares-surge-despite-liquidity-concerns-11660677005...........................................................................................................46, 47

Joe Fonicello, *The Ryan Cohen Interview with Joe Fonicello of GMEdd.com* (November 20, 2022), https://www.youtube.com/watch?v=uN2Dw8AOdMk ........................15, 18, 73, 74

Kevin P. Curran, *Bed Bath & Beyond shares soar 30%+ amid suspected short squeeze*, SEEKING ALPHA, (August 5, 2022, 11:02 AM), https://seekingalpha.com/news/3868260-bed-bath-beyond-shares-soar-amid-suspected-short-squeeze ........................................................................9

Lauren Thomas and Jesse Pound, *Bed Bath & Beyond shares fall after investor Ryan Cohen reveals intent to sell entire stake*, CNBC, (August 17, 2022, 4:41 PM), https://www.cnbc.com/2022/08/17/bed-bath-beyond-shares-fall-more-than-10percent-after-investor-ryan-cohen-reveals-intent-to-sell-entire-stake.html ..................................67

Micah Maidenberg, *GameStop Shares Surge After Traders Shift Bets, Board Gets Makeover*, THE WALL STREET JOURNAL, (January 13, 2021, 4:51 PM), https://www.wsj.com/articles/gamestop-shares-surge-after-traders-shift-bets-board-gets-makeover-1161056391022

Reuters Staff, *Ryan Cohen picks up 100,000 GameStop shares, stock jumps*, REUTERS (March 22, 2022, 5:55 PM), https://www.reuters.com/article/gamestop-cohen-idCNL3N2VP4F7 ...............................................................................................................................30

Ryan Cohen, *The Secret Weapon Behind Chewy Founder Ryan Cohen's Success*, ENTREPRENEUR, (May 4, 2020), https://www.entrepreneur.com/leadership/the-secret-weapon-behind-chewy-founder-ryan-cohens-success/349890 ....................................16

Samantha Subin, *Raymond James downgrades Bed Bath & Beyond, says turnaround plan 'only kicks the can down the road'*, CNBC, (September 1, 2022, 7:19 AM), https://www.cnbc.com/2022/09/01/raymond-james-downgrades-bed-bath-beyond-says-turnaround-plan-only-kicks-the-can-down-the-road.html ..................................76

Sarah E. Needleman, *GameStop's Power Player: How Outsider Ryan Cohen Wrested Control*, THE WALL STREET JOURNAL, (August 12, 2021, 10:03 AM), https://www.wsj.com/articles/gamestop-ryan-cohen-chewy-meme-stock-11628776861...............................................................................................................................19, 24

Seth Basham, Nathan Friedman, and Matthew McCartney, *Shares Still Overvalued as Challenges Rise*, WEDBUSH SECURITIES, August 22, 2022 ...............................................75

Seth Basham, Nathan Friedman, and Matthew McCartney, *F2Q22 Review: No Signs of Stabilization*, WEDBUSH SECURITIES, September 30, 2022...............................................77

Simeon Gutman, Michael Kessler, Hannah Pittock, and Jacquelyn Sussman, *Tough Times Ahead; Stay UW Lower PT to $2*, MORGAN STANLEY, June 30, 2022 ............................42

Steven Forbes, John Heinbockel, Matt Norton, and Julio Marquez, *BBBY – Bridging the "Gap" to 2H 2022—Lowering Estimates on N-T Operating Challenges; NEUTRAL*, GUGGENHEIM, January 7, 2022 .........................................................................................................33

Formatted: Font: 12 pt

Formatted: Font: 12 pt, Small caps

Suzanne Kapner, *Bed Bath & Beyond's Losses Widen as Sales Drop 28%*, THE WALL STREET JOURNAL, (September 29, 2022, 9:52 PM), https://www.wsj.com/articles/bed-bath-beyonds-losses-widen-as-sales-drop-28-11664452190 ........................................................77

Svea Herbst-Bayliss, *Ryan Cohen hires Icahn proxy solicitor Harkins Kovler for possible Bed Bath fight*, REUTERS (March 10, 2022, 5:55 PM), https://www.reuters.com/business/retail-consumer/ryan-cohen-hires-icahn-proxy-solicitor-harkins-kovler-possible-bed-bath-fight-2022-03-10/ ....................................................................................................36

Vicki M. Young, *Unpacking Bed Bath & Beyond's 'Self-Inflicted' Crisis*, SOURCING JOURNAL, (September 6, 2022, 7:32 pm), https://sourcingjournal.com/home/home-news/bed-bath-beyond-cfo-suicide-gustavo-arnal-securities-fraud-lawsuit-ryan-cohen-369901/..............76

Zachary Fadem and David Lantz, *BBBY: As Trends Deteriorate, Fair To Assume $1B in FY23 EBITDA Is Off the Table*, WELLS FARGO, April 13, 2022 .................................................38

Lead Plaintiff Bratya SPRL (hereafter "Lead Plaintiff"), individually and on behalf of all other persons similarly situated~~Pengcheng Si~~, by Lead Plaintiff's undersigned attorneys, for the Second Amended Class Action Complaint (hereafter the "Complaint" or the "SAC") in this Action against Defendants Ryan Cohen ("Cohen"), RC Ventures LLC ("RC Ventures"), Bed Bath & Beyond Inc. ("Bed Bath," "BBBY" or the "Company") and Sue E. Gove ("Gove") (collectively the "Defendants"),~~and through counsel,~~ alleges the following, based upon personal knowledge as to Lead Plaintiff and its~~Plaintiff's~~ own acts, and ~~upon~~ information and belief as to all other matters, based upon, *inter alia,*~~on~~ the investigation conducted by and through Lead Plaintiff's attorneys, which included ~~among other things,~~ a review ~~and analysis~~ of the Defendants' public filings, conference calls the Defendants held with analysts and investors, any public announcements made by the Defendants, United States ~~Bed Bath & Beyond Inc. ("Bed Bath," "BBBY," or the "Company"), RC Ventures LLC ("RC Ventures"), and Ryan Cohen ("Cohen") with the U.S.~~ Securities and Exchange Commission ("SEC") filings, wire and~~;~~ press releases published by and regarding the Company, analysts'~~, analyst~~ reports and advisories about the Company, articles about the Defendant(s) published in financial publications or other news outlets, interviews with former employees of the Company, a search and review of forums and social media where retail investors routinely discussed the Defendants' statements and acts, a review of intraday trading activity in the Company's securities, ~~news articles, investment industry commentary, media, and other public statements about Bed Bath, RC Ventures, Cohen,~~ and other information~~relevant companies or persons; corporation registrations and filings with state governments; the corporate websites of Bed Bath, RC Ventures, and other companies; and other public documents~~ readily obtainable on the Internet. Lead~~internet. Plaintiff's investigation into the factual allegations continues and many of the relevant facts are known only to Defendants.~~ Plaintiff believes that additional substantial ~~additional~~

evidentiary support will exist for the allegations set forth herein~~below~~, after a reasonable opportunity for discovery~~, including access to documents exclusively within the Defendants' custody or control, and other documents or materials provided to or prepared by state and federal regulators and third parties~~.

**I.    NATURE OF THE ACTION**

~~I.    Introduction~~

This is a federal securities class action ~~under the Securities Exchange Act of 1934 ("Exchange Act") against Bed Bath, Cohen, RC Ventures, and JP Morgan Securities LLC ("JP Morgan")~~ on behalf of <u>a class consisting of</u> all persons who purchased or otherwise acquired Bed <u>Bath's</u>~~Bath~~ common stock <u>(in</u>~~cluding those who bought to cover a short position)~~ or ~~Bed Bath call~~ options <u>between</u>~~, or sold Bed Bath put options, from~~ August 12, 2022 <u>and</u>~~through~~ August 18, 2022, <u>both dates</u> inclusive <u>(hereafter the "Class Period"), seeking to recover damages caused</u>~~, and who were damaged thereby.~~ ~~This case involves a scheme to manipulate the securities markets orchestrated~~ by <u>Defendants' viola</u>~~tions~~Cohen, the billionaire co-founder and former CEO~~ of the <u>federal securities laws and pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5 promulgated thereunder.  Lead Plaintiff asserts claims against Cohen and RC Ventures under Sections 9(a), 9(f), 10(b), 20(a) and 20(A)</u>~~pet e-commerce company Chewy, Inc. Cohen's scheme was made possible through and with the willing participation of Bed Bath and JP Morgan, a U.S. broker-dealer based in New York, who provided Cohen with access to the U.S. securities markets to execute the scheme and otherwise assisted in carrying out the scheme.~~

<u>2.</u>~~1.~~    In March 2022, Cohen, through his investment firm Defendant RC Ventures, bought nearly a 10% stake in Bed Bath, which he successfully used to obtain three seats on Bed Bath's board~~ of <u>the Exchange Act and Rule 10b-5,</u>directors~~ and <u>against Bed Bath and Gove under Sections 10(b) and 20(a) of the Exchange Act and Rule 10b-5</u>a commitment from the Company to study his proposal to turn around the company by, among other things, selling or spinning off Bed Bath's more successful Buy Buy Baby chain. Over the next five months, however, Bed Bath's stock price plummeted amid a stream of bad news, as the Company announced record losses, dwindling cash on hand, and soaring debt. By August, Bed Bath had also rejected Cohen's turnaround strategy, electing to seek new loans backed, in part, by the Buy Buy Baby assets, along with the issuance of millions in new shares of stock that would dilute Cohen's holdings. As a result, Cohen's investment in Bed Bath securities was underwater by tens of millions of dollars with little~~

~~prospect of improving anytime soon~~.

2.      Bed Bath is a home goods retailer with a chain of big-box stores that sells products for the home such as bed linens, bath accessories, kitchen textiles, dinnerware and electric appliances.  It also owns and operates a specialty retailer called buybuy BABY Inc. ("buybuy BABY"), which sells products meant for infants and children.  Over the last few years, the Company has experienced a dramatic decline in sales and earnings, persistent losses, and a significant loss of market share to behemoths such as Amazon.com Inc. ("Amazon"), Walmart Inc. ("Walmart") and Target Corporation ("Target").  The Company has effectively lost relevance with customers, and its poor financial performance has been accompanied by a lethal combination of sky-high debt and an endangered cash balance that has now left it days away from filing for bankruptcy.

3.      However, the severity of these problems was known to the Defendants with a high degree of specificity before the market was able to fully understand their implications, and billionaire Cohen used his access to Company executives and his information advantage to exit his large position in the Company at a substantial profit.  Along the way, Cohen manipulated the market for Bed Bath securities to create liquidity and secretly sold the entirety of his interests in the Company while abandoning ordinary investors, who looked to him for guidance.

4.      A few years before the Class Period began, Cohen became one of the principal leaders of the "meme stock" movement.  Meme stocks are stocks that gained viral popularity on discussion threads on Reddit and/or social media platforms like Twitter, where online communities of retail investors dedicated their attention to particular stocks, sometimes for purposes of initiating a squeeze on short investors and hedge funds, and other times based on genuine beliefs about a company's prospects.  Cohen publicly embraced these retail investors, affirmatively told them that he was in the best position to look out for their long-term interests and that his turnaround strategies

3

would be far more effective than anything conjured by more experienced executives with management responsibilities because they earned undeserved, risk-free and excessive compensation detached from actual results. By the time Cohen purchased nearly 10% of the Company's outstanding shares in March 2022, he was one of the key leaders of the meme stock movement. By his own admission, the mere disclosure of his interest in a particular company would encourage retail investors to purchase that stock and lead to an exponential rise in its price. For years before the Class Period began, Cohen had also tweeted about his investments to hundreds of thousands of followers and saw evidence of dramatic stock price movements solely due to his words and actions.

5.     In March 2022, after Cohen threatened to take control of Bed Bath's Board of Directors, the Company quickly entered into a cooperation agreement (hereafter the "Cooperation Agreement") with him that required him to stand down in exchange for influence and access. Key terms of the Cooperation Agreement allowed Cohen to obtain three new seats on the Board, and outsized influence over a new Board Strategy Committee charged with evaluating options for buybuy BABY's future. buybuy BABY was then considered the "crown jewel" of the Company, but the subsidiary's financial performance turned lackluster and its value greatly diminished right before Cohen formed a secret plan to dump all his holdings.

6.     Cohen was initially fixated on buybuy BABY, stating that he believed it was worth at least several billion dollars, and that a sale or spinoff of this asset would be the solution to the Company's longstanding struggles with soaring debt and a deteriorating balance sheet. Unbeknownst to investors, but known to Cohen weeks before the Class Period commenced, the Company had rejected Cohen's proposal to sell or spinoff buybuy BABY because a serious liquidity crisis threatened its ability to remain a going concern. Investors did not learn all of these facts until after the Class Period ended and Cohen had already cleaned out his account.

4

7.      At the time he dumped his holdings, Cohen knew that the Company's liquidity and credit crises had worsened beyond repair and that buybuy BABY's sale or spinoff was off the table.  This caused Cohen to sour on Bed Bath's securities and sell his holdings, but he did not disclose these facts as he was required to do by the federal securities laws.  Cohen knew that the Board had rejected his proposal to sell or spinoff buybuy BABY weeks before he formed a plan to liquidate his entire position, as demonstrated by the following facts:

- Cohen controlled multiple Board seats and was an active participant in the Company's affairs and communicated with the Board and management about the Company's strategy. For instance, Cohen's communication with the Board precipitated the termination of the Company's previous Chief Executive Officer ("CEO") in June 2022;

- Also in June 2022, the Company hired a consultant to focus on cash and balance sheet optimization, demonstrating that the Board and management were aware that problems with liquidity had worsened.  The Strategy Committee, dominated by Cohen's appointees, would not overlook whether a sale of buybuy BABY enhanced or undermined the goals of increasing cash and optimizing the balance sheet;

- On July 14, 2022, the Chairman of the Board of Directors told investors that the Strategy Committee, dominated by Cohen's Board nominees, had already studied the issue and "identified several options" for buybuy BABY.  By that time, the value of buybuy BABY had already deteriorated to the point that its sale or spinoff would not resolve the Company's financial problems.  Cohen's appointees on the Strategy Committee and his communications with management gave him access to and knowledge of these facts;

- Cohen communicated with the Company's Chief Financial Officer ("CFO") and other senior executives in conference calls;

- On the evening of August 16, 2022, after Cohen had already dumped most of his Bed Bath common stock, *The Wall Street Journal* (hereafter "*The WSJ*") reported that the Company was "hunting" for an extension of an existing credit line that would provide hundreds of millions of dollars in relief and would be backed by an equity interest in buybuy BABY. This article was published in the print edition of the paper on the next day, when Cohen liquidated his remaining holdings in the Company;

- On August 31, 2022, within two weeks of Cohen's sales, the Company executed a final version of an amended loan agreement that contained extremely onerous restrictions preventing asset sales in excess of an aggregate amount of $10 million and locking up buybuy BABY as collateral to secure the obligations;

- The Company has admitted that it had worked on this loan agreement for "***several weeks***,"

5

confirming that it was being finalized as Cohen was dumping shares and options on unsuspecting investors. News about the law firm hired by the Company to advise on the loan agreement emerged on the day Cohen revealed that he dumped his entire stake. The loan agreement involved negotiations between an administrative agent, sixteen different lenders, six different law firms, management, the Company's Board (including Cohen's Board nominees) and other counterparties. It is inconceivable that the substance of the contract, including the covenants prohibiting Cohen's desired sale of buybuy BABY, was not known to Cohen at the time he sold his shares and options; and

- Subsequent reporting in the press in September 2022 confirmed that the expanded loan package was contingent on including buybuy BABY as collateral.

8.     Armed with this information, Cohen formed a plan to sell all his shares and options. But, knowing that this information would destroy retail investor interest in the Company, starting on August 12, 2022, Cohen began to manipulate the market for Bed Bath securities by publicly encouraging retail investors to buy while he planned to sell. With misleading statements, filings, and a false Twitter post with a moon-emoji suggesting he believed the Company's stock price was going "to the moon," he rallied hundreds of thousands of his followers to drive up its price.

9.     Investors unambiguously understood Cohen's moon-emoji tweet to mean that he expected the Company's stock price to rise dramatically. As a result, trading volume and the Company's stock price surged over the next few days. On August 15, 2022 after-market hours and on August 16, 2022, Cohen encouraged further buying by strategically filing delayed SEC Forms (which were due several months earlier and had nothing to do with any change in circumstances), both reminding investors that he was then a holder of more than 10% of the Company's stock. Cohen subsequently admitted understanding (and on nine previous occasions confirmed to him) that the price of a company's stock dramatically rises when he files these Forms because of how retail investors perceive his moves. As such, Cohen deliberately filed these Forms when he did in order to stimulate retail activity and increase liquidity to sell his own securities. In one of these filings, Cohen further failed to disclose that he had already formed a plan to sell Bed Bath

6

securities in violation of the Exchange Act.

10.     After the market closed on August 16, 2022, Cohen submitted to the SEC a Form 144 regarding his intention to sell shares.  While the SEC encourages filing these forms on its EDGAR system, which would immediately provide investors access, he instead submitted it by email, which the SEC publishes the following day or thereafter.  Cohen's delay allowed him to surreptitiously liquidate his holdings at artificially high prices and volume, stoked by his encouragement that retail investors buy, not sell, Bed Bath shares.  On August 17, 2022, after the market closed, Cohen's Form 144 was publicly released, and identified a "potential" plan to sell but was otherwise untruthful.  In the Form 144, Cohen falsely stated that he had not sold any securities when the Form was submitted.  However, Lead Plaintiff's review of intraday and aftermarket trade data demonstrates with certainty that Cohen had already sold massive amounts of Bed Bath securities at that time.

11.     On August 17, 2022, CNBC specifically asked Bed Bath to comment on the information disclosed in Cohen's Form 144 and its implications.  Bed Bath did not candidly disclose the truth about the Company's deteriorated relationship with Cohen, instead stating that it was "pleased to have reached a constructive agreement" with Cohen and his LLC, and had "been working expeditiously over the past several weeks with external financial advisors and lenders on strengthening our balance sheet."  But the agreement with Cohen was anything but "constructive" at the time, since he had sold all of his holdings, because of the strategic plans that Bed Bath had chosen with the very "financial advisors and lenders" the Company referenced.

12.     On August 18, 2022, after the market closed, Cohen finally disclosed that he had sold his entire stake in Bed Bath.  As a result, the Company's stock price plunged over the next three trading days.  It closed at $11.03 on August 19, 2022 from its previous day's closing price

of $18.55, on heavy trading volume, dropped further to close at $9.24 on August 22, 2022, and again slid to close at $8.78 on August 23, 2022.

13.     Two former Chairmen of the SEC have stated that Cohen's misconduct merits an investigation by the SEC.  Cohen has not disclosed whether he has received notice of an investigation, and the SEC does not typically make that information public.

14.     Due to the wrongful conduct detailed herein, Lead Plaintiff and other Class members suffered significant losses.

**II.     JURISDICTION AND VENUE** ~~Other investors in Cohen's position would have chosen between maintaining their investment or selling at a loss. But Cohen instead orchestrated a market manipulation.~~

15.     The claims asserted herein arise under and pursuant to Sections 9(a), 9(f), 10(b), 20(a) and 20A of the Exchange Act (15 U.S.C. §§ 78(i), 78j(b), 78t(a) and 78t-1), and SEC Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5).

16.     This Court has jurisdiction over the subject matter of this Action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

17.     Venue is proper in this District pursuant to Section 27(a) of the Exchange Act (15 U.S.C. §78aa(a)), and 28 U.S.C. § 1391(b).  Many of the acts and conduct that constitute the violations of law complained of herein occurred in substantial part in this District, including the dissemination of materially misleading information on the Internet that was accessible in this District.

18.     In connection with the acts, conduct and other wrongs alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mail, interstate telephone communications and the facilities of the national securities markets.

---

**Formatted:** Body Text, Indent: Left:  0", Line spacing: Double, Numbered + Level: 1 + Numbering Style: I, II, III, … + Start at: 1 + Alignment: Left + Aligned at:  0.25" + Indent at:  0.75"

**Formatted:** Font: Bold

**Formatted:** Font color: Black

### III.    PARTIES

19.    Lead Plaintiff, as set forth in its previously filed declaration (ECF No. 14-7), acquired the Company's securities at artificially inflated prices during the Class Period and was damaged as a result of the federal securities law violations alleged herein.

20.    Defendant Cohen is the former CEO of Chewy, Inc. ("Chewy"), an online retailer of pet food and other pet-related products.  Cohen currently serves as the Chairman of the Board of Directors of GameStop Corp. ("GameStop").  He also purports to be an activist investor with an alleged long-term interest in turning around troubled companies.

21.    Defendant RC Ventures is a Delaware limited liability company founded and controlled by Cohen, with its principal place of business in Miami, Florida.  Cohen used RC Ventures to purchase and sell Bed Bath's common stock and call options.

22.    Defendant Bed Bath is a home goods retailer incorporated in New York with its principal place of business in Union, New Jersey.

23.    Defendant Gove served as the interim CEO of Bed Bath from June 2022 to October 2022.  Gove was appointed as the permanent CEO of Bed Bath in October 2022 and currently serves in that role.  Since May 2019, Gove has also served as a member of the Company's Board of Directors, including as the Chair of the Strategy Committee of the Board of Directors from March 2022 to June 2022.  The Strategy Committee was responsible for evaluating the Company's options for buybuy BABY's future.

### IV.    BACKGROUND PRINCIPLES AND FACTS UNDERLYING COHEN'S MANIP-ULATION OF BED BATH'S STOCK PRICE

#### A.    The Mechanics of a Squeeze

24.    Before Cohen pumped and dumped Bed Bath's securities, *Seeking Alpha* had already reported that a short squeeze was taking place.  *See* Kevin P. Curran, *Bed Bath & Beyond*

*shares soar 30%+ amid suspected short squeeze*, SEEKING ALPHA, (August 5, 2022, 11:02 AM), https://seekingalpha.com/news/3868260-bed-bath-beyond-shares-soar-amid-suspected-short-squeeze. Cohen, who had previously benefited from a GameStop short squeeze in 2021, again took advantage of a brewing short squeeze of Bed Bath's common stock that took place in early August 2022. Cohen's investments in GameStop have appreciated by over 1,400% as of today because of the squeeze.

25.    A "short squeeze" targets short sellers or investors who borrow and then sell shares of a company in the belief that the price of the shares will fall when the short sellers are required to buy the shares at a later time. If prices decrease, short sellers buy shares at the lower price and return the shares to the lenders and profit from the difference between the price paid when the short was initiated and the price paid to buy the shares back when the short position is closed. If prices increase, short sellers are forced to buy shares at a higher price and pay the difference between the price set when the short position was opened and the price paid to buy the shares back on the market when the short position is closed. Because short sellers exit their positions by buying shares, the concurrent exit of many short sellers could have the effect of pushing the price of the shares even higher.

26.    A short squeeze occurs when a security has a significant amount of short sellers who are betting that the price of a security will fall, but because of unexpectedly better financial results, a positive news story, or some other unexpected event, the stock price begins to rise as investors purchase the security. At the same time, short sellers, seeing this unexpected rise in share price, rush to purchase the security in an attempt to exit their positions with minimal losses. This combination of new buyers and panicked short sellers creates a rapid rise in price that can be stunning and unprecedented. Often, short squeezes are temporary and the security's price

10

decreases substantially within a short period of time.  However, if it does not, short sellers can face runaway losses.

27.     A "gamma squeeze" often occurs in conjunction with a short squeeze, when options dealers who have sold out-of-the-money call options are forced to hedge those positions by buying increasing numbers of shares at higher prices.  A call option gives the purchaser of the option the right to buy the underlying security at a specified strike price before the option contract expires.  If the buyer chooses to exercise the call option, then the seller must deliver the underlying shares to the buyer at the agreed-upon price, otherwise known as the strike price.  Out-of-the-money call options move in the same direction as the underlying security.

28.     As is widely known among investors, options dealers hedge the options they sell so that they are not vulnerable to movements in the underlying stock price.  This practice, also called "dynamic hedging" or maintaining a "delta neutral" book, involves buying the underlying stock to hedge against option appreciation in proportion to the increase in a stock's "delta," a metric that ranges from near zero when an option is far out-of-the-money to one when an option is in-the-money.  If the underlying stock moves up closer to the strike price, the options dealer needs to buy more shares to hedge, which can create massive buying pressure where many call options have been sold (especially if they were far out-of-the-money when sold).  Where the buying pressure caused by this hedging is large enough to significantly push the stock price higher, it is called a gamma squeeze.

29.     Evidence of a gamma squeeze also emerged after Cohen strategically filed a Form 3 on August 15, 2022, and an amended Schedule 13D on August 16, 2022, both showing that he held call options indicating that the price of Bed Bath's common stock would skyrocket by January 2023.  Retail investors on Twitter, Reddit and other forums on the internet believed that Cohen

11

was extremely bullish about Bed Bath's stock price since he held onto his call options, and began to buy out-of-the-money call options in size, forcing options dealers to dynamically hedge.

30.    On August 16, 2022, trading in Bed Bath's call options rose to more than six times the 20-day average with 346,461 options traded by 10:00 AM on August 17, 2022, of which 237,029 were call options.  On that day, Bed Bath's call options became one of the most traded options contracts on the stock market, with volume "right behind those tied to one of the biggest S&P 500 exchange-traded funds."  Gunjan Banerji, *Bed Bath & Beyond Options Trading Heats Up*, THE WALL STREET JOURNAL, (August 16, 2022, 3:30 pm), https://www.wsj.com/livecoverage/stock-market-news-to-day-08-16-2022/card/bed-bath-beyond-options-trading-heats-up-Y1YDqLVOFJPpmmw1lwhv.    Combined with a short squeeze, the exponential increase in the volume of call options because of Cohen's deliberate actions created the perfect conditions for a gamma squeeze, driving the price of the Company's common stock even higher.  As one investment strategist commented at the time, Cohen "***created an option gamma squeeze to pump the stock to unload his position at temporary higher valuations.***"  Adam Eckert, *EXCLUSIVE: Meme Stock Hero Ryan Cohen Used Retail Investors To Pump 'Extremely Underwater' Bed Bath & Beyond Position, Strategist Says*, BENZINGA, (August 18, 2022, 2:52 pm), https://www.benzinga.com/news/22/08/28556701/exclusive-strategist-says-meme-stock-hero-ryan-cohen-used-retail-investors-to-pump-his-extremely-und (emphasis added).

**B.    Cohen's Pump-and-Dump Scheme**

4.31.    Cohen's actions in August 2022 were a textbook example of a scheme to artificially inflate the price of Bed Bath's common stock and stimulate trading activity to generate short-term profits for himself and trading volume of Bed Bath securities so that he could secretly sell his

~~holdings at a profit~~ at the expense of other~~Bed Bath's public~~ investors.  This is otherwise known as a "pump-and-dump scheme."

~~To carry out his scheme, Cohen needed to drive up the stock price and flood the market with trading activity so that he could sell his shares quickly, secretly, and at a profit. Cohen accomplished that goal by leveraging his loyal following among retail investors, many of whom closely followed his every public statement, filing, or social media post to guide their own investment decisions. Since Cohen seized control of GameStop in 2021, many retail investors who traded in so-called "meme stocks"—like GameStop, AMC, and Bed Bath—viewed Cohen as their de facto leader, dissecting his public statements on social-media platforms such as Reddit, Discord, and Twitter. Delivering targeted messages that he knew would appeal to and resonate with these retail investors, Cohen deceived them into believing that he was holding onto his investment in Bed Bath and was projecting that the price of Bed Bath's stock would soar to as much as $60 to $80 per share—a feat that Bed Bath had not achieved in years. In online discussion forums, these retail investors amplified Cohen's misleading statements and further promoted the value of investing in Bed Bath, despite the near-universal agreement among analysts that the Company's stock was worth less than $5 per share.~~

~~Cohen's scheme worked perfectly. In a matter of days, the market for Bed Bath securities was flooded with retail investors who bought the Company's stock at higher and higher prices, sending Bed Bath's stock price to an intraday high of $30 on August 17, with the highest daily trading volume in more than a decade.  While retail investors bought Bed Bath's stock in record numbers, Cohen secretly sold his entire holdings of the Company's securities, earning about $178.1 million in proceeds and $58 million in illicit profits from the scheme.~~

~~More than a day after Cohen had dumped his remaining holdings, he finally disclosed his sales to the public in a filing with the SEC on August 18, after the markets had closed. Bed Bath's stock price plunged on the news, dropping by 45% in after-hours trading. Later that day, Bed Bath announced that it had hired a restructuring expert as it pursued its new turnaround strategy. On August 31, Bed Bath formally announced its new strategic plan that involved shutting stores, taking on new debt, and issuing millions of new shares of stock. By mid-October, Bed Bath's stock price had dropped to under $5 per share. As a result, retail investors who acquired Bed Bath securities based on Cohen's manipulative and deceptive acts have suffered hundreds of millions of dollars in losses.~~

<div align="center">

**II.    ~~Jurisdiction and Venue~~**

</div>

I.

32.    ~~The claims asserted~~ A pump-and-dump scheme works in two parts.  First, a manipulator purchases a large amount of stock and then promotes the stock to boost prices, often by claiming to have information about an imminent development that will lead to a dramatic upswing in the share price.  After the share price and trading volume substantially increase, the manipulator sells his or her shares on the market for an ample profit.

33.    Once shares are dumped, the manipulator ceases to promote the stock, leaving the market to conclude that there is no real, long-term change in the company's prospects, which

results in a massive decline in the company's stock price.  When this occurs, retail investors who bought into the manipulator's hype and purchased securities at high prices experience significant losses.

### C.    Federal Law Requires Principal Shareholders to be Transparent About Transactions

The ~~arise under Sections 9(a), 10(b), 18(a), 20(a), and 20A of the Exchange Act, 15 U.S.C. §§ 78i, 78j(b), 78r(a), 78t(a), and 78t-1, and SEC Rule 10b-5, 17 C.F.R. § 240.10b-5 ("Rule 10b-5"), promulgated thereunder.~~

~~This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1337, and Section 27 of the Exchange Act, 15 U.S.C. § 78aa.~~

~~Venue is proper in this District under Section 27 of the Exchange Act, 15 U.S.C. § 77aa. Many acts charged herein, including the dissemination of materially false and misleading information, occurred in substantial part in this District.~~

~~In connection with the acts and conduct alleged in this Complaint, Defendants either directly or indirectly used the means and instrumentalities of interstate commerce, including, but not limited to, the United States mails, interstate telephone communications and the facilities of a national securities exchange, the NASDAQ Stock Market.~~

### ~~III.    Parties~~

~~Plaintiff **Pengcheng Si** purchased Bed Bath securities during the Class Period as described in the attached Certification and incorporated by referenced and suffered damages.~~

~~Defendant **Cohen** is a venture capitalist, activist investor, co-founder and former CEO of the pet e-commerce company Chewy.com, current Chairman of the Board of Directors of GameStop Corp., and founder and managing member of RC Ventures.~~

~~Defendant **RC Ventures** is a Delaware limited liability company founded and managed by Defendant Cohen that operates as a seed and venture capital firm, with its principal business address in Miami, Florida.~~

~~Defendant **Bed Bath** is a New York corporation with its principal executive offices in Union, New Jersey. Throughout the Class Period, Bed Bath's common stock was actively traded on the NASDAQ Global Select Market ("NASDAQ") under the symbol BBBY.~~

~~Defendant **JP Morgan** is a registered broker-dealer incorporated in the state of Delaware corporation with its corporate headquarters based in New York, New York. JP Morgan acted as broker-dealer for Defendants Cohen and RC Ventures during the Class Period.~~

~~Nonparty **Gustavo Arnal** ("Arnal") served as Bed Bath's Chief Financial Officer ("CFO") from May 2020 until his death on September 2, 2022.~~

### ~~IV.    Statutory Framework~~

~~The mechanics of the U.S. securities markets can be abused and manipulated to artificially inflate or deflate prices and trading activity to generate short-term profits at the expense of other investors. One common type of market manipulation is a "pump-and-dump" scheme, a form of scalping, which typically has two parts. In the first, the manipulators acquire a large amount of stock and then begin to promote the stock to boost the share price or create trading volume by stimulating market interest. Once the stock price and trading volume has been pumped up, the manipulators then dump their holdings of the stock into the public market at a profit. After the manipulators dump their shares and cease hyping the stock, the price typically falls, trading volume dries up, and investors caught up in the hype lose their money.~~

~~The federal~~ securities laws ~~require significant~~are designed to deter this sort of manipulation and ensure transparency to prevent manipulation of the stock market.  Investors are required to ~~by requiring that investors~~ be provided with timely, accurate information concerning the trading activity of~~about companies~~

14

~~and~~ persons or entities that own significant amounts of a company's securities.  These laws are intended ~~who own large amounts of company. The Securities Act and the Exchange Act have several provisions designed to ensure that companies, their officers, and large shareholders provide the marketplace with adequate information about their holdings and their purchases and sales of their companies' stock. For instance, investors owning 5% or more of such company's stock are required publicly to disclose their ownership interest, while investors owning 10% or more of such company's stock are required publicly to disclose all their trading in that stock, regardless of quantity. Such registration requirements, sale restrictions, and disclosure obligations are safeguards designed~~ to protect the integrity of the market ~~for purchases~~ and ~~sales of stock, to~~ inform investors about the nature of their holdings as well as the holdings of insiders and shareholders who own either 5% or more or 10% or more of a company's total shares outstanding.  As such, ~~the stock they are holding or considering buying, and from whom they would be buying that stock.~~

~~A.~~34.   Section 13(d) and Section 16(a) of the Exchange Act and SEC Rule 144 mandate that insiders and principal shareholders comply with certain rules to provide prompt disclosure of their interests in a company's securities. ~~of the Exchange Act~~

**1.      Section 13(d) of the Exchange Act**

~~21.~~35.   Section 13(d)(1) of the Exchange Act and its enabling regulation (17 C.F.R. § 240. ~~Rule~~ 13d-1) ~~,~~ require any person who, directly or indirectly, acquires more than 5% ~~five percent~~ of any voting class of a Section 12 registered equity ~~security~~ to file, within 10 days of the acquisition, a statement ~~with the Commission~~ containing the information required by Schedule 13D.  This statement must be complete and accurate.  ~~SEC v. Savoy Industries, Inc., 587 F.2d 1149, 1165 (D.C. Cir. 1978).~~ When their holdings materially change, Section 13(d)(2) of the Exchange Act and Rule 13d-2(a), 17 C.F.R. § 240. ~~13d-2~~, require filers ~~a filer~~ to amend a previously filed Schedule 13D "promptly" and provide the ~~information~~ necessary information. ~~.~~ Any delay beyond the date on which the filing can ~~reasonably~~ be made may not be prompt. ~~can be filed may not be prompt. See In re Cooper Laboratories, Release No. 34-22171, at *5 (June 26, 1985). A disposition of one percent or more of a class of securities is deemed material for purposes of Rule 13d-2. Section 13(d) is the key provision that allows shareholders and potential investors to evaluate changes in substantial shareholdings. See 113 Cong. Rec. 855 (1967).~~

~~22.~~36.   Critically, Item 4(a) of Schedule 13D provides that a reporting person must disclose

15

"any plans or proposals" relating to "the disposition of securities of the issuer."  17 C.F.R. § 240.13d-101.  Disclosure of such plans is necessary even when the plans or proposals are ex-pected~~"not yet fixed" and "even when it was argued that such plans were~~ to be executed at a~~in the~~ future date.~~." *In re: Douglas A. Kass, Respt.*, 50 S.E.C. 1110, 1992 WL 204252, at \*6 (Aug. 17, 1992) (citing cases).~~  Generic, boilerplate disclosures~~disclosure~~ that indicate~~indicates~~ the filer is reserving the right to sell securities must be amended promptly when a material change occurs in the facts previously reported. ~~See, e.g., In re: Tracinda Corporation, S.E.C. Release No. 34-58451, 2008 WL 4068303, at \*4 (Sept. 3, 2008) (settled order finding respondent's amendment to its Schedule 13D announcing sale of 14 million shares violated Section 13(d)(2) because respondent did not disclose it had a plan to sell 28 million of the shares it owned); In re: WCAS Mgt. Corp., Respt., S.E.C. Release No. 34-89914, 2020 WL 5592752, at \*3 (Sept. 17, 2020) (settled order finding respondent failed to disclose in amended Schedule 13D that respondent had "formulated a definitive intention to liquidate the entirety of its Hanger holdings, and taken steps to liquidate its Hanger shares").~~

~~The qualitative disclosures providing narrative in response to line-item requirements of Rule 13d-101, such as Item 4, also are subject to material changes. For example, generic disclosure that indicates the beneficial owner is reserving the right to engage in any of the kinds of transactions enumerated in Item 4 (a)-(j) of Exchange Act Rule 13d-101 must be amended when a plan with respect to a disclosable matter has been formulated. See Tracinda Corporation, 2008 WL 4068303, at \*4. Depending on the facts and circumstances, however, an amendment also may be required before a plan has been formulated because the obligation to revise arises under Section 13(d)(2) and corresponding Rule 13d-2(a) promptly after a "material change occurs in the facts set forth in the" Schedule 13D. In re: Berjaya Lottery Mgt. (H.K.) Ltd., S.E.C. Release No. 74498, 2015 WL 1096463, at \*3(Mar. 13, 2015); In re Norman C. Payson, S.E.C. Release No. 50589, 2004 WL 2387456, at \*2 (statement that shareholder "may at any time and from time to time sell or otherwise transfer shares or acquire additional shares" did not adequately dis-close his actual plan to sell shares as soon as the next trading window opened for corporate insiders); see also In re Wilkerson, Exchange Act Release No. 48703 (Oct. 27, 2003) (disclosure of possible future ac-tions did not adequately disclose specific plans). These disclosure provisions are intended to alert a com-pany's stockholders and the marketplace to changes in securities ownership that indicate potential for changes in control of the company.~~

**B.2.     Section 16(a) of the Exchange Act**

~~24.~~37.   ~~In addition to Section 13(d),~~ Section 16(a) of the Exchange Act and its enabling

Case 1:22-cv-02541-TNM   Document 66-1   Filed 01/30/23   Page 28 of 165

regulation (17 ~~imposes an additional reporting requirement for officers and directors of a public company, as well as "every~~ C.F.R. § 240.16a-2) require "any person who is the beneficial owner, directly or indirectly, ~~the beneficial owner~~ of more than ten~~10~~ percent (10%) of any class of any equity securities" to file ~~security." 15 U.S.C. § 78p(a)(1). Such persons are deemed to be Company insiders and must file~~ statements reporting his or her~~their~~ ownership to the SEC by filing initial statements of beneficial ownership of the~~equity~~ securities on _-Form _-3 and a subsequent change~~changes~~ in beneficial ownership filed on Form 4. New principal shareholders must file a ~~15 U.S.C. § 78p(a); 17 C.F.R. § 240.16a-3. Sec. & Exch. Comm'n,~~ Form 3 within 10 days of acquiring a company's securities. Notably, by dint of their significant ownership stake, such persons are deemed to be company insiders. ~~3, General Instruction 2(a).~~

~~25.~~38.   Section 16(a) further requires insiders to file ~~require~~ these ~~insiders to file these~~ disclosures ~~under Section 16(a)~~ when their existing ownership stake increases, even if they did not affirmatively engage in any transactions. For instance, the SEC has explained that "[f]ollowing a company's~~company's~~ buy-back of its stock, a person who previously owned less than 10 percent of the company's~~company's~~ stock may own more than 10 percent of the stock without having purchased additional shares." Exchange -Act -Section -16 -and -Related -Rules -and -Forms, U.S. SEC (Aug. 11, 2010), https://www.sec.gov/divisions/corpfin/guidance/sec16interp.htm. In such cases, unless~~if~~ the investor is unaware of~~aware that~~ the buy-back ~~will occur and will have this result on his~~ or its impact~~ther holdings~~, the investor must file a Form 3 "within 10 days after the buy-back." ~~If the person "does not have advance awareness of the buy-back and/or its consequences, he or she would need to determine whether he or she is a more than 10 percent beneficial owner and satisfy any obligation to file a Form 3 within ten days after information in the company's most recent quarterly, annual or current report indicates the amount of securities outstanding following the~~

~~buy back."~~ *Id.*  ~~As reflected in the legislative history of the enactment of Exchange Act Section 16(a), "the most potent weapon against the abuse of inside information is full and prompt publicity." H.R. Rep. 73-1383, at 13, 24 (1934). Disclosure of an insider's purchases and sales gives investors an indication of the insider's private opinion as to the prospects of the company.~~

### ~~C.~~3.    ~~SEC~~ Rule 144

~~26.~~39.   SEC Rule 144 (~~Affiliates such as~~17 C.F.R. § 230.144) sets conditions under which restricted, unregistered, and control securities can be sold or resold.  Rule 144 applies to "affiliates" of a company, which includes officers, directors, and 10% stockholders ~~are also subject to certain restrictions and disclosure requirements with respect to selling the stock of public companies.~~

~~Under Rule 144, an "affiliate" of an issuer is a person or entity that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with, such issuer (i.e., a control person), including officers, directors, and 10% stockholders. Before selling stock, persons who control the stock of public companies ("control persons") are required to: (a) register such sales with the Commission pursuant to Section 5 of the Securities Act, 15 U.S.C. § 77e, (b) sell the stock pursuant to an applicable exemption from registration; or (c) sell the stock pursuant to conditions set forth in SEC Rule 144, 17 C.F.R. § 240.144, including limitations on the amount of stock a control person can legally sell. Thus, Rule 144 is available for the resale of shares by an affiliate purchased in the open market. It is also available for the resale of securities acquired from an affiliate in a transaction not involving a public offering.~~
~~Rule 144 provides a non-exclusive safe harbor for individuals or entities to sell restricted or affiliate-owned shares without being deemed to be a statutory underwriter and therefore qualify for Securities Act Section 4(a)(1)'s exemption from registration for "transactions by any person other than an issuer, underwriter, or dealer." To qualify for the safe harbor, the resale must meet each of the following conditions: the individual or entity must hold the shares of a non-reporting issuer for at least a year prior to reselling them and there must be adequate current public information available. 17 C.F.R. § 230.144(c) & (d). The amount that can be sold by any person pursuant to Rule 144 during any three-month period cannot exceed the greatest of: (i) one percent of the shares or other units of the class outstanding as shown by the most recent report or statement published by the issuer, or (ii) the average weekly reported volume of trading in such securities on all national securities exchanges and/or reported through the automated quotation system of a registered securities association during the four calendar weeks preceding the filing of notice required by Rule 144(h), or if no such notice is required the date of receipt of the order to execute the transaction by the broker or the date of execution of the transaction directly with a market maker, or (iii) the average weekly volume of trading in such securities reported pursuant to an* effective transaction reporting plan *or an* effective national market system plan *(as those terms are defined in 17 C.F.R. § 242.600) during the four-week period specified in (ii) above.~~
~~Rule 144(f) requires any affiliate seller of securities who intends to rely upon Rule 144, to resell either in "brokers' transactions," within the meaning of Section 4(a)(4) of the 1933 Act, or in transactions directly with a "market maker," as that term is defined in Section 3(a)(38) of the 1934 Act. 17 C.F.R. § 230.144(f). The counterpart of Rule 144(f), which is concerned about the manner of sale by the affiliate owner of the securities, is Rule 144(g), which defines the term "brokers' transactions" and in doing so sets~~

forth the obligations of a broker that seeks an exemption under Section 4(a)(4). 17 C.F.R. § 230.144(g). Rule 144(g) conditions a broker's exemption under Section 4(a)(4) for its role in an unregistered sale of securities purportedly made by a seller in reliance upon Section 4(a)(1) of the Act, by reason of Rule 144. The conditions of Rule 144(g) are designed to:

A broker may do no more than "execute the order or orders to sell the securities as agent for the person for whose account the securities are sold;

A broker may receive and receives as remuneration "no more than the usual and customary broker's commission,"

Subject to three qualifications, a broker may not solicit nor arrange for the solicitation of "customers' orders to buy the securities in anticipation of or in connection with the transaction,"

A broker must make a reasonable inquiry into the facts and circumstances surrounding the proposed resale including any facts or statements contained in the notice required by Rule 144(h); and

After making such reasonable inquiry, a broker must not be "aware of circumstances indicating that the person for whose account the securities are sold is an underwriter with respect to the securities or that the transaction is a part of a distribution of securities of the issuer."

17  C.F.R. § 230.144(g)(1)-(3).

Note (ii) to Rule 144(g) explains that the reasonable inquiry required by paragraph (g)(3) of the rule should include, but not necessarily be limited to, inquiry as to the following matters:

The length of time the securities have been held by the person for whose account they are to be sold. If practicable, the inquiry should include physical inspection of the securities;

The nature of the transaction in which the securities were acquired by such person;

The amount of securities of the same class sold during the past 3 months by all persons whose sales are required to be taken into consideration pursuant to paragraph (e) of this section;

Whether such person intends to sell additional securities of the same class through any other means;

Whether such person has solicited or made any arrangement for the solicitation of buy orders in connection with the proposed sale of securities;

Whether such person has made any payment to any other person in connection with the proposed sale of the securities; and

The number of shares or other units of the class outstanding, or the relevant trading volume.

17 C.F.R. § 230.144

THE Importantly, pursuant to Rule 144(h), if the principal shareholder Commission has explained that whether a broker has conducted a ""reasonable inquiry" depends on the facts and circumstances surrounding the transaction:

A dealer who is offered a modest amount of a widely traded security by a responsible customer, whose lack of relationship to the issuer is well known to him, may ordinarily proceed with considerable confidence. On the other hand, when a dealer is offered a substantial block of a little known security, either by persons who appear reluctant to disclose exactly where the securities came from, or where the surrounding circumstances raise a question as to whether or not the ostensible sellers may be merely intermediaries for controlling persons or statutory underwriters, then searching inquiry is called for.

19

*Distribution by Broker-Dealers of Unregistered Securities*, S.E.C. Release No. 33-4445, 1962 WL 69442, at *2 (Feb. 2, 1962) (Commission interpretative release).

On January 13, 2009, the Financial Industry Regulatory Authority ("FINRA") issued Notice to Members 09-05 in which FINRA reminded firms of their obligations to determine whether sales comply with the registration requirements of the federal securities laws. FINRA's Notice to Members 09-05 listed examples of "red flags" that broker-dealers should be on the alert for in order to identify possible illegal unregistered distributions, including: (1) a customer opens a new account and delivers physical certificates representing a large block of thinly traded or low priced securities; (2) a customer has a pattern of depositing physical share certificates, immediately selling the shares, and then withdrawing the proceeds from the account; (3) a customer deposits share certificates that have been recently issued or represent a large percentage of the float of the security; and (4) the lack of a restrictive legend on deposited shares seems inconsistent with the date the customer acquired the securities or the nature of the transactions in which the securities were acquired. The red flags in FINRA's Notice to Members 09-05 had been previously identified by the SEC as red flags that are indicative of illegal unregistered distributions. *See In the Matter of Eisler*, Release No. 4145 (S.E.C. Release No. July 23, 2015).

35.40.   Under Rule 144(h), if the selling security holder proposes to sell more than 5,000 or more shares (or other units in any three-month period, or) or irrespective of the contemplated sales have annumber of units the aggregate sale price abovemay exceed $50,000 during any three-month period, he or she must **concurrently** with the placing of anhis order with the broker or the sale to the market maker transmit to the SEC three copies of a "Notice of Proposed Sale" on Form 144.  This Form, which must be executedsigned by the person who ownsfor whose account the securities are to be sold.

## V.      COHEN LEARNS HOW TO MANIPULATE STOCKS

### A.      Cohen Amasses a Trading Fortune by Selling Chewy

41.      Cohen is a Canadian entrepreneur currently residing in Florida who, at age 25, founded the pet electronic-commerce ("e-commerce") company Chewy in 2011.  By his own admission, Chewy was the first "real job" Cohen ever held.  Devon Pendleton, *A Tech Founder Cashed Out and Bet It All On Apple and Wells Fargo*, BLOOMBERG, (June 5, 2020, 4:00 am), https://www.bloomberg.com/news/articles/2020-06-05/chewy-founder-cashes-out-bets-on-apple-wells-fargo#xj4y7vzkg.

42.      Chewy was not a revolutionary new idea but a recycled business plan of previous pet supply companies like Pets.com.  Chewy, however, was created at a more opportune time than

previous iterations of the idea, as Pets.com came of age when e-commerce was still new and the company was never able to amass the customer base necessary to cover its high fixed costs, namely shipping and warehouse infrastructure, which, in the end, caused it to overspend in a scramble for customers.  Conversely, Chewy was founded both at a time when e-commerce was normalized among the populace and when zero interest rates were the norm which, by Cohen's own admission, gave Chewy the freedom to focus more on expansion than on profitability.  Joe Fonicello, *The Ryan Cohen Interview with Joe Fonicello of GMEdd.com* (November 20, 2022), https://www.youtube.com/watch?v=uN2Dw8AOdMk.

43.     This perfect timing for a recycled Pets.com allowed Chewy to be acquired by PetSmart for $3.35 billion in the then-largest e-commerce acquisition of all time.  The acquisition hid several issues that existed at Chewy.  For instance, the chief executive of PetSmart, J.K. Sy-mancyk, told board members on multiple occasions that Chewy under Cohen was unprofitable and the company later required a full information-technology overhaul, even though Cohen had touted its e-commerce platform as world-class.  In 2020, PetSmart announced that it planned to sell its interest in Chewy.

44.     Shortly after the acquisition of Chewy, Cohen sold his entire stake, earning approx-imately $1 billion.  Since then, Cohen has been primarily focused on private investments through his firm, RC Ventures, which he has admitted in interviews consists basically of himself.  Cohen claims that he principally invests in companies for the long term.  Cohen has repeatedly stated that he learned the value of this investment strategy from his father who "was never looking to make a quick buck" and "believed the real money was made through time."  Ryan Cohen, *The Secret Weapon Behind Chewy Founder Ryan Cohen's Success*, ENTREPRENEUR, (May 4, 2020), https://www.entrepreneur.com/leadership/the-secret-weapon-behind-chewy-founder-ryan-

21

cohens-success/349890.

45.   After initially focusing on investing in large mainstream companies like Apple Inc. and Wells Fargo & Co., Cohen and RC Ventures moved into the meme stock arena by investing in GameStop and Bed Bath.

**B.   GameStop's Rise and Fall**

**1.   The Meme Stock Movement**

In early 2020, a movement began among retail investors who~~In April 2020, in recognition of several lo-gistical difficulties related to the submission of Form 144 in paper pursuant to Rules 101(b)(4) or 101(e)(6) of Regulation S-T, as well as ongoing health and safety concerns related to COVID-19, the Commission issued a statement announcing a temporary no-action position that it would not recommend enforcement action to the Commission if Forms 144 for the period from and including April 10, 2020 to June 30, 2020 were submitted as a complete PDF attachment and emailed to the Commission in lieu of filing the form in paper. Subsequently, on June 25, 2020, the Division of Corporation Finance indefinitely extended this statement from the period beginning on April 10, 2020. *See Division of Corporation Fi-nance Statement Regarding Requirements for Form 144 Paper Filings in Light of COVID-19 Concerns*, U.S. Sec. & Exch. Comm'n (June 25, 2020), available at https://www.sec.gov/corpfin/announce-ment/form-144-paper-filings-email-option-update.~~

~~**D.   Fraud and Manipulation**~~

~~Fraudulent promotion or manipulative trading used to pump the company's stock price and trading vol-ume can also violate the antifraud provisions of the Securities Act and the Exchange Act. For example, fraudsters may use online newsletters, message boards, or social media to disseminate false and mislead-ing statements to the public in order to encourage investors to purchase their undisclosed stake at inflated prices. Promoters may falsely claim to offer informed recommendations when they stand to profit from convincing others to buy or sell certain securities.~~

~~In addition to false promotional pieces, fraudsters sometimes use other tools to drive up the price of a se-curity, such as by engaging in matched trades. Members of a scheme will trade shares between them-selves, gradually inflating the price. A rising stock price creates the false impression that there is investor demand for the security, and thus serves to encourage other investors to buy. If the fraudsters have dis-guised their ownership and control of securities being traded, investors are deceived into believing that the trading activity reflects genuine beliefs about the value of the Company's securities. For this reason, the Exchange Act prohibits entering an order for the purchase or sale of a security with knowledge that an order or orders of substantially the same size, at substantially the same time and substantially the same price, for the sale or purchase of a security, had been or would be entered.~~

~~Collectively, these and other provisions of the federal securities laws protect investors from pump and-dump schemes and ensure that investors understand who is controlling a company and whether any large shareholders have amassed a position that will allow them to control or influence the company and its se-curities. When these required disclosures are evaded or issued in a misleading fashion, investors are de-prived of material information about an issuer.~~

~~**V.   Factual Background**~~

22

A. Background

1. The rise and fall of Bed Bath & Beyond

Bed Bath was founded in New Jersey in 1971. For nearly 40 years, Bed Bath was one of the country's leading retailers for bedding, bath accessories, kitchen textiles and cookware, appliances, and more. Originally called Bed 'n Bath, the Company expanded to operate 17 locations by 1985. Two years later, the chain changed its name to Bed Bath & Beyond to reflect its full range of "domestic merchandise and home furnishing," as the company once put it. Pioneering the concept of "big box" superstores, Bed Bath opened 20,000 square-foot shops that stocked a wide array of popular brands and products in all colors and styles with prices comparable to department stores. By 1991, Bed Bath had opened seven new superstores in six states, with sales reaching $134 million that year and generating earnings of $10.4 million. In June 1992, Bed Bath went public on the NASDAQ exchange. The Company's growth soared in the early 1990s. By 1999, the Company reported more than $1 billion in sales and by the start of the new millennium, Bed Bath operated more than 300 stores across more than 40 states. Over the next decade, Bed Bath began to focus on acquisitions, acquiring health and beauty retailer Harmons in 2002, followed by holiday chain Christmas Tree Shops in 2003 and Buy Buy Baby in 2007.

In the wake of the 2008 financial crisis, however, Bed Bath's sales began to suffer, with customers turning to cheaper stores like Target and Wal-Mart or online retailers like Amazon and Overstock. In May 2019, then-CEO Steven Temares was ousted after a group of activist investors released a presentation that called for his resignation, claiming Temares oversaw the "destruction of more than $8 billion in market value" during his 15 years helming the Company. Temares was replaced by Mark Tritton, who had served as the chief merchandising officer for Target.

As Bed Bath's new CEO, Tritton pushed to declutter stores, close 200 underperforming ones, and drop national brands in favor of Bed Bath's own labels, like Everhome and Nestwell. Although a similar plan had worked when Tritton was at Target, Bed Bath was unable to replicate the strategy. Tritton ushered in changes faster than the retailer could build systems to support them, sources later told the *Wall Street Journal*. Further, to make room for the new "owned brands," as Bed Bath calls its private-label items, the Company scaled back brand names like All-Clad cookware and OXO kitchen gadgets, while selling what it had in stock at steep discounts. Bed Bath continued its slide. From January 2015 to April 2020, Bed Bath's stock price had declined by 95%, trading at only about $4 per share, as shown in the following chart:



~~In February 2020, Bed Bath announced a $1 billion capital allocation strategy, which included $600 million toward stock buybacks and debt reduction, and $400 million in store remodeling, supply chain improvements, and digital projects. But when the Covid-19 pandemic arrived, Bed Bath was at a disadvantage compared to its competitors. While the pandemic was a boon to most home-goods retailers, benefiting from customers stuck at home, Bed Bath was unable to capitalize like its competitors. Bed Bath temporarily shut nearly all its stores, with S&P Global downgrading the retailer, predicting a weak economy and pullback on consumer spending as a result of the pandemic. Sales slumped further, and the company closed 44 stores in eight states. In the three months ending August 29, 2020, Bed Bath's net sales declined, whereas sales of home-related items grew more than 30% at Target, Tritton's former employer.~~

**~~2.    As Bed Bath's fortunes as a company fell, its stock rose as a "meme stock"~~**

~~46.    By the spring of 2020, Bed Bath had joined a handful of other struggling retailers and consumer-focused companies, such as GameStop and AMC Entertainment, whose securities became known as "meme stocks." With people forced to stay home amidst the pandemic, many of them~~ focused their attention on stock trading <u>to pass the time and make money.  The emergence of the retail investor was spurred by the</u> ~~, which had become easier with the growing~~ availability

24

and popularity of stock trading apps likesuch as Robinhood, and a widespread move by brokers to eliminate commissions, thereby lowering the barriers to entry.

45.47.   Many of these new retail investors discussed their trades and theories on companies to invest inonbegan to form social -media websites, such as communities on platforms like Twitter, Discord, and Reddit, often creating communities with their own form of slang.discussing their trading strategies and ideas, and even posting screenshots of their transactions in real time.

46.48.   One popular Reddit discussion forum (known as a subreddit) is r/WallStreetBets, which, along with other subreddits popular with retail investors, such as r/Superstonk, is characterized by its unique subculture focused on real-time discussion of financial investments, frequent use of "memes" and emojis, and its own trading vocabulary.  The term "diamond hands," often accompanied by emojismovie "Rise of human hands and a diamond ( 🤍 🙌), means buying and holding onto a stockthe Planet of the Apes," for the long term, rather than selling itinstance, inspired Reddit users frequenting r/WallStreetBets to refer to themselves as "APES," promoting an aggressive trading philosophy expressed with acronyms like HODL ("hold on for a quick profit. dear life") and YOLO ("you only live once"). The phrase "to the moon" is a rallyingrally cry on r/WallStreetBets, which its members use to express their confidence that a stock will rise significantly, often accompanied by emojis of a rocket ship or the moon, which can appear differently when originating on different browsers, as shown below, but all convey the same meaning (for example, the first moon emoji image below was generated on an iPhone and the second and third moon emojis were generated via internet browsers, despite using the exact same image input):as shown below:[1]

---

[1] Emojis are displayed differently depending on the program or operating system used by the user viewing the emoji. For example, the first "moon with face" emoji in the graphic above is the

Formatted: Body Text, Justified, Indent: Left:  0", First line:  0.5", Line spacing:  Double, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at:  0.58" + Indent at:  0.83"



49.    Meme stocks saw surges in trading activity from 2020 through 2022 fueled primarily by the trading of retail investors who frequented social-media communities like r/WallStreetBets.

50.    A common characteristic of the retail investors who traded in meme stocks was antipathy towards institutional investors who were shorting these meme stocks.  A popular theme in these social media communities was the goal of squeezing short sellers, a goal Cohen enthusiastically embraced in public.

51.    One of the companies that retail investors targeted as a meme stock was GameStop.

**2.    Cohen's Entry into GameStop**

52.    Founded in 1984, GameStop is a predominantly brick-and-mortar business that sells video games and gaming consoles.  By August 3, 2020, GameStop's stock was trading at $1.04 per share and the company faced serious challenges, including a move toward online purchases, full game downloads, lower used game inventory levels, and reduced demand for used games driven by the growth of older game subscription services (*e.g.*, Sony PlayStation Now, Xbox Game Pass).

53.    In mid-August 2020, Cohen, through RC Ventures, purchased 5.8 million shares of GameStop stock for a 9% stake in the company.  On August 28, 2020, RC Ventures filed a

---

version displayed by Apple's iOS, whereas the second and third emoji graphics are the versions displayed by Twitter. *See* Full Moon Face, Emojipedia.org, *available at* https://emojipedia.org/full-moon-face/; Full Moon, Emojipedia.org, *available at* https://emojipedia.org/full-moon//

Schedule 13D with the SEC identifying these transactions.  When investors learned about Cohen's acquisitions and interest in GameStop, the company's stock price rose by more than 41%, closing at $1.91 per share on September 1, 2020, with trading volume spiking to 151.9 million shares on August 31, 2020, compared to 16.95 million shares traded on August 28, 2020.  Moreover, retail investors expressed their excitement on online forums and social media in threads that Cohen occasionally addressed on his Twitter account.

54.     A few months after the Class Period ended, Cohen participated in a one-on-one interview with Joe Fonicello ("Fonicello") of GMEdd.com, a website that claims to conduct research and high-quality due diligence on the investment thesis for GameStop.  Fonicello asked Cohen: "[w]hat did you know about the enthusiasm from some retail investors over GameStop on digital communities like WallStreetBets?"  Cohen expressly responded that he noticed the enthusiasm for his purchases after he filed a Schedule 13D in August 2020, describing the experience as a loss of his "13D virginity" and that he again observed enthusiasm from retail investors when he filed subsequent amendments to his Schedule 13D.  Joe Fonicello, *The Ryan Cohen Interview with Joe Fonicello of GMEdd.com* (November 20, 2022), https://www.youtube.com/watch?v=uN2Dw8AOdMk.  All of these filings were followed by increased interest in GameStop stock by retail investors and an increase in GameStop's price. ~~This shows that Cohen was aware of the impact of his filings on retail investors well before the Class Period began.~~

No longer a "13D virgin," to use his own term, Cohen filed another amended Schedule 13D/A to reflect purchases of 284,674 shares of GameStop stock on September 21, 2020, increasing his ownership stake to roughly 9.98%.  When the market learned about Cohen's filing, the price of GameStop's stock spiked to a 52-week high the following day, rising by more than 20% from $2.18 to $2.64 per share, with trading volume rising to more than 139 million shares.  In his Schedule 13D and 13D/A filings, Cohen stated that he had started 

27

GameStop's and AMC's stock were both celebrated by r/WallStreetBets users as going "to the moon."

Many of these retail investors were entirely new to the markets and their picks were often unorthodox, selecting companies that most investors and analysts dismissed. One of the most popular meme stocks was GameStop, the brick-and-mortar video game retailer. Other popular meme stocks included AMC, the movie theatre chain, and Bed Bath, which were consumer-focused companies that were familiar names to the public and to novice investors. These meme stocks, as they became known, saw surges in trading activity in 2020 and early 2021, fueled by trading by retail investors who frequented social-media communities like r/WallStreetBets. For some of these companies, the amount of "short interest" in their securities, measured as the number shares sold short as a portion of total shares outstanding, exceeded the market average.[2] That statistic, which would be seen as anathema to most investors, was often viewed (counterintuitively) by r/WallStreetBets users to make the stock even more attractive.

One popular Reddit user was Keith Gill, who went by the username u/DeepFuckingValue (or DFV) on Reddit, and who also created content on YouTube and Twitter under the name "Roaring Kitty." In September 2019, Gill announced his initial $50,000 purchase of GameStop stock, explaining that based on his own financial analysis, he had determined that GameStop was undervalued, citing, among other things, that there had been extensive shorting of GameStop's stock. In August 2020, Gill promoted his analysis of GameStop's stock on his YouTube channel and many users on r/WallStreetBets contended that the unusually high levels of short-interest in GameStop presented the potential for a coordinated "short squeeze."[3]

By the beginning of August 2020, GameStop's stock was trading at only a little more than $1 per share. But by the end of that month, GameStop's stock began to suddenly rise after Cohen announced that he had acquired, through his investment firm RC Ventures, a nearly 10% stake in the Company. Cohen founded the pet e-commerce company Chewy in 2011, serving as the company's CEO until 2018. In April 2017, PetSmart acquired Chewy for $3.35 billion in the then largest e-commerce acquisition of all time,[4] and later took Chewy public in June 2019 at a valuation of $8.7 billion. After leaving Chewy, Cohen began to pursue private investment opportunities through his firm RC Ventures, initially investing in large mainstream companies such as Apple Inc. and Wells Fargo & Co.

51. 55.    But on August 28, 2020, after the markets had closed for the day, Cohen disclosed

in a Schedule 13D filed with the SEC that he had bought 5.8 million shares of GameStop's stock.

Three days later, on August 31, Cohen filed an amended Schedule 13D/A to reflect additional

---

[2] Short selling is a form of securities transaction that market participants may use when they believe that the market value of a publicly traded company's stock may decrease. To engage in such a transaction, short sellers typically borrow a security and sell it on the open market, planning to buy it back later at a lower price and return the security to the lender. When a short seller buys a stock to return it to the lender, the short seller is said to have "bought to cover" or to have "covered the short position."

[3] The term "short squeeze" refers to a situation where short sellers are compelled to cover their short positions and return securities to lenders due to unexpected increases in the share price. As these short sellers buy the stock to return it to their lenders, the price may rise even more, potentially creating a situation in which more short sellers must cover their position. Such short squeezes can result in dramatic increases in the price of security.

[4] https://www.wsj.com/articles/how-petsmart-swallowed-chewyand-proved-the-doubters-wrong-11569858310

~~purchases of 400,000 shares, totaling more than 6.2 million shares and amounting to a roughly 9.6% ownership stake in GameStop. In his Schedule 13D and 13D/A filings, Cohen stated that he had begun~~ "conversations and communications with senior management" and "several members of the Board of Directors" of GameStop concerning Cohen's views about the company's strategy and future, expressing his willingness to "become more involved" in GameStop. This again excited retail investors. ~~When investors learned about Cohen's acquisitions and interest in GameStop, the company's stock price rose by more than 27%, closing at $1.91 per share on September 1, with trading volume spiking to 38 million shares on August 31, compared to 4.2 million shares traded on August 28.[5]~~

~~In the following months, Cohen continued to disclose additional purchases of GameStop securities and his efforts to influence the company's management.~~
On November 16 ~~September 21,~~ 2020, Cohen disclosed ~~after the markets had closed, Cohen filed another amended Schedule 13D/A to reflect purchases of 300,000 shares of GameStop stock, increasing his ownership stake to roughly 9.98%. When the market learned about Cohen's filing, the price of GameStop's stock spiked to a 52-week high the following day, rising by more than 20% from $2.19 to $2.64 per share, with trading volume rising to more than 34.7 million shares, more than 4 1/2 times the number of shares traded the previous day.~~

~~54.~~56.   One month later, on November 16, Cohen filed another amended Schedule 13D/A, ~~disclosing~~ a letter he ~~had~~ sent to GameStop's ~~board of directors on behalf of himself and his investment firm, RC Ventures. In the letter, Cohen wrote that his attempts to "privately engage" with the retailer had "yielded little progress" and he thus felt "compelled to send a clear message to the~~ Board of Directors where he expressed the ~~." In his letter, Cohen continued by asserting his~~ view that GameStop needed to ~~redirect its focus away from physical stores in favor of building a robust e-commerce platform, writing that GameStop should "~~evolve into a technology company and criticized GameStop's CEO's apparent commitment to the ~~that delights gamers and delivers exceptional digital experiences—not remain a *video game retailer*~~ that overprioritizes its ~~brick-and-~~

---

~~[5] All prices for GameStop stock are adjusted to reflect a 4-for-1 stock split that occurred in July 2022. Trading volumes for GameStop stock are unadjusted.~~

29

mortar business model.  The reaction from retail investors was profound, as over the next two weeks following Cohen's letter, GameStop's stock price rose from $2.79 to close at $4.14, with a high of $4.85, and an average trading volume of 43.98 million shares, and a high of 127.93 million shares traded on November 30, 2020 – well above the 14.18 million shares traded the day before footprint and stumbles around the online ecosystem." Cohen's letter was disclosed. particularly critical of GameStop's then-CEO, George Sherman, stating, "Regrettably, Mr. Sherman appears committed to a twentieth-century focus on physical stores and walk-in sales despite the transition to an always-on digital world." The *Wall Street Journal* later reported that GameStop's board responded to the letter by hosting a private call with Cohen to discuss his criticisms and proposals.[6]

55.57.  The followingnext month, in early December 2020, GameStop announced that it would sell at least $100 million in new stock to raise capital.  According to *The WSJ,* Cohen "erupted" at this news," the *Wall Street Journal* later reported, worrying that "the plan would damage the company's standing among investors by reducing the value of existing shares."  Sarah E. Needleman, *GameStop's Power Player: How Outsider Ryan Cohen Wrested Control,* THE WALL STREET JOURNAL, (August 12, 2021, 10:03 am), https://www.wsj.com/articles/gamestop-ryan-cohen-chewy-meme-stock-11628776861.  Cohen subsequently e-mailed[7] According to the *Wall Street Journal,* Cohen responded to the announcement by writing "an email to GameStop's then-chairwoman, Kathy Vrabeck, warning her that he would go public with his disapproval if the company proceeded with the sale.  GameStop scuttled the planned stock sale shortly thereafter." and urging Vrabeck "to share the email with other directors, people familiar with the matter said." Shortly after the email, GameStop scuttled the planned stock sale, for reasons it did not disclose. "The ill-timed stock offering created a wedge and [Cohen] used it to his advantage," a former

[6] https://www.wsj.com/articles/gamestop-ryan-cohen-chewy-meme-stock-11628776861
[7] https://www.wsj.com/articles/gamestop-ryan-cohen-chewy-meme-stock-11628776861

~~board member told the *Wall Street Journal*.~~

58.    While Cohen's investment moves in the latter half of 2020 had an impact on GameStop's stock price and business, they would only be a prelude to the monumental influence that Cohen would achieve in 2021 and 2022.

**3.    Cohen's Transformation into "Papa Cohen" and GameStop's Rise**

59.    When the meme stock movement began, it centered on online influencers like Keith Gill ("Gill"), who went by the username u/DeepFu\*\*ingValue ("DFV") on Reddit and "Roaring Kitty" on YouTube and Twitter.[8]  His promotion of ~~was publicly disclosing his increased owner-ship and interest in~~ GameStop began in August 2020, when he promoted his analysis of GameStop's stock on his YouTube channel, convincing many ~~retail investors~~ retail investors ~~who posted~~ on r/WallStreetBets that GameStop was primed for a coordinated short squeeze.

60.    However, as GameStop's stock price increased throughout 2021, Cohen quickly took preeminence as the leader of retail investors in meme stocks.

61.    As one analyst noted at the end of 2021, Cohen was the "share price catalyst" for GameStop's rapid stock price rise throughout the year, as opposed to anything connected to the company's revenue and business fundamentals.  *See* Edward Woo, *GameStop Corp.: Q3 mixed and no FY21 guidance. Reddit trading may propel stock near term, but likely to fade in 2022 as digital threats increases and earnings outlook weak. Lowering P/T to $23*, ASCENDIANT CAPITAL MARKETS, LLC, December 24, 2021, at 1.

~~56.~~62.    This focus on Cohen escalated in early December 2020, when retail investors on Reddit forums like r/WallStreetBets ~~and other social media platforms~~ began to increasingly rely on Cohen to guide their investment decisions.  For example, on December 10, 2020, one Reddit

**Formatted:** Body Text, Justified, Indent: Left:  0", First line:  0.5", Line spacing:  Double, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at:  0.58" + Indent at:  0.83"

---

[8] Throughout the Complaint, expletives have been redacted in part with asterisks from the original text.  Tweets and Reddit posts are otherwise unchanged.

user known as u/CPTHubbard created a thread entitled "GME Tribe: A Story About How Ryan Cohen is About to Kick Down Sherman's Door and Drink His Milkshake," u/CPTHubbard posted a "DD"—due diligence in the parlance of the r/WallStreetBets subreddit—making the case that Ryan Cohen had the vision and resources needed to transform GameStop, even if it involved a hostile takeover. Summarizing his lengthy post, u/CPTHubbard explained that he believed Cohen would trigger a MOASS or —a "mother of all short squeezes," adding that — explaining:

> **So here's the TL/DR**: I believe that Cohen is executing a plan to take out the GME Board. And I think that Sherman just walked right into Cohen's trap because he's a dumb, selfish Boomer with a huge ego and a Broken Brain. And Cohen is going to be a legend because of it after he executes this plan, triggers the MOASS, and takes control of GME to convert it to a tech-first gaming juggernaut.

> So here's the TL/DR: I believe that Cohen is executing a plan to take out the GME Board. And I think that Sherman just walked right into Cohen's trap because he's a dumb, selfish Boomer with a huge ego and a Broken Brain. And Cohen is going to be a legend because of it after he executes this plan, triggers the MOASS, and takes control of GME to convert it to a tech-first gaming juggernaut.[9]

The post received considerable attention amongst other "DDs" posted to r/wallstreetbets around this time, receiving hundreds of comments and more than 1,500800 "upvotes," reflecting the positive reaction to the post by other Reddit users.

While GameStop was becoming more and more popular on r/WallStreetBets, the Company continued to struggle. On December 8, GameStop's shares fell 9% following a disappointing earnings report in which sales and earnings before interest, taxes, depreciation, and amortization ("EBITDA") "fell short" of expectations, with sales down 24.6%. [10] On December 19, S&P Global Ratings downgraded GameStop's credit rating, explaining:

> GameStop recently reported weak operating performance as it continues to face risks from the elongation in the launch of new consoles, increasing competitive challenges, and long-term structural technological shifts. We lowered the ratings on the company...on both near-term performance volatility and long-term competitive uncertainties. The negative outlook reflects our expectation that intense competition from online and traditional retailers, economic uncertainty, and the lengthening of the console cycle could result in further

---

[9] https://www.reddit.com/r/wallstreetbets/comments/kakxrn/gme_tribe_a_story_about_how_ryan_cohen_is_about/

[10] https://seekingalpha.com/news/3642665-gamestop-drops-9-percent-after-sales-ebitda-fall-short

deterioration for operating prospects.

58.63.   But despite the company's lowered credit rating, Cohen continued to increase his stake in GameStop. On December 21, 2020two days after S&P downgraded the company's credit rating, Cohen filed another amendment to his amended Schedule 13D, which showed/A, disclosing that he had increasedbought even more GameStop stock, bringing his total ownership stake in GameStopthe retailer to roughly 12.9%.  That same day, in accordance with the requirements of Section 16(a) of the Exchange Act, Cohen filed an initial statement of beneficial ownership of securities on Form 3 and a statement of changes in beneficial ownership on Form 4 to reflect his ownership of more than 10% of GameStop's total outstanding shares. Much like Cohen's earlier 13D filings, retail investors responded positively to When the market learned about Cohen's increased ownership stake and the price of GameStop's stock surged by 32% from $3.88 per share on December 21, 2020, to close at $5.14 per share on December 23, 2020, with more than 10025 million shares traded on each of the previous two days.

> **Formatted:** Body Text, Justified, Indent: Left:  0", First line:  0.5", Line spacing:  Double, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at:  0.58" + Indent at:  0.83"



On January 11, 2021, GameStop announced that it had ~~come to an agreement with RC Ventures and Co-~~ ~~hen that provided three new directors, comprised of~~ ~~agreed to give~~ Cohen and two ~~of his associates, both~~ former Chewy executives, ~~to seats on~~ GameStop's ~~Board of Directors.~~ ~~board.[11]~~ ~~Cohen approached his~~ ~~first board meeting as a "blitz," the~~ *Wall Street Journal* ~~reported, proposing the formation of a new "strat-~~ ~~egy committee" to review~~ GameStop's ~~share price soared in the days~~ ~~spending and hiring practices, which~~ ~~would consist of himself, a fellow activist investor, and a former Chewy executive. GameStop's shares~~ ~~rallied 7%~~ following the news of the agreement ~~as retail investors. As the rally~~ continued ~~to react to Co-~~ ~~hen's machinations, ultimately peaking at $10.76 per share before closing at $9.97 per.~~ ~~Seeking Alpha re-~~ ~~ported that the high level of short interest on GameStop "as a percentage of total float landed it on [Seek-~~ ~~ing Alpha's] Catalyst Watch for the week."[12]~~

64.    ~~GameStop's~~ share on January 14, 2021.

65.    This enthusiasm by retail investors for GameStop and Cohen stood in stark

[11] ~~https://www.globenewswire.com/news-release/2021/01/11/2156168/0/en/GameStop-An-~~ ~~nounces-Additional-Board-Refreshment-to-Accelerate-Transformation.html~~

[12] ~~https://seekingalpha.com/news/3651108-gamestop-rally-extends-chewy-influence-touted~~

contrast~~price and trading volume began~~ to the contempt they felt for hedge funds and other institutional investors who held large short positions in meme stock companies like GameStop.  This confluence of emotions kicked into high gear in January 2021, as retail investors appeared to affirmatively target short sellers with coordinated attempts to orchestrate both a short and a gamma squeeze.

~~61.~~66.   On~~increase noticeably on~~ January 13, 2021, *The WSJ*~~after the *Wall Street Journal*~~ reported on Cohen's addition to the GameStop Board and~~board.  In its article the *Wall Street Journal*~~ noted that GameStop's announcement was part of the company's turnaround strategy~~plan~~ and had fueled a short squeeze "according to some analysts."  The article stated that "[a]s~~The article, the first the *Wall Street Journal* published mentioning the short squeeze, continued, "As~~ of the end of last year, short interest in the stock—expressed as a percentage of GameStop shares available for trading—exceeded 138%, making it the second-most shorted company by that metric with a market value of at least $1 billion, according to data from FactSet."  Micah Maidenberg, *GameStop Shares Surge After Traders Shift Bets, Board Gets Makeover*, THE WALL STREET JOURNAL, (January 13, 2021, 4:51 pm), https://www.wsj.com/articles/gamestop-shares-surge-after-traders-shift-bets-board-gets-makeover-11610563910.   That day, GameStop's stock price rose by more than 57% to $7.85 per share, with a trading volume of more than 578~~144~~ million shares, compared to only 28.24~~7~~ million shares traded the day before.

~~62.~~67.   On~~The next day, on~~ January 14, 2021, *The WSJ*~~the *Wall Street Journal*~~ reported that trading in shares of GameStop had doubled in the past two days, noting the activity on the r/WallStreetBets subreddit and explaining.  The *Wall Street Journal* explained that some retail investors on Reddit projected~~users had predicted~~ that the "stock might rapidly rise if short sellers had to cover their bets by buying back shares should the stock suddenly increase in value," while

35

> **Formatted:** Body Text, Justified, Indent: Left:  0", First line:  0.5", Line spacing:  Double, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at:  0.58" + Indent at:  0.83"

> **Formatted:** Font: Not Italic

also quoting an analyst at Wedbush Securities~~securities~~, Michael Pachter, who said, "[t]he~~"the~~ shorts are freaking out…[~~…~~meanwhile] the Robinhood message boards are bragging."  Caitlin McCabe, ~~Other analysts and financial news outlets echoed that account, with CNBC's Jim Cramer stating, "Like it or not, right now we've got a bull market in short-busting, and I bet you'll see more stories like~~ *GameStop Stock Soars, and Social-Media Traders Claim Victory*, THE WALL STREET JOURNAL, (January 14, 2021, 5:44 pm), https://www.wsj.com/articles/gamestop-stock-soars-and-social-media-traders-claim-victory-11610653679, ~~."~~

68.     News stories by publications like *The WSJ* were only the tip of the iceberg as the analysis in those stories ~~GameStop's skyrocketing stock price~~ was dwarfed~~driven mainly by ag-gressive trading~~ by the chatter among retail investors in online forums like Reddit.  There, thou-sands of people discussed Cohen's actions related to GameStop, including his letter to the GameStop Board, his amended Schedule 13D filings and his tweets.  Retail investors~~, like those who posted~~ on these online forums concluded~~r/WallStreetBets, who looked to bolster stocks~~ that they could (and should) buy up GameStop's stock, preferably in cash, and hold it, so as to short and gamma squeeze institutional short sellers, thereby driving up ~~large Wall Street firms had placed heavy bets against. And as~~ GameStop's stock price higher.  As a result,~~rose, so did Cohen's popularity with the users on r/WallStreetBets and other~~ subreddits like r/WallStreetBets and r/Su-perstonk became the laboratories where retail investors interpreted Cohen's public statements and traded securities based on those interpretations.

~~63.~~69.   ~~; as well as other social-media platforms.~~ During the week of January 24, 2021, mentions of ~~Ryan~~ Cohen on Reddit and Twitter more than tripled ~~mentions~~ from the week prior.  Further, many~~, according to media-intelligence firm Zignal Labs. As the~~ *Wall Street Journal* re-ported, Defendant Cohen's "sometimes enigmatic tweets, such as one showing a photo of a Sears

36

building being demolished, inspired some of his more than 205,000 followers to hunt for cryptic meanings."[13] Many r/WallStreetBets users, "[a]ssured by their new perceived alliance with" Cohen, began to refer to Cohen as "Papa Cohen" or the "meme lord," closely following every statement, social media post, public filing, and transaction to guide their own investment decisions.[14]

RetailOn r/WallStreetBets, as well as other similar subreddits popular with retail investors, goadedsuch as r/Superstonk, Reddit users routinely post every single tweet by Cohen, continued often only seconds after Cohen posts the tweet. Each of the posts about Cohen's tweets typically receive hundreds or thousands of comments and tens of thousands of upvotes, as Reddit users try to purchase dissect the meaning and significance of each tweet.

While retail investors fueled the skyrocketing stock prices of GameStop and other meme stock companies, institutional investors, often holding large short positions in the companies, began to publicly criticize the rise of GameStop's stock price, asserting that the company was not as valuable as retail investors thought. For example, on January 21, 2021, when GameStop's stock was valued at approximately $10.76 per share, Andrew Left, the founder of Citron Research, a capital research and investment firm, gave an interview explaining why he was shorting GameStop, calling meme stock traders "the suckers at this poker game."

66.70.   In response, retail investors doubled down on their meme stock investments, continuing to build long positions and purchase call options in GameStop and other meme stock companies, sending itsGameStop's stock price higher and higher over the next week, with trading volumes exceeding 700175 million each day from January 22, 2021 to January 26, 2021. On January 22, the price of GameStop shares rose by 71% in around three hours, as Keith Gill posted an update on his holdings on Reddit that included a screenshot of his holdings showing 50,000 shares and 1,000 call options with a $12 strike price and an April 2021 expiration date, and an account balance, including cash and realized and unrealized gains, totaling $11.2 million. Three days later, Keith Gill posted again, reporting that he was still holding his 50,000 shares and 800,000 April 2021 $12 calls. Many Reddit users began to express their own continued holdings of GameStop stock by posting the phrase, "If he's still in, I'm still in."

67.71.   OnThe next day, on January 26, 2021, after previously closing at $19.1920,

---

[13] https://www.wsj.com/articles/gamestop-ryan-cohen-chewy-meme-stock-11628776861
[14] https://www.forbes.com/sites/qai/2022/09/07/bbby-stock-what-chewys-ryan-cohen-has-to-do-with-the-meme-stock/?sh=550bde4620b1

GameStop's share price shot gapped up during after-hours trading to $36.99open at $22.14 per share. , closing at $37.00 per share. The massive price increase exposed short sellers of GameStop to substantial losses, forcing them to buy the company's stock at high prices to cover their short positions, which resulted in only further increasing the market price of GameStop's stock, and required options dealers This "short squeeze" contributed to buy more and more stock to maintain their dynamic hedges.  On January 27, 2021,meteoric growth in GameStop's stock price over the week.  On January 27, GameStop's stock closed at $86.88 per share, representing a 1,914.551915.78% increase from its price at the beginning of the month.  The next day, on January 28, 2021, GameStop's stock price peakedpeaking at an intraday high of $120.75 per share, before closing at $48.40 per share.

72.     Cohen remained a central figure in the rise of GameStop's share price in January 2021.  According to one former board member of GameStop, at the time of these initial squeezes, "Ryan [Cohen] personified a hero against the hedge funds."  Sarah E. Needleman, *GameStop's Power Player: How Outsider Ryan Cohen Wrested Control*, THE WALL STREET JOURNAL, (August 12, 2021, 10:03 am), https://www.wsj.com/articles/gamestop-ryan-cohen-chewy-meme-stock-11628776861.

**4.     Cohen Exploits his Social Media Following to Fuel GameStop's Stock Rise**

73.     Before 2021, Cohen had only minimally participated on Twitter, tweeting five original posts and retweeting six other posts, with a majority of tweets simply promoting articles written about himself.  However, as Cohen's stature with retail investors rose, he began to tweet more and more, often with memes and at times that coincided with major events at GameStop, understanding that the social media-savvy retail investors would be able to decipher the meaning of his tweets and act in response.

38

74.     Significantly, Cohen's Twitter account provided a connection between himself and retail investors, with him often liking or retweeting memes of himself made by his followers, and conceding in that same November 2022 interview with Fonicello that he views and encourages the posts made by retail investors.  For example, at 7:48 am on April 8, 2020, a retail investor created and posted an image of Cohen's head on top of a chair on the subreddit r/Superstonk.  At 12:36 pm the same day, Cohen posted this same image to his Twitter account, demonstrating to retail investors that Cohen monitored subreddits like r/WallStreetBets and r/Superstonk and read what is posted on these forums:



Retail investors who saw Cohen's tweet were euphoric, with some proclaiming, "HE'S AMONG US" and "I honestly believe he's on these threads all day just like us." Cohen began to leverage these connections to retail investors for his own financial gain from 2021 through 2022.

75.    Almost always, Cohen's tweets – either explicitly or implicitly – referenced companies he invested in, like GameStop and Bed Bath.

76.    One of Cohen's most notable early tweets was that of a frog emoji and a picture of a McDonald's ice cream cone:



12:57 PM · Feb 24, 2021

1,603 Retweets     462 Quote Tweets     14.9K Likes

This tweet coincided with an announcement that GameStop's CFO, Jim Bell, was pushed out, with

rumors that it was done at the behest of Cohen.  Reddit users understood the tweet to mean that Cohen "wanted shares to leap like a frog," and "would fix GameStop just as McDonald's tried to fix its troubled ice cream machines."  On Twitter, the majority of retail investors similarly concluded that the tweet was a signal that GameStop's stock price was about to "take off," with many of those same investors tweeting that they purchased GameStop stock in response.  In response, over the next two days, GameStop's stock price rose from $11.17 to a high of $46.17, before closing on February 25, 2021 at $27.18, with a trading volume of 332.45 million shares on February 24, 2021, and 601.24 million shares on February 25, 2021, approximately 20 times the volume traded the day before the tweet.  When writing about this tweet and its impact on GameStop's stock, *The WSJ* summed up the situation succinctly: "[o]ne thing was clear: A meme lord now occupied the boardroom."  Caitlin McCabe, *The Meme Lords Who Are Taking Over the C-Suite*, THE WALL STREET JOURNAL, (August 27, 2021, 5:44 pm), https://www.wsj.com/articles/the-meme-lords-who-are-taking-over-the-c-suite-11630056603.

77.    Cohen continued to use emojis and memes to communicate with retail investors who followed him.  Those retail investors not only understand this, but expect it of him.  Indeed, investors purchase stock promoted by Cohen based on a single emoji as exemplified below:



**NitrousXpress** ✔
@Yehya96

@ryancohen post a 🚀 already. You don't need to say anything else. I have a feeling you January calls are gonna print

5:34 PM · Aug 10, 2022

41

78.     On April 16, 2021, after the market closed, Cohen tweeted a fist emoji to his fol-
lowers:



Retail investors understood this tweet to signal a positive outlook for GameStop, and many re-
sponded with tweets of moon or rocket emojis to signal their agreement.  The next trading day,
GameStop's stock price rose by $2.42 with a trading volume of 42.08 million shares, more than
double the number of shares that traded on the previous day.  More significantly, three days after
this tweet, GameStop announced that its CEO, George Sherman, would resign, a move that oc-
curred at the encouragement of Cohen according to *The WSJ*.  This episode again demonstrated
Cohen's proclivity to signal major events to the market through his Twitter account while also
encouraging retail investors to continue to purchase GameStop's securities.

79.     In June 2021, Cohen officially became the Chairman of GameStop's Board of Di-
rectors, while also overseeing the appointments of a new CEO, CFO, and Chief Customer Officer,
which analysts described as "inexperienced lackey[s] hired for Chairman Cohen."  *See GameStop*
*(GME): CEO Diligence Memo*, PARAGON INTEL, January 6, 2022, at p. 1; *see also* Edward Woo,

*GameStop Corp.: Reports Q2 about inline but no FY21 guidance. Reddit trading likely to propel stock near term, but likely to fade in one year as digital threats increases. Lowering P/T to $24,* ASCENDIANT CAPITAL MARKETS, LLC, September 25, 2021, at p. 1.

80.     Cohen continued to tweet about GameStop to his followers at times of significant events for the Company, stoking retail investor enthusiasm.  On October 31, 2021, Cohen tweeted "MGGA," short for "Make GameStop Great Again." Cohen's retail investor fans immediately interpreted this as a signal to buy GameStop stock.  On Reddit, retail investors theorized that this was an indication that GameStop's earnings would be good for the quarter.   For example, u/Rexdale416 posted in response:



81.     Similarly, on Twitter, retail investors responded with enthusiastic posts like "Bull-ish" and "Guess who is gonna buy more shares Monday?"  On cue, GameStop's stock price sub-sequently rose by 9% on the next trading day with a trading volume of 19.78 million shares or more than 10 million shares traded than the day before Cohen's tweet.

Cohen continued to fuel retail investor optimism through his Twitter account and SEC filings.  For

43



GME Share Price & Trading Volume, Jan. 2021

GameStop announces
Cohen will join board

Volume   Share Price

example, on
Other meme stocks such as AMC and Bed Bath also experienced significant increases in price, trading volume, and volatility in January 2021, with Bed Bath's stock price closing at $52.89 per share on January 27, 2021, increasing by more than 190% from the beginning of the month, with more than 90.3 million shares traded.



Over the next week, however, both GameStop's and Bed Bath's stock prices began to fall steadily and rapidly, with GameStop's falling by 30.77% on February 1 and by another 60% on February 2, closing at $22.50 per share. On February 4, U.S. Treasury Secretary Janet Yellen met with financial regulators to discuss the craze around GameStop, and its impact on investors and the broader market. That day, GameStop's share price plunged by more than 41% from the day before, dropping from $23.10 per share on February 3 to $13.38 per share on February 4, 2021.

3. Ryan Cohen rises as the pied piper of meme stock traders

GameStop's stock, along with other meme stocks like BBBY and AMC, would continue to experience bursts of volatility, often in response to Cohen's posts on Twitter. On February 24, 2021, for example, Cohen tweeted an image of a McDonald's ice cream cone, accompanied by an emoji of a frog, as shown below:

45



As the ~~Wall Street Journal~~ ~~later reported in an article entitled, "The Meme Lords Who Are Taking Over~~
~~the C-Suite," the tweet "made little sense," but on the afternoon that he posted it, GameStop's stock sky-~~
~~rocketed by as much as 104% that day as retail investors in GameStop "spun into a frenzy."[45] On~~
~~r/WallStreetBets and other online discussion forums, the~~ ~~Wall Street Journal~~ ~~reported, "traders scrambled~~
~~to untangle the post's meaning and shared it as a meme." For instance, one Reddit user on r/WallStreet~~
~~Bets "guessed that Cohen had signaled he wanted shares to leap like a frog." Another Reddit user sug-~~
~~gested that Cohen "would fix GameStop just as McDonald's tried to fix its troubled ice cream machines."~~
~~Others predicted the ice cream itself hinted at a big announcement. "Ryan Cohen's tweet — Big news~~
~~coming this Sundae?" one Reddit user wrote." Though Cohen has never publicly revealed the meaning~~
~~behind the February 24 tweet, the~~ ~~Wall Street Journal~~ ~~wrote: "One thing was clear: A meme lord now oc-~~
~~cupied the boardroom."~~

---

~~[45] https://www.wsj.com/articles/the-meme-lords-who-are-taking-over-the-e-suite-11630056603~~



GME Share Price, February 22 to 26, 2021

In the months after joining GameStop's board, Cohen continued to post memes and unusual photos. In one post, he tweeted a photo of a tombstone bearing the words, "RYAN COHEN R.I.P DUMB ASS." In another, Cohen posted a picture of himself with chopsticks up his nose. As the *Wall Street Journal* reported, these posts "garnered thousands of likes and retweets and inspired discussions across the internet—and created ardent followings in real life." [16]

That interest only grew when, in April 2021, GameStop announced that Cohen would become its new chairman of the board. The announcement cemented Cohen's control over GameStop's future and his reputation as a champion for retail investors and as an activist shareholder focused on turning around companies that Wall Street firms had bet against.

Some of the retail investors who follow Cohen are so loyal to him that in June 2021, they traveled to Grapevine, Texas for GameStop's annual shareholders meeting to hear Cohen, who appeared virtually, speak. On June 9, 2021, Cohen was confirmed as Chairman of GameStop's Board of Directors and the Company announced that its CEO, CFO, and Chief Customer Officer were all stepping down from their positions. According to the *Wall Street Journal*, Cohen said in his remarks at GameStop's annual shareholder meeting that day that the company was fortunate to have such a special group of investors holding its shares. "You guys inspire us to think bigger, fight harder and work longer each day," Cohen said, adding that the investors have ushered in a new era at GameStop. On the r/Superstonk subreddit, one Reddit user posted a partial transcript of Cohen's remarks:

> We continue to be blown away by your passion and support. We're fortunate to have such a special group of investors holding the company's shares. You guys inspire us to think bigger, fight harder and work longer each day. You've ushered in a whole new era at GameStop. On a personal note, I want you to know I'm humbled to be elected to YOUR

---

[16] https://www.wsj.com/articles/the-meme-lords-who-are-taking-over-the-c-suite-11630056603

47

~~board to be YOUR chairman. We have a lot of work in front of us and it will take time.~~

~~We are trying to do something that nobody in the retail space has ever done, but we believe we are putting the right pieces in place and we have clear goals: delighting customers, and driving shareholder value for the long term. The management team and refreshed board will remain totally focused on these goals at all times.~~

~~We know some people want us to lay out a whole detailed plan today, but that's not gonna happen. You won't find us talking a big game, making a bunch of lofty promises, or tele-graphing our strategy to the competition; that's the philosophy we adopted at Chewy. Here are a few things we've done so far: refreshed the board, added technology and retail expe-rience to the leadership team, paid off all our long term debt and strengthened the balance sheet, and begun laying the foundation for long term growth.~~

~~Moving forward, we want you to judge GameStop based on our actions, not our words. Thank you everyone, and as my dad would say: buckle up.[17]~~

~~One follower, Justin Gnant, a 36-year old individual trader who holds roughly 1,100 GameStop shares, traveled from his home from the Dallas area. According to the *Wall Street Journal*, Gnant "started buying last fall, picking up more shares along the way, on a belief that Mr. Cohen can transform GameStop" and frequently follows what Cohen posts online.[18] "Every now and then, he makes me wonder if he posts a tweet that actually has no meaning," Mr. Gnant told the *Wall Street Journal*. "And then you just kind of comb through the Reddit conspiracies and tin-foil hat posts to see if any good ideas float up."~~

~~76.~~82.   ~~Cohen's acquisitions of GameStop did not end in 2021. On~~ March 22, 2022, Cohen

<u>purchased an additional</u>~~reported that he had bought~~ 100,000 <u>GameStop Shares, raising his</u>~~shares of GameStop, bringing his total number of shares owned to 9.1 million and enlarging his ownership~~

stake in <u>GameStop to 11.9%, according to an amended Schedule 13D that he filed the same day. On this news alone,</u>~~the company to 11.9%.~~ GameStop's share price shot up 30.7<u>%,</u>~~% on the news, closing at $30.79 per share and</u>~~ registering the highest one-day percentage gain for the company

since March 25<u>, 2021.</u>~~the previous year. That day,</u>~~ *Reuters*<u>,</u> reported that<u>,</u> apart from the news of

Cohen's purchase, "[t]here was no clear reason for the rally during normal trading hours, according

to analysts." <u> Reuters Staff, *Ryan Cohen picks up 100,000 GameStop shares, stock jumps*, REUTERS

(March 22, 2022, 5:55 PM), https://www.reuters.com/article/gamestop-cohen-idCNL3N2VP4F7.</u>~~Later that day, after the markets had closed, Cohen tweeted: "I put my money~~

---

[17] ~~https://www.reddit.com/r/Superstonk/comments/nvz5nu/transcript_of_ryan_cohens_re-marks_today_at/~~

[18] ~~https://www.wsj.com/articles/the-meme-lords-who-are-taking-over-the-e-suite-11630056603~~

where my mouth is."

83.     On March 22, 2022, after-market hours, Cohen sent out a tweet to his retail investor fan base about the purchase, which was met with a jubilant reaction:



84.     Over the next five trading days, GameStop's stock price surged from a closing price of $23.55 the day before Cohen's tweet and Schedule 13D filing to a high of $47.71 before closing on March 28, 2022, at $47.40, with an average trading volume of 62.73 million shares and a high of 98.40 million shares traded on March 23, 2022, compared to 15.81 million shares traded the day before Cohen's purchase and subsequent tweet.

85.     From Cohen's initial investment in GameStop in August 2020 through 2022, he was able to rally support among retail investors through his SEC filings and Twitter presence, which pushed GameStop's stock price to previously unseen levels, and his influence on the market eclipsed those of analysts, other investors, or market participants.  He would later abuse this power to manipulate the market for Bed Bath's securities.

## VI.     SUBSTANTIVE ALLEGATIONS

### A.     Bed Bath's Road to Bankruptcy

**1.      Background**

86.      In 1971, Bed Bath was founded in Springfield, New Jersey, and it went public in 1992.  The Company has a chain of big-box stores in the United States, Canada and Mexico that sell home goods such as bed linens, bath accessories, kitchen textiles, dinnerware and electric appliances used in the home. The Company quickly became known as a "category killer" because its large stores sold a wide variety of brands and products that drew more foot traffic than other departmental stores that limited themselves to specific categories or consumer demographics.  Between 1992 and 2006, the Company's revenues grew from $168 million to over $5 billion.  It acquired other retailers such as Christmas Tree Shops, Cost Plus World Market and buybuy BABY, a specialty retailer that sells items meant for infants and children such as strollers, car seats, clothing and furniture for nurseries.

87.      However, the Company's growth began to decline significantly between 2006 and 2012 because cross-category competitors like Walmart, Target and Amazon, with more sophisticated platforms for e-commerce and more efficient distribution networks, started to rapidly erode Bed Bath's market share in the home goods industry.  These companies not only sold a vast array of products, but they used other categories such as grocery to drive even more traffic to their stores.  Bed Bath did not have similar vehicles to increase its sales or retain market share.

88.      The Company's total annual revenue stagnated between 2012 and 2019.  This resulted in the ouster of then-CEO Steven Temares in May 2019, and the appointment of four new members to the Company's Board of Directors.  Activist investors pushing for his ouster blamed him for the Company's outdated e-commerce platforms and deficient distribution network.

89.      In November 2019, Mark Tritton ("Tritton") was appointed as the new CEO of Bed Bath.  Tritton had previously been the Chief Merchandising Officer of Target from June 2016 to

50

November 2019.  There, Tritton successfully rolled out Target's private-label brands.  Private-labeled products are sold under a company's own brand, but manufactured by a third party.  At Bed Bath, Tritton attempted to replicate that strategy by replacing national brands available at other retailers, including products developed by Cuisinart, Dyson and UGG, with private-label cookware, appliances and home goods.  Tritton told investors that a shift to private labels would boost margins and increase foot traffic to the Company's stores.

90.     The move backfired.  While the Company's competitors benefitted from the hot housing market and stimulus-induced consumer spending during the pandemic, Bed Bath could not capitalize on this boom because of weaknesses in the Company's supply chain and distribution network, inadequate investments in digital technology to adapt to the rise of online shopping, and a failure to implement curbside pickup that many retailers had already rolled out years earlier.  For example, while Bed Bath reported a decline in net sales for the second quarter of 2020 that ended on August 29, 2022, Target's sales of home goods increased by over 24%.

91.     By the third quarter of 2021, Bed Bath's financial situation worsened.  On January 6, 2022, the Company announced its financial results for the third quarter that ended on November 27, 2021.  Net sales declined by 28% year-over-year compared to the net sales of the third quarter that ended on November 28, 2020.  Net losses over the same year-over-year period increased from $75.4 million to $276.4 million.  A Loop Capital Markets ("Loop Capital") report from January 6, 2022, found the results "troubling given the extremely robust US housing market and strong F3Q 2021 showings by other home goods purveyors."  Anthony Chukumba, *Lowering Price Target As Things Go From Bad To Worse In F3Q 2021 "Miss And Lower,"* LOOP CAPITAL MARKETS, January 6, 2022, at p. 1.  Similarly, Guggenheim noted in an analyst report on January 7, 2022 that the Company "has meaningfully underperformed the industry throughout the COVID-impact

51

cycle."  Steven Forbes, John Heinbockel, Matt Norton, and Julio Marquez, *BBBY – Bridging the "Gap" to 2H 2022—Lowering Estimates on N-T Operating Challenges; NEUTRAL,* GUGGENHEIM, January 7, 2022, at p. 1.  Loop Capital attributed the decline in sales to a loss of market share and a failure to retain customers or increase foot traffic to stores.

### 2.    Cohen Exerts Influence While Liquidity and Credit Crises Loom at Bed Bath Between January 2022 and February 2022



~~4.   Cohen announces Bed Bath & Beyond as his next turnaround target~~

~~Throughout 2021, Bed Bath's stock would also experience period spikes that correlated with attention by Reddit users on the r/WallStreetBets subreddit and other social-media platforms.~~



BBBY Price vs. Mentions on WallStreetBets, 2021

Despite that periodic attention by retail investors, by November 2021, Bed Bath's stock was among the most heavily shorted stocks in the country, with 27% of its shares available for trading sold short, the third highest among the 1,500 largest U.S. stocks, according to FactSet.

On November 2, 2021, after the markets had closed for the day, Bed Bath announced in a press release that it would accelerate its $1 billion three-year share repurchase plan by the end of fiscal 2021, two years ahead of schedule. In the press release, Bed Bath disclosed that in the first six months of the 2021 fiscal year, the Company executed approximately $225 million in repurchases with $100 million remaining under its $325 million plan for fiscal 2021. With the acceleration, Bed Bath the total expected share repurchase amount for fiscal 2021 had increased to approximately $625 million, nearly doubling the initial share repurchase plan of $325 million for the fiscal year. The next day, Bed Bath's stock price climbed as much as 54% before closing at $19.30 per share, a 15% increase from the day before, with more than 104 million shares traded. That same day, the *Wall Street Journal* published an article entitled "Bed Bath & Beyond Stock Surge Recalls Meme Mania," reporting that retail investors' enthusiasm for Bed Bath's stock had increased as short interest in the Company had grown, with 28% of the retailer's free float sold short at the time, up from 21% at the start of September 2021.[19]

Two months later, in January 2022, Defendant Cohen celebrated the one-year anniversary since his January 2021 appointment to GameStop's board with a tweet that read "Happy Anniversary," accompanied by a "poo" emoji.[20] The tweet received more than 21 thousand likes and 2,600 retweets. On the subreddit r/Superstonk, user u/PermissionAware2410 posted the tweet, which received more than a thousand comments and more than 22 thousand upvotes.

[19] https://www.wsj.com/articles/bed-bath-beyond-stock-surge-recalls-meme-mania-11635954958
[20] https://twitter.com/ryancohen/status/1480918109510852610

53



~~Over the next two months,~~ Cohen, through his personal investment entity RC Ventures, bought ~~began to lay the groundwork for his next turnaround target: Bed Bath. From January to early March 2022, Cohen acquired~~ millions of shares of Bed Bath.  He owned~~Bath's stock in multiple transactions, acquiring~~ more than 5% of the Company's total outstanding shares by February 24, 2022.

~~82~~92.   On March 7, 2022, Cohen filed a Schedule 13D, stating that he purchased ~~that disclosed his total beneficial ownership, acquired through RC Ventures, of a total of~~ 9,450,100 shares of the Company for approximately $119.37 million, and now owned 9.8% of the Company's total outstanding shares.  This percentage was based on 96.3 million shares of the Company that remained outstanding as of November 27, 2021, pursuant to the amounts reported in Bed Bath's quarterly report for the third quarter of 2021 filed on January 6, 2022.  Cohen bought ~~Bed Bath's stock, including~~ 7,780,000 shares of common stock, and~~as~~ well as 1,670,100 shares of~~underlying~~ call options underlying the common stock as illustrated~~, with strike prices ranging from $60 to $80 and an expiration date of January 2023, as shown in the chart~~ below:

| Nature of the Transaction | Amount of Securities Purchased | Price per Share ($) | Date of the Purchase |
|---|---|---|---|
| Purchase of Common Stock | 1,000,000 | 14.7690 | 01/13/2022 |
| Purchase of Common Stock | 500,000 | 15.2860 | 01/14/2022 |
| Purchase of Common Stock | 300,717 | 14.3930 | 01/20/2022 |
| Purchase of Common Stock | 99,283 | 13.0760 | 01/21/2022 |
| Purchase of Common Stock | 50,000 | 14.9100 | 01/25/2022 |
| Purchase of Common Stock | 200,000 | 15.0480 | 01/26/2022 |
| Purchase of Common Stock | 251,336 | 13.8440 | 01/27/2022 |
| Purchase of Common Stock | 440,981 | 14.4890 | 01/28/2022 |
| Purchase of Common Stock | 44,333 | 16.5810 | 01/31/2022 |
| Purchase of Common Stock | 609,941 | 16.4710 | 01/31/2022 |
| Purchase of Common Stock | 187,962 | 16.9760 | 02/01/2022 |
| Purchase of Common Stock | 156,574 | 17.1020 | 02/02/2022 |
| Purchase of Common Stock | 75,000 | 16.0790 | 02/04/2022 |

Formatted: Body Text, Justified, Indent: Left:  0", First line:  0.5", Line spacing:  Double, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at:  0.58" + Indent at:  0.83"

Formatted: Body Text, Justified, Right:  0.08", Hyphenate

Formatted: Body Text, Right:  0.08", Hyphenate

Formatted Table

Formatted: Body Text, Right:  0.08", Hyphenate

Formatted: Body Text, Right:  0.08"

Formatted: Body Text, Centered, Right:  0.08"

Formatted: Body Text, Right:  0.08"

Formatted: Body Text, Right:  0.08"

Formatted: Body Text, Centered, Right:  0.08"

Formatted: Body Text, Right:  0.08"

Formatted: Body Text, Right:  0.08"

Formatted: Body Text, Centered, Right:  0.08"

Formatted: Body Text, Right:  0.08"

Formatted: Body Text, Centered, Right:  0.08"

Formatted: Body Text, Right:  0.08"

Formatted: Body Text, Centered, Right:  0.08"

Formatted: Body Text, Right:  0.08"

Formatted: Body Text, Centered, Right:  0.08"

Formatted: Body Text, Right:  0.08"

Formatted: Body Text, Centered, Right:  0.08"

Formatted: Body Text, Right:  0.08"

Formatted: Body Text, Centered, Right:  0.08"

Formatted: Body Text, Right:  0.08"

Formatted: Body Text, Centered, Right:  0.08"

Formatted: Body Text, Right:  0.08"

Formatted: Body Text, Centered, Right:  0.08"

| | | | |
|---|---|---|---|
| Purchase of Common Stock | 83,873 | 16.2780 | 02/07/2022 |
| Purchase of Common Stock | 70,000 | 15.8230 | 02/14/2022 |
| Purchase of Common Stock | 30,000 | 16.2280 | 02/16/2022 |
| Purchase of Common Stock | 75,000 | 14.0310 | 02/22/2022 |
| Purchase of Common Stock | 367,833 | 15.2060 | 02/24/2022 |
| Purchase of Common Stock | 500,000 | 13.6600 | 02/24/2022 |
| Purchase of Common Stock | 500,000 | 14.5770 | 02/24/2022 |
| Purchase of Common Stock | 300,000 | 13.4260 | 02/24/2022 |
| Purchase of Common Stock | 542,621 | 16.2230 | 02/25/2022 |
| Purchase of Common Stock | 115,000 | 16.1140 | 02/25/2022 |
| Purchase of Common Stock | 500,000 | 16.6010 | 02/28/2022 |
| January 2023 Call Option ($60 Exercise Price) | 4,757 | 0.9324 | 02/28/2022 |
| January 2023 Call Option ($75 Exercise Price) | 243 | 0.7603 | 02/28/2022 |
| January 2023 Call Option ($60 Exercise Price) | 5,000 | 1.4693 | 03/01/2022 |
| January 2023 Call Option ($60 Exercise Price) | 1,500 | 1.4115 | 03/01/2022 |
| January 2023 Call Option ($75 Exercise Price) | 201 | 1.0803 | 03/01/2022 |
| January 2023 Call Option ($80 Exercise Price) | 5,000 | 0.7103 | 03/01/2022 |
| Purchase of Common Stock | 307,341 | 16.9429 | 03/01/2022 |
| Purchase of Common Stock | 311,660 | 16.7564 | 03/01/2022 |
| Purchase of Common Stock | 70,545 | 16.6800 | 03/01/2022 |
| Purchase of Common Stock | 69,516 | 17.2540 | 03/02/2022 |
| Purchase of Common Stock | 20,484 | 16.8090 | 03/03/2022 |

93.     Cohen bought the call options at strike prices that ranged between $60 and $80 or, at least, 370% of the closing price of Bed Bath's common stock on the previous closing day.

In the March 7, 2022 Schedule 13D, Cohen's reported transactions show that he paid approximately $119.39 million between mid-January and March 3 to acquire the shares and call options, including $119.37 million for the common stock and $17,852.57 for the call options. As a result of the acquisition, Cohen reported that he beneficially owned 9.8% of the total outstanding shares of Bed Bath's stock, which the Schedule 13D stated was based on the Company's 96.3 million shares outstanding as of November 27, 2021, as reported in Bed Bath's most recent Form 10-Q filed on January 6, 2022. Like his initial acquisition of GameStop shares, Cohen's disclosed 9.8% stake in Bed Bath kept his ownership just short of 10%, which would otherwise trigger the requirements under Section 16 of the Exchange Act. To expire in the money, Cohen's call options, with strike prices ranging from $60 to $80, would require a five-fold increase in Bed Bath's current stock price, which had closed at $16.18 per share on March 4, signaling extraordinary confidence in a potentially astonishing turnaround for Bed Bath's stock. Bed Bath's stock price had not closed above $60 since November 2015 and had not closed above $80 since January 2014.

55

~~Under Item 4 of the Schedule 13D, the section dedicated to the "Purpose of Transaction,"~~ Cohen stated that Bed Bath's shares ~~explained that he "purchased the Shares based on the [his] belief that the Shares, when purchased,~~ were "undervalued," ~~and~~ attached, as~~represented~~ an exhibit,~~attractive investment opportunity," and that he had engaged in communications with Bed Bath's board of directors, stating:~~

~~Item 4. Purpose of Transaction.~~

~~The Reporting Persons purchased the Shares based on the Reporting Persons' belief that the Shares, when purchased, were undervalued and represented an attractive investment opportunity. Depending upon overall market conditions, other investment opportunities available to the Reporting Persons, and the availability of Shares at prices that would make the purchase or sale of Shares desirable, the Reporting Persons may endeavor to increase or decrease their position in the Issuer through, among other things, the purchase or sale of Shares on the open market or in private transactions including through a trading plan created under Rule 10b5-1(c) or otherwise, on such terms and at such times as the Reporting Persons may deem advisable.~~

~~The Reporting Persons intend to engage in communications with the Issuer's Board of Directors (the "Board") and management team regarding opportunities to enhance shareholder value and improve corporate governance.~~

~~On March 6, 2022, the Reporting Persons delivered~~ a letter that he ~~to the Board (the "Letter") encouraging the Board to adjust the Issuer's strategy and explore alternative paths to value creation. Specifically, the Reporting Persons expressed their belief that the Issuer should narrow its focus to fortify operations and maintain the right inventory mix to meet demand, while simultaneously exploring strategic alternatives that include separating buybuy Baby, Inc. and a full sale of the Issuer. The full text of the Letter is attached hereto as Exhibit 99.1 and is incorporated herein by reference.~~

~~No Reporting Person has any present plan or proposal which would relate to or result in any of the matters set forth in subparagraphs (a) - (j) of Item 4 of Schedule 13D except as set forth herein or such as would occur upon or in connection with completion of, or following, any of the actions discussed herein. The Reporting Persons intend to review their investment in the Issuer on a continuing basis and to communicate with the Issuer's management, Board and other interested parties about a broad range of operational and strategic matters, and may discuss a potential sale of the Issuer or certain of its businesses or assets, in which the Reporting Persons may participate, as a means of enhancing shareholder value. Depending on various factors including, without limitation, the Issuer's financial position and investment strategy, the price levels of the Shares, conditions in the securities markets and general economic and industry conditions, the Reporting Persons may in the future take such actions with respect to their investment in the Issuer as they deem appropriate including, without limitation, engaging in additional communications with management and the Board of the Issuer, engaging in discussions with shareholders of the Issuer or third parties, including potential acquirers, service providers and financing sources, about the Issuer and the Reporting Persons' investment, making proposals to the Issuer concerning changes to the capital allocation strategy, capitalization, ownership structure, including a sale of the Issuer as a whole or in parts, Board structure (including Board composition) or operations of the Issuer, purchasing additional Shares, selling some or all of their Shares, engaging in short selling of or any hedging or similar transaction with respect to the Shares, or changing their intention with respect to any and all matters referred to in Item 4.~~

56

~~Mirroring his approach with GameStop, Cohen accompanied his Schedule 13D with a copy of the letter he~~ had sent to the Company's Board of Directors on the previous day. ~~Bed Bath's board.~~ In the letter, ~~which was dated March 6, 2022,~~ Cohen ~~claimed~~dassailed the Bed Bath's executive compensation "~~relative to performance" and its "strategy for reigniting meaningful growth:~~

> ~~We have carefully assessed Bed Bath's assets, balance sheet, corporate governance, executive compensation, existing strategy and potential alternatives. While we like Bed Bath's brand and capital allocation policy, we have concerns about leadership's compensation relative to performance and its strategy for reigniting meaningful growth. Approximately 18 months after releasing a 170-page cover-the-waterfront plan, the Company is struggling to reverse sustained market share losses, stem years-long share price declines and navigate supply chain volatility. Meanwhile, the Company's named executive officers were collectively awarded nearly $36 million in compensation last fiscal year—a seemingly outsized sum for a retailer with a nearly $1.6 billion market capitalization.~~

~~Cohen "stressed"~~ that he ~~was~~ does "not place significant emphasis on any one quarter or any one year when evaluating a business" and that he is "maniacally focused on the long-term," and implored the Board to evaluate a sale or spinoff of buybuy BABY or a full sale of the Company to a private equity firm.  The letter also criticized the compensation packages of the Company's "named executive officers" as well as the Company's "." But Cohen added that "the issue at Bed Bath is that its highly publicized and scattershot strategy" of attempting to "~~is not ending the tailspin that has persisted before, during and after the pandemic's nadir and the appointment of Chief Executive Officer Mark Tritton," writing as follows:~~

> ~~It is important to stress that we do not place significant emphasis on any one quarter or any one year when evaluating a business. We also do not criticize a board of directors and management team when they are quietly laying a foundation for future growth and value creation. To the contrary, we are maniacally focused on the long term. But the issue at Bed Bath is that its highly-publicized and scattershot strategy is not ending the tailspin that has persisted before, during and after the pandemic's nadir and the appointment of Chief Executive Officer Mark Tritton.~~

~~Citing BBBY's "disappointing shareholder returns and perpetual underperformance across every relevant time horizon," Cohen lambasted Tritton's leadership and the viability of Company's "extremely ambitious and widely-touted strategy, urging Tritton and the Board to be "open to adjusting Bed Bath's strategy and exploring alternative paths to value creation," writing as follows:~~

> ~~Almost two-and-a-half years into Mr. Tritton's tenure, Bed Bath has underperformed the S&P Retail Select Industry Index by more than 58% on an absolute basis and is looking at an approximately 29% decline in full-year sales from pre-pandemic levels. In the most recent quarter, core sales dropped by 14% year-over-year and same-store sales dropped by 7% year-over-year. These results cannot be solely blamed on the pandemic when other retailers are nearing or exceeding 2019 sales levels. That is why we feel compelled to scrutinize the viability of the Company's extremely ambitious and widely-touted strategy.~~

> ~~In light of these circumstances, we hope you are open to adjusting Bed Bath's strategy and exploring alternative paths to value creation. We cannot imagine Bed Bath's Board of Directors (the "Board") is wedded to its current strategy when the independent members have made very few open market purchases and appear to hold less than 0.5% of the Company's shares in the aggregate (most of which has been granted at shareholders' expense). Similarly, we do not see how Mr. Tritton is in a position to dismiss our input when shareholders have compensated him to the tune of approximately $27 million over the past two fiscal years—a number that exceeds what was paid to the chief executives of much larger retailers such as Advanced Auto Parts (~$13 billion market capitalization), Dollar Tree (~$33~~

57

~~billion market capitalization), Kohl's (~$8 billion market capitalization) and Macy's (~$7.5 billion market capitalization). Though we understand the pandemic was a major challenge, Mr. Tritton should recognize that chief executives who are awarded outsized compensation and seek frequent publicity also invite much higher expectations when it comes to growth and shareholder value creation.~~

~~Cohen asserted that "cracks have emerged in Bed Bath's overly ambitious strategy" and that "[l]eadership should assess whether a shrinking small-cap retailer with a modest cash position and nearly $1.2 billion in debt can afford to roll the dice," writing as follows:~~

~~At bottom, cracks have emerged in Bed Bath's overly ambitious strategy. Leadership should assess whether a shrinking small-cap retailer with a modest cash position and nearly $1.2 billion in debt can afford to roll the dice.~~ **~~We believe Bed Bath needs to narrow its focus to fortify operations and maintain the right inventory mix to meet demand, while simultaneously exploring strategic alternatives that include separating buybuy Baby, Inc. ("BABY") and a full sale of the Company.~~**

~~Cohen and RC Ventures proposed four suggestions. First, Cohen proposed that the Company needed to bring "greater focus to the Company's cumbersome strategy," writing as follows:~~

**~~Bring Greater Focus to the Company's Cumbersome Strategy~~** ~~– From our vantage point, Bed Bath's strategy looks far better in a PowerPoint deck than it does in practice. It is full of "~~*~~principles~~*~~" and "~~*~~pillars~~*~~" that high priced management consultants probably thought would placate information-hungry analysts and satisfy shareholders. However, we – and apparently a large portion of the market based on Bed Bath's short interest – doubt the Company can simultaneously buy back shares, cut expenses, invest in its infrastructure and growth, launch new offerings and meet customer demand for core goods. This plan, at least in its present form, does not seem viable.~~

~~94.~~ ~~Our own experience taking Chewy from a start-up to the ultimate destination for pets leads us to believe that focusing on a core set of objectives drives superior outcomes. In the case of Bed Bath, it appears that trying to~~ execute on dozens of initiatives at once~~" that led "~~~~is leading~~ to dozens of mediocre outcomes.~~". We believe the Company would have been better served by front-loading the modernization of its supply chain and technology stack before engaging in more fanciful pursuits. Similarly, we feel managing the core product catalog and sustaining the right inventory mix for customers amidst the supply-constrained environment should have been fully prioritized over meeting management's October 2020 pledge to launch various private label brands in 18 months. We suspect Bed Bath will benefit more at this stage by bringing simplicity to its plan: finish fortifying the infrastructure, make remaining store fleet improvements, and prioritize core assortment and inventory fixes to meet near-term demand.* * *~~

**Formatted:** Body Text, Justified, Indent: Left: 0", First line: 0.5", Line spacing: Double, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.58" + Indent at: 0.83"

**Formatted:** No underline

**Formatted:** No underline

Cohen's letter stated In light of our long-term focus, we are not an investor that buybuy BABY's historical performance, includingdemands guidance. In fact, we appreciate that Apple, one of our long-term holdings, suspended guidance amidst pandemic-related uncertainty and has never given away a detailed strategy for all of its competitors to see. We dislike when a management team spends time accommodating Wall Street, engaging with television pundits and telegraphing forecasts to the competition. We believe management's time is best spent focusing on execution that drives a better customer experience and tangible value creation.

Second, Cohen proposed that the Company could "streamline Bed Bath's strategy and unlock value trapped within the Company's underperforming shares is a sale or spin-off of the BABY banner," writing as follows:

Seek to Monetize the Ultimate Destination for Babies —Another path that can streamline Bed Bath's strategy and unlock value trapped within the Company's underperforming shares is a sale or spin-off of the BABY banner. Given that BABY is estimated to reach $1.5 billion in sales in Fiscal Year 2023 with a double-digit growth in revenues and profile and at least 50% digital penetration, we believe it is likely much more valuable than the Company's entire market capitalization today." Assuming continued growth and low double-digit margins, justified "we estimate that BABY could be valued at a double-digit earnings multiple on a standalone basis. We believe under the right circumstances, BABY could be valued on a revenue multiple, like other ecommerce-focused retailers, and justify a valuation of several billion dollars" for that subsidiary alone. Cohen asserted further that a sale or spinoff of buybuy BABY could ease the Company's burden of debt and increase its cash flow. As for .

Third, Cohen urged the Company to consider "is a full sale of the Company to aBed Bath, in its current form, to one of the many well-capitalized financial sponsors with track records in the retail and consumer sectors and the ability to pay a meaningful premium," writing was follows:

**Formatted:** Font color: Auto

95.    **Evaluate a Full Sale to a Well-Capitalized Acquirer** —The final path we want to raise for consideration is a full sale of Bed Bath, in its current form, to one of the many well-capitalized financial sponsors with track records in the retail and consumer sectors and the ability to pay a meaningful premium. The past 10 years have shown that Bed Bath faces a difficult existence in the public market. The market is not giving the Company nearly enough credit for BABY's value. A sale that can lock in a substantial premium for shareholders and provide Bed Bath the flexibility of the private equity investor, Cohen claimed that such an investor could "market could be an ideal outcome for customers, employees and investors.

**Formatted:** Body Text, Justified, Indent: Left: 0", First line: 0.5", Line spacing: Double, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.58" + Indent at: 0.83"

We believe Bed Bath presently satisfies financial sponsors' interest in specialty retailers with recognizable brands, niche assets and sub-banners, and margin expansion opportunities. A private

59

market participant with a long term vision could unlock meaningful value by running the core business for cash and initiating a public offering for BABY at the optimal time. After stripping out the sizeablesizable costs of being a public company and setting a more focused strategy, we suspect Bed Bath's core business——excluding BABY——could generate attractive earnings."

Retail investors Finally, Cohen contended that there needed "to be improvements to the Company's executive compensation structure and a stronger ownership mentality in the boardroom," writing as follows:

**Strengthen Leadership's Alignment with Shareholders** – We are supportive of corporate leaders receiving significant compensation when they produce superior shareholder returns. But when it comes to Bed Bath, we contend there need to be improvements to the Company's executive compensation structure and a stronger ownership mentality in the boardroom. We believe these improvements should be made regardless of the Company's strategic direction.

Cohen closed his letter by hoping that "leadership acts with urgency to implement the aforementioned suggestions," adding that "[g]iven that I am the Chairman of GameStop and overseeing a systematic transformation, I am not in a position to join Bed Bath's Board and personally drive the initiatives outlined in this letter," but that "[t]his does not mean, however, that RC Ventures will not seek to hold the Board and management accountable if necessary."

On March 7, before the markets had opened, Bed Bath released a press release entitled, "Bed Bath & Beyond Inc. Comments on Letter from RC Ventures," which acknowledged that the Company had received the letter from Cohen the previous evening, adding the following statement:

Bed Bath & Beyond's Board and management team maintain a consistent dialogue with our shareholders and, while we have had no prior contact with RC Ventures, we will carefully review their letter and hope to engage constructively around the ideas they have put forth.

Our Board is committed to acting in the best interests of our shareholders and regularly reviews all paths to create shareholder value. 2021 marked the first year of execution of our bold, multi-year transformation plan, which we believe will create significant long-term shareholder value.

95.96.  Reddit users on r/WallStreetBets reacted immediately reacted with enthusiasm. On the same, viewing Cohen's acquisition of Bed Bath securities as a clear signal that the Company's was Cohen's next GameStop. That day that he filed his Schedule 13D, Bed BathBed Bath's stock became the second most mentioned stock on the r/WallStreetBets subreddit. In On the r/Superstonk subreddit, user u/Routine_Huckleberry5 posted Cohen's letter in a thread entitled, "Ryan Cohen's actual letter to BBBY board for all who were asking in related posts...," which received

60

~~thousands of upvotes.[21] User u/Particular_Job-3174 posted Bed Bath's~~ response to <u>a thread about how Cohen had taken a large stake in the Company and was pushing for changes</u>~~Cohen's letter~~, which received more than <u>10</u>~~9~~,000 upvotes and <u>over 1,000 responses, a user known as u/Rudyy1985 stated that "I suddenly Love Bed bath & beyond." Similarly, user u/Haans wrote that he or she was "ALL IN on BBBY."</u> ~~hundreds of comments.[22] After Cohen's early morning filing on March 7, Bed Bath's stock price opened at $30 per share, nearly twice the $16.18 closing price on the previous trading day, before closing with a trading volume of more than 105.6 million shares, compared to 2.79 million shares traded the previous day.~~

<u>97.    As a direct result of Cohen's Schedule 13D filing, Bed Bath's stock price experienced the largest intraday percentage increase since its IPO in June 1992.  It opened at $30 on March 7, 2022, after closing at $16.18 on the previous trading day.  Trading volume exceeded 105 million shares compared to 2.8 million shares on the previous trading day.  This was the seventh time that Cohen received a strong price and volume rise following the filing of his Schedule 13D forms, a cause-and-effect he admitted understanding.</u>

<u>98.    On March 10, 2022, Reuters reported that Cohen had retained Harkins Kovler Leventhal & Co., LLC, a proxy solicitation firm.  The Reuters article noted that the "hiring … signals that Cohen is taking the next steps to prepare for a potential fight with" Bed Bath.  Svea Herbst-Bayliss, *Ryan Cohen hires Icahn proxy solicitor Harkins Kovler for possible Bed Bath fight*, REUTERS (March 10, 2022, 5:55 PM), https://www.reuters.com/business/retail-consumer/ryan-cohen-hires-icahn-proxy-solicitor-harkins-kovler-possible-bed-bath-fight-2022-03-10/.  "A source familiar with Cohen's thinking" also informed reporters at Reuters that Cohen was open to a</u>

---

[21] ~~https://www.reddit.com/r/Superstonk/comments/t8d4xx/ryan_cohens_actual_letter_to_bbby_board_for_all/~~
[22] ~~https://www.reddit.com/r/Superstonk/comments/t8myyk/official_bed_bath_beyond_inc_comments_on_letter/~~

settlement with the Company if changes were made to the Board, including the formation of a committee led by independent directors that considered "strategic alternatives." *Id*.

99.    Two weeks later, on March 25, 2022, Cohen filed an amended Schedule 13D and the Company filed a Current Report on Form 8-K, both announcing that a Cooperation Agreement had been reached between the parties.  Pursuant to the Cooperation Agreement, Cohen agreed that he would limit his ownership to less than 20% of Bed Bath's outstanding shares, and also agreed to generally vote in favor of all directors nominated by the Board for election subject to certain conditions.  In exchange, Bed Bath agreed to expand the Board's size from 11 to 14 members for a period of time, to accommodate three new directors nominated by Cohen.  Marjorie L. Bowen ("Bowen"), Shelly C. Lombard ("Lombard") and Benjamin Rosenzweig ("Rosenzweig") were the three new directors appointed to the Board at Cohen's behest.  Pursuant to the Cooperation Agreement, Bed Bath further agreed to create a four-member Strategy Committee of the Board that would oversee and review a strategic analysis of the buybuy BABY business.  Bowen and Rosenzweig were appointed to serve on the Strategy Committee, and Gove became its chairperson.

100.    The Cooperation Agreement also acknowledged that Cohen would receive material, nonpublic information as part of his activities with Bed Bath.  In Section 1(f) of the Cooperation Agreement, Cohen and RC Ventures acknowledged that the federal securities laws prohibited them from using material, nonpublic information to purchase or sell Bed Bath's shares.

Notably, the Cooperation Agreement did not address any of the other issues that Cohen had identified in his initial proposal to the Board of Directors.  This demonstrates that Cohen was principally fixated on a sale or spinoff of buybuy BABY.  Cohen confirmed this in a March 25, 2022 press release about the Cooperation Agreement, in which he stated that Bed Bath was now well-positioned to evaluate alternatives~~The next day, on March 8, 2022, shortly after the markets had closed, Cohen tweeted about his letter to Bed Bath's board, stating that he had received "no response" to his letter. Cohen also noted that he had also sent an email to Bed Bath's CEO "asking for a discussion," but had not received a "prompt response," posing a rhetorical question that Bed Bath's leadership was "[t]oo busy talking to expensive consultants." The tweet, shown below, received more than 21,400 likes and 2,200 retweets.~~

62



~~Three hours later, Cohen tweeted that he "finally got a response" from Bed Bath, as shown below, which~~

~~received more than 14,600 likes.~~



~~Reddit user u/PermissionAware2410 posted both of Cohen's tweets on the subreddit r/Superstonk, which~~

~~received more than two thousand comments and tens of thousands of upvotes combined.~~

~~One week later, Cohen tweeted several statements attacking "hedge fund short sellers," calling them in a~~
~~March 14 tweet "the dumb stormtroopers of the investing galaxy."²³ The next day, on March 15, Cohen~~
~~tweeted that "[g]ood use of taxpayer $ is the government cracking down on hedge fund short sellers."²⁴~~
~~Both tweets, shown below, received more than 37 thousand likes and were each retweeted more than~~
~~7,000 times by other users, and were also reshared multiple times by Reddit users on the r/WallStreetBets~~
~~and r/Superstonk subreddits.~~



²³ ~~https://twitter.com/ryancohen/status/1503565469068009473~~
²⁴ ~~https://twitter.com/GMEshortsqueeze/status/1503927905918894087~~

63



**Ryan Cohen** ✔
@ryancohen

Good use of taxpayer $ is the government cracking down on hedge fund short sellers

10:40 PM · Mar 15, 2022 · Twitter for iPhone

~~Three days later, on March 25, 2022, Bed Bath and Cohen both filed public reports with the SEC that announced that they had reached a "Cooperation Agreement." Like the agreement Cohen had reached with GameStop, Cohen's agreement with Bed Bath permitted him to appoint three members to Bed Bath's board and required the creation of a four-member "Strategy Committee" to oversee and review a strategic analysis of the Company's Buy Buy Baby banner, which Cohen had urged Bed Bath in his March 6 letter to sell or spin off as the centerpiece of his proposed turnaround strategy.~~

~~In a press release that Bed Bath issued that day, Harriet Edelman, the independent chair of Bed Bath's board, stated: "We are pleased to have reached this constructive agreement with RC Ventures, which we believe to be in the best interest of all our shareholders." CEO Mark Tritton was quoted as stating the following:~~

~~Our Company and Board have always been committed to evaluating all options to maximize long-term shareholder value, and we look forward to integrating our new directors' ideas to drive our continued transformation. Our buybuy BABY business is a tremendous asset, and we are committed to unlocking its full value. As we move forward, our goals will continue to focus on delivering value for our shareholders, enhancing experiences for our customers, executing on the transformation throughout our business, and creating new and exciting opportunities for our dedicated employees across all our banners.~~

~~In the same press release, Cohen was quoted as stating the following:~~

101.     ~~The resolution announced today represents a positive outcome~~ for buybuy BABY because the all of Bed Bath's shareholders. By refreshing the Board had been "refresh[ed]" with "shareholder-designated individuals." In the press release, Cohen added that "~~who possess capital markets acumen and transaction experience, the Company is well-positioned to review alternatives for buybuy BABY.~~ I appreciate that management and the Board arewere willing to promptly embrace our ideas and look forward to supporting them in the year ahead." .

102.     When Cohen suggested that a sale or spinoff of buybuy BABY could pay the Company's debt and increase its cash position, Bed Bath's market cap was $1.6 billion, and its total liabilities approached $5 billion.  Cohen claimed that buybuy BABY was worth "several billion dollars."  Analysts did not generally accept this assessment, asserting instead that buybuy BABY

**Formatted:** Body Text, Justified, Indent: Left: 0", First line: 0.5", Line spacing: Double, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.58" + Indent at: 0.83"

was worth significantly less.

~~Over the next three trading days, the stock price rose by 23.21% on the news, rising from $22.10 to $27.23 per share from March 24 to March 29, with an average daily trading volume of about 12.39 million shares compared to a daily average of 4.6 million shares traded over the previous two weeks.~~

~~5.   After Cohen's acquisition, Bed Bath's stock prices steadily declines as the company faces a stream of unfavorable news~~

~~Over the next four months, however, Bed Bath's stock price steadily declined as the Company faced a steady stream of unfavorable news.~~

On April 13, 2022, Bed Bath announced its financial results for the fourth quarter of 2021 which ended on February 26, 2022.  Net sales declined by double digits with a year-over-year decline of 22%.  Net losses over the same year-over-year period increased from $9 million to $159 million.  The Company also disclosed that its ~~, disclosing that the Company continued to struggle to overcome supply chain issues and announcing a loss of $159 million or $1.79 per share. Bed Bath reported that sales had fallen 22% to $2.05 billion even while other retailers booked surging profits.~~

~~One week later, on April 21, 2022, Bed Bath filed its annual report on Form 10-K for the fiscal year ended February 26, 2022 ("2021 10-K"), disclosing that the number of shares outstanding for Bed Bath's common stock was about 79.8 million as of March 26, 2022, a decrease of more than 17 million shares from amount disclosed in Bed Bath's previous quarterly report. The decrease in Bed Bath's outstanding shares had resulted from, in part, the completion of Bed Bath's $1 billion share repurchase program, with the Company reporting that it had completed share repurchases of $950 million by February 26, 2022, and repurchasing approximately $40 million in March 2022. Because of these repurchases, the Company's total outstanding shares decreased to approximately 81.98 million shares by February 26 and approximately slightly less than 80 million shares by March 26.~~

~~105.103.   Because of Bed Bath's repurchases, Cohen disclosed beneficial owner-~~

~~ship of the Company exceeded 10% of Bed Bath's total number of outstanding shares by March~~

~~1, when Cohen's purchases brought his total number of beneficially owned shares to approxi-~~

~~mately 9.36 million, amounting to 11.4% of the 81.98 million shares outstanding as of February~~

~~26. By March 3, Cohen's total beneficial ownership stake had increased to 11.5%. When the Com-~~

~~pany completed the rest of its repurchases by March 26, Cohen's ownership stake then increased~~

~~to approximately 11.8%. As Cohen's ownership stake exceeded 10%, he was required under Sec-~~

~~tion 16(a) of the Exchange Act to file an Initial Statement of Beneficial Ownership of Securities~~

~~on Form 3 disclosing his status as a 10% stockholder within 10 days after the buy-back unless he~~

~~was unaware that the buy-backs would occur and that they would have such a result on his holdings.~~

~~Cohen was aware of Bed Bath's~~ $1 billion share repurchase program ~~, which he mentioned in his~~

~~March 6 letter to the Company's board, and which had been covered widely in the financial press~~

> **Formatted:** Body Text, Justified, Indent: Left:  0", First line:  0.5", Line spacing:  Double, Numbered + Level: 1 + Numbering Style: 1, 2, 3, ... + Start at: 1 + Alignment: Left + Aligned at:  0.58" + Indent at:  0.83"

for months. Thus, Cohen was required to file a Form 3 by March 11. If Cohen had been completed. While the Company blamed a lack of inventory, global supply chain issues and other macroeconomic factors for the poor financial results, analysts attributed the cause to the Company's antiquated supply and distribution networks, weak e-commerce platforms and a failure to resonate with younger customers who drive store traffic. unaware of the buy-back, he would have been required to file a Form 3 no later than May 2, 2022, ten days after April 21, the date Bed Bath filed its annual report that disclosed the decreased number of outstanding shares as of March 26. But Cohen would not file a Form 3 disclosing his status as a 10% stockholder until August 15, 2022, more than three months later in violation of the disclosure requirements.

104.   Moreover, several analysts were now increasingly alarmed by the Company's dwindling cash balance.  A Wells Fargo analyst report from April 13, 2022 stated that the Company's "waning cash balance" "appears increasingly troubling," because "assuming FY22 [Free Cash Flow] does not improve (vs. FY21), we anticipate BBBY's $450M cash balance to run dry (via flat operating cash and $400M in capex).  All in we see few silver linings and don't subscribe to the buybuy BABY monetization hype."  Zachary Fadem and David Lantz, *BBBY: As Trends Deteriorate, Fair To Assume $1B in FY23 EBITDA Is Off the Table*, WELLS FARGO, April 13, 2022, at p. 1.

105.   On April 20, 2022, Loop Capital released another report acknowledging Cohen's meme stock influence, entitled "Reiterate Sell Rating On buybuy BABY Spin-Off Credit Analysis As 'You Can't Meme Away Debt.'"  The report concluded that Bed Bath's Board was "highly unlikely" to sell or spin off buybuy BABY.  Anthony Chukumba, *Reiterate Sell Rating On buybuy BABY Spin-Off Credit Analysis As "You Can't Meme Away Debt,"* LOOP CAPITAL MARKETS, April 20, 2022, at p. 1.

106.    On April 21, 2022, Bed Bath filed its Annual Report on Form 10-K for FY 2021, which ended on February 26, 2022 (hereafter the "2021 10-K").  On the second page of the 2021 10-K, before the table of contents, the Company disclosed that there were 79,845,789 outstanding shares of common stock as of March 26, 2022.  The total decreased because the Company had completed its share repurchase program.  This was no surprise to shareholders, because the Company had repeatedly disclosed that the program would be complete in the middle of 2022.

107.    Since Cohen owned over 9.45 million shares, his beneficial ownership now exceeded 11.8%, and he was required to disclose that he owned more than 10% of the Company's outstanding shares under the Exchange Act within ten days of April 21, 2022.  Cohen failed to do so even though he knew about the share repurchase program and acknowledged his awareness publicly in his March 2022 letter to the Board of Directors.

108.    On May 12, 2022, Loop Capital published an analyst report entitled "Reiterate Sell Rating As It's Time To Start Seriously Thinking About the Endgame."  In it, Loop Capital concluded that Cohen's investment thesis concerning buybuy BABY was not "even remotely plausible" given the damaging effect a sale would have on Bed Bath as a standalone company.  Anthony Chukumba, *Reiterate Sell Rating As It's time To Start Seriously Thinking About The Endgame*, LOOP CAPITAL MARKETS, May 12, 2022, at p. 1.

109.    On June 1, 2022, the Company filed a Proxy Statement with the SEC that concerned solicitation by the Board of Directors of proxies to be voted at an Annual Meeting of shareholders to be held in July 2022.  In a section of the Proxy Statement entitled "our shareholders," RC Ventures was identified as the Company's fourth-largest shareholder with an ownership interest in 11.8% of the Company's outstanding shares.  The first proposal in the Proxy Statement concerned the election of 11 directors consistent with the Company's Cooperation Agreement with Cohen

67

that contemplated reducing the size of the Board from 14 to 11 at the next Annual Meeting of shareholders, but again appointing Bowen, Lombard and Rosenzweig, Cohen's chosen nominees, to permanent terms at the shareholders' Annual Meeting in the summer of 2022.

110.    Despite the fact that the Proxy Statement specifically identified Cohen as the ben-eficial owner of over 10% of the Company's outstanding shares, after even doing basic arithmetic to put him on notice of the size of his ownership interest, Cohen again failed to disclose that he owned more than 10% of the Company's outstanding shares under the Exchange Act.

**3.      Cohen Pushes out CEO Tritton as Liquidity and Credit Worsen**

111.    On June 21, 2022, Cohen posted the following critical tweet about the nature of executive compensation "for the Corporate Power Brokers":



Ryan Cohen ✔
@ryancohen

Nobody sane can defend today's compensation for the Corporate Power Brokers (most of which is risk free)

How did we get here?

3:28 AM · Jun 21, 2022

**2,066** Retweets     **55** Quote Tweets     **16K** Likes

112.    Although the tweet did not reference Bed Bath or its CEO Tritton, the message was loud and clear.  On June 29, 2022, the Company filed a Current Report on Form 8-K with the SEC to announce that Tritton had ceased serving as President and CEO of Bed Bath and as a member of the Company's Board of Directors on June 23, 2022, and Gove had been appointed as the

Interim CEO on the same date as Tritton's replacement.  Gove also stepped down as Chair of the Strategy Committee.  Later that morning, at 10:56 AM, Cohen celebrated Tritton's departure with the following tweet:



113.    On the same day, Bloomberg reported that Cohen continued to believe that buybuy BABY was a "great asset," and that Cohen "had grown fed up with Tritton's performance and pushed the Board to fire him[.]"  Allison Nicole Smith and Olga Kharif, *'Stick a Fork in Them': Bed Bath & Beyond's Recovery Hopes Fade,* (June 29, 2022, 5:48 PM), https://www.bloomberg.com/news/articles/2022-06-29/bed-bath-beyond-recovery-prospects-look-bleak-as-ryan-cohen-hangs-in#xj4y7vzkg.  This illustrates that Cohen was not a passive investor who sat on the

sidelines but was an active participant closely involved with the management of the Company and its strategic direction. It also demonstrates that he regularly communicated with the Board of Directors about the Company's business and was privy to inside information that was not available to other investors.

114. Also on June 29, 2022, Bed Bath announced its financial results for the first quarter of 2022 which ended on May 28, 2022. Net sales again declined by double digits with a year-over-year decline of 25%. buybuy BABY's year-over-year sales were also down in the mid-single digits. Inventory for failed private-label brands was marked down by over $90 million. On June 30, 2022, analysts from Morgan Stanley estimated that buybuy BABY was now worth between $500 million to $600 million after tax. *See* Simeon Gutman, Michael Kessler, Hannah Pittock, and Jacquelyn Sussman, *Tough Times Ahead; Stay UW Lower PT to $2*, MORGAN STANLEY, June 30, 2022, at p. 1. Net losses over the same year-over-year period ballooned from $50.9 million to $357.7 million.

115. The Company burnt through over $330 million in cash in a single quarter, leaving $138.9 million in cash after a $200 million draw on its asset-based revolving credit facility (the "ABL Facility"). Its need for cash would only increase given the seasonality of the business in the second half of the year because of the holidays. Analysts modeled total free cash flow for FY 2022 within the range of negative $400 million to negative $800 million. Bonds issued by the Company with a $300 million aggregate principal amount were due in 2024.

116. Businesses unable to obtain financing on the strength of their operating cashflow often do so through asset-based credit lines that collateralize a company's assets to secure loans. Retailers with inventory and volatile earnings can use asset-based credit lines to fund operations and access liquidity. Accounts receivable, inventory, equipment and real estate usually serve as

70

collateral for asset-based credit lines.  In August 2021, Bed Bath entered into an amended credit agreement (hereafter the "2021 Credit Agreement") for its ABL Facility with aggregate revolving commitments of $1 billion.  The 2021 Credit Agreement was expected to mature in August 2026.

117.    The 2021 Credit Agreement had an expansion feature that allowed Bed Bath to request an increase in aggregate revolving commitments or choose to enter a first-in-last-out loan ("FILO") facility, collectively, in a total amount of up to $375 million under certain conditions. An ABL Facility is not a blank check; its borrowings are typically limited by specified covenant ratios and milestones.  A FILO facility, however, allows a borrower to access additional funds beyond those otherwise available from senior lenders in the ABL Facility.  For instance, if a senior lender agrees to advance 50% of the value of the company's assets, then a FILO lender can provide an additional 10% of the assets, providing the borrower with additional funds.  While often subordinate to the senior lenders, FILO lenders are considered part of the ABL Facility, and receive the benefits of a first lien creditor in bankruptcy.

118.    Bed Bath's ABL Facility was secured by the Company's accounts receivable, inventory, deposit and securities accounts and certain assets of the Company and its subsidiaries, including buybuy BABY.  The amount Bed Bath could draw under the ABL Facility was equal to the lesser of (a) the aggregate revolving commitments and (b) a borrowing base equal to the sum of 90% of credit card receivables and 90% of eligible inventory after reducing customary reserves subject to certain conditions.  At the end of the first quarter of 2022, the Company had already borrowed $400 million under the ABL Facility.

4.    **Cohen Learns That a Sale of buybuy BABY is Doomed and Road Tests his Scheme**

On June 29, 2022, Bed Bath reported its financial results for the fiscal first quarter ending May 28, 2022, and filed its quarterly report on Form 10-Q. In a press release issued that day, Bed Bath reported continued declines in sales, with sales for the three months ending May 28 plunging by 25% compared with the same period the previous year. Bed Bath also reported that net losses had widened to $358 million

71

compared with $51 million in the same period the previous year, while inventory swelled by 19.5% from the year-ago period. In addition, Bed Bath reported that it was then carrying net debt that was 6.2 times its trailing 12-month EBITDA, the highest in at least the past two decades. Further, Bed Bath reported its cash and cash equivalents totaled only about $107 million, down from more than $1 billion the previous May, raising alarming signs that the Company would be unable to pay its obligations. That same day, Bed Bath announced that then-CEO Mark Tritton was stepping down and would be replaced by Sue Gove, an independent director, who would serve as interim CEO as the Company searched for a successor. In the wake of the news, Bed Bath's share price, which had already dropped by more than 76% since its March 29 high mark that year, tumbled by another 23.58% to $4.99 per share.

That day, financial news outlets reported that Bed Bath's latest results raised questions about the Company's future, with analysts concluding that Bed Bath's quarterly results portended the Company's potential bankruptcy. For instance, the *Wall Street Journal* published an article entitled, "Bed Bath & Beyond the Point of No Return?" In the article, the *Wall Street Journal* reported that while Cohen "brought some sparkle earlier this year when he disclosed a large stake in the company," which "helped lift the retailer's share prices for a while," Cohen's "influence seems to have long worn off."

That same day, *Yahoo Finance* published an article entitled "Bed Bath & Beyond is 'in the end days' after 'dumpster fire' quarter, analyst says," which summarized an interview with, Anthony Chukumba, Managing Director and Senior Research Analyst for Loop Capital Markets.[25] In the interview, Chukumba said that Bed Bath's quarterly results showed the Company was "clearly" headed for bankruptcy. "We are looking at a situation in which this company is probably not going to be around," Chukumba told *Yahoo Finance Live*. "It's not going to take years. We could be talking about months at this point. We are in the end days. These results were a dumpster fire, there is no other way to put it." Chukumba explained that Bed Bath "was in a lot of trouble even when things were good," but "[n]ow that things are bad, it's game over." In his interview with *Yahoo! Finance*, which was separately covered by *Business Insider*, Chukumba was particularly critical of Cohen.[26] "Clearly Ryan Cohen was bored one day, he went on to WallStreetBets, he saw people talking about Bed Bath & Beyond, he decided to buy a big stake," Chukumba reportedly said. "Everything that Ryan Cohen has said to this point has been nonsensical." Chukumba added, "The notion that this guy is the next Warren Buffett or Carl Icahn is an insult to Warren Buffett or Carl Icahn. He's lost a ton of money and he's going to lose it all. Every single penny. This company is going bankrupt."

The next day on June 30, *Barron's* published an article entitled, "Bed Bath & Beyond's Plunging Bonds Point to Fears About Repayment,"[27] which reported that Bed Bath's bonds—maturing in August 2024, 2034, and 2044—all sold off on the news of the Company's most recent financial results, with the 2024 debt yielding above 32% on June 29, compared with a yield of just over 3% for two-year Treasury bonds, a spread that suggested that "credit markets are increasingly concerned that Bed Bath won't be able to meet its obligations in a little over two years" and thus were "demanding a higher premium to offset the perceived increase in risk."

Over the next month, Bed Bath's stock price continued its decline. By the end of July, Bed Bath's share price had plunged to $4.60 per share by July 26, 2022, dropping by more than 83% from its 2022 high-water mark of $27.23 per share, which it reached on March 29 after the Company announced its

---

[25] https://finance.yahoo.com/news/bed-bath-beyond-dumpster-fire-out-of-business-181505056.html#:~:text=We%20are%20in%20the%20end,other%20way%20to%20put%20it.%22&text=Dumpster%20fire%20may%20even%20be%20an%20understate-ment.&text=On%20Wednesday%2C%20Bed%20Bath%20%26%20Beyond,worri-some%20%24107%20million%20in%20cash.

[26] https://markets.businessinsider.com/news/stocks/it-s-game-over-loop-capital-analyst-warns-that-bed-bath-beyond-s-days-are-limited-1031558871

[27] https://www.barrons.com/articles/bed-bath-beyonds-plunging-bonds-point-to-fears-about-re-payment-51656603973?noredirect=y

agreement with Cohen, as shown in the chart below:



Bed Bath's continuing woes led an increase in investors taking short positions in the Company's stock. By early August, nearly 40% of Bed Bath's stock was shorted. Reddit users began posting on r/WallStreetBets that Bed Bath's levels of short interest were reaching a point at which another "short squeeze" could occur, just like GameStop's had in January 2021, potentially enabling retail investors to bid the price of Bed Bath's stock high enough to force short sellers to close out their positions and push shares even higher.



Percent of BBBY Stock Held Short, Jan. to Aug. 2022

119.    On August 3, 2022, Bloomberg published an article entitled. "Bed Bath and& Beyond Is Said to MullWeighs Private Loans for Liquidity."  Itas Retailer Burns Though Cash," which reported that the Company "isBed Bath was considering tapping the private credit market to boost much-needed liquidity as the struggling retailer burns through itsCompany's cash."  Eliza Ronalds-Hannon and Rachel Butt, *Bed Bath and Beyond Is Said to Mull Private Loans for Liquidity*, BLOOMBERG, (August 3, 2022, 11:11 AM), https://www.bloomberg.com/news/articles/2022-08-03/bed-bath-and-beyond-is-said-to-mull-private-loans-for-liquidity#xj4y7vzkg.  Specifically, holdings dwindled. In the article stated, *Bloomberg* also reported that the Company management had already talked toconsulted with direct lenders about "a potential new asset-based credit line," and suggested that Bed Bath "anticipates additional needs" that could not be met by the existing terms of the ABL Facility.  *Id.* This article did not provide details and noted that the Company was "still weighing other options."

74

*Id.* Nor did the article inform investors that Cohen considered selling or was no longer "maniacally focused" on the long term.

120.    Cohen knew about the Company's desperate need for additional financing because of worsening financial performance and its growing cash crunch before he made the misleading statements and engaged in the manipulative conduct complained of herein.

121.    On June 29, 2022, the Company disclosed that it had hired the Berkeley Research Group to focus on cash, inventory and balance sheet optimization, demonstrating that the consequences of a cash crunch and a looming liquidity crisis were at the forefront of management's mind months before the Class Period began.

122.    Next, at the Annual Meeting of shareholders held on July 14, 2022, Harriet Edelman ("Edelman"), the Chairman of the Company's Board of Directors, told investors that the Strategy Committee had "done a great deal of work evaluating the potential of" buybuy BABY, and had already "identified several options for this business." Edelman refused to divulge the details, but Cohen knew what ordinary investors did not. Two of Cohen's handpicked appointees served on the Strategy Committee. In March 2022, Cohen dropped his threat to become a headache for the Company's Board in exchange for a commitment to form a committee that would evaluate options for buybuy BABY. It is not conceivable that Cohen's appointees hid from him the "several options" that the Strategy Committee identified in July 2022. After all, the identification and evaluation of these "options" was the centerpiece of Cohen's proclaimed strategy to turn the Company around, and the reason he contracted with the Company to form the Strategy Committee and appoint to it his director nominees.

123.    In addition, Cohen regularly communicated with the Board of Directors and Bed Bath's management about strategic decisions facing the Company. In June 2022, Cohen's own

sources told the press that Cohen pressured the Board to fire Tritton.  Moreover, pursuant to the Company's Corporate Governance policy, members of the Board, on a quarterly basis, monitored, reviewed, analyzed and oversaw material changes to the Company's business and strategy, including the risks and benefits and any potential impact to the business or a particular strategy, as well as specific details about the Company's inventory and sales.  Hence, Cohen's appointees had access to Company data on a granular level and it is not plausible that he did not have access to superior information given that the Cooperation Agreement already contemplated that Cohen would receive material, nonpublic information unavailable to other investors.

124.    Subsequent reports in *The WSJ* also confirm that Cohen communicated with then-CFO Gustavo Arnal ("Arnal") and other executives at Bed Bath.  For example, in an article concerning Arnal's suicide that was published in *The WSJ* on September 7, 2022, "people familiar with the matter" at the Company told reporters that Cohen and Arnal communicated with each other in conference calls that included other executives.  *See* Cara Lombardo, Sharon Terlep, and Suzanne Kapner, *Inside Bed Bath & Beyond, Concerns Over Mounting Stress for CFO*, THE WALL STREET JOURNAL (September 7, 2022, 8:30 PM), https://www.wsj.com/articles/inside-bed-bath-beyond-concerns-over-mounting-stress-for-cfo-11662589539.

125.    Strategy Committee deliberations about "several options" for buybuy BABY did not result in any progress towards a sale or spinoff, but rather the opposite—the Company began to discuss with lenders further locking down the subsidiary as nonsellable collateral for a new financing package to cover its cash burn, which was then hundreds of millions of dollars each quarter.

126.    The existing 2021 Credit Agreement identified buybuy BABY as both a borrower and guarantor.  In Section VI.05 of the 2021 Credit Agreement, the Company was prohibited from

selling any equity interest in buybuy BABY unless all "Obligations" were paid first.  The term "Obligations" was broadly defined in the 2021 Credit Agreement to include all unpaid principal, accrued and unpaid interest, unpaid fees and expenses.  The Company had already accessed $400 million under the ABL Facility by the summer of 2022.  Thus, under even the 2021 Credit Agreement, Bed Bath would have to pay hundreds of millions of dollars that were desperately needed to fund operations before the subsidiary could be sold.  Even worse, a sale or spinoff of buybuy BABY would only intensify the Company's liquidity problems if it received the low prices that many analysts were predicting, and would do nothing to alleviate its soaring burden of debt.

127.    The Company was then running out of time.  A $300 million bond payment due in 2024 loomed large, and in July 2022, these bonds traded at distressed prices.  A sale or spinoff of buybuy BABY could not alleviate these serious problems, causing the Strategy Committee to reject Cohen's proposal when it evaluated "several options" at his direction.  Subsequent events confirm these facts.

128.    On August 16, 2022, the same day that Cohen started to sell his holdings in massive quantities, *The WSJ* reported that the Company was "hunting" for a $375 million FILO loan "to build cash and help manage an existing asset-based debt facility, according to people with knowledge of the matter."  Jodi Xu Klein, Soma Biswas, and Andrew Scurria, *Bed Bath & Beyond Shares Surge Despite Liquidity Concerns*, THE WALL STREET JOURNAL (August 16, 2022, 6:25 PM),    https://www.wsj.com/articles/bed-bath-beyond-shares-surge-despite-liquidity-concerns-11660677005.  According to *The WSJ*'s sources who were familiar with the Company's discussions with lenders, Bed Bath expected responses to its loan proposal during that same week, and the loan was expected to be collateralized by a security interest in buybuy BABY.  Such discussions take weeks, and it would be absurd to assume that Cohen was not made aware of them during

the course of negotiations given his nominee presence on the Strategy Committee, his conference calls with Arnal and other Bed Bath executives, the Cooperation Agreement contemplating that he would receive material information in advance of public shareholders, and Cohen's claim to be focused on buybuy BABY.

129.　This is further corroborated by the Company's statements made in a Current Report filed with the SEC on Form 8-K on August 18, 2022, the next day after Cohen completed the sale of all his holdings at artificially inflated prices.  In that filing, the Company admitted that it had been "working expeditiously *over the past several weeks* with external financial advisors and lenders on strengthening our balance sheet" (emphasis added).

~~112.~~130.　On August 18, 2022, at around 3:35 PM, Bloomberg reported that Bed Bath had hired Kirkland & Ellis to provide advice on the Company's "unmanageable" "debt load," including options to "rais[e] new money" or "refinanc[e] existing debt, or both."  Eliza Ronalds-Hannon, *Bed Bath & Beyond Taps Kirkland & Ellis for Help Addressing Debt Load*, BLOOMBERG, (August 18, 2022, 3:35 PM), https://www.bloomberg.com/news/articles/2022-08-18/bed-bath-beyond-is-said-to-tap-kirkland-ellis-for-debt-help#xj4y7vzkg.  Then, on August 19, 2022, Bloomberg reported that ~~.  Later that month, *Bloomberg* reported that Bed Bath had fallen behind on payments, leading some of the Company's~~ suppliers had halted ~~to restrict or halt~~ shipments because Bed Bath had failed to pay its bills.  Reporters at Bloomberg saw ~~altogether, with~~ a survey of vendors conducted by Pulse Ratings, ~~aan independent~~ credit-rating and consulting firm.  The survey found, ~~finding~~ that Bed Bath "was in arrears with all respondents, with some saying that more than half of their accounts receivable with the company were past due."  Eliza Ronalds-Hannon and Lauren Coleman-Lochner, *Some Bed Bath & Beyond Suppliers Halt Shipments on Unpaid Bills*, BLOOMBERG, (August 19, 2022, 3:59 PM), https://www.bloomberg.com/news/articles/2022-08-19/some-bed-bath-beyond-

suppliers-halt-shipments-on-unpaid-bills#xj4y7vzkg.  Five days later, on August 22, 2022, S&P Global Ratings ("S&P") downgraded Bed Bath's credit rating to CCC or one notch away from an imminent default rating.  The ratings agency's downgraded the Company's credit rating because of "poor sales performance, deteriorating liquidity, and looming maturities."  ~~Company were past due by as much as 90 days.~~

131.   Within two weeks from the date that Cohen sold all his shares, on August 31, 2022, the Company confirmed that it had secured $500 million in additional funds.  On that day, the Company executed an amendment to the 2021 Credit Agreement (hereafter the "2022 Credit Agreement").  Arnal, who communicated with Cohen in conference calls, signed the 2022 Agreement on behalf of Bed Bath and its subsidiaries, including buybuy BABY.  The 2022 Credit Agreement increased the aggregate revolving commitments of the ABL Facility from $1 billion to $1.13 billion and added a new FILO facility for $375 million.  Sixth Street Specialty Lending, Inc., a specialist lender for troubled companies based in Dallas, Texas, served as the lender and agent of the FILO facility.

132.   On September 1, 2022, in a Current Report filed with the SEC on Form 8-K, the Company disclosed that the ABL Facility and the FILO facility were secured on a first priority basis on ***substantially all assets of the Company and its subsidiaries*** that were borrowers and guarantors.  buybuy BABY was identified as both a borrower and a guarantor.  The Company did not disclose a full version of the 2022 Credit Agreement until October 18, 2022, when it announced the commencement of an offer to exchange the Company's existing bonds maturing in 2024, 2034 and 2044 with new notes that pushed out the maturity dates.  S&P called the exchange offer "tantamount to a default" because the existing bondholders would receive less than what they were promised.

133.    Bed Bath was required to disclose the full version of the 2022 Credit Agreement at that time because, while the new notes were secured unlike the old unsecured notes, buybuy BABY was not part of the collateral and the Company was forced to disclose this fact in a Registration Statement filed with the SEC.  If the bondholders exchanged their existing notes for the new notes, their interests would be secured by a subordinate priority on the same collateral that secured the 2022 Credit Agreement.  However, any new notes issued because of an exchange could not be secured by an equity interest in buybuy BABY because of the 2022 Credit Agreement.  The specific terms of the 2022 Credit Agreement were first disclosed to investors on October 18, 2022, but Cohen knew in early August 2022 that it included a first priority lien on buybuy BABY and a guarantee from that subsidiary that would render a non-bankruptcy sale impossible.

134.    Section 6.05 is a negative covenant in the 2022 Credit Agreement that prevents asset sales, including any equity interest in Bed Bath's subsidiaries with limited exceptions.  While the 2021 Credit Agreement contained more flexible conditions on asset sales, in the 2022 Credit Agreement, the lenders tightened the screws.  Except for certain limited sales of assets not applicable here, under Section 6.05(i), the 2022 Credit Agreement prohibited the disposition of any asset that exceeded an aggregate amount of $10 million.  It removed a much more flexible provision on the sale of subsidiaries that existed in the 2021 Credit Agreement, but allowed the sale of the Company's Canadian and Mexican subsidiaries.  It did not allow the sale of U.S.-based buybuy BABY.

135.    Media reports published shortly after the 2022 Credit Agreement was executed again confirmed that giving up a sale or spinoff of buybuy BABY was crucial to Bed Bath's efforts to secure the additional loans.  On September 16, 2022, Reuters reported that "holding onto buybuy BABY" "helped [Bed Bath] obtain its recent $375 million loan [under the FILO facility], the

maximum amount that it could borrow, a person familiar with the matter said." Arriana McLymore, *Analysis-Why baby gear may not alleviate Bed Bath & Beyond's troubles*, REUTERS, (September 16, 2022, 5:07 AM), https://www.reuters.com/article/bed-bath-strategy-buybuybaby-analysis-idTRNIKBN2QH0VO.

136.    All of this was known to Cohen when he filed his misleading SEC Schedule 13D/A, sold his Bed Bath securities on August 16-17, 2022, and emailed his Form 144 to the SEC.  Given his multiple Board nominees, conference calls with management, and interest in the strategic direction of the Company (especially with regard to buybuy BABY), Cohen had access to, and on information and belief did receive, material nonpublic information about the Company's metastasizing liquidity and credit crises, and its inability to sell or spinoff of buybuy BABY.

137.    That the 2022 Credit Agreement required several weeks to be negotiated and finalized as the Company itself admitted on August 17, 2022 further supports the inference that Company insiders, including Cohen, were informed of the financing and its resulting prohibition on selling buybuy BABY.  The transaction—the most important strategic transaction during Cohen's ownership—involved negotiations between an administrative agent, 14 lenders, 2 entirely new lenders of the FILO facility, 6 different law firms, management, the Company's Board of Directors and other counterparties.  As the Company concedes, negotiations took several weeks, meaning that the strategic path had been determined ***before*** Cohen dumped his interests on unsuspecting investors.

138.    Armed with this inside information, Cohen first tested the waters in early August 2022 to evaluate whether he could stir sufficient retail investor interest to allow him to favorably exit his personal positions.  In early August 2022, the short float for Bed Bath approached nearly 50%, making it one of the most widely shorted stocks on the NASDAQ.  While Bed Bath's stock

81

saw surges in trading activity and was previously the subject of a short squeeze in 2020 and January 2021, its price had declined from a high of $27.23 on March 29, 2022, the day Cohen's Cooperation Agreement with the Company was disclosed, to close at $4.84 on July 28, 2022, as the Company repeatedly reported poor financial results throughout the year.

139.    On August 5, 2022, Cohen stoked Bed Bath retail investors with the following tweet:



**Ryan Cohen** ✔
@ryancohen

Ask not what your company can do for you – ask what you can do for your company

5:04 PM · Aug 5, 2022

**3,196** Retweets    **343** Quote Tweets    **21K** Likes

82

140.   The tweet received over 21,000 likes and was retweeted over 3,000 times.   The response was overwhelmingly positive, and to clear some initial confusion about which company's stock Cohen signaled his followers to buy, a Twitter follower clarified with the following reply directed at Cohen that Cohen did not contradict:



141.   On August 5, 2022, Bed Bath's stock was the most mentioned stock on the r/WallStreetBets subreddit and remained so for most of that month.   On that day, in response to Cohen's tweet on a thread that received over 1,000 upvotes, a Reddit user remarked: "Ask not what your bath can do for you, but what you can do for your bath company."   On the same thread, another user said that "RC's hands are fu**ing diamond bruh.  Fu**ing diamond."

~~Over the next few days, retail investors on r/WallStreetBets pointed to Cohen's investment in Bed Bath as the reason for their optimism in the Company's stock price.  On August 7, 2022While financial news outlets and analysts reported on Bed Bath's continuing struggles, retail investors on the r/WallStreetBets subreddit and other online discussion forums expressed increasing enthusiasm about Bed Bath's stock. On August 5, 2022, Bed Bath's stock became the most mentioned stock on the r/WallStreetBets subreddit, remaining the most mentioned stock for the first three weeks of August. "OG WSB is back," said one later post by Reddit user u/SurrogateHair. On August 5, 2022, Bed Bath's stock price rose by 32.68%,~~

closing at $11.41 per share with a trading volume of 52.7 million shares, compared to 9 million shares traded the previous day. In their posts on r/WallStreetBets, retail investors specifically cited Ryan Cohen's continued holdings in Bed Bath as one of the main reasons for their confidence in the Company's performance in the markets. For instance, on August 7, user u/Conscious_evening_57 reminded other retail investors about posted a thread entitled, "Ryan Cohen's purchases/options in BBBY," which included a screenshot of Cohen's large stake by posting screenshots holdings of BBBY securities from Cohen's his March 2022 Schedule 13D filed in March 2022.  A.[28]



One popular Reddit user named, u/spicy_chimp5, posted a response that received hundreds of upvotes, urging retail investors to continue buying explaining that Cohen's holdings, coupled with other indicators, showed that Bed Bath's stock because "[n]ow was poised to replicate GameStop's meteoric rise in January 2021:

Look guys and gals of this sub. When gme popped for real, we had low starting prices and a figure, Deep Fucking Value and also decent fundamentals for us all to like the stock. Now we have Ryan …."  On and low low starting prices with quote on quote, fundamentals… Please, and I cannot stress this enough. Stop posting other possible short squeeze candidate stocks when we've got the perfect looking one right here. Don't let the shorts divide and conquer us. Please remember gme started as a pre $10 stock weeks before it popped big time. Buy any possible dip, also buy at open and let it run for a few weeks. This is our time again. Also, fuck Citidel, who are also shorting the fuck outta BBBY, which was the same deal for gme all those months ago. Peace and love, don't gamble more than you're willing to loose, but at the same time, yolo if you're a true player. Namaste

The next day, on August 8, 2022, Reddit user U u/TheDude0007 posted a thread entitled, "I am the guy

_____

[28] https://www.reddit.com/r/wallstreetbets/comments/wibu6q/ryan_cohens_purchases_options_in_bbby/

who 10X'd a $45K YOLO in BBBY. The following is my analysis on why I believe this run is just be-
ginning… (The Ryan Cohen Effect)." [29]



Posted by u/TheDude0007 3 months ago

**I am the guy who 10X'd a $45K YOLO in BBBY. The following is my analysis on why I believe this run is just beginning… (The Ryan Cohen Effect).**

In the lengthy post, which also included a screenshot of Cohen's transactions from his March 7 Schedule 13D, u/TheDude0007 explained that he is "HEAVILY invested in Ryan Cohen," noting that Bed Bath was "the only one of those companies (other than GME) that Ryan Cohen has personally taken stake in." According to u/TheDude0007, Cohen's investment in Bed Bath showed that Bed Bath's stock was the "deepest value stock on the market," stating the following:

142. With GME as far and away, my primary holding, I am, and have been HEAVILY invested in Ryan Cohen. As an investor, I do not invest in companies with the conviction in which I invest in people. This theory of mine started with Steve Jobs / AAPL, back when I was 18 and the first iPhone came out, continued with Elon Musk in Tesla before they even had the first consumer vehicle on the road, and now Ryan Cohen, as he is tactically fighting to dismantle the forces of Wall Street that blatantly fuck the little guy. Not to mention the turnaround/pivot strategy in which he executing in GME. So naturally—his acquisition of equity in $BBBY caught my attention, and it soon became immediately clear that this was possibly the deepest value stock on the market. (Especially The post received hundreds of replies and thousands of upvotes. u/TheDude0007 emphasized that Bed Bath's stock had the "deepest value . . . [e]specially considering RC's cost basis is $15, in addition to the millions of dollars worth of $60, $65, $70 and $80 strike call options he holds, expiring January 23." .)

143. The post received hundreds of replies and thousands of upvotes. On August 8, 2022,

---

[29] https://www.reddit.com/r/wallstreetbets/comments/wizna5/i_am_the_guy_who_10xd_a_45k_yolo_in_bbby_the/

the next trading day after Cohen tweeted on August 5, 2022, Bed Bath's stock price rose in reaction, from its prior day's closing price of $8.16 to close at $11.41, on extremely heavy trading volume. On that day, investors purchased the Company's shares for a total that was the highest amount since November 2021.

144.    Over the next two days, users on various Reddit forums continued to tweet about the importance of Cohen's holdings as the Company's stock price continued its rise.  On August 10, 2022, users like u/NitrousXpress posted responses like the following on a thread entitled "Ryan Cohen $BBBY calls are literally calling on WSB to do the meme:"



145.    Two days later, Cohen did just that.

## VII.    COHEN'S FALSE AND MISLEADING STATEMENTS AND MANIPULATIVE ACTS

146.    At 7:04 AM on August 12, 2022, CNBC tweeted a link to a negative article about Bed Bath and Cohen.  *See* Carmen Reinicke, *Loop Capital says Bed Bath & Beyond comeback doesn't make fundamental sense, stock headed to $1*, CNBC, (August 12, 2022, 7:01 AM), https://www.cnbc.com/2022/08/12/bed-bath-beyond-comeback-doesnt-make-sense-stock-headed-to-1-loop-says.html.

86

~~At 10:42 AM on August 12, 2022, Cohen replied to CNBC's post~~ ~~That day, Bed Bath's stock price continued to rise, growing by 39.83% to close at $11.41 per share, closing in double digits for the first time in~~



three months, with a trading volume of 124.7 million shares—more than double the number of shares traded the previous trading day.

But over the next three days, Bed Bath's stock reversed its gains with lower trading volume each day. On August 9, Bed Bath's stock price dropped by 14.20% to $9.79 per share, with 74.69 million shares traded. Some analysts attributed Bed Bath's slowing momentum in the markets to the retailer's continued financial struggles. For instance, on August 9, Justin Kleber, an analyst for Robert W. Baird & Co., cut his rating on Bed Bath's stock from neutral to underperform, projecting the Company's stock price would fall roughly 60% to $4 per share. Kleber explained that he believed that investors had driven up Bed Bath's stock price beyond what could be justified by the fundamental value of its business, noting the Company's steep market-share losses and negative cash flow. That same day, CNBC's Jim Cramer tweeted: "Memo to the people who run Bed Bath, if you do not take advantage of that short position to sell equity you are as equally ill-advised when you bought back all that stock at much higher prices. Read your

87

balance sheet: you need the money and you need it today."

In the next two days, on August 10 and 11, Bed Bath's stock price saw modest gains, closing at $10.63 on August 11, but continued to show decreasing market interest with 51.98 million and 37.53 million shares traded on August 10 and 11, respectively. At the same time, Bed Bath's stock received fewer and fewer mentions on r/WallStreetBets, with the total number of mentions of Bed Bath's stock dropping to 670 by August 11, a little more than a third of the total number of mentions the stock received two days earlier.

**B.   Cohen's scheme to manipulate the market for Bed Bath & Beyond securities**

Beginning in or around August 12, Cohen secretly devised a scheme to artificially inflate the price and trading volume of Bed Bath's securities to sell his holdings at a profit at the expense of Bed Bath's public investors. By that time, Cohen's investment in Bed Bath stock had lost roughly 82% of its value, falling from its high mark of $211.84 million on March 29 to $35.78 million on July 26, representing net losses of $83.58 million. At the same time, Cohen's call options, which had strike prices ranging from $60 to $80, also appeared increasingly certain to expire out of the money.



Net value of value of Cohen's investment in Bed Bath
March 2022 to August 2022

By early August, Cohen had also learned that Bed Bath's board had rejected or was likely to reject the centerpiece of his turnaround strategy, his proposed spinoff or sale of the Company's Buy Buy Baby chain. Instead, Bed Bath's board had decided or was likely to decide to pursue alternative approaches, including pursuing a new line of credit, backed in part by the Buy Buy Baby assets. In addition, to help repay the Company's growing debt, Bed Bath would be seeking to conduct an offering of millions of new shares of stock, which would dilute Cohen's holdings and likely depress the stock price even further. To head off near-certain losses in the tens of millions, Cohen devised a scheme to inflate the Company's stock price and trading volume so he could sell his holdings at a profit.

To pull off the scheme, Cohen first needed to create liquidity so he could sell his holdings rapidly and profit from his investments. Cohen also needed to conceal his trading activity so that would be investors

could not track his sales of 7.78 million shares of Bed Bath stock. Such rapid sales of large quantities of stock would be noticeable unless the trading volume was much greater than the typical daily volume, which averaged about 12.07 million shares traded daily in July 2022. With trading volume dropping rapidly from August 9 to 11, Cohen needed to encourage retail investors to aggressively purchase Bed Bath securities to inflate the price high enough for Cohen to make a profit and to drive trading volume high enough to keep his trading secret.

Cohen accomplished both goals by leveraging his loyal following of retail investors on social media platforms like Reddit and Twitter, who Cohen knew watched his every public statement, filing, and transaction. From August 12 to August 16, Cohen made statements on social media and filed reports with the SEC that were designed to appeal to these retail investors, sending materially misleading messages that deceived the investors to believe that Cohen was maintaining his holdings of Bed Bath securities and that he expected that the Company's stock price would or was likely to increase.

On August 12, 2022, CNBC published an article entitled, "Loop Capital says Bed Bath & Beyond comeback doesn't make fundamental sense, stock headed to $1," in which the financial network reported that Loop Capital conducted recent channel checks on Bed Bath, finding "widespread out of stocks, heavily discounted private label merchandise, and disengaged employees." According to Loop Capital's analyst, Anthony Chukumba, the proposed asset-based credit line would be expensive and might not change much for the company. "We also doubt a new ABL would make BBBY's vendors — who we continue to worry could place the company in a "death spiral" by demanding more onerous payment terms — any more comfortable about BBBY's near- and long-term prospects," Chukumba told CNBC. The only "Hail Mary pass" that could potentially change Loop's outlook on the retailer is a sizeable equity offering, according to Chukumba's note. "At BBBY's current price this would result in the company issuing 47M new common shares — which would dilute its existing shareholders by a whopping 37%," Chukumba wrote. CNBC tweeted the article at 7:04 AM on August 12.

89



~~After CNBC posted its August 12 tweet, Cohen responded later that morning~~ with a tweet that ~~said~~read "At least her cart is full" ~~adding a smiley moon emoji:~~



~~Cohen's tweet received more than 14,400 likes and was retweeted more than 1,600 times. The tweet was also reshared multiple times on r/WallStreetBets and other subreddits. That day, Bed Bath's stock received increased attention by users on r/WallStreetBets, with users mentioning the stock more than 1,650 times on August 12, nearly 2-1/2 times the number of mentions on the previous day. In their posts about Cohen's tweet, Reddit users speculated that the use of a moon emoji signaled Cohen's expectation that Bed Bath's stock price would go "to the moon"—which, as noted above, is a popular phrase used by Reddit users on r/WallStreetBets to express their confidence in the future performance of a chosen stock—~~

90

thus indicating that Bed Bath's stock price would or was likely to increase. Just one minute after Cohen's tweet, Reddit user u/PermissionAware2410 posted the tweet to the subreddit r/Superstonk – like users had consistently done for all of Cohen's tweets – accompanying the post with an exclamation mark and three "rocket" emojis, [30] which Reddit users commonly use to express their confidence that a particular stock will rocket "to the moon," as shown below:



The post by u/PermissionAware2410 received more than 11,000 upvotes and hundreds of comments. Likewise, Reddit user u/AIB88 posted a thread to the subreddit r/WallStreetBets entitled, "In case you needed additional confirmation, Ryan Cohen's earlier tweet included a literal moon emoji in response to the bs article from cnbc," adding "[g]oodnight future millionaires," [31] and the same moon emoji used by Cohen, as shown below:

In case you needed additional confirmation, Ryan Cohen's earlier tweet included a literal moon emoji in response to the bs article from cnbc. Goodnight future millionaires.  soon.

Similarly, at 3:19 pm EST on August 12, Reddit user u/Swaggybullinthisbih posted a thread entitled, "$BBBY UPDATE RYAN COHEN (MOON EMOJI)," [32] adding emojis for the moon and a rocket ship, as shown below:

$BBBY UPDATE RYAN COHEN ( MOON EMOJI) 🌕 ⚫⚫⚫⚫ 🚀

`DD`

[30] https://www.reddit.com/r/Superstonk/comments/wmmzwm/ryan_cohen_on_twitter/
[31] https://www.reddit.com/r/BBBY/comments/wn6ryi/in_case_you_needed_additional_confirmation_ryan/
[32] https://www.reddit.com/r/Wallstreetbetsnew/comments/wmtihj/bbby_update_ryan_cohen_moon_emoji/

Later that day, Reddit user u/badmojo2021 posted a thread to the r/Superstonk subreddit, entitled, "He LITERALLY tweeted a moon. That is all. Thanks for listening to my ted talk," attaching a screenshot of Cohen's tweet.[33] The post received more than 4,000 upvotes.

Following Cohen's tweet on August 12, Bed Bath's stock price surged by 21.83% that day, closing at $12.95 per share, with a trading volume of 80.1 million shares, more than double the trading volume the previous day, and reversing the downward trend from the previous three days.

### BBBY Share Price, August 12, 2022



Over the weekend, on August 13 and 14, Reddit users continued to discuss Cohen's tweet on r/WallStreetBets and other subreddits, with many concluding that Cohen's tweet was a clear signal to aggressively buy Bed Bath's Stock because the stock would or was likely to increase. On August 14, for instance, Reddit user u/OfficialBJones90 posted a thread to the r/BBBY subreddit that was entitled, "Never been so confident in a play,"[34] explaining:

> I wasn't trading of the time of GME I started trading last August. Love me a good squeeze play and I am locked and loaded because you got me f*cked up if you think I am missing this moonshot. I think RC has a plan. He obviously knows about the situation. The CNBC tweet kinda confirms this. A lot of pressure are on the shorts. Even if BBBY did a PR about up and coming PR could be the catalyst to send this.

---

[33] https://www.reddit.com/r/Superstonk/comments/wn2kep/he_literally_tweeted_a_moon_that_is_all_thanks/

[34] https://www.reddit.com/r/BBBY/comments/wo9l8y/never_been_so_confident_in_a_play/

In response, another user, u/tplaceboeffect posted, "The moon tweet is what did it for me. There's no other explanation, he fucking knows."

128.147.    On August 15, before markets opened for the day, one user posted a threat entitled "$BBBY 26K YOLO WITH MY COLLEGE FUNDS," accompanied by a smiley moon emoji:emojis of a rocket and a moon, claiming to have put in $26,000 into Bed Bath stock using their college funds, attaching a screenshot of their holdings.[35] The post, shown below, received more than 3,000 upvotes and hundreds of comments.



Ryan Cohen ✔
@ryancohen

At least her cart is full 

10:42 · 8/12/22 · Twitter for iPhone

148.    Cohen's tweet identified in Paragraph 147 was materially misleading and manipulative when made because it omitted to disclose that: (a) Cohen had already formed a plan or proposal to sell his holdings before he made these statements, (b) Cohen formed the plan or proposal based on material, nonpublic information he received about the severity of the Company's liquidity crisis and its inability to sell or spinoff buybuy BABY long before other investors could be meaningfully informed about these developments, (c) the Company's worsening liquidity and its inability to sell or spinoff buybuy BABY changed Cohen's outlook about the Company and its prospects as well as his own views about the likelihood of whether the price of the Company's

---

[35] https://www.reddit.com/r/wallstreetbets/comments/wovb39/bbby_26k_yolo_with_my_college_funds/

common stock would increase or decrease, (d) Cohen posted this tweet to stimulate trading activity and increase the liquidity of Bed Bath securities to allow him to sell his own securities for a short term gain, and as a result, (e) Cohen was no longer "maniacally focused" on the Company's long term interests, and did not believe that the price of Bed Bath's securities would or was likely to increase or could be "taken to the moon."

149.    Cohen's tweet received more than 14,100 likes and was retweeted more than 1,600 times.  The response on Twitter was overwhelmingly positive, and Twitter users understood Cohen's tweet as a rallying cry to buy Bed Bath's stock and "take it to the moon."  For example, minutes after Cohen responded to CNBC's tweet, Twitter user Gorrillaw replied with a rocket emoji and wrote, "To da moon":



150.    Another Twitter user replied to Cohen's tweet and said "buy $BBBY.  Got it.
Thanks":



151.     Cohen's tweet on August 12, 2022 was also posted on Reddit forums within a mi-
nute after he tweeted.  To investigate the claims asserted in this Action, Lead Plaintiff reviewed
thousands of comments posted in forums on Reddit and other platforms on the internet.  Based on
Lead Plaintiff's review, for the next several days after Cohen tweeted, an overwhelming majority
of retail investors unambiguously understood his statements as a rallying cry to buy or hold (with
diamond hands) Bed Bath's securities.  For example, Reddit user u/PermissionA-ware2410 imme-
diately posted Cohen's tweet to the r/Superstonk subreddit accompanied by three rocket emojis:

96



152.    u/PermissionA-ware2410's post received 11,000 upvotes and hundreds of replies. In the afternoon on August 12, 2022, user u/badmojo2021 started a thread on r/Superstonk that attached a screenshot of Cohen's tweet.  The thread was entitled "He LITERALLY tweeted a moon.  That is all.  Thanks for listening to my ted talk."  The post received more than 1,400 upvotes.  On the r/BBBY forum that same day, on a thread entitled "RC coming in hot!," which also attached a screenshot of Cohen's tweet, multiple users responded with emojis of a rocket ship or a moon.  For example, user u/Bartlett818 replied with a moon emoji and stated that "Look at the moon!! I'm bought to be all in."

153.    After Cohen's tweet, Bed Bath's stock price increased from its previous day's closing price of $10.63 to close at $12.95 on August 12, 2022, on heavy trading volume.

154.    Over the weekend on August 13, 2022, and August 14, 2022, users on Reddit continued to discuss Cohen's tweet.  Many believed that Cohen wanted them to buy the Company's securities because the price would continue to rise.  For example, on August 14, 2022, user u/OfficialBJones90 started a thread on r/BBBY entitled "Never been so confident in a play," and wrote:

Posted by u/OfficialBJones90 5 months ago 🍀

## Never been so confident in a play.

☁ Hype/ Fluff

I wasn't trading of the time of GME I started trading last August. Love me a good squeeze play and I am locked and loaded because you got me f*cked up if you think I am missing this moonshot. I think RC has a plan. He obviously knows about the situation. The CNBC tweet kinda confirms this. A lot of pressure are on the shorts. Even if BBBY did a PR about up and coming PR could be the catalyst to send this.

💬 48 Comments    ↗ Share    🔖 Save    🚫 Hide    🚩 Report              96% Upvoted

155.    Other users agreed with the post.  For instance, user u/tplaceboeffect replied and said: "The moon tweet is what did it for me.  There's no other explanation, he fu**ing knows."

On August 15, 2022, the next trading day, Bed Bath's stock price opened at $15.00 and closed at $16.00 on a volume of over 164 million shares, or double the amount traded on the previous trading day.  The price of the Company's stock was now just above Cohen's break-even.  Later that night, at 9:01 PM, Cohen filed a delinquent

**$BBBY 26K YOLO WITH MY COLLEGE FUNDS 🚀 🍉 🟠**

When the markets opened again on Monday, August 15, Bed Bath's stock continued to rise, opening at $15.00 per share and rising by 23.55% to close at $16.00 per share, with a trading volume of 164.66 million shares, more than double the number of shares traded on the previous trading day. By closing at $16.00 per share, the price of Bed Bath's common stock reached a value just above the minimum price that Cohen needed to be able to profit by selling his holdings.

98



By August 15, Cohen had formulated an intent to liquidate some or all his holdings of Bed Bath securities. To do so, Cohen needed to satisfy multiple procedural steps that restricted his ability to dump his holdings quickly. Because he owned more than 10% of Bed Bath's total number of outstanding shares, Cohen qualified as an affiliate under Rule 144. To sell his affiliate-owned shares, Cohen needed to satisfy each of the required elements of Rule 144, including among other things, the requirement that Cohen file a Notice of Proposed Sale of Securities on Form 144 with the SEC before or concurrently with the placing of his order with any broker or sale to a market maker. Any broker that facilitated Cohen's transactions was required to conduct a reasonable inquiry into the facts and circumstances surrounding the proposed resale including any facts or statements contained in the notice required by Rule 144(h) and, after making such reasonable inquiry, had to ensure that they are not "aware of circumstances indicating that the person for whose account the securities are sold" has satisfied the requirements of Rule 144.

156.    Later that day, on August 15, after the markets had closed, Cohen began the process of selling his holdings by filing an Initial Statement of Beneficial Ownership on Form 3 to emphasize, which disclosed that, through RC Ventures, Cohen owned more than 10% of Bed Bath's BBBY's outstanding shares of common stock.  But, as Cohen acknowledged, he was already an owner of more than 10% of the Company's outstanding shares since at least and thus qualified as an affiliate under Section 16(a). Cohen had been required to file the Form 3 by no later than

99

~~May 2, 2022, which Cohen confirmed by listing~~ April 21, 2022<u>.</u>

~~131.~~<u>157.</u>    Nothing had changed about Cohen's ownership except~~, the day the 2021 10-K was filed, as the "date of event requiring statement," and identified as his holdings the same 9,450,100 shares~~ that <u>the Company's share repurchases increased the percentage he owned even further.  Cohen was always aware of the buyback program and has repeatedly criticized it in public.  Hence, Cohen knew or recklessly disregarded that he had not filed a Form 3 when required months earlier.  Cohen's admissions demonstrate that his August 15, 2022 filing was a strategic ploy to entice retail investors.  Cohen publicly admitted that he knows retail investors react enthusiastically when he discloses his ownership in SEC filings, and as a result, the price</u>~~he beneficially owned as of March 7, 2022, consisting of 7,780,000 shares~~ of <u>a company's stock increases substantially.  *See e.g.*, Paragraphs 54 through 55 and Paragraphs 63 through 97.</u>  ~~common stock and 1,670,100 shares underlying call options.~~

~~132.~~<u>158.</u>    Cohen's filing had its intended effect.  <u>Users</u>~~Investors commenting~~ on ~~the~~ r/WallStreetBets <u>responded later that night: "If he's still in, then I'm still in," a phrase meme stock enthusiasts frequently use to emphasize holding</u> ~~subreddit reacted with enthusiasm.  That day, Bed Bath's stock was mentioned more than 2,600 times~~ on <u>to a company's shares.  User u/ssaxamaphone similarly observed that "the point is he HELD all his positions.  BULLISH."  Other users honed in on</u> ~~r/WallStreetBets, more than six times~~ the <u>disclosure</u>~~number~~ of <u>Cohen's American-Style call options in</u> ~~times GameStop's stock was mentioned. In their posts, Reddit users expressed their view that Cohen's filing confirmed~~ the <u>Form 3, viewing them as another</u> signal <u>from</u> ~~sent by his August 12 tweet that~~ Cohen <u>that</u> ~~was expecting~~ Bed Bath's stock price <u>would continue</u>~~to increase, and that by holding onto his call options, Cohen was projecting the stock to soar~~ to <u>rise.</u> ~~as much as $60 to $80.~~ For example, <u>a</u>~~Reddit~~ user <u>wrote that: "He's</u>~~u/Slut_Spoiler commented "Tldr;~~

~~He's~~ still in with an increased position.  $80 strikes for January.  Let's~~Let's~~ not let him down."[36] ~~Similarly, Reddit user u/predictany007 posted a thread entitled "GME chair Ryan Cohen has disclosed he is still in his call options for BBBY ranging $60 to $80," writing:~~

> ~~GameStop's Ryan Cohen—along with his RC Ventures LLC—had disclosed a 9.8 percent stake in Bed Bath & Beyond back in March 2022. Crucially, Cohen also purchased 2023 call options on BBBY shares, with strike prices ranging between $60 and $80. For reference, the stock closed on Friday at $12.95 per share. While these bullish bets had appeared outlandish back in March, given the ongoing short squeeze in BBBY shares, it remains within the realm of the possible that Ryan Cohen's call options enter the in-the-money territory. Even if that does not occur, any rally that takes the stock above $30—which was the stock's rough price level toward the end of March—will result in outsized gains for Cohen on the back of the increase in these options' intrinsic value.~~

> ~~GameStop (GME) chair Ryan Cohen has disclosed he is still in his call options for BBBY. He bought on April 21, 2022 at strike price of $60, $75, and $80 expiring on Jan 20th 2023. BBBY is currently trading at $16. How much do you think BBBY will be trading by Jan 2023?[37]~~

~~The post received more than 5,100 upvotes and hundreds of comments. While some Reddit users noted that Cohen's transactions were not new, others emphasized that the filing showed that he was maintaining his large position, including his out-of-the-money call options. Reddit user u/saxamaphone, for instance, commented "the point is he HELD all his positions. BULLISH." Many Reddit users responded by commenting with the phrase "If he's still in, then I'm still in," which Reddit users had commonly used in 2020 and 2021 to refer to Keith Gill's posts of screenshots of his transactions in GameStop securities, which helped spur the buying spree in that company's stock in January 2021. Reddit user u/El_Patron_1911 commented specifically that Cohen's filing resembled posts by Keith Gill, referencing his Reddit username DeepFuckingValue (or DFV), writing: "This is like DFV posting his positions... I love it!"~~

159.   On August 16, 2022, at 9:16 AM, almost fifteen minutes~~shortly~~ before the ~~mar-ket~~markets opened, Cohen and RC Ventures filed an ~~amended Schedule 13D/A ("August 16~~

[36] ~~https://www.reddit.com/r/wallstreetbets/comments/wpmekp/ryan_cohen_sec_filing_8152022_bbby/~~

[37] ~~https://www.reddit.com/r/wallstreetbets/comments/wprkgj/gme_chair_ryan_cohen_has_disclosed_he_is_still_in/~~

~~Schedule 13D/A"), amending the Schedule 13D that he originally filed in March 2022. Like Co-~~

~~hen's Form 3 filed the previous day, Cohen's August 16 Schedule 13D/A did not disclose any new~~

~~transactions. Instead, Cohen stated that the~~ amendment <u>to the Schedule 13D filed earlier in March</u>

<u>2022.  In this amended Schedule 13D, Cohen reiterated the share ownership information disclosed</u>

<u>in Form 3 on the night before.  This was another strategic act to stimulate investor interest in Bed</u>

<u>Bath's securities, so that he could offload his personal position at favorable prices.  Cohen admitted</u>

<u>understanding that investors react positively when he discloses substantial interests in companies</u>

<u>and the price of the securities increase significantly for no other reason than his filing a Schedule</u>

<u>13D.  *See* Paragraphs 54 through 55 and Paragraphs 63 through 97.</u>

~~133.~~<u>160.</u>        In ~~"was triggered solely due to a change in the number of outstanding Shares~~

~~of the Issuer," reporting that he now owned 11.8% of BBBY's total outstanding stock. But like his~~

~~Form 3, August 16 Schedule 13D/A stated that the "date of event which requires filing of this~~

~~statement" was April 21, 2022, the filing date of the 2021 10-K that disclosed the decreased total~~

~~number of shares outstanding. In Item 5 of~~ the amended <u>Schedule 13D filed on August 16, 2022,</u>

<u>Cohen misleadingly affirmed that "[t]here</u>~~filing, entitled "Interest in Securities of the Issuer," Co-~~

~~hen stated: "There~~ have been no transactions in securities of the Issuer by the Reporting Persons

during the past sixty days nor since the filing of Amendment No. 1 to the <u>Schedule 13D."  Cohen</u>

<u>also signed the amended</u> Schedule 13D <u>on behalf of RC Ventures and himself, falsely certifying</u>

<u>that</u> ~~." Even though Item 4(a) of Schedule 13D required Cohen to disclose "any plans or proposals"~~

~~relating to "the disposition of securities of the issue," 17 C.F.R. § 240.13d-101, Cohen did not~~

~~amend the generic, boilerplate disclosures that he included in his initial March 7 Schedule 13D.~~

~~By signing the filing, Cohen falsely certified that~~ "[a]fter reasonable inquiry and to the best of ~~[his]~~

knowledge and belief<u>, each of the undersigned certifies</u> ~~..~~that the information set forth in this

statement is true, complete and correct." ~~Id.~~

161.   The statements identified in Paragraph 160 were materially false and misleading when made because, in violation of the Exchange Act, Cohen failed to disclose the following information necessary to make his affirmation not misleading under the circumstances in which it was made: (a) that he had already formed a "plan or proposal" to sell Bed Bath's securities before these statements were made, (b) that he intended to, and did, sell Bed Bath securities the very day he filed this amendment to Schedule 13D, and as a result, (c) that he had falsely certified that the information set forth in his amended Schedule 13D was true, ***complete*** and correct.

162.   Cohen's scheme had its intended effect.  As Cohen expected, users on Reddit and other forums on the internet reacted positively to his filing and believed that Cohen expected Bed Bath's stock price to rise exponentially.  On August 16, 2022, Bed Bath's stock was mentioned on r/WallStreetBets ***over 2,900 times***.  On August 16, 2022, a user inquired on the subreddit r/BBBY why Cohen had filed an amended Schedule 13D, and a user named u/Mohiss123 replied: "[t]o show people and investor[s] that he is still holding." Another user on r/BBBY named u/jfl_cmmnts explained: "Dude RC bought $80 calls for Jan 2023.  Also $40 and $60 IIRC [if I recall correctly].  That cool cat has an idea about business, I'm in with him."  That sentiment continued through August 17, 2022, when on r/BBBY, in a thread entitled "BBBY is on the threshold !!! Reg sho," user u/ApesNoFightApes said "If RC Holds, I will hold.  He's chosen to save this company and I'm here for it.  I'm not an investor, I am an Activist Investor.  Just like my GME: No cell.  No sell."

After Cohen filed his amended Schedule 13D on the morning of August 16, 2022~~Although Cohen's Form 3 and August 16 Schedule 13D/A showed that he beneficially owned the same amount of shares that he owned months earlier, reporting by some financial news outlets suggested that filing revealed Cohen had increased his stake in the company. For example, *CNBC* reported that "GameStop Chairman Ryan Cohen placed another bet on the struggling retailer," explaining that "[a] regulatory filing Monday evening showed that Cohen's venture capital firm RC Ventures bought distant out-of-the-money call options on~~

~~more than 1.6 million Bed Bath & Beyond shares with strike prices between $60 and $80."[38] Reddit users posting on r/WallStreetBets continued to react with enthusiasm to Cohen's August 16 Schedule 13D/A, viewing the filing as another clear signal that Cohen was expecting that the price of Bed Bath's stock would or was likely to increase. That day, Bed Bath's stock continued to be the most mentioned stock on the r/WallStreetBets subreddit, receiving more than 2,900 mentions, more than three times as many mentions as GameStop's stock.~~

163.  ~~Following Cohen's filing of the August 16 Schedule 13D/A,~~ Bed Bath's stock price increased~~surged~~ by over~~more than~~ 70% and peaked at~~to~~ an intraday high of $28.60~~04~~ per share. Trading was halted several times during the day ~~amid multiple halts~~ due to volatility.  Trading in the Company's options rose to three times the 20-day average within hours of when Cohen filed his amended Schedule 13D.  By 10:05 AM, options trading totaled 164,944 contracts versus an average of 53,075, evidencing an apparent gamma squeeze that increased the price of the underlying stock.  More than 120,000 call options were traded by 10:05 AM.

The price of the Company's common stock increased from its ~~, closing 29% higher than the~~ previous day's closing price of $16 on August 15, 2022, to close at ~~day at~~ $20.65 with ~~per share. That day, trading volume soared to more than~~ 395.32 million shares traded.  Data compiled by Vanda Research showed that ~~million shares compared to only about 80 million shares outstanding, more than double the 164 million shares traded the previous day. The following day, *Bloomberg*~~ published an article entitled, "Bed Bath & ~~Beyond 402% Rally Is Supercharged by Retail Money,"~~ reporting that~~-~~retail investors~~traders~~ bought an all-time high of $73.2 million of the Company's common stock ~~stock on August 16, bringing their total net purchases in three weeks to $171.4 million, according to data compiled by Vanda Research.[39]~~

---

~~[38] https://www.cnbc.com/2022/08/16/bed-bath-beyond-soars-70percent-as-meme-traders-bet-on-ryan-cohen.html~~
~~[39] https://www.bloomberglaw.com/product/blaw/document/RGRZKZDWRGG5?criteria_id=dde558747700b97b46d4271144932a51&searchGuid=be3ad964-eb13-4aaf-ad4b-fb12bb48e3c8~~



BBBY Share Price, August 15 to 16, 2022

In an article entitled, "Bed Bath & Beyond Shares Surge Despite Liquidity Concerns," the *Wall Street Journal* reported that the "sharp rise in shares came despite a number of analysts' warnings about dwindling liquidity at the retailer, which is fighting to maintain the confidence of suppliers and investors after a push into private-label brands that didn't resonate with consumers," adding that "Bed Bath & Beyond ended May with roughly $100 million in cash, after burning through more than $300 million of its reserves and borrowing $200 million from its credit line."⁴⁰ Research analyst Susan Anderson at B. Riley Securities, the *Wall Street Journal* noted, cut its rating for Bed Bath's stock to sell, saying its $2.2 billion valuation implied by the high point in its share price Tuesday was "unrealistic." In the article, the *Wall Street Journal* also reported that Bed Bath was expecting responses "this week" to its loan proposal for a $375 million first-in-last-out loan that would build cash and help manage an asset-based debt facility, adding that the loan "will be secured by equity in the company's Buy Buy Baby brand."

164.    Unbeknownst to investors, however, Cohen had sold 5 million shares of Bed Bath stock on August 16, 2022.

138.165.    Cohen, however, concealed from investors that he had sold five million shares of the Company's common stock on August 16, 2022, for total proceeds of over representing

⁴⁰https://www.wsj.com/articles/bed-bath-beyond-shares-surge-despite-liquidity-concerns-11660677005?mod=markets_lead_pos3

~~64% of his holdings, at prices between $18.06 and $26.45, for a total amount of around~~ $105.~~84~~

million~~,~~ as shown in the chart below:

| Nature of the Transaction | Securities Sold | Price **Range** per Security ($)[41] | Date of **the** Sale |
|---|---|---|---|
| Sale of Common Stock | ~~446,399~~ | 18.~~06 to 19.05~~~~68848~~ | 08/16/2022 |
| Sale of Common Stock | 812,448 | 19.~~06 to 20.01~~~~4817~~ | 08/16/2022 |
| Sale of Common Stock | 1,443,818 | 20.~~12 to 21.11~~~~7834~~ | 08/16/2022 |
| Sale of Common Stock | 1,059,021 | 21.~~12 to 22.11~~~~4209~~ | 08/16/2022 |
| Sale of Common Stock | 795,559 | 22.~~13 to 23.12~~~~7093~~ | 08/16/2022 |
| Sale of Common Stock | 169,335 | 23.~~13 to 23.84~~~~3293~~ | 08/16/2022 |
| Sale of Common Stock | 103,901 | 24.~~15 to 25.14~~~~8685~~ | 08/16/2022 |
| Sale of Common Stock | 104,077 | 25.~~15 to 26.06~~~~5918~~ | 08/16/2022 |
| Sale of Common Stock | 65,442 | 26.~~15 to 26.45~~~~2713~~ | 08/16/2022 |

~~139.~~166.    On August 17, 2022, while investors ~~were~~ ~~continued to buy millions of shares of Bed Bath stock,~~ unaware of Cohen's massive dump~~that Cohen had already sold nearly his entire holdings the day before. That day,~~ Bed Bath's stock price opened at $26.94.  It closed that day at $23.08, increasing by nearly 12% from the previous day's~~93, rising to an intraday high of $30 before~~ closing price of $20.65~~up by 11.77% at $23.08 per share,~~ with 261.7 million shares traded.  Trading in options again rose to ~~trading volume of~~ more than six times the 20-day average with 346,461 options traded by 10:00 AM on August 17, 2022.  The majority, 237,029, were call options, increasing the chance for a further gamma squeeze that would increase the price of the underlying stock. ~~261 million shares. According to~~ Bloomberg reported that~~,~~ retail investors ~~continued to drive~~ Bed Bath's common~~rally, reporting that Bed Bath's~~ stock was the most purchased asset on Fidelity that day, with~~on August 17, with~~ buy orders that markedly outpaced those to sell ~~and~~ net purchases ~~that were more than~~ double the size of~~for~~ Tesla, ~~Inc.,~~ the second~~next~~ most

---

~~41  According to Cohen's later-filed amended Schedule 13D, these prices represent a weighted average price of shares sold in multiple transactions at prices ranging from $18.06 to $26.45.~~

Formatted: Body Text, Justified, Right:  0.08", Hyphenate

Formatted Table

Formatted: Body Text, Right:  0.08", Hyphenate

Formatted: Body Text, Right:  0.08", Hyphenate

Formatted: Body Text, Justified, Right:  0.08"

Formatted: Body Text, Centered, Right:  0.08"

Formatted: Body Text, Centered, Right:  0.08"

Formatted: Body Text, Centered, Right:  0.08"

Formatted: Body Text, Justified, Right:  0.08"

Formatted: Body Text, Justified, Right:  0.08"

Formatted: Body Text, Centered, Right:  0.08"

Formatted: Body Text, Justified, Right:  0.08"

Formatted: Body Text, Centered, Right:  0.08"

Formatted: Body Text, Justified, Right:  0.08"

Formatted: Body Text, Centered, Right:  0.08"

Formatted: Body Text, Justified, Right:  0.08"

Formatted: Body Text, Centered, Right:  0.08"

Formatted: Body Text, Justified, Right:  0.08"

Formatted: Body Text, Centered, Right:  0.08"

Formatted: Body Text, Justified, Right:  0.08"

Formatted: Body Text, Centered, Right:  0.08"

Formatted: Body Text, Justified, Right:  0.08", Line spacing:  Double

Formatted: Body Text, Justified, Indent: Left:  0", First line:  0.5", Line spacing:  Double, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at:  0.58" + Indent at:  0.83"

Formatted: Font: Not Italic

bought stock.  [42] *Bloomberg* continued: "That demand mirrors the optimism expressed on day trader chatroom StockTwits where Bed Bath & Beyond has the number one trending ticker and on Reddit's WallStreetBets where it continued to be the most discussed company."

140.167.    Before Throughout the market closedday on August 17, however, and unbeknownst to investors, Cohen had secretly sold the rest of his holdings, disposing of Bed Bath securities, selling his remaining 2.78 million shares of Bed Bath at prices between $23.06 and $29.99, for a total amount of overabout $72 17 million, as illustratedshown in the chart below:

| Nature of the Transaction | Securities Sold | Price Range per Security ($)[43] | Date of the Sale |
|---|---|---|---|
| Sale of Common Stock | 189,689 | 23.06 to 24.057337 | 08/17/2022 |
| Sale of Common Stock | 512,185 | 24.06 to 25.056266 | 08/17/2022 |
| Sale of Common Stock | 896,238 | 25.06 to 26.054997 | 08/17/2022 |
| Sale of Common Stock | 610,828 | 26.06 to 27.054432 | 08/17/2022 |
| Sale of Common Stock | 323,483 | 27.06 to 28.055756 | 08/17/2022 |
| Sale of Common Stock | 140,788 | 28.06 to 29.055122 | 08/17/2022 |
| Sale of Common Stock | 106,789 | 29.06 to 29.992192 | 08/17/2022 |

141.168.    Also on August 17, 2022, That same day, Cohen also sold all his call options for total proceeds of $11,273,329.82.  In total, Cohen earned a profit of over $68 million based on the purchase at prices of his holdings in March 2022. from $6.4 to $8.9, for a total amount of $112,733.30. Cohen's sales earned him a total profit of approximately $58.64 million, before taxes, compared to his purchases just five months earlier.[44]

169.    Later that day, Cohen's Form 144 was released after the market had closed.  Pursuant to SEC Rule 144, Cohen was required to submit this Form before or concurrently with the

---

[42] https://www.bloomberg.com/news/articles/2022-08-17/bed-bath-beyond-s-492-rally-is-super-charged-by-retail-traders

[43] According to Cohen's later-filed amended Schedule 13D, these prices represent a weighted average price of shares sold in multiple transactions at prices ranging from $23.06 to $29.99.

[44] This figure is based on the weighted average prices of shares bought and sold by Ryan Cohen from January to August 2022, as disclosed in his Schedule 13D filings.

placing of his orders with a broker or sale to a market maker.  Cohen violated this rule because he did not submit the Form 144 until after he had placed and at least partially executed sell orders with J.P. Morgan Chase.  To make matters worse, while the "date of notice" on the Form 144 is identified as August 16, 2022, next to Cohen's wet signature, Cohen purposely delayed the release of this Form by emailing it to the SEC instead of contemporaneously filing it on EDGAR, a system of electronic filing maintained by the SEC that Cohen is familiar with and has repeatedly used for years.

170.    According to the metadata of the pdf version of Cohen's Form 144 publicly released by the SEC, Cohen scanned the Form 144 with a Fujitsu ScanSnap device and converted it into a pdf on an Apple computer after the market had closed on August 16, 2022.  In the Form 144, Cohen identified nothing at all in the table which required identification of "SECURITIES SOLD DURING THE PAST 3 MONTHS."  In fact, Cohen had sold millions of shares of the Company's stock earlier that day.

171.    The historical market data collected by Tick Data, LLC for August 16, 2022, confirms that Cohen made false statements in the Form 144.   For example, Cohen later admitted in an amended Schedule 13D filed on August 18, 2022 that he sold 446,399 shares of Bed Bath's common stock at a weighted average price of $18.6848 on August 16, 2022.  However, not a single share of Bed Bath's common stock was sold within the range of $18.00 and $18.99 after the time that the Form 144 metadata indicates it was created.  In addition, between the hours of 3:45 PM and 8:00 PM (when aftermarket trading closed), there were no trades of a round lot of 100 units or higher that were below the price of $19.17, showing that the volume of shares Cohen sold within that range could not be sold after Cohen created his Form 144.  Rather, Bed Bath shares traded in that range only earlier in the trading day, confirming that Cohen lied on the Form 144 when he

claimed that he did not sell any of Bed Bath's shares at the time he created the Form 144.

172.     As another example, Cohen claimed, on the amended Schedule 13D filed on August 18, 2022, that he sold 812,448 shares on August 16, 2022, within the range of $19.06 and $20.01. There were only 519,535 shares sold in aftermarket trading that exceeded $19.06 but were below $20.01.  It is thus mathematically impossible that more than 800,000 shares were sold in aftermarket trading for shares priced within that range, again showing that Cohen lied on the Form 144 when he claimed that he did not sell any shares at the time the Form 144 was created.

In the Form 144, Cohen claimed that "[t]his filing represents the At approximately 3:45 PM on August 17, Cohen's Form 144 was released publicly. In the Form 144, Cohen provided notice of his intent to sell up to all his shares and call options. While the Form 144 was dated August 16, Cohen filed his submission via paper and not via EDGAR, the SEC's electronic filing system, which delayed the public release of the filing. Bed Bath's stock price immediately dropped by more than 10% on the news, before closing at $23.08, representing a 11.8% increase from the previous trading day and a 300% increase from the price at the end of July 2022. In the Form 144, Cohen and RC Ventures disclosed the ***potential*** sale of up to 7,780,000 [shares of] common stock and the following call options: 11,257 BBBY CALLS 01/20/23 @ $60, 5,000 BBBY CALLS 01/20/23 @ $80, 444 BBBY CallsCALLS 01/20/23 @ $75."  Cohen further affirmed the statement right above his wet signature that he did "For the "Approximate Date of Sale," Cohen listed "Beginning 08/16/22" and listed Defendant JP Morgan as the "Broker Through Which the Securities are to be Offered." Under Table II of the Form 144, which requires disclosure of any securities sold during the past three months, Cohen and RC Ventures listed "(none)." The metadata for the PDF of the filing, however, shows that the PDF was created at 5:20 PM on August 16, 2022. In the filing, Cohen also signed a representation that read:

**ATTENTION:**
173.     The person for whose account the securities to which this notice relates are to be sold hereby represents by signing this notice that he does not know any material adverse information in regard to the current and prospective operations of the Issuer of the securities to be sold which has not been publicly disclosed.". If such person has adopted a written trading plan or given trading instructions to satisfy Rule 10b5-1 under the Exchange Act, by signing the form and indicating the date that the plan was adopted or the instruction given, that person makes such representation as of the plan adoption or instruction date.

174.     The statements identified in Paragraph 173 were materially false and misleading when made because: (a) Cohen had already sold Bed Bath's securities in substantial quantities on

---

*Formatted:* Font: Bold, Italic

*Formatted:* Body Text, Justified, Indent: Left:  0", First line:  0.5", Line spacing:  Double, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at:  0.58" + Indent at:  0.83"

August 16, 2022, before he created the Form 144 and emailed it to the SEC, (b) Cohen submitted the Form 144 *after* placing a sell order with his broker in violation of SEC Rule 144, (c) the referenced sales were not potential but had already occurred in large part, (d) Cohen formed his sales plan based on material, nonpublic information received from Bed Bath insiders, and as a result (e) Cohen falsely certified that he did not know material, adverse information about Bed Bath's current and prospective operations that was not otherwise publicly disclosed.

175.   Cohen's scheme to file his Form 144 late and in an unfavored but delayed publication manner had its intended effect.  While Cohen secretly cleaned out his holdings of Bed Bath's securities on August 16, 2022, and August 17, 2022, the price on both those days remained artificially high because of his scheme.  Cohen's representations in the Form 144 designed to mislead investors and the public about whether and when he had sold his holdings also succeeded to the extent that it limited the stock's price drop, as the price of the Company's stock closed at $18.55 from its previous day's closing price of $23.08.  On r/WallStreetBets, a thread that received over 5,400 upvotes doubted that any sales were imminent under those circumstances:



176.   Another thread entitled "RYAN COHEN DID NOT SELL HIS SHARES" on r/WallStreetBets received over 3,000 upvotes.  Some users there responded in agreement and concluded based on the language Cohen used that the Form 144 merely referenced a potential sale at some undetermined future date, not the massive, actual sales he had already made on August 16, 2022, and August 17, 2022.

177.   After the market closed on August 18, 2022, Cohen finally filed another amendment to his Schedule 13D and a Form 4, both of which disclosed that he had sold his entire stake in the Company between August 16, 2022, and August 17, 2022, and now had a 0% interest in it.

178.   Upon this final disclosure, the Company's stock price plunged over the next three days.  It closed at $11.03 on August 19, 2022, from its previous day's closing price of $18.55, on heavy trading volume, dropped further to close at $9.24 on August 22, 2022, and again slid to close at $8.78 on August 23, 2022.

**VIII.   BED BATH'S AND GOVE'S RECKLESSLY MISLEADING STATEMENTS**

On August 17, 2022, CNBC published a story entitled "Bed Bath & Beyond shares fall after investor Ryan Cohen reveals intent to sell entire stake."  The centerpiece of the story was a report on Cohen's Form 144, describing its contents, and speculating that "[i]f Cohen hypothetically managed to sell all of his Bed Bath common stock at Wednesday's closing price of $23.08, he'd net about $60 million, according to a CNBC calculation.  Cohen's hypothetical profits could [sic] [be] larger if he also sold the options contracts."  Lauren Thomas and Jesse Pound, *Bed Bath & Beyond shares fall after investor Ryan Cohen reveals intent to sell entire stake*, CNBC, (August 17, 2022, 4:41 PM), https://www.cnbc.com/2022/08/17/bed-bath-beyond-shares-fall-more-than-10percent-after-investor-ryan-cohen-reveals-intent-to-sell-entire-stake.html.  CNBC directly reached out to Bed Bath for comment on Cohen's Form 144.  Despite signing that representation, Cohen did not disclose that he had already sold 5 million of his shares by August 16.



BBBY Share Price, August 17, 2022

Reactions to Cohen's Form 144 filing were mixed. While some viewed the Form 144 has a sign that Cohen intended to immediately sell his holdings, many commenters on the r/WallStreetBets subreddit concluded that Cohen was merely giving himself the right to sell in the next 90 days. For example, Reddit user u/foyerhead posted: "Ryan Cohen did not sell. FORM 144 is the 'right' to sell. It does not mean you are selling or have sold. If you own 10% or greater of a company, you have to file the form giving you the

right to sell within the next 90 days."[45] Reddit user u/DeadSol echoed that assessment "Of course he didn't sell. He's an ape like us."[46]

In response, an emailed statement attributed to a woman with authority to speak media attention on behalf of Cohen's Form 144, however, Bed Bath said tried to reassure the market that Cohen and the Company was remained partners. That evening, a spokeswoman for Bed Bath told *CNBC.com* that the retailer is "pleased to have reached a constructive agreement with RC Ventures in March and are committed to maximizing value for all shareholders. "[47] In the emailed statement, the spokeswoman continued, "Specifically, we have been working expeditiously over the past several weeks with external financial advisors and lenders on strengthening our balance sheet," adding that the retailer will provide more information in an update at the end of the month.

The next day, on August 18, before markets opened, Bed Bath filed a Form 8-K, signed by CFO Gustavo Arnal, which disclosed a media statement that Bed Bath had released the previous day "in response to numerous media inquiries," which read:

179.    We were pleased to have reached a constructive agreement with RC Ventures in

March and are committed to maximizing value for all shareholders. We are continuing to execute

on our priorities to enhance liquidity, make strategic changes and improve operations to win back

customers, and drive cost efficiencies; all to restore our company to its heritage as the best desti-

nation for the home, for all stakeholders. Specifically, we have been working expeditiously over

the past several weeks with external financial advisors and lenders on strengthening our balance

sheet, and the Company will provide more information in an update at the end of this month."

Many Reddit users on the r/WallStreetBets subreddit understood Bed Bath's statement to represent that Cohen had not liquidated his holdings and that he remained a partner with Bed Bath and its board. For example, Reddit user u/SwearImNotACat posted Bed Bath's statement in a post entitled, "SBBBY AND RYAN COHEN UPDATE!" In response, Reddit user u/AssumptionGod1337 commented, "Very nice. Actual bullish news right after to counter that pathetic misleading headline earlier about RC liquidating. On August 18, 2022, Next two days should be interesting after this dip."

With many investors buoyed by Bed Bath's assurances, the Company's stock price opened at $27.00 per share on August 18, before the market opened, Bed Bath filed a Current Report on Form 8-K, in which it disclosed closing at $18.55, declining by 19.63% from the previous trading day, with a trading volume of more than 239 million shares.

Sixteen minutes after markets closed on August 18, Cohen filed another amended Schedule 13D, which finally disclosed that he had liquidated his entire position in Bed Bath securities, selling his remaining stock and call options on August 17. Cohen's filing listed the following transactions:

| Nature of the Transaction | Securities Sold | Price per | Date of Sale |
|---|---|---|---|

[45] https://www.reddit.com/r/wallstreetbets/comments/wqzdz0/ryan_co-hen_did_not_sell_shares_he_filed_a_form/

[46] https://www.cnbc.com/2022/08/17/bed-bath-beyond-shares-fall-more-than-10percent-after-investor-ryan-cohen-reveals-intent-to-sell-entire-stake.html

[47] https://www.cnbc.com/2022/08/17/bed-bath-beyond-shares-fall-more-than-10percent-after-investor-ryan-cohen-reveals-intent-to-sell-entire-stake.html

113

**Formatted:** Body Text, Justified, Indent: Left: 0", First line: 0.5", Line spacing: Double, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.58" + Indent at: 0.83"

| | Security ($) | | |
|---|---|---|---|
| Sale of Common Stock | 446,399 | 18.6848 | 08/16/2022 |
| Sale of Common Stock | 812,448 | 19.4817 | 08/16/2022 |
| Sale of Common Stock | 1,443,818 | 20.7834 | 08/16/2022 |
| Sale of Common Stock | 1,059,021 | 21.4209 | 08/16/2022 |
| Sale of Common Stock | 795,559 | 22.7092 | 08/16/2022 |
| Sale of Common Stock | 169,335 | 23.3293 | 08/16/2022 |
| Sale of Common Stock | 103,901 | 24.8685 | 08/16/2022 |
| Sale of Common Stock | 104,077 | 25.5918 | 08/16/2022 |
| Sale of Common Stock | 65,442 | 26.2713 | 08/16/2022 |
| Sale of Common Stock | 189,689 | 23.7337 | 08/17/2022 |
| Sale of Common Stock | 512,185 | 24.6266 | 08/17/2022 |
| Sale of Common Stock | 896,238 | 25.4997 | 08/17/2022 |
| Sale of Common Stock | 610,828 | 26.4432 | 08/17/2022 |
| Sale of Common Stock | 323,483 | 27.5756 | 08/17/2022 |
| Sale of Common Stock | 140,788 | 28.5122 | 08/17/2022 |
| Sale of Common Stock | 106,789 | 29.2192 | 08/17/2022 |
| Sale of 01/23 Call Option ($60 Strike Price) | 7,475 | 6.5466 | 08/17/2022 |
| Sale of 01/23 Call Option ($60 Strike Price) | 3,782 | 8.6177 | 08/17/2022 |
| Sale of 01/23 Call Option ($75 Strike Price) | 444 | 5.6596 | 08/17/2022 |
| Sale of 01/23 Call Option ($80 Strike Price) | 3,826 | 5.3433 | 08/17/2022 |
| Sale of 01/23 Call Option ($80 Strike Price) | 1,174 | 7.0264 | 08/17/2022 |

Soon thereafter, at around 4:42 PM, Cohen filed a Form 4 that disclosed the same transactions listed in his amended Schedule 13D.

That same day, at around 4:35 PM, *Bloomberg* posted an article entitled "Bed Bath & Beyond Taps Kirkland & Ellis for help Addressing Debt Load," reporting that BBBY hired the law firm Kirkland & Ellis "to help it address a debt load that's become unmanageable amid a sales slump, according to a person with knowledge of the decision."[48] The article continued: "Kirkland, typically known for its dominance in restructuring and bankruptcy situations, was tapped to advise the retailer on options for raising new money, refinancing existing debt, or both, according to the person, who asked not to be named discussing private company plans."

After the market learned about Cohen's sales, Bed Bath's stock price immediately collapsed, sliding by 46% in after-hours trading, and closing at $11.03 on August 19, representing a 40.54% drop from the previous day, with a trading volume of 136.5 million.

---

[48] https://www.bloomberg.com/news/articles/2022-08-18/bed-bath-beyond-is-said-to-tap-kirkland-ellis-for-debt-help#xj4y7vzkg



BBBY Share Price, August 17 to 18, 2022

~~In the weeks that followed, Bed Bath began to disclose the specifics of the Company's new turnaround strategy. On August 31, 2022, Bed Bath announced a what it called a "strategic and business update focused on changes intended to meet the demand of its customers, drive growth and profitability, and improve its balance sheet and cash flows," telling investors that it had secured $500 million in financing and that it would close 150 stores, cut jobs, and overhaul its merchandising strategy to turn around the business. To help finance the Company's new debt, Bed Bath announced that it would launch a stock offering of up to 12 million shares. In a press release issued the same day, Bed Bath also disclosed that its Strategy Committee of the Board of Directors, which included two of the directors selected by Cohen, had completed its review of the Buy Buy Baby banner and~~ that the Company had ~~made the following~~ ~~decided against selling or spinning off the baby stores, which had been the centerpiece of Cohen's proposed turnaround strategy for BBBY, stating:~~

> ~~The Strategy Committee of the Board of Directors, with the assistance of independent strategic and financial advisors, has completed a comprehensive review of the inherent value of the Company's buybuy BABY banner, which confirmed the banner's strategic potential. The Board of Directors believes that, at this time, buybuy BABY will deliver greater value for the Company's shareholders as part of the Bed Bath & Beyond Inc. portfolio.  The Board of Directors and management team have identified several strategies to implement impactful, organic changes to accelerate further growth and unlock the brand's full potential including building on its digital and registry platforms, addressing additional age groups and expanding products and services. The Board of Directors' Strategy Committee will continue to monitor the buybuy BABY business as it preserves optionality and future value creation.~~

~~Bed Bath's stock price fell 21.3% on the news, closing at $9.53 per share, falling another 8.6% the following day to close at $8.71 per share.~~

**Formatted:** Pattern: Clear

On September 29, 2022, Bed Bath announced its financial results for its fiscal second quarter, reporting that sales fell 28% to $1.44 billion for the three months ended Aug. 27, compared with $1.99 billion a year earlier. Same store sales, which excludes newly opened or closed locations, declined 26%, the company's net loss ballooned to $366 million, compared with a loss of $73 million in the same period a year ago, and its gross margin fell several percentage points as it cleared inventory it was unable to sell at full price. According to the Company, it finished the quarter with only $135.3 million of cash, down from $970.6 million a year earlier. Bed Bath's share price fell 4.02% on the news to $6.02 per share. In an article entitled "Bed Bath & Beyond's Losses Widen as Sales Drop 28%," the *Wall Street Journal* reported that Neil Saunders, managing director of research firm GlobalData PLC, in a note to clients, stated that "[t]here is nothing in these numbers that suggests the company has turned a corner; indeed, they firmly point to a business that is living on borrowed time."[49] Mr. Saunders, the *Wall Street Journal* reported, said that while the recently secured loans protected the retailer from imminent bankruptcy, they also weakened its balance sheet with liabilities now exceeding assets by over $500 million. "This isn't a sustainable position and, if it is to survive, Bed Bath & Beyond will need to make changes at a pace that would be challenging for a healthy company, let alone an ailing one."



BBBY Share Price, July to October 2022

**VI.    Defendants' Deceptive and Manipulative Acts**

During the Class Period, Defendant Cohen knowingly engaged in a manipulative scheme to deceive Bed Bath's public investors by knowingly or recklessly engaging in manipulative and deceptive acts for the purpose of artificially inflating the price and trading volume of Bed Bath securities so that Cohen could sell those shares at inflated prices at the expense of Bed Bath's public investors.

Cohen accomplished this by, among other things, (i) circulating or disseminating information to induce transactions in Bed Bath securities; (ii) filing materially misleading reports with the SEC that concealed his plans to liquidate his entire ownership stake in Bed Bath; (iii) secretly instigating and coordinating the

[49] https://www.wsj.com/articles/bed-bath-beyonds-losses-widen-as-sales-drop-28-11664452190

promotion of Bed Bath securities by third parties on social-media platforms; (iv) effecting transactions in Bed Bath securities by retail investors; and (v) concealing his liquidation of his entire holdings of Bed Bath securities.

*First,* Cohen circulated or disseminated his August 12 statement on Twitter that included a "moon" emoji in connection with a statement about Bed Bath that Cohen knew, or was reckless in not knowing, would be understood by retail investors who followed his statements closely to represent Cohen's expectation that the price of Bed Bath securities would or was likely to rise because of market operations and the natural interplay of supply and demand. Cohen knew, or was reckless in not knowing, that his August 12 statement would be understood by these retail investors to be informed by his status as one of Bed Bath's largest shareholders, and influence on and involvement with the Company's management and turnaround strategy.

*Second,* Cohen filed reports with the SEC on August 15 and 16 that he knew, or was reckless in not knowing, would be understood by investors to represent that Cohen was maintaining his significant ownership of Bed Bath securities, that Cohen had not formulated or was not likely to formulate an intent or plans to sell those securities, and that Cohen expected that the price of Bed Bath securities would or was likely to rise because of market operations and the natural interplay of supply and demand. Cohen knew, or was reckless in not knowing, that investors had already relied on his previously filed reports of his beneficial ownership of and transactions in Bed Bath securities to guide their investment decisions, and that his August 15 and 16 filings would be understood by investors to confirm their beliefs that the price of Bed Bath securities would or was likely to rise.

*Third,* Cohen knew, or was reckless in not knowing, that by circulating or disseminating the information and reports above, he would instigate the circulation or dissemination of his statements in response to media inquiries on , as well as further promotion of Bed Bath's securities, by third parties on social-media platforms such as Twitter and Reddit, which were targeted at retail investors.

*Fourth,* Cohen knew, or was reckless in not knowing, that by carrying out the deceptive and manipulative acts above, he would affect substantial transactions in Bed Bath securities by retail investors that would artificially inflate the price and trading volume of those securities, providing the liquidity Cohen needed to secretly sell his entire holdings of Bed Bath securities at a profit at the expense of the Company's public investors.

*Fifth,* Cohen concealed his liquidation of his entire holdings of Bed Bath securities by failing to promptly file reports with the SEC that disclosed his plans, proposals, or intent to sell Bed Bath securities, and failed to promptly file reports with the SEC that disclosed his liquidation of his holdings of Bed Bath securities, in violation of Section 13(d) and 16(a) of the Exchange Act.

Under Section 13(d) of the Exchange Act, when a person acquires beneficial ownership of more than 5% of a voting class of a company's equity securities, such person (colloquially known as a Section 13(d) filer) or group is required to publicly update—through a Section 13(d) filing with the SEC—his or her ownership interest within ten days. Also, after an investor reaches the 5% ownership threshold and becomes a Section 13(d) filer, he or she must report additional purchases or sales *promptly* on Schedule 13D or 13D/A so that public shareholders and the SEC are aware of the transactions. Additionally, under Section 13(d) and Rule 13d-101, Section 13(d) filers are required to disclose "any plans or proposals" relating to "the disposition of securities of the issuer." 17 C.F.R. § 240.13d-101.

As explained above, Cohen and RC Ventures filed reports on Form 3 and Schedule 13D on August 15 and 16 that failed to disclose Cohen had planned, proposed, or formulated an intent, or was likely to plan, propose, or intend, to sell some or all of his holdings in Bed Bath securities. Then, Cohen and RC Ventures failed to promptly file amendments on Schedule 13D to disclose his transactions in Bed Bath securities. Specifically, on August 16, 2022, Cohen sold 5 million shares of Bed Bath common stock, which constituted 6.25% of the Company's outstanding shares and which reduced Cohen's total beneficial ownership to approximately 5.57%. The next day, on August 17, Cohen sold his remaining holdings of 2.78 million shares of Bed Bath common stock and 16,701 call options. Cohen did not disclose these sales until he filed the August 17, 202218, 2022 Schedule 13D/A and Form 4 after the markets had closed.

### VII.   Defendants' False and Misleading Statements

During the Class Period and as described below, Defendants made materially false and misleading statements and omissions in violation of Sections 10(b), 18(a), 20(a) of the Exchange Act and Rule 10b-5(b).

**A.   Cohen's and RC Ventures' false and misleading statements**

*First*, Cohen made materially misleading statements on Twitter that misrepresented and concealed material facts concerning Cohen's beliefs about the expected performance of Bed Bath securities and Cohen's coordinated effort to aggressively liquidate his holdings of Bed Bath securities at the expense of the Company's public investors. Specifically, Cohen posted an August 12 tweet concerning Bed Bath in response to a news article reporting an analyst's conclusion that the Company's stock price was worth as little as $1 per share. In the tweet, Cohen included an emoji resembling a "moon" that Cohen knew, or was reckless in not knowing, would be understood by the retail investors who followed his statements on Twitter, Reddit, and other social-media platforms to mean that Cohen believed that the price of Bed Bath's securities was likely to go "to the moon." Cohen knew, or was reckless in not knowing, that investors would understand his belief to be informed based on his involvement and influence in Bed Bath's turnaround strategy and plans.

*Second*, on August 15, 2022, Cohen and RC Ventures filed a Form 3 disclosing that together, they collectively beneficially owned more than 10% of BBBY's outstanding shares of common stock and thus qualified as an insider under Section 16(a). Cohen's Form 3 listed April 21, 2022, the day the 2022 10-K was filed, as the "date of event requiring statement," and identified as his holdings the same 9,450,100 shares that he beneficially owned as of March 7, 2022, consisting of 7,780,000 shares of common stock and 1,670,100 shares underlying call options. This filing was false or misleading because it omitted to disclose Ryan's having an intent or plan to sell some or all of his Bed Bath securities.

*Third*, on August 16, 2022, Cohen filed a second amendment to his Schedule 13D. Like his Form 3, the amended Schedule 13D did not disclose any new transactions. Instead, Cohen stated that the amendment "was triggered solely due to a change in the number of outstanding Shares of the Issuer." This was false and misleading because the amendment was not triggered "solely" due to a change in the number of outstanding shares. The amended Schedule 13D also stated that "[t]here have been no transactions in securities of the Issuer by the Reporting Persons during the past sixty days nor since the filing of Amendment No. 1 to the Schedule 13D." This was false and misleading because it failed to disclose that Cohen had sold, had planned, proposed, or formulated an intent to sell, or was likely to plan, propose, or formulate an intent to sell all or some of Cohen's holdings of Bed Bath securities, and had taken steps to liquidate his holdings of Bed Bath securities.

*Fourth*, on August 16 and 17, 2022, after he had engaged in transactions to sell all or some of his holdings of Bed Bath securities, Cohen failed to promptly disclose those transactions in an amendment to his Schedule 13D or in a Form 4 in violation of Sections 13(d) and 16(a) of the Exchange Act.

*Fifth*, on August 16, 2022, Cohen and RC Ventures filed a Form 144 that disclosed his intent to sell his entire holdings of Bed Bath securities. Under Rule 144(h), Cohen was required to transmit the Form 144 concurrently with either the placing with a broker of an order to execute a sale of securities in reliance upon Rule 144 or the execution directly with a market maker of such a sale. In addition, Rule 144 required Cohen to disclose all securities that he had sold during the previous three months. Cohen did not transmit his Form 144 until after he had placed with a broker an order to execute a sale of Bed Bath securities in reliance upon Rule 144 or had executed directly with a market maker of such a sale in violation of Rule 144. Cohen also failed to disclose the securities that he had already sold on August 16 at the time he transmitted the Form 144 for filing.

**B.   Bed Bath's false and misleading statements**

~~171.~~180.   On August 17, Bed Bath released statements to the media in response to multiple media inquiries about the Form 144 transmitted by Cohen and RC Ventures, which was

> **Formatted:** Body Text, Justified, Indent: Left: 0", First line: 0.5", Line spacing: Double, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.58" + Indent at: 0.83"

~~released publicly at approximately 3:45 PM that day. The statement, which Bed Bath also included~~

~~in a Form 8-K filed on August 18, read as follows~~:

> We were pleased to have reached a constructive agreement with RC Ventures in March and are committed to maximizing value for all shareholders. We are continuing to execute on our priorities to enhance liquidity, make strategic changes and improve operations to win back customers, and drive cost efficiencies; all to restore our company to its heritage as the best destination for the home, for all stakeholders. Specifically, we have been working expeditiously over the past several weeks with external financial advisors and lenders on strengthening our balance sheet, and the Company will provide more information in an update at the end of this month.

181.    As the Interim CEO of Bed Bath in August 2022, Gove had ultimate authority over the statements identified in Paragraphs 179 and 180, and authorized their release and dissemination. In June 2022, just before her appointment as Interim CEO, Bed Bath entered into a settlement agreement for past improper practices acknowledging its CEO's "responsibility to oversee the accuracy, completeness and timeliness" of "material public disclosures made by the Company to its security holders or the investment community." The settlement agreement, which Bed Bath posts on the corporate governance portion of its website, also requires the CEO and CFO to comply with policies and procedures set by a Disclosure Committee "to ensure that information required to be disclosed by the Company in its filings with the SEC and other material information that the Company discloses to the investment community is reported accurately and timely." Thus, Gove's specific responsibilities required her to oversee the contents of the August 17, 2022 emailed statement to CNBC and the August 18, 2022 Form 8-K. In addition, Gove, as Chairman of the Strategy Committee until July 2022, knew that material, nonpublic information about the Company was shared with Cohen.

182.    The statements identified in Paragraphs 179 and 180 were materially misleading when made because the Company omitted to disclose that Cohen and RC Ventures had already formed a plan to liquidate all their holdings and, in fact, had already liquidated the vast majority if

not all of their holdings before these statements were made.  In addition, by speaking about the Company's attempt to "enhance liquidity" and seek additional financing to "strengthen" its balance sheet, the Company put these issues at play but failed to disclose that the 2022 Credit Agreement eliminated the strategic plan vigorously advanced by Cohen, undermining any incentive for him to remain a holder of Bed Bath securities.  As a result, the Company's relationship with Cohen was no longer "constructive," and Cohen's decision to exit from his positions undermined the Company's stated goal of "maximizing value for all shareholders."

183.    Indeed, reactions from retail investors confirm the materially misleading nature of Bed Bath's statements identified in Paragraphs 179 and 180.  At 8:01 PM on August 17, 2022, a user posted a thread on r/WallStreetBets entitled "$BBBY AND RYAN COHEN UPDATE!" that posted a link to an article published by Reuters regarding the Company's statements identified in Paragraphs 179 and 180.  The thread received over 1,800 upvotes.  A comment on the thread stated: "Very nice.  Actual bullish news right after to counter that pathetic misleading headline earlier about RC liquidating.  Next two days should be interesting after this dip." Another user named u/Glass_Cellist_345 interpreted Bed Bath's statements to mean that "they've agreed to leverage buy buy baby to bring in Capitol.  BULLISH AF!"  Another user commented: "To the moon baby[.]"  And user u/Jfri33ss asked whether "[t]his means buy BBBY… Right?"

184.    The statements identified in Paragraphs 179 and 180 were recklessly ~~This statement was false and~~ misleading when made for, at least, the following reasons:

(A)     Gove and other senior executives knew or recklessly disregarded that Cohen had lost interest in Bed Bath securities because the 2022 Credit Agreement effectively destroyed Cohen's turnaround strategy and his ultimate interest in retaining his holdings;

(B)     Gove and other senior executives knew or recklessly disregarded the facts

described in Paragraph 184 (A) because the Strategy Committee of the Board of Directors, which Gove chaired, and other senior executives at Bed Bath informed Cohen about the options considered for buybuy BABY's future before Cohen liquidated~~it omitted to dis-close that Cohen and RC Ventures had liquidated, had begun to liquidate, or intended to liquidate~~ the entirety of his interests in Bed Bath securities; and

(C)     Even if the Company or Gove did not know that Cohen had already formed a plan to sell the entirety of his holdings, their failure to check whether Cohen had done so or otherwise investigate or question whether he rendered the Company's statements reck-lessly misleading when made.     ~~holdings of Bed Bath securities.~~

## IX.     ADDITIONAL ALLEGATIONS OF SCIENTER

185.    As fully described in Paragraphs 119 through 137 and Paragraphs 146 through 174, Cohen knew material, nonpublic information about the Company's deteriorating liquidity and crushing debt burden that prevented a sale or spinoff of buybuy BABY before investors could fully understand the ramifications of what Cohen had learned from insiders at Bed Bath.  Cohen knew about this information before he made misleading statements on Twitter on August 12, 2022, and before he filed false filings with the SEC on August 16, 2022.  As such, Cohen formed a plan or proposal to sell his holdings in Bed Bath before the Class Period began.  Cohen knew that it vio-lated the law to misuse material, nonpublic information when he formed a plan to sell Bed Bath's securities because he acknowledged that fact in his Cooperation Agreement with the Company. Importantly, Cohen also concealed that he had planned to dispose of Bed Bath's securities before he commenced his scheme to defraud and manipulate the market for the Company's stock on Au-gust 12, 2022.

186.    Similarly, Bed Bath either knew or recklessly disregarded that Cohen had already

121

> **Formatted:** Body Text, Justified, Indent: Left:  0.5", Right:  0.08", Line spacing:  Double

started to sell his shares, and that the Company's rejection of his strategy changed his intention to remain "maniacally focused" on the Company's long-term prospects, when it made misleading statements to CNBC in direct response to questions about Cohen's trading on August 17, 2022, for the reasons explained in Paragraphs 179 through 184.  If Bed Bath did not know that Cohen had already sold his holdings in large amounts, then it recklessly made misleading statements in response to direct questions about Cohen's sales from the media when Bed Bath and Gove could have easily checked with Cohen and ascertained the truth.  In addition, if Bed Bath and Gove did not know about Cohen's sales, then their decision to overlook such a significant event with negative consequences for the Company's investors without further questioning or investigation is also reckless.

187.    Cohen was also motivated to sell his holdings because, in August 2022, Bed Bath was preparing for an at-the-market offering of 12 million shares, or 15% of the outstanding shares at that time, to shore up its balance sheet.  This would dilute Cohen's holdings and depress the stock price further when Cohen's holdings were already underwater.  Before the Class Period, in December 2020, Cohen expressed anger at GameStop's decision to raise additional capital because he believed that it would dilute existing shareholders, including himself.  Indeed, on October 28, 2022, Bed Bath extended its equity offering up to an aggregate amount of $150 million, which then represented nearly 40% of the Company's market capitalization.  In addition to the Company's rejection of his desired spinoff strategy, this dilution would further render Cohen irrelevant if he continued to hold on to his shares.

188.    In addition, Cohen and Bed Bath CFO Arnal had a powerful motive to commit fraud.  Just before the Class Period began, Cohen's investment in Bed Bath had lost 82% of its value, falling from a high of $211.84 million on March 29, 2022 to $35.78 million on July 26,

2022. Cohen had lost over $83.58 million, and his call options were on track to be worthless. Between August 16, 2022, and August 17, 2022, Cohen earned over $188 million from his sales of Bed Bath's securities for an approximate profit of over $68 million compared to the prices he paid to purchase his holdings at the beginning of 2022. These sales were dramatically out of line with his prior trading history because he did not sell any shares of the Company before the Class Period. They were also unusual in amount and suspiciously timed to take advantage of the Company's artificially inflated stock price, which was inflated because of Cohen's deceptive, manipulative acts and false and misleading statements.

189.   Cohen's sales also appear to be coordinated with Arnal's sales. From August 16, 2022, through August 17, 2022, on the same days that Cohen dumped the majority of his shares, Arnal also sold over 55,000 shares of the Company's common stock for proceeds of $1.404 million as shown in the chart below:

| Date of the Sale | Securities Sold | Price per Security ($) | Proceeds |
|---|---|---|---|
| 08/16/2022 | 10,000 | 24.95 | $249,500.00 |
| 08/16/2022 | 10,000 | 27.45 | $274,500.00 |
| 08/16/2022 | 7,500 | 20 | $150,000.00 |
| 08/16/2022 | 7,500 | 22.45 | $168,375.00 |
| 08/16/2022 | 7,513 | 24.95 | $187,449.35 |
| 08/17/2022 | 12,500 | 29.95 | $374,375.00 |
| | | **Total:** | **$1,404,199.35** |

190.   Arnal's sales were unusual in both timing and volume. Between January 2022 and August 11, 2022, Arnal did not sell any stock. He only surrendered shares to the Company for total proceeds slightly over $302,000 to satisfy his tax withholding obligations. These transactions do not figure into an insider trading analysis.

191.   Arnal signed both the 2021 Credit Agreement and the 2022 Credit Agreement. As the CFO of Bed Bath at that time, Arnal was the senior executive with the most hands-on

experience in managing the Company's precarious finances and negotiating with its lenders.  Arnal also spoke with Cohen on conference calls as confirmed by *The WSJ*'s reporting.  *See* Paragraph 124.  As CFO, acting within the course of his responsibilities to Bed Bath, Arnal's knowledge is imputed to Bed Bath.

192.    On September 2, 2022, two days after the 2022 Credit Agreement was executed, Arnal jumped to his death from his apartment building in New York City.  The New York City Medical Examiner's Office ruled his death a suicide.  On September 7, 2022, *The WSJ* published an article entitled "Inside Bed Bath & Beyond, Concerns Over Mounting Stress for CFO."  It reported that, shortly before his untimely death, Arnal had told colleagues that "he was stressed from the attention that his stock sales generated, saying that people and some media outlets mis-interpreted it and didn't acknowledge that it was preplanned, [according to] the people familiar with the matter."  Cara Lombardo, Sharon Terlep, and Suzanne Kapner, *Inside Bed Bath & Be-yond, Concerns Over Mounting Stress for CFO*, THE WALL STREET JOURNAL (September 7, 2022, 8:30 PM), https://www.wsj.com/articles/inside-bed-bath-beyond-concerns-over-mounting-stress-for-cfo-11662589539.  However, Arnal's Form 4, filed on August 18, 2022, does not provide any details about the specific terms of this alleged Rule 10b5-1 trading plan that could substantiate his assertion, and academic research shows that such plans are abused to trade on inside information.  Upon Arnal's death, his remaining shares worth almost $5 million vested in full, and the proceeds are expected to pass to his heirs under the Company's compensation policy.

193.    Finally, Cohen's own post-Class Period admissions are indicative of scienter.  On December 7, 2022, Cohen spoke at length with Fonicello of GMEdd.com.  Fonicello asked Cohen: "What did you know about the enthusiasm from some retail investors over GameStop on digital communities like WallStreetBets?"  Cohen responded that he noticed the attention when he "lost

124

[his] 13D virginity in August of 2020, so I was a late bloomer, and that's when I noticed retail activity.  And then when I filed subsequent amendments, I noticed it."  Joe Fonicello, *The Ryan Cohen Interview with Joe Fonicello of GMEdd.com* (November 20, 2022), https://www.youtube.com/watch?v=uN2Dw8AOdMk. Between August 2020 and August 2022, Cohen filed Schedule 13D and Schedule 13D/A nine times.  Each time he filed these forms with the SEC, the stock price was buoyed by retail investors and increased significantly upon their filing.  By his own admission, Cohen knew the consequences of filing a delayed Schedule 13D/A on August 16, 2022, and omitting material information from it.  Cohen's admission of knowledge about the effect and consequences of his Schedule 13D filings renders implausible any assumptions of innocence or mistake concerning why he failed to file these Forms when he was required to do so or why they were filed after Cohen formed an intent to sell all his holdings, but did not disclose that he had made a plan to sell shares before he filed them.

194.    In his one-on-one with Fonicello, Cohen was also asked to explain why he sold his positions in Bed Bath.  Cohen claimed that "[m]y views of the business clearly changed, and I was highly critical of the strategy and the strategy in the letter that I put out.  In general, it's rare to see a company go from aggressively repurchasing shares to losing a lot of money.  And so when I saw that and I saw the results, my views changed of the business, and ultimately I sold."  Joe Fonicello, *The Ryan Cohen Interview with Joe Fonicello of GMEdd.com* (November 20, 2022), https://www.youtube.com/watch?v=uN2Dw8AOdMk.  These excuses only bolster an inference of fraud.  The Company had lost money quarter after quarter before Cohen purchased his shares and quarter after quarter when he held his shares.  Nothing changed between August 12, 2022, and August 16, 2022, when he manipulated the market and made false and misleading statements. There was no new information about the Company's losses publicly disclosed in those five days.

195.   Even assuming that Cohen learned new information about the Company's losses from the second quarter of 2022, then that was material, nonpublic information that he could not use to sell his shares because the Company had not yet publicly announced its financial results for that quarter.  The same applies to Cohen's reference to the Company's "results" in his later inter-view with Fonicello, since those results had not been released when he pumped and dumped Bed Bath's shares and call options.  Of course, Cohen did not bother to explain why he told retail investors to take the Company's stock to the moon days before he dumped his entire stake.  As such, Cohen's excuses ring hollow and enhance an inference of scienter.

## X.   SUBSEQUENT EVENTS ENHANCE AN INFERENCE OF SCIENTER

196.   After the Class Period ended, news about the Company's deteriorating performance and the intensity of the problems that existed as far back as late 2021 and existed throughout 2022 began to emerge.  These later emerging facts further support that Company insiders like Cohen and Gove knew facts or had access to information unavailable to other investors, including the Company's dire need for additional financing and the unlikelihood of a sale or spinoff of buybuy BABY as a result.

197.   Two days after Cohen sold his entire stake in the Company, on August 19, 2022, Bloomberg reported that suppliers had restricted or halted shipments because Bed Bath had failed to make payments, and firms that provided credit insurance or short-term loans to vendors had revoked coverage of Bed Bath.  The Bloomberg story also reported additional facts about the mag-nitude of the liquidity crisis that existed before the Class Period, and that Cohen knew about, and Bed Bath had concealed.  Bed Bath was in arrears with all respondents according to a survey conducted by Pulse Ratings seen by Bloomberg.

198.   On August 22, 2022, analysts at Wedbush Securities discerned that the restrictions

on shipments placed by suppliers combined with Bed Bath's aggressive markdowns earlier would constrain the Company's access to the ABL Facility because the ability to tap additional funds from the revolver was based on the market value of Bed Bath's inventory balance.  *See* Seth Basham, Nathan Friedman, and Matthew McCartney, *Shares Still Overvalued as Challenges Rise*, WEDBUSH SECURITIES, August 22, 2022, at 1.

199.    To contain its cash burn, on August 31, 2022, Bed Bath announced that it would slash its workforce by approximately 20%, close 150 stores, and cut capital expenditures by $150 million.  On the same day, the Company finally disclosed that it would not sell or spinoff buybuy BABY and filed a Prospectus Supplement for an at-the-market offering for $12 million in another attempt to boost cash even though, by then, the stock price plummeted over 60% from its high of $23.08 on August 17, 2022.

200.    On September 1, 2022, analysts from Raymond James downgraded Bed Bath, concluding that the new financing under the 2022 Credit Agreement "only kicks the can down the road" because the Company's business trends remained "abysmal" with no improvement in sales and a "sizeable" cash burn.  Samantha Subin, *Raymond James downgrades Bed Bath & Beyond, says turnaround plan 'only kicks the can down the road'*, CNBC, (September 1, 2022, 7:19 AM), https://www.cnbc.com/2022/09/01/raymond-james-downgrades-bed-bath-beyond-says-turnaround-plan-only-kicks-the-can-down-the-road.html.  They further concluded that Bed Bath's need to preserve cash would limit its ability to remodel stores and increase store traffic.  *Id.*

201.    Over the next few days, news about the broad consequences of the Company's cash crunch continued to leak.  On September 6, 2022, a vendor interviewed by the Sourcing Journal said that his business refused to approve orders at the beginning of 2022 because Bed Bath's "cash crunch was too serious to ignore" even then.  Vicki M. Young, *Unpacking Bed Bath & Beyond's*

*'Self-Inflicted' Crisis*, SOURCING JOURNAL, (September 6, 2022, 7:32 pm), https://sourcingjour-nal.com/home/home-news/bed-bath-beyond-cfo-suicide-gustavo-arnal-securities-fraud-lawsuit-ryan-cohen-369901/.  The Sourcing Journal's check in credit circles confirmed that insurers had for some time and were still refusing to issue credit insurance for shipments to Bed Bath.  On September 29, 2022, *The WSJ* reported that Bed Bath employees with personal knowledge con-firmed that the Company had not paid some suppliers since September 2021.  *See* Suzanne Kapner, *Bed Bath & Beyond's Losses Widen as Sales Drop 28%*, THE WALL STREET JOURNAL, (September 29, 2022, 9:52 PM), https://www.wsj.com/articles/bed-bath-beyonds-losses-widen-as-sales-drop-28-11664452190.

202.    Also on September 29, 2022, Bed Bath reported its financial results for the second quarter of 2022 ending August 27, 2022, only 9 days after the end of the Class Period.  Net sales continued to decline by double digits with a year-over-year decline of 28%.  Net losses over the same year-over-year period increased from $73 million to $366 million.  Gross margins fell be-cause the Company was unable to sell inventory at full price.  The Company burned through $300 million in cash in the quarter, ending with a $166.7 million balance compared to over $1 billion a year earlier.

203.    In a quarterly report filed with the SEC on Form 10-Q on the same day, Bed Bath admitted that vendors and suppliers had demanded more stringent payment terms, standby letters of credit and/or advanced payment of invoices since August 2022.  In that same 10-Q, the Com-pany stated that it had borrowed an additional $175 million under the ABL Facility with the total amount of borrowings now equal to $725 million.

204.    On September 30, 2022, analysts at Wedbush Securities opined that the Company may not have sufficient liquidity for the rest of the year if its vendors and suppliers continued to

demand stricter terms and that only a bankruptcy filing could alleviate the cash burden.  *See* Seth Basham, Nathan Friedman, and Matthew McCartney, *F2Q22 Review: No Signs of Stabilization*, WEDBUSH SECURITIES, September 30, 2022, at pp. 1-2.

205.    On October 18, 2022, Bed Bath announced that it commenced an offer to exchange its bonds due in 2024, 2034 and 2044 with new notes that extended the maturity dates.  *See also* Paragraphs 132 through 133.  The Company commenced this exchange offer because the maturity date on the ABL Facility would accelerate from August 2026 to May 2024 if the bonds due in August 2024 remained outstanding in excess of an aggregate amount of $50 million.

206.    On January 5, 2023, the Company filed with the SEC a Current Report on Form 8-K, announcing the termination of the exchange offer "as a result of the conditions applicable thereto not being satisfied."  As a result, bondholders who tendered their notes would receive no consideration.  In a press release attached to the Form 8-K, the Company stated that it would delay the filing of its quarterly report for the third quarter of 2022.  The press release also disclosed that there was substantial doubt about the Company's ability to continue as a going concern, and management continued to consider all strategic alternatives, including seeking relief under the U.S. Bankruptcy Code.  In response, analysts and financial publications widely expected the Company to declare bankruptcy within weeks.

207.    On January 10, 2023, the Company announced its financial results for the third quarter of 2022.  The year-over-year decline in net sales was 33% and buybuy BABY's sales declined in the low-twenties percent range.  Net losses increased to $392.9 million.  The Company burned through another $300 million in cash in the third quarter of 2022.  In a conference call held to announce the quarterly results on the same day, Gove admitted that vendors had demanded stricter payment terms, which negatively impacted the Company's ability to improve sales as

shelves remained empty during the quarter.

208.    On January 26, 2022, the Company filed with the SEC a delayed quarterly report on Form 10-Q for the third quarter of 2022.  In it, the Company disclosed that, on January 13, 2023, default events were triggered under the 2022 Credit Agreement, and as a result, on January 25, 2023, the administrative agent of the ABL Facility notified the Company that all outstanding principal, accrued interest and fees were due and payable immediately.  The default occurred, in part, because Bed Bath overdrew on the ABL Facility.  By the end of January 2023, the Company had borrowed over $1.1 billion pursuant to the revolver and had more than $1 billion in senior notes outstanding.

209.    In the 10-Q, the Company also disclosed that it did not have sufficient funds to pay the amounts due under the 2022 Credit Agreement, and as a result, Bed Bath would continue to consider restructuring its debts under the U.S. Bankruptcy Code.

## LEAD PLAINTIFF'S CLASS ACTION ALLEGATIONS

### VIII.   Lead Additional Allegations of Defendants' Scienter

The facts discussed above show that Cohen knew, or was reckless in not knowing, that the public documents and statements which he caused to be issued, circulated, or disseminated were materially false or misleading.

In addition, Defendant Cohen's sales of Bed Bath securities at artificially inflated prices earned him approximately $58 million in illicit profits. Cohen's Class Period sales were highly unusual and unprecedented in terms of their timing, size, and frequency when compared to his pre-Class Period selling history. A review of Form 4s filed with the SEC prior to the start of the Class Period reveals that these sales were highly irregular compared to Cohen's sales prior to the Class Period. Before the Class Period, Cohen never made any sales of Bed Bath securities.

Thus, Cohen had a powerful personal motive to inflate Bed Bath's stock price and maintain those inflated prices so that he could gain over $58 million in profit from his sales of Bed Bath securities. These sales came at a time when BBBY stock price was artificially inflated by Cohen's manipulation and materially misleading filings on Form 3 and Schedule 13D.

During the Class Period, Bed Bath's CFO Gustavo Arnal also sold 54,913 shares of Bed Bath common stock while in possession of material nonpublic information concerning Bed Bath's operations, finances, financial condition, and turnaround strategy. Arnal's stock sales earned him more than $1.28 million in proceeds, as summarized in the following chart:

| Transaction Date | Amount | Price | Proceeds |
|---|---|---|---|
| 8/16/2022 | 10,000 | $24.95 | $249,500.00 |
| 8/16/2022 | 10,000 | $27.45 | $274,500.00 |
| 8/16/2022 | 7,500 | $20 | $150,000.00 |
| 8/16/2022 | 7,400 | $22.45 | $166,130.00 |
| 8/16/2022 | 7,513 | $24.95 | $187,449.35 |
| 8/16/2022 | 12,500 | $20.95 | $261,875.00 |
| | | Total: | $1,289,454.35 |

### IX.    Loss Causation and Economic Loss

As detailed above, Defendants engaged in a scheme to deceive the market and a course of conduct that artificially inflated and maintained the price of Bed Bath securities and operated as a fraud on investors in Bed Bath securities during the Class Period. This scheme was accomplished both by: (1) manipulating the market for Bed Bath securities; and (2) failing to disclose and misrepresenting Defendants Cohen's and RC Ventures' holdings and transactions in Bed Bath securities

Defendants' scheme caused Bed Bath securities to artificially inflate in price from $11.04 to a high of $30 per share and forced investors who held short positions before the Class Period to purchase Bed Bath securities at these artificially inflated prices in order to "cover" their short positions when they otherwise would not have, causing real economic loss. Any investor that purchased during this period suffered significant damages as a result of having to purchase shares whose price was artificially inflated by the short squeeze created by Defendants' market manipulation.

Defendants' false and misleading statements and omissions regarding Cohen's and RC Venture's holdings and transactions in Bed Bath securities also artificially inflated the price of Bed Bath securities. As the truth was disclosed through a series of partial corrective disclosures, the price of Bed Bath securities declined significantly, causing real economic loss to those who purchased such securities during the Class Period at artificially inflated prices.

Additionally, when Cohen's market manipulation scheme ended, the price of Bed Bath securities declined significantly as the prior artificial inflation came out of the price of those securities, causing real economic loss to those who transacted Bed Bath securities during the Class Period at artificially inflated prices.

As a direct result of their purchases of Bed Bath securities during the Class Period, Plaintiff and the other Class members suffered economic loss and damages under the federal securities laws. Plaintiff and the Class would not have purchased at the prices they paid, or at all, but for Defendants' manipulative conduct and the resulting artificial inflation in the price of Bed Bath securities. The economic loss and damages suffered by Plaintiff and the other Class members resulted from Defendants' fraudulent scheme to manipulate the market and to artificially inflate and maintain the price of Bed Bath securities causing a subsequent decline in the value of the securities when Defendants' prior misrepresentations and other fraudulent conduct were revealed.

### X.    Applicability of Presumption of Reliance

**A.   Rule 10b-5(a) and (c) Claims**

To the extent the element of reliance must be established for Plaintiff's Rule 10b-5(a) and (c) market manipulation claims, Plaintiff is entitled to a presumption of reliance.

Plaintiff's market manipulation claims are entitled to a presumption of reliance under *Affiliated Ute Citizens of Utah v. U.S.*, 406 U.S. 128 (1972) ("*Affiliated Ute*"), because Plaintiff's market manipulation claims exclusively involve omissions to the market.

Plaintiff's market manipulation claims are also entitled to a presumption of reliance under the fraud-on-

131

~~the market doctrine under *Basic v. Levinson*, 485 U.S. 224 (1988) ("*Basic*") because, during the Class Period, the market for Bed Bath securities was an efficient market for these reasons, among others:~~

~~Bed Bath's common stock is actively traded on the NASDAQ, a highly efficient, electronic stock market;~~

~~As a regulated issuer, Bed Bath filed periodic public reports with the SEC;~~

~~Bed Bath's common stock traded at high weekly trading volumes;~~

~~Bed Bath was eligible to file registration statements with the SEC on Form S-3;~~

~~The market reacted promptly to public information disseminated by Bed Bath;~~

~~Bed Bath regularly communicated with public investors via established market communication mechanisms, including regular disseminations of press releases on the national circuits of major newswire services and other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services;~~

~~Bed Bath was regularly covered throughout the Class Period by financial analysts, and each of these reports was publicly available and entered the public marketplace;~~

~~Bed Bath was regularly covered throughout the Class Period by the financial news;~~

~~The material misrepresentations and omitted material facts alleged would tend to induce a reasonable investor to misjudge the value of Bed Bath securities; and~~

~~Without knowledge of the misrepresented or omitted material facts alleged, Plaintiff and other members of the Class transacted Bed Bath securities between the time Defendants misrepresented or failed to disclose material facts and the time the true facts were disclosed.~~

~~Accordingly, Plaintiff and other members of the Class relied, and are entitled to have relied, upon the integrity of the market prices for Bed Bath securities and are entitled to a presumption of reliance on Defendants' materially false and misleading statements and omissions during the Class Period.~~

~~**B.   Rule 10b-5(b) Claim**~~

~~Plaintiff's Rule 10b-5(b) claims are entitled to a presumption of reliance under *Affiliated Ute*, since those claims are similarly based on material omissions of fact that Defendants had a duty to disclose. These claims are also entitled to a presumption of reliance under the fraud-on- the-market doctrine under *Basic* because, during the Class Period, the market for BBBY common stock was an efficient market for these reasons, among others:~~

~~Bed Bath's common stock is actively traded on the NASDAQ, a highly efficient, electronic stock market;~~

~~As a regulated issuer, Bed Bath filed periodic public reports with the SEC;~~

~~Bed Bath's common stock traded at high weekly trading volumes;~~

~~Bed Bath was eligible to file registration statements with the SEC on Form S-3;~~

~~The market reacted promptly to public information disseminated by Bed Bath;~~

~~Bed Bath regularly communicated with public investors via established market communication mechanisms, including regular disseminations of press releases on the national circuits of major newswire services and other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services;~~

~~Bed Bath was regularly covered throughout the Class Period by financial analysts, and each of these reports was publicly available and entered the public marketplace;~~

132

Bed Bath was regularly covered throughout the Class Period by the financial news;

The material misrepresentations and omitted material facts alleged would tend to induce a reasonable investor to misjudge the value of Bed Bath securities; and

Without knowledge of the misrepresented or omitted material facts alleged, Plaintiff and other members of the Class transacted Bed Bath securities between the time Defendants misrepresented or failed to disclose material facts and the time the true facts were disclosed.

Accordingly, Plaintiff and other members of the Class relied, and are entitled to have relied, upon the integrity of the market prices for Bed Bath securities and are entitled to a presumption of reliance on Defendants' materially false and misleading statements and omissions during the Class Period.

Accordingly, Plaintiff and other members of the Class relied, and are entitled to have relied, upon the integrity of the market prices for Bed Bath securities, and are entitled to a presumption of reliance on Defendants' materially false and misleading statements and omissions during the Class Period.

## XI.   Class Action Allegations

Plaintiff brings this Action as a class action pursuant to under Federal RuleRules of Civil Procedure 23(a) and 23(b)(3) on its own behalf and on behalf of alls.

210.   All persons orand, entities thatwho purchased or otherwise acquired the Company'sBed Bath & Beyond's common stock (including those who bought to cover a short position) or call options or sold the Company's put options, between August 12, 2022, and August 18, 2022, seeking to pursue remedies under Sections 9(a), 9(f), 10(b), 20(a) and 20A of the Exchange Act. Excluded are Defendants herein, the officers and directors of the Company or RC Ventures, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interestBed Bath & Beyond call options, or sold Bed Bath & Beyond put options from August 12, 2022 through August 18, 2022, inclusive, and who were damaged thereby.

189.211.   The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, the Company's securities were actively traded on the NASDAQ.  As of the Company's last report of this figure in its 2021 10-K, Bed Bath had 1,600 record shareholders, which represent a far greater number of beneficial owners, as retail investors who purchase through brokers generally hold shares in street name and thus are not individually counted as shareholders of record.  While the exact number of Class members of the Class is

133

unknown to Lead Plaintiff at this time and can be ascertained~~found out~~ only through appropriate

discovery, Lead Plaintiff believes that there are thousands of members in the proposed Class. During the Class Period, the average weekly trading volume averaged 215.34 million shares, with over 80 million shares currently outstanding. Owners~~Record owners~~ and other members of the Class may be identified from records maintained by the Company~~Bed Bath~~ or its transfer agent and may be notified of the pendency of this Action~~action~~ by mail, using the form of notice similar to that customarily used in securities class actions.

~~190.~~212.      Lead Plaintiff's claims are typical of the claims of the members of the Class as~~in that~~ all members of the Class are similarly affected~~were damaged~~ by Defendants'~~the same~~ wrongful conduct in violation of federal law that ~~of Defendants as alleged, and the relief sought~~is complained of herein. ~~common to the Class.~~

~~Lead Numerous questions of law or fact arise from Defendants' conduct common to the Class, including but not limited to:~~

~~whether the federal securities laws were violated by Defendants' acts during the Class Period, as alleged;~~

~~whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business, operations, and management of Bed Bath;~~

~~whether the price of Bed Bath securities was artificially inflated and maintained during the Class Period;~~

~~whether Defendants manipulated the price of Bed Bath securities during the Class Period; and~~

~~to what extent the members of the Class have sustained damages and the proper measure of damages.~~

~~These and other questions of law and fact are common to the Class and predominate over any questions affecting only individual members of the Class.~~

~~193.~~213.      Plaintiff will fairly and adequately protect~~represent~~ the interests of the members of the Class and~~in that it~~ has ~~no conflict with any other members of the Class. Plaintiff has~~retained counsel~~also~~ competent and~~counsel~~ experienced in class ~~action~~and securities~~other complex~~ litigation. Lead Plaintiff has no interests antagonistic to or in conflict with those of the Class.

214.   Common questions of law and fact exist as to all members of the Class and pre-
dominate over any questions solely affecting individual members of the Class.  Among the ques-
tions of law and fact common to the Class include but are not limited to:

•      whether any statement(s) made by any Defendant to the investing
public created a misleading impression of Bed Bath's business, operations, man-
agement or prospects;

•      whether Gove caused Bed Bath to issue misleading statements dur-
ing the Class Period;

•      whether Cohen and RC Ventures manipulated the price and/or trad-
ing of Bed Bath's securities;

•      whether the Defendants acted knowingly or recklessly in issuing any
misleading statements;

•      whether the prices of the Company's securities during the Class Pe-
riod were artificially inflated because of the Defendants' misconduct complained
of herein;

•      whether Cohen and Gove are control persons of RC Ventures and
Bed Bath, respectively; and

•      whether the members of the Class have sustained damages and, if
so, what is the proper measure of damages.

194.215.   A~~This~~ class action is superior to all other available methods~~the alternatives,~~
~~if any,~~ for the fair and efficient adjudication of this controversy since joinder of all members is
impracticable.  Furthermore,~~. Prosecution~~ as a class action ~~will eliminate~~ the damages suffered by
individual Class members ~~may be relatively small, the expense and burden of individual~~possibility
~~of repetitive~~ litigation make it impossible for members of the Class to individually redress the
wrongs done to them. ~~.~~ There will be no ~~material~~difficulty in the management of this Action~~action~~
as a class action.

216.   Lead Plaintiff will rely, in part, upon the presumption of reliance established by the
fraud-on-the-market doctrine in that:

135

> • Defendants made misleading statements in public or failed to disclose material facts during the Class Period when they spoke in public;

> • the omissions and misleading statements were material;

> • the Company's securities traded in an efficient market;

> • the Company's securities were liquid and traded with sufficient volume during the Class Period to create a presumption of efficiency;

> • the Company traded on the NASDAQ and was covered by numerous analysts, and information about the Company was widely and rapidly disseminated by investors via news outlets, discussion forums, and social media;

> • the misleading statements and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities; and

> • Lead Plaintiff and members of the Class purchased, acquired and/or sold the Company's securities between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

217. Based upon the foregoing, Lead Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

218. Alternatively, Lead Plaintiff and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128 (1972), as the Exchange Act claims herein are based primarily on Defendants' omission of material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

**COUNT** The prosecution of separate actions by individual members of the Class would create the risk of inconsistent or varying adjudications, establishing incompatible standards of conduct for Defendants.

**XII.   No Safe Harbor**

The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the false statements alleged. Many of the statements herein were not identified as "forward-looking statements" when made. To the extent there were any forward-looking statements, no meaningful cautionary statements identified important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. Alternatively, to the extent that the statutory safe harbor does apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the particular speaker knew that the particular forward-looking statement was false; and/or the forward-looking statement was authorized and/or approved by an executive officer of the Company who

136

~~knew that those statements were false when made.~~

~~XIII.~~   **Claims for Relief**

~~Count~~ **I**

**(Violations of~~,~~ Section 10(b) of the Exchange Act and Rule 10b-5(b) Promulgated Thereunder ~~a) and (e)~~**

**(Against Defendants ~~Ryan~~ Cohen, ~~and~~ RC Ventures, Bed Bath and Gove)**

~~197.~~219.     Lead Plaintiff repeats and realleges each and every allegation contained~~re-alleges the~~ above paragraphs ~~as if~~~~though~~ fully set forth herein.

220.     This Count is asserted against Cohen, RC Ventures, Bed Bath and Gove for violations of Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5(b) promulgated thereunder by the SEC.

221.     During the Class Period, these Defendants made various misleading statements of material fact and omitted to state material facts necessary to make the statements, in light of the circumstances under which they were made, not misleading.  Defendants' misleading statements were designed to, and, throughout the Class Period, ~~Defendants Cohen and RC Ventures carried out a plan, scheme, and course of conduct which was intended to and~~ did: (i) deceive the investing public, including Lead Plaintiff and other Class members, as alleged herein ~~of the Class~~; (ii) artificially inflate and maintain the market price ~~and trading volume~~ of Bed Bath's securities; and (iii) cause Lead Plaintiff and other members of the Class to purchase or otherwise acquire Bed Bath's shares and options at artificially inflated prices.

222.     Specifically, Cohen made misleading statements on Twitter and filed documents with the SEC that contained false and misleading statements as particularized in Paragraphs 146 through 148, Paragraphs 160 through 161, and Paragraphs 169 through 174.

223.     Bed Bath made misleading statements on August 17, 2022, and August 18, 2022, as particularized in Paragraphs 179 through 182.

137

224.    Cohen, RC Ventures, Bed Bath and Gove either had actual knowledge of the materially misleading statements and material omissions alleged herein and intended thereby to deceive Lead Plaintiff and the other members of the Class, or, in the alternative, acted with reckless disregard for the truth in that they failed or refused to ascertain and disclose such facts as would reveal the materially misleading nature of the statements made, although such facts were readily available to them.  In addition to the facts alleged herein demonstrating a strong inference of scienter, certain information showing that Defendants acted knowingly or with reckless disregard for the truth is peculiarly within these Defendants' knowledge and control.  As the senior managers and/or directors of Bed Bath and/or RC Ventures, these Defendants had knowledge of the details of Bed Bath's internal affairs that virtually all investors did not.

225.    Defendants had a duty to disseminate timely, accurate, and truthful information regarding Bed Bath's business, operations, management and prospects when they made positive representations in public.  As a result of the dissemination of the aforementioned misleading statements and material omissions, the market price of Bed Bath's securities was artificially inflated throughout the Class Period.

~~198.~~226.    In ignorance of the adverse facts concerning Bed Bath's operations, management and prospects, which were concealed by the misrepresentations and omissions alleged herein, Lead Plaintiff and the other members of the Class purchased or otherwise acquired Bed Bath's ~~Bed Bath~~ securities at artificially inflated prices and relied upon the price of the securities, the integrity of the market for the securities and/or upon statements disseminated by Defendants, and were damaged thereby.~~.~~

227.    During the Class Period, Bed Bath's securities were traded on an active and efficient market.  Lead Plaintiff and the other members of the Class, directly relying on the materially

138

misleading statements described herein, and/or relying upon the integrity of the market, purchased or otherwise acquired shares of Bed Bath's securities at prices artificially inflated by Defendants' wrongful misconduct.  Had Lead Plaintiff and the other members of the Class known the truth, they would not have purchased or otherwise acquired said securities or would not have purchased or otherwise acquired them at the inflated prices that were paid.  At the time of the purchases and/or acquisitions by Lead Plaintiff and the Class, the true value of Bed Bath's securities was substantially lower than the prices paid by Lead Plaintiff and the other members of the Class.  The market price of Bed Bath's securities declined sharply upon public disclosure of the facts alleged herein to the injury of Lead Plaintiff and the other Class members.

228.    By reason of the conduct alleged herein, Cohen, RC Ventures, Bed Bath and Gove either knowingly or recklessly violated Section 10(b) of the Exchange Act and Rule 10b-5(b) promulgated thereunder.

229.    As a direct and proximate result of these Defendants' wrongful conduct, Lead Plaintiff and the other Class members suffered damages in connection with their respective purchases, acquisitions and sales of the Company's securities during the Class Period.  Cohen, RC Ventures, Bed Bath and Gove are thus liable for damages in connection with these losses under Section 10(b) of the Exchange Act and Rule 10b-5(b) promulgated thereunder.

### COUNT II
#### (Violations of Section 10(b) of the Exchange Act and Rule 10b-5(a) & (c) Promulgated Thereunder Against Defendants Cohen and RC Ventures)

230.    Lead Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

231.    During the Class Period, Cohen and RC Ventures employed devices and artifices to defraud, and carried out a plan, scheme and course of conduct which was intended to, and

139

throughout the Class Period, did: (a) deceive the investing public, including Lead Plaintiff and other Class members, as alleged herein; and (b) caused Lead Plaintiff and the other members of the Class to purchase Bed Bath's securities at artificially inflated prices.  In furtherance of this unlawful scheme, plan and course of conduct, Cohen and RC Ventures made the misleading statements alleged in Paragraphs 146 through 148, Paragraphs 160 through 161, and Paragraphs 169 through 174, and engaged in additional unlawful acts as alleged herein.

199.232.    Cohen and RC Ventures~~Cohen and RC Ventures, individually and in concert,~~ directly and indirectly, by the use, means, or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal a plan to sell Bed Bath's common stock and call options based on material, nonpublic information that was known to Cohen and RC Ventures before it was known, or could be known, to other investors~~the adverse material information as specified~~.

233.    Specifically, Cohen and RC Ventures employed the following devices, schemes and artifices to defraud while in possession of material adverse non-public information and engaged in the following acts, practices and a course of conduct in an effort to secretly sell Bed Bath's securities and conceal their sales from other investors and the market:

~~Cohen's and RC Ventures' liability arises from the fact that they developed and engaged in a scheme to manipulate the price of Bed Bath securities, and were privy to, participated in, and were otherwise aware of the dissemination of information to the investing public, which they knew or recklessly disregarded was materially false and misleading.~~

Cohen and RC Ventures secretly instigated and coordinated a campaign to promote ~~had actual knowledge of the misrepresentations, omissions, and deceptive conduct alleged, or acted with reckless disregard for the truth. Cohen's and RC Ventures' acts were done for the purpose and effect of concealing the scheme alleged herein from the investing public, and manipulating the price of~~Bed Bath securities while they had already planned to sell.~~As a direct and proximate result of the Cohen's and RC Ventures' wrongful conduct, Plaintiff and the Class have suffered damages from Cohen's and RC Ventures' manipulative acts in that, in reliance on an assumption of an efficient market free of manipulation, they purchased~~Bed Bath securities, knowing that retail investors would understand Cohen's.~~Plaintiff and the Class would not have purchased Bed Bath securities at the prices they paid, or at all, if they had been aware of the Cohen's and RC Ventures'~~

140

~~manipulative conduct which artificially affected the prices of Bed Bath securities.~~

~~Count II: Section 10(b) of the Exchange Act and Rule 10b-5(b)~~
~~(Against Ryan Cohen, RC Ventures, and BBBY)~~

~~Plaintiff repeats and re-alleges the above paragraphs as though fully set forth herein.~~

~~204.~~ • ~~During the Class Period, Defendants Cohen, RC Ventures, and Bed Bath made, had authority over, or controlled the materially false and misleading~~ statements and conduct as an encouragement ~~specified above, which they knew or recklessly disregarded were misleading, in that they contained misrepresentations and failed to disclose material facts necessary~~ to purchase Bed Bath securities; ~~make the statements made, in light of the circumstances under which they were made, not misleading,~~

• Cohen ~~and,~~ RC Ventures leveraged Cohen's Twitter account and used Cohen's notoriety amongst retail investors as devices or artifices to defraud in furtherance ~~and Bed Bath made untrue statements~~ of their scheme;

• On August 15, 2022, and August 16, 2022, Cohen used Form 3 and an amendment to Schedule 13D as artifices to deceive and trick investors.  Cohen purposely filed Form 3 and an amendment to Schedule 13D to stimulate demand in Bed Bath's securities knowing that the mere act of filing these documents with the SEC would increase trading activity and cause the price of Bed Bath's securities to rise.  Cohen delayed the filing of these Forms and failed to timely file them when he was required to do so in violation of the Exchange Act even though he knew or recklessly disregarded that he was required to file them no later than 10 days after Bed Bath's Annual Report was filed with the SEC on Form 10-K in April 2022;

• Cohen formed a plan to sell his holdings before he promoted the purchase of Bed Bath's securities after using material, nonpublic information about Bed Bath's desperate need for financing and its deteriorating liquidity before the market was aware of the severity of these issues.  Cohen learned this inside information from his direct communications with the Strategy Committee of the Company's Board of Directors and senior executives of the Company, including the CFO who oversaw the negotiations with lenders and signed the 2022 Credit Agreement in August 2022.  Cohen used this material, nonpublic information to his advantage and to the detriment of other investors to manipulate the market of Bed Bath's securities and create liquidity that would allow him to sell his own shares;

• Cohen purposely sent his Form 144 to the SEC after the market had closed and in a manner designed to ensure that its release would be delayed, so that he could secretly sell his entire stake before the market learned about his sales.  On the Form 144, Cohen falsely represented that he had not yet sold any Bed Bath securities even though he had engaged in the act of ordering his broker to sell all or most of his holdings before he sent Form 144 to the SEC on the evening of August 16, 2022; and

• Cohen engaged in insider trading and earned over $188 million from his sales of Bed Bath's securities for an approximate profit of over $68 million.  Cohen's insider sales also appear to be coordinated with Arnal's insider sales on the same day.

205.234.     As a result of Cohen's and RC Ventures' fraudulent scheme and failure to disclose fact and omitted to state material facts, as set forth above, the market price for Bed Bath's securities was artificially inflated during the Class Period. necessary to make the statements not misleading

235.   In ignorance of the fact that market prices of Bed Bath's publicly traded securities were artificially inflated, and relying upon Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market in which the Company's securities trade, and/or on the absence of material adverse information concealed from them as detailed herein, Lead Plaintiff and the other members of the Class acquired Bed Bath's common stock and options during the Class Period at artificially high prices and were damaged thereby.

206.236.     At the time Cohen and RC Ventures orchestrated this fraudulent scheme, Lead, they paid artificially inflated prices for Bed Bath securities, Plaintiff and other members of the Class were ignorant of its nature or existence.  Had Lead Plaintiff and the other members of the Class and the marketplace known the truth about this unlawful scheme, Lead Plaintiff and the other members of the Class would not have purchased or otherwise acquired Bed Bath'sBath securities, or, if they had acquired such securities during the Class Period, they would not have done so at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated prices at which they did. by Defendants Cohen's, RC Ventures', and Bed Bath's misleading statements.

237.   As a direct and proximate result of Cohen's and RC Ventures' wrongful scheme, Lead Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

142

238.   By virtue of the foregoing, Cohen and RC Ventures violated Section 10(b) of the Exchange Act, and Rule 10b-5(a) & (c) promulgated thereunder and are liable to Lead Plaintiff and the Class members who have been damaged as a result of such violations.

**COUNT~~Count~~ III**
**(Violations of Section 20(a) of the Exchange Act**
**Against Defendants Cohen and Gove)**

239.   Lead Plaintiff repeats and realleges each and every allegation contained in the paragraphs above as if fully set forth herein.

240.   During the Class Period, Cohen participated in the operation and management of RC Ventures.  Cohen conducted and participated, directly and indirectly, in the conduct of the business affairs of RC Ventures.  Because of his senior position, Cohen knew or recklessly disregarded the adverse non-public information that RC Ventures concealed from investors.

241.   During the Class Period, Gove participated in the operation and management of Bed Bath.  Gove conducted and participated, directly and indirectly, in the conduct of the business affairs of Bed Bath.  Because Gove served as Bed Bath's CEO during the Class Period, Gove knew or recklessly disregarded the adverse non-public information that Bed Bath concealed from investors.

242.   As officers and/or directors of RC Ventures and Bed Bath respectively, Cohen and Gove had a duty to disseminate accurate and truthful information, and to correct promptly any public statements, which had become materially misleading.

243.   Because of their positions of control and authority as senior officers, Cohen and Gove were able to, and did, control the contents of their direct communications with investors, which Cohen and the Company disseminated in the marketplace during the Class Period concerning RC Ventures' and the Company's operations, management, financial condition and prospects.

143

Throughout the Class Period, Cohen and Gove exercised their power and authority to cause RC Ventures and the Company respectively to engage in the wrongful acts complained of herein. Cohen and Gove, therefore, were "controlling persons" of RC Ventures and the Company respectively within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of the Company's securities.

244.   By reason of their senior management positions and/or being controlling persons of RC Ventures or Bed Bath, Cohen and Gove had the power to direct the actions of, and exercised the same to cause, RC Ventures and the Company to engage in the unlawful acts and conduct complained of herein. Each of these Defendants exercised control over the general operations of RC Ventures or the Company and possessed the power to control the specific activities which comprise the primary violations about which Lead Plaintiff and the other members of the Class complain.

245.   By reason of the above conduct, Cohen and Gove are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by RC Ventures and the Company, respectively.

**COUNT IV**
**(Violations of, Section 9(a)(2) and 9(f) of the Exchange Act**
**(Against Defendants ~~Ryan~~ Cohen and RC Ventures)**

~~207.~~246.   Lead Plaintiff incorporates by reference~~repeats~~ and realleges~~re alleges~~ the al-legations above, ~~paragraphs~~ as ~~if though~~ fully set forth herein.

~~208.~~247.   During the Class Period, Defendants Cohen and RC Ventures, directly or indirectly, alone or with one or more other persons, effected a series of transactions in Bed Bath securities, as outlined above, creating actual or apparent active trading activity in such

144

securities,~~security, or~~ raising ~~or depressing~~ the price of such securities~~security~~, for the purpose of inducing the purchase ~~or sale~~ of Bed Bath securities~~such security~~ by others.~~,~~

248.   Defendants Cohen and RC Ventures willfully engaged in these transactions for the purpose of inducing Lead Plaintiff and the Class to purchase Bed Bath securities.

249.   As a direct and proximate result of Defendants~~the~~ Cohen's and RC Ventures' wrongful conduct, Lead Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for Bed Bath securities.

~~209.~~250.   Had Lead Plaintiff and the Class known that the prices for Bed Bath securities were artificially and falsely inflated due to Defendants Cohen's and RC Ventures' conduct, they ~~Plaintiff and the Class~~would not have purchased the~~Bed Bath~~ securities at the prices they paid, or at all,~~if they had been aware that the market prices had been artificially and falsely inflated by Defendants Cohen's and RC Ventures' conduct~~.

**COUNT V**
**(Violations of ~~Count IV:~~Section 9(a)(3) and 9(f) of the Exchange Act**
**(Against Defendants ~~Ryan~~ Cohen and RC Ventures)**

~~210.~~251.   Lead Plaintiff incorporates by reference~~repeats~~ and realleges~~re-alleges~~ the allegations above, ~~paragraphs~~ as if~~though~~ fully set forth herein.

252.   During the Class Period, Defendants Cohen and RC Ventures,~~directly or indirectly, alone or with one or more other persons, to induce the purchase or sale of Bed Bath securities registered on a national securities exchange,~~ circulated and~~or~~ disseminated materially false and misleading statements as alleged in this Complaint, which they knew or deliberately disregarded were misleading in that they contained misrepresentations or failed to disclose material facts necessary in order to make the statements, in light of the circumstances under which they were made, not misleading.

145

253.    Defendants Cohen and RC Ventures circulated and disseminated the false and misleading statements with the purpose and~~information~~ to the effect that the price of Bed Bath securities would or was likely to rise.

~~211.~~254.    Defendants Cohen and RC Ventures willfully made false and misleading statements ~~because of market operations~~ for the purpose ~~of raising or depressing the price~~ of inducing Lead Plaintiff and the Class to purchase Bed Bath~~such~~ securities.

255.    As a direct and proximate result of Defendants Cohen's and ~~the~~ RC Ventures' ~~and Cohen's~~ wrongful conduct, Lead Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for Bed Bath securities.

~~212.~~256.    Had Lead Plaintiff and the Class known that the prices for~~would transacted~~ Bed Bath securities were artificially and falsely inflated due to Defendants Cohen's and RC Ventures' conduct, they would not have purchased the securities at the prices they paid, or at all~~if they had been aware that the market prices had been artificially and falsely inflated by RC Ventures' and Cohen's conduct~~.

<div align="center">

**COUNT VI**
**(Violations of ~~Count V,~~ Section 9(a)(4) and 9(f) of the Exchange Act**
**(Against Defendants ~~Ryan~~ Cohen and RC Ventures)**

</div>

~~213.~~257.    Lead Plaintiff incorporates by reference~~repeats~~ and realleges~~re-alleges~~ the allegations above.~~paragraphs~~ as if~~though~~ fully set forth herein.

~~214.~~258.    During the Class Period, Defendants Cohen and RC Ventures~~made~~ had authority over or controlled the materially false and misleading statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements~~made~~ in light of the circumstances under which they were made, not misleading.

~~Defendants Cohen and RC Ventures made untrue statements of material fact and omitted to state material~~

146

~~facts necessary to make the statements not misleading~~

~~As a direct and proximate result of the Cohen's and RC Ventures' wrongful conduct, Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for Bed Bath securities. Plaintiff and the Class would not have purchased Bed Bath securities at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by Defendants Cohen's and RC Ventures' misleading statements.~~

~~**Count VI: Section 9(f) of the Exchange Act**~~
~~**(Against All Defendants)**~~

~~Plaintiff repeats and re-alleges the above paragraphs as though fully set forth herein.~~

~~During the Class Period, all Defendants willfully participated in the Defendants Cohen's and RC Ventures' violations of Section 9(a)(2), 9(a)(3), and 9(a)(4) of the Exchange Act.~~

~~All Defendants willfully participated in the Defendants Cohen's and RC Ventures' acts that effected a series of transactions in Bed Bath securities, creating actual or apparent active trading in such security, or raising or depressing the price of such security, for the purpose of inducing the purchase or sale of such security by others, and Defendants Cohen's and RC Ventures' making of, or control over, untrue statements of material fact and omissions to state material facts necessary to make the statements not misleading.~~

~~As a direct and proximate result of Defendants' willful participation in the foregoing wrongful conduct, Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for Bed Bath securities. Plaintiff and the Class would not have purchased Bed Bath securities at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by Defendants' conduct and misleading statements.~~

~~**Count VII: Section 18(a) of the Exchange Act**~~
~~**(Against Defendants Cohen and RC Ventures)**~~

~~Plaintiff repeats and re-alleges the above paragraphs as though fully set forth herein.~~

~~As alleged above, Defendants Ryan Cohen and RC Ventures filed or caused to be filed with the SEC documents regarding that contained misrepresented material facts and omitted material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.~~

~~Prior to purchasing Bed Bath securities, Plaintiff and members of the Class read and relied upon RC Ventures and Cohen's Schedule 13D, Form 3, and Form 144, including amended versions of the same. Plaintiff's actual "eyeball" reliance on such documents specifically includes statements concerning Cohen's holdings and transactions of Bed Bath securities.~~

~~Plaintiff's and class members' reliance was reasonable. Plaintiff and members of the class read and relied upon these documents not knowing they contained materially false statements and omissions. Had Plaintiff and members of the Class known the true facts, they would not have purchased Bed Bath securities or would not have purchased it at the inflated price they paid. At the time of their purchases and acquisitions of Bed Bath securities, Plaintiffs were not aware of the untrue statements and/or omissions alleged herein and could not have reasonably discovered such untruths or omissions.~~

259.    Defendant Cohen's and RC Ventures' materially false ~~and~~or misleading statements ~~had~~artificially inflated the purpose and effect of inflating the price~~prices~~ of Bed Bath securities.

260.    Defendants Cohen and RC Ventures also made materially false and misleading statements for ~~When the truth began to emerge about~~ the purpose of inducing Lead Plaintiff and the Class to purchase Bed Bath securities.

| Formatted: Font: 12 pt |
| Formatted: Font: 12 pt |
| Formatted: Font: 12 pt |
| Formatted: Font: 12 pt |
| Formatted: Font: 12 pt |

261. Defendants Cohen and RC Ventures willfully made false and misleading statements for the purpose of inducing Lead Plaintiff and the Class to purchase Bed Bath securities.

262. In reliance on Defendants Cohen and RC Ventures' materially false and misleading statements, Lead Plaintiff and the Class purchased Bed Bath securities at artificially inflated prices.

263. As a direct and proximate result of Defendants Cohen's and RC Ventures' wrongful conduct, Lead Plaintiff and the Class were damaged thereby. Had Lead Plaintiff and the Class known that Defendants Cohen's and RC Ventures' statements were materially false and misleading, they would not have purchased the securities at the prices they paid, or at all.

## COUNT VII
### (Violations of Section 20A of the Exchange Act
### (Against Defendants Cohen and RC Ventures)

264. Lead Plaintiff incorporates by reference and realleges the allegations above, as if fully set forth herein.

265. This Count is asserted for violations of Section 20A of the Exchange Act, 15 U.S.C. §78t-1, by Defendants Cohen and RC Ventures, who sold Bed Bath securities while in possession of material, non-public information, as alleged herein, including specific facts about the Company's exponential liquidity crisis that resulted in a desperate attempt to seek additional loans after pledging its interests in buybuy BABY, which destroyed Cohen's interest in the Company. These specific facts were known to Cohen before they were known to other investors and the market and before Cohen engaged in a scheme to pump and dump the Company's securities.

266.     Section 20A(a) of the Exchange Act provides that:

Any person who violates any provision of [the Exchange Act] or the rules or regulations thereunder by purchasing or selling a security while in possession of material, nonpublic information shall be liable in an action in any court of competent jurisdiction to any person who, contemporaneously with the purchase or sale of securities that is the subject of such violation, has purchased (where such violation is based on a sale of securities) or sold (where such violation is based on a purchase of securities) securities of the same class.

228.267.     As set forth herein, concerning Bed Bath, Cohen and RC Ventures violated Section 10(b), Section 9(a) and Section 9(f) of the Exchange Act for the reasons stated in Counts I through VI above.  Additionally, Cohen and RC Ventures violated multiple provisions of the Exchange Act while in took advantage of their possession of material, non-public adverse information concerning regarding Bed Bath to obtain millions of dollars in insider trading profits during the Class Period.

Cohen's Cohen and RC Ventures' sales of Bed Bath securities made between August 16, 2022, and August 17, 2022, were made contemporaneously with Lead Plaintiff's Plaintiffs' purchases of Bed Bath securities during the Class Period, which were made on August 8, 2022, August 17, 2022, and August 18, 2022.  Lead as reflected in the following chart:

| Cohen & RC Ventures Stock Transactions | | | Contemporaneous Purchases | | |
|---|---|---|---|---|---|
| Date | Shares Sold | Total Proceeds | Purchaser | Shares Purchased | Price |
| 8/16/22 | 500,000 | $105,845,233.23 | Pengcheng Si | 1,860 | $26.30 |
| 8/17/22 | 278,000 | $72,176,181.19 | Pengcheng Si | 6,160 | $23.93 – 26.18 |

230.268.     Plaintiff and all other members of the Class who purchased Bed Bath securities contemporaneously with Defendants Cohen and RC Ventures have suffered damages because: (1) in reliance on the integrity of the market, they paid artificially inflated prices as a result of the violations of §§ 10(b) and 20(a) of the Exchange Act as alleged herein; and (2) they would not have purchased the securities at the prices it paid, or at all, if it had been aware that the market prices had been artificially inflated by the false and misleading statements and concealment alleged herein.

269.   By reasons of the violations of the Exchange Act alleged herein, Defendants Cohen and RC Ventures are liable to Lead Plaintiff and other Class members who purchased shares of Bed Bath contemporaneously with Defendants Cohen's and RC Ventures' sales of Bed Bath securities during the Class Period.

270.   Lead Plaintiff and the other Class members, who purchased contemporaneously with Defendants Cohen's and RC Ventures' insider sales of Bed Bath securities, seek disgorgement by Defendants Cohen and RC Ventures of profits and gains from Defendants Cohen's and RC Ventures' transactions.

271.   This Action was brought within five years after the date of the last transaction which is the subject of Defendants Cohen's and RC Ventures' violations of Section 20A.

**PRAYER FOR RELIEF**

~~Count IX: Section 20(a) of the Exchange Act~~
~~(Against Defendant Ryan Cohen)~~

~~Plaintiff repeats and re-allege the above paragraphs as though fully set forth herein.~~
~~Cohen acted as a controlling person of RC Ventures within the meaning of Section 20(a) of the Exchange Act as alleged herein. By reason of his position as Manager of RC Ventures and his culpable participation, as alleged above, Cohen had the power and authority to cause RC Ventures to engage in the wrongful conduct complained of herein.~~
~~By reason of such conduct, Cohen is liable pursuant to Section 20(a) of the Exchange Act.~~

~~XIV.   Prayer for Relief~~

**WHEREFORE,** Lead Plaintiff demands~~prays for a~~ judgment against Defendants as follows:

A.

a)   Determining that the instant Action may be maintained as a class ~~this~~ action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Lead~~may proceed as a class action,~~ with Plaintiff as the ~~designated~~ Class representative; ~~and Plaintiff's counsel designated as Class Counsel;~~

150

b) B. RequiringDeclaring and determining that Defendants to pay damages sustained by Lead Plaintiff and the Class violated the Exchange Act by reason of the acts and transactionsomissions alleged herein;

c) C. Awarding Lead Plaintiff and the other members of the Class damages against all Defendants, jointly and severally, in an amount to be proven at trial together with prejudgment and post-judgmentpostjudgment interest, as well as;

d) Awarding Plaintiff and the Class their reasonable attorneys'costs and expenses incurred in this action, including, but not limited to, reasonable attorney's fees, and costs and fees and costs incurred by consulting and testifying expert fees and other costs; andwitnesses;

e) D. AwardingGranting Plaintiff permission to replead should the Court deem this pleading in any way insufficient; and

f) Granting such other and further relief as thisthe Court may deemdeems just and proper.

Formatted: Font: 12 pt, Font color: Black

Formatted: Font: 12 pt, Font color: Black

Formatted: Font: 12 pt, Font color: Black

Formatted: Font: 12 pt, Font color: Black

Formatted: Font: 12 pt, Font color: Black

Formatted: Font: 12 pt, Font color: Black

Formatted: Font: 12 pt, Font color: Black

Formatted: Font: 12 pt, Font color: Black

Formatted: Font: 12 pt, Font color: Black

Formatted: Font: 12 pt, Font color: Black

Formatted: Normal, Justified, Indent: First line: 0.5", Space Before: 10.4 pt, Line spacing: Double, No bullets or numbering, Font Alignment: Baseline

Formatted: Font: 12 pt, Font color: Black

Formatted: Font: 12 pt, Font color: Black

Formatted: Font: 12 pt, Font color: Black

Formatted: Font: 12 pt, Font color: Black, Ligatures: None

Formatted: Font: 12 pt, Font color: Black, Ligatures: None

Formatted: Font: 12 pt, Font color: Black, Ligatures: None

Formatted: Normal, Indent: First line: 0.5", Space Before: 10.4 pt, Line spacing: Double, No bullets or numbering, Font Alignment: Baseline

Formatted: Font: 12 pt, Font color: Black

Formatted: Font color: Black

Formatted: Font color: Black

Formatted: Font color: Black, Ligatures: None

## DEMAND FOR TRIAL BY JURY

**XV. LeadJury Trial Demand**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury.

Dated: January 30, 2023 Respectfully submitted,

*/s/ Omar Jafri*
Omar Jafri

**POMERANTZ LLP**

Joshua B. Silverman (admitted *pro hac vice*)
Omar Jafri (admitted *pro hac vice*)
Christopher P.T. Tourek (admitted *pro hac vice*)
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603
Tel: (312) 377-1181

Fax: (312) 377-1184
Email: jbsilverman@pomlaw.com
ojafri@pomlaw.com
ctourek@pomlaw.com

*-and-*

Jeremy A. Lieberman (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
E-mail: jalieberman@pomlaw.com

*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for* of all *the Class*claims asserted in this Amended Complaint so triable.

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

Peretz Bronstein (admitted *pro hac vice*)
Yitzchak E. Soloveichik (admitted *pro hac vice*)
Eitan Kimelman (admitted *pro hac vice*)
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
peretz@bgandg.com
soloveichik@bgandg.com
eitank@bgandg.com

*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
Jan E. Messerschmidt (D.C. Bar No. 1031488)
1100 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com dsommers@cohenmilstein.com jmesserschmidt@cohenmilstein.com

Formatted: Normal, Indent: Left: 3", Tab stops: 3",

Formatted: Font: 12 pt, Italic, Ligatures: None

Formatted: Font: 12 pt, Italic

152

*Liaison Counsel for Lead Plaintiff Bratya SPRL*
*and for the Class*

Date: November 1, 2022                    Respectfully submitted,

/s/ Steven J. Toll

COHEN MILSTEIN SELLERS & TOLL
PLLC
Steven J. Toll
Julie G. Reiser
Jan E. Messerschmidt
1100 New York Avenue, N.W., Fifth Floor Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
jreiser@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

Counsel for Plaintiff and Proposed Lead Counsel for the Class

**Formatted:** Header distance from edge:  0.16", Footer distance from edge:  0.55"

**Formatted:** Body Text, Indent: Left:  3.22"