UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENGCHENG SI, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff,*<br><br>v.<br><br>BED BATH & BEYOND CORPORATION, J.P. MORGAN SECURITIES LLC, RC VENTURES LLC AND RYAN COHEN,<br><br>*Defendants.* | Case No. 1:22-cv-02541-TNM |

## MOTION TO WITHDRAW APPEARANCE OF DAVID A. HOFFMAN AND PROPOSED ORDER

I, David A. Hoffman, hereby move to withdraw my appearance on behalf of Defendants RC Ventures LLC and Ryan Cohen in the above captioned case because February 17, 2023 is my last day as a Senior Associate with Vinson & Elkins LLP and I will no longer have any involvement in this matter. No other attorney is withdrawing his or her appearance by this notice. Vinson & Elkins LLP remains counsel to Defendants RC Ventures LLC and Ryan Cohen.

Dated: New York, New York
        February 16, 2023

VINSON & ELKINS LLP

SO ORDERED:

*/s/ David A. Hoffman*
David A. Hoffman
1114 Avenue of Americas, 32nd Floor
New York, NY 10036
Telephone: (212) 237-0141
Facsimile: (212) 237-0100
dhoffman@velaw.com

_____
Hon. Trevor N. McFadden
U.S.D.J.

*Counsel for Defendants RC Ventures LLC and Ryan Cohen*

Dated:  February ___, 2023
        New York, New York

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon counsel of record by the Electronic Case Filing System on February 16, 2022.

*/s/ David A. Hoffman*
David A. Hoffman
