UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM |

**DECLARATION OF JUSTIN CRAIG BECK IN SUPPORT OF DEFENDANTS RC VENTURES LLC AND RYAN COHEN'S MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Justin Craig Beck, pursuant to LCvR83.2(c), file this Declaration in support of the instant Motion of Defendants RC Ventures LLC and Ryan Cohen to Admit Counsel *Pro Hac Vice*.

1. **The full name of the attorney:** Justin Craig Beck.

2. **The attorney's office address and telephone number:** VINSON & ELKINS LLP, 2001 Ross Avenue, Suite 3900, Dallas, TX 75201, Telephone: (214) 220-7983.

3. **A list of all bars to which the attorney has been admitted:** Please see Exhibit A attached.

4. **A certification that the attorney either has or has not been disciplined by any bar, and if the attorney has been disciplined by any bar, the circumstances and details of the discipline:** I have not been disciplined by any bar.

5. **The number of times this attorney has been admitted *pro hac vice* in this Court within the last two years:** Zero (0).

6. **Whether the attorney, if the attorney engages in the practice of law from any office located in the district of Columbia, is a member of the District of Columbia Bar or has an application for membership pending:** I do not engage in the practice of law from any office located in the District of Columbia. I am not a member of the District of Columbia Bar. I do not have an application for membership pending.

7. **The motion must be accompanied by a certificate of the court or bar for the state in which the applicant regularly practices, which has been issued within thirty (30) days of filing and states that the applicant is a member in good standing of the bar of that state court:** Please see Exhibit B attached.

Dated: March 14, 2023

Respectfully submitted,

*/s/ Justin Beck*

Justin Craig Beck
Texas State Bar No. 24133053
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Telephone: (214) 220-7983
Facsimile: (214) 220-7716
Email: jbeck@velaw.com

**COUNSEL FOR DEFENDANTS RC VENTURES LLC AND RYAN COHEN**

# **EXHIBIT A**

# **Bar Admissions**

## **Justin Craig Beck Court Admissions**

| **Court Name** | **Date of Admission** |
| --- | --- |
| Supreme Court, State of Texas | December 12, 2022 |
| Supreme Court, State of California | December 21, 2016 |
| United States District Court, Northern District of Texas | February 28, 2022 |
| United States District Court, Northern District of California | October 15, 2018 |
| United States District Court, Eastern District of California | October 18, 2018 |
| United States Court of Appeals for the Seventh Circuit | February 8, 2019 |
| United States Court of Appeals for the Ninth Circuit | December 17, 2019 |

# **EXHIBIT B**

# The Supreme Court of Texas

AUSTIN
---
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Justin Craig  Beck**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 12th day of December, 2022.

I further certify that the records of this office show that, as of this date

**Justin Craig  Beck**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 13th day of March, 2023.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 6746C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.