## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE BED BATH & BEYOND
CORPORATION SECURITIES
LITIGATION

Case No. 1:22-cv-02541-TNM

### [PROPOSED] ORDER

Upon consideration of Defendants RC Ventures LLC and Ryan Cohen's Motion to Dismiss the Second Amended Complaint (the "***Motion to Dismiss***") and the accompanying Memorandum of Points and Authorities in Support of RC Ventures LLC and Ryan Cohen's Motion to Dismiss;

Having shown just cause, IT IS HEREBY ORDERED THAT:

The Motion to Dismiss is GRANTED and Lead Plaintiff Bratya SPRL's Second Amended Complaint is dismissed with prejudice.

Dated: _____ _____, 2023
Washington, D.C.

_____
TREVOR MCFADDEN
United States District Judge