UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM |

**DECLARATION OF CLIFFORD THAU IN SUPPORT OF RC VENTURES LLC AND RYAN COHEN'S MOTION TO DISMISS**

I, Clifford Thau, declare as follows, pursuant to 28 U.S.C. § 1746:

I am an attorney admitted and in good standing to practice before this Court, as a result of having been admitted *pro hac vice* pursuant to this Court's January 10, 2023 Order. I am a partner of the law firm of Vinson & Elkins LLP, attorneys for Defendants RC Ventures LLC ("***RCV***") and Ryan Cohen (collectively, the "***Cohen Defendants***") and make this declaration in support of the Cohen Defendants' motion to dismiss the second amended complaint filed by lead plaintiff Bratya SPRL. The purpose of this declaration is to place before the Court the following documents concerning said motion, the significance of which is explained in the accompanying memorandum of points and authorities.

1. Attached hereto as Exhibit 1 is a true and correct copy of the Beneficial Ownership Report on Schedule 13D filed by the Cohen Defendants with the Securities and Exchange Commission ("***SEC***") on March 7, 2022. The Schedule 13D filing is available on the SEC's website at

1

https://www.sec.gov/Archives/edgar/data/1822844/000119380522000426/0001193805-22-000426-index.html.

2. Attached hereto as Exhibit 2 is a true and correct copy of the Beneficial Ownership Report on Schedule 13D filed by the Cohen Defendants with the SEC on March 25, 2022. Also attached as part of Exhibit 2 is a true and correct copy of the Cooperation Agreement between the Cohen Defendants and the Bed Bath and Beyond ("*BBBY*") Board, filed by the Cohen Defendants with the SEC as an exhibit to their Schedule 13D on March 25, 2022. The Schedule 13D filing and Cooperation Agreement are available on the SEC's website at https://www.sec.gov/Archives/edgar/data/1822844/000092189522000972/0000921895-22-000972-index.html.

3. Attached hereto as Exhibit 3 is a true and correct table showing the historic prices of BBBY from January 4, 2021 through October 31, 2022. The graph was compiled by Vinson & Elkins with data from Nasdaq.com. The data used to create this graph is available at: https://www.nasdaq.com/market-activity/stocks/bbby/advanced-charting.

4. Attached hereto as Exhibit 4 is a true and correct copy of relevant excerpts of the Quarterly Report on Form 10-Q filed by BBBY with the SEC on June 29, 2022. The Form 10-Q filing is available on the SEC's website at https://www.sec.gov/Archives/edgar/data/886158/000088615822000081/0000886158-22-000081-index.html.

5. Attached hereto as Exhibit 5 is a true and correct copy of the Beneficial Ownership Report on Schedule 13D filed by the Cohen Defendants with the SEC on August 16, 2022. The Schedule 13D filing is available on the SEC's website at

https://www.sec.gov/Archives/edgar/data/1822844/000119380522001199/0001193805-22-001199-index.html.

6. Attached hereto as Exhibit 6 is a true and correct copy of the article titled "Stocks With the Greatest Short-Squeeze Potential for August," written by Bernard Zambonin and published by TheStreet on August 1, 2022 at 6:17 AM EST. The article is available at https://www.thestreet.com/memestocks/other-memes/stocks-with-the-greatest-short-squeeze-potential-for-august.

7. Attached hereto as Exhibit 7 is a true and correct copy of the article titled "Bed Bath & Beyond: Is There Any Hope for This Stock?," written by Bernard Zambonin and published by TheStreet on August 3, 2022 at 10:37 AM EST. The article is available at https://www.thestreet.com/memestocks/other-memes/bed-bath-beyond-is-there-any-hope-for-this-stock.

8. Attached hereto as Exhibit 8 is a true and correct copy of the Initial Statement of Beneficial Ownership of Securities on Form 3 filed by the Cohen Defendants with the SEC on August 15, 2022. The Form 3 filing is available on the SEC's website at https://www.sec.gov/Archives/edgar/data/886158/000119380522001197/0001193805-22-001197-index.html.

9. Attached hereto as Exhibit 9 is a true and correct copy of the Beneficial Ownership Report on Schedule 13D filed by the Cohen Defendants with the SEC on August 18, 2022. The Schedule 13D filing is available at the SEC's website at https://www.sec.gov/Archives/edgar/data/1822844/000092189522002496/0000921895-22-002496-index.html.

10. Attached hereto as Exhibit 10 is a true and correct copy of the Notice of Proposed Sale of Securities on Form 144 filed by RCV with the SEC on August 16, 2022. The Form 144 filing is available on the SEC's website at https://www.sec.gov/corpfin/form-144-email.

11. Attached hereto as Exhibit 11 is a true and correct copy of the article titled "Bed Bath & Beyond Taps Kirkland & Ellis for Help Addressing Debt Load," written by Eliza Ronalds-Hannon and published by Bloomberg on August 18, 2022 at 4:35 PM EST. The article is available at https://www.bloomberg.com/news/articles/2022-08-18/bed-bath-beyond-is-said-to-tap-kirkland-ellis-for-debt-help.

12. Attached hereto as Exhibit 12 is a true and correct copy of the article titled "Loop Capital says Bed Bath & Beyond comeback doesn't make fundamental sense, stock headed to $1," written by Carmen Reinicke and published by CNBC on August 12, 2022 at 7:01 AM EST. The article is available at https://www.cnbc.com/2022/08/12/bed-bath-beyond-comeback-doesnt-make-sense-stock-headed-to-1-loop-says.html.

13. Attached hereto as Exhibit 13 is a true and correct transcript of the relevant portions of Joe Fonicello's November 3, 2022 interview of Defendant Ryan Cohen, cited in the Complaint and available at https://www.youtube.com/watch?v=uN2Dw8AOdMk&t=383s.

14. Attached hereto as Exhibit 14 is a true and correct copy of relevant excerpts of the Definitive Proxy Statement on Form DEF 14A filed by BBBY with the SEC on June 1, 2022. The Form DEF 14A is available on the SEC's website at https://www.sec.gov/Archives/edgar/data/886158/000114036122021507/0001140361-22-021507-index.html.

15. Attached hereto as Exhibit 15 is a true and correct copy of a letter from Jared Gerber, counsel for BBBY, to Jeffrey Abraham, counsel for a purported shareholder of BBBY, dated October 21, 2022.

Dated:  March 15, 2023

                                                    */s/ Clifford Thau*
                                                    Clifford Thau