# **EXHIBIT 3**

**Bed Bath & Beyond Historical Stock Prices**
**(January 4, 2021 through October 31, 2022)**

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 1/4/2021 | 18.03 | 21.57 | 17.75 | 20.49 | 97,569,470 |
| 1/11/2021 | 20.545 | 27.74 | 20.2 | 25.595 | 70,699,198 |
| 1/18/2021 | 26.0963 | 47.73 | 24.3301 | 30.68 | 160,661,539 |
| 1/25/2021 | 30.19 | 53.9 | 28.78 | 30.26 | 248,392,880 |
| 2/1/2021 | 27.311 | 28.9411 | 24.59 | 26.27 | 47,267,105 |
| 2/8/2021 | 25.78 | 30.95 | 25.71 | 28.15 | 22,385,633 |
| 2/15/2021 | 28.07 | 28.43 | 25.73 | 26.27 | 16,369,949 |
| 2/22/2021 | 25.48 | 29.39 | 24.05 | 27.86 | 24,797,017 |
| 3/1/2021 | 28.08 | 31.98 | 26.54 | 30.97 | 27,086,517 |
| 3/8/2021 | 31.24 | 33.12 | 27.8225 | 32.6 | 21,903,358 |
| 3/15/2021 | 32.012 | 33.33 | 30.08 | 31.74 | 17,043,833 |
| 3/22/2021 | 31.34 | 31.9 | 27.04 | 28.4 | 15,548,654 |
| 3/29/2021 | 28.59 | 29.88 | 28.25 | 28.65 | 8,090,761 |
| 4/5/2021 | 28.24 | 30.84 | 27.7 | 29.5 | 16,893,559 |
| 4/12/2021 | 29.26 | 29.97 | 23.34 | 25.09 | 47,737,320 |
| 4/19/2021 | 25.89 | 26.99 | 24.45 | 25.85 | 18,750,011 |
| 4/26/2021 | 26.07 | 27.24 | 24.98 | 25.17 | 13,972,755 |
| 5/3/2021 | 24.98 | 25.99 | 24.06 | 25.16 | 16,592,130 |
| 5/10/2021 | 24.34 | 25.8784 | 22.85 | 25.2 | 17,592,196 |
| 5/17/2021 | 25.54 | 25.68 | 23.175 | 23.75 | 15,420,216 |
| 5/24/2021 | 23.8 | 30.22 | 23.73 | 27.99 | 34,468,429 |
| 5/31/2021 | 28.95 | 44.51 | 27.02 | 33.98 | 180,388,475 |
| 6/7/2021 | 34.7 | 40 | 29.85 | 30.16 | 36,514,797 |
| 6/14/2021 | 30.075 | 30.26 | 27.05 | 27.68 | 25,372,752 |
| 6/21/2021 | 28 | 32.15 | 27.66 | 30.66 | 29,773,996 |
| 6/28/2021 | 31.076 | 39.3 | 29.65 | 31.3 | 74,049,597 |
| 7/5/2021 | 31.27 | 31.32 | 27.43 | 30.1 | 16,414,102 |
| 7/12/2021 | 30 | 31.7 | 26.16 | 27.14 | 14,341,063 |
| 7/19/2021 | 28.08 | 30.35 | 27.5 | 29.83 | 13,638,803 |
| 7/26/2021 | 29.63 | 30.03 | 28.175 | 28.33 | 8,007,696 |
| 8/2/2021 | 28.41 | 28.7439 | 26.59 | 27.99 | 11,080,447 |
| 8/9/2021 | 28.3 | 30.12 | 27.25 | 27.52 | 7,929,073 |
| 8/16/2021 | 27.05 | 27.62 | 25.22 | 27.38 | 9,403,145 |
| 8/23/2021 | 27.57 | 30.1386 | 27.55 | 28.44 | 13,243,435 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 8/30/2021 | 28.09 | 28.2114 | 26.71 | 27.02 | 7,140,110 |
| 9/6/2021 | 26.42 | 26.62 | 23.72 | 24.21 | 19,745,400 |
| 9/13/2021 | 24.21 | 24.4653 | 23.23 | 23.62 | 13,102,611 |
| 9/20/2021 | 23.61 | 24.47 | 22.33 | 23.77 | 14,377,111 |
| 9/27/2021 | 23.293 | 23.77 | 15.62 | 15.7 | 84,348,147 |
| 10/4/2021 | 15.61 | 15.7 | 14.23 | 14.59 | 40,607,683 |
| 10/11/2021 | 14.65 | 15.13 | 13.76 | 14.72 | 28,192,402 |
| 10/18/2021 | 14.66 | 14.9103 | 14.03 | 14.46 | 19,246,205 |
| 10/25/2021 | 14.451 | 15.38 | 13.38 | 15.28 | 33,328,170 |
| 11/1/2021 | 15.57 | 25.72 | 14.8 | 21.67 | 240,385,290 |
| 11/8/2021 | 21.82 | 23.92 | 20.88 | 21.58 | 35,707,601 |
| 11/15/2021 | 21.67 | 24.55 | 21.22 | 24.01 | 36,335,840 |
| 11/22/2021 | 23.55 | 24.74 | 19.92 | 20.19 | 19,877,098 |
| 11/29/2021 | 20.15 | 20.64 | 16.9 | 18.58 | 24,299,067 |
| 12/6/2021 | 19 | 20.12 | 16.26 | 16.56 | 16,325,442 |
| 12/13/2021 | 15.73 | 17 | 14.68 | 15.12 | 23,879,851 |
| 12/20/2021 | 15.335 | 16.38 | 15.19 | 16.04 | 14,001,877 |
| 12/27/2021 | 15.91 | 15.925 | 14.46 | 15.16 | 27,517,913 |
| 1/3/2022 | 14.55 | 15.85 | 14.545 | 15.16 | 8,181,269 |
| 1/4/2022 | 15.01 | 15.49 | 14.26 | 14.99 | 7,998,665 |
| 1/5/2022 | 14.62 | 14.705 | 13.32 | 13.365 | 10,875,590 |
| 1/6/2022 | 15.44 | 16.38 | 13.67 | 14.43 | 39,233,300 |
| 1/7/2022 | 14.43 | 15.4061 | 13.56 | 13.8 | 10,496,400 |
| 1/10/2022 | 13.43 | 13.75 | 12.565 | 13.01 | 9,094,549 |
| 1/11/2022 | 13.02 | 13.36 | 12.51 | 13.12 | 8,080,745 |
| 1/12/2022 | 13.84 | 13.92 | 13.38 | 13.82 | 6,068,427 |
| 1/13/2022 | 13.96 | 16.2599 | 13.61 | 15.1 | 21,837,030 |
| 1/14/2022 | 14.92 | 15.6 | 14.6301 | 15.46 | 10,247,680 |
| 1/18/2022 | 15.14 | 15.37 | 13.89 | 14.06 | 6,823,022 |
| 1/19/2022 | 14.09 | 14.38 | 13.68 | 13.7 | 4,571,813 |
| 1/20/2022 | 14.05 | 14.625 | 13.34 | 13.43 | 5,840,708 |
| 1/21/2022 | 13.25 | 13.44 | 12.39 | 12.96 | 8,397,549 |
| 1/24/2022 | 12.6 | 14.34 | 12.42 | 14.04 | 10,856,200 |
| 1/25/2022 | 13.7 | 15.48 | 13.7 | 15.05 | 8,945,161 |
| 1/26/2022 | 15.12 | 15.3504 | 13.96 | 14.15 | 8,180,054 |
| 1/27/2022 | 14.6142 | 14.876 | 13.6628 | 13.83 | 5,298,325 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 1/28/2022 | 13.76 | 16.13 | 13.66 | 15.53 | 14,807,460 |
| 1/31/2022 | 15.3 | 17.17 | 15.27 | 16.24 | 10,899,090 |
| 2/1/2022 | 16.1011 | 18.04 | 16.1011 | 17.08 | 8,990,214 |
| 2/2/2022 | 16.95 | 17.6099 | 16.3701 | 17.04 | 7,176,271 |
| 2/3/2022 | 16.6 | 16.92 | 15.51 | 15.88 | 6,428,443 |
| 2/4/2022 | 15.97 | 16.365 | 15.47 | 16.19 | 5,884,113 |
| 2/7/2022 | 16.19 | 16.8599 | 15.955 | 16.27 | 4,081,368 |
| 2/8/2022 | 16.35 | 16.97 | 16.22 | 16.65 | 3,348,922 |
| 2/9/2022 | 16.74 | 17.075 | 16.494 | 17.01 | 3,283,179 |
| 2/10/2022 | 16.83 | 17.3 | 15.9617 | 16.1 | 4,880,455 |
| 2/11/2022 | 16.28 | 16.94 | 15.52 | 15.69 | 4,595,924 |
| 2/14/2022 | 15.68 | 16.215 | 15.465 | 15.53 | 3,158,992 |
| 2/15/2022 | 15.71 | 16.748 | 15.71 | 16.66 | 3,952,780 |
| 2/16/2022 | 16.55 | 16.9 | 15.8525 | 16.11 | 2,714,545 |
| 2/17/2022 | 15.99 | 16.3 | 15 | 15.07 | 4,752,365 |
| 2/18/2022 | 15 | 15.75 | 14.94 | 15.01 | 3,141,909 |
| 2/22/2022 | 14.78 | 15.02 | 13.68 | 13.69 | 4,843,234 |
| 2/23/2022 | 13.76 | 14.2198 | 13.15 | 13.16 | 4,067,311 |
| 2/24/2022 | 12.675 | 15.375 | 12.42 | 15.37 | 8,092,887 |
| 2/25/2022 | 15.29 | 16.91 | 15.25 | 16.17 | 7,459,379 |
| 2/28/2022 | 16 | 16.95 | 15.91 | 16.89 | 4,184,274 |
| 3/1/2022 | 16.95 | 17.62 | 16.1542 | 16.67 | 6,166,770 |
| 3/2/2022 | 16.95 | 17.45 | 16.6 | 17.23 | 3,175,458 |
| 3/3/2022 | 17.42 | 17.93 | 16.41 | 16.75 | 2,970,359 |
| 3/4/2022 | 16.63 | 17 | 16 | 16.18 | 2,799,171 |
| 3/7/2022 | 30 | 30.06 | 19.21 | 21.71 | 105,623,700 |
| 3/8/2022 | 19.66 | 23.45 | 19.57 | 22.86 | 18,775,530 |
| 3/9/2022 | 23.12 | 24.49 | 22.02 | 22.53 | 8,323,647 |
| 3/10/2022 | 22.3 | 22.53 | 20.33 | 20.96 | 5,796,443 |
| 3/11/2022 | 20.91 | 21.23 | 19.49 | 19.99 | 4,986,806 |
| 3/14/2022 | 19.72 | 20.44 | 18.3401 | 19.21 | 5,340,892 |
| 3/15/2022 | 19.51 | 20.43 | 18.91 | 20.38 | 3,253,970 |
| 3/16/2022 | 20.52 | 21.445 | 19.99 | 21.32 | 3,627,288 |
| 3/17/2022 | 21.29 | 22.1 | 20.41 | 21.87 | 3,106,319 |
| 3/18/2022 | 21.75 | 22.17 | 21.09 | 22.07 | 5,692,131 |
| 3/21/2022 | 22.1 | 23.9 | 21.585 | 23 | 3,876,782 |

3

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 3/22/2022 | 22.85 | 24.8 | 22.44 | 23.52 | 7,493,570 |
| 3/23/2022 | 23.53 | 23.79 | 21.94 | 22.02 | 5,797,953 |
| 3/24/2022 | 22.19 | 22.19 | 20.76 | 22.1 | 3,247,730 |
| 3/25/2022 | 23 | 24.51 | 22.11 | 22.59 | 13,273,310 |
| 3/28/2022 | 22.43 | 26.48 | 21.88 | 26.32 | 12,213,590 |
| 3/29/2022 | 25.7 | 28.78 | 25.26 | 27.23 | 11,685,700 |
| 3/30/2022 | 26.95 | 27.22 | 22.65 | 22.745 | 6,089,453 |
| 3/31/2022 | 22.925 | 24.3171 | 22.26 | 22.53 | 4,384,496 |
| 4/1/2022 | 22.53 | 22.87 | 21.7 | 22.84 | 3,193,031 |
| 4/4/2022 | 22.76 | 23.84 | 22.65 | 22.82 | 2,665,577 |
| 4/5/2022 | 22.79 | 23.18 | 21.68 | 21.81 | 2,121,088 |
| 4/6/2022 | 21.31 | 22.02 | 20.94 | 21.65 | 2,783,166 |
| 4/7/2022 | 21.53 | 21.69 | 18.85 | 19.87 | 4,810,198 |
| 4/8/2022 | 19.82 | 20.12 | 19.275 | 19.48 | 2,208,101 |
| 4/11/2022 | 19.08 | 19.78 | 18.5808 | 19.27 | 3,026,763 |
| 4/12/2022 | 19.17 | 19.66 | 17.8 | 17.97 | 4,802,051 |
| 4/13/2022 | 15.77 | 18.62 | 15.75 | 17.76 | 20,083,340 |
| 4/14/2022 | 17.21 | 17.64 | 16.034 | 17.325 | 6,914,685 |
| 4/18/2022 | 17.09 | 17.74 | 16.28 | 16.93 | 4,212,090 |
| 4/19/2022 | 16.85 | 17.87 | 16.5 | 16.87 | 3,721,460 |
| 4/20/2022 | 16.87 | 16.97 | 16.06 | 16.38 | 3,401,890 |
| 4/21/2022 | 16.35 | 16.83 | 16.18 | 16.34 | 2,612,087 |
| 4/22/2022 | 16.18 | 18.6 | 16 | 17.46 | 14,552,770 |
| 4/25/2022 | 16.83 | 17.51 | 16.26 | 17.28 | 4,856,072 |
| 4/26/2022 | 17.09 | 17.25 | 15.5 | 15.61 | 4,038,256 |
| 4/27/2022 | 15.68 | 15.68 | 14.66 | 14.67 | 4,024,416 |
| 4/28/2022 | 14.83 | 14.9 | 13.82 | 14.75 | 5,485,699 |
| 4/29/2022 | 14.59 | 14.89 | 13.55 | 13.61 | 4,606,991 |
| 5/2/2022 | 13.6 | 13.79 | 12.85 | 13.72 | 4,258,394 |
| 5/3/2022 | 13.75 | 14.28 | 13.33 | 14.04 | 3,010,494 |
| 5/4/2022 | 13.85 | 14.24 | 13.44 | 14.22 | 3,022,840 |
| 5/5/2022 | 13.86 | 13.945 | 12.525 | 12.76 | 4,780,471 |
| 5/6/2022 | 12.57 | 12.66 | 11.765 | 12.07 | 3,967,968 |
| 5/9/2022 | 11.75 | 11.89 | 10.91 | 10.97 | 4,749,245 |
| 5/10/2022 | 11.18 | 11.25 | 9.83 | 10.11 | 5,569,975 |
| 5/11/2022 | 10.17 | 10.5001 | 9.06 | 9.22 | 5,318,202 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 5/12/2022 | 9.12 | 10.55 | 8.8 | 9.4 | 7,601,079 |
| 5/13/2022 | 9.59 | 10.05 | 9.4 | 9.64 | 5,063,016 |
| 5/16/2022 | 9.51 | 9.77 | 9.21 | 9.4 | 3,233,929 |
| 5/17/2022 | 9.5 | 10.15 | 9.145 | 9.76 | 5,827,378 |
| 5/18/2022 | 9.31 | 9.5 | 8.515 | 8.895 | 7,661,698 |
| 5/19/2022 | 8.72 | 9.8295 | 8.6 | 9.66 | 8,018,947 |
| 5/20/2022 | 9.66 | 9.66 | 8.31 | 8.7 | 6,029,542 |
| 5/23/2022 | 8.75 | 8.75 | 8.09 | 8.33 | 5,756,722 |
| 5/24/2022 | 8.29 | 8.29 | 7.51 | 7.81 | 5,184,593 |
| 5/25/2022 | 7.69 | 8.495 | 7.59 | 8.18 | 7,667,120 |
| 5/26/2022 | 8.24 | 9.24 | 8.24 | 8.54 | 6,629,823 |
| 5/27/2022 | 8.6 | 9.47 | 8.56 | 9.23 | 5,108,738 |
| 5/31/2022 | 9.18 | 9.4864 | 8.57 | 8.65 | 4,035,620 |
| 6/1/2022 | 8.62 | 8.7629 | 8.17 | 8.38 | 5,623,880 |
| 6/2/2022 | 8.33 | 8.93 | 8.055 | 8.43 | 9,081,741 |
| 6/3/2022 | 8.22 | 8.41 | 8.01 | 8.1 | 4,382,652 |
| 6/6/2022 | 8.16 | 8.39 | 7.94 | 8.1 | 4,232,643 |
| 6/7/2022 | 7.9 | 8.48 | 7.7645 | 8.42 | 5,114,671 |
| 6/8/2022 | 8.42 | 8.6799 | 8.105 | 8.15 | 5,197,669 |
| 6/9/2022 | 8.1 | 8.13 | 7.33 | 7.36 | 6,257,350 |
| 6/10/2022 | 7.18 | 7.37 | 7 | 7.12 | 4,717,726 |
| 6/13/2022 | 6.83 | 6.87 | 6.36 | 6.47 | 5,796,149 |
| 6/14/2022 | 6.53 | 6.95 | 6.3 | 6.945 | 4,884,588 |
| 6/15/2022 | 6.95 | 7.19 | 6.5029 | 6.61 | 6,611,912 |
| 6/16/2022 | 6.39 | 6.4 | 5.9482 | 6.13 | 6,863,136 |
| 6/17/2022 | 6.2 | 6.85 | 6.075 | 6.68 | 10,128,160 |
| 6/21/2022 | 6.88 | 7.17 | 6.65 | 6.7 | 5,434,639 |
| 6/22/2022 | 6.39 | 6.92 | 6.22 | 6.57 | 6,665,274 |
| 6/23/2022 | 6.55 | 7.15 | 6.47 | 7.13 | 5,735,505 |
| 6/24/2022 | 7.17 | 7.48 | 6.785 | 7 | 10,017,720 |
| 6/27/2022 | 6.77 | 7.02 | 6.405 | 6.75 | 7,456,637 |
| 6/28/2022 | 6.7 | 6.87 | 6.345 | 6.53 | 8,493,078 |
| 6/29/2022 | 5.46 | 5.46 | 4.905 | 4.99 | 35,110,110 |
| 6/30/2022 | 4.85 | 5.33 | 4.73 | 4.97 | 19,239,240 |
| 7/1/2022 | 4.9 | 5.02 | 4.38 | 4.71 | 15,458,230 |
| 7/5/2022 | 4.6 | 4.825 | 4.46 | 4.64 | 13,186,360 |

| Date | Open | High | Low | Close | Volume |
| --- | --- | --- | --- | --- | --- |
| 7/6/2022 | 4.71 | 4.76 | 4.44 | 4.47 | 13,904,350 |
| 7/7/2022 | 4.78 | 5.95 | 4.64 | 5.44 | 61,761,150 |
| 7/8/2022 | 5.3 | 5.42 | 5.01 | 5.09 | 16,182,850 |
| 7/11/2022 | 5.05 | 5.12 | 4.74 | 4.8 | 8,296,538 |
| 7/12/2022 | 4.8 | 5.27 | 4.78 | 5.04 | 10,399,090 |
| 7/13/2022 | 4.96 | 5.2 | 4.902 | 5.08 | 6,246,577 |
| 7/14/2022 | 4.972 | 5.09 | 4.7 | 4.73 | 7,775,041 |
| 7/15/2022 | 4.81 | 5.08 | 4.72 | 4.96 | 8,156,168 |
| 7/18/2022 | 4.99 | 5.21 | 4.94 | 4.96 | 5,940,647 |
| 7/19/2022 | 5.01 | 5.37 | 5.01 | 5.25 | 6,494,467 |
| 7/20/2022 | 5.22 | 5.7099 | 5.21 | 5.59 | 7,280,947 |
| 7/21/2022 | 5.55 | 5.84 | 5.18 | 5.81 | 18,301,860 |
| 7/22/2022 | 5.8 | 5.8 | 5.05 | 5.11 | 9,401,704 |
| 7/25/2022 | 5.1 | 5.115 | 4.7712 | 5.04 | 6,428,162 |
| 7/26/2022 | 4.82 | 4.86 | 4.59 | 4.6 | 7,406,093 |
| 7/27/2022 | 4.68 | 4.77 | 4.5401 | 4.68 | 6,523,013 |
| 7/28/2022 | 4.65 | 4.84 | 4.55 | 4.84 | 3,901,951 |
| 7/29/2022 | 4.815 | 5.07 | 4.69 | 5.03 | 8,428,712 |
| 8/1/2022 | 4.94 | 5.77 | 4.8577 | 5.77 | 11,455,290 |
| 8/2/2022 | 5.78 | 6.53 | 5.64 | 5.79 | 19,063,160 |
| 8/3/2022 | 5.75 | 6.14 | 5.575 | 6.07 | 13,848,010 |
| 8/4/2022 | 6.06 | 6.49 | 6 | 6.15 | 9,060,800 |
| 8/5/2022 | 6.66 | 8.29 | 6.5201 | 8.16 | 52,776,870 |
| 8/8/2022 | 10.92 | 13.34 | 10.75 | 11.41 | 124,711,900 |
| 8/9/2022 | 11.65 | 11.99 | 8.6301 | 9.79 | 74,699,130 |
| 8/10/2022 | 10.6 | 10.63 | 8.88 | 10.51 | 51,988,250 |
| 8/11/2022 | 10.676 | 11.45 | 10.06 | 10.63 | 37,538,640 |
| 8/12/2022 | 11.04 | 13.28 | 10.39 | 12.95 | 80,134,270 |
| 8/15/2022 | 15 | 17.05 | 13.37 | 16 | 164,667,900 |
| 8/16/2022 | 15.715 | 28.6 | 15.36 | 20.65 | 395,319,900 |
| 8/17/2022 | 26.94 | 30 | 22.5 | 23.08 | 261,697,600 |
| 8/18/2022 | 19.06 | 20.8099 | 16.16 | 18.55 | 174,914,300 |
| 8/19/2022 | 11.55 | 12.55 | 10.26 | 11.03 | 136,514,200 |
| 8/22/2022 | 9.6 | 11.51 | 9.17 | 9.24 | 77,313,830 |
| 8/23/2022 | 9.63 | 9.82 | 8.449 | 8.78 | 39,608,100 |
| 8/24/2022 | 11.07 | 11.9699 | 9.73 | 10.36 | 116,214,600 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 8/25/2022 | 10.16 | 10.3388 | 9.4101 | 10.1 | 35,282,890 |
| 8/26/2022 | 10.55 | 11.42 | 10.1007 | 10.7 | 57,215,370 |
| 8/29/2022 | 11.49 | 14.88 | 10.8201 | 13.35 | 138,793,700 |
| 8/30/2022 | 14.475 | 15.15 | 11.52 | 12.11 | 108,053,800 |
| 8/31/2022 | 8.81 | 9.97 | 8.76 | 9.53 | 81,008,380 |
| 9/1/2022 | 9.07 | 9.4 | 8.62 | 8.71 | 31,421,690 |
| 9/2/2022 | 8.51 | 8.75 | 8.17 | 8.63 | 31,243,830 |
| 9/6/2022 | 7.33 | 7.75 | 6.87 | 7.04 | 32,500,480 |
| 9/7/2022 | 6.9 | 8.2794 | 6.84 | 7.91 | 42,453,110 |
| 9/8/2022 | 7.614 | 8.26 | 7.55 | 8.24 | 22,252,330 |
| 9/9/2022 | 8.298 | 9.12 | 8.21 | 8.93 | 26,147,400 |
| 9/12/2022 | 8.98 | 9.38 | 8.66 | 9.17 | 20,285,640 |
| 9/13/2022 | 9.09 | 9.1 | 8.35 | 8.37 | 14,506,540 |
| 9/14/2022 | 8.45 | 8.99 | 8.01 | 8.76 | 14,550,540 |
| 9/15/2022 | 8.74 | 9.33 | 8.505 | 8.79 | 15,408,180 |
| 9/16/2022 | 8.67 | 8.74 | 8.01 | 8.02 | 15,585,960 |
| 9/19/2022 | 8 | 8.29 | 7.6717 | 8.03 | 12,785,250 |
| 9/20/2022 | 7.99 | 8.2 | 7.55 | 7.6 | 8,696,022 |
| 9/21/2022 | 7.54 | 7.715 | 7.27 | 7.27 | 8,802,525 |
| 9/22/2022 | 7.29 | 7.29 | 6.76 | 7.09 | 9,052,183 |
| 9/23/2022 | 6.78 | 7.12 | 6.5 | 6.67 | 9,628,079 |
| 9/26/2022 | 6.72 | 7.1484 | 6.34 | 6.37 | 9,577,578 |
| 9/27/2022 | 6.64 | 6.76 | 6.26 | 6.38 | 7,908,455 |
| 9/28/2022 | 6.165 | 6.57 | 6.0601 | 6.46 | 9,994,944 |
| 9/29/2022 | 6.47 | 6.565 | 5.82 | 6.19 | 14,187,720 |
| 9/30/2022 | 6.16 | 6.48 | 5.98 | 6.09 | 7,677,968 |
| 10/3/2022 | 6.05 | 6.1 | 5.83 | 5.99 | 6,330,446 |
| 10/4/2022 | 6.14 | 6.69 | 6.13 | 6.53 | 14,676,630 |
| 10/5/2022 | 6.325 | 6.35 | 5.9 | 5.97 | 8,426,469 |
| 10/6/2022 | 5.96 | 6.1099 | 5.81 | 5.87 | 5,995,432 |
| 10/7/2022 | 5.79 | 5.8376 | 5.4 | 5.42 | 6,115,425 |
| 10/10/2022 | 5.27 | 5.53 | 5.05 | 5.3 | 7,085,479 |
| 10/11/2022 | 5.2 | 5.33 | 4.86 | 5.05 | 8,488,028 |
| 10/12/2022 | 5.02 | 5.44 | 4.9314 | 5.28 | 8,892,060 |
| 10/13/2022 | 5 | 5.49 | 4.92 | 5.15 | 8,354,883 |
| 10/14/2022 | 5.15 | 5.33 | 4.91 | 4.93 | 7,368,478 |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 10/17/2022 | 4.93 | 5.3 | 4.93 | 5.17 | 6,733,745 |
| 10/18/2022 | 5.4 | 5.55 | 5.0901 | 5.29 | 7,975,939 |
| 10/19/2022 | 5.28 | 5.2885 | 4.96 | 5 | 7,182,369 |
| 10/20/2022 | 5 | 5.2099 | 4.87 | 5.05 | 8,712,908 |
| 10/21/2022 | 5 | 5.02 | 4.54 | 4.67 | 12,278,140 |
| 10/24/2022 | 4.7 | 4.725 | 4.26 | 4.26 | 9,155,942 |
| 10/25/2022 | 4.29 | 5.53 | 4.26 | 5.29 | 51,888,730 |
| 10/26/2022 | 4.88 | 5.73 | 4.86 | 5 | 27,109,200 |
| 10/27/2022 | 5.16 | 5.425 | 4.9701 | 4.98 | 16,162,390 |
| 10/28/2022 | 4.78 | 4.86 | 4.48 | 4.59 | 16,014,080 |
| 10/31/2022 | 4.84 | 5.03 | 4.56 | 4.57 | 17,541,760 |