# **EXHIBIT 6**

HOME  >  THE MEME STOCK MAVEN  >  OTHER MEMES

# Stocks With the Greatest Short-Squeeze Potential for August

As August begins, we have selected some stocks that we believe have elevated short squeeze potential over the next several weeks.

BERNARD ZAMBONIN • AUG 1, 2022 6:17 AM EDT

- A short squeeze is a phenomenon wherein a sudden jump in a stock's price forces short sellers to close out their positions (i.e., buy shares to cover their shorts). This buying to close shoots that stock's price even higher, setting off a flywheel effect that can send shares soaring.

- Over the past couple of years, retail investors focusing on have tried to trigger short squeezes on stocks that are heavily shorted by hedge funds. "Meme stocks" such as GME and AMC are the most notable examples, but dozens of squeezes have occurred since early 2021.

- Participating in a short squeeze can be risky. Heavily-shorted companies attract short sellers for good reason - there are often significant problems with the underlying businesses.

## Redbox - $RDBX

**Redbox**  (**RDBX**) - Get Free Report stock just underwent its own short squeeze at the end of July. The stock registered over 100% in gains in just two trading days. However, even triple-digit gains have not been enough to save this stock from a devastating year. RDBX remains down 40%+ YTD.

Analysts have questioned the fundamentals of Redbox's DVD rental kiosks, which represent 90% of the company's revenues. They're also skeptical of the company's business model going forward, as streaming continues to gain popularity.

Redbox, as a result, has become a short-selling target. The most current data say that 37% of RDBX's float is being shorted.

On top of that, Redbox borrow rates are absurdly high. Social media buzz in June and July led to the Redbox stock having a borrowing rate of over 1,000% at one point. Although fees have dipped back down, at 360%, they're still extremely high. This borrow rate means that short sellers need serious conviction to bet against the stock.

Since Redbox hit its all-time high on June 13th, when shares reached $15.27, RDBX has plummeted 80%. Shares now sit near the $4 level. This nosedive is largely due to share dilution. Redbox held private placement warrants (6,062,500) with an exercise price of $11.50, which were exercised after the company's shares reached their sky-high valuation in mid-June.

Redbox shares continue to generate lots of buzz on social media, though. As a result, it is not unlikely that a sudden increase in buying volume could crush short sellers and make Redbox shares soar once again.

## Bed Bath & Beyond - $BBY

It's no surprise that short sellers have been betting heavily against **Bed Bath & Beyond** (**BBBY**) - Get Free Report. The company has reported several successive disastrous quarters.

The retailer, which sells bedroom, bathroom, kitchen, and dining room products, has missed both Wall Street's loss-per-share and revenue estimates for at least the last four consecutive quarters.

Currently, about 28.5 million BBBY shares out of a float of 69.4 million are being shorted, which implies a massive 40% short interest.

During July, after the company reported poor Q2 earnings results, borrow rates for shorted shares soared to nearly 8%. That's substantially higher than the borrow rate seen for most of H1 2022 - rates were mostly below 1% during this time. This move implies that BBBY short demand is intensifying.

Short sellers are entering risky territory here, however. Bed Bath & Beyond shares have significant meme appeal. Redditors have BBBY in the "resurrected boomer" category, alongside companies such as **BlackBerry** (**BB**) - Get Free Report, **Nokia** (**NOK**) - Get Free Report, and **Macy's** (**M**) - Get Free Report.

BBBY shares skyrocketed more than 100% last January thanks to a short squeeze, and during March of this year, Bed Bath & Beyond gained even greater "meme" status after GameStop Chairman Ryan Cohen bought about 10% of the company's total shares. Along with his $150 million, Cohen wrote a letter with several proposed improvements to management.

Among Cohen's suggestions (or demands, depending on your perspective) is one that may actually happen soon. The spin-off of baby and infant registry and retailer BuyBuy Baby is speculated to occur once Bed Bath's management reaches a consensus on a valuation.

Such a spin-off could be just the bullish catalyst that shareholders need to drive up BBBY's price and trigger a short squeeze.

## AMC Entertainment – $AMC

**AMC Entertainment** (**AMC**) - Get Free Report, alongside **GameStop** (**GME**) - Get Free Report, was a major player in one of the most significant short squeezes in recent history. The movie theater chain was and has been a high short-selling target, especially since the Covid pandemic. As theaters shut down in early 2020, there was skepticism among the "smart money" that AMC could survive, especially given its serious liquidity problems.

However, the company has been reporting a gradual recovery of its business as the pandemic has eased. And it's gotten a huge leg up from its shareholders, who enabled AMC to raise about $587 million, and save its business from bankruptcy, by issuing more shares.

Shareholders of AMC Entertainment may see short sellers pressured during August. The company is slated to make a major reveal during its Q2 earnings, which will be reported on August 4th.

In a recent tweet from AMC's CEO, Adam Aron, Aron offered a not-so-subtle message implying that Q2 earnings would cause a catalyst that would allow retail to "pounce" on AMC short sellers.

AMC continues to be a relevant target for short sellers. The latest data indicates that about 20% of AMC's float is being shorted. AMC's cost-to-borrow rate is currently about 7.5%, a very high level compared to the first months of 2022.

*(Disclaimers: this is not investment advice. The author may be long one or more stocks mentioned in this report. Also, the article may contain affiliate links. These partnerships do not influence editorial content. Thanks for supporting Wall Street Memes)*