# **EXHIBIT 13**

**Excerpt of Ryan Cohen Interview with Joe Fonicello of GMEdd.com**
**(Timestamp 0:00 – 7:24)**

Joe Fonicello: Welcome to GMEdd's interview with the one, the only, Ryan Cohen. I'm Joe Fonicello, your host for the next hour. Ryan serves as the Chairman of GameStop and the Manager of RC Ventures. Ryan, this is your first public appearance in over two years and the only time you've sat down with anyone for an extended interview like this. Why have you remained so quiet despite the attention?

Ryan Cohen: Well, first of all, thank you for hosting me. I've been incredibly impressed with the level of diligence that GMEdd has done for GameStop and for the community. And I couldn't think of a more appropriate channel to have this conversation with. Secondly, in terms of why haven't I done anything up until now, I haven't had time. I've been focused on work. So. Sorry for my dog in the background. But I haven't had time to play. I've been focused on work. So. It's taken up all of my time.

Joe Fonicello: Before everything with GameStop, you were the founder and CEO of Chewy at the age of 25. Can you talk about what building Chewy meant to you and what you learned from that experience?

Ryan Cohen: You hear the dog in the background.

Joe Fonicello: Yeah, it's perfect.

Ryan Cohen: It's a real dog by the way. It's not just sound effects. What did I learn from Chewy. Chewy was hard. We built Chewy in Florida. It was very hard to raise capital. We were a bunch of nobodies. It's like three states basically account for like 75% of venture capital: New York, California and Massachusetts. So raising capital was really difficult at Chewy. Attracting talent was very difficult at Chewy. Especially being in Florida, the talent pool was pretty limited. And we were selling 30-pound bags of pet food online. And so that wasn't very popular either, against the backdrop of Pets.com. At first, everyone said you can't make the unit economics work selling 30-pound bags of pet food. And then once we had positive unit economics, everyone said that Amazon was gonna crush us. And neither of those things were true. But it was very, very tough. It's a low margin business. Part of the secret sauce was just how we structured it. We had negative working capital. We took the business from like 200 million to 3½ billion. We burned through less than 150 million of cash, even though we accumulated significant losses. We turned our inventory over faster than our payment terms. But granted, going head to head against Amazon, selling 30-pound bags of pet food in the mail, tough business.

Joe Fonicello: Yeah.

Ryan Cohen: GameStop on the other hand, in many ways – you know Chewy was like a new construction. We built the business from the ground up, knew the business

1

|  |  |
|---|---|
|  | inside and out. GameStop is different. We inherited a bunch of legacy everything, and under investment across the entire business. People, the entire technology stack, just decades of neglect. And so, it's hard to turn around a brick and mortar retailer that's under the kind of pressure that GameStop was and continues to be under. But that was also part of the attraction going into GameStop was that a transformation the likes of GameStop was really unprecedented. And I was motivated by that. And you know similarly, selling 30-pound bags of pet food in the mail was also very unpopular but we figured it out. So yeah, I like tough things. I don't like to make my life easy for whatever reason. |
| Joe Fonicello: | You've made yourself into a pretty prolific activist investor. Is RC Ventures evaluating other opportunities in this market and what do you look for? |
| Ryan Cohen: | I'm always looking for opportunities. What do I look for? Yeah, and of course, it's definitely a better environment and market allocating capital today than it's been in a very, very long time, at least in the past decade. I like consumer businesses. That's my core competency. And you know I like simple businesses. |
| Joe Fonicello: | How big is RC Ventures? |
| Ryan Cohen: | You're looking at RC Ventures' team. |
| Joe Fonicello: | So why did you invest in GameStop? |
| Ryan Cohen: | I invested in GameStop because I thought it was cheap. I thought the intrinsic value of the business was worth more than the price that I paid. There was a tremendous amount of skepticism around GameStop. And those are the things that I like. I like looking at things where no one is looking at them. Those are usually some of the best opportunities. I say the opposite of that is IPOs where the animal spirits are out and everyone is kind of standing in line trying to give them money. GameStop was on the opposite end of that. No one was interested in investing in GameStop at the time that I made the investment. It was hugely unpopular. And those are the things that attract my attention. I'm contrarian by nature. And so it was a pretty contrarian investment at the time. |
| Joe Fonicello: | There are some contrarians online. What did you know about the enthusiasm from some retail investors over GameStop on digital communities like Wall Street Bets? |
| Ryan Cohen: | I learned about – I only really noticed them when I first – I filed my 13d – I lost my 13d virginity in August of 2020. So I was a late bloomer. And that's when I noticed retail activity. And then when I filed subsequent amendments, I noticed it. But it was something that snowballed over time. And it was impossible to predict frankly. So obviously we know what happened – we |

| | |
|---|---|
| | know what happened afterwards in January.  But I learned about it really when everyone else learned about it. |
| Joe Fonicello: | Last we spoke, you referred to the events of January 2021 as one of the most fascinating things that has happened in the history of financial markets.  And I know it was life changing for us retail investors.  What was it like for you? |
| Ryan Cohen: | I was – when I decided to join the Board personally, I made a long-term commitment to be at the company for an extended period of time.  And so there was a lot of deliberations – I'd say board drama going on after I joined the board, that really had nothing to do with the volatility in the market and had everything to do with just the transformation and everything going on at the Company.  And so we changed the composition of the Board.  We got rid of the entire Board.  We got rid of all of the professional directors.  We changed up the entire management team.  And so I was focused on making all of the changes at the company.  And that's consumed all of my time. |
| Joe Fonicello: | Do you think that what happened then could ever happen again? |
| Ryan Cohen: | I don't know.  I mean that's hard to predict what's going to happen in financial markets.  Anything can happen.  Anything can happen. |