# **<u>EXHIBIT 14</u>**

DEF 14A 1 ny20003214x1_def14a.htm DEF 14A

**TABLE OF CONTENTS**

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

SCHEDULE 14A

Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934 (Amendment No.   )

☑   Filed by the Registrant       ☐   Filed by a Party other than the Registrant

CHECK THE APPROPRIATE BOX:

| | |
|---|---|
| ☐ | Preliminary Proxy Statement |
| ☐ | Confidential, For Use of the Commission Only (as permitted by Rule 14a-6(e)(2)) |
| ☑ | Definitive Proxy Statement |
| ☐ | Definitive Additional Materials |
| ☐ | Soliciting Material Under Rule 14a-12 |



**Bed Bath & Beyond Inc.**

(Name of Registrant as Specified In Its Charter)
(Name of Person(s) Filing Proxy Statement, if Other Than the Registrant)

PAYMENT OF FILING FEE (CHECK ALL BOXES THAT APPLY):

| | |
|---|---|
| ☑ | No fee required. |
| ☐ | Fee paid previously with preliminary materials. |
| ☐ | Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11. |

**TABLE OF CONTENTS**

# voting roadmap

PROPOSAL 1

## election of directors

 The Board recommends a vote **FOR** each director nominee

→ See **page 8**

### our director nominees at-a-glance

| Name, Age and Primary Occupation | Independent | # of other Current Public Company Directorships | Director Since | Committees A | Committees P | Committees N |
|---|:---:|:---:|:---:|:---:|:---:|:---:|
|  **Harriet Edelman, 66 (Chair)** Vice Chair, Emigrant Bank | ✓ | 2 | 2019 | | | |
| **Mark J. Tritton, 58** President and Chief Executive Officer, Bed Bath & Beyond Inc. | | 1 | 2019 | | | |
| **Marjorie Bowen, 57** Private investor and public company director | ✓ | 1 | 2022 | | | |
| **Sue E. Gove, 63** President, Excelsior Advisors, LLC | ✓ | 2 | 2019 | ✓● | | ✓ |
| **Jeffrey A. Kirwan, 55** Chairman, Maurices Inc. | ✓ | 0 | 2019 | | ✓ | |
| **Shelly Lombard, 62** Private investor, independent consultant and public company director | ✓ | 1 | 2022 | | | |
| **Benjamin Rosenzweig, 37** Partner, Privet Fund Management LLC | ✓ | 2 | 2022 | | | |
| **Joshua E. Schechter, 49** Private investor and public company director | ✓ | 2 | 2019 | ●● | | |
| **Minesh Shah, 48** Chief Operations Officer, Stitch Fix, Inc. | ✓ | 0 | 2022 | | | |
| **Andrea M. Weiss, 67** Founding Partner, The O Alliance, LLC; Chief Executive Officer and Founder, Retail Consulting Inc. | ✓ | 3 | 2019 | ✓● | | |
| **Ann Yerger, 60** Advisor, Spencer Stuart North America Board Practice | ✓ | 0 | 2019 | | ✓ | ✓ |

| | | | |
|---|---|---|---|
| **A** Audit Committee | **P** People, Culture and Compensation Committee | **N** Nominating and Corporate Governance Committee | ⊙ Committee Chair   ● Audit Committee Financial Expert |

TABLE OF CONTENTS

EXECUTIVE COMPENSATION

# our shareholders

## security ownership of certain beneficial owners and management

The following table sets forth certain information regarding the beneficial ownership of shares of our common stock as of May 16, 2022 by (i) each person or group of affiliated persons known by us to beneficially own more than 5% of our common stock; (ii) our NEOs; (iii) each of our directors and nominees for director; and (iv) all of our directors and executive officers as a group. Ownership data with respect to our institutional shareholders is based upon information publicly available as described in the footnotes below.

The following table gives effect to the shares of common stock issuable within 60 days of May 16, 2022 upon the exercise of all options and other rights beneficially owned by the indicated shareholders on that date. Beneficial ownership is determined in accordance with Rule 13d-3 promulgated under Section 13 of the Exchange Act, and includes voting and investment power with respect to shares. Percentage of beneficial ownership is based on 79,886,442 shares of our common stock outstanding at May 16, 2022. Except as otherwise noted below, each person or entity named in the following table has sole voting and investment power with respect to all shares of our common stock that he, she or it beneficially owns.

Unless otherwise indicated, the address of each beneficial owner listed below is c/o Bed Bath & Beyond Inc., 650 Liberty Avenue, Union, New Jersey 07083.

| Name | Position | Number of Shares of Common Stock Beneficially Owned and Percent of Class | |
|---|---|---|---|
| BlackRock, Inc. | | 16,527,076[1] | 20.7% |
| FMR LLC | | 13,801,041[2] | 17.3% |
| The Vanguard Group | | 10,719,381[3] | 13.4% |
| RC Ventures LLC | | 9,450,100[4] | 11.8% |
| Mark J. Tritton | President and Chief Executive Officer and Director | 414,883[5] | * |
| Gustavo Arnal | Executive Vice President, Chief Financial Officer | 105,325[6] | * |
| John Hartmann | Executive Vice President, Chief Operating Officer and President, buybuy BABY, Inc. | 239,409[7] | * |
| Joseph Hartsig | Executive Vice President, Chief Merchandising Officer and President, Harmon Stores, Inc. | 40,667[8] | * |
| Rafeh Masood | Executive Vice President, Chief Customer Officer | 65,799[9] | * |
| Marjorie L. Bowen | Director | — | * |
| Harriet Edelman | Director | 63,789 | * |
| John E. Fleming | Director | 51,587 | * |
| Sue E. Gove | Director | 55,587 | * |
| Jeffrey A. Kirwan | Director | 33,455 | * |
| Shelly Lombard | Director | — | * |
| Benjamin L. Rosenzweig | Director | — | * |
| Virginia P. Ruesterholz | Director | 32,347 | * |
| Joshua E. Schechter | Director | 35,087 | * |
| Minesh Shah | Director | — | * |
| Andrea M. Weiss | Director | 25,096 | * |
| Mary A. Winston | Director | 107,434 | * |
| Ann Yerger | Director | 37,424 | * |
| All Directors and Executive Officers as a Group (22 persons) | | 1,373,527 | 1.7% |

\* Less than 1% of the outstanding common stock of the Company.

74    BED BATH & BEYOND