UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 1:22-cv-2541-TNM<br><br>CLASS ACTION |

### DECLARATION OF JARED GERBER IN SUPPORT OF DEFENDANTS BED BATH & BEYOND INC. AND SUE E. GOVE'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

Jared Gerber hereby declares pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted *pro hac vice* representing Defendants Bed Bath & Beyond Inc. and Sue E. Gove in the above-captioned case. I am a partner at the law firm Cleary Gottlieb Steen & Hamilton LLP.

2. Attached hereto are true and correct copies of the following documents, which are referenced in Defendants Bed Bath & Beyond Inc. and Sue E. Gove's Memorandum of Law in Support of Their Motion to Dismiss the Second Amended Complaint:

| Exhibit | Description |
|---|---|
| A. | Lauren Thomas and Jesse Pound, *Bed Bath & Beyond shares fall after investor Ryan Cohen reveals intent to sell entire stake*, CNBC (Aug. 17, 2022, 4:41 PM), https://www.cnbc.com/2022/08/17/bed-bath-beyond-shares-fall-more-than-10percent-after-investor-ryan-cohen-reveals-intent-to-sell-entire-stake.html |
| B. | Bed Bath & Beyond Inc., Current Report on Form 8-K (Aug. 18, 2022) |
| C. | Bed Bath & Beyond Inc., Current Report on Form 8-K (Feb. 6, 2023) |
| D. | Gustavo Arnal, Statement of Changes in Beneficial Ownership on SEC Form 4 (Aug. 18, 2022) |

| | |
|---|---|
| E. | Gustavo Arnal, Rule 10b5-1 Trading Plan (Apr. 20, 2022) (with personal information redacted) |
| F. | Gustavo Arnal Rollover IRA, Rule 10b5-1 Trading Plan (Apr. 20, 2022) (with personal information redacted) |
| G. | Zachary Fadem and David Lantz, *BBBY: As Trends Deteriorate, Fair To Assume $1B in FY23 EBITDA Is Off the Table*, WELLS FARGO, Apr. 13, 2022 |
| H. | Kevin P. Curran, *Bed Bath & Beyond shares soar 30%+ amid suspected short squeeze*, SEEKING ALPHA (Aug. 5, 2022, 12:01 PM), https://seekingalpha.com/news/3868260-bed-bath-beyond-shares-soar-amid-suspected-short-squeeze |
| I. | Carmen Reinicke, *Loop Capital says Bed Bath & Beyond comeback doesn't make fundamental sense, stock headed to $1*, CNBC (Aug. 12, 2022, 7:01 AM), https://www.cnbc.com/2022/08/12/bed-bath-beyond-comeback-doesnt-make-sense-stock-headed-to-1-loop-says.html |
| J. | Jodi Xu Klein, Soma Biswas, and Andrew Scurria, *Bed Bath & Beyond Shares Surge Despite Liquidity Concerns*, THE WALL STREET JOURNAL (Aug. 16, 2022, 6:25 PM), https://www.wsj.com/articles/bed-bath-beyond-shares-surge-despite-liquidity-concerns-11660677005 |
| K. | Adam Eckert, *EXCLUSIVE: Meme Stock Hero Ryan Cohen Used Retail Investors To Pump 'Extremely Underwater' Bed Bath & Beyond Position, Strategist Says*, BENZINGA (Aug. 18, 2022, 2:52 PM), https://www.benzinga.com/news/22/08/28556701/exclusive-strategist-says-meme-stock-hero-ryan-cohen-used-retail-investors-to-pump-his-extremely-und |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   March 15, 2023
         New York, New York


                                            */s/ Jared Gerber*
                                            Jared Gerber

2