# Exhibit D

SEC Form 4

FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235-0287 |
| Estimated average burden hours per response: 0.5 |

| 1. Name and Address of Reporting Person* Arnal Gustavo | 2. Issuer Name and Ticker or Trading Symbol BED BATH & BEYOND INC [ BBBY ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) ☐ Director  ☐ 10% Owner  ☒ Officer (give title below) EVP, CFO  ☐ Other (specify below) |
|---|---|---|
| (Last) (First) (Middle) C/O BED BATH & BEYOND INC. 650 LIBERTY AVENUE | 3. Date of Earliest Transaction (Month/Day/Year) 08/16/2022 | |
| (Street) UNION  NJ  07083 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) ☒ Form filed by One Reporting Person  ☐ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, $.01 par value per share | 08/16/2022 | | S | | 10,000[1] | D | $24.95 | 300,409 | D | |
| Common Stock, $.01 par value per share | 08/16/2022 | | S | | 10,000[1] | D | $27.45 | 290,409 | D | |
| Common Stock, $.01 par value per share | 08/16/2022 | | S | | 7,500[1] | D | $20 | 282,909 | D | |
| Common Stock, $.01 par value per share | 08/16/2022 | | S | | 7,500[1] | D | $22.45 | 275,409 | D | |
| Common Stock, $.01 par value per share | 08/16/2022 | | S | | 7,513[1] | D | $24.95 | 267,896 | D | |
| Common Stock, $.01 par value per share | 08/17/2022 | | S | | 12,500[1] | D | $29.95 | 255,396 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**
1. The transactions reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan entered into by the reporting person in April 2022.

**Remarks:**

/s/ Arlene Hong, Attorney-in-Fact     08/18/2022

** Signature of Reporting Person     Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**