# Exhibit G

Equity Research 

Price Target Change — April 13, 2022

Home Furnishings

# Bed Bath & Beyond Inc. (BBBY)

### BBBY: As Trends Deteriorate, Fair To Assume $1B in FY23 EBITDA Is Off the Table

## Our Call

While disappointing results were widely expected on the back of inventory/supply chain headwinds, softening consumer sentiment and poor execution, we are surprised to see BBBY shares up +1.8% today (+60bps SPX) considering YTD share outperformance (by +32pts), sharply deteriorating QTD trends and a waning cash balance that we believe appears increasingly troubling. FQ4 comps missed our model by -400bps, GM fell -400bps and adjusted EBITDA missed Street estimates by ~$115M. Q1TD comps are tracking in the low-20% range, NT visibility is weakening and assuming FY22 FCF does not improve (vs. FY21), we anticipate BBBY's $450M cash balance to run dry (via flat operating cash and $400M in capex). All in, we see few silver linings and don't subscribe to the buybuy BABY monetization hype. We are cutting FY22 EBITDA by -98%, and recommend longs use today's more forgiving reaction as an opportunity to take profits. PT -$10, to $10 (18x FY23 EBITDA); UW.

**Top takes: 1)** Considering Year 1 results on BBBY's multiyear transformation, we believe it's fair to assume the FY23 EBITDA target of $850M to $1B is now off the table; **2)** Q4 comps fell -12% (-8%/-18% stores/digital), with Bed Bath banner -15% and buybuy BABY +LSD%; Management called out a $175M headwind (-670bps) from a lack of available inventory; Relative to 4Q19, comps fell -8%, reflecting share losses; **3)** buybuy BABY was a bright spot, with its +LSD% comps driven by +mid-teens in-store growth; For FY21, it delivered $1.4B in annual sales/+MSD% adjusted EBITDA margin; **4)** The headwind from lower available inventory has continued at a similar pace (-HSD%) Q1-to-date through March; **5)** Industry trends have continued to worsen since February as macro volatility and consumer uncertainty has surged; **6)** BBBY ended FY21 with an owned brand penetration run rate of ~25% (vs. 30% FY23 target) and plans to extend its offering to the buybuy BABY business in 2H22; and **7)** Targeting 130-150 store remodels (primarily Bed Bath) in FY22 which will take the total over 200 (vs. ~80 completed in FY21).

**Model tidbits: 1)** Q1-to-date comps are down in the low -20%'s and the company expects to deliver negative EBITDA for the quarter (via ongoing pressure in both GM and SG&A); **2)** BBBY completed the $1B share repurchase program with $40M executed in March and plans to reassess buyback plans in 2H22; **3)** BBBY sees FY22 gross margins slightly higher than the 33.3% delivered in FY21 (based on 2H improvement); SG&A dollars are expected flattish y/y at $2.69B and 2H adjusted EBITDA is guided higher y/y; **4)** Top-line guidance for FY22 was opaque, simply outlining expectations for sequential improvement in 2H given easier compares and improvements in inventory positioning; and **5)** Q4 gross margins declined ~400bps y/y driven by -170bps of pressure from higher freight/container costs, -100bps from first time port charges (demurrage fees), -90bps from warehouse-related inventory adjustments, and -130bps from product cost inflation, partially offset by a +90bp benefit from mix/price/promo optimization.

**Q4 by the numbers.** Q4 sales declined -21.7% (vs. our -21.2%) with comps -12% (vs. our -8%), core sales -14% and an ~8% y/y impact from closed stores/divestitures. Adjusted gross margin declined -403bps (vs. our -20bps) to 28.8%, while SG&A de-leveraged +414bps (vs. our +250bps). This drove EBIT margins -818bps to -4.5% (vs. our +1.0%) and EPS of -92c, well below our model/Consensus of +3c. With a challenging start to Q1 and weaker-than-expected FY22 outlook, we are lowering our FY22/23 EPS estimates to -$2.94/-$2.63 (vs. +53c/$1.12 prior).

**Equity Analyst(s)**

**Zachary Fadem, CPA**
Senior Equity Analyst | Wells Fargo Securities, LLC
Zachary.Fadem@wellsfargo.com | 212-214-8018

**David Lantz**
Associate Equity Analyst | Wells Fargo Securities, LLC
David.Lantz@wellsfargo.com | 212-214-5044

| | |
|---|---|
| Rating | Underweight |
| Ticker | BBBY |
| Price Target/Prior: | $10.00/$20.00 |
| Upside/(Downside) to Target | (44.4)% |
| Price (04/12/2022) | $17.97 |
| 52 Week Range | $12.39 - 44.51 |
| Shares Outstanding | 96,337,713 |
| Market Cap (MM) | $1,731 |
| Enterprise Value (MM) | $2,471 |
| Average Daily Volume | 7,380,876 |
| Average Daily Value (MM) | $133 |
| Dividend (NTM) | $0.00 |
| Dividend Yield | 0.0% |
| Net Debt (MM) - last reported | $740 |
| ROIC - Current year est. | 0% |
| 3 Yr EPS CAGR from current year (unless otherwise noted) | (23)% |

| $ EPS | 2021A | 2022E Curr. | 2022E Prior | 2023E Curr. | 2023E Prior |
|---|---|---|---|---|---|
| Q1 (May) | 0.05 A | (1.49) E | 0.02E | - | NC |
| Q2 (Aug) | 0.04 A | (0.28) E | 0.23E | - | NC |
| Q3 (Nov) | (0.25) A | (0.34) E | (0.12)E | - | NC |
| Q4 (Feb) | (0.92) A | (0.82) E | 0.42E | - | NC |
| FY | (0.98) A | (2.94) E | 0.53E | (2.63) E | NC |
| P/E | NM | NM | | NM | |

*3 Yr EPS CAGR from current year (unless otherwise noted): Based on EBITDA with FY20 as the base year. EPS: Quarterly EPS doesn't sum to annual due to share count differences.*
*Source: Company Data, Wells Fargo Securities estimates, and Refinitiv.*
*NA = Not Available, Volatility = Historical trading volatility*

All estimates/forecasts are as of 4/13/2022 unless otherwise stated. 4/13/2022 12:10:29EDT. Please see page 5 for rating definitions, important disclosures and required analyst certifications. Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

## Financials

**Bed Bath & Beyond (BBBY)** — Zack Fadem | Wells Fargo
**Revenue Build and Drivers** — zachary.fadem@wellsfargo.com | 212-214-8018

| Period end date<br>days<br>($ in millions except per share data) | 2/29/20<br>364<br>**FY19A** | 2/27/21<br>364<br>**FY20A** | 5/29/21<br>91<br>**1Q21A** | 8/28/21<br>91<br>**2Q21A** | 11/27/21<br>91<br>**3Q21A** | 2/26/22<br>91<br>**4Q21A** | 2/26/22<br>364<br>**FY21A** | 5/28/22<br>91<br>**1Q22E** | 8/27/22<br>91<br>**2Q22E** | 11/26/22<br>91<br>**3Q22E** | 2/25/23<br>91<br>**4Q22E** | 2/25/23<br>364<br>**FY22E** | 2/24/24<br>364<br>**FY23E** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total sales** | 11,158.6 | 9,233.0 | 1,953.8 | 1,984.7 | 1,877.9 | 2,051.4 | 7,867.8 | 1,541.3 | 1,821.2 | 1,913.9 | 2,100.0 | 7,376.3 | 7,582.8 |
| y/y Δ | (7.2%) | (17.3%) | 49.4% | (26.2%) | (28.3%) | (21.7%) | (14.8%) | (21.1%) | (8.2%) | 1.9% | 2.4% | (6.2%) | 2.8% |
| Seasonality | 100.0% | 100.0% | 24.8% | 25.2% | 23.9% | 26.1% | 100.0% | 20.9% | 24.7% | 25.9% | 28.5% | 100.0% | |
| *Consensus Sales* | *11,159* | *9,233* | *1,954* | *1,985* | *1,878* | *2,051* | *7,868* | *1,824* | *1,919* | *1,893* | *2,079* | *7,754* | *7,893* |
| *Consensus Comps* | *(6.8%)* | *(7.1%)* | *86.0%* | *(1.0%)* | *(7.0%)* | *(8.5%)* | *9.1%* | *(4.1%)* | *(1.2%)* | *2.9%* | *2.3%* | *(0.1%)* | *1.8%* |
| **Comparable store sales** | | | | | | | | | | | | | |
| **Comparable store sales growth** | (6.8%) | (3.5%) | 86.0% | (1.0%) | (7.0%) | (12.0%) | 5.0% | **(20.0%)** | **(8.0%)** | **2.0%** | **2.5%** | **(6.0%)** | **3.0%** |
| 2-year stack | (7.9%) | (10.3%) | 37.0% | 5.0% | (5.0%) | (8.0%) | 1.5% | 66.1% | (9.0%) | (5.0%) | (9.5%) | (1.0%) | (3.0%) |
| 3-year stack | (9.2%) | (11.4%) | 30.4% | (1.7%) | (13.3%) | (13.6%) | (5.3%) | 17.1% | (3.0%) | (3.0%) | (5.5%) | (4.5%) | 2.0% |
| Ecommerce comps | +LSD | 83.8% | (5.0%) | (9.0%) | (9.0%) | (18.0%) | (10.4%) | (5.0%) | 5.0% | 12.0% | 10.0% | 6.2% | 12.0% |
| Store comps | -HSD | (24.3%) | 95.0% | 3.0% | (5.0%) | (8.0%) | 21.1% | (28.0%) | (15.0%) | (2.5%) | (1.0%) | (10.5%) | 2.0% |
| Digital as a % of sales | 17.0% | 38.0% | 38.0% | 34.0% | 35.0% | 41.0% | 37.0% | 35.0% | 35.0% | 31.0% | 32.0% | 33.1% | 30.0% |
| **New store productivity** | | | | | | | | | | | | | |
| **Non-comp contribution** | (0.4%) | (13.8%) | (36.6%) | (25.2%) | (21.3%) | (9.7%) | (19.8%) | (1.2%) | (0.2%) | (0.1%) | (0.2%) | (0.2%) | (0.2%) |
| New store productivity | 28.2% | 121.7% | 119.3% | 78.2% | 69.9% | 51.0% | 75.4% | 30.0% | 30.0% | 25.0% | 50.0% | 43.3% | 50.0% |
| **Retail sales/store** | **$7.4** | **$7.3** | **$1.9** | **$2.0** | **$1.9** | **$2.1** | **$7.8** | **$1.6** | **$1.8** | **$1.9** | **$2.1** | **$7.5** | **$7.7** |
| y/y Δ | (6.3%) | (0.5%) | 119.9% | 8.9% | 3.1% | (5.0%) | 6.7% | (19.6%) | (7.5%) | 2.2% | 2.7% | (4.7%) | 3.0% |
| 2 year stack | (7.5%) | (6.8%) | 72.2% | 11.7% | 4.3% | 0.8% | 6.3% | 100.3% | 1.4% | 5.3% | (2.3%) | 2.0% | (1.7%) |
| 3 year stack | (6.8%) | (8.0%) | 66.9% | 5.7% | (3.2%) | (3.6%) | (0.0%) | 52.7% | 4.2% | 6.6% | 3.5% | 1.6% | 5.0% |
| **Retail sales/square foot** | **$259.9** | **$242.5** | **$67.2** | **$70.3** | **$66.9** | **$73.3** | **$279.9** | **$55.1** | **$65.1** | **$68.3** | **$75.2** | **$263.9** | **$272.4** |
| y/y Δ | (5.8%) | (6.7%) | 115.5% | 8.9% | 3.1% | (3.3%) | 15.5% | (17.9%) | (7.5%) | 2.2% | 2.7% | (5.7%) | 3.2% |
| 2 year stack | (8.1%) | (12.5%) | 67.8% | 11.7% | 4.3% | 0.6% | 8.8% | 97.6% | 1.4% | 5.3% | (0.7%) | 9.7% | (2.5%) |
| 3 year stack | (7.5%) | (14.8%) | 62.4% | 5.6% | (3.3%) | (3.8%) | 3.0% | 49.9% | 4.2% | 6.6% | 3.3% | 3.0% | 12.9% |
| **Revenue from comp stores** | **$11,211** | **$10,769** | **$2,432** | **$2,661** | **$2,435** | **$2,305** | **$9,833** | **$1,564** | **$1,826** | **$1,915** | **$2,103** | **$7,408** | **$7,598** |
| y/y Δ | (8.2%) | (3.9%) | 85.3% | (7.7%) | (13.5%) | (28.7%) | (8.7%) | (35.7%) | (31.4%) | (21.3%) | (8.8%) | (24.7%) | 2.6% |
| 2 year stack | (6.9%) | (12.1%) | 36.3% | (2.4%) | (12.3%) | (25.2%) | (12.6%) | 49.6% | (39.1%) | (34.8%) | (37.4%) | (33.4%) | (22.1%) |
| 3 year stack | (6.7%) | (10.9%) | 30.7% | (8.6%) | (16.4%) | (40.0%) | (20.8%) | 0.7% | (33.8%) | (33.6%) | (33.9%) | (37.3%) | (30.8%) |
| **Net impact of new/closed stores and M&A** | **($52)** | **($1,536)** | **($478)** | **($676)** | **($557)** | **($253)** | **($1,965)** | **($23)** | **($5)** | **($1)** | **($3)** | **($32)** | **($15)** |
| y/y Δ | (71.3%) | 2839.4% | 9906.3% | 247.5% | 184.3% | (58.6%) | 27.9% | (95.2%) | (99.3%) | (99.7%) | (98.8%) | (98.4%) | (53.6%) |
| **Store Metrics** | | | | | | | | | | | | | |
| Total Stores (BOP) | 1,531 | 1,500 | 1,020 | 1,004 | 999 | 995 | 1,020 | 992 | 993 | 994 | 994 | 992 | 987 |
| New stores | 13 | 10 | - | - | 2 | 2 | 4 | 6 | 6 | 5 | 3 | 20 | 12 |
| Closed & divested stores | (44) | (490) | (16) | (5) | (6) | (5) | (32) | (5) | (5) | (5) | (10) | (25) | (10) |
| Net new stores | (31) | (480) | (16) | (5) | (4) | (3) | (28) | 1 | 1 | - | (7) | (5) | 2 |
| **Total stores (EOP)** | **1,500** | **1,020** | **1,004** | **999** | **995** | **992** | **992** | **993** | **994** | **994** | **987** | **987** | **989** |
| y/y Δ | (2.0%) | (32.0%) | (32.1%) | (32.3%) | (28.5%) | (2.7%) | (2.7%) | (1.1%) | (0.5%) | (0.1%) | (0.5%) | (0.5%) | 0.2% |
| **Gross square footage** | | | | | | | | | | | | | |
| Average store size 000s | 28.18 | 28.18 | 28.18 | 28.18 | 28.18 | 28.18 | 28.18 | 28.18 | 28.18 | 28.18 | 28.18 | 28.18 | 28.18 |
| Total store footage 000s (EOP) - all concepts | 42,263 | 29,900 | 28,288 | 28,147 | 28,034 | 27,950 | 27,950 | 27,978 | 28,006 | 28,006 | 27,809 | 27,809 | 27,865 |
| y/y Δ | (2.0%) | (29.3%) | (32.1%) | (32.3%) | (28.5%) | (6.5%) | (6.5%) | (1.1%) | (0.5%) | (0.1%) | (0.5%) | (0.5%) | 0.2% |
| **Average store square footage** | **42,936** | **38,080** | **29,094** | **28,217** | **28,090** | **27,992** | **28,105** | **27,964** | **27,992** | **28,006** | **27,907** | **27,950** | **27,837** |
| y/y Δ | (1.5%) | (11.3%) | (30.7%) | (32.2%) | (30.4%) | (19.0%) | (26.2%) | (3.9%) | (0.8%) | (0.3%) | (0.3%) | (0.6%) | (0.4%) |

Source: Company filings, FactSet and Wells Fargo Securities, LLC estimates

| Bed Bath & Beyond (BBBY) | | | | | | | | | | | | | Zack Fadem \| Wells Fargo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarterly Income Statement | | | | | | | | | | | | | zachary.fadem@wellsfargo.com \| 212-214-8018 |

| Period end date | 2/29/20 | 2/27/21 | 5/29/21 | 8/28/21 | 11/27/21 | 2/26/22 | 2/26/22 | 5/28/22 | 8/27/22 | 11/26/22 | 2/25/23 | 2/25/23 | 2/24/24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($ in millions except per share data) | **FY19A** | **FY20A** | **1Q21A** | **2Q21A** | **3Q21A** | **4Q21A** | **FY21A** | **1Q22E** | **2Q22E** | **3Q22E** | **4Q22E** | **FY22E** | **FY23E** |
| **Net revenues** | **$11,158.6** | **$9,233.0** | **$1,953.8** | **$1,984.7** | **$1,877.9** | **$2,051.4** | **$7,867.8** | **$1,541.3** | **$1,821.2** | **$1,913.9** | **$2,100.0** | **$7,376.3** | **$7,582.8** |
| y/y Δ | (7.2%) | (17.3%) | 49.4% | (26.2%) | (28.3%) | (21.7%) | (14.8%) | (21.1%) | (8.2%) | 1.9% | 2.4% | (6.2%) | 2.8% |
| COGS - adjusted | 7,447.1 | 6,135.1 | 1,272.8 | 1,309.9 | 1,202.8 | 1,461.6 | 5,247.1 | 1,042.6 | 1,206.6 | 1,225.0 | 1,464.7 | 4,938.8 | 5,020.1 |
| **Gross profit** | **3,711.5** | **3,097.9** | **681.0** | **674.7** | **675.0** | **589.8** | **2,620.6** | **498.7** | **614.6** | **688.9** | **635.3** | **2,437.6** | **2,562.6** |
| Gross margin | 33.3% | 33.6% | 34.9% | 34.0% | 35.9% | 28.8% | 33.3% | 32.4% | 33.7% | 36.0% | 30.3% | 33.0% | 33.8% |
| Gross margin change (bps) | (86) | 29 | 820 | (189) | 58 | (403) | (24) | (250) | (25) | 5 | 150 | (26) | 75 |
| SG&A - adjusted | 3,589.2 | 3,223.4 | 658.8 | 654.3 | 698.0 | 682.6 | 2,693.6 | 650.7 | 627.7 | 707.5 | 705.1 | 2,691.0 | 2,751.1 |
| SG&A as a % of sales | 32.2% | 34.9% | 33.7% | 33.0% | 37.2% | 33.3% | 34.2% | 42.2% | 34.5% | 37.0% | 33.6% | 36.5% | 36.3% |
| SG&A as % of sales change (bps) | 144 | 275 | (2,160) | 148 | 315 | 414 | (68) | 850 | 150 | (20) | 30 | 225 | (20) |
| **Adjusted operating income** | **122.3** | **(125.5)** | **22.3** | **20.4** | **(22.9)** | **(92.8)** | **(73.0)** | **(152.0)** | **(13.1)** | **(18.6)** | **(69.8)** | **(253.4)** | **(188.5)** |
| EBIT margin | 1.1% | (1.4%) | 1.1% | 1.0% | (1.2%) | (4.5%) | (0.9%) | (9.9%) | (0.7%) | (1.0%) | (3.3%) | (3.4%) | (2.5%) |
| EBIT margin change (bps) | (230) | (246) | 2,980 | (336) | (257) | (818) | 43 | (1,100) | (175) | 25 | 120 | (251) | 95 |
| Interest expense - adjusted | 64.8 | 76.9 | 16.0 | 16.1 | 15.8 | 16.8 | 64.7 | 16.6 | 17.6 | 18.6 | 19.3 | 72.1 | 79.9 |
| Income before income taxes | 57.5 | (202.4) | 6.3 | 4.3 | (38.7) | (109.6) | (137.7) | (168.6) | (30.7) | (37.2) | (89.1) | (325.6) | (268.4) |
| Income tax expense - adjusted | 0.2 | (79.4) | 1.4 | 0.6 | (14.1) | (28.0) | (40.2) | (48.0) | (8.8) | (10.6) | (25.4) | (92.8) | (76.5) |
| Tax rate | 0.3% | 39.2% | 21.5% | 14.4% | 36.5% | 25.6% | 29.2% | 28.5% | 28.5% | 28.5% | 28.5% | 28.5% | 28.5% |
| **Adjusted net income** | **57.3** | **(123.0)** | **4.9** | **3.7** | **(24.6)** | **(81.5)** | **(97.5)** | **(120.5)** | **(22.0)** | **(26.6)** | **(63.7)** | **(232.8)** | **(191.9)** |
| **Adjusted EPS** | **$0.46** | **($1.01)** | **$0.05** | **$0.04** | **($0.25)** | **($0.92)** | **($0.98)** | **($1.49)** | **($0.28)** | **($0.34)** | **($0.82)** | **($2.94)** | **($2.63)** |
| y/y Δ | (76.6%) | (319.7%) | (102.3%) | (92.9%) | (394.8%) | (329.0%) | (3.0%) | (3402.9%) | (881.9%) | 37.2% | (11.3%) | 199.4% | (10.6%) |
| Weighted avg. common shares - diluted | 124.4 | 121.4 | 109.0 | 104.0 | 99.6 | 88.7 | 99.2 | 80.8 | 79.1 | 78.6 | 78.1 | 79.1 | 73.0 |
| *Consensus EPS, per FactSet* | *$0.46* | *($0.98)* | *$0.05* | *$0.04* | *($0.25)* | *($0.92)* | *($1.08)* | *$0.07* | *$0.28* | *($0.11)* | *$0.32* | *$0.63* | *$1.29* |
| *Consensus EBITDA, per FactSet* | *$454.1* | *$203.5* | *$86.1* | *$84.6* | *$41.0* | *$85.3* | *$305.1* | *$83.8* | *$104.7* | *$76.2* | *$110.6* | *$402.6* | *$479.5* |
| D&A | 342.5 | 322.8 | 63.8 | 64.2 | 63.6 | 63.1 | 254.7 | 60.1 | 61.7 | 68.0 | 70.2 | 259.9 | 279.4 |
| **EBITDA** | **464.8** | **197.2** | **86.1** | **84.6** | **40.6** | **(29.6)** | **181.7** | **(91.9)** | **48.6** | **49.4** | **0.4** | **6.5** | **90.9** |
| EBITDA margin | 4.2% | 2.1% | 4.4% | 4.3% | 2.2% | (1.4%) | 2.3% | (6.0%) | 2.7% | 2.6% | 0.0% | 0.1% | 1.2% |
| **Margin drivers** | | | | | | | | | | | | | |
| Gross margin | 33.3% | 33.6% | 34.9% | 34.0% | 35.9% | 28.8% | 33.3% | 32.4% | 33.7% | 36.0% | 30.3% | 33.0% | 33.8% |
| SG&A expenses (% of sales) | 32.2% | 34.9% | 33.7% | 33.0% | 37.2% | 33.3% | 34.2% | 42.2% | 34.5% | 37.0% | 33.6% | 36.5% | 36.3% |
| D&A as a % of sales | 3.1% | 3.5% | 3.3% | 3.2% | 3.4% | 3.1% | 3.2% | 3.9% | 3.4% | 3.6% | 3.3% | 3.5% | 3.7% |
| Total EBIT margin | 1.1% | (1.4%) | 1.1% | 1.0% | (1.2%) | (4.5%) | (0.9%) | (9.9%) | (0.7%) | (1.0%) | (3.3%) | (3.4%) | (2.5%) |
| EBITDA margin | 4.2% | 2.1% | 4.4% | 4.3% | 2.2% | (1.4%) | 2.3% | (6.0%) | 2.7% | 2.6% | 0.0% | 0.1% | 1.2% |
| *Year/Year change (bps)* | | | | | | | | | | | | | |
| Gross margin | (86) bp | 29 bp | 820 bp | (189 bp) | 58 bp | (403 bp) | (24 bp) | (250 bp) | (25 bp) | 5 bp | 150 bp | (26 bp) | 75 bp |
| SG&A expenses (% of sales) | 144 bp | 275 bp | (2160 bp) | 148 bp | 315 bp | 414 bp | (68 bp) | 850 bp | 150 bp | (20 bp) | 30 bp | 225 bp | (20 bp) |
| D&A as a % of sales | 25 bp | 43 bp | (313 bp) | 21 bp | 11 bp | 32 bp | (26 bp) | 63 bp | 15 bp | 17 bp | 27 bp | 29 bp | 16 bp |
| Total EBIT margin | (230 bp) | (246 bp) | 2980 bp | (336 bp) | (257 bp) | (818 bp) | 43 bp | (1100 bp) | (175 bp) | 25 bp | 120 bp | (251 bp) | 95 bp |
| EBITDA margin | (205 bp) | (203 bp) | 2667 bp | (315 bp) | (246 bp) | (785 bp) | 17 bp | (1037 bp) | (160 bp) | 42 bp | 147 bp | (222 bp) | 111 bp |
| **Growth Statistics** | | | | | | | | | | | | | |
| Total revenue growth | (7.2%) | (17.3%) | 49.4% | (26.2%) | (28.3%) | (21.7%) | (14.8%) | (21.1%) | (8.2%) | 1.9% | 2.4% | (6.2%) | 2.8% |
| Gross profit growth | (9.6%) | (16.5%) | 95.4% | (30.0%) | (27.1%) | (31.3%) | (15.4%) | (26.8%) | (8.9%) | 2.1% | 7.7% | (7.0%) | 5.1% |
| SG&A growth | (2.9%) | (10.2%) | (8.9%) | (22.7%) | (21.6%) | (10.5%) | (16.4%) | (1.2%) | (4.1%) | 1.4% | 3.3% | (0.1%) | 2.2% |
| Operating income growth | (70.0%) | (202.6%) | (105.9%) | (82.7%) | (164.7%) | (197.0%) | (41.9%) | (782.2%) | (164.2%) | (19.0%) | (24.8%) | 247.2% | (25.6%) |
| Net income growth | (78.3%) | (314.6%) | (102.0%) | (94.1%) | (335.5%) | (273.1%) | (20.8%) | (2547.2%) | (694.5%) | 8.3% | (21.9%) | 138.6% | (17.6%) |
| EPS growth | (76.6%) | (319.7%) | (102.3%) | (92.9%) | (394.8%) | (329.0%) | (3.0%) | (3402.9%) | (881.9%) | 37.2% | (11.3%) | 199.4% | (10.6%) |
| EBITDA growth | (37.8%) | (57.6%) | (129.6%) | (57.5%) | (66.5%) | (117.7%) | (7.9%) | (206.8%) | (42.6%) | 21.5% | (101.5%) | (96.4%) | 1297.3% |
| Diluted shares outstanding growth/decline | (7.4%) | (2.3%) | (11.9%) | (16.2%) | (20.1%) | (24.4%) | (18.3%) | (25.9%) | (24.0%) | (21.1%) | (11.9%) | (20.3%) | (7.8%) |

Source: Company filings, FactSet and Wells Fargo Securities, LLC estimates

## Investment Thesis, Valuation and Risks

**Bed Bath & Beyond Inc. (BBBY)**
**Investment Thesis**
Despite another activity campaign (calling for a streamlined turnaround and strategic alternatives), we view BBBY as a structurally challenged asset (Underweight-rated), visibility remains low and the path ahead likely remains bumpy.
**Target Price Valuation for BBBY: $10.00 from $20.00**
Our $10 price target is based on ~18x our FY23 EBITDA estimate.
**Risks to Our Price Target and Rating for BBBY**
Risks include macro and competitive factors, rapidly changing consumer preferences and executions risks related to BBBY's aggressive turnaround plans.

## Required Disclosures

I, Zachary Fadem, certify that:
1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and

2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

## Additional Information Available Upon Request



Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)

Wells Fargo Securities, LLC, or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from an affiliate of Bed Bath & Beyond Inc..

Wells Fargo Securities, LLC, maintains a market in the common stock of Bed Bath & Beyond Inc..

Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from Bed Bath & Beyond Inc. in the next three months.

**STOCK RATING**

**1=Overweight**: Total return on stock expected to be 10%+ over the next 12 months. BUY

**2=Equal Weight**: Total return on stock expected to be -10% to +10% over the next 12 months. HOLD

**3=Underweight**: Total return on stock expected to lag the Overweight- and Equal Weight-rated stocks within the analyst's coverage universe over the next 12 months. SELL

**As of April 12, 2022**
55.9% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Overweight.
36.9% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Equal Weight.
7.2% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underweight.
Wells Fargo Securities, LLC has provided investment banking services for 50.3% of its Equity Research Overweight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 44.8% of its Equity Research Equal Weight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 34.8% of its Equity Research Underweight-rated companies.

**Important Disclosure for U.S. Clients**

This report was prepared by Wells Fargo Securities Global Research Department ("WFS Research") personnel associated with Wells Fargo Securities, LLC ("Wells Fargo Securities").

WFS Research may, from time to time, provide clients with short-term trading views in its research reports regarding subject companies on which Wells Fargo Securities currently has equity research coverage. A short-term trading view offers a view on how the market price of a subject company's common equity may trend in absolute terms during the 30 days following the date of the short-term trading view. A short-term trading view on a subject company's common equity does not impact our fundamental investment rating or price target for that company, which reflect our view of how the subject company's common equity may perform over a one-year period. A short-term trading view may reach a different conclusion than the firm's fundamental investment rating and price target for a subject company and, therefore, short-term trading views could result in short-term price movements that are contrary to our fundamental investment rating and price target. Short-term trading views are not ratings and the firm does not intend, nor undertakes any obligation, to maintain, update or close out short-term trading views. Short-term trading views may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any short-term trading views discussed in WFS Research reports.

**Important Disclosure for International Clients**

**United Kingdom** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the United Kingdom, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a UK incorporated investment firm authorised and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 (the "Act"), the content of this report has been approved by WFSIL, an authorised person under the Act. WFSIL does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients.

**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by WFSIL or Wells Fargo Securities Europe S.A. ("WFSE"). WFSE is a French incorporated investment firm authorized and regulated by the Autorité de contrôle prudentiel et de résolution and the Autorité des marchés financiers. WFSE does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC, Wells Fargo Securities International Limited and Wells Fargo Securities Asia Limited are exempt from the requirements to hold an Australian financial services license in respect of the financial services they provide to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under the laws of the United States, Wells Fargo Securities International Limited is regulated under laws of the United Kingdom, and Wells Fargo Securities Asia Limited is regulated under the laws of Hong Kong. All such laws differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC, Wells Fargo Securities International Limited or Wells Fargo Securities Asia Limited in the course of providing the financial services will be prepared in accordance with the laws of the United States, United Kingdom or Hong Kong and not Australian laws.

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Investment Industry Regulatory Organization of Canada (IIROC) and Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**Hong Kong** – This report is issued and distributed in Hong Kong by Wells Fargo Securities Asia Limited ("WFSAL"), a Hong Kong incorporated investment firm licensed and regulated by the Securities and Futures Commission to carry on types 1, 4, 6 and 9 regulated activities (as defined in the Securities and Futures Ordinance (Cap. 571 The Laws of Hong Kong), "the SFO"). This report is not intended for, and should not be relied on by, any person other than professional investors (as defined in the SFO). Any securities and related financial instruments described herein are not intended for sale, nor will be sold, to any person other than professional investors (as defined in the SFO). The author or authors of this report is or are not licensed by the Securities and Futures Commission. Professional investors who receive this report should direct any queries regarding its contents to Kelly Chiang and Mandy Wan at WFSAL (email: wfsalresearch@wellsfargo.com).

**Japan** – This report is distributed in Japan by Wells Fargo Securities (Japan) Co., Ltd, registered with the Kanto Local Finance Bureau to conduct broking and dealing of type 1 and type 2 financial instruments and agency or intermediary service for entry into investment advisory or discretionary investment contracts. This report is intended for distribution only to professional investors (Tokutei Toushika) and is not intended for, and should not be relied upon by, ordinary customers (Ippan Toushika). The ratings stated on the document are not provided by rating agencies registered with the Financial Services Agency of Japan (JFSA) but by group companies of JFSA-registered rating agencies. These group companies may include Moody's Investors Services Inc., Standard & Poor's Rating Services and/or Fitch Ratings. Any decisions to invest in securities or transactions should be made after reviewing policies and methodologies used for assigning credit ratings and assumptions, significance and limitations of the credit ratings stated on the respective rating agencies' websites.

**Brazil** - This report was not created for distribution to investors resident in Brazil or to the Brazilian public in general. Wells Fargo Securities, LLC is a broker-dealer registered in United States of America with and regulated by the U.S. Securities and Exchange Commission. Wells Fargo Securities, LLC is not registered in Brazil and its products, including this report and the securities mentioned in this report, have not been and will not be publicly issued, placed, distributed, offered or negotiated in the Brazilian capital markets, and, as a result, have not been and will not be registered with the Brazilian Securities Commission (Comissão de Valores Mobiliários, the CVM). The offer of Wells Fargo Securities, LLC's products, including this report and any securities mentioned in this report, is intended only for residents in the countries in which Wells Fargo Securities, LLC is authorized to operate.

**About Wells Fargo Securities**

Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in the report. This report, including any ratings it contains, should not be considered a recommendation tailored to a particular investor with respect to (i) the security or

securities or (ii) any investment strategy or strategies discussed in the report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information or they wish to effect transactions in the securities discussed in this report. The information in this report has been obtained or derived from sources believed by Wells Fargo Securities Global Research Department ("WFS Research"), to be reliable, but WFS Research does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of WFS Research, at the time that the report was published, and are subject to change without notice. Certain text, images, graphics, screenshots and audio or video clips included in this report are protected by copyright law and owned by third parties (collectively, "Third Party Content"). Third Party Content is made available to clients by Wells Fargo under license or otherwise in accordance with applicable law. Any use or publication of Third Party Content included in this report for purposes other than fair use requires permission from the copyright owner. Any external website links included in this publication are not maintained, controlled or operated by Wells Fargo Securities. Wells Fargo Securities does not provide the products and services on these websites and the views expressed on these websites do not necessarily represent those of Wells Fargo Securities. Please review the applicable privacy and security policies and terms and conditions for the website you are visiting. All Wells Fargo Securities research reports published by WFS Research are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Additional distribution may be effected via email, fax or regular mail. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. Equity Strategists focus on investment themes across the equity markets and sectors. Any discussion within an Equity Strategy report of specific securities is not intended to provide a fundamental analysis of any individual company described therein. The information provided in Equity Strategy reports is subject to change without notice, and investors should not expect continuing information or additional reports relating to any security described therein. Wells Fargo Securities' Signature Picks is a product of the Equity Strategy team and represents a portfolio of stocks selected from the Equity Research Department's universe of Overweight rated stocks. Stocks with this designation are selected by the Signature Picks Committee based on factors such as volatility, risks, market cap and liquidity and may not represent the fundamental analysts' top-rated stock in their respective coverage universe. For research or other data available on a particular security, please contact your sales representative or go to http://research.wellsfargosecurities.com. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research. Each of Wells Fargo Securities, LLC, Wells Fargo Securities International Limited and Wells Fargo Securities Europe S.A. is a separate legal entity and distinct from affiliated banks. Copyright © 2022 Wells Fargo Securities, LLC

SECURITIES: NOT FDIC-INSURED - MAY LOSE VALUE - NO BANK GUARANTEE