# Exhibit J



This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/bed-bath-beyond-shares-surge-despite-liquidity-concerns-11660677005

DISTRESS

# Bed Bath & Beyond Shares Surge Despite Liquidity Concerns

The retailer is trying to secure a $375 million loan to build liquidity as investors bid up its shares



The sharp rise in Bed Bath & Beyond's shares came despite a number of analysts' warnings about dwindling liquidity at the retailer.

PHOTO: ANDREW KELLY/REUTERS

*By Jodi Xu Klein, Soma Biswas and Andrew Scurria*
Updated Aug. 16, 2022 6:25 pm ET  |  WSJ PRO

 Listen to article (4 minutes)     Queue

Bed Bath & Beyond Inc. shares soared as much as 70% on Tuesday before retreating to close up 29%, defying recent analysts' warnings over the retailer's exaggerated valuation given its

shrinking liquidity.

The stock of the home-goods company changed hands at as high as $28.04 a share intraday and closed at $20.65, surging from $8.88 on Aug. 9.

The jump in shares coincided with a modest rally in Bed Bath & Beyond's debt prices. Its 2044 notes traded at 31.6 cents on the dollar Tuesday, up from 24.3 cents five days ago, according to MarketAxess.

The sharp rise in shares came despite a number of analysts' warnings about dwindling liquidity at the retailer, which is fighting to maintain the confidence of suppliers and investors after a push into private-label brands that didn't resonate with consumers. Bed Bath & Beyond ended May with roughly $100 million in cash, after burning through more than $300 million of its reserves and borrowing $200 million from its credit line.

Research analyst Susan Anderson at B. Riley Securities earlier Tuesday cut the rating on the company to sell, saying its $2.2 billion valuation implied by the high point in its share price Tuesday is "unrealistic."

Justin Kleber, a research analyst at Robert W. Baird & Co., last week downgraded the company to "underperform," saying the frenzied move in shares has been driven by market participants who are not focused on fundamentals. Mr. Kleber said turning around the business given the current macro and retail sector backdrop will be difficult.

The jump in Bed Bath & Beyond's shares is inconsistent with its debt prices, which are trading at deep discounts to face value, noted Tero Jänne, co-head of the restructuring group at financial advisory firm Solomon Partners.

Bed Bath & Beyond has been addressing the liquidity issues in the past month. The retailer, known for its large assortment of home-goods products, is hunting for $375 million in a first-in-last-out loan that would build cash and help manage an existing asset-based debt facility, according to people with knowledge of the matter.

Responses to the loan proposal, marketed by JPMorgan Chase & Co., are expected this week, said the people, who asked not to be named, citing the private nature of the talks. The loan will be secured by equity in the company's Buy Buy Baby brand, they said.

Bed Bath & Beyond and JPMorgan didn't immediately respond to requests for comment. A FILO loan is generally structured within an asset-based lending facility and is funded in full at the closing. In an event of default, it becomes subordinated to other senior secured debt.

The company's cash burn is projected at roughly $200 million in the second quarter ending August and would increase to about $400 million if its vendors decide to shorten the payment

requirements from the current 60 days to 30 days, according to a Bank of America analyst report in June.

**Write to** Jodi Xu Klein at jodi.klein@wsj.com, Soma Biswas at soma.biswas@wsj.com and Andrew Scurria at Andrew.Scurria@wsj.com

*Appeared in the August 17, 2022, print edition as 'Bed Bath & Beyond Stock Surges.'*

Copyright 2023 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.