UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-2541-TNM |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | CLASS ACTION |

**[PROPOSED] ORDER**

This matter is before the Court on the Motion of Defendants Bed Bath & Beyond Inc. and Sue E. Gove (the "Bed Bath Defendants") to Dismiss the Second Amended Class Action Complaint (ECF No. 66) (the "Second Amended Complaint"), pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 (the "Motion to Dismiss" or the "Motion").  Upon consideration of the Motion, and all responses and replies thereto, it is hereby:

**ORDERED** that the Bed Bath Defendants' Motion to Dismiss the Second Amended Complaint is **GRANTED**.

_____

Hon. Trevor N. McFadden
United States District Judge

## List of Persons To Be Notified (LCvR7(k))

**Lead Plaintiff**

BRATYA SPRL

Christopher Tourek
POMERANTZ
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603
Phone: 312-377-1181
Fax: 312-377-1184
Email: ctourek@pomlaw.com

Daniel S. Sommers
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, NW, Suite 500 East Tower
Washington, DC 20005
Phone: 202-408-4600
Fax: 202-408-4699
Email: dsommers@cohenmilstein.com

Eitan Kimelman
BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
Phone: 212-697-6484
Email: eitank@bgandg.com

Frederic S. Fox
KAPLAN FOX & KILSHEIMER LLP
800 Third Avenue, 38th Floor
New York, NY 10022
Phone: 212-687-1980
Email: ffox@kaplanfox.com

Jan Messerschmidt
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, Suite Fifth Floor
Washington, DC 20005
Phone: 202-408-4600
Email: jmesserschmidt@cohenmilstein.com

Jeremy A. Lieberman
POMERANTZ LLP
600 Third Avenue
20th Floor
New York, NY 10016

Phone: 212-661-1100
Fax: 917-463-1044
Email: jalieberman@pomlaw.com

Joseph Alexander Hood II
POMERANTZ
Pomerantz LLP
600 THIRD Avenue, Floor 20
New York, NY 10016
Phone: 212-661-1100
Email: ahood@pomlaw.com

Joshua B. Silverman
POMERANTZ
10 South LaSalle, Suite 3505
Chicago, IL 60603
Phone: 312-377-1181
Email: jbsilverman@pomlaw.com

Omar Jafri
POMERANTZ
10 South LaSalle, Suite 3505
Chicago, IL 60603
Phone: 312-377-1181
Email: ojafri@pomlaw.com

Peretz Bronstein
BRONSTEIN, GEWIRTZ & GROSSMAN LLC (NY)
60 East 42nd Street, Suite 4600
New York, NY 10165
Phone: 212-697-6484
Email: peretz@bgandg.com

Steven J. Toll
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, NW, Suite 500 East Tower
Washington, DC 20005
Phone: 202-408-4600
Fax: 202-408-4699
Email: stoll@cohenmilstein.com

Yitzchak Soloveichik
504 E 63rd Street
Suite Apt. 10-O

|  |  |
|---|---|
|  | New York, NY 10065<br>Phone: 646-382-7160<br>Email: yitzchak@gmail.com |
| **Plaintiff** |  |
| PENGCHENG SI | Jan Messerschmidt<br>(See above for address)<br><br>Steven J. Toll<br>(See above for address) |
| **Defendants** |  |
| BED BATH & BEYOND INC. (improperly named as BED BATH & BEYOND CORPORATION) and SUE E. GOVE | Nowell David Beckett Bamberger<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2112 Pennsylvania Avenue, NW, Suite 1000<br>Washington, DC 20037<br>Phone: 202-974-1500<br>Fax: 202-974-1999<br>Email: nbamberger@cgsh.com<br><br>Jared Gerber<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Phone: 212-225-2507<br>Email: jgerber@cgsh.com<br><br>Victor L. Hou<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Phone: 212-225-2609<br>Email: vhou@cgsh.com |
| RC VENTURES LLC and RYAN COHEN | Ephraim Wernick<br>VINSON & ELKINS LLP<br>2200 Pennsylvania Avenue, NW, Suite 500 West<br>Washington, DC 20037<br>Phone: 202-639-6730<br>Email: ewernick@velaw.com<br><br>Clifford Thau<br>VINSON & ELKINS LLP<br>1114 Avenue of Americas |

New York, NY 10036
Phone: 212-237-0012
Fax: 917-849-5321
Email: cthau@velaw.com

Marisa Antonelli
VINSON & ELKINS LLP
1114 Avenue of the Americas, Ste 32nd Floor
New York, NY 10036
Phone: 212-237-0151
Fax: 212-237-0100
Email: mantosfallon@velaw.com

Justin Craig Beck
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Phone: 214-220-7983
Email: jbeck@velaw.com

**Movant**

ALLEN GALLEGLY                    Frederic S. Fox
                                  (See above for address)