UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 1:22-cv-2541-TNM<br><br>CLASS ACTION |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Victor L. Hou of Cleary Gottlieb Steen & Hamilton LLP, admitted to practice *pro hac vice* in this action, hereby enters an appearance in the above-captioned action as counsel for Defendant Sue E. Gove and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be directed to the undersigned at the office set forth below or through the Court's electronic filing system.

Dated:   March 16, 2023
         New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Victor L. Hou*
Victor L. Hou (*pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2609
Email: vhou@cgsh.com

*Counsel for Defendants Bed Bath & Beyond Inc. and Sue E. Gove*