## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Justin Craig Beck, who is admitted to practice in this Court, respectfully enters his appearance as counsel for Ryan Cohen and RC Ventures LLC and requests that copies of all future pleadings, filings, notices, correspondence, and other papers be served upon him.

Dated: March 20, 2023

                                             VINSON & ELKINS LLP

                                             */s/ Justin Craig Beck*
                                             Justin Craig Beck
                                             Texas State Bar No. 24133053
                                             VINSON & ELKINS LLP
                                             2001 Ross Avenue, Suite 3900
                                             Dallas, TX  75201
                                             Telephone:  (214) 220-7983
                                             Facsimile:   (214) 220-7716
                                             Email: jbeck@velaw.com

                                             *Counsel for Ryan Cohen and RC Ventures LLC*