UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM<br><br>CLASS ACTION |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on January 30, 2023, Lead Plaintiff Bratya SPRL ("Lead Plaintiff") filed its Second Amended Class Action Complaint (the "Complaint") against Defendants Ryan Cohen, RC Ventures LLC, Bed Bath & Beyond Inc., and Sue E. Gove (collectively, "Defendants") (ECF No. 66);

WHEREAS, on March 15, 2023, Defendants Ryan Cohen and RC Ventures LLC filed their motion to dismiss Lead Plaintiff's Complaint (ECF No. 70);

WHEREAS, on March 15, 2023, Defendants Bed Bath & Beyond Inc. and Sue E. Gove filed a separate motion to dismiss Lead Plaintiff's Complaint (ECF No. 72);

WHEREAS, Lead Plaintiff believes that a single Opposition to both motions may help streamline the issues given the overlapping facts and legal theories that relate to both motions;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** and respectfully requested, by and among the undersigned Co-Lead Counsel and counsel for Defendants, subject to the approval of the Court, that:

1.      Lead Plaintiff shall file a single Opposition, not to exceed 65 pages in length, in response to both motions to dismiss.

IT IS SO STIPULATED AND AGREED TO THIS 30th DAY OF MARCH 2023

1

Dated: March 30, 2023      Respectfully submitted,

| | |
|---|---|
| **VINSON & ELKINS LLP** | **POMERANTZ LLP** |
| /s/ *Clifford Thau*<br>Clifford Thau | /s/ *Omar Jafri*<br>Omar Jafri |
| Clifford Thau<br>Marisa Antonelli<br>1114 Avenue of Americas<br>New York, NY 10036<br>Telephone: (212) 237-0000<br>Facsimile: (212) 237-0100<br>Email: cthau@velaw.com<br>Email: mantonelli@velaw.com | Joshua B. Silverman (admitted *pro hac vice*)<br>Omar Jafri (admitted *pro hac vice*)<br>Christopher P.T. Tourek (admitted *pro hac vice*)<br>10 S. LaSalle Street, Suite 3505<br>Chicago, IL 60603<br>Tel: (312) 377-1181<br>Fax: (312) 377-1184<br>Email: jbsilverman@pomlaw.com<br>    ojafri@pomlaw.com<br>    ctourek@pomlaw.com |
| -and- | -and- |
| Ephraim (Fry) Wernick<br>2200 Pennsylvania Avenue NW Suite 500 West<br>Washington, DC 20037<br>Telephone: (202) 639-6730<br>Facsimile: (202) 879-8830<br>Email: ewernick@velaw.com | Jeremy A. Lieberman (admitted *pro hac vice*)<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (212) 661-8665<br>E-mail: jalieberman@pomlaw.com<br><br>*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Class* |
| -and- | **BRONSTEIN, GEWIRTZ & GROSSMAN, LLC** |
| Justin C. Beck 2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 220-7700<br>Facsimile: (214) 220-7716<br>Email: jbeck@velaw.com<br><br>*Attorneys for RC Ventures LLC and Ryan Cohen* | Peretz Bronstein (admitted *pro hac vice*)<br>Yitzchak E. Soloveichik (admitted *pro hac vice*)<br>Eitan Kimelman (admitted *pro hac vice*)<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>Tel: (212) 697-6484<br>Fax: (212) 697-7296<br>peretz@bgandg.com<br>soloveichik@bgandg.com<br>eitank@bgandg.com |

| | |
|---|---|
| | *Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Class* |
| **CLEARY GOTTLIEB STEEN & HAMILTON LLP** | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| */s/ Jared M. Gerber*<br>Jared M. Gerber | Steven J. Toll (D.C. Bar No. 225623)<br>Daniel S. Sommers (D.C. Bar No. 416549)<br>Jan E. Messerschmidt (D.C. Bar No. 1031488) |
| Victor L. Hou (*pro hac vice*)<br>Jared M. Gerber (*pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (202) 225-2507<br>Email: vhou@cgsh.com<br>Email: jgerber@cgsh.com | 1100 New York Avenue, N.W., Fifth Floor<br>Washington, D.C. 20005<br>Tel.: (202) 408-4600<br>Fax: (202) 408-4699<br>stoll@cohenmilstein.com<br>dsommers@cohenmilstein.com<br>jmesserschmidt@cohenmilstein.com |
| | *Liaison Counsel for Lead Plaintiff Bratya SPRL and for the Class* |
| -and- | |
| Nowell D. Bamberger (D.C. Bar No. 989157)<br>2112 Pennsylvania Avenue<br>Washington, D.C. 20037<br>Telephone: (202) 974-1752<br>Email: nbamberger@cgsh.com | |
| *Counsel for Defendants Bed Bath & Beyond Inc. and Sue E. Gove* | |

   SO ORDERED this _____ day of _____, 2023

 

_____
The Honorable Trevor N. McFadden
United States District Judge