UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM<br><br>CLASS ACTION |

## STIPULATION AND ORDER

WHEREAS, on January 30, 2023, Lead Plaintiff Bratya SPRL ("Lead Plaintiff") filed its Second Amended Class Action Complaint (the "Complaint") against Defendants Ryan Cohen, RC Ventures LLC, Bed Bath & Beyond Inc., and Sue E. Gove (collectively, "Defendants") (ECF No. 66);

WHEREAS, on March 15, 2023, Defendants Ryan Cohen and RC Ventures LLC filed their motion to dismiss Lead Plaintiff's Complaint (ECF No. 70);

WHEREAS, on March 15, 2023, Defendants Bed Bath & Beyond Inc. and Sue E. Gove filed a separate motion to dismiss Lead Plaintiff's Complaint (ECF No. 72);

WHEREAS, Lead Plaintiff believes that a single Opposition to both motions may help streamline the issues given the overlapping facts and legal theories that relate to both motions;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** and respectfully requested, by and among the undersigned Co-Lead Counsel and counsel for Defendants, subject to the approval of the Court, that:

1.     Lead Plaintiff shall file a single Opposition, not to exceed 65 pages in length, in response to both motions to dismiss.

IT IS SO STIPULATED AND AGREED TO THIS 30th DAY OF MARCH 2023

1

Dated: March 30, 2023                        Respectfully submitted,


**VINSON & ELKINS LLP**                      **POMERANTZ LLP**


*/s/ Clifford Thau*                          */s/ Omar Jafri*
Clifford Thau                                Omar Jafri

Clifford Thau                                Joshua B. Silverman (admitted *pro hac vice*)
Marisa Antonelli                             Omar Jafri (admitted *pro hac vice*)
1114 Avenue of Americas                      Christopher P.T. Tourek (admitted *pro hac vice*)
New York, NY 10036                           10 S. LaSalle Street, Suite 3505
Telephone: (212) 237-0000                    Chicago, IL 60603
Facsimile: (212) 237-0100                    Tel: (312) 377-1181
Email: cthau@velaw.com                       Fax: (312) 377-1184
Email: mantonelli@velaw.com                  Email: jbsilverman@pomlaw.com
                                                    ojafri@pomlaw.com
                                                    ctourek@pomlaw.com

-and-                                        -and-

Ephraim (Fry) Wernick                        Jeremy A. Lieberman (admitted *pro hac vice*)
2200 Pennsylvania Avenue NW Suite 500        600 Third Avenue, 20th Floor
West                                         New York, New York 10016
Washington, DC 20037                         Telephone: (212) 661-1100
Telephone: (202) 639-6730                    Facsimile: (212) 661-8665
Facsimile: (202) 879-8830                    E-mail: jalieberman@pomlaw.com
Email: ewernick@velaw.com

                                             *Counsel for Lead Plaintiff Bratya SPRL and Co-*
                                             *Lead Counsel for the Class*

-and-                                        **BRONSTEIN, GEWIRTZ & GROSSMAN,**
                                             **LLC**

Justin C. Beck 2001 Ross Avenue             
Dallas, Texas 75201                          Peretz Bronstein (admitted *pro hac vice*)
Telephone: (214) 220-7700                    Yitzchak E. Soloveichik (admitted *pro hac vice*)
Facsimile: (214) 220-7716                    Eitan Kimelman (admitted *pro hac vice*)
Email: jbeck@velaw.com                       60 East 42nd Street, Suite 4600
                                             New York, NY 10165
*Attorneys for RC Ventures LLC and Ryan*     Tel: (212) 697-6484
*Cohen*                                      Fax: (212) 697-7296
                                             peretz@bgandg.com
                                             soloveichik@bgandg.com
                                             eitank@bgandg.com

2

*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Class*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

/s/ *Jared M. Gerber*
Jared M. Gerber

Victor L. Hou (*pro hac vice*)
Jared M. Gerber (*pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (202) 225-2507
Email: vhou@cgsh.com
Email: jgerber@cgsh.com

-and-

Nowell D. Bamberger (D.C. Bar No. 989157)
2112 Pennsylvania Avenue
Washington, D.C. 20037
Telephone: (202) 974-1752
Email: nbamberger@cgsh.com

*Counsel for Defendants Bed Bath & Beyond Inc. and Sue E. Gove*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
Jan E. Messerschmidt (D.C. Bar No. 1031488)
1100 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff Bratya SPRL and for the Class*

SO ORDERED this 20th day of March, 2023

The Honorable Trevor N. McFadden
United States District Judge

3