UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM<br><br>CLASS ACTION<br><br>Jury Trial Demanded |

### DECLARATION OF OMAR JAFRI

I, Omar Jafri, declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted and in good standing to practice before this Court, having been admitted *pro hac vice* in this Action by Order dated January 5, 2023. I am a partner of the law firm of Pomerantz LLP, attorneys for Lead Plaintiff Bratya SPRL ("Lead Plaintiff") and make this declaration in support of Lead Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motions to Dismiss. I have actual knowledge of the facts set forth herein, and am able to testify to those facts if required.

2. Defendants' respective Motions to Dismiss inappropriately cite materials outside the pleadings, which require either that the improper materials be disregarded or that the Motions to Dismiss be converted to Motions for Summary Judgment. *See* Fed. R. Civ. P. 12(d); Rule 13(A) of the Court's Standing Order. I provide this declaration to identify the discovery that Lead Plaintiff would need to take to appropriately respond to a converted motion pursuant to Federal Rule of Civil Procedure 56(d). Lead Plaintiff is prepared to take this discovery on an expedited basis.

3. Specifically, Lead Plaintiff would need:

   a. Expedited production of the following documents from Ryan Cohen and/or RC Ventures LLC (relevant time period of June 1, 2022 to August 31, 2022):

    i. Documents sufficient to identify all social media accounts owned by Ryan Cohen and/or RC Ventures LLC;

    ii. All communications between Ryan Cohen and/or RC Ventures LLC, on the one hand, and any Bed Bath & Beyond Inc. employee or director, on the other hand;

    iii. All communications between Ryan Cohen and/or RC Ventures LLC and any broker regarding any actual or potential transactions in Bed Bath & Beyond Inc. securities;

    iv. All communications between Ryan Cohen and/or RC Ventures LLC and any other person regarding Bed Bath & Beyond Inc. or buybuy BABY;

    v. All communications between Ryan Cohen and/or RC Ventures LLC and any other person regarding Gustavo Arnal; and

    vi. All communications between Ryan Cohen and/or RC Ventures LLC and the United States Securities and Exchange Commission regarding Bed Bath & Beyond Inc.

  b. Subpoena to Ryan Cohen's broker at JP Morgan Securities LLC (relevant time period of June 1, 2022 to August 31, 2022) seeking all communications with Ryan Cohen and/or RC Ventures LLC regarding actual or potential sales of Bed Bath & Beyond Inc. securities.

  c. Subpoena to Marjorie L. Bowen, Shelly C. Lombard, and Ben Rosenzweig seeking all communications with Ryan Cohen and/or RC Ventures LLC.

  d. Expedited Production of the following documents from Bed Bath & Beyond Inc. and Sue Gove (relevant time period of June 1, 2022 to August 31, 2022):

    i. All communications with Ryan Cohen and/or RC Ventures LLC (or their agents);

    ii. All communications with Gustavo Arnal regarding: (a) stock sales or (b) Ryan Cohen;

        iii.    All meeting minutes, agendas, communications and board materials for Bed Bath & Beyond Inc.'s Board of Directors; and

        iv.    All meeting minutes, agendas, communications and committee materials or reports for Bed Bath & Beyond Inc.'s Strategy Committee.

    e.    Deposition of Ryan Cohen.

    f.    Rule 30(b)(6) deposition of Ryan Cohen's broker at JP Morgan Securities LLC.

    g.    Depositions of Marjorie L. Bowen, Shelly C. Lombard, and Ben Rosenzweig.

    h.    Rule 30(b)(6) deposition of Bed Bath & Beyond Inc.

    i.    Deposition of Sue Gove.

I hereby declare under threat of perjury that the above information is true and correct to the best of my knowledge.

Dated April 12, 2023

                                              Respectfully submitted,

                                              */s/ Omar Jafri*
                                              Omar Jafri