**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM<br><br>CLASS ACTION |

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

NOW INTO COURT comes the undersigned, Jan E. Messerschmidt, a member in good standing of the District of Columbia Bar, and an attorney of record for Lead Plaintiff Bratya SPRL, and respectfully moves for the admission pro hac vice of Genc Arifi, of the firm Pomerantz LLP, as counsel for Lead Plaintiff Bratya SPRL. The Declaration of Genc Arifi is attached in support of this Motion.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion to enroll attorney Genc Arifi of Pomerantz LLP, pro hac vice counsel, for Lead Plaintiff Bratya SPRL.

Dated: April 20, 2023

Respectfully submitted,

/s/ Jan E. Messerschmidt
COHEN MILSTEIN SELLERS & TOLL PLLC
Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
Jan E. Messerschmidt (D.C. Bar No. 1031488)
1100 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

*Counsel for Lead Plaintiff Bratya SPRL and Liaison Counsel for the Class*

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing document has been served by ECF. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: April 20, 2023          Respectfully submitted,

                 /s/ Jan E. Messerschmidt
                 Jan E. Messerschmidt (D.C. Bar No. 1031488)