**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM<br><br>CLASS ACTION |

**DECLARATION IN SUPPORT OF MOTION**
**TO ADMIT COUNSEL PRO HAC VICE**

I, Genc Arifi, pursuant to LCvR 83.2(c), file this Declaration in support of the instant Motion to Admit Counsel Pro Hac Vice.

1.      **The full name of the attorney:** Genc Arifi.

2.      **The attorney's office address and telephone number:** Pomerantz LLP, 10 S. LaSalle Street, Suite 3505, Chicago, Illinois 60603,  Phone: 312-377-1181

3.      **A list of all bars to which the attorney has been admitted:** Please see Exhibit A attached.

4.      **A certification that the attorney either has or has not been disciplined by any bar, and if the attorney has been disciplined by any bar, the circumstances and details of the discipline:** I have not been disciplined by any bar.

5.      **The number of times the attorney has been admitted pro hac vice in this Court within the last two years:** Zero (0).

6.      **Whether the attorney, if the attorney engages in the practice of law from any office located in the District of Columbia, is a member of the District of Columbia Bar or has an application for membership pending:** I do not engage in the practice of law from any office located in the District of Columbia. I am not a member of the District of Columbia Bar.

7.      **The motion must be accompanied by a certificate of the court or bar for the state in which the applicant regularly practices, which has been issued within thirty (30) days of filing and states that the applicant is a member in good standing of the bar of that state court:** Please see Exhibit B attached.

Dated: April 20, 2023

Respectfully Submitted,

Genc Arifi

Pomerantz LLP
10 S. LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
garifi@pomlaw.com

*Counsel for Lead Plaintiff Bratya*
*SPRL*

# Exhibit A

## Genc Arifi Attorney Admissions Chart

| **Court Name** | **Date Admitted** | **Bar Number** |
|---|---|---|
| Supreme Court, State of Illinois | November 10, 2016 | 6323579 |
| U.S. District Court, Northern District of Illinois | December 27, 2017 | 6323579 |

# Exhibit B

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Genc Arifi

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2016 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 13th day of April, 2023.

Cynthia A. Grant

Clerk,
Supreme Court of the State of Illinois