**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM<br><br>CLASS ACTION |

**[PROPOSED] ORDER ON MOTION TO ADMIT COUNSEL PRO HAC VICE**

WHEREAS the Court has reviewed and considered the Motion to Admit Counsel Pro Hac Vice (ECF No.__) seeking the admission of attorney Genc Arifi pro hac vice on behalf of Lead Plaintiff Bratya SPRL;

Having shown just cause, IT IS HEREBY ORDERED THAT:

1. The Motion to Admit Counsel Pro Hac Vice is GRANTED. Genc Arifi is hereby admitted to practice pro hac vice on behalf of Lead Plaintiff Bratya SPRL.

2. Jan E. Messerschmidt (D.C. Bar No. 1031488), Steven J. Toll (D.C. Bar No. 225623), and Daniel S. Sommers (D.C. Bar No. 416549) of Cohen Milstein Sellers & Toll PLLC, 1100 New York Avenue, N.W., Fifth Floor, Washington, D.C. 20005, Tel.: (202) 408-4600 are designated as liaison counsel.

3. The Clerk of Court is respectfully directed to add Genc Arifi (Email: garifi@pomlaw.com) to the email distribution list that provides notification of all electronic filings for this case.

SO ORDERED.

Dated:_____, 20_____       _____
  Washington, DC                                TREVOR N. MCFADDEN
                                                UNITED STATES DISTRICT JUDGE