UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM<br><br>CLASS ACTION<br><br>Jury Trial Demanded |

## SUGGESTION OF BANKRUPTCY

Lead Plaintiff Bratya SPRL ("Lead Plaintiff"), by its undersigned counsel, hereby informs the Court that a bankruptcy petition has been filed by one of the Defendants, Bed Bath & Beyond Inc., in the Bankruptcy Court for the District of New Jersey. A copy of the petition is attached hereto as Exhibit A. Lead Plaintiff understands that the filing of this petition automatically stays the claims against the corporate defendant, but only that defendant. This Action should proceed without delay as to non-bankrupt defendants Ryan Cohen, RC Ventures LLC, and Sue E. Gove.

A "plain reading of § 362(a)(1) indicates that the bankruptcy petition stays the civil action that arose prior to the bankruptcy proceeding only as to the debtor." *Lukas, Nace, Gutierrez & Sachs, Chtd. v. Havens*, Civil Action No. 99-0395 (JHG)(AK), 2000 U.S. Dist. LEXIS 2326, at *4-5 (D.D.C. Feb. 23, 2000). The automatic stay "does not protect non-debtor codefendants." *Simmons v. Tehum Care Servs.*, No. 2:22-CV-4149-NKL, 2023 U.S. Dist. LEXIS 68993, at *3 (W.D. Mo. Apr. 20, 2023).

Consequently, courts in securities fraud class actions routinely proceed with cases against non-debtors after a corporate defendant has declared bankruptcy. *See, e.g., Zaller v. Fred's, Inc.*, No. 2:19-cv-02415-SHL-dkv, 2019 U.S. Dist. LEXIS 241870, at *9 (W.D. Tenn. Sep. 13, 2019) ("While the claims against Fred's are automatically stayed, claims against the other Defendants will proceed."); *In re Dynegy, Inc.*, 770 F.3d 1064, 1066 (2d Cir. 2014) (bankruptcy of corporate

1

defendant "prompted an automatic stay of the securities class action in the district court as to Dynegy Inc. but not the three individual defendants."); *N.J. Carpenters Health Fund v. Royal Bank of Scot. Grp., PLC*, 564 B.R. 192, 194-96 (S.D.N.Y. 2016) (refusing to extend stay to non-bankrupt co-defendants); *Bruce v. Suntech Power Holdings Co.*, No. CV 12-04061 RS, 2013 U.S. Dist. LEXIS 180784, at *3 (N.D. Cal. Dec. 26, 2013) ("[D]efendant Suntech filed a notice of an involuntary petition for bankruptcy resulting in an automatic stay under 11 U.S.C. § 362. Individual defendants … are not subject to the automatic stay"); *Pub. Pension Fund Grp. v. KV Pharm. Co.*, No. 4:08-CV-1859 (CEJ), 2013 U.S. Dist. LEXIS 44435, at *9 (E.D. Mo. Mar. 28, 2013) (extending stay to non-bankrupt individual defendant "was inappropriate"); *In re Globalstar Sec. Litig.*, 01 Civ. 1748 (PKC), 2004 U.S. Dist. LEXIS 24164, at *6-7, 17 (S.D.N.Y. Dec. 1, 2004) (certifying class to proceed against individual defendant over objection that proceeding would violate automatic stay from bankruptcies of corporate defendants).

      Accordingly, Lead Plaintiff recognizes that the motions to dismiss that are currently under briefing will be stayed as to Defendant Bed Bath & Beyond Inc., but should proceed as to all other Defendants.

Dated: April 23, 2023                    Respectfully submitted,

/s/ *Omar Jafri*
Omar Jafri

**POMERANTZ LLP**

Joshua B. Silverman (admitted *pro hac vice*)
Omar Jafri (admitted *pro hac vice*)
Christopher P.T. Tourek (admitted *pro hac vice*)
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603
Tel: (312) 377-1181
Fax: (312) 377-1184
Email: jbsilverman@pomlaw.com
      ojafri@pomlaw.com

ctourek@pomlaw.com

-and-

Jeremy A. Lieberman (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
E-mail: jalieberman@pomlaw.com

*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

Peretz Bronstein (admitted *pro hac vice*)
Yitzchak E. Soloveichik (admitted *pro hac vice*)
Eitan Kimelman (admitted *pro hac vice*)
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
peretz@bgandg.com
soloveichik@bgandg.com
eitank@bgandg.com

*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
Jan E. Messerschmidt (D.C. Bar No. 1031488)
1100 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff Bratya SPRL and for the Class*