AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

|  |  |  |
|---|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | )<br>)<br>)<br>)<br>) | Case No.    1:22-cv-02541-TNM |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff Bratya SPRL                                                                                          .

Date:      04/25/2023

/s/ Genc Arifi (6323579)
*Attorney's signature*

Genc Arifi
*Printed name and bar number*

Pomerantz LLP
10 S. LaSalle Street
Suite 3505
Chicago, IL 60603
*Address*

garifi@pomlaw.com
*E-mail address*

(312) 377-1181
*Telephone number*

(312) 377-1184
*FAX number*