**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE BED BATH & BEYOND
CORPORATION SECURITIES LITIGATION

THIS DOCUMENT RELATES TO: ALL
ACTIONS

Case No. 1:22-cv-2541-TNM

CLASS ACTION

**MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Section 9 of this Court's

Standing Order (ECF No. 3), Defendant Sue E. Gove ("Gove") hereby moves to extend her time

to file a reply in support of her Motion to Dismiss (the "MTD Reply") until two weeks after the

Court rules on her forthcoming objection to staying this action only as to Bed Bath & Beyond

Inc. ("Bed Bath") due to that company's bankruptcy petition.  *See* Minute Order (Apr. 26,

2023).[1]  Pursuant to Local Civil Rule 7(m), counsel for Gove has conferred with counsel for the

other parties in the action.  Defendants Ryan Cohen and RC Ventures LLC consent to this

motion and request that they receive the same extension so that all reply briefs will be filed on

the same date for the Court's administrative convenience.  Lead Plaintiff Bratya SPRL

("Plaintiff") does not consent to the relief sought by this motion.  The basis for this motion is as

follows.

---

[1]     The deadline being affected by this request is May 3, 2023, which is three business days
from today's date.  Gove respectfully requests that the Court permit the filing of this request
today given that the Court's minute order triggering this request was entered two days ago, on
Wednesday, April 26, and bankruptcy and litigation counsel for Bed Bath and Gove have been
conferring as expeditiously as possible concerning the subject of that order.

This is a putative securities class action originally filed on August 23, 2022.  The operative complaint, the Second Amended Class Action Complaint (ECF No. 66), was filed on January 30, 2023.  On December 16, 2022, the Court set the following deadlines:

| Filing | Deadline |
|---|---|
| Second Amended Complaint | January 30, 2023 |
| Motion to Dismiss | March 15, 2023 |
| Opposition to Motion to Dismiss | April 12, 2023 |
| Reply in Support of Motion to Dismiss | May 3, 2023 |

Defendants filed their Motions to Dismiss on March 15, 2023 (ECF Nos. 70 and 72), and Plaintiff filed its Opposition on April 12, 2023 (ECF No. 79).

On April 23, 2023, Bed Bath and certain of its affiliates (the "Debtors") filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey.  Pursuant to section 362(a) of the Bankruptcy Code, the filing of the voluntary petitions operates as a stay of proceedings involving the Debtors, including this action.

That same day, Plaintiff filed a Suggestion of Bankruptcy with this Court (ECF No. 81), arguing that this action, including the motions to dismiss that are currently being briefed, should be stayed as to Bed Bath but should proceed as against all other Defendants, including Bed Bath's chief executive officer Gove.

On April 26, 2023, the Court ordered parties objecting to staying proceedings only as to Bed Bath to file objections by May 8, 2023.  *See* Minute Order (Apr. 26, 2023).

Gove intends to file an objection by May 8, 2023, seeking to extend the stay of proceedings to her.  In order to avoid mooting the relief that she will be seeking, Gove believes that an extension of the deadline to file her MTD Reply would be appropriate so that the Court

can consider her request for a stay before she incurs legal and administrative costs that the

requested stay will be meant to avoid.  Extending the deadline to file the MTD Reply in light of

these circumstances would not prejudice any party in this action.

       This request is made in good faith and not for the purposes of delay.  This is Gove's first

request for an extension.  There have been no other extension requests in this matter other than a

motion by previous plaintiff Pengcheng Si to extend the time to serve summons and an amended

complaint on Defendants (ECF No. 9).  Granting the requested extension will not impact any

other deadlines.

       WHEREFORE, Gove respectfully requests that the deadline to file the MTD Reply be

extended until two weeks after the Court rules on whether proceedings should be stayed as to

her.  A proposed order is enclosed herewith.

Dated: April 28, 2023

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP


*/s/ Jared Gerber*
Victor L. Hou (*pro hac vice*)
Jared M. Gerber (*pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (202) 225-2507
Email: vhou@cgsh.com
Email: jgerber@cgsh.com

Nowell D. Bamberger (D.C. Bar No. 989157)
2112 Pennsylvania Avenue
Washington, D.C. 20037
Telephone: (202) 974-1752
Email: nbamberger@cgsh.com

*Counsel for Defendant Sue E. Gove*