UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-2541-TNM |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | CLASS ACTION |

# [PROPOSED] ORDER

This matter is before the Court on the Motion of Sue E. Gove ("Gove") to Extend the Time to file a Reply in Support of her Motion to Dismiss. Upon consideration of the Motion, and for good cause shown and the entire record herein, it is hereby:

**ORDERED** that Gove's motion is **GRANTED**; and it is further

**ORDERED** that the deadline for all Defendants in this action to file their Replies in Support of their Motions to Dismiss is extended until two weeks after the Court rules on whether proceedings should be stayed as to parties other than Bed Bath & Beyond Inc.

_____

Hon. Trevor N. McFadden
United States District Judge

**List of Persons To Be Notified (LCvR7(k))**

**Lead Plaintiff**

BRATYA SPRL

Christopher Tourek
POMERANTZ
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603
Phone: 312-377-1181
Fax: 312-377-1184
Email: ctourek@pomlaw.com

Daniel S. Sommers
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, NW, Suite 500 East Tower
Washington, DC 20005
Phone: 202-408-4600
Fax: 202-408-4699
Email: dsommers@cohenmilstein.com

Eitan Kimelman
BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
Phone: 212-697-6484
Email: eitank@bgandg.com

Frederic S. Fox
KAPLAN FOX & KILSHEIMER LLP
800 Third Avenue, 38th Floor
New York, NY 10022
Phone: 212-687-1980
Email: ffox@kaplanfox.com

Genc Arifi
POMERANTZ LLP
10 S. LaSalle Street
Suite 3505
Chicago, IL 60603
Phone: 312-377-1181
Email: garifi@agdglaw.com

Jan Messerschmidt
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, Suite Fifth Floor

Washington, DC 20005
Phone: 202-408-4600
Email: jmesserschmidt@cohenmilstein.com

Jeremy A. Lieberman
POMERANTZ LLP
600 Third Avenue
20th Floor
New York, NY 10016
Phone: 212-661-1100
Fax: 917-463-1044
Email: jalieberman@pomlaw.com

Joseph Alexander Hood II
POMERANTZ
Pomerantz LLP
600 THIRD Avenue, Floor 20
New York, NY 10016
Phone: 212-661-1100
Email: ahood@pomlaw.com

Joshua B. Silverman
POMERANTZ
10 South LaSalle, Suite 3505
Chicago, IL 60603
Phone: 312-377-1181
Email: jbsilverman@pomlaw.com

Omar Jafri
POMERANTZ
10 South LaSalle, Suite 3505
Chicago, IL 60603
Phone: 312-377-1181
Email: ojafri@pomlaw.com

Peretz Bronstein
BRONSTEIN, GEWIRTZ & GROSSMAN LLC (NY)
60 East 42nd Street, Suite 4600
New York, NY 10165
Phone: 212-697-6484
Email: peretz@bgandg.com

Steven J. Toll
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, NW, Suite 500 East Tower
Washington, DC 20005

                                  Phone: 202-408-4600
                                  Fax: 202-408-4699
                                  Email: stoll@cohenmilstein.com

                                  Yitzchak Soloveichik
                                  504 E 63rd Street
                                  Suite Apt. 10-O
                                  New York, NY 10065
                                  Phone: 646-382-7160
                                  Email: yitzchak@gmail.com

**Plaintiff**

PENGCHENG SI                      Jan Messerschmidt
                                           (See above for address)

                                  Steven J. Toll
                                  (See above for address)

**Defendants**

BED BATH &                    Nowell David Beckett Bamberger
BEYOND INC.                 CLEARY GOTTLIEB STEEN & HAMILTON LLP
(improperly named as     2112 Pennsylvania Avenue, NW, Suite 1000
BED BATH &                    Washington, DC 20037
BEYOND                         Phone: 202-974-1500
CORPORATION) and       Fax: 202-974-1999
SUE E. GOVE                 Email: nbamberger@cgsh.com

                                  Jared Gerber
                                  CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                  One Liberty Plaza
                                  New York, NY 10006
                                  Phone: 212-225-2507
                                  Email: jgerber@cgsh.com

                                  Victor L. Hou
                                  CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                  One Liberty Plaza
                                  New York, NY 10006
                                  Phone: 212-225-2609
                                  Email: vhou@cgsh.com

RC VENTURES LLC         Ephraim Wernick
and RYAN COHEN           VINSON & ELKINS LLP
                                  2200 Pennsylvania Avenue, NW, Suite 500 West

Washington, DC 20037
Phone: 202-639-6730
Email: ewernick@velaw.com

Clifford Thau
VINSON & ELKINS LLP
1114 Avenue of Americas
New York, NY 10036
Phone: 212-237-0012
Fax: 917-849-5321
Email: cthau@velaw.com

Marisa Antonelli
VINSON & ELKINS LLP
1114 Avenue of the Americas, Ste 32nd Floor
New York, NY 10036
Phone: 212-237-0151
Fax: 212-237-0100
Email: mantosfallon@velaw.com

Justin Craig Beck
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Phone: 214-220-7983
Email: jbeck@velaw.com

**Movant**

ALLEN GALLEGLY					Frederic S. Fox
						(See above for address)

5