UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 1:22-cv-2541-TNM<br><br>CLASS ACTION |

**DECLARATION OF JARED GERBER IN FURTHER SUPPORT OF
DEFENDANT SUE E. GOVE'S MOTION TO DISMISS
THE SECOND AMENDED COMPLAINT**

Jared Gerber hereby declares pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted *pro hac vice* representing Defendant Sue E. Gove in the above-captioned case. I am a partner at the law firm Cleary Gottlieb Steen & Hamilton LLP. I submit this Declaration in support of Defendant Sue E. Gove's Reply Memorandum of Law in Further Support of Her Motion to Dismiss the Second Amended Complaint.

2. Attached as **Exhibit L** is a true and correct copy of the post titled "$BBBY AND RYAN COHEN UPDATE!" published on August 17, 2022 on the subreddit r/WallStreetBets on Reddit. As of May 3, 2023, the post appears to be deleted on Reddit. The original post was retrieved using the digital archive tool Wayback Machine, using August 18, 2022 as the reference date. *See* https://web.archive.org/web/20220818195706/https://www.reddit.com/r/wallstreetbets/comments/wr4a2g/bbby_and_ryan_cohen_update//.

3. Attached as **Exhibit M** is a true and correct copy of the August 17, 2022 news article that was linked in the Reddit post above (Exhibit L). *See BRIEF-Bed Bath & Beyond Says Working Expeditiously Over Past Several Weeks With External Financial Advisors, Lenders*

2

*On Strengthening Balance Sheet*, WEBULL, https://www.webull.com/news/52523835 (last visited May 2, 2023).

    4.      Attached as **Exhibit N** is a true and correct copy of the currently available Reddit thread under the deleted post shown in Exhibit L as of May 2, 2023.  *See* https://www.reddit.com/r/wallstreetbets/comments/wr4a2g/deleted_by_user/ (last visited May 2, 2023).  Exhibit N has been highlighted to direct the Court's attention to the relevant responses, as required by Section 12(D) of the Court's Standing Order (ECF No. 3).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    May 3, 2023
              New York, New York

                                      */s/ Jared Gerber*
                                      Jared Gerber