# Exhibit L





r/wallstreetbets Search Reddit Log In Sign Up

Posts Wiki wallstreetbetscrypto Discord/Twitter/IG Thread Filters (NEW) FAQ Brand Use Guidelines

Posted by 20 hours ago 2 2

1.8k

# $BBBY AND RYAN COHEN UPDATE!

News

"BED BATH AND BEYOND ARE PLEASED TO HAVE REACHED CONSTRUCTIVE AGREEMENT WITH RC VENTURES & ARE COMMITTED TO MAXIMIZING VALUE FOR ALL SHAREHOLDERS

BED BATH & BEYOND SAYS THEY HAVE BEEN WORKING EXPEDITIOUSLY OVER PAST SEVERAL WEEKS WITH EXTERNAL FINANCIAL ADVISORS, LENDERS ON STRENGTHENING BALANCE SHEET"

Source: https://www.webull.com/news/52523835

156 Comments Share Save Hide Report 96% Upvoted

Sort By: Best

View discussions in 2 other communities

MOD · 20 hr. ago · Stickied comment
Turing Test Proctor

| User Report | | | |
|---|---|---|---|
| Total Submissions | 34 | First Seen In WSB | 1 year ago |
| Total Comments | 509 | Previous DD | x |
| Account Age | 1 year | scan comment | scan submission |
| Vote Spam | Click to Vote | Vote Approve | Click to Vote |

Vote Reply Share Report Save Follow

· 19 hr. ago

Very nice. Actual bullish news right after to counter that pathetic misleading headline earlier about RC liquidating. Next two days should be interesting after this dip.

82 Reply Share Report Save Follow

· 20 hr. ago

1 ticket to tendie town please.

340 Reply Share Report Save Follow

· 18 hr. ago

Make that 2

34 Reply Share Report Save Follow

Continue this thread →

· 18 hr. ago
Buy puts they said ...

3 tickets please.

About Community

r/wallstreetbets

Like 4chan found a Bloomberg Terminal

12.5m Degenerates

166k Buying FDs

Created Jan 31, 2012

Join

Powerups

Powerups are unlocked in r/wallstreetbets

COMMUNITY HEROES

Powerups 1858

Whitedudebrohug 1
HappyRuin 1
UhhBryanYes 1
Yassss_Steph 1
Herr_jojo 1
Unique-Gift8156 1
imamario 1
kiwito007 1

See All Heroes

We use cookies on our websites for a number of purposes, including analytics and performance, functionality and advertising. Learn more about Reddit's use of cookies.

Back to Top

Reject non-essential Accept all

r/wallstreetbets

Log In Sign Up

24 Reply Share Report Save Follow

OP · 20 hr. ago

75 Reply Share Report Save Follow

· 16 hr. ago

While your ticket is held at the booth may I borrow it to sell to someone else in hopes you don't want to go on the ride. If the other person sells it or tickets get expensive I won't be able to give it back. That's totally ok, right?

7 Reply Share Report Save Follow

· 20 hr. ago

It's time

175 Reply Share Report Save Follow

· 16 hr. ago

17 Reply Share Report Save Follow

Continue this thread →

· 5 hr. ago

https://youtu.be/M9rT31Ay_xE

1 Reply Share Report Save Follow

· 19 hr. ago

After we get on the moon, will there be a Wendy's? I will be able to buy all the $5 biggie bags!! 😆

56 Reply Share Report Save Follow

· 19 hr. ago

There's gonna be Wendy's inside each Bed Bath and Beyond location

24 Reply Share Report Save Follow

· 19 hr. ago

Hmmm... wen deez....

12 Reply Share Report Save Follow

· 15 hr. ago

1 Reply Share Report Save Follow

· 18 hr. ago

RC dropping 3 month old news right back on them. Well played 👀

56 Reply Share Report Save Follow

· 20 hr. ago

What the hell does this mean? An agreement for what?

137 Reply Share Report Save Follow

· 20 hr. ago

To put tendies in my pocket.

205 Reply Share Report Save Follow

Continue this thread →

· 19 hr. ago

To buy the dip dumbass. What do you think?

We use cookies on our websites for a number of purposes, including analytics and performance, functionality and advertising. Learn more about Reddit's use of cookies.

Case 1:22-cv-02541-TNM   Document 86-2   Filed 05/03/23   Page 4 of 4

