# Exhibit M

5/2/23, 11:45 PM  BRIEF-Bed Bath & Beyond Says Working Expeditiously Over Past Several Weeks With External Financial Advisors, Lenders On S…

Case 1:22-cv-02541-TNM Document 86-3 Filed 05/03/23 Page 2 of 3

MARKET  TRADE  FEATURES  LEARN  PRICING  DOWNLOAD  HELP  Symbol/Name  SIGN UP  LOG IN

- +undefined NaN%   - +undefined NaN%   - +undefined NaN%

# BRIEF-Bed Bath & Beyond Says Working Expeditiously Over Past Several Weeks With External Financial Advisors, Lenders On Strengthening Balance Sheet

BRIEF-Bed Bath & Beyond Says Working Expeditiously Over Past Several Weeks With External Financial Advisors, Lenders On Strengthening Balance Sheet

Reuters · 08/17/2022 18:35



Aug 17 (Reuters) - Bed Bath & Beyond Inc BBBY:

BED BATH & BEYOND SAYS PLEASED TO HAVE REACHED CONSTRUCTIVE AGREEMENT WITH RC VENTURES IN MARCH & ARE COMMITTED TO MAXIMIZING VALUE FOR ALL SHAREHOLDERS

BED BATH & BEYOND SAYS HAVE BEEN WORKING EXPEDITIOUSLY OVER PAST SEVERAL WEEKS WITH EXTERNAL FINANCIAL ADVISORS, LENDERS ON STRENGTHENING BALANCE SHEET

Further company coverage: BBBY

((Reuters.Briefs@thomsonreuters.com;))

## FAQ
Fee Schedule
Account
Margin Trading
How to File an Inquiry
Customer Relationship Summary

## About Webull
Our Story
Careers
Webull Promotions
Blog
BrokerCheck
Our Execution Quality
Script Editor

## Terms & Conditions
Privacy Policy
Business Continuity Plan
Disclosures
Data Disclaimer

## Contact us
customerservices@webull.us
+1 (888) 828-0618

Securities trading is offered to self-directed customers by Webull Financial LLC, a broker dealer registered with the Securities and Exchange Commission (SEC). Webull Financial LLC is a member of the Financial Industry Regulatory Authority (FINRA), Securities Investor Protection Corporation (SIPC), The New York Stock Exchange (NYSE), NASDAQ and Cboe EDGX Exchange, Inc (CBOE EDGX).

Webull Financial LLC is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Our clearing firm, Apex Clearing Corp., has purchased an additional insurance policy..

Our clearing firm Apex Clearing Corp has purchased an additional insurance policy. The coverage limits provide protection for securities and cash up to an aggregate of $150 million, subject to maximum limits of $37.5 million for any one customer's securities and $900,000 for any one customer's cash. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.

Cryptocurrency execution and custody services are provided by Apex Crypto LLC (NMLS ID 1828849) through a software licensing agreement between Apex Crypto LLC and Webull Pay LLC. Cryptocurrency trading is offered through an account with Apex Crypto. Apex Crypto is not a registered broker-dealer or FINRA member and your cryptocurrency holdings are not FDIC or SIPC insured. Please ensure that you fully understand the risks involved before trading. Not all coins provided by Apex Crypto LLC are available to New York residents. Please visit www.webull.com/cryptocurrency to see a list of crypto available to trade. Crypto trading only available to US residents.

Advisory accounts and services are provided by Webull Advisors LLC (also known as "Webull Advisors"). Webull Advisors is an Investment Advisor registered with and regulated by the SEC under the Investment Advisors Act of 1940. Registration does not imply a level of skill or training. See additional information on the Disclosures webpage. Trades in your Webull

5/2/23, 11:45 PM Bed Bath & Beyond Says Working Expeditiously Over Past Several Weeks With External Financial Advisors, Lenders On S…

Case 1:22-cv-02541-TNM Document 36-3 Filed 05/03/23 Page 3 of 3

Advisors account are executed by Webull Financial LLC, a member of the Securities Investor Protection Corporation (SIPC). That means your assets are protected up to $500,000 in value, including $250,000 in any cash awaiting reinvestment.

All investments involve risk, and not all risks are suitable for every investor. The value of securities may fluctuate and as a result, clients may lose more than their original investment. investment objectives and risks carefully before investing.

Options trading entails significant risk and is not appropriate for all investors. Option investors can rapidly lose the value of their investment in a short period of time and incur permanent loss by expiration date. Losses can potentially exceed the initial required deposit. You need to complete an options trading application and get approval on eligible accounts. Please read the Characteristics and Risks of Standardized Options before trading options.

No content on the Webull Financial LLC website shall be considered as a recommendation or solicitation for the purchase or sale of securities, options, or other investment products. All information and data on the website is for reference only and no historical data shall be considered as the basis for judging future trends.

Investors should be aware that system response, execution price, speed, liquidity, market data, and account access times are affected by many factors, including market volatility, size and type of order, market conditions, system performance, and other factors.

Free trading of stocks, ETFs, and options refers to $0 commissions for Webull Financial LLC self-directed individual cash or margin brokerage accounts and IRAs that trade U.S. listed securities via mobile devices, desktop or website products. A $0.55 per contract fee applies for certain options trades. Relevant regulatory and exchange fees may apply. Please refer to our Fee Schedule for more details.

© 2023 Webull Financial LLC, All rights reserved. Member FINRA/SIPC/NYSE/NASDAQ/CBOE EDGX