# Exhibit N

 reddit  r/wallstreetbets  Search Community   Get app   Log In



**r/wallstreetbets**
by • 9 mo. ago

# [deleted by user]

⬆ 1.5K ⬇   💬 161   ↗ Share

Sort by: Best    161 comments

➕ Add a Comment

**VisualMod** 🛡 • 9 mo. ago

| | | | |
|---|---|---|---|
| **User Report** | | | |
| Total Submissions | 34 | First Seen In WSB | 1 year ago |
| Total Comments | 509 | Previous DD | x |
| Account Age | 1 year | scan comment | scan submission |
| Vote Spam | Click to Vote | Vote Approve | Click to Vote |

⬆ 4 ⬇   Reply   ↗ Share   ⋯

**Japes22887** • 9 mo. ago

1 ticket to tendie town please.

⬆ 340 ⬇   Reply   ↗ Share   ⋯

➕ 9 more replies

**DudeLeNasty** • 9 mo. ago

It's time

⬆ 180 ⬇   Reply   ↗ Share   ⋯

➕ 3 more replies

**AssumptionGod1337** • 9 mo. ago

Very nice. Actual bullish news right after to counter that pathetic misleading headline earlier about RC liquidating. Next two days should be interesting after this dip.

⬆ 85 ⬇   Reply   ↗ Share   ⋯

➕ 4 more replies

**BenjaminTalam** • 9 mo. ago

What the hell does this mean? An agreement for what?

⊖  ⬆ 139 ⬇   Reply   ↗ Share   ⋯

   **[deleted]** • 9 mo. ago

   **Ramiel4654** • 9 mo. ago

   To buy the dip dumbass. What do you think?

   ⬆ 57 ⬇   Reply   ↗ Share   ⋯

   ➕ 2 more replies

➕ 13 more replies

**pineapple_juiced** • 9 mo. ago

RC dropping 3 month old news right back on them. Well played 👀

⬆ 60 ⬇   Reply   ↗ Share   ⋯







reddit r/wallstreetbets Log In

After we get on the moon, will there be a Wendy's? I will be able to buy all the $5 biggie bags!! 😆

57 Reply Share ···

4 more replies

**CheeseSteak17** • 9 mo. ago

Odds this is about BuyBuyBaby?

71 Reply Share ···

3 more replies

**[deleted]** • 9 mo. ago

**[deleted]** • 9 mo. ago

you omitted the "in March" part of the quote

> BED BATH & BEYOND SAYS PLEASED TO HAVE REACHED CONSTRUCTIVE AGREEMENT WITH RC VENTURES **IN MARCH** & ARE COMMITTED TO MAXIMIZING VALUE FOR ALL SHAREHOLDERS

40 Reply Share ···

**not_ur_buddy_guy** • 9 mo. ago

This is about their progress over last few weeks tho

12 Reply Share ···

**[deleted]** • 9 mo. ago

**[deleted]** • 9 mo. ago

**DANISERE** • 9 mo. ago

Exactly! Why did OP change the phrase? Fu*k you Jim cramer

0 Reply Share ···

**[deleted]** • 9 mo. ago

**[deleted]** • 9 mo. ago

**Actual-Cat3803** • 9 mo. ago

$40 eod tomorrow BBBY🚀

20 Reply Share ···

**[deleted]** • 9 mo. ago

10 Reply Share ···

**drshwagg** • 9 mo. ago

BULLISH

7 Reply Share ···

**Due-Regret4823** • 9 mo. ago

To the moon baby

7 Reply Share ···

2 more replies

**Fabulous-Amphibian77** • 9 mo. ago

Home

Popular

TOPICS

Gaming

Sports

Business

Crypto

Television

Celebrity

See more

RESOURCES

About Reddit

Advertise

Help

See more

© 2023 Reddit, Inc. All rights reserved.

r/wallstreetbets · 6 days ago
Netflix Loses 1 Million Users in Spain Over...

9.3K upvotes · 622 comments

r/wallstreetbets · 3 days ago
Let them fight

8.1K upvotes · 240 comments

r/wallstreetbets · 4 days ago
Anyone else notice Cramer's transition t...

7.3K upvotes · 445 comments

r/wallstreetbets · 6 days ago
OC ORIGINAL
It's time, BBBYQ

6.7K upvotes · 485 comments

r/wallstreetbets · 7 days ago
finally found the FRC dude who was going...

6.3K upvotes · 200 comments

r/wallstreetbets · 2 days ago
Guys I think it's a bubble...

6.1K upvotes · 459 comments

r/wallstreetbets · 1 day ago
JP Morgan now holds over $2.4 TRILLION i...
5.7K upvotes · 474 comments

r/wallstreetbets · 3 days ago
Puts on RIVN
5.5K upvotes · 725 comments

r/wallstreetbets · 2 days ago
Crash imminent

reddit r/wallstreetbets Log In

actually purchasing the underlying shares associated with the call option or get it all the way up and sell to to make the net off of the option and in the mean time JP will be investing into BBBY because they could use the help im sure and with the JP Morgan can invest in the mean time would re create BBBY to make the numbers right to keep BBBY at the 25 number on paper and they would net 10$ per share acquired. Which makes sense if he gets it up to 40-60 it would be wise to exercise the option for cap gains purposes at that time to make the margin not be the highest tax. It's like he gets to play with the option to just get it up to JPs standards for the easy cap and sell. He still owns everything it is just with the option too which is $$$ . He's protecting himself by filing like he should because he is a market mover … BULLISH AF !!!!BURY THE HATERS! And of course the media will twist that like we aren't capable 🙆 😂😂🖕 #neverquitBBBY SORRY FOR LACK OF PUNCTUATION.

6 Reply Share ···

**aspiring_bureaucrat** • 9 mo. ago

I'm not reading all that but I'm happy for you, or sorry that happened

34 Reply Share ···

1 more reply

2 more replies

**J5Design** • 9 mo. ago

Unpopular opinion.. Working with lenders to strengthen the balance sheet. This tells me they are looking at options to raise capital.

6 Reply Share ···

**Ambitious_Hedgehog49** • 9 mo. ago

true, but being given the option for new lines of credit is a good sign for a struggling company. it means that there is more trust in their viability than before.

3 Reply Share ···

**[deleted]** • 9 mo. ago

**Diamondhands4dagainz** • 9 mo. ago

Raising capital doesn't maximise value for shareholders though.

1 Reply Share ···

1 more reply

**[deleted]** • 9 mo. ago

**joeyang043** • 9 mo. ago

Let's keep BBBY story as one about short squeeze and ape power.

Don't distract us with turning the failing business around. RC's transformation of GME by crwating NFT marketplace went bloody. We don't buy BBBY for turn around story.

4 Reply Share ···

**AutoModerator** • 9 mo. ago

Squeeze these nuts you fuckin nerd.

*I am a bot, and this action was performed automatically. Please* contact the moderators of this subreddit *if you have any questions or concerns.*

16 Reply Share ···

**[deleted]** • 9 mo. ago

Hey man, those turkish towels are fucking nice and their clearance section is the fucking tits

5 Reply Share ···

**[deleted]** • 9 mo. ago

**Jayk0523** • 9 mo. ago

r/wallstreetbets · 6 days ago

You would think people would have...

5K upvotes · 290 comments

r/wallstreetbets · 3 days ago

WSB mentality

5K upvotes · 206 comments

r/wallstreetbets · 1 day ago

reddit r/wallstreetbets Log In

**RogueStoge28** • 9 mo. ago

I love this but damn is it vague/ has 0 context, idk how much water this will hold with the non regarded

4 Reply Share ···

**[deleted]** • 9 mo. ago

**brucekeller** • 9 mo. ago

It says the agreement was in March. From RC's filing, doubt it is still in tact. So good of you to copy all that except the March part lol.

4 Reply Share ···

**RetroGaming4** • 9 mo. ago

Could be issuing new shares....

3 Reply Share ···

**SwearImNotACat** • 9 mo. ago

Cramer u bitch is that you?

19 Reply Share ···

1 more reply

**AlphaAndEntropy** • 9 mo. ago

Whose five year old wrote this?

3 Reply Share ···

**SwearImNotACat** • 9 mo. ago

1 Reply Share ···

**scatterblooded** • 9 mo. ago

This makes it sound like an offering is on the table but they literally just finished a buy back so it'd make no sense.

3 Reply Share ···

**Nectarine-Due** • 9 mo. ago

Sounds like they are securing loans to me.

1 Reply Share ···

**lucasandrew** • 9 mo. ago

You literally cut out the words "in March" which makes this misleading for no reason.

3 Reply Share ···

**EF_Azzy** • 9 mo. ago

This isn't anything anyone didn't know lol

2 Reply Share ···

**OB1KENOB** • 9 mo. ago

All part of the plan! LETS FUCKING GO!

2 Reply Share ···

reddit                                    r/wallstreetbets                                                    Log In

Is this the announcement we've been waiting on?

↑ 2 ↓    Reply    Share

**ToothlessTrader** • 9 mo. ago

Nope. Keep hodling.

↑ 2 ↓    Reply    Share

**Youngskinnny** • 9 mo. ago

They always say this shit then the exact opposite happens

↑ 2 ↓    Reply    Share

**iamJoeyTribbiani** • 9 mo. ago

let's be honest, nobody gives a shot about this. ITS JUST BBBY TO THE MOOON 🚀🚀🚀 🌕

↑ 2 ↓    Reply    Share

**Sensitive_Dare_9353** • 9 mo. ago

TO ABOVE AND BEYOND

↑ 2 ↓    Reply    Share

**Jfri33ss** • 9 mo. ago

This means buy BBBY… Right?

↑ 2 ↓    Reply    Share

**LoquatElectronic8140** • 9 mo. ago

How do they strengthen the balance sheet? By doing a share offering?

↑ 1 ↓    Reply    Share

**Diamondhands4dagainz** • 9 mo. ago

Selling BuyBuyBaby? They specifically said they want to maximise value for shareholders. Issuing new shares does not today this

↑ 2 ↓    Reply    Share

⊕ 3 more replies

**turiboi** • 9 mo. ago

In March ?!?!?!? Then why they put it out today ??????

↑ 1 ↓    Reply    Share

**[deleted]** • 9 mo. ago

**[deleted]** • 9 mo. ago

**[deleted]** • 9 mo. ago

**[deleted]** • 9 mo. ago

**[deleted]** • 9 mo. ago

**UltimateTraders** • 9 mo. ago

Lol

↑ 1 ↓    Reply    Share

**[deleted]** • 9 mo. ago

  r/wallstreetbets   Log In

[deleted] • 9 mo. ago

[deleted] • 9 mo. ago

[deleted] • 9 mo. ago

**rgali7996** • 9 mo. ago

I hope that cunt ass serpent Jim reads this...he might have a mild heart attack

⬆ 1 ⬇   💬 Reply   ↗ Share   ⋯

**Vegan_Honk** • 9 mo. ago

Well shit I'm glad I averaged up.

⬆ 1 ⬇   💬 Reply   ↗ Share   ⋯

**simsurf** • 9 mo. ago

NFT towels?

⬆ 0 ⬇   💬 Reply   ↗ Share   ⋯

[deleted] • 9 mo. ago

[deleted] • 9 mo. ago

[deleted] • 9 mo. ago

[deleted] • 9 mo. ago

So they hired BCG? 🤡

⬆ 0 ⬇   💬 Reply   ↗ Share   ⋯

**Fingerblaster_8000** • 9 mo. ago

Can't wait to be rich off $BBBY so I can spoil my wife and her bf

⬆ 1 ⬇   💬 Reply   ↗ Share   ⋯

**MargotRobbieExplains** • 9 mo. ago

⬆ 0 ⬇   💬 Reply   ↗ Share   ⋯

[deleted] • 9 mo. ago

**membership2031** • 9 mo. ago

⬆ 1 ⬇   💬 Reply   ↗ Share   ⋯

**cmfeels** • 9 mo. ago

You think he might exercise those calls with them diamond nutZ?

⬆ 1 ⬇   💬 Reply   ↗ Share   ⋯

**More-Skin8365** • 9 mo. ago

So dip?

reddit r/wallstreetbets Log In

[deleted] • 9 mo. ago

[deleted] • 9 mo. ago

[deleted] • 9 mo. ago

[deleted] • 9 mo. ago

HotRefrigerator2757 • 9 mo. ago

Bankruptcy Collusion Group kind of financial advisors? I certainly hope not!

1 Reply Share ...

Effective-Island8395 • 9 mo. ago

This needs to get to front page!

1 Reply Share ...

[deleted] • 9 mo. ago

JonisGod • 9 mo. ago

He sold

1 Reply Share ...

SwearImNotACat • 9 mo. ago

Doesn't mean they aren't working together anymore

1 Reply Share ...

Aggravating-Tap5144 • 9 mo. ago

How the fudge is this post still up??? This is nothing new. It's not an update. Are there people here fhat really didn't know that rcventures was working with bbby?!

How the hell is this an update? It literally states what everyone that's invested should know. Rcventures works with bbby, rcventures takes a few seats.

The only update is Ryan cohen mysteriously and suddenly filing to sell everything he has in BBBY.

-1 Reply Share ...

Nectarine-Due • 9 mo. ago

Because it was released today regard.

4 Reply Share ...

DragonflyExcellent18 • 9 mo. ago

