UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 1:22-cv-2541-TNM<br><br>CLASS ACTION |

**DECLARATION OF JARED GERBER IN SUPPORT OF
DEFENDANT BED BATH & BEYOND INC.'S OBJECTION TO LEAD PLAINTIFF'S
MOTION TO LIMIT THE AUTOMATIC STAY TO BED BATH & BEYOND INC.**

Jared Gerber hereby declares pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted *pro hac vice* representing Defendants Bed Bath & Beyond Inc. and Sue E. Gove in the above-captioned case. I am a partner at the law firm Cleary Gottlieb Steen & Hamilton LLP. I submit this Declaration in support of Defendant Bed Bath & Beyond Inc.'s Objection to Lead Plaintiff's Motion to Limit the Automatic Stay to Bed Bath & Beyond Inc.

2. Attached as **Exhibit A** hereto is a true and correct copy of the Amended and Restated Bylaws of Bed Bath & Beyond Inc.

3. Attached as **Exhibit B** hereto is a true and correct copy of a Directors & Officers Liability Insurance Policy held by Bed Bath & Beyond Inc., with effective date September 15, 2021.

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   May 8, 2023
         New York, New York

                                        */s/ Jared Gerber*
                                        Jared Gerber

2