# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION, | Case No. 1:22-cv-2541 (TNM) |

## ORDER

Upon consideration of Defendants' [70 and 72] Motions to Dismiss, the briefing in opposition and support, the arguments of counsel, and the law, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that Ryan Cohen and RC Ventures's [70] Motion to Dismiss is **GRANTED in PART**. Only Count IV of the Second Amended Complaint, Plaintiff's § 9(a)(2) claim, shall be dismissed as to those Defendants. The remaining claims against those Defendants survive. And it is

**ORDERED** that Bed Bath & Beyond and Sue E. Gove's [72] Motion to Dismiss is **GRANTED** as to Sue E. Gove only. Proceedings against Bed Bath & Beyond are stayed.

**SO ORDERED**.

Dated: July 27, 2023

TREVOR N. McFADDEN, U.S.D.J.