IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-CV-02541 (TNM) |

### NOTICE OF SUBSTITUTION OF COUNSEL

The undersigned hereby stipulate and consent to the substitution of the law firm of Williams & Connolly LLP, by and through its attorneys, Dane H. Butswinkas, Steven M. Farina, and Brian T. Gilmore, as attorneys of record for Defendants RC Ventures LLC and Ryan Cohen in the above-captioned action in place and instead of the law firm of Vinson & Elkins LLP, and its attorneys, Clifford Thau, Marisa Antonelli, Ephraim (Fry) Wernick, and Justin C. Beck.

Dated: October 13, 2023

**RC VENTURES LLC and RYAN COHEN**

By: _____
Ryan Cohen

**WILLIAMS & CONNOLLY LLP**

By: _____
Dane H. Butswinkas (D.C. Bar # 425056)
Steven M. Farina (D.C. Bar # 437078)
Brian T. Gilmore (D.C. Bar # 1030601)
680 Maine Avenue, S.W.
Washington, DC 20024
T: (202) 434-5000
F: (202) 434-5029
dbutswinkas@wc.com
sfarina@wc.com
bgilmore@wc.com

**VINSON & ELKINS LLP**

By: /s/ Marisa Antonelli
　　Clifford Thau
　　Marisa Antonelli
　　1114 Avenue of Americas
　　New York, NY 10036
　　Telephone: (212) 237-0000
　　Facsimile: (212) 237-0100
　　Email: cthau@velaw.com
　　Email: mantonelli@velaw.com

　　Ephraim (Fry) Wernick
　　2200 Pennsylvania Avenue NW
　　Suite 500 West
　　Washington, DC 20037
　　Telephone: (202) 639-6730
　　Facsimile: (202) 879-8830
　　Email: ewernick@velaw.com

　　Justin C. Beck
　　2001 Ross Avenue
　　Dallas, Texas 75201
　　Telephone: (214) 220-7700
　　Facsimile: (214) 220-7716
　　Email: jbeck@velaw.com