IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-CV-02541 (TNM) |

### NOTICE OF SUBSTITUTION OF COUNSEL

The undersigned hereby stipulate and consent to the substitution of the law firm of Williams & Connolly LLP, by and through its attorneys, Dane H. Butswinkas, Steven M. Farina, and Brian T. Gilmore, as attorneys of record for Defendants RC Ventures LLC and Ryan Cohen in the above-captioned action in place and instead of the law firm of Vinson & Elkins LLP, and its attorneys, Clifford Thau, Marisa Antonelli, Ephraim (Fry) Wernick, and Justin C. Beck.

Dated: October 13, 2023

**RC VENTURES LLC and RYAN COHEN**

By: _/s/ Ryan Cohen_____
   Ryan Cohen

**WILLIAMS & CONNOLLY LLP**

By: _____
   Dane H. Butswinkas (D.C. Bar # 425056)
   Steven M. Farina (D.C. Bar # 437078)
   Brian T. Gilmore (D.C. Bar # 1030601)
   680 Maine Avenue, S.W.
   Washington, DC 20024
   T: (202) 434-5000
   F: (202) 434-5029
   dbutswinkas@wc.com
   sfarina@wc.com
   bgilmore@wc.com

**VINSON & ELKINS LLP**

By: /s/ Marisa Antonelli
    Clifford Thau
    Marisa Antonelli
    1114 Avenue of Americas
    New York, NY 10036
    Telephone: (212) 237-0000
    Facsimile: (212) 237-0100
    Email: cthau@velaw.com
    Email: mantonelli@velaw.com

    Ephraim (Fry) Wernick
    2200 Pennsylvania Avenue NW
    Suite 500 West
    Washington, DC 20037
    Telephone: (202) 639-6730
    Facsimile: (202) 879-8830
    Email: ewernick@velaw.com

    Justin C. Beck
    2001 Ross Avenue
    Dallas, Texas 75201
    Telephone: (214) 220-7700
    Facsimile: (214) 220-7716
    Email: jbeck@velaw.com