### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-CV-02541 (TNM) |

### JOINT STIPULATION CONCERNING THE FILING DATE OF PROPOSED PROTECTIVE ORDER AND ESI PROTOCOL

WHEREAS, the parties had informed the Court in their Rule 26(f)/Local Rule 16.3 Joint Statement (Dkt. 95) that they intended to submit jointly for the Court's consideration a proposed Protective Order and proposed protocol for the discovery of Electronically Stored Information ("ESI Protocol") on or before October 16, 2023;

WHEREAS, Defendants RC Ventures LLC and Ryan Cohen have recently retained new trial counsel at Williams & Connolly LLP, replacing prior counsel at Vinson & Elkins LLP, and on October 13, 2023 filed Notices of Substitution of Counsel to that effect;

WHEREAS, the parties agree that Williams & Connolly, having just been retained, should have sufficient time to review and offer input concerning the proposed Protective Order and ESI Protocol before those documents are submitted to the Court for consideration;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

Counsel for the parties will continue to confer about the proposed Protective Order and ESI Protocol and jointly submit those documents for the Court's consideration on or before Friday, October 20, 2023.

Dated: October 16, 2023                     Respectfully submitted,

/s/ *Omar Jafri*
Omar Jafri

**POMERANTZ LLP**

Joshua B. Silverman (admitted *pro hac vice*)
Omar Jafri (admitted *pro hac vice*)
Christopher P.T. Tourek (admitted *pro hac vice*)
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603
Tel: (312) 377-1181
Fax: (312) 377-1184
Email: jbsilverman@pomlaw.com
ojafri@pomlaw.com
ctourek@pomlaw.com

-and-

Jeremy A. Lieberman (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
E-mail: jalieberman@pomlaw.com

*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

Peretz Bronstein (admitted *pro hac vice*)
Yitzchak E. Soloveichik (admitted *pro hac vice*)
Eitan Kimelman (admitted *pro hac vice*)
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
peretz@bgandg.com
soloveichik@bgandg.com
eitank@bgandg.com

*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
Jan E. Messerschmidt (D.C. Bar No. 1031488) 1100 New York Avenue, N.W., Fifth Floor Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff Bratya SPRL and for the Class*


*/s/ Dane H. Butswinkas*
Dane H. Butswinkas

**WILLIAMS & CONNOLLY LLP**

Dane H. Butswinkas (D.C. Bar # 425056)
Steven M. Farina (D.C. Bar # 437078)
Brian T. Gilmore (D.C. Bar # 1030601)
680 Maine Avenue, S.W.
Washington, DC 20024
T: (202) 434-5000
F: (202) 434-5029
dbutswinkas@wc.com
sfarina@wc.com
bgilmore@wc.com

*Counsel for Defendants RC Ventures LLC and Ryan Cohen*