UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Master File No. 1:22-cv-02541-TNM<br><br>Hon. Trevor N. McFadden<br><br>CLASS ACTION<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER AND STIPULATED ORDER REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION** |

Lead Plaintiff Bratya SPRL and Defendants Ryan Cohen and RC Ventures LLC (together, the "Parties"), by and through their undersigned counsel, jointly move for the entry of a Protective Order as to certain categories of discovery, and the entry of an Order regarding the discovery of Electronically Stored Information ("ESI"). The Parties respectfully request that the Court enter the proposed Protective Order and the proposed Order on ESI to which the Parties have agreed and stipulated, copies of which are attached hereto.

Dated: October 20, 2023

| **POMERANTZ LLP** | **WILLIAMS & CONNOLLY LLP** |
|---|---|
| */s/ Omar Jafri* | */s/ Dane H. Butswinkas* |
| Joshua B. Silverman (admitted *pro hac vice*) | Dane H. Butswinkas (D.C. Bar # 425056) |
| Omar Jafri (admitted *pro hac vice*) | Steven M. Farina (D.C. Bar # 437078) |
| Christopher Tourek (admitted *pro hac vice*) | Brian T. Gilmore (D.C. Bar # 1030601) |
| 10 S. LaSalle Street, Suite 3505 | 680 Maine Avenue, S.W. |
| Chicago, IL 60603 | Washington, DC 20024 |
| Tel: (312) 377-1181 | T: (202) 434-5000 |
| Fax: (312) 377-1184 | F: (202) 434-5029 |
| Email: jbsilverman@pomlaw.com | dbutswinkas@wc.com |
|     ojafri@pomlaw.com | sfarina@wc.com |

1

| | |
|---|---|
| ctourek@pomlaw.com | bgilmore@wc.com |
| -and- | *Counsel for RC Ventures LLC and Ryan Cohen* |

Jeremy A. Lieberman (admitted *pro hac vice*)
600 Third Avenue, 20th Floor,
New York, NY 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com

*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein (admitted *pro hac vice*)
Yitzchak E. Soloveichick (admitted *pro hac vice*)
Eitan Kimmelman (admitted *pro hac vice*)
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
Email: peretz@bgandg.com
          soloveichick@bgandg.com
          eitan@bgang.com

*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
Jan E. Messerschmidt (D.C. Bar No. 1031488)
1110 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
Email: stoll@chohenmilstein.com
          dsommers@cohenmilstein.com
          jmesserschmidt@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff Bratya SPRL and for the Class*