# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM<br><br>Hon. Trevor N. McFadden<br><br>CLASS ACTION |

## DECLARATION OF OMAR JAFRI
## IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL

I, Omar Jafri, hereby declare as follows:

1. I am a partner at Pomerantz LLP, Co-Lead Counsel for Lead Plaintiff Bratya SPRL ("Plaintiff"), and have personal knowledge of the facts set forth herein.

2. I make this declaration in support of Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel (the "Motion").

3. Attached as Exhibit A is a true and correct copy of the Expert Report of Dr. Matthew Cain, Ph.D.

4. Attached as Exhibit B is a true and correct copy of the Affidavit of Norman Poser, filed in support of plaintiffs' motion for class certification in the seminal case of *Cammer v. Bloom*. 711 F. Supp. 1264 (D.N.J. 1989).

5. Attached as Exhibit C for the Court's consideration is a proposed Order granting Plaintiff's Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 15, 2024.

                                            */s/ Omar Jafri*
                                         Omar Jafri (admitted *pro hac vice*)

## Certificate of Service

I certify that, on the date stamped above, I caused this document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing by email to counsel of record for all parties.

*/s/ Omar Jafri*
Omar Jafri