# IN THE DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM |

## [JOINT STIPULATION AND PROPOSED] SCHEDULING ORDER

Lead Plaintiff Bratya SPRL and Defendants Ryan Cohen and RC Ventures LLC (collectively, "Defendants" and, with Lead Plaintiff, the "Parties") agree and stipulate as follows:

WHEREAS, on August 31, 2023, the Parties agreed that any response to Lead Plaintiff's Motion for Class Certification (ECF No. 109), would be filed by Defendants by April 15, 2024, ECF No. 95;

WHEREAS, Defendants are entitled to conduct reasonable discovery regarding Lead Plaintiff's adequacy to represent the putative class, *see* Fed. R. Civ. P. 23(a)(4);

WHEREAS, the Lead Plaintiff's 30(b)(6) representative's visa application to enter the United States for a deposition remains pending as of the date of this stipulation;

WHEREAS, Lead Plaintiff's counsel has expressed the belief that a decision on the 30(b)(6) representative's visa application will be made soon;

WHEREAS, the Parties have conferred on scheduling matters;

NOW THEREFORE, IT IS HEREBY ORDERED that:

i. Lead Plaintiff shall be deposed by **May 10, 2024**. Assuming Lead Plaintiff's 30(b)(6) representative receives a favorable adjudication of his visa application, such deposition shall occur in this jurisdiction. In the absence of a favorable resolution of Lead Plaintiff's representative's visa application, the deposition shall be conducted remotely within the agreed upon deadline.

ii. The deadline for Defendants to answer Lead Plaintiff's motion for class certification shall be due on **May 17, 2024**;

iii. The deadline for any reply by Lead Plaintiff shall be due on **June 21, 2024**.

Dated: April 8, 2024

| | |
|---|---|
| **POMERANTZ LLP** | **WILLIAMS & CONNOLLY LLP** |
| /s/ *Omar Jafri*  <br>Omar Jafri | /s/ *Brian T. Gilmore*  <br>Dane H. Butswinkas (D.C. Bar # 425056)  <br>Steven M. Farina (D.C. Bar # 437078)  <br>Brian T. Gilmore (D.C. Bar # 1030601)  <br>680 Maine Avenue, S.W.  <br>Washington, DC 20024  <br>T: (202) 434-5000  <br>F: (202) 434-5029  <br>dbutswinkas@wc.com  <br>sfarina@wc.com  <br>bgilmore@wc.com  <br><br>*Counsel for Defendants RC Ventures LLC and Ryan Cohen* |
| **POMERANTZ LLP**  <br>Joshua B. Silverman (admitted *pro hac vice*)  <br>Omar Jafri (admitted *pro hac vice*)  <br>Christopher P.T. Tourek (admitted *pro hac vice*)  <br>Genc Arifi (admitted *pro hac vice*)  <br>10 S. LaSalle Street, Suite 3505  <br>Chicago, IL 60603  <br>Tel: (312) 377-1181  <br>Fax: (312) 377-1184  <br>Email: jbsilverman@pomlaw.com  <br>         ojafri@pomlaw.com  <br>         ctourek@pomlaw.com  <br>         garifi@pomlaw.com | |

-and-

Jeremy A. Lieberman (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com

*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the proposed Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein (admitted *pro hac vice*)
Yitzchak E. Soloveichik (admitted *pro hac vice*)
Eitan Kimelman (admitted *pro hac vice*)
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
Email: peretz@bgandg.com

soloveichik@bgandg.com
eitank@bgandg.com

*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the proposed Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
Jan E. Messerschmidt (D.C. Bar No. 1031488) 1100 New York Avenue, N.W., Fifth Floor Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
Email: stoll@cohenmilstein.com
  dsommers@cohenmilstein.com
  jmesserschmidt@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff Bratya SPRL and for the proposed Class*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** _____