**IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM |

## JOINT STIPULATION AND 502(d) ORDER

The parties have engaged in discussions concerning the discovery and use of certain documents, communications, and information subject to the attorney-client privilege. The parties having agreed to the following terms regarding a limited subject matter waiver of the privilege, and the Court having found that good cause exists for issuance of an appropriately-tailored order, it is hereby

ORDERED, pursuant to Federal Rule of Evidence 502(d), that:

1. Defendants Ryan Cohen and RC Ventures ("Defendants") voluntarily have waived the attorney-client privilege as to each of the following subjects (the "Waived Subjects"):

    (i) Legal advice to Defendants regarding all Forms 3, 4, and 144 and all Schedules 13D contemplated to be filed or filed with the Securities and Exchange Commission ("SEC") in connection with Defendants' transactions in Bed, Bath & Beyond ("BBBY") securities;

    (ii) Legal advice to Defendants regarding their actual or potential transactions in BBBY securities; and

    (iii) Legal advice to Defendants regarding the receipt, possession and/or use of BBBY material nonpublic information.

2. The subject-matter waiver encompasses only the Waived Subjects.

3. The subject-matter waiver encompasses legal advice provided by the law firm Olshan Frome Wolosky, LLP ("Olshan"). Defendants and Olshan shall produce relevant responsive documents reflecting legal advice provided regarding the Waived Subjects.

4. The subject-matter waiver does not extend to legal advice provided after August 23, 2022 (the date this action was commenced).

5. The subject-matter waiver does not extend to work product in connection with any actual or contemplated regulatory investigation or litigation (including the present action).

6. Plaintiff and Defendants may solicit or offer testimony regarding the Waived Subjects. Defendants will not assert any privilege objections to such questions, and Plaintiff will not assert that the answers to such questions or subsequent use of any such testimony regarding the Waived Subjects constitutes a further waiver of privilege beyond the Waived Subjects.

7. The effect of disclosure of the Waived Subjects made pursuant to this Order in any other proceeding, investigation, or litigation shall be determined in accordance with Federal Rules of Evidence 502(a) and (d), and other applicable Federal law as interpreted by the United States Court of Appeals for the District of Columbia Circuit.

Dated: April 5, 2024

**POMERANTZ LLP**

/s/ Omar Jafri
Joshua B. Silverman (admitted *pro hac vice*)
Omar Jafri (admitted *pro hac vice*)
Christopher Tourek (admitted *pro hac vice*)
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603
Tel: (312) 377-1181
Fax: (312) 377-1184
Email: jbsilverman@pomlaw.com
ojafri@pomlaw.com
ctourek@pomlaw.com

-and-

Jeremy A. Lieberman (admitted *pro hac vice*)
600 Third Avenue, 20th Floor,
New York, NY 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com

*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Class*

**WILLIAMS & CONNOLLY LLP**

/s/ Steven M. Farina
Dane H. Butswinkas (D.C. Bar # 425056)
Steven M. Farina (D.C. Bar # 437078)
Brian T. Gilmore (D.C. Bar # 1030601)
680 Maine Avenue, S.W.
Washington, DC 20024
T: (202) 434-5000
F: (202) 434-5029
dbutswinkas@wc.com
sfarina@wc.com
bgilmore@wc.com

*Counsel for RC Ventures LLC and Ryan Cohen*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein (admitted *pro hac vice*)
Yitzchak E. Soloveichick (admitted *pro hac vice*)
Eitan Kimmelman (admitted *pro hac vice*)
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
Email: peretz@bgandg.com
         soloveichick@bgandg.com
         eitan@bgang.com

*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
Jan E. Messerschmidt (D.C. Bar No. 1031488)
1110 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
Email: stoll@chohenmilstein.com
         dsommers@cohenmilstein.com
         jmesserschmidt@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff Bratya SPRL and for the Class*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
**DATED:** 4/9/24