UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

NOW INTO COURT comes the undersigned, Brian T. Gilmore, a member in good standing of the bar of this Court and of the District of Columbia, and an attorney of record for Defendants RC Ventures LLC and Ryan Cohen in the above-captioned matter, and respectfully moves for the admission *pro hac vice* of Madeline C. Prebil, of the firm Williams & Connolly LLP, as counsel for Defendants RC Ventures LLC and Ryan Cohen. The Declaration and Certificate of Good Standing of Madeline C. Prebil is attached in support of this Motion.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion to enroll attorney Madeline C. Prebil of Williams & Connolly LLP as *pro hac vice* counsel for Defendants RC Ventures LLC and Ryan Cohen.

Dated: May 14, 2024

Respectfully submitted,

*/s/ Brian T. Gilmore*
Brian T. Gilmore
(D.C. Bar # 1030601)
680 Maine Avenue, S.W.
Washington, DC 20024
T: (202) 434-5707
F: (202) 434-5029
bgilmore@wc.com

*Attorney for RC Ventures LLC and Ryan Cohen*

1

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 14, 2024, a true and correct copy of the foregoing document was served electronically on all counsel of record via CM-ECF.

*/s/ Brian T. Gilmore*
Brian T. Gilmore