## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-CV-02541 (TNM) |

## **[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE***

WHEREAS the Court has reviewed and considered Defendants RC Ventures LLC and Ryan Cohen's Motion to Admit Counsel *Pro Hac Vice* (Dkt. ___) seeking the admission of attorney Madeline C. Prebil *pro hac vice* on behalf of RC Ventures LLC and Ryan Cohen;

Having shown just cause, **IT IS HEREBY ORDERED THAT**:

1. Defendants RC Ventures LLC and Ryan Cohen's Motion to Admit Counsel *Pro Hac Vice* is **GRANTED**.  Madeline C. Prebil is hereby admitted to practice *pro hac vice* on behalf of Defendants RC Ventures LLC and Ryan Cohen.

2. Brian T. Gilmore (D.C. Bar # 1030601), 680 Maine Ave., S.W., Washington, D.C. 20024, Telephone: (202) 434-5000, is designated as liaison counsel.

3. The Clerk of the Court is respectfully directed to add Madeline C. Prebil (Email: mprebil@wc.com) to the email distribution list that provides notification of all electronic filings for this case.

**SO ORDERED.**

Dated: May __, 2024

_____
HON. TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE