## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-CV-02541 (TNM) |

### JOINT STIPULATION AND ORDER CONCERNING THE DEPOSITION OF RYAN COHEN

WHEREAS, on August 31, 2023, the parties submitted a Rule 26(f)/Local Rule 16.3 Joint Statement to the Court, which provided stipulated deadlines for this Action, including the agreement that fact discovery shall close on June 14, 2024 (ECF No. 95);

WHEREAS, on September 14, 2023, the Court held a scheduling conference with the parties and adopted the proposed schedule, including the proposed June 14, 2024 deadline for the close of fact discovery;

WHEREAS, the parties are diligently taking depositions, having already completed seven and scheduled an additional five;

WHEREAS, the parties conferred in an attempt to schedule the deposition of Defendant Ryan Cohen ("Cohen") during the last two weeks of May 2024 or the first two weeks of June 2024, but despite best efforts the parties were unable to find mutually acceptable dates during that window;

WHEREAS, the parties stipulate and agree that Plaintiff shall take Cohen's deposition on July 18, 2024;

WHEREAS, the parties stipulate and agree that fact discovery for all other purposes shall still close on June 14, 2024; and

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and among the parties, subject to Court approval, that Plaintiff shall take Cohen's deposition on or before July 18, 2024. Fact discovery for all other purposes shall still close on June 14, 2024.

Dated: May 14, 2024

/s/ Steven M. Farina
Steven M. Farina

**WILLIAMS & CONNOLLY LLP**

Dane H. Butswinkas (D.C. Bar # 425056)
Steven M. Farina (D.C. Bar # 437078)
Brian T. Gilmore (D.C. Bar # 1030601)
680 Maine Avenue, S.W.
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
Email: dbutswinkas@wc.com
sfarina@wc.com
bgilmore@wc.com

*Counsel for Defendants RC Ventures LLC and Ryan Cohen*

Respectfully submitted,

/s/ Omar Jafri
Omar Jafri

**POMERANTZ LLP**

Joshua B. Silverman (admitted *pro hac vice*)
Omar Jafri (admitted *pro hac vice*)
Christopher P.T. Tourek (admitted *pro hac vice*)
Genc Arifi (admitted *pro hac vice*)
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603
Tel: (312) 377-1181
Fax: (312) 377-1184
Email: jbsilverman@pomlaw.com
ojafri@pomlaw.com
ctourek@pomlaw.com
garifi@pomlaw.com

-and-

Jeremy A. Lieberman (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com

*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

Peretz Bronstein (admitted *pro hac vice*)
Yitzchak E. Soloveichik (admitted *pro hac vice*)
Eitan Kimelman (admitted *pro hac vice*)
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
Email: peretz@bgandg.com
soloveichik@bgandg.com
eitank@bgandg.com

*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
Jan E. Messerschmidt (D.C. Bar No. 1031488)
1100 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
Email: stoll@cohenmilstein.com
dsommers@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff Bratya SPRL and for the Class*

Dated: *May 15*, 2024

SO ORDERED.

_____
Hon. Judge Trevor N. McFadden
United States District Judge

3