# EXHIBIT 2

Page 1

1                    IN THE DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

2

3       _____

                                    :

4       IN RE BED BATH & BEYOND   :
        CORPORATION SECURITIES    : Case No.

5       LITIGATION                :  1:22-cv-02541-TNM
        _____:

6

7

8

9                      Friday, May 10, 2024

10

              30(b)(6) Video Deposition of DAVID

11

        BRATYA, taken at the Law Offices of Williams &

12

        Connolly, LLP, 680 Maine Avenue SW, Washington,

13

        DC, beginning at 9:04 a.m., EDT, with the a.m.

14

        court reporter, Ryan K. Black, RPR, CLR,

15

        participating remotely via Zoom, and the p.m.

16

        court reporter, Christina Hotsko, RPR, CRR,

17

        CA CSR, participating onsite in person, both

18

        reporters being Notaries Public in and for the

19

        District of Columbia.

20

21

22

Page 34

1    Q.  Fewer than 10?
2         MR. JAFRI:  Objection.  Speculation.
3         THE WITNESS:  Yeah.  We can speculate,
4    but --
5    BY MR. GILMORE:
6    Q.  No.  I'm asking about your
7    communications.  I'm not asking you to speculate.
8    How many communications have you had?
9    A.  Several communications.
10   Q.  Several.  Okay.
11        Have you attended any court proceedings
12   so far?
13   A.  For this litigation?
14   Q.  Mm-hmm.
15   A.  If I attended?  Definitely not.
16   Q.  Okay.  Have you reviewed and authorized
17   the filing of important litigation documents?
18   A.  Yes.
19   Q.  Which ones?
20   A.  The motions which have been done and all
21   documents which were -- that I was receiving them
22   from my counsel for review for signing them and

Page 35

1    checking with -- if it was corresponding to -- to
2    reality.
3    Q.  You reviewed all -- all documents that
4    have been filed in this case by Bratya you've
5    reviewed personally?
6    A.  All of them with articles and the -- no.
7    But all the relevant information, yes.
8    Q.  And when you say "relevant information,"
9    what do you mean?
10   A.  What I was signing for.  Like, all
11   theoretical explanations of the situations, they
12   are professionals.  So when they take reference
13   to some theoretical articles, I'm not expert in
14   this field.  I believe they have the right to
15   answer that.
16   Q.  Okay.  So you -- you reviewed some court
17   filings by Bratya but not others, correct?
18   A.  Yes.
19   Q.  Okay.  And can you remember which ones
20   you reviewed specifically?
21   A.  You have to provide them to me to know
22   if I -- the one I signed, yes.

Page 36

1    Q.  The interrogatory responses that we
2    discussed earlier?
3         The -- the interrogatory responses
4    that we discussed earlier, that's what you're
5    referring to?
6         MR. JAFRI:  The questions.
7         THE WITNESS:  Yes.
8    BY MR. GILMORE:
9    Q.  Okay.  And aside from the interrogatory
10   responses, do you recall reviewing any other
11   court filings before they were filed?
12   A.  Before they were filed, yes.
13   Q.  Which ones?
14        THE WITNESS:  Which were the motions?
15   BY MR. GILMORE:
16   Q.  You can't -- you can't ask your counsel
17   to answer for you, sir.  I'm sorry.
18   A.  From the documents which were -- which
19   were transmitted.
20   Q.  What do you mean by that?
21   A.  With the answers.  Counter-answers.
22   Q.  You're again referring to the

Page 37

1    interrogatory responses that we discussed
2    earlier?
3    A.  Yeah.  The motion and the --
4    Q.  What motion?
5    A.  The motion of the -- the class.
6    Q.  The Class Certification Motion?
7    A.  The Class Certification Motion.
8    Q.  Okay.  So aside from the class
9    certification motion and the interrogatory
10   responses, have you reviewed any other documents
11   before they were submitted?
12   A.  I don't remember.
13   Q.  Okay.  Did you provide any feedback to
14   counsel on those documents before they were
15   submitted?
16        MR. JAFRI:  Objection.  Again, no
17   attorney-client communications.  It's a yes or no
18   question.
19   BY MR. GILMORE:
20   Q.  Did you provide any feedback to counsel
21   before those documents were submitted?
22   A.  We discussed these documents.

Page 38

1    Q.  Okay.  The -- in Paragraph 8 here you
2  wrote, "After reviewing the allegations pleaded
3  in the complaint and consulting with counsel, I
4  independently determined to seek appointment as
5  lead plaintiff."
6       Is that accurate?
7    A.  Yes.
8    Q.  Okay.  Tell me how you came to meet your
9  attorneys.
10    A.  So first it was a meeting with Bronstein
11  -- Bronstein.  Peretz Bronstein.
12       There was a communication which was made
13  publicly.  And we contact them because we wanted
14  to be a part of the complaint with the -- the
15  situation which happened to -- in BBBY
16  securities.
17    Q.  So Peretz Bronstein's firm put out an
18  advertisement looking for Bed Bath & Beyond
19  investors; is that correct?
20    A.  Exactly.
21    Q.  Okay.  And where was that ad -- where
22  was that advertisement posted?

Page 39

1    A.  Fall 2022.
2    Q.  But where was it posted?  Where did you
3  see it?
4    A.  On the -- on the internet.  But where
5  it was precisely, on the Bloomberg or -- it was
6  -- it was in the -- in the media release of the
7  stock.  I don't recall precisely.
8    Q.  Okay.  And so you then reached out after
9  you saw the investment -- the advertisement, you
10  reached out to Peretz Bronstein?
11    A.  Yes.
12    Q.  Okay.  And what did you discuss at that
13  point?
14       MR. JAFRI:  Objection.  Calls for
15  privileged communications.
16       MR. GILMORE:  Well, there's no
17  attorney-client privilege at this point.  They're
18  not -- they're not in a relationship yet.
19       MR. JAFRI:  Well, I think that's subject
20  to debate.
21       MR. GILMORE:  Are you instructing your
22  coun -- your -- your client not to answer the

Page 40

1  question?
2       MR. JAFRI:  I guess, can you be more
3  precise about your question?
4       MR. GILMORE:  Sure.
5  BY MR. GILMORE:
6    Q.  Sure.  How about this:  Before you
7  signed -- did you sign an engagement letter with
8  counsel in this case?
9    A.  Yes.
10    Q.  Okay.  Before you signed the engagement
11  letter with counsel, tell me about your
12  communications with your counsel.
13    A.  We explained to them that we were
14  investors in this security and that there was
15  something which was obviously not clear regarding
16  the events that occurred in the previous months.
17    Q.  And --
18    A.  And we engaged in signing this.
19    Q.  And when you say "we," do you mean you
20  and your brother Edouard?
21    A.  We for Bratya.  Me and, yes, also my
22  brother.

Page 41

1    Q.  Okay.  How much time per week on average
2  do you spend on this litigation?
3    A.  I don't know if I can say per week or
4  per month.
5    Q.  Either way.
6    A.  It's hours.
7    Q.  Hours per month?
8    A.  Hours.  I think it's hours.
9    Q.  How many hours per month?
10    A.  I don't know.  I don't calculate for
11  every month to make a precise, but hours --
12    Q.  More -- more than two hours per month?
13    A.  I don't know.  I clearly don't know if
14  it's two hours a month.  It can be less in other
15  months.
16    Q.  Okay.  What's the highest level of
17  education you've achieved?
18    A.  Bachelor in finance and marketing
19  commercial products.
20    Q.  Okay.  And where did you receive your
21  degree from?
22    A.  In ESSEC.

11 (Pages 38 - 41)

Page 50

1    A. If the --

2    Q. So if you -- if you -- assume you leave

3  tomorrow and you go back to Dubai, does your visa

4  allow you to come back forth?

5    A. Yes. Yes. Yeah. It's as much as I

6  want.

7    Q. No -- no restrictions?

8    A. No restrictions.

9    Q. Until 2034?

10   A. Until 2034.

11   Q. Okay. What is Bratya?

12   A. Bratya is a holding company with two

13  shareholders, myself and my brother.

14   Q. What percentage of Bratya's Shares do

15  you own?

16   A. 76. And the other 24.

17   Q. Okay. And has that percentage changed

18  over time?

19   A. It changed one time.

20   Q. And why did it change?

21   A. It changed because it was at 30 percent.

22  And as the fact that he's resident in Russia, it

Page 51

1  was some questions of being a UBO in European

2  companies.

3    Q. What does that mean, UBO?

4    A. Ultimate beneficiary owner.

5    Q. Okay.

6    A. And when you have less than 25 percent

7  in an organization, obviously you are not

8  considered as a UBO.

9    Q. Ah, okay. So you were -- you -- you

10  reduced his shares in Bratya so that he -- he

11  fell underneath the threshold that to be

12  considered a UBO?

13   A. Yes.

14   Q. Is anyone besides you and Edouard

15  entitled to any share in Bratya's Profits?

16   A. No.

17   Q. And your title is gérant?

18   A. Gérant, yes.

19   Q. Okay. What are your responsibilities as

20  gérant?

21   A. I am responsible for the functioning

22  of the company, of giving the statements on time

Page 52

1  and --

2    Q. What do you mean "statements on time,"

3  like the --

4    A. Financial --

5    Q. Financial statements.

6    A. -- statements.

7    Q. Okay. What else do you do besides

8  giving financial statements on time?

9      What else do you do besides giving

10  financial statements on time?

11   A. We make the investments we have trying

12  to produce something positive.

13   Q. And do you have -- does Bratya have any

14  other streams of income aside from investments?

15   A. No. Investments.

16   Q. Does your brother participate in any way

17  in Bratya's Business?

18   A. My brother? Of course, as he has

19  shares we exchange on -- on this. But he has no

20  operational functions in the -- in the company.

21   Q. Does your brother advise you on

22  investment strategies for Bratya?

Page 53

1    A. We exchange on the -- the investments.

2    Q. Okay. Does your bro -- does your

3  brother ever sign documents on behalf of Bratya?

4    A. I recall maybe for some participation

5  that we have in French companies.

6    Q. So he has represented Bratya publicly,

7  correct?

8      MR. JAFRI: Objection. Misstates the

9  testimony.

10     THE WITNESS: I wouldn't state publicly.

11  But as Bratya needs -- when Bratya is a function

12  of president in the company, you need to have a

13  physical person, and my brother has been in some

14  companies.

15  BY MR. GILMORE:

16   Q. Well, what do -- what do you mean by

17  that when? Could you explain?

18   A. That when you put multiple person at

19  Bratya being president of an organization, you

20  need someone physical to be signing the -- the

21  paper.

22   Q. Okay. So when Bratya is being

14 (Pages 50 - 53)

Page 90

BY MR. GILMORE:

Q. Do you remember your brother calling
meme --

A. No, I --

Q. -- meme stock investors -- excuse me.
Excuse me. Let me finish my question.

Do you recall your brother ever
referring to meme stock investors as ape mongols?

MR. JAFRI: Objection; form.

THE WITNESS: I don't recall. And, as I
tell you, there is a context, because mongol is
also used for Asian-type people. So maybe at one
moment it was some people buying in the early
morning in -- so maybe it's expression that we
had because of the eyes traits, when you live
in -- in Russia to see people with the Asian eyes
start in the morning -- were starting to buy.
It's -- it's maybe something or we were referring
to a certain context. We have to see where it's
in the context.

BY MR. GILMORE:

Q. When you say "Asian eyes," what do you

Page 91

mean by that?

MR. JAFRI: Objection; form.

BY MR. GILMORE:

Q. You said something about "Asian eyes."
What do you mean by "Asian eyes"?

A. Yeah. They're -- they're -- the people
who starts to trade early morning are mostly in
Asia, so they have the same type of eyes as
people from a Mongolia country.

Q. Okay. So -- but you weren't referring
to all Asian retail investors as -- as Mongolian.
You were -- you were saying they have similar eye
shape?

A. It's a mongol -- mongol -- mongol --

Q. Yeah.

A. -- type of -- of physical, as we are
Caucasian type. It's a -- it's a type of --

Q. So you and your brother were making fun
of Asian retail investors?

A. Not at all.

MR. JAFRI: Objection; form.

BY MR. GILMORE:

Page 92

Q. Not at all?

You were referring to their eye shape?

A. No.

MR. JAFRI: Objection; form.

THE WITNESS: No. It's just that we
have different -- it's -- it's nature. That's
it. We have Caucasian type. Some people have
Afro type. It's a -- it's a type. No, there --
there is nothing referring to anything.

BY MR. GILMORE:

Q. So if you -- it's your testimony today
that using the -- using the phrase "ape mongol"
was not meant to be offensive to Asian retail
investors?

A. Why it's offensive?

Q. I'm asking you. Was it --

A. No. No, --

Q. It's not intended to be offensive?

A. -- there's nothing --

Q. You -- you just referred -- you just
referred to these investors' eye shape, correct?

MR. JAFRI: Objection; form.

Page 93

THE WITNESS: What does it mean? I -- I
don't understand the --

BY MR. GILMORE:

Q. You just referred to Asian retail
investors' eye shape, correct?

A. Because in the mornings, they -- they
start, yes. And there was a lot of Asian retail
investors in the -- in the meme stock time.

Q. And this wasn't an attempt to insult
Asian --

A. No.

Q. -- retail investors?

A. No. Never.

Q. Okay. Okay. Any of the terms that I
just used, those were -- those were meant to
insult retail investors, correct?

MR. JAFRI: Objection; form.

BY MR. GILMORE:

Q. Barbarian? Mongol? Scumbag?

MR. JAFRI: Objection; form.

THE WITNESS: It can be something which
were reported words from the media or something,

24 (Pages 90 - 93)

Page 98

1            MR. JAFRI:  Objection; form.
2            THE WITNESS:  No.  It's not all the
3    -- it's -- I tell you we can use this word in
4    several -- in several meanings, so --
5    BY MR. GILMORE:
6        Q.  And what is -- what is --
7        A.  -- it's used in several meanings, like
8    you say, Barbelai or --
9        Q.  What is the meaning that you used here?
10   Because earlier you said ape mongols referred to
11   Asian retail investors.  And you say --
12           MR. JAFRI:  Objection; form.
13   BY MR. GILMORE:
14       Q.  And you say "mongols" here.  Were you
15   also referring to Asian retail investors?
16           MR. JAFRI:  Objection; form.
17           THE WITNESS:  No.  It's all the -- all
18   the investors inside, I think.
19   BY MR. GILMORE:
20       Q.  I think you're saying two different
21   things.  A moment ago you said it was all Bed
22   Bath & Beyond investors.  Is that your testimony?

Page 99

1    You mean mongols refers to all Bed Bath & Beyond
2    investors?
3        A.  No.  At this moment, yes, because we
4    were betrayed and stabbed in the back.  So, of
5    course, at this moment, yes, we are all in this
6    situation.
7        Q.  Yeah.  But who are you referring to when
8    you say "mongols" in this sentence, sir?
9            MR. JAFRI:  Objection.  Asked and
10   answered.
11           THE WITNESS:  As -- as included.
12   BY MR. GILMORE:
13       Q.  Who were you --
14       A.  The ones who were defrauded.
15       Q.  Excuse me, sir.
16       Are you referring to retail investors
17   when you say "mongols"?
18       A.  That were ones who were buying shares.
19       Q.  Retail investors are mongols?
20       A.  Not -- not retail investors.  Not retail
21   investors.  All the investors who believed that
22   there was a strategy of a turnaround.

Page 100

1        Q.  And why did you refer to all retail
2    -- all -- all Bed Bath & Beyond investors here as
3    "mongols"?
4        A.  I did because --
5            MR. JAFRI:  Objection.  Asked and
6    answered.  Argumentative.
7            MR. GILMORE:  Excuse me.  I asked him
8    why he -- why he used that term.
9            MR. JAFRI:  He already told you multiple
10   times.
11   BY MR. GILMORE:
12       Q.  Why did -- why did you refer to all Bed
13   Bath & Beyond investors here as "mongols"?
14           MR. JAFRI:  Objection; form.
15           THE WITNESS:  Because we were betrayed.
16   BY MR. GILMORE:
17       Q.  How were you betrayed, sir?  This is --
18   this is August 17th.  You alleged -- you alleged
19   you didn't know you were betrayed until August
20   18th, correct?
21       A.  I know.  It was because already it
22   was -- on the 17th at 10, "Ryan Cohen sells his

Page 101

1    entire stake in Bed Bath & Beyond Beyond."
2    "Seekingalpha: Ryan Cohen sells his entire stake
3    in Bed Bath & Beyond."  So we knew it.
4        Q.  So you knew -- at that time you knew --
5        A.  That we were all -- that we were all
6    stupid people that we followed him.
7            MR. JAFRI:  Objection.
8    BY MR. GILMORE:
9        Q.  On August 17th --
10           MR. GILMORE:  Are you objecting to your
11   client's testimony?
12           MR. JAFRI:  I'm objecting to your
13   question, because you basically mischaracterized
14   his testimony.  You were just talking about
15   the --
16           MR. GILMORE:  No.  No.  No.  No.  You're
17   not gonna -- you're not going to testify here.
18           MR. JAFRI:  I'm not.  I'm just saying --
19           MR. GILMORE:  Yep.
20           MR. JAFRI:  -- you've mischaracterized
21   his testimony.
22           MR. GILMORE:  We don't need speaking

26 (Pages 98 - 101)

1    THE WITNESS:  I replied.
2    BY MR. GILMORE:
3    Q.  You referred to the class that you --
4    A.  I replied.
5    Q.  You referred to the class that you
6    were seeking to represent as a -- as a mongol,
7    correct?
8    MR. JAFRI:  Objection.  Mischaracterizes
9    his testimony.
10    THE WITNESS:  I replied to you.
11    BY MR. GILMORE:
12    Q.  And what's the answer?
13    A.  I told you, at this moment, all you can
14    feel when you understand that you have been
15    defrauded.
16    Q.  So when you felt that you were defrauded
17    you referred to all of the allegedly defrauded
18    people as mongols?
19    A.  I said me's are first, yes.
20    MR. GILMORE:  Okay.  Let's look at
21    another one here.
22    If you could mark as the next exhibit --

1    I believe that's 120 -- Tab 4.
2    (Defendant's Exhibit No. 120, a
3    document Bates Numbered BRATYA_000619 through
4    BRATYA_000624, was introduced.)
5    MR. JAFRI:  And I just wanted to say one
6    thing.  Just let him finish his question, and,
7    you know, he should do the same.  And when I'm
8    objecting, David, just wait for me to object and
9    then you can respond.  Okay?
10    BY MR. GILMORE:
11    Q.  So for the record, this is a document
12    produced to us Bates-stamped BRATYA_000619.
13    And, again, it's an English translation in front
14    of the original French document that was produced
15    to us.
16    So, again, sir, this is you having a
17    WhatsApp chat with your brother, correct?
18    A.  Yes.
19    Q.  Okay.  And if you could turn to the page
20    that has 623 on the bottom.
21    Now, earlier you weren't sure whether
22    you had ever referred to meme stock investors as

1    barbarians.  If you look about a six lines down
2    from the top of the page, does that refresh your
3    recollection about whether you've ever used the
4    term barbarians to refer to meme stock investors?
5    MR. JAFRI:  Brian, did you say six lines
6    from the bottom?
7    MR. GILMORE:  From the top.
8    19:42 at March -- March 24th, 2020.
9    THE WITNESS:  No.  It's not -- here
10    it's absolutely not the -- when we say, "Pas de
11    ventes a decouvert de barbares dessus.  Barbares,
12    it means very huge.  Very big.  That's what it
13    means.
14    BY MR. GILMORE:
15    Q.  So I don't speak French, sir.  So I
16    just want to stick with the English translation.
17    If there's something inaccurate about the
18    translation, you're saying you were saying that
19    -- "That's good.  It will calm the very big
20    down"?  Not "barbarians"?
21    A.  There is a mistake here completely
22    of -- of translation.

1    Q.  Okay.
2    A.  There won't be any open -- says in a big
3    scale, because that will be to scale, because
4    there is the support of investors on it.  That's
5    what it means.  It's too big.  Here it means very
6    big.  Huge scale.
7    Q.  Well, let's -- I think you -- you jumped
8    down a little bit.  I'll get there in a second.
9    I'm focused on the -- the -- your statement
10    at 19:42, further up.  In the English
11    translation, --
12    A.  Which one?  Which one?
13    Q.  19:42.  About six lines from the top.
14    You write, "But that's good, it will calm the
15    barbarians down."
16    A.  No.  It's not barbarians here.  It's
17    barbelai.  And I told you it's -- it's a friend
18    of ours.
19    So if you look in the French -- because
20    the -- the translation is inaccurate.  So we know
21    that here there is a problem of translation.
22    Q.  No.  I'm just reading --

28 (Pages 106 - 109)

Page 110

1    A.  It's barbelai.  And you see under it's
2  from the barbares.
3         MR. JAFRI:  And on that basis, I'm just
4  going to object to this particular document.
5         THE WITNESS:  So here it's -- yeah, the
6  translation so --
7  BY MR. GILMORE:
8    Q.  Okay.  So --
9    A.  So here it's just you make speculations
10  around the translations which are inaccurate.
11    Q.  Okay.  So let's take a look at 19:42.
12  I'll get the pronunciation for you here,
13  but . . . "Mais cest bien ca va les barbelai."
14       "Les" -- well, first of all, you
15  testified that barbelai refers to one of your
16  friends, correct?
17    A.  Yes.
18    Q.  Okay.  And here you used the plural "les
19  barbelai," correct?
20    A.  Uh-huh.
21    Q.  Okay.  You're using the plural to refer
22  to one of your friends?

Page 111

1    A.  Yeah.  Because he has a certain strategy
2  and it can be, yeah.
3    Q.  It's your sworn testimony that when
4  you use the plural here, "les barbelai," you're
5  referring to one person, your friend?
6    A.  The name barbelai --
7    Q.  Mm-hmm.
8    A.  -- is a friend who has his own strategy,
9  and some other people are doing like.
10    Q.  And you refer to your singular --
11  singular friend using a plural article?
12    A.  That some people can do writing, yeah.
13    Q.  Okay.  And then as we go further down to
14  the 20:37 entry "pas de ventes a decouvert de
15  barbares dessus."
16       What does that mean?
17    A.  "Pas de ventes a decouvert de barbares
18  dessus."
19    Q.  Mm-hmm.
20    A.  Not huge.  Short selling on it.
21    Q.  Not huge.  Short selling on it?
22    A.  Yeah.  There won't be huge short

Page 112

1  selling.  Huge.  "Barbares" is very big.  It's
2  barbarian.  It's when it's huge.  It's violent.
3  It's big.  Prominent.
4    Q.  Okay.  So it's your testimony that
5  neither of those references on this page referred
6  to barbarians?
7    A.  Gigantic.
8    Q.  Okay.  How about at 20:43 on the same
9  page, you say, "Sacs a foutre."
10       That's "scumbags," correct?
11    A.  (Reviews document.)
12       I don't know at which context it was at
13  that moment on the -- on the stock.
14    Q.  But the translation's accurate, correct,
15  sir?
16    A.  I don't know what position we -- we took
17  ourself at this moment on what and -- but it can
18  be for me, as well, no?
19    Q.  Were you referring to meme stock
20  investors as scumbags?
21    A.  No.  No.
22    Q.  No.

Page 113

1       Who -- who were you referring to as scum
2  bags?
3    A.  I don't know if I had a situation.
4  Because we are talking about Tesla, about many
5  other things where maybe we had stuff.
6       (Reviews document.)
7       I don't --
8       (Reviews document.)
9    Q.  Sir, who were you referring to when you
10  use the term "scumbags" here?
11       MR. JAFRI:  Objection; form.
12       THE WITNESS:  (Reviews document.)
13       Maybe we're referring to the management,
14  because after we speak about the -- the loss
15  after their turnover and the need to raise money.
16  I don't recall if it was in the -- in the context
17  because we were talking about so many things at
18  the same time.
19  BY MR. GILMORE:
20    Q.  It's your testimony that this refers to
21  the management of GameStop; is that correct?
22       MR. JAFRI:  Objection; form.

29 (Pages 110 - 113)

Page 122

1  happening.
2  BY MR. GILMORE:
3      Q.  Okay.  And in the second-to-last entry
4  here you write to your brother, "We must get cash
5  out, because cash is king.  When everything
6  falls, the Barbelai, Reddit, Robinhood are going
7  to get smashed up."
8      Do you see that?
9      A.  Yeah.  That's the truth.
10     Q.  Okay.
11     A.  Why it goes down, if you stay and
12  think you can go to a intradable valuation out of
13  realistic with a minimum of fundamentals.
14     Q.  Okay.  You testified earlier that when
15  you used the term "Barbelai," you're referring to
16  one of your friends, correct?
17     A.  Yeah.  Because he is doing this strategy
18  investment.
19     Q.  Okay.  So when you say, "Barbelai,
20  Reddit, Robinhood," you mean meme stock
21  investors, correct?
22     A.  Not all of them.

Page 123

1      You want to generalize.  He has his
2  own strategy to hold forever something or to do
3  something in a way that he wants.  So it's a very
4  specific way of -- of doing his -- his
5  investments.
6      Q.  Your friend that you refer to as
7  "Barbelai," what's his name?
8      MR. JAFRI:  Objection.  Asked and
9  answered.
10  BY MR. GILMORE:
11     Q.  What's your friend's name?
12     A.  You know why Barbelai -- I don't even
13  remember because it's his nickname for years --
14  because he has a tattoo with a barbelai cable on
15  his wrist -- on -- on his arm.
16     Q.  Okay.
17     A.  It's his nickname.
18     Q.  It's his nickname.
19     Well, what's his -- well, what's his
20  real name?  What is your friend's real name?
21     MR. JAFRI:  Objection; form.
22     THE WITNESS:  I -- I don't recall it.

Page 124

1  BY MR. GILMORE:
2      Q.  You don't know his name?
3      A.  I don't recall it for so long like this.
4      Q.  Okay.  So it's your testimony that when
5  you say "Barbelai" in all of these chats, you're
6  referring to a friend that you don't remember his
7  name?
8      MR. JAFRI:  Objection; form.
9      THE WITNESS:  I don't remember his
10  -- wait . . .
11     No, I don't -- I don't recall.
12  BY MR. GILMORE:
13     Q.  Okay.
14     A.  I don't recall.
15     Q.  Okay.
16     A.  But he has a very specific strategy,
17  like, on crypto.  And -- and it's interesting.
18  It's interesting.  But at some moment it can be,
19  also, very dangerous, like every investment.
20  Like every investment.
21     Q.  So the -- so the -- the friend whose
22  name you can't remember, what's his strategy?

Page 125

1      MR. JAFRI:  Objection.  Asked and
2  answered.
3      THE WITNESS:  He has his own strategy.
4  BY MR. GILMORE:
5      Q.  And what is it?
6      MR. JAFRI:  Objection; form.
7      THE WITNESS:  He has his own strategy.
8  It's quite specific.  He's -- he makes a huge,
9  huge, huge leverage.  It's -- in terms of
10  percentage, it's quite incredible.  But it's
11  worked at -- at many moments, so . . .
12  BY MR. GILMORE:
13     Q.  Is this friend a -- a meme stock
14  investor?
15     A.  No.  No.  He can be characterized like
16  this.  He's investing.  He's making his own
17  strategy.
18     Q.  Okay.  So I want to go back to --
19     A.  It's not -- don't think -- no.  No.
20  Just to -- to finish -- to generalize a term with
21  everyone, because it's not the case.
22     Q.  When you use the phrase here, "Barbelai,

32 (Pages 122 - 125)

Page 162

1    that?

2          MR. GILMORE:  It's 8:11 a.m.

3          THE WITNESS:  On which one is it?

4    BY MR. GILMORE:

5      Q.  Page 658.  Same page we were on before.

6    Your brother wrote, "It's pineapple

7    land."  Do you see that?

8      A.  Yes.

9      Q.  Okay.  And then you responded.  "Exact.

10   Pineapple emoji.  Diamond emoji versus pineapple

11   emoji.  Pineapple emoji.  Dollar face emoji

12   versus stock market going down emoji versus stock

13   market going up emoji."

14     A.  Right.  It means there was a lot of

15   volatility.  But this is not on Bed Bath &

16   Beyond.

17     Q.  No.  I unders -- I -- I'm trying to

18   understand the terminology that you're using,

19   sir.  So what -- what did you -- what -- first of

20   all, what is a pineapple?

21     A.  It's making juice.  When it's juicing.

22     Q.  Pineapple juice?

Page 163

1      A.  Yeah.

2      Q.  How does pineapple juice relate to the

3    stock market?

4      A.  When you make juice.  Like juice and

5    dollars.

6      Q.  Oh, so pineapple is like profit?

7      A.  Yeah.  The profit.

8      Q.  The juice is the profits?

9      A.  Yeah.

10     Q.  Okay.  So when your brother says, "it's

11   pineapple land," and you respond "exactly," and

12   then a bunch of emojis, you're saying there's

13   volatility, correct?

14     A.  Yeah.

15     Q.  So it's the volatility that Bratya was

16   interested in, correct?

17     A.  Yes.  At that moment, yes.  Because

18   on the GameStop we were selling some -- at that

19   moment we were on the -- the value was too high,

20   in our opinion; and we were selling some options.

21   And when there is more volatility, the price of

22   the options are -- are higher.

Page 164

1      Q.  Okay.

2      A.  And so that's why all this is a question

3    of volatility, as you say, mixed with the fact

4    that it's -- there is a -- an opportunity.

5      Q.  Okay.  So is it -- one of Bratya's

6    trading strategies is to find high-volatility

7    stocks and then sell options, correct?

8      A.  No.  It -- it's not a question to make

9    generalization.

10      At that moment, there is a huge

11   volatility on what you consider a market cap,

12   which is not -- the -- the -- the strategy is

13   good, the company will survive, and it's -- it

14   was able to raise some cash on the market, as

15   well, to make -- to reimburse some debt.  So it

16   secures the company.  There is huge volatility.

17   The market cap at that moment is too high, in our

18   opinion, we take a position, which is interesting

19   because there is volatility.

20     It's a context.  You can't generalize

21   every time and say, if it was like this on

22   GameStop so you did the same on the other

Page 165

1    companies.

2      Q.  I'm just trying to understand --

3      A.  It's just an option to keep that.

4      Q.  I'm trying to understand the strategies

5    that Bratya employs when -- when investing.  So

6    is it fair to say -- I'm making a broad

7    generalization but, generally, --

8      A.  No.  No.  Just on this --

9      Q.  On this -- on this particular trade?

10     A.  -- there is an interest in the

11   volatility in this context with the market cap.

12     Q.  And at other times, has Bratya looked

13   for volatile stocks and then chosen to sold --

14   sell options of those volatile stocks?

15     A.  On some investment we did it.

16     Q.  That's one -- that's one of your

17   strategies?

18     A.  In some -- some investment, an interest

19   to have a volatility.

20     I just need water.

21     Q.  Sure.

22     (Brief pause.)

42 (Pages 162 - 165)

1   Q.  Uh-huh.

2   A.  Yes.  It was the day he was replying to a

3 CNBC statement.

4   Q.  On Twitter?

5   A.  On Twitter.

6   Q.  And you saw that tweet soon after it was

7 posted, right?

8   A.  I saw it.  I don't remember at what time,

9 but I saw it.

10   Q.  Did you see the tweet before you sold

11 11,500 common shares?

12   A.  I don't recall what time was the

13 transaction.

14   Q.  Do you -- did you see the tweet before

15 you purchased $100,000 worth of -- excuse me, sold

16 $100,000 worth of call options?

17   A.  The call options, I told you, it's

18 benefitting from a move of volatility.  So --

19   Q.  Sir, I'm going to ask you to listen to my

20 question and answer that question, please.

21       Did you see the tweet before you sold

22 $100,000 worth of call options?

1   A.  I don't remember what time was the

2 transaction and what time I saw the tweet.

3   Q.  Okay.  When you saw the tweet, did you go

4 out and buy any common shares of Bed Bath &

5 Beyond?

6   A.  At that moment, no.

7   Q.  Okay.

8   A.  We did not bought.

9   Q.  Okay.  And when you saw the tweet, did

10 you go out and buy any long call options of Bed

11 Bath & Beyond?

12   A.  What we did?

13   VIDEO TECHNICIAN:  Can you move over to

14 your right?

15   MR. GILMORE:  Sir, could you just move

16 over just to your right.

17   MR. JAFRI:  David, can you move a little

18 bit so you're on the camera.

19   THE WITNESS:  Okay.

20       At least our cart is full and we kept the

21 shares that we had.  We did not show the --

22

1 BY MR. GILMORE:

2   Q.  Sir --

3   A.  -- we kept --

4   Q.  I hate to keep saying this, but you need

5 to listen to my question and answer my question,

6 please.

7       When you saw the tweet, did you go out

8 and buy any long call options of Bed Bath &

9 Beyond?

10   A.  No.  Obviously, I had not the cash at

11 that moment.  I was still generating some money.

12 So...

13   Q.  Well, you did generate a lot of cash by

14 selling call options, correct?

15   A.  At much higher price than the stock was.

16   Q.  So you had the cash from those

17 purchase -- from those sales, if you wanted to, to

18 go out and buy common shares --

19   A.  Yeah, but also --

20   Q.  Excuse me.

21       -- to buy common shares of Bed Bath &

22 Beyond, correct?

1   MR. JAFRI:  Objection.  Form.

2   THE WITNESS:  Or to keep the shares that

3 we had.

4 BY MR. GILMORE:

5   Q.  How many shares did you have at that

6 point?

7   A.  More than 50-and-something thousand.

8   Q.  Okay.

9   VIDEO TECHNICIAN:  Mr. Coti, can you move

10 to the center of the screen?  Thank you.

11 BY MR. GILMORE:

12   Q.  If you move up a little bit, sir, on that

13 same page that we've been looking at, there are

14 two lines there.  One is investment; one is

15 withdrawal.  They seem to be the same volume of

16 shares.

17       Do you understand what that -- those two

18 entries reflect?

19   A.  On the 15th?

20   Q.  Yes.

21   A.  Yes.

22   Q.  What are those?

53 (Pages 206 - 209)

1      A. It was on the Monday. So you see Friday
2  is the tweet. On Monday, we go for buying shares,
3  but obviously we had a margin call and we had to
4  sell them.
5      Q. But it's not listed as a sale or a
6  purchase. It's called investment and
7  withdrawal --
8      A. Yes.
9      Q. -- and it's the same amount.
10     A. It's the same. It's buying and selling.
11     Q. So --
12     A. And it --
13     Q. -- explain to me what happened there.
14  You purchased 50,900 shares?
15     A. At 20.65.
16     Q. Okay.
17     A. So obviously you see we wanted to
18  increase our position. And as the stock went
19  down, we were margin call directly and we had to
20  close the position by the end of the day. It
21  was...
22     Q. So the stock price was going up on

1  August 12th, correct?
2      A. On August 12? No. On 15.
3      Q. Excuse me, on August 15th, yes. The
4  stock is going up on August 15th.
5      A. Obviously not.
6      Q. Well, if you look at the exhibit that I
7  marked earlier, it certainly appears to be.
8      A. Well --
9      Q. Would you like to refresh your
10  recollection and --
11     A. No, but --
12     Q. -- look at the stock price?
13     A. -- then the graphic is a too quick
14  because maybe this is a large scale. And
15  certainly if we were margin called to sell them,
16  it's -- it was meaning that it did not went up.
17  We bought them at 20, and we were forced to sell
18  them at 16, so...
19     Q. But sir, do you actually recall the stock
20  price going down on August 15th?
21     A. There has been something at that moment.
22  If it was going up, why we bought at 20 and we had

1  to sell them at 16?
2      Q. Well, I don't know, sir --
3      A. I don't know either --
4      Q. -- but it could be that -- but if the
5  stock is going up, you sold at the beginning of
6  the day and then you bought those shares back.
7      A. Impossible. It's forbidden to do this --
8      MR. JAFRI: Objection. Form.
9      THE WITNESS: -- with the bank.
10  BY MR. GILMORE:
11     Q. Pardon?
12     A. It's forbidden to make this kind of
13  operation with the banks in Europe. So I could
14  not. It's impossible that it has been sold before
15  it has been bought.
16     Q. But you testified earlier that you
17  already owned shares. Did you sell 50,000 of your
18  common shares and then repurchase those shares
19  later in the day after the price had gone up?
20     A. I don't know.
21     Q. You don't remember either way, correct?
22     A. No, because we had not that quantity. We

1  had not that quantity.
2      Q. You testified a moment ago that you had
3  50,000 common shares, correct?
4      MR. JAFRI: Objection. Form.
5      THE WITNESS: In the beginning. Then
6  there was the 11,500 which were sold. And then
7  you have the 5900.
8      So clearly here there is a question of
9  financing with the bank, and we had to sustain
10  sufficient cash and -- if the position, long
11  position, was going straight up, it's for sure
12  that we could have kept it.
13  BY MR. GILMORE:
14     Q. Sir, did you own -- did Bratya own Bed
15  Bath common shares prior to March 7th, 2022?
16     A. Prior to March --
17     Q. -- 7th, 2022. Before these records
18  start, bid Bratya already own common shares?
19     A. Before March? No.
20     Q. No. Okay. Then all of the stock
21  purchases that Bratya made in Bed Bath & Beyond
22  common shares are reflected on this document?

54 (Pages 210 - 213)

Page 230

1 sell something.
2 BY MR. GILMORE:
3    Q.  And it's your testimony that you weren't
4 selling shares on August 17th because you were
5 taking a short position --
6    A.  No.
7    Q.  -- on Bed Bath & Beyond.
8    A.  No.  Otherwise, I would have --
9        MR. JAFRI:  Objection to form.
10       THE WITNESS:  I could have sold all the
11 shares.  So it means that, on that day, we could
12 only maintain this position.
13 BY MR. GILMORE:
14    Q.  Okay.  So the fourth day of the
15 trading -- fourth day of the class period, you
16 start to buy net -- a net long position in common
17 shares, correct?
18    A.  We generated cash on what we had.  We
19 have the possibility.  And also, we understood
20 that the turnaround is maybe arriving.
21    Q.  Okay.
22    A.  The previous communications were in that

Page 231

1 sense.  The stock is moving in that sense.  So we
2 are positive that things move on the right way.
3    Q.  So you understood that the turnaround may
4 be arriving.  That's what your testimony was?
5    A.  Obviously.
6    Q.  You mean the turnaround of Bed Bath &
7 Beyond's fundamental --
8    A.  Yeah.
9    Q.  -- performance?
10    A.  Performance or a possible M&A
11 transaction.
12    Q.  Okay.
13    A.  It's two different things.
14    Q.  Okay.  Was there some news announced by
15 Bed Bath & Beyond concerning a potential M&A
16 transaction during the class period?
17    A.  No.  But there were obviously some
18 information which were communicated which were
19 misleading.
20    Q.  About a potential M&A transaction?
21    A.  No.
22    Q.  Okay.  So there was no news during the

Page 232

1 class period about a potential M&A transaction,
2 correct?
3    A.  About --
4        MR. JAFRI:  Objection.  Form.
5        THE WITNESS:  About an M&A transaction,
6 no.
7 BY MR. GILMORE:
8    Q.  Okay.
9    A.  Not an M&A.
10    Q.  Okay.  And was there any news released
11 during the class period about a turnaround of Bed
12 Bath & Beyond's fundamental business performance?
13       MR. JAFRI:  Objection.  Form.
14       THE WITNESS:  There was a communication,
15 which was looking like there is something which is
16 positive, which was --
17 BY MR. GILMORE:
18    Q.  I'm asking a different question, sir.
19       Was there any news announced during the
20 class period about a turnaround of Bed Bath
21 & Beyond's fundamental business performance?
22       MR. JAFRI:  Objection.  Form.

Page 233

1        THE WITNESS:  At -- the tweet of the 12th
2 with the moon emoji next to the customer of the
3 company.
4 BY MR. GILMORE:
5    Q.  It's your testimony that Ryan Cohen's
6 moon emoji tweet was somehow news concerning a
7 turnaround of Bed Bath & Beyond's fundamental
8 financial performance?
9        MR. JAFRI:  Objection.  Form.
10       THE WITNESS:  If the cart is full, it
11 means that things are moving on the right way.
12 BY MR. GILMORE:
13    Q.  Okay.
14    A.  Already in terms of sales.
15    Q.  Okay.  So aside from that tweet --
16    A.  And with the moon, assuming that the
17 stock should rise because of this fundamental good
18 news.
19    Q.  Okay.  So aside from the tweet on
20 August 12th, what other fundamental good news
21 about Bed Bath & Beyond's financial performance
22 was entered into the market?

59 (Pages 230 - 233)

1    A. It was the main communication. It was
2 the main --
3    Q. The August 12th tweet?
4    A. On the August 12th.
5    Q. Okay.
6    A. Then --
7    Q. I'm sorry, and you saw the tweet on
8 August 12th, correct?
9    A. I saw it.
10   Q. Okay.
11   A. I don't recall if it was on the 12th,
12 but -- what time is the time difference, but I saw
13 this tweet.
14   Q. Okay. But again, you didn't -- after you
15 got that what you called, I think, fundamental
16 good news on August 12th, you sold call options,
17 correct?
18   A. To accompany the position that we kept.
19   Q. And you bought put options, correct?
20      MR. JAFRI: Objection. Form.
21      THE WITNESS: No. No, I did not buy put.
22

1 BY MR. GILMORE:
2    Q. You're right. That was just before
3 the -- strike that, then.
4        After Ryan Cohen's tweet, you sold call
5 options, correct?
6    A. On the --
7      MR. JAFRI: Objection to form.
8      THE WITNESS: We had some call sold.
9 Yes.
10 BY MR. GILMORE:
11   Q. Okay.
12   A. We accompany the position, generating
13 revenue on the long position that we had.
14   Q. After Ryan Cohen's tweet on August 12th,
15 you sold common shares, correct?
16   A. It's not after I saw the tweet. Maybe we
17 needed to do it before.
18   Q. Okay.
19   A. I don't have the precise time it
20 happened, so I would not say something which can
21 be wrong.
22   Q. You testified earlier, sir, that you --

1 this withdrawal transaction on August 15th is a
2 sale of stock, correct?
3      MR. JAFRI: Objection. Form.
4      THE WITNESS: Investment and withdrawal.
5 Yes. It's a going back.
6 BY MR. GILMORE:
7    Q. Okay. So after Ryan Cohen's tweet --
8 strike that.
9        After you saw Ryan Cohen's tweet on
10 August 12th, you sold common stock of Bed Bath &
11 Beyond, correct?
12   A. I bought some stock. And obviously, I
13 could not keep them if I had to sell them. But
14 maybe I could have asked your client to lend me
15 some money to buy shares. It could have been also
16 a possibility.
17      MR. GILMORE: I'm going to move to strike
18 that as nonresponsive.
19 BY MR. GILMORE:
20   Q. And sir, I'm going to warn you again,
21 you've got to listen to my question and answer my
22 question. You can't just say whatever you want to

1 say. You've got to answer my question. Do you
2 understand?
3    A. This is what we do.
4    Q. This is what we do. Well, it's not what
5 you've been doing, but let's keep going.
6      MR. JAFRI: Objection to form. This is
7 just argumentative.
8 BY MR. GILMORE:
9    Q. After you saw Ryan Cohen's tweet on
10 August 12th, you sold call options, correct?
11      MR. JAFRI: Objection. Form.
12      THE WITNESS: I kept my shares. I
13 accompany the long position that we had with sales
14 of call cover to accompany the growth of the stock
15 and increasing the prices of the goal that were
16 generating revenue.
17      MR. GILMORE: I'm going to move to strike
18 that as nonresponsive.
19      MR. JAFRI: Objection. Form.
20 BY MR. GILMORE:
21   Q. Sir, after you saw Ryan Cohen's tweet on
22 August 12th, you sold call options, correct? It's

Page 298

1  at that price.
2  BY MR. GILMORE:
3      Q.  Okay.  And why did you think Cohen would
4  be a success but GameStop would suffer?
5      A.  No.  That financially it was good for the
6  company, what he was doing.  But when you close
7  stores and you have to lay off people, it's always
8  a pain, even if this is the only way, in some
9  conditions, to make the turnaround.
10     Q.  You're not predicting that GameStop, the
11 company, is going to fail behind Ryan Cohen?
12         MR. JAFRI:  Objection.  Form.
13         THE WITNESS:  If I am?
14 BY MR. GILMORE:
15     Q.  Predicting that GameStop, the company, is
16 going to fail under Ryan Cohen's leadership.
17         MR. JAFRI:  Objection.  Form.
18         THE WITNESS:  No.
19 BY MR. GILMORE:
20     Q.  No?
21     A.  No.
22     Q.  Okay.  Your brother wrote, "There's going

Page 299

1  to be a constant flow of positive news, because
2  that's what he specializes in, talk talk and make
3  people dream."
4         He's referring to Ryan Cohen there,
5  correct?
6      A.  Where is it?
7      Q.  At 9:38 a.m.
8      A.  No.  Because it was -- just the line
9  before he was positive and saying, We have to see
10 all stores will be reconverted, that it could be
11 bitcoin stores, it could be a mini bank with
12 crypto, it could be making partnership with
13 e-commerce, and that he has a certain talent, like
14 Elon Musk, to sell projects in the future.
15     Q.  Sir, again, listen to my question,
16 please.
17         Your brother wrote, "There's going to be
18 a constant flow of positive news, because that's
19 what he specializes in, talk talk talk [sic] and
20 make people dream."
21         Your brother is referring to Ryan Cohen
22 there, correct?

Page 300

1      A.  If we are speaking about GME and
2  thinking -- I think this is what we are, here.
3  Let's check anyway if there was not, because he
4  mentioned also some talks but -- no, no, no.
5  It's -- he's a great marketer, he was telling
6  before.  Yes.
7      Q.  Yes.
8      A.  Yes.
9      Q.  Yes.  Okay.  Great.
10         You and your brother knew, at this time
11 in 2021, that Ryan Cohen makes a lot of public
12 pronouncements, correct?
13     A.  That he makes a communication.
14     Q.  Uh-huh.  But you didn't really believe in
15 the substance of what he was saying, did you?
16         MR. JAFRI:  Objection.  Form.
17         THE WITNESS:  No, it's a question of
18 market cap.  What you have to take into the
19 context -- at that moment we are speaking about a
20 company which -- worth tens of billions of dollar.
21 We don't say that it's not sustainable to make the
22 turnaround, and he made a great turnaround in the

Page 301

1  company.  We are talking that, at this moment,
2  it's not possible, even if you sell great projects
3  and so on, to continue adding such kind of market
4  cap with the metrics which are in front of this
5  market cap.
6  BY MR. GILMORE:
7      Q.  His excellence at marketing didn't match
8  the reality of GameStop's position --
9      A.  The market cap -- of the market cap at
10 that moment.  It doesn't decrease the value of
11 what has been done, of the capability, of the fact
12 that there is a great market -- he was also
13 writing on the 27th of April at 10:00, Knowing
14 Cohen is a really fucking good marketer.
15         He's great at marketing.  He made an
16 amazing success in Chewy.  He made an amazing
17 turnaround at GameStop.  And he tried to make one
18 at Bed Bath & Beyond.  He failed in this.  And
19 then he escaped the situation.
20     Q.  Despite all of Mr. Cohen's excellent
21 marketing abilities, you said, "Reality comes back
22 to numbers, and then it's shit for them, I tell

76 (Pages 298 - 301)

Page 310

1    Q. Okay.  Why were Cohen's announcements
2 dangerous?
3    A. Because they are good.  Because they were
4 good for the company and they could push to go to
5 additional extreme prices.
6       We were in a situation where we were
7 considering that the company was overvalued, so we
8 invested in this sense.
9    Q. Okay.  In 2021, did you believe the
10 things that Ryan Cohen said about GameStop?
11    A. That he was making -- which things?
12    Q. Positive statements about GameStop.  Did
13 you believe them?
14    A. Of course.
15    Q. You did.
16    A. This is what we are telling here.
17    Q. But you bet against GameStop, correct?
18    A. Because the market value was completely
19 out of reality.
20    Q. Okay.  There was never a time, even in
21 2021, when you and your brother both knew that
22 Ryan Cohen was full of hot air, right?

Page 311

1       MR. JAFRI:  Objection.  Form.
2       THE WITNESS:  Was?
3 BY MR. GILMORE:
4    Q. There was never a time, even in 2021,
5 when you and your brother didn't actually believe
6 in Ryan Cohen?
7       MR. JAFRI:  Objection.  Form.
8       THE WITNESS:  That we believed.  All
9 these things we are telling are positive things.
10 BY MR. GILMORE:
11    Q. Okay.  You've always been a believer in
12 Ryan Cohen?
13       MR. JAFRI:  Objection.  Form.
14       THE WITNESS:  We were believing.
15       MR. GILMORE:  Okay.
16       (Coti Deposition Exhibit 131 marked for
17       identification and attached to the
18       transcript.)
19 BY MR. GILMORE:
20    Q. I'm handing you what's being marked
21 Exhibit 131.  BRATYA_000611.  And I'm going to
22 focus on the statement starting at 10:23 a.m.

Page 312

1       Your brother writes, "Is the immigrant
2 the one who said, sell again rather repurchase?"
3       Do you see that?
4    A. Where?
5    Q. At 10:23 a.m.  Actually, strike that
6 question.
7       What's an emoji, sir?
8    A. Which one?
9    Q. What is an emoji?  I'm not asking about
10 the document right now.
11       I'm just asking you, what is an emoji?
12    A. The little icons.
13    Q. Okay.  Sometimes emojis can have multiple
14 meanings, right?
15    A. Yes.
16    Q. Okay.
17    A. Sometimes.
18    Q. Sometimes emojis can be misinterpreted,
19 right?
20       MR. JAFRI:  Objection.  Form.
21       THE WITNESS:  Depends.
22

Page 313

1 BY MR. GILMORE:
2    Q. Right.  But sometimes they can --
3    A. Everyone can make a misinterpretation at
4 one moment.
5    Q. Okay.
6       MR. JAFRI:  Objection.  Form.
7 BY MR. GILMORE:
8    Q. So at 10:23 a.m., your brother writes,
9 "Is the immigrant the one who said, sell again
10 rather than repurchase?"
11       I assume there's a "than" missing there.
12       Do you see that?
13    A. Yes.
14    Q. Okay.
15    A. 10:23.
16    Q. Yeah.  Who is the immigrant that your
17 brother was referring to?
18    A. It's a friend.  It's his nickname.
19    Q. That's his nickname.
20    A. Yeah.
21    Q. And does he have dark skin?
22       MR. JAFRI:  Objection.  Form.

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

Page 314

1      THE WITNESS:  Does he have?
2 BY MR. GILMORE:
3    Q.  Does your friend, the immigrant, have
4 dark skin?
5    A.  Not really.
6    Q.  No?
7    A.  Not really.
8    Q.  Okay.  Why did you respond to your
9 brother with three monkey emojis?
10      MR. JAFRI:  Objection.  Form.
11      THE WITNESS:  Because it's, like -- it's
12 fun because it was the contrary.  He said one
13 thing and, in fact, it was the contrary.  So we
14 said, okay (indicating).
15 BY MR. GILMORE:
16    Q.  And are you using the monkey emoji here
17 to refer to your friend, the immigrant?
18      MR. JAFRI:  Objection.  Form.
19      THE WITNESS:  No, no, no.  Here you are
20 making shortcut on a conversation.  It's a
21 misinterpretation from your side.  It's -- because
22 there is also the little same emoji, which is

Page 315

1 hiding the eyes, just some lines before with the
2 fact that GME is going up.
3      So I don't enter in your assumptions.
4 BY MR. GILMORE:
5    Q.  In 2021, are you aware that Facebook and
6 Twitter banned comments and posts in which monkey
7 emojis were used to refer to English soccer
8 players?
9      MR. JAFRI:  Objection.  Form.  This is
10 totally irrelevant.  He's already told you you're
11 misinterpreting it.  And this is a little below
12 the belt, Brian.
13      THE WITNESS:  Once again?
14 BY MR. GILMORE:
15    Q.  In 2021, are you aware that Facebook and
16 Twitter banned comments and posts in which the
17 monkey emoji was used to refer black English
18 soccer players?
19      MR. JAFRI:  Objection.  Form.
20      THE WITNESS:  First of all, I never had
21 Facebook, I never had Twitter.  I don't know what
22 happened and what they were referring to.

Page 316

1      I have a lot of friends with different
2 color of skin than mine.  It has never been a
3 problem.  So don't try to make me pass for
4 something that I am not, because now it starts to
5 be always pushing and taking an emoji and taking
6 something for something which is completely out of
7 the context.
8 BY MR. GILMORE:
9    Q.  So anyone who understands this chat to be
10 racist just misinterpreted your --
11    A.  First of all --
12      MR. JAFRI:  Objection --
13      THE WITNESS:  -- nothing is --
14 BY MR. GILMORE:
15    Q.  Excuse me -- excuse me --
16    A.  No, no, no.  First of all --
17    Q.  -- listen --
18    A.  -- no, no.  First you listen to me to the
19 end.
20    Q.  No.  That's not how this works.  Let me
21 finish my question.  Then you can answer.
22      Anyone who understands this chat to be

Page 317

1 racist is just misinterpreting your emoji,
2 correct?
3    A.  It's complete misinterpretation.
4 Secondly, with our friends, we call us the way we
5 want.  It's private things.  With my team, we call
6 us the way we want.  It's our desire.  It's our
7 wish.
8      Me -- there is a singer, a very famous
9 French singer, who is called Sheila.  Maybe you
10 know Sheila?
11    Q.  No.
12    A.  No?  And if you look at my hair, they are
13 very long.  And from the back, very often, there
14 are people who come and say, Oh, hello, madam.
15 And one guy one time came and said, Oh, you have
16 beautiful hair like Sheila.
17      Did I take it as an offense?  Never.
18 It's fun.  And now my friends, sometimes they say,
19 Hey, Sheila, come on.  So that's it.
20    Q.  It's just --
21    A.  There's no need to make --
22    Q.  -- misinterpretation --

80 (Pages 314 - 317)

Page 338

1      THE WITNESS: It was part of the decision
2  to buy shares on the 15 of August that this
3  document was republished with the level of
4  10 percent.
5  BY MR. GILMORE:
6      Q.  A moment ago you couldn't recall the
7  timing.  But now you're certain that you purchased
8  shares on August 15th because you saw this
9  document; is that your testimony?
10      MR. JAFRI: Objection.  Form.
11      THE WITNESS: I say it's part -- it's not
12  you see a document and you go and you buy shares.
13  It's part of the fact that there are things --
14  it's elements which are republished which can be
15  part of the fact that he's believing to reach this
16  kind of level of share price.
17  BY MR. GILMORE:
18      Q.  But sir, a moment ago you testified that
19  you couldn't even recall whether you had seen this
20  document before you purchased shares on
21  August 15th.
22      MR. JAFRI: Objection.  Mischaracterizes

Page 339

1  the testimony.
2      THE WITNESS: Sir, it's not the moment
3  you see a document that you go and buy or you sell
4  something.  It's part of a decision.  Some days
5  ago there was this tweet.  There were some other
6  publication in the days after.  I will tell you
7  our assumption on what was published as we did.
8  BY MR. GILMORE:
9      Q.  Okay.  I just want to be clear for the
10  record.  Your testimony now is that you're sure
11  you had seen this document before you purchased
12  shares on August 15th?
13      MR. JAFRI: Objection.  Form.
14      THE WITNESS: That I saw before the
15  moment we made the purchase of the share?
16  BY MR. GILMORE:
17      Q.  Uh-huh.
18      A.  I don't recall the timing, but it's for
19  sure that the other shares on the 17, I already
20  saw this document.
21      Q.  Sir, I'm going to read back your
22  testimony.

Page 340

1      This document was, quote, part of the
2  decision to buy shares on the 15th of August, that
3  this document was republished with the level of
4  10 percent.
5      So a moment ago you testified that you
6  bought shares in reliance on this document,
7  correct?
8      A.  Yes.  But it's not the one -- which can
9  be the one on the 15, maybe, or the one which are
10  on the days after.
11      Q.  Okay.
12      A.  But it was a sign of confidence --
13      Q.  Okay.
14      A.  -- of Ryan Cohen in having these call
15  options.
16      (Coti Deposition Exhibit 134 marked for
17      identification and attached to the
18      transcript.)
19  BY MR. GILMORE:
20      Q.  I'm handing you what's been marked
21  Exhibit 134.  This is a Schedule 13D amendment
22  that was filed by Ryan Cohen on August 16th.

Page 341

1      Have you seen this document before, sir?
2      A.  Yes.
3      Q.  And I think you said in your
4  interrogatory responses you saw it shortly after
5  it was filed on August 16th; is that correct?
6      A.  Once again?
7      Q.  I think you said in your interrogatory
8  responses that you saw it shortly after it was
9  filed on August 16th; is that correct?
10      A.  Why?
11      Q.  Sir, you testified in your interrogatory
12  response, which you verified, that you saw this
13  document shortly after it was filed on
14  August 16th --
15      A.  Oh, so --
16      Q.  -- and I'm just verifying that that's
17  true.
18      A.  Yes.
19      Q.  Okay.
20      A.  No, no, sorry.
21      Q.  Okay.
22      A.  That you saw...

86 (Pages 338 - 341)

Page 342

1    Q. You saw?
2    A. You saw this document. I was --
3    Q. Okay. Misunderstanding.
4    A. Misunderstanding, sorry.
5    Q. Okay. But you did see this document on
6  August 16th?
7    A. Yes.
8    Q. Okay. What did you think this document
9  meant?
10   A. Here it says that he might -- that he
11  cant -- might have a sale of some shares. It's
12  this one...
13   Q. When you saw this document on
14  August 16th, you didn't go out and purchase any
15  Bed Bath & Beyond shares, did you?
16   A. (Reading.)
17   Okay. This is the recalculation of the
18  percentage that Ryan Cohen was owning in the
19  company.
20   Q. Okay. When you saw this document, did
21  you go out and purchase any Bed Bath & Beyond
22  common shares?

Page 343

1    MR. JAFRI: Objection. Form.
2    THE WITNESS: On the 16, we did not
3  bought shares.
4  BY MR. GILMORE:
5    Q. When you saw this document on
6  August 16th, did you go out and purchase any Bed
7  Bath & Beyond long call options?
8    MR. JAFRI: Objection. Form.
9    THE WITNESS: We could do it on the 17th.
10  17th. Not on the 16th.
11  BY MR. GILMORE:
12   Q. Okay. This document didn't impact any of
13  Bratya's decisions to purchase or sell Bed Bath &
14  Beyond securities, did it?
15   MR. JAFRI: Objection. Form.
16   THE WITNESS: Did in a way that he had a
17  consequent position in the company.
18  BY MR. GILMORE:
19   Q. What do you mean by that?
20   A. That he had this long position in the
21  company. It was stated that Ryan Cohen has
22  11.8 percent of shares in the company.

Page 344

1    Q. Okay. But we discussed before, this
2  isn't new information, correct --
3    MR. JAFRI: Objection. Form.
4  BY MR. GILMORE:
5    Q. -- at this time?
6    A. Yeah. It was positive news for the
7  company that he was keeping his shares and that
8  there was no transaction in the past 60 days, and
9  now since the filing of amendment number 1 to the
10  schedule 13.
11   Q. Is it your testimony that you purchased
12  Bed Bath & Beyond common shares or long call
13  options because of this document?
14   MR. JAFRI: Objection. Form.
15   THE WITNESS: On the 17, we could buy the
16  shares.
17  BY MR. GILMORE:
18   Q. No, I understand that you bought shares
19  the day after.
20   I'm saying, did you buy the shares
21  because of this document?
22   A. This document was also a element,

Page 345

1  fundamental element, like all the others, to have
2  the proof that Ryan Cohen was in the company with
3  a strong ground inside, with a strong shareholding
4  ground.
5    Q. And that was important to you because
6  you're a believer in Ryan Cohen, correct?
7    A. Exactly.
8    Q. Okay. Again, I'll represent to you that
9  this document wasn't produced to us.
10   Is that because it didn't relate to any
11  of Bratya's decisions --
12   A. No, because --
13   Q. Excuse me, let me finish the question.
14   Is that because it didn't relate to any
15  of Bratya's decisions to buy or sell Bed Bath &
16  Beyond securities?
17   MR. JAFRI: Objection. Form.
18   THE WITNESS: This is a document which
19  can be downloaded from internet.
20  BY MR. GILMORE:
21   Q. Yeah. But you didn't download it and
22  produce it to us, did you?

87 (Pages 342 - 345)

Page 366

1 expand your long position on August 17th and
2 August 18th, because you thought that a short
3 squeeze would continue?
4    A. That there is relevant news that can
5 happen. Not only a short squeeze, but that there
6 are grounds to think that turnaround was going to
7 be done and that the stock will go up as well with
8 the squeeze.
9    Q. But in this chat you're not talking about
10 the August 12th tweet, are you?
11    A. Eh?
12    Q. In this chat, you're not talking about
13 the August 12th tweet, are you?
14    A. Here I'm not, but there are also some
15 discussions that we have on phones and --
16    Q. In fact, the tweet never gets mentioned
17 in any of your chats with your brother, does it?
18    MR. JAFRI: Objection. Form.
19    THE WITNESS: Here, no, obviously not.
20 BY MR. GILMORE:
21    Q. Okay. And you agree that your belief
22 that the squeeze would continue to drive the price

Page 367

1 up on August 17th was relevant to your decision to
2 go long on August 17th and August 18th, correct?
3    A. That we were continuing to be long. Yes.
4    Q. Okay. Later on that page at the bottom,
5 your brother writes, at 10:10 a.m., "The premarket
6 is the ape mongols. We're in full squeeze. This
7 depends on how much they put back on the table to
8 keep the trend."
9    What did you understand him to mean by
10 that?
11    MR. JAFRI: Objection. Asked and
12 answered.
13    THE WITNESS: That, at that moment, still
14 no news were out, so we can continue to raise that
15 much.
16 BY MR. GILMORE:
17    Q. Who did you understand him to be
18 referring to when he said, "how much they put back
19 on the table"?
20    A. "Put back" is how much to buy more.
21    Q. Pardon?
22    A. How much to buy more.

Page 368

1    Q. No, but who is the "they"? Is that the
2 ape mongols?
3    A. It's all the investors.
4    Q. And what does "put back on the table"
5 mean?
6    A. To put back on the table, to invest.
7    Q. To invest. Okay. So the more that the
8 meme stock investors invest will determine how
9 high the share price rises, correct?
10    MR. JAFRI: Objection. Form.
11    THE WITNESS: Which one?
12 BY MR. GILMORE:
13    Q. Do you want me to repeat the question?
14    A. Yes, please.
15    Q. The more that the meme stock investors
16 invest will determine how much the share price
17 rises, correct?
18    MR. JAFRI: Objection. Form.
19    THE WITNESS: I don't see where is the
20 translation compared to the French version.
21    747, the page?
22

Page 369

1 BY MR. GILMORE:
2    Q. Uh-huh. It's 10:10 a.m. and 10:11 a.m.
3 on August 17th.
4    A. August 17th. I don't understand. Maybe
5 he was referring...
6    I don't know if he referred maybe to the
7 company being able to sell some shares on the
8 market to raise cash that can keep the trend by
9 reimbursing some debt.
10    Q. In the company made an equity offering on
11 August 17th --
12    A. Yeah.
13    Q. -- that might create more volatility?
14    MR. JAFRI: Objection. Form.
15    THE WITNESS: No.
16 BY MR. GILMORE:
17    Q. How would a potential equity offering on
18 August 17th impact your decision?
19    A. Because the company is in a much
20 healthier situation. So on one end, it put
21 pressure on the downside; but it also reinforced
22 the structure of the company.

Page 370

1    Q.  Okay.  At 10:16 your brother writes, "We
2  shouldn't take this shit up to 80."
3        And you respond, "The most important
4  thing to know is where the short position is.  "
5        Why was it important to know where the
6  short position is?
7    A.  Because it became, again, extravagant
8  value at this level.  So if there is still -- it's
9  to understand what was the short position, if all
10  the position was covered or not.
11    Q.  Are you referring to your short position
12  or --
13    A.  No, no, no --
14    Q.  -- the short interest in the market?
15    A.  -- the short position -- the short on the
16  company.
17    Q.  By short sellers in the market.
18    A.  Yeah.
19    Q.  Okay.  At 10:11 p.m. on August 17th, you
20  sent the article that said, "Ryan Cohen sells his
21  entire stake in Bed Bath & Beyond."
22        And then you wrote, "Bro, this removes so

Page 371

1  much pressure on the position."  Laugh cry emoji.
2        Were you happy when you saw Ryan Cohen
3  sold his entire stake in Bed Bath & Beyond?
4        MR. JAFRI:  Objection.  Form.
5  BY MR. GILMORE:
6    Q.  Would you like me to repeat the question,
7  sir?
8    A.  Yes.  I'm reading because I have to
9  refresh...
10    Q.  Okay.  My question was, were you happy
11  when you saw a headline stating Ryan Cohen sold
12  his entire stake in Bed Bath & Beyond?
13        MR. JAFRI:  Objection.  Form.
14        THE WITNESS:  But we understood that it
15  will create a move.
16  BY MR. GILMORE:
17    Q.  My question was, were you happy when you
18  saw a headline stating Ryan Cohen sold his entire
19  stake in Bed Bath & Beyond?
20    A.  It was mitigating the situation, I think.
21  Because there was something which was...
22    Q.  Sir, were you happy when you saw a

Page 372

1  headline stating Ryan Cohen sold his entire stake
2  in Bed Bath & Beyond.
3        MR. JAFRI:  Objection.  Form.
4        MR. GILMORE:  I'd just like to state for
5  the record that since I first posed this question,
6  we've been waiting for about four to five minutes
7  for an answer.
8        THE WITNESS:  Yeah, we thought that the
9  company -- I thought the company was going to be
10  sold.  And this is what my brother said, is there
11  a sell of the company possible --
12  BY MR. GILMORE:
13    Q.  So when you --
14    A.  -- or is it just a right to sell it in
15  six months?  It was speculation at that moment.
16    Q.  Is the answer to my question yes or no,
17  sir?
18        MR. JAFRI:  Objection.  Form.  Asked and
19  answered.
20        THE WITNESS:  It could mean that there
21  was a reason for thinking there is an M&A deal.
22

Page 373

1  BY MR. GILMORE:
2    Q.  One more time, sir:  Were you happy when
3  you saw a headline stating Ryan Cohen sold his
4  entire stake in Bed Bath & Beyond?
5        MR. JAFRI:  Objection.  Form.
6        THE WITNESS:  At that moment, obviously,
7  it was good.
8  BY MR. GILMORE:
9    Q.  You were happy.
10        MR. JAFRI:  Objection.  Form.
11        THE WITNESS:  For a reason that we were
12  thinking that there is an M&A possibility, yes, we
13  thought that there would be something coming.
14  BY MR. GILMORE:
15    Q.  Okay.  Does Bratya have any social media
16  accounts?
17    A.  No.
18    Q.  Do you, personally, have any social media
19  accounts?
20    A.  No.
21    Q.  Do you ever spend any time on Reddit?
22    A.  I read some articles off Reddit.

94 (Pages 370 - 373)

1   Q.  Okay.  Do you review Reddit posts in
2 connection with Bratya's business?
3   A.  With?
4   Q.  In connection with Bratya's business?
5   A.  You mean with Bratya's investments?
6   Q.  Uh-huh.
7   A.  Yes.  I have to look at some.
8   Q.  And do you review Reddit posts to
9 understand what retail investors are thinking?
10   A.  Show me the article and I will tell you
11 if I understand what is written or not.
12   Q.  I'm just speaking -- I'm not talking
13 about any particular article or post.
14       I'm just asking generally, is the purpose
15 of your review of Reddit to understand what retail
16 investors are thinking --
17   A.  Sometimes we understand, sometimes not.
18 It depends.  Sometimes it's printed, sometimes
19 not.
20   Q.  Okay.  Why -- do you have other reasons
21 that you review Reddit?
22   A.  Why?

1   Q.  Yes.
2   A.  Because it's a point of view.
3   Q.  It's a point of view?
4   A.  Yeah.
5   Q.  More information?
6   A.  Yeah.  It's...
7   Q.  Okay.  How much time, on average, do you
8 estimate you spend on Reddit every week?
9   A.  Not much.
10   Q.  Okay.  Have you ever posted anything on
11 Reddit?
12   A.  No.
13   Q.  Have you ever interacted with somebody
14 else's post on Reddit?  Meaning you uploaded or
15 downloaded that post.
16   A.  Myself, no.  My brother did it.
17   Q.  He did.  And do you recall what he
18 uploaded or downloaded?
19   A.  What?
20   Q.  Do you recall what posts Edouard --
21   A.  I don't recall --
22   Q.  -- interacted --

1   A.  -- all of them, so if you can refresh,
2 please.
3   Q.  Are you aware that Edouard posted on
4 Reddit about Ryan Cohen?
5   A.  I saw some communications that he made.
6   Q.  Okay.  And did you know that he was going
7 to post that before he posted it?
8   A.  Did I?
9   Q.  Did you know before he posted that he was
10 going to do so?
11   A.  No.
12   Q.  Okay.  Was he posting on Reddit on behalf
13 of Bratya?
14   A.  No.
15   Q.  Okay.  Do you agree with the substance of
16 what he posted?
17   A.  It's his words.  He makes what he wants.
18   Q.  Yeah, I know it's his words, but do you
19 agree with his words?
20       MR. JAFRI:  Objection.  Form.  Which
21 posts are --
22       THE WITNESS:  I don't always agree with

1 him, and he doesn't always agree with me.
2 BY MR. GILMORE:
3   Q.  But this particular post on Reddit --
4   A.  Which one?
5   Q.  Let's take a look at it.
6       (Coti Deposition Exhibit 135 marked for
7       identification and attached to the
8       transcript.)
9       MR. GILMORE:  I'm marking Exhibit 135,
10 which has Bates number BRATYA_000107.
11 BY MR. GILMORE:
12   Q.  Have you seen this before, sir?
13   A.  I saw it.
14   Q.  Okay.  So --
15   A.  But obviously it was not posted.
16   Q.  Do you agree with this post?
17   A.  There is nothing to agree on.  It's just
18 speculation.  He's wondering about what's
19 happening.
20   Q.  Okay.  So he writes here that Bed Bath &
21 Beyond insiders would not have been able to
22 purchase shares in July, quote, if something big

# EXHIBIT 3

08/08/2022, 3:57 p.m. - David: https://www.webullapp.com/news-detail/52328259?__app_cfg__=%7B%22supportTheme%22%3Atrue%2C%22sourcePage%22%3A%22StockNews%22%7D&tickerId=913257013&disSymbol=BBBY&theme=1&color=1&hl=en&android_sdk_int=2 9&canary-version=&_v=1&sp=1&statusBarHeightV2=24&isSubsNews=false

08/08/2022, 3:57 p.m. - David: Bbby it's 52% of shares that are shorted that's huge

08/08/2022, 3:57 p.m. - David: So it can still kaifff

08/08/2022, 3:58 p.m. - David: For us putting flat on the shares and the put sales

08/08/2022, 3:58 p.m. - BO RUSSE NEW: it's violent

08/08/2022, 3:58 p.m. - David: Maybe put some calls back on??

08/08/2022, 3:58 p.m. - David: Since the vol is crazy there

08/08/2022, 4:00 p.m. - BO RUSSE NEW: call sale?

08/08/2022, 4:00 p.m. - David: Yes

08/08/2022, 4:02 p.m. - BO RUSSE NEW: in the financial logic yes

08/08/2022, 4:02 p.m. - BO RUSSE NEW: but too soon

08/08/2022, 4:02 p.m. - BO RUSSE NEW: The squeeze hasn't started

08/08/2022, 4:02 p.m. - BO RUSSE NEW: it's cheap

08/08/2022, 4:03 p.m. - BO RUSSE NEW: increase it to 20 balls possible

08/08/2022, 4:03 p.m. - BO RUSSE NEW: my thing is that you need to have pending orders. it goes so fast.

08/08/2022, 4:04 p.m. - David: We're on it

08/08/2022, 4:04 p.m. - David: The other memes are losing ground amc and gme

08/08/2022, 4:05 p.m. - BO RUSSE NEW: or get out of the positions

08/08/2022, 4:05 p.m. - BO RUSSE NEW: but not be exposed. this could become violent if there's still 50% short

08/08/2022, 4:06 p.m. - BO RUSSE NEW: it's cat piss

08/08/2022, 4:06 p.m. - BO RUSSE NEW:  Syba not bad either

08/08/2022, 10:01 p.m. - David: What a day

08/08/2022, 10:01 p.m. - David: We resumed the cash call 14 on BBBY

08/08/2022, 10:01 p.m. - David: And we'll move on

08/08/2022, 10:05 p.m. - BO RUSSE NEW: are you doing a kiff weekly?

08/08/2022, 10:07 p.m. - David:  Yes at 100k on the week and next

08/08/2022, 10:08 p.m. - David:  Well financed vol at 390

08/08/2022, 10:08 p.m. - David:  If we can hit it again it will be fine kaiff

08/08/2022, 10:08 p.m. - David:  Exiting this position with 500k would be good and a derailed roblox would be great progress

08/08/2022, 10:50 p.m. - BO RUSSE NEW: 👊🏻

08/08/2022, 10:59 p.m. - David:  Til tomorrow

08/08/2022, 11:01 p.m. - BO RUSSE NEW: with JP at +5 still 😊💸

08/09/2022, 6:43 a.m. - David: Mul who has always been a shit but realistic is in phase on a target of 20 this year 30 next 50 2024

08/09/2022, 6:44 a.m. - David: It's going great to get some back, have our 4 stocks in options and finance the purchases

08/09/2022, 6:52 a.m. - BO RUSSE NEW: I hope there's no lies this time. he repeated for 5 years that he had many avenues before calling the banks to find less and less expensive money

08/09/2022, 7:04 a.m. - BO RUSSE NEW:  The Neurocrine partnership which just failed in P2. this represented 400m possible reentry

08/09/2022, 7:05 a.m. - BO RUSSE NEW: there's waste but we just need to get there with Qu / Àpro / Pivlaz / selat

BRATYA_000744

08/09/2022, 7:05 a.m. - BO RUSSE NEW: and we're good
08/09/2022, 7:06 a.m. - David: Ponvori

08/09/2022, 7:07 a.m. - David: And how much for expenses 🤷‍♂️
08/09/2022, 7:07 a.m. - David: 900
08/09/2022, 7:08 a.m. - BO RUSSE NEW: it was precisely Neurocrine that spent
08/09/2022, 7:09 a.m. - BO RUSSE NEW: yes but no one's talking about it because the molecule goes to 0
08/09/2022, 7:12 a.m. - David: It filed them 50 bars
08/09/2022, 7:14 a.m. - BO RUSSE NEW: to exit it we just need Qu and Apro. and they're good
08/09/2022, 7:14 a.m. - BO RUSSE NEW: now we need to sell them
08/09/2022, 7:14 a.m. - BO RUSSE NEW: The rest is a bonus
08/09/2022, 11:08 a.m. - BO RUSSE NEW: Missed voice call
08/09/2022, 10:11 p.m. - David: Roblox less 13
08/09/2022, 10:12 p.m. - David: Back to 40
08/09/2022, 10:12 p.m. - David: This will do it Bro also on top
08/09/2022, 10:15 p.m. - David: <Media omitted>
08/09/2022, 10:15 p.m. - David: It will end up with a float of 30 points tomorrow more if the rinok helps
08/10/2022, 12:10 a.m. - David: <Media omitted>
08/10/2022, 6:22 a.m. - BO RUSSE NEW: hello Bro
08/10/2022, 6:22 a.m. - BO RUSSE NEW: ohhh crazy 💸👍🏻
08/10/2022, 6:39 a.m. - BO RUSSE NEW: we need a squeeze on Beyond and we're good
08/10/2022, 6:39 a.m. - BO RUSSE NEW: and JP at 20 with an announcement
08/10/2022, 6:39 a.m. - BO RUSSE NEW: back on track
08/10/2022, 6:46 a.m. - BO RUSSE NEW: Elon Musk offloads nearly $7 billion in Tesla stock amid Twitter fight: https://on.mktw.net/3bJkU5r
08/10/2022, 6:46 a.m. - BO RUSSE NEW: damn he's restarting 😂
08/10/2022, 8:22 a.m. - David: Jp at 30 👍🏻🤣🤷‍♂️ with the position still argued
08/10/2022, 8:22 a.m. - David: The pineapple
08/10/2022, 8:22 a.m. - David: But the brother buying back also
08/10/2022, 8:22 a.m. - BO RUSSE NEW: not for 7B🤵
08/10/2022, 8:23 a.m. - David: No I know
08/10/2022, 8:23 a.m. - David: But when they want to make it go up again
08/10/2022, 8:27 a.m. - BO RUSSE NEW:
08/10/2022, 8:32 a.m. - David: If before the end of summer we've cleaned out our option positions and we're flat or positive and we put the beauty back at significant levels....we can hope to end the year on a positive note again
08/10/2022, 8:32 a.m. - David: With jp coming back to have some collat
08/10/2022, 9:03 a.m. - BO RUSSE NEW: yes ideal scenario
08/10/2022, 9:04 a.m. - BO RUSSE NEW: there are some surprises coming in both directions
08/10/2022, 9:06 a.m. - David: That's business and life
08/10/2022, 9:08 a.m. - BO RUSSE NEW: yes
08/10/2022, 11:03 a.m. - BO RUSSE NEW: Missed voice call
08/12/2022, 8:14 a.m. - David: "Gold loses its appeal as hawkish fed comments offset slowing inflation"

https://fr.investing.com/news/commodities-news/lor-perd-de-son-attrait-alors-que-les-commentaires-hawkish-de-la-fed-compensent-le-ralentissement-de-linflation-2109982
08/12/2022, 5:36 p.m. - David: Bed Bath & Beyond Stock Has Rallied. But Not Enough to Shake This Bear.
https://www.barrons.com/articles/bed-bath-beyond-stock-rally-bearish-analyst-51660311787?st=h2nlyfpdsk

BRATYA_000745

8c05k&mod=webullrss

08/12/2022, 5:37 p.m. - David:  Maybe buy a put if there's equity offering and sell some calls

08/12/2022, 5:40 p.m. - BO RUSSE NEW: <Media omitted>

08/14/2022,                    9:04                    a.m.                    -                    David: https://www.jeuxvideo.com/news/1617062/xiaomi-vient-de-coiffer-elon-musk-au-poteau-dans-la-fabricatio n-du-robot-tesla.htm

08/14/2022, 9:18 a.m. - BO RUSSE NEW: he's a hasbeen in everything but it's the best in Com and he's in the US

08/15/2022, 2:43 p.m. - David: BBBY WILL BE A NICE POSITION

08/15/2022, 2:46 p.m. - BO RUSSE NEW: Yes strong

08/15/2022, 2:46 p.m. - BO RUSSE NEW: 🙂

08/15/2022, 2:47 p.m. - BO RUSSE NEW: do you have the table with the new positions?

08/15/2022, 2:52 p.m. - David: No August 15 but I'm going to have the p and l

08/16/2022, 1:32 p.m. - David: "BlackRock advises to be wary of the summer stock rally"

https://fr.investing.com/news/stock-market-news/blackrock-conseille-de-se-mefier-du-rallye-dete-des-actions-2110562

08/16/2022, 1:32 p.m. - BO RUSSE NEW: Yes. we feel it but at what level and when. .

08/16/2022, 1:32 p.m. - BO RUSSE NEW: same as in 2001

08/16/2022, 1:33 p.m. - BO RUSSE NEW: rally and behind..

08/16/2022, 1:41 p.m. - David: Wire transfers ok 👍🏻

08/16/2022, 1:42 p.m. - David: To crédit nord

08/16/2022, 1:42 p.m. - David:  Thanks Bro

08/16/2022, 1:42 p.m. - BO RUSSE NEW: Great Koffo 👏👏

08/16/2022, 2:36 p.m. - David: Bed Bath & Beyond is a sell at B. Riley Financial due to 'unrealistic valuation' https://seekingalpha.com/news/3873536-bed-bath-beyond-is-a-sell-at-b-riley-financial-due-to-unrealistic-val uation?utm_source=webull.com&utm_medium=referral

08/16/2022, 2:36 p.m. - David: Can you send me the article

08/16/2022, 2:36 p.m. - David: It is true but Gme and amc that was the case...and this has boost

08/16/2022, 2:42 p.m. - BO RUSSE NEW: yes

08/16/2022, 2:47 p.m. - BO RUSSE NEW:  B. Riley Financial is the latest firm to warn on runaway valuation for Bed Bath & Beyond (NASDAQ:BBBY).

Analyst Susan Anderson downgraded Bed Bath & Beyond (BBBY) to a Sell rating from Neutral following the meme-inspired rally over the last month that flies in the face of sales and margin fundamentals.

"We have seen the stock increase more than 3x since BBBY reported a very weak 1Q leading to the ousting of CEO at the time Mark Tritton. BBBY has recently gained the attention of retail traders in the Wall Street Bets Reddit forum again, which gained notoriety during the Gamestop saga back in January 2021. We believe that BBBY is currently trading at unrealistic valuations."

Despite the bearish outlook from Anderson and team, it was noted that BBBY may have a lifeline if it uses the share price pop to raise capital through an at-the-market offering.

B. Riley assigned a price target of $5 to BBBY to rep about 69% downside potential.

08/17/2022, 8:27 a.m. - David: Maybe kaiff purchase a put on BBBY

08/17/2022, 8:28 a.m. - David: I can actually see it getting knocked down right away by 20 or 30 points

BRATYA_000746

08/17/2022, 8:29 a.m. - David: And then it will rest a moment before having another spike if an increase in shorts
08/17/2022, 8:29 a.m. - BO RUSSE NEW: but we're one way
08/17/2022, 8:30 a.m. - BO RUSSE NEW: we would need some out to put back
08/17/2022, 8:32 a.m. - David: Like before in put and we're out
08/17/2022, 8:32 a.m. - David: We need to have good timing and go
08/17/2022, 8:32 a.m. - David: Let's get out with a nice deal
08/17/2022, 8:34 a.m. - BO RUSSE NEW: Yes but we have an over leverage option
08/17/2022, 8:34 a.m. - BO RUSSE NEW: so potentially dead if it starts badly
08/17/2022, 8:34 a.m. - BO RUSSE NEW: or at the wrong time. we saw yesterday
08/17/2022, 8:35 a.m. - BO RUSSE NEW: at that point you exit the call sales and take puts
08/17/2022, 8:35 a.m. - BO RUSSE NEW: no exposure and possible much larger gain
08/17/2022, 8:36 a.m. - David: Yes
08/17/2022, 8:36 a.m. - David: But it takes getting beaten for a day to do it
08/17/2022, 8:37 a.m. - BO RUSSE NEW: exactly
08/17/2022, 8:49 a.m. - BO RUSSE NEW: the rynoks conditions are not good
08/17/2022, 8:51 a.m. - David: This helps too
08/17/2022, 8:51 a.m. - David: To make it go up
08/17/2022, 8:51 a.m. - David: If the market falls it will collapse
08/17/2022, 8:55 a.m. - David: <Media omitted>
08/17/2022, 8:57 a.m. - David: Yesterday was unpleasant but I think it was the pick point of the squeeze and today it will start again
08/17/2022, 8:57 a.m. - David: Have you seen the volume
08/17/2022, 8:57 a.m. - David: The guys got wiped and fell behind
08/17/2022, 8:58 a.m. - David: Also I don't think he had time to raise the money
08/17/2022, 8:58 a.m. - David: And even if money is raised
08/17/2022, 8:58 a.m. - David: Then it drops due to dilution and we can rework
08/17/2022, 9:01 a.m. - BO RUSSE NEW: in the logic yes
08/17/2022, 9:07 a.m. - David: So without having had the peak we will have a good deal 🤣
08/17/2022, 9:08 a.m. - David: And our logic will work 😉 💪🏻
08/17/2022, 9:11 a.m. - David: Strength and courage mark to market yesterday 1.7 we could have had 5
08/17/2022, 9:11 a.m. - David: So 🙏🏻🙏🏻
08/17/2022, 9:16 a.m. - BO RUSSE NEW: 👀🙏🏻
08/17/2022, 9:16 a.m. - BO RUSSE NEW: yes we have to be right
08/17/2022, 9:17 a.m. - BO RUSSE NEW: Cohen says the same thing
08/17/2022, 9:17 a.m. - BO RUSSE NEW: 🤣🍍
08/17/2022, 9:49 a.m. - David: Him it is fine
08/17/2022, 9:50 a.m. - David: Everything must be hedged
08/17/2022, 9:50 a.m. - David: At 4 it was worth putting it back on but given how things look I held off
08/17/2022, 9:50 a.m. - David: Already happy to have found the tunes
08/17/2022, 10:01 a.m. - BO RUSSE NEW: yes
08/17/2022, 10:01 a.m. - David: Pre market at plus 17
08/17/2022, 10:09 a.m. - BO RUSSE NEW: that doesn't mean anything
08/17/2022, 10:09 a.m. - BO RUSSE NEW: yesterday -4 in pre
08/17/2022, 10:10 a.m. - BO RUSSE NEW: The premarket is the ape mongols
08/17/2022, 10:11 a.m. - BO RUSSE NEW: we're in full squeeze this depends on how much they put back on the table today to keep the trend

08/17/2022, 10:11 a.m. - BO RUSSE NEW: the more they sell at this price the less it can fall afterwards

08/17/2022, 10:12 a.m. - BO RUSSE NEW: the apes keep this shit for 10 years 😜

08/17/2022, 10:16 a.m. - BO RUSSE NEW: we shouldn't take this shit up to 80 🙈

08/17/2022, 10:24 a.m. - David: The most important thing is to know where the short position is

08/17/2022, 10:26 a.m. - BO RUSSE NEW: that bloomberg may update in real time

08/17/2022, 10:31 a.m. - David: S3 partners

08/17/2022, 10:52 a.m. - BO RUSSE NEW: we need the rynoks to drop 1 or 2% in lj

08/17/2022, 10:52 a.m. - BO RUSSE NEW: this will immediately calm it down

08/17/2022, 11:13 a.m. - David: Yes but the 1.9 of collat in the air

08/17/2022, 11:13 a.m. - David: The same with Tesla

08/17/2022, 11:13 a.m. - BO RUSSE NEW: Logical

08/17/2022, 11:14 a.m. - BO RUSSE NEW: disastrous

08/17/2022, 11:35 a.m. BO RUSSE NEW: the calls are now unbuyable

08/17/2022, 11:36 a.m. BO RUSSE NEW: <Media omitted>

08/17/2022, 11:46 a.m. - David: There are 3 stages of secu

08/17/2022, 11:47 a.m. - David: Call u when I finish the bank

08/17/2022, 11:54 a.m. - BO RUSSE NEW: 👌

08/17/2022, 9:01 p.m. - David: Onna had to resele the shares at 27….

08/17/2022, 9:01 p.m. - David: Since no cash the system blocked everything

08/17/2022, 9:02 p.m. - David: We made 300k profit it bought back calls…

08/17/2022, 9:02 p.m. - David: It's shit but it will end well

08/17/2022, 9:02 p.m. - David: Hang in there

08/17/2022, 9:15 p.m. - BO RUSSE NEW: 🙈

08/17/2022, 9:16 p.m. - BO RUSSE NEW: less expo of the rolls in fact at least?

08/17/2022, 9:19 p.m. - David: Yes

08/17/2022, 9:19 p.m. - David: And tomorrow the market beating that takes it

08/17/2022, 9:25 p.m. - BO RUSSE NEW: hang in there 👏🙏👏

08/17/2022, 10:11 p.m. - David: Ryan Cohen sells his entire stake in Bed Bath & Beyond https://seekingalpha.com/news/3874286-ryan-cohen-sells-his-entire-stake-in-bed-bath-beyond?utm_source=webull.com&utm_medium=referral

08/17/2022, 10:31 p.m. - David: Send me the article

08/17/2022, 10:31 p.m. - David: BROOO

08/17/2022, 10:31 p.m. - David: This removes so much pressure

08/17/2022, 10:31 p.m. - David: On the position 🤣

08/17/2022, 10:31 p.m. - BO RUSSE NEW: I'm looking for better

08/17/2022, 10:31 p.m. - David: And I had nothing on call

08/17/2022, 10:31 p.m. - David: But tomorrow at these levels we need to sell the shares

08/17/2022, 10:32 p.m. - David: Even at a 100k loss

08/17/2022, 10:31 p.m. - BO RUSSE NEW: it's nowhere

08/17/2022, 10:32 p.m. - David: The filing is the most important thing

08/17/2022, 10:32 p.m. - David: That it published

08/17/2022, 10:33 p.m. - BO RUSSE NEW: <Media omitted>

08/17/2022, 10:33 p.m. - BO RUSSE NEW: <Media omitted>

08/17/2022, 10:33 p.m. - BO RUSSE NEW: <Media omitted>

08/17/2022, 10:33 p.m. - BO RUSSE NEW: <Media omitted>

08/17/2022, 10:38 p.m. - BO RUSSE NEW: for the right to sell

08/17/2022, 10:39 p.m. - BO RUSSE NEW: and why didn't he sell the company? possible?

BRATYA_000748

08/17/2022, 10:40 p.m. - BO RUSSE NEW: it's just the right to sell within 6 months
08/17/2022, 10:42 p.m. - BO RUSSE NEW: so he doesn't want the stock price to drop before selling
08/17/2022, 10:42 p.m. - BO RUSSE NEW: it will come out with a press release tomorrow
08/17/2022, 10:43 p.m. - BO RUSSE NEW: we'll have to be ready to react
08/17/2022, 10:52 p.m. - David: Yes he has one of his holdings
08/17/2022, 10:52 p.m. - David: Which is smashing the shorters
08/17/2022, 10:52 p.m. - David: Not the end of the deal
08/17/2022, 10:53 p.m. - David: But we have to read between the lines
08/17/2022, 10:53 p.m. - David: We will see
08/17/2022, 10:53 p.m. - David: To resell the 86k shares remaining
08/17/2022, 10:54 p.m. - David: But the calls will take a loss
08/17/2022, 10:54 p.m. - David: I don't think sale of company jy
08/17/2022, 10:55 p.m. - David: I think he has a put so he has covered calls and comes out as king
08/17/2022, 10:55 p.m. - David: The mongols pay 150 profit bars for him
08/18/2022, 2:25 a.m. - David: <Media omitted>
08/18/2022, 2:25 a.m. - David: He sold the position??
08/18/2022, 2:25 a.m. - David: But given the positions it's hot to buy
08/18/2022, 2:26 a.m. - David: Or by selling shares and the short sellers pay the premium
08/18/2022, 2:26 a.m. - David: We need to do a debrief on this tomorrow
08/18/2022, 2:26 a.m. - David: Since we're good on comprehensive understanding between lines
08/18/2022, 6:53 a.m. - BO RUSSE NEW: person doesn't understand the truth I read the 220 comments
08/18/2022, 6:54 a.m. - BO RUSSE NEW:  The fact is that he lost 100m since he had purchased at 15 and that person didn't want to finance the company, he went bankrupt in 2 weeks. so he had to get out of his calls
08/18/2022, 6:56 a.m. - BO RUSSE NEW: with his announcement on the calls the thing popped and in the line he apparently completed the filing to be able to sell (no link found with the SEC). maybe it's a fake released by short sellers...my rumor exists
08/18/2022, 6:56 a.m. - BO RUSSE NEW: whatever happens he had to get out of his idea of calls to issue new shares or prove to the funds he brought in to finance that he could add value
08/18/2022, 6:59 a.m. - BO RUSSE NEW: he had to wait 2 days so tomorrow to have the sale filing if he sold.
08/18/2022, 7:02 a.m. - BO RUSSE NEW: https://money.yahoo.com/ryan-cohen-bed-bath-beyond-august-17-202557136.html
08/18/2022, 8:08 a.m. - David: https://slice42.com/leconomie-impressionnante-du-tesla-semi-par-rapport-a-un-camion-diesel/
08/18/2022, 12:57 p.m. - David:  I think they will sell Buybuybaby and on the announcement he will get out
08/18/2022, 12:58 p.m. - David:  I think it is like that and it will be rebooosted
08/18/2022, 12:58 p.m. - David:  Urfeeling?
08/18/2022, 12:58 p.m. - David:  This explains a lot of things
08/18/2022, 12:58 p.m. - BO RUSSE NEW: Yes that is good logic
08/18/2022, 12:59 p.m. - BO RUSSE NEW: if it's not released yet. but it will be tomorrow
08/18/2022, 12:59 p.m. - David:  That's also why a lot of people got out because they know the redhead in particular
08/18/2022, 12:59 p.m. - David: He got out
08/18/2022, 1:00 p.m. - BO RUSSE NEW: so to exit the uncovered calls
08/18/2022, 1:00 p.m. - David: But the deal is finalized that's cash in the bo
08/18/2022, 1:00 p.m. - David: Yes in part or putting calls on face
08/18/2022, 1:00 p.m. - David: Ya a great thing to do
08/18/2022, 1:01 p.m. - David: And this is within 90 days

08/18/2022, 1:02 p.m. - BO RUSSE NEW: yes

08/18/2022, 1:04 p.m. - David: I'm going to buy the put anyway since this will swing on the potential exit by cohen but it will happen on a very big push

08/18/2022, 1:10 p.m. - BO RUSSE NEW: very possible

08/18/2022, 1:10 p.m. - BO RUSSE NEW: that's why he already took it

08/18/2022, 1:10 p.m. - BO RUSSE NEW: and that this continues on an announcement to exit at the top

08/18/2022, 1:12 p.m. - David: I think so 08/18/2022, 1:13 p.m. - David: It would hold up

08/18/2022, 1:14 p.m. - David: And so should we cover our shares ???

08/18/2022, 1:18 p.m. - BO RUSSE NEW: with put?

08/18/2022, 1:19 p.m. - BO RUSSE NEW: this will be very expensive given the dough it takes

08/18/2022, 1:19 p.m. - BO RUSSE NEW: on 10 it will be possible

08/18/2022, 7:05 p.m. - David: https://www.cnbc.com/2022/06/29/bed-bath-beyond-says-its-still-open-to-selling-its-buybuy-baby-division.html

08/18/2022, 7:05 p.m. - David: 🤩🤩🤩 hodl hodl hodl

08/18/2022, 7:07 p.m. - BO RUSSE NEW: June 29

08/18/2022, 7:08 p.m. - David: Exactly

08/18/2022, 7:08 p.m. - David: And it's done 🤡🤡🤡

08/18/2022, 7:08 p.m. - David: When it was at the lowest 🙈🙈🙈

08/18/2022,                7:09                p.m.                -                David: https://www.webullapp.com/news-detail/1660841460204?__app_cfg__=%7B%22supportTheme%22%3Atrue%7D&sourcePage=StockNews&tickerId=913257013&disSymbol=BBBY&theme=1&color=1&hl=en&android_sdk_int=29&canary-version=&_v=1&sp=1&statusBarHeightV2=24&isSubsNews=false

08/18/2022, 7:09 p.m. - David: The pinworms

08/18/2022, 7:14 p.m. - BO RUSSE NEW: We will see he's right at the end

08/18/2022, 7:15 p.m. - David: Papa Cohen

08/18/2022, 7:15 p.m. - David: He put together a crazy deal with Blackrock

08/18/2022, 7:15 p.m. - David: Which is supported by idiots 🍍🍍🍍

08/18/2022, 7:16 p.m. - BO RUSSE NEW: in any case on reddit

08/18/2022, 7:16 p.m. - BO RUSSE NEW: it's boiling hot

08/18/2022, 7:16 p.m. - BO RUSSE NEW: the guys don't give up

08/18/2022, 7:23 p.m. - David: Like every time and it ends up going away

08/18/2022, 7:23 p.m. - David: They are fueled with information by the company 🤡

08/18/2022, 7:23 p.m. - David: That's obvious

08/18/2022, 7:25 p.m. - David: I think we are underestimating the power of their action with the funds

08/18/2022, 7:25 p.m. - David: And the high frequency trading

08/18/2022, 7:25 p.m. - David: They have the method the tools

08/18/2022, 7:26 p.m. - BO RUSSE NEW: when you're the N1 meme stock in the world

08/18/2022, 7:27 p.m. - BO RUSSE NEW: you have leverage to not stay at 1.5B

08/18/2022, 7:38 p.m. - David: And you're already a billionaire on these deals there 🤑🤑🤑

08/18/2022, 7:39 p.m. - David: And you say you will create value for all of your shareholders 🤑🤑🤑

08/18/2022, 7:39 p.m. - David: So even those who got back in at 50

08/18/2022,                7:40                p.m.                - David:https://www.webullapp.com/news-detail/1660840440213?__app_cfg__=%7B%22supportTheme%22%3Atrue%7D&sourcePage=StockNews&tickerId=913257013&disSymbol=BBBY&theme=1&color=1&hl=en&android_sdk_int=29&canary-version=&_v=1&sp=1&statusBarHeightV2=24&isSubsNews=false

08/18/2022, 7:40 p.m. - David: I don't believe that

08/18/2022, 7:41 p.m. - David: 2013 at 84 🥴 🥴 🥴
08/18/2022, 7:41 p.m. - David: All the shareholders
08/18/2022, 7:41 p.m. - David: Ask Barbelaii what he thinks about it
08/18/2022, 7:42 p.m. - David: At 84 that's more than 30 bars
08/18/2022, 7:42 p.m. - David: That would be crazy
08/18/2022, 7:43 p.m. - BO RUSSE NEW: 🙊
08/18/2022, 7:44 p.m. - BO RUSSE NEW: its calls that means turnover
08/18/2022, 7:50 p.m. - David: Maaaaaa
08/18/2022, 7:51 p.m. - David: 22.5 turnover would do it 😬
08/18/2022, 7:53 p.m. - David: Buy buy baby purchased in 2007 for 67m usd
08/18/2022, 7:53 p.m. - David:😭😭😭
08/18/2022, 8:15 p.m. - David: 500 shares the guys take 300000 guys in the world that's 150 million shares
08/18/2022, 8:15 p.m. - David: CRAMER says they can do GME bis
08/18/2022, 8:15 p.m. - David: Even worse 🚀🚀🚀
08/18/2022, 8:18 p.m. - BO RUSSE NEW: 🚀🚀🚀
08/18/2022, 8:18 p.m. - BO RUSSE NEW: did you give the 100?
08/18/2022, 8:23 p.m. - David: 50
08/18/2022, 8:23 p.m. - David: 450 expo
08/18/2022, 8:24 p.m. - David: At 120 we would say we would have done better to follow cohen on gme then on Bbby than jp in 5 years 🤹🤹🤹
08/18/2022, 8:32 p.m. - BO RUSSE NEW: 😂that is clear 👋
08/18/2022, 11:34 p.m. - David: The CFO is selling his shares at 25 😭😭😭
08/18/2022, 11:34 p.m. - David: Understood we made bezoz
08/18/2022, 11:34 p.m. - BO RUSSE NEW: 🙊
08/18/2022, 11:34 p.m. - BO RUSSE NEW: fuck
08/18/2022, 11:34 p.m. - BO RUSSE NEW: odd that's nothing for him
08/18/2022, 11:35 p.m. - BO RUSSE NEW: he also gives the profits to the company
08/18/2022, 11:35 p.m. - David: But I don't understand that
08/18/2022, 11:36 p.m. - BO RUSSE NEW: if he made a profit as an insider the cash went to the company
08/18/2022, 11:36 p.m. - BO RUSSE NEW: he destroys trust in gme
08/18/2022, 11:37 p.m. - David: I don't understand the move
08/18/2022, 11:37 p.m. - BO RUSSE NEW: for a ridiculous amount for him
08/18/2022, 11:37 p.m. - BO RUSSE NEW: 🤔
08/18/2022, 11:37 p.m. - David: That's odd
08/18/2022, 11:37 p.m. - David: I don't understand it
08/18/2022, 11:37 p.m. - BO RUSSE NEW: we will find out in the coming weeks
08/18/2022, 11:37 p.m. - David: even days
08/18/2022, 11:38 p.m. - BO RUSSE NEW: but if he still had taken 300 or 400 bars
08/18/2022, 11:38 p.m. - BO RUSSE NEW: but the…. 🤔
08/18/2022, 11:38 p.m. - BO RUSSE NEW: they're watching your dub
08/18/2022, 11:38 p.m. - BO RUSSE NEW: bbby was saying it was still in partnership with RCV
08/18/2022, 11:39 p.m. - BO RUSSE NEW: I understand nothing
08/18/2022, 11:46 p.m. - David: Me neither and all the cash goes to the company

08/08/2022, 15:57 - David:        https://www.webullapp.com/news-detail/52328259?__app_cfg__=%7B%22supportTheme%22%3Atrue%2C%22sourcePage%22%3A%22StockNews%22%7D&tickerId=913257013&disSymbol=BBBY&theme=1&color=1&hl=en&android_sdk_int=29&canary-version=&_v=1&sp=1&statusBarHeightV2=24&isSubsNews=false

08/08/2022, 15:57 - David: Bbby cest 52% des shares qui sont shorted cest collossal

08/08/2022, 15:57 - David: Donc ca peut encore kaifff

08/08/2022, 15:58 - David: Pour nous mettre flat sur les titres et les ventes de put

08/08/2022, 15:58 - BO RUSSE NEW: c'est violent

08/08/2022, 15:58 - David: Peut être remettre des call dessus ??

08/08/2022, 15:58 - David: Car la vol est dingue la

08/08/2022, 16:00 - BO RUSSE NEW: vente de call?

08/08/2022, 16:00 - David: Yes

08/08/2022, 16:02 - BO RUSSE NEW: dans la logique financière oui

08/08/2022, 16:02 - BO RUSSE NEW: mais trop tot

08/08/2022, 16:02 - BO RUSSE NEW: Le squeeze a pas démarré

08/08/2022, 16:02 - BO RUSSE NEW: elle est pas chère

08/08/2022, 16:03 - BO RUSSE NEW: la faire monter à 20 balles possible

08/08/2022, 16:03 - BO RUSSE NEW: me truc c'est qu'il faut avoir des ordres pending . ca va tellement vite.

08/08/2022, 16:04 - David: On est dessus

08/08/2022, 16:04 - David: Les autres meme lachent du terrain amc et gme

08/08/2022, 16:05 - BO RUSSE NEW: soit sortir les poses

08/08/2022, 16:06 - BO RUSSE NEW: mais pas s'exposer. ca peut envoyer violent si ya encore 50%short

08/08/2022, 16:06 - BO RUSSE NEW: c'est du pipi chat la

08/08/2022, 16:06 - BO RUSSE NEW: Syba pas mal aussi

08/08/2022, 22:01 - David: Quelle journée

08/08/2022, 22:01 - David: On a repris du cash call 14 sur BBBY

08/08/2022, 22:01 - David: Et on avance

08/08/2022, 22:05 - BO RUSSE NEW: tu t'es fais un kiff weekly?

08/08/2022, 22:07 - David: Yes a 100k sur week et next

08/08/2022, 22:08 - David: Bien financé vol a 390

08/08/2022, 22:08 - David: Si on peut en retaper ca va bien kaiff

08/08/2022, 22:08 - David: Sortir de ce dossier avec 500k ca mettrait bien et un roblox qui deraille ferait une top avancée

08/08/2022, 22:50 - BO RUSSE NEW: 👊🏻

08/08/2022, 22:59 - David: A demain

08/08/2022, 23:01 - BO RUSSE NEW: avec JP à +5 encore 😊

09/08/2022, 06:43 - David: Mul qui a tjs été une merde mais réaliste eat en phase sur un target de 20 this year 30 next 50 2024

09/08/2022, 06:44 - David: Ca va super ca pour en remettre , avoir nos 4 titres en options et financer les achats

09/08/2022, 06:52 - BO RUSSE NEW: j'espère que cette fois ci c'est sans mensonges. il a répète 5 ans avoir beaucoup davenues avant d'appeler les banques pour trouver du blé de moins en moins cher

09/08/2022, 07:04 - BO RUSSE NEW: Le partenariat Neurocrine qui vient de faile en P2. ca représentait 400m possible de rentrée

09/08/2022, 07:05 - BO RUSSE NEW: yen a du déchets mais faut juste qu'il y arrive avec Qu / Àpro/ Pivlaz / selat

09/08/2022, 07:05 - BO RUSSE NEW: et la on est good

BRATYA_000744

09/08/2022, 07:06 - David: Ponvori

09/08/2022, 07:07 - David: Et combien de dépenses 🤣

09/08/2022, 07:07 - David: 900

09/08/2022, 07:08 - BO RUSSE NEW: justement c'est Neurocrine qui depensait

09/08/2022, 07:09 - BO RUSSE NEW: yes mais personne n'en parle car la molécule tourne à 0

09/08/2022, 07:12 - David: Il leur a limé 50 barres

09/08/2022, 07:14 - BO RUSSE NEW: pour s'en sortir faut juste Qu et Apro. et ils sont good

09/08/2022, 07:14 - BO RUSSE NEW: now faut les vendre

09/08/2022, 07:14 - BO RUSSE NEW: Le reste c'est bonnus

09/08/2022, 11:08 - BO RUSSE NEW: Missed voice call

09/08/2022, 22:11 - David: Roblox moins 13

09/08/2022, 22:12 - David: Retour a 40

09/08/2022, 22:12 - David: Ca va le faire Bro aussi la dessus

09/08/2022, 22:15 - David: <Media omitted>

09/08/2022, 22:15 - David: Elle va finir avec une taloche de 30 points demain en plus si le rinok aide

10/08/2022, 00:10 - David: <Media omitted>

10/08/2022, 06:22 - BO RUSSE NEW: hello Bro

10/08/2022, 06:22 - BO RUSSE NEW: ohhh ouf 💸👌🏻

10/08/2022, 06:39 - BO RUSSE NEW: il faut un squeeze sur Beyond et on est goods

10/08/2022, 06:39 - BO RUSSE NEW: et JP à 20 avec une annonce

10/08/2022, 06:39 - BO RUSSE NEW: back on track

10/08/2022, 06:46 - BO RUSSE NEW: Elon Musk offloads nearly $7 billion in Tesla stock amid Twitter fight: https://on.mktw.net/3bJkU5r

10/08/2022, 06:46 - BO RUSSE NEW: putain il recommence 😂

10/08/2022, 08:22 - David: Jp a 30 🤣🤣 avec encore la pose argumentée

10/08/2022, 08:22 - David: L'ananas

10/08/2022, 08:22 - David: Mais le frère en rachete aussi

10/08/2022, 08:22 - BO RUSSE NEW: pas pour 7B 🙍‍♂️

10/08/2022, 08:23 - David: Non je sais

10/08/2022, 08:23 - David: Mais quand ils veulent faire remonter

10/08/2022, 08:27 - BO RUSSE NEW: yes

10/08/2022, 08:32 - David: Si avant fin été on a clean nos poses options qu'on est flat voir positif et que l'on remet du beau sur des levels appreciables....on pourra espérer again finir l'année en positif

10/08/2022, 08:32 - David: Avec jp qui revient pour avoir du collat

10/08/2022, 09:03 - BO RUSSE NEW: yes scénario ideal

10/08/2022, 09:04 - BO RUSSE NEW: yen a des surprises à venir dans les 2 sens

10/08/2022, 09:06 - David: C'est le business et la life

10/08/2022, 09:08 - BO RUSSE NEW: yes

10/08/2022, 11:03 - BO RUSSE NEW: Missed voice call

12/08/2022, 08:14 - David: "L'Or perd de son attrait alors que les commentaires hawkish de la Fed compensent le ralentissement de l'inflation"

https://fr.investing.com/news/commodities-news/lor-perd-de-son-attrait-alors-que-les-commentaires-hawkish-de-la-fed-compensent-le-ralentissement-de-linflation-2109982

12/08/2022, 17:36 - David: Bed Bath & Beyond Stock Has Rallied. But Not Enough to Shake This Bear. https://www.barrons.com/articles/bed-bath-beyond-stock-rally-bearish-analyst-51660311787?st=h2nlyfpdsk8c05k&mod=webullrss

CONFIDENTIAL

BRATYA_000745

12/08/2022, 17:37 - David: Peut être acheter un put si ya equity offering et vendre des call

12/08/2022, 17:40 - BO RUSSE NEW: <Media omitted>

14/08/2022, 09:04 - David: https://www.jeuxvideo.com/news/1617062/xiaomi-vient-de-coiffer-elon-musk-au-poteau-dans-la-fabrication-du-robot-tesla.htm

14/08/2022, 09:18 - BO RUSSE NEW: il est hasbeen dans tout mais c'est le meilleur en Com et il est aux US

15/08/2022, 14:43 - David: BBBY CA VA ETRE UN DOSSIER SYMPA

15/08/2022, 14:46 - BO RUSSE NEW: Yes grave

15/08/2022, 14:46 - BO RUSSE NEW: 🤐

15/08/2022, 14:47 - BO RUSSE NEW: t'as le tableau avec les new poses?

15/08/2022, 14:52 - David: No 15 aout mais je vais avoir le p and l

16/08/2022, 13:32 - David: "BlackRock conseille de se méfier du rallye d'été des actions"

https://fr.investing.com/news/stock-market-news/blackrock-conseille-de-se-mefier-du-rallye-dete-des-actions-2110562

16/08/2022, 13:32 - BO RUSSE NEW: Yes. on le sent mais à quel level et qd . .

16/08/2022, 13:32 - BO RUSSE NEW: même que en 2001

16/08/2022, 13:33 - BO RUSSE NEW: rallye et derrière..

16/08/2022, 13:41 - David: Virements ok 👍🏻

16/08/2022, 13:42 - David: Au crédit nord

16/08/2022, 13:42 - David: Merci Bro

16/08/2022, 13:42 - BO RUSSE NEW: Top Koffo 🙏🏻

16/08/2022, 14:36 - David: Bed Bath & Beyond is a sell at B. Riley Financial due to 'unrealistic valuation' https://seekingalpha.com/news/3873536-bed-bath-beyond-is-a-sell-at-b-riley-financial-due-to-unrealistic-valuation?utm_source=webull.com&utm_medium=referral

16/08/2022, 14:36 - David: Tu peux me send l'article

16/08/2022, 14:36 - David: It is true mais Gme et amc c'était le cas....et ca a boost

16/08/2022, 14:42 - BO RUSSE NEW: yes

16/08/2022, 14:47 - BO RUSSE NEW: B. Riley Financial is the latest firm to warn on runaway valuation for Bed Bath & Beyond (NASDAQ:BBBY)

Analyst Susan Anderson downgraded Bed Bath & Beyond (BBBY) to a Sell rating from Neutral following the meme-inspired rally over the last month that flies in the face of sales and margin fundamentals.

"We have seen the stock increase more than 3x since BBBY reported a very weak 1Q leading to the ousting of CEO at the time Mark Tritton. BBBY has recently gained the attention of retail traders in the Wall Street Bets Reddit forum again, which gained notoriety during the Gamestop saga back in January 2021. We believe that BBBY is currently trading at unrealistic valuations."

Despite the bearish outlook from Anderson and team, it was noted that BBBY may have a lifeline if it uses the share price pop to raise capital through an at-the-market offering.

B. Riley assigned a price target of $5 to BBBY to rep about 69% downside potential.

17/08/2022, 08:27 - David: Peut être kaiff d'acheter un put sur BBBY

17/08/2022, 08:28 - David: Moi je la vois bien se faire demater directement de 20 ou 30 points

17/08/2022, 08:29 - David: Et après elle va rester un moment avant de reavoir un spike si hausse du short

17/08/2022, 08:29 - BO RUSSE NEW: mais on est one way

BRATYA_000746

17/08/2022, 08:30 - BO RUSSE NEW: faudrait qu'une partie sorte pour remettre
17/08/2022, 08:32 - David: Comme avant en put et on est sorti
17/08/2022, 08:32 - David: La faut avoir le bon timing et go
17/08/2022, 08:32 - David: On sort avec un beau deal
17/08/2022, 08:34 - BO RUSSE NEW: Yes mais on est en option over leverage
17/08/2022, 08:34 - BO RUSSE NEW: donc potentiellement dead si ça part mal
17/08/2022, 08:34 - BO RUSSE NEW: ou au mauvais moment. on a vu hier
17/08/2022, 08:35 - BO RUSSE NEW: à ce moment là tu sors les ventes de call et prend des puts
17/08/2022, 08:35 - BO RUSSE NEW: pas d'exposition et possible gain beaucoup plus gros
17/08/2022, 08:36 - David: Yes
17/08/2022, 08:36 - David: Mais la faut que ca bastonne une journee pour le faire
17/08/2022, 08:37 - BO RUSSE NEW: exact
17/08/2022, 08:49 - BO RUSSE NEW: les conditions de rynoks sont pas bonnes
17/08/2022, 08:51 - David: Ca aide aussi
17/08/2022, 08:51 - David: A la faire monter
17/08/2022, 08:51 - David: Si le marché baisse elle se tartera
17/08/2022, 08:55 - David: <Media omitted>
17/08/2022, 08:57 - David: Ca fait pas plaisir la journée d'hier mais je pense c'était le pick point du squeeze et today elle se retarte
17/08/2022, 08:57 - David: Tas vu le volume
17/08/2022, 08:57 - David: Les mecs se sont fait torcher et la rebaisse derrière
17/08/2022, 08:57 - David: En plus il a pas eu le temps je pense de lever l'oseille
17/08/2022, 08:58 - David: Et meme si oseille levé
17/08/2022, 08:58 - David: Alors ca baisse car dilution et on peut rebosser
17/08/2022, 09:01 - BO RUSSE NEW: dans la logique yes
17/08/2022, 09:07 - David: Alors a defaut davoit eu le pic on va avoir un good deal 🤣
17/08/2022, 09:08 - David: Et notre logique va marcher 😊💪🏻
17/08/2022, 09:11 - David: Force et courage mark to market hier 1.7 on aurait pu avoir 5
17/08/2022, 09:11 - David: Donc 💪🏻💪🏻💪🏻
17/08/2022, 09:16 - BO RUSSE NEW: 🙏🏻💪🏻
17/08/2022, 09:16 - BO RUSSE NEW: yes faut avoir raison
17/08/2022, 09:17 - BO RUSSE NEW: Cohen se dit la même
17/08/2022, 09:17 - BO RUSSE NEW: 👍🏻😂
17/08/2022, 09:49 - David: Lui it is fine
17/08/2022, 09:50 - David: Tout doit être couvert
17/08/2022, 09:50 - David: A 4 ca valait le coup den remettre mais vu la gueule du portif je m'étais abstenu
17/08/2022, 09:50 - David: Deja happy davoir retrouvé les tunes
17/08/2022, 10:01 - BO RUSSE NEW: yes
17/08/2022, 10:01 - David: Pre market a plus 17
17/08/2022, 10:09 - BO RUSSE NEW: ca veut rien dire
17/08/2022, 10:09 - BO RUSSE NEW: hier -4 en pre
17/08/2022, 10:10 - BO RUSSE NEW: Le pré market c'est les mongoles apes
17/08/2022, 10:11 - BO RUSSE NEW: on est en plein squeeze ça dépend de combien ils remettent sur la table today pour garder le trend
17/08/2022, 10:11 - BO RUSSE NEW: plus ils vendent à ce prix moins ça peut rabaisser après
17/08/2022, 10:12 - BO RUSSE NEW: les apes ils gardent ces merdes pendant 10 ans 😂
17/08/2022, 10:16 - BO RUSSE NEW: faut pas qu'il emmène cette merde jusqu'à 80 🙆🏿‍♀️

BRATYA_000747

17/08/2022, 10:24 - David: Le most important cest de savoir ou en est la position short
17/08/2022, 10:26 - BO RUSSE NEW: que bloomberg qui peut actualiser en real time
17/08/2022, 10:31 - David: S3 partners
17/08/2022, 10:52 - BO RUSSE NEW: faut que les rynoks lâchent 1 ou 2 % en 1j
17/08/2022, 10:52 - BO RUSSE NEW: ca va direct la calmer
17/08/2022, 11:13 - David: Yes mais la 1.9 de collat en l'air
17/08/2022, 11:13 - David: La misma qu avec Tesla
17/08/2022, 11:13 - BO RUSSE NEW: Logique
17/08/2022, 11:14 - BO RUSSE NEW: catastropha
17/08/2022, 11:35 - BO RUSSE NEW: les call c'est inachetable now
17/08/2022, 11:36 - BO RUSSE NEW: <Media omitted>
17/08/2022, 11:46 - David: Ya 3 étages de secu
17/08/2022, 11:47 - David: Call u quand je finis la banque
17/08/2022, 11:54 - BO RUSSE NEW: 👌🏻
17/08/2022, 21:01 - David: Onna du revendre les titres a 27....
17/08/2022, 21:01 - David: Car pas le cash le systeme a tout blocked
17/08/2022, 21:02 - David: On a fait 300k de profit ca rachete des call...
17/08/2022, 21:02 - David: Cest la merde mais ca finira bien
17/08/2022, 21:02 - David: Allez courage
17/08/2022, 21:15 - BO RUSSE NEW: 🙈
17/08/2022, 21:16 - BO RUSSE NEW: moins dexpo des rolls de fait au moins ?
17/08/2022, 21:19 - David: Yes
17/08/2022, 21:19 - David: Et demain la torgniole market qui l'emmène
17/08/2022, 21:25 - BO RUSSE NEW: allez 👌🏻 🙏🏻 👊🏻
17/08/2022, 22:11 - David: Ryan Cohen sells his entire stake in Bed Bath & Beyond
 https://seekingalpha.com/news/3874286-ryan-cohen-sells-his-entire-stake-in-bed-bath-
beyond?utm_source=webull.com&utm_medium=referral
17/08/2022, 22:31 - David: Send ne mmmme the article
17/08/2022, 22:31 - David: BROOO
17/08/2022, 22:31 - David: Ca retire tellement de pression
17/08/2022, 22:31 - David: Sur la pose 🤣
17/08/2022, 22:31 - BO RUSSE NEW: je cherche mieux
17/08/2022, 22:31 - David: Et javais rien cut en call
17/08/2022, 22:31 - David: Mais demain sur ces levels faut vendre les titres
17/08/2022, 22:32 - David: Meme à perte de 100k
17/08/2022, 22:32 - BO RUSSE NEW: c'est nul part
17/08/2022, 22:32 - BO RUSSE NEW: Le plus important le filing
17/08/2022, 22:32 - David: Quil a published
17/08/2022, 22:33 - BO RUSSE NEW: <Media omitted>
17/08/2022, 22:33 - BO RUSSE NEW: <Media omitted>
17/08/2022, 22:33 - BO RUSSE NEW: <Media omitted>
17/08/2022, 22:33 - BO RUSSE NEW: <Media omitted>
17/08/2022, 22:38 - BO RUSSE NEW: for the right to sell
17/08/2022, 22:39 - BO RUSSE NEW: et ce qu'il a pas vendu la boite ? possible ?
17/08/2022, 22:40 - BO RUSSE NEW: c'est juste le droit de vendre dans les 6 mois
17/08/2022, 22:42 - BO RUSSE NEW: donc il veut pas que le cours tombe avant de vendre
17/08/2022, 22:42 - BO RUSSE NEW: il va arriver demain avec un communiqué

BRATYA_000748

17/08/2022, 22:43 - BO RUSSE NEW: va falloir être prêt à réagir
17/08/2022, 22:52 - David: Yes a une de ses holding
17/08/2022, 22:52 - David: Qui defonce les shorters
17/08/2022, 22:52 - David: Pas la fin du deal
17/08/2022, 22:53 - David: Mais faut lire entre les lignes
17/08/2022, 22:53 - David: On va voir
17/08/2022, 22:53 - David: Pour revendre les 86k shares quil reste
17/08/2022, 22:54 - David: Mais les call vont prendre un pete
17/08/2022, 22:54 - David: Vente de boite jy crois pas
17/08/2022, 22:55 - David: Je pense il a put a donf call couverts et sort en king
17/08/2022, 22:55 - David: Les mongols payent pour lui 150 barres de profit
18/08/2022, 02:25 - David: <Media omitted>
18/08/2022, 02:25 - David: Il a vendu la tole??
18/08/2022, 02:25 - David: Mais vu les poses cest chaud a acheter
18/08/2022, 02:26 - David: Ou alors en vendant des titres et les short sellers payent le premium
18/08/2022, 02:26 - David: Faut demain qu'on se debrief cela
18/08/2022, 02:26 - David: Car on est bon en comprehensive understanding between lines
18/08/2022, 06:53 - BO RUSSE NEW: personne ne comprend la vérité j'ai lu les 220 commentaires
18/08/2022, 06:54 - BO RUSSE NEW: Le fait est qu'il perdait 100m car il avait acheté a 15. et que personne ne voulait financer la boite, elle était bankroute ya 2 semaines. donc il a du sortir ses call
18/08/2022, 06:56 - BO RUSSE NEW: avec son annonce sur les call le truc à Pop et dans la lignée il a apparemment rempli le filling pour pouvoir vendre. ( pas de lien trouvé à la Sec). c'est peut être un faux sorti par des short sellers... ma rumeur existe
18/08/2022, 06:58 - BO RUSSE NEW: quoi qu'il arrive il fallait sortir son idée des calls pour émettre de nouvelles shares ou alors prouver à des fonds qu'il a fait rentrer pour financer qu'il pouvait donner de la valo
18/08/2022, 06:59 - BO RUSSE NEW: il faut attendre 2j donc demain pour avoir le filling de vente si il a vendu.
18/08/2022, 07:02 - BO RUSSE NEW: https://money.yahoo.com/ryan-cohen-bed-bath-beyond-august-17-202557136.html
18/08/2022, 08:08 - David: https://slice42.com/leconomie-impressionnante-du-tesla-semi-par-rapport-a-un-camion-diesel/
18/08/2022, 12:57 - David: Je pense qu'ils vendent Buybuybaby et sur l'annonce il va sortir
18/08/2022, 12:58 - David: I think it is like that et ca va reboo005ted
18/08/2022, 12:58 - David: Ur feeling?
18/08/2022, 12:58 - David: Ca explique bcp de choses
18/08/2022, 12:58 - BO RUSSE NEW: Yes c'est une bonne logique
18/08/2022, 12:59 - BO RUSSE NEW: si Il est pas encore sorti. mais ca on le saura demain
18/08/2022, 12:59 - David: C'est aussi pour cela que bcp sont sortis car ils savent le rouquin notamment
18/08/2022, 12:59 - David: Il est pas sorti
18/08/2022, 13:00 - BO RUSSE NEW: donc sortir les call non couverts
18/08/2022, 13:00 - David: Mais le deal est finalisé ca fait du cash a la boite
18/08/2022, 13:00 - David: Yes en partie ou mettre des calls en face
18/08/2022, 13:00 - David: Ya un super truc a faire
18/08/2022, 13:01 - David: Et c'est dans les 90 jours
18/08/2022, 13:02 - BO RUSSE NEW: yes
18/08/2022, 13:04 - David: Je vais acheter le put anyway car ca va swinguer sur la sortie potentielle de cohen mais elle se fera sur un very big push

BRATYA_000749

18/08/2022, 13:10 - BO RUSSE NEW: très possible
18/08/2022, 13:10 - BO RUSSE NEW: c'est pour ca qu'il l'a déjà emmène la
18/08/2022, 13:10 - BO RUSSE NEW: et que ca continue sur une annonce pour sortir au top
18/08/2022, 13:12 - David: I think so
18/08/2022, 13:13 - David: Ca tiendrait la route
18/08/2022, 13:14 - David: Et alors est ce que l'on couvre nos titres ???
18/08/2022, 13:18 - BO RUSSE NEW: avec put?
18/08/2022, 13:19 - David: ca va coûter super cher vu la tarte qu'elle prend
18/08/2022, 13:19 - BO RUSSE NEW: sur 10 ça va être possible
18/08/2022,  19:05  -  David:  https://www.cnbc.com/2022/06/29/bed-bath-beyond-says-its-still-open-to-selling-its-buybuy-baby-division.html
18/08/2022, 19:05 - David: 🤩 🤩 hodl hodl hodl
18/08/2022, 19:07 - BO RUSSE NEW: 29 juin
18/08/2022, 19:08 - David: Exactly
18/08/2022, 19:08 - David: Et la c'est fait 🥴 🥴 🥴
18/08/2022, 19:08 - David: Quand elle etait au plus bas 🙈 🙈 🙈
18/08/2022,       19:09       -       David:       https://www.webullapp.com/news-detail/1660841460204?__app_cfg__=%7B%22supportTheme%22%3Atrue%7D&sourcePage=StockNews&tickerId=913257013&disSymbol=BBBY&theme=1&color=1&hl=en&android_sdk_int=29&canary-version=&_v=1&sp=1&statusBarHeightV2=24&isSubsNews=false
18/08/2022, 19:09 - David: Les oxyures
18/08/2022, 19:14 - BO RUSSE NEW: On verra qui aura raison at the end
18/08/2022, 19:15 - David: Papa Cohen
18/08/2022, 19:15 - David: Il a monté une opération de dingue avec Blackrock
18/08/2022, 19:15 - David: Qui soutient c'est des putains 👏 👏 👏
18/08/2022, 19:16 - BO RUSSE NEW: en tout cas sur reddit
18/08/2022, 19:16 - BO RUSSE NEW: c'est chaud bouillant l
18/08/2022, 19:16 - BO RUSSE NEW: les mecs lâchent rien
18/08/2022, 19:23 - David: Comme a chaque fois et ca finit par partir
18/08/2022, 19:23 - David: Ils sont fuelled d'informations par la boite 🤨
18/08/2022, 19:23 - David: Cest évident
18/08/2022, 19:25 - David: Je pense qu'on sous estime le power de leur action avec les fonds
18/08/2022, 19:25 - David: Et le trading a haute fréquence
18/08/2022, 19:25 - David: Ils ont l'a méthode les outils
18/08/2022, 19:26 - BO RUSSE NEW: qd t'es même stock N1 au monde
18/08/2022, 19:27 - BO RUSSE NEW: t'as du levier pour pas rester à 1.5B
18/08/2022, 19:38 - David: Et que tes deja billionaire sur ces operations la 🤣 🤣 🤣
18/08/2022, 19:39 - David: Et que tu dis on va creer de la valo pour tous les actionnaires 🤣 🤣 🤣
18/08/2022, 19:39 - David: Donc meme ceux rentrés a 50
18/08/2022,       19:40       -       David:       https://www.webullapp.com/news-detail/1660840440213?__app_cfg__=%7B%22supportTheme%22%3Atrue%7D&sourcePage=StockNews&tickerId=913257013&disSymbol=BBBY&theme=1&color=1&hl=en&android_sdk_int=29&canary-version=&_v=1&sp=1&statusBarHeightV2=24&isSubsNews=false
18/08/2022, 19:40 - David: Ca jy crois pas
18/08/2022, 19:41 - David: 2013 a 84 🥴 🥴 🥴
18/08/2022, 19:41 - David: Tous les actionnaires
18/08/2022, 19:41 - David: Demandes a Barbelaiii ce quil en pense

BRATYA_000750

18/08/2022, 19:42 - David: A 84 c'est plus de 30 barres
18/08/2022, 19:42 - David: La c'est serait dingue
18/08/2022, 19:43 - BO RUSSE NEW: 🙊
18/08/2022, 19:44 - BO RUSSE NEW: ses call ça veut dire ca
18/08/2022, 19:50 - David: Maaaaaaaa
18/08/2022, 19:51 - David: 22.5 ca ferait 😉
18/08/2022, 19:53 - David: Buy buy baby achete en 2007 a 67 m usd
18/08/2022, 19:53 - David: 😱😱😱
18/08/2022, 20:15 - David: 500 shares les mecs prennent 300000 mecs dans le monde cest 150 millions de shares
18/08/2022, 20:15 - David: CRAMER dit qu'ils peuvent faire GME bis
18/08/2022, 20:15 - David: Meme pire😱😱😱
18/08/2022, 20:18 - BO RUSSE NEW: 🚀🚀🚀
18/08/2022, 20:18 - BO RUSSE NEW: t'as remis les 100?
18/08/2022, 20:23 - David: 50
18/08/2022, 20:23 - David: 450 expo
18/08/2022, 20:24 - David: A 120 on dira on aurait mieux fait de suivre cohen sur gme puis sur Bbby que jp en 5 ans 🤣🤣🤣
18/08/2022, 20:32 - BO RUSSE NEW: 😂 c'est net 🙊
18/08/2022, 23:34 - David: Le daf vend ses actions a 25😱😱😱
18/08/2022, 23:34 - David: Compris on s'est fait bezos
18/08/2022, 23:34 - BO RUSSE NEW: 🙊
18/08/2022, 23:34 - BO RUSSE NEW: fuck
18/08/2022, 23:34 - BO RUSSE NEW: bizarre c'est rien pour lui
18/08/2022, 23:35 - BO RUSSE NEW: il donne en plus les profits a la boîte
18/08/2022, 23:35 - David: Mais je comprends pas ca
18/08/2022, 23:36 - BO RUSSE NEW: si il faisait un profit en tant quinsider le cash allait pour la boite
18/08/2022, 23:36 - BO RUSSE NEW: il fout en l'air la confiance dans gme
18/08/2022, 23:37 - David: Je comprends pas le move
18/08/2022, 23:37 - BO RUSSE NEW: pour une somme ridiculous pour lui
18/08/2022, 23:37 - BO RUSSE NEW: 🤔
18/08/2022, 23:37 - David: C'est bizarre
18/08/2022, 23:37 - David: Je ne comprends pas
18/08/2022, 23:37 - BO RUSSE NEW: on va le savoir dans les weeks qui viennent
18/08/2022, 23:37 - BO RUSSE NEW: voir days
18/08/2022, 23:38 - BO RUSSE NEW: mais si encore il avait prit 300 ou 400 barres
18/08/2022, 23:38 - BO RUSSE NEW: mais la... 🤔
18/08/2022, 23:38 - BO RUSSE NEW: regardent ton dub
18/08/2022, 23:38 - BO RUSSE NEW: bbby disait être encore en partenariat avec RCV
18/08/2022, 23:39 - BO RUSSE NEW: je comprends rien
18/08/2022, 23:46 - David: Moi non plus et tout le cash va a la boite

BRATYA_000751

# EXHIBIT 4

03/22/2021, 06:18 - David: Do you think we're playing around with it or has it already been integrated?
03/22/2021, 06:23 - BO RUSSE NEW: I won't try anything except shorting this shit
03/22/2021, 06:25 - David: It's tense regardless
03/22/2021, 06:25 - BO RUSSE NEW: what's more, when an ETF comes along, all the big institutional investors move out of pure crypto and into ETFs. Storage is still completely unsecured
03/22/2021, 06:26 - BO RUSSE NEW: should not have fomo at this level
03/22/2021, 06:26 - BO RUSSE NEW: wait for it to come
03/22/2021, 06:26 - David: So the etf buys back nothing changes
03/22/2021, 06:26 - David: That's what I was saying to Marko
03/22/2021, 06:26 - David: He says you have to take Neo and all its issues
03/22/2021, 06:26 - BO RUSSE NEW: it has ever ascended to heaven in the history of the world
03/22/2021, 06:27 - David: Because it dropped I told him it's still going to take another 20 25 points easy
03/22/2021, 06:27 - BO RUSSE NEW: should definitely not have fomo at definitely not at these levels
03/22/2021, 06:27 - David: He is not convinced
03/22/2021, 06:27 - David: It's how I see it and that's why Ion releases so much stuff
03/22/2021, 06:27 - BO RUSSE NEW: we must continue to build quality on our values
03/22/2021, 06:28 - BO RUSSE NEW: the games stop and barbelay at -90% in 3 sessions
03/22/2021, 06:28- David: Yes I stay traditional
03/22/2021, 06:28 - BO RUSSE NEW: and it's settled
03/22/2021, 06:28- David: So they puts are crazy like bill Gross
03/22/2021, 06:28 - BO RUSSE NEW: you don't play with $1,400 given by the state
03/22/2021, 06:29 - BO RUSSE NEW: you have to be serious
03/22/2021, 06:29 - David: We're OK
03/22/2021, 06:29 - BO RUSSE NEW: we're going to keep on rolling like crazy. everyone else is going to get put to bed
03/22/2021, 06:29 - BO RUSSE NEW: history repeats itself
03/22/2021, 06:30 - David: He still has his own room in Birzha and twice as much in real estate 3 properties at 45, he's good when you see the guys properly
03/22/2021, 06:30 - BO RUSSE NEW: yes it really is crazy
03/22/2021, 06:30 - BO RUSSE NEW: but you have to be careful
03/22/2021, 06:30 - BO RUSSE NEW: the rise is 3 or 5 yeas
03/22/2021, 06:31 - BO RUSSE NEW: years
03/22/2021, 06:31 - BO RUSSE NEW: the decline is 15 days
03/22/2021, 06:32 - David: His shack in Germany he bought for 500 10 years ago it is worth 1 and DUB he put 1 in with credit in his passiolok
03/22/2021, 06:32 - David: On 1 even at minus 20 it will take them back
03/22/2021, 06:32 - David: But yes, the drop goes quickly, and that's what I expect from Tesla
03/22/2021, 06:35 - BO RUSSE NEW: you have to stay calm. that's what you tell me all the time
03/22/2021, 06:25 - BO RUSSE NEW: should not have fomo at this level
03/22/2021, 06:36 - BO RUSSE NEW: you've seen the days in goes down
03/22/2021, 06:36 - BO RUSSE NEW: you have 1 little week like that
03/22/2021, 06:36 - BO RUSSE NEW: only one week
03/22/2021, 06:36 - BO RUSSE NEW: and 70% of the market is dead
03/22/2021, 06:37 - David: Yes but that was a 100% pure casino speculation
03/22/2021, 06:37 - David: Like when I launched gamestop again
03/22/2021, 06:38 - David: I'm going to name the volume, the results are on the 23rd, it's going to take a beating and go straight back out the window, I think there's a ticket up for grabs
03/22/2021, 06:39 - David: <Media omitted>

BRATYA_000619

03/22/2021, 06:40 - David: Can you find that for me?
03/22/2021, 06:40 - David: It's so long ago
03/22/2021, 06:40 - BO RUSSE NEW: that's exactly it… it has nothing to do with the investment
03/22/2021, 06:41 - BO RUSSE NEW: and you don't do it on the sums processed
03/22/2021, 06:41 - David: That's true, but when you've gotten some nice tickets, adding a little something is never a bad thing
03/22/2021, 06:41 - BO RUSSE NEW: it's good for Barbeul who makes 15k and gets bent over backwards

03/22/2021, 06:41 - David: No I'm talking 50 100k I'm not going to put 5 bar on it 🤩
03/22/2021, 06:41 - David: Well, we're a long way from that
03/22/2021, 06:41 - BO RUSSE NEW: I'm looking 🤓
03/22/2021, 06:48 - David: <Media omitted>
03/22/2021, 06:48 - BO RUSSE NEW: black bottle?
03/22/2021, 06:48 - David: This is the one that Vassily brought to the pre-dinner drinks - it was just as crazy as the rose or minuty.
03/22/2021, 06:49 - David: This is the competition category
03/22/2021, 06:49 - David: Look at what you have
03/22/2021, 06:53 - BO RUSSE NEW: ok
03/22/2021, 06:54 - David: The ail day where dad took these dates is JBR in the bar opposite you?
03/22/2021, 06:57 - BO RUSSE NEW: yes
03/22/2021, 06:57 - BO RUSSE NEW: opposite sidewalk
03/22/2021, 06:57 - BO RUSSE NEW: you have to go up the double staircase

03/22/2021, 06:57 - David: At the top 👆🏻 I can see where I'm going to park
03/22/2021, 06:59 - BO RUSSE NEW: TTTTTESTING

03/22/2021, 07:02 - David: Yes that's the most practical 🤪

03/22/2021, 07:02 - David: I just checked for Tonay 🤪
03/22/2021, 07:03 - BO RUSSE NEW: they won't be coming in the end
03/22/2021, 07:03 - BO RUSSE NEW: we're staying in Mougin
03/22/2021, 07:03 - BO RUSSE NEW: we don't have to pay

03/22/2021, 07:18 - David: 🙈🙈🙈
03/22/2021, 09:44 - David: For the time being, there's not much to put on levels other than the fact that the volume is rising, so it's not bad for small transactions
03/22/2021, 09:46 - BO RUSSE NEW: yes that's it
03/22/2021, 09:46 - BO RUSSE NEW: it enables great small tickets
03/22/2021, 09:46 - BO RUSSE NEW: at good levels
03/22/2021, 10:10 - David: Yes
03/22/2021, 10:10 - BO RUSSE NEW: great I'm buying it
03/22/2021, 10:10 - BO RUSSE NEW: The Emirates are reactive
03/22/2021, 10:11 - David: They mean business
03/22/2021, 16:09 - David: https://youtu.be/tFE8a0Rcpbg
03/22/2021, 16:09 - David: They two assholes like it

03/22/2021, 16:11 - BO RUSSE NEW: I'm surprised 🤭
03/22/2021, 16:11 - BO RUSSE NEW: I'm choosing the one Carlos has in style
03/22/2021, 16:12 - David: Charles Cab for me and Zaune for Titi

CONFIDENTIAL

03/22/2021, 16:12 - David: 🤣🤣🤣 we'll have both

03/22/2021, 16:13 - BO RUSSE NEW: 😂

03/22/2021, 16:13 - BO RUSSE NEW: if it's going to JP of course 😇

03/22/2021, 16:18 - David: Yeah or to Game stop it will be much quicker to execute if I have a Bill Gross
03/23/2021, 06:03 - David: Price Reduced | Upgraded Duplex | Stunning Views
https://www.bayut.com/property/details-4935310.html
03/23/2021, 06:17 - BO RUSSE NEW: wow, it's starting to be nice on the surface
03/23/2021, 06:17 - BO RUSSE NEW: which tower is it?
03/23/2021, 06:18 - BO RUSSE NEW: the ones where we picked up the Cali?
03/23/2021, 06:22 - BO RUSSE NEW: did you sell the gme Bro?
03/23/2021, 06:31 - David: Yes
03/23/2021, 06:31 - David: Better still, they're right in front, with marina access.
03/23/2021, 06:32 - David: I'll take you from the other side
 03/23/2021, 06:32 - David: Nakheel Mall walking distance away from the parking
03/23/2021, 06:58 - BO RUSSE NEW: great
03/23/2021, 06:59 - BO RUSSE NEW: wow
03/23/2021, 11:24 - David: https://lexpansion.lexpress.fr/actualite-economique/enquete-les-spac-
nouveaux-joujoux-de-la-finance_2147086.html
03/23/2021, 13:15 - David: "Bitcoin is going to explode to $300,000 and then crash 90% in a new Crypto
Winter"

https://fr.investing.com/news/cryptocurrency-news/le-bitcoin-pourrait-bondir-a-300000-avant-
une-chute-de-90-et-un-nouvel-hiver-crypto-2010553

03/23/2021, 13:15 - David: If we managed to put that in place 🤣🤣🤣🤣

03/23/2021, 13:17 - BO RUSSE NEW: the bullshit 🙈
03/23/2021, 13:27 - BO RUSSE NEW: they're doing my head in
03/23/2021, 13:27 - BO RUSSE NEW: I've been shit at Crypto from the start
03/23/2021,           21:52          -          David:          https://pub.webull.com/us/news-
html/d471d3dff69c470b9323f77ef318bd0b.html?theme=1&_v=1&color=1&hl=en&sp=1&_v=1&theme=1
&color=1&hl=en&theme=1

03/23/2021, 21:53 - David: And it's going up to 600 🤣🤣🤣
03/23/2021,           21:53          -          David:          https://pub.webull.com/us/news-
html/0f431080e0274d968b50ee296ca28ebc.html?theme=1&_v=1&color=1&hl=en&sp=1&_v=1&theme=
1&color=1&hl=en&theme=1

03/24/2021, 06:40 - BO RUSSE NEW: it's not ugly but it's clearly not worth that 😇🕯️
03/24/2021, 06:40 - David: Should have done much much more
03/24/2021, 06:41 - David: Guys told me u master better
03/24/2021, 06:41 - David: Than katy
03/24/2021, 06:41 - David: We're going to put 80 nominal coins
03/24/2021, 06:41 - David: With the vol
03/24/2021, 06:41 - BO RUSSE NEW: already great for having striked
03/24/2021, 06:42 - David: It's off back at 3
03/24/2021, 06:42 - BO RUSSE NEW: nothing can be achieved in 1 day

BRATYA_000621

03/24/2021, 06:42 - David: If you close yes
03/24/2021, 06:42 - David: No stress
03/24/2021, 06:42 - David: I'm putting it back
03/24/2021, 06:44 - BO RUSSE NEW: we'll see when the markets open. it's still nauseating
03/24/2021, 15:14 - BO RUSSE NEW: how many car shares are there after the Dillu?
03/24/2021, 15:15 - David: There should be 14

03/24/2021, 15:16 - BO RUSSE NEW: so 100 that should be easy
03/24/2021, 15:22 - David: Of course
03/24/2021, 15:26 - BO RUSSE NEW: hardos the rynok
03/24/2021, 15:32 - David: Yeah
03/24/2021, 15:34 - David: <Media omitted>
03/24/2021, 15:34 - David: It doesn't want to
03/24/2021, 15:34 - BO RUSSE NEW: yes fuck I saw
03/24/2021, 15:35 - BO RUSSE NEW: they definitely have a plan or an announcement with Betsy
03/24/2021, 15:35 - BO RUSSE NEW: They are going to release the first US figures
03/24/2021, 15:35 - BO RUSSE NEW: I can't see any other way
03/24/2021, 15:35 - BO RUSSE NEW: Soft, third point, they're not coming in to be bent straight away
03/24/2021, 15:38 - David: But they came in lower
03/24/2021, 15:40 - BO RUSSE NEW: No
03/24/2021, 15:40 - BO RUSSE NEW: $10
03/24/2021, 15:41 - BO RUSSE NEW: it's the same story as Spac
03/24/2021, 15:41 - BO RUSSE NEW: they placed for 650m
03/24/2021, 15:42 - BO RUSSE NEW: at the same level as the Spac
03/24/2021, 16:01 - David: As long as it's green
03/24/2021, 16:02 - BO RUSSE NEW: yes it keeps you waiting

03/24/2021, 16:19 - BO RUSSE NEW: did you send it on GME 💪🏻👊🏻
03/24/2021, 16:56 - David: Yes
03/24/2021, 17:57 - David: I went back on April 23 with 470 in strike
03/24/2021, 17:57 - David: 525k
03/24/2021, 17:57 - David: Did I tell you I am going to look for the apartment!!! I'm going to get us 2 dols
03/24/2021, 18:01 - BO RUSSE NEW: so great for you Bro
03/24/2021, 18:01 - BO RUSSE NEW: we'll monitor that on Dub
03/24/2021, 18:01 - BO RUSSE NEW: Awesome
03/24/2021, 18:05 - David: You know once it's good they'll be kissing my ass and telling me you know it can go up to 1,000 and respond you know it can go down to 3 too....the only way you'll ever fail is by doing nothing....
03/24/2021, 18:05 - BO RUSSE NEW: yes that's true
03/24/2021, 18:05 - BO RUSSE NEW: JP can go up to 300 but can go down to 3
03/24/2021, 18:05 - BO RUSSE NEW: that's what's great
03/24/2021, 18:09 - David: Exactly
03/24/2021, 18:23 - David: Bionano
03/24/2021, 18:23 - David: Jumia
03/24/2021, 18:23 - David: I think it's a very good strategy that Ion is making
03/24/2021, 18:30 - David: I want to put down some quick stuff because I think it's going to crack under 100 quickly.
03/24/2021, 18:38 - BO RUSSE NEW: yes it's brutal
03/24/2021, 19:30 - David: https://www.reuters.com/article/us-usa-stocks-gamestop-research/jefferies-

BRATYA_000622

dramatically-increases-gamestop-price-target-idUSKBN2BG2PQ
03/24/2021, 19:41 - BO RUSSE NEW: that's when you realize that analysts are shit in a can
03/24/2021, 19:41 - BO RUSSE NEW: The guy goes from 15 to 175

03/24/2021, 19:41 - BO RUSSE NEW: 😂
03/24/2021, 19:41 - David: Of course
03/24/2021, 19:41 - BO RUSSE NEW: after the fact
03/24/2021, 19:41 - BO RUSSE NEW: as usual
03/24/2021, 19:42 - David: But that's good, it'll calm the barbarians down
03/24/2021, 19:43 - BO RUSSE NEW: yes
03/24/2021, 19:43 - BO RUSSE NEW: seriously
03/24/2021, 20:13 - David: I'm going to try squeeze like a crazy person
03/24/2021, 20:14 - David: I really would have made a crazy turnaround on this transaction I hope.
03/24/2021, 20:34 - BO RUSSE NEW: Crazy.
03/24/2021, 20:35 - BO RUSSE NEW: Tesla isn't bad either
03/24/2021, 20:35 - David: As long as it's above 100 there is a way to strike
03/24/2021, 20:36 - David: Seriously
03/24/2021, 20:36 - David: I think we can quickly recover 2-3 coins on Gamestop
03/24/2021, 20:36 - David: Given the volumes and the levels
03/24/2021, 20:37 - BO RUSSE NEW: what do you want to put on the strike
03/24/2021, 20:37 - David: The only thing is that there won't be any open sales of barbarians on it, because the guys will be too scared
03/24/2021, 20:37 - David: And also they are going to make an AC
03/24/2021, 20:38 - David: My minimum is 450
03/24/2021, 20:39 - David: But we can put 400 or 350 by taking more or fewer contracts
03/24/2021, 20:39 - David: But there is a volume at 270 350 depending on the maturities
03/24/2021, 20:42 - BO RUSSE NEW: it's crazy I'm reading the WS bet
03/24/2021, 20:42 - David: What are they saying?
03/24/2021, 20:42 - BO RUSSE NEW: all the guys are saying buy buy buy the dip
03/24/2021, 20:42 - BO RUSSE NEW: they're hotter than ever
03/24/2021, 20:43 - David: Scum bags
03/24/2021, 20:43 - David: A company that loses 500 bars, has lost half its turnover in two years and is going to raise funds .....
03/24/2021, 20:44 - David: I've chosen my side, will see next month!!!
03/24/2021, 20:44 - BO RUSSE NEW: I don't understand why they're still talking about shortsqueez

03/24/2021, 20:44 - BO RUSSE NEW: 🙈
03/24/2021, 20:44 - BO RUSSE NEW: it's over there's no more short
03/24/2021, 20:45 - BO RUSSE NEW: yes I think at worst they bring it to 200
03/24/2021, 20:46 - BO RUSSE NEW: <Media omitted>
03/24/2021, 20:46 - BO RUSSE NEW: I think there are many who are no longer understand anything
03/24/2021, 20:47 - BO RUSSE NEW: there is Cohen who is working to try and transform the company
03/24/2021, 20:47 - BO RUSSE NEW: but already to keep it at those levels you have to work
03/24/2021, 20:55 - David: That's it
03/24/2021, 20:55 - David: Obviously it was worth 10....
03/24/2021, 20:55 - David: 3 5 20
03/24/2021, 20:56 - David: And already at 40 the guys were saying it's expensive…
03/24/2021, 20:56 - BO RUSSE NEW: seriously

BRATYA_000623

03/24/2021, 20:56 - BO RUSSE NEW: putting it with the security is great
03/24/2021, 20:59 - David: At 120 it already fell…
03/24/2021, 20:59 - BO RUSSE NEW: yes it's brutal
03/24/2021, 20:59 - David: It pisses me off I just had time to put 500 contracts on today because I had to take out Boeing and the unib to make room
03/24/2021, 21:01 - BO RUSSE NEW: that's already crazy
03/24/2021, 21:02 - BO RUSSE NEW: there will still be days when it picks up 10 or 20%
03/24/2021, 21:02 - BO RUSSE NEW: the volume is violent on the rynoks now
03/24/2021, 21:02 - BO RUSSE NEW: it's going to continue
03/24/2021, 21:04 - David: But I want to structure something quick and efficient
03/24/2021, 21:04 - David: It's gunshots now
03/24/2021, 21:04 - David: You do the right thing and it's settled 2 coins taken
03/24/2021, 21:05 - David: Then you can wait for something else
03/24/2021, 21:15 - BO RUSSE NEW: yes
03/24/2021, 21:18 - David: I'm going to refine it tomorrow
03/24/2021, 21:18 - BO RUSSE NEW: if things calm down a bit
03/24/2021, 21:18 - BO RUSSE NEW: it will get bought again
03/24/2021, 21:18 - David: We don't even care as long as it pays off on a nice level....
03/24/2021, 21:19 - David: I would even tell you 250 you should go for it when you smashed the guys
03/24/2021, 21:19 - David: Bionano and jumia to be seen
03/24/2021, 21:20 - BO RUSSE NEW: it dampens a lot of guys every time it drops
03/24/2021, 21:20 - David: Yes
03/24/2021, 21:20 - David: Good night have a look tomorrow
03/24/2021, 21:20 - BO RUSSE NEW: Bionano was the exit last week?
03/24/2021, 21:20 - David: Yes the strike 7
03/24/2021, 21:21 - BO RUSSE NEW: yes it will pay for a ticket on Friday
03/24/2021, 21:21 - David: There is only cureva at 16.04 but we'll have to see if it comes out or not to maximize the thing
03/24/2021, 21:21 - David: I'm only putting Game the vol has to be used
03/24/2021, 21:22 - BO RUSSE NEW: Curevac is a great company and they are going to have the EU agreement

03/24/2021, 21:22 - David: Yes but shitty vol compared to GMe 🤣

03/24/2021, 21:22 - BO RUSSE NEW: yes that's true 😂
03/24/2021, 21:28 - David: So you've got to hit it hard
03/24/2021, 21:28 - David: Zouba Bro
03/24/2021, 21:29 - David: Minus 4 again in after

03/24/2021, 22:05 - BO RUSSE NEW: 🥰 😘

CONFIDENTIAL

22/03/2021, 06:18 - David: Tu penses qu'on se joue le truc ou c'est déjà intégré?
22/03/2021, 06:23 - BO RUSSE NEW: je tenterai rien du tout à part shorter cette merde
22/03/2021, 06:25 - David: C'est chaud quand même
22/03/2021, 06:25 - BO RUSSE NEW: en plus quand un etf arrive tt les gros institutionnels sortent de la crypto pure pour aller vers l'etf. Le storage étant complètement encore insécurisé
22/03/2021, 06:26 - BO RUSSE NEW: faut pas être fomo à ce level
22/03/2021, 06:26 - BO RUSSE NEW: attends ce qui arrive
22/03/2021, 06:26 - David: Donc l'etf rachete ca change rien
22/03/2021, 06:26 - David: C'est ce que je disais a Marko
22/03/2021, 06:26 - David: Lui il dit faut prendre Neo et toute sa derme
22/03/2021, 06:26 - BO RUSSE NEW: c'est jamais monté au ciel dans l'histoire du monde
22/03/2021, 06:27 - David: Car ca a baissé je lui dis ca va encore prendre dans le boule 20 25 points easy
22/03/2021, 06:27 - BO RUSSE NEW: faut surtt pas être fomo et surtt pas à ces levels
22/03/2021, 06:27 - David: Il est pas convaincu
22/03/2021, 06:27 - David: Moi c'est ma vision c'est pour ca que lon sort tellement de trucs
22/03/2021, 06:27 - BO RUSSE NEW: faut continuer à faire de la qualité sur nos valeurs
22/03/2021, 06:28 - BO RUSSE NEW: les games stop et barbelay c'est-90% en 3 seances
22/03/2021, 06:28 - David: Yes moi je reste traditionnel
22/03/2021, 06:28 - BO RUSSE NEW: et c'est réglé
22/03/2021, 06:28 - David: Donc des puts cest ouff comme bill Gross
22/03/2021, 06:28 - BO RUSSE NEW: on joue pas avec 1400$ donnés par l'état
22/03/2021, 06:29 - BO RUSSE NEW: faut rester serieux
22/03/2021, 06:29 - David: On est OK
22/03/2021, 06:29 - BO RUSSE NEW: on va continuer à dérouler de ouf. a côté tt le monde va se faire coucher
22/03/2021, 06:29 - BO RUSSE NEW: l'histoire se répète
22/03/2021, 06:30 - David: Il a quand meme une piece perso en birzha et le double en immobilier 3 de patrimoine a 45 balais il est bon quand tu vois les mecs biens
22/03/2021, 06:30 - BO RUSSE NEW: yes carrément c'est ouf
22/03/2021, 06:30 - BO RUSSE NEW: mais faut faire attention
22/03/2021, 06:30 - BO RUSSE NEW: la montée c'est 3 ou 5 ana
22/03/2021, 06:31 - BO RUSSE NEW: ans
22/03/2021, 06:31 - BO RUSSE NEW: la descente c'est 15j
22/03/2021, 06:32 - David: Sa baraque en allemagne il lavait acheté 500 ya 10 ans ca vaut 1 et DUB il a mis 1 dans avec credit dans son passiolok
22/03/2021, 06:32 - David: Sur 1 meme a moins 20 il les reprendra
22/03/2021, 06:32 - David: Mais oui la baisse va vite cest ce que j'attends a Tesla
22/03/2021, 06:35 - BO RUSSE NEW: faut être calme. tu me le répète tt le temps
22/03/2021, 06:35 - BO RUSSE NEW: pas être fomo à ce level
22/03/2021, 06:36 - BO RUSSE NEW: tu as vu les jours de baisse
22/03/2021, 06:36 - BO RUSSE NEW: tu fais 1 petite semaine comme ca
22/03/2021, 06:36 - BO RUSSE NEW: rien que une semaine
22/03/2021, 06:36 - BO RUSSE NEW: et 70% du marché est mort
22/03/2021, 06:37 - David: Yes mais la c'était une pur spéculation 100% casino
22/03/2021, 06:37 - David: Comme quand j'ai relancé gamestop
22/03/2021, 06:38 - David: Je vais chopper de la vol les résultats sont le 23 ca va se prendre une tolle et remonter direct dans la fenetre je pense qu'il y a un billet a prendre
22/03/2021, 06:39 - David: <Media omitted>

CONFIDENTIAL
BRATYA_000619

22/03/2021, 06:40 - David: Tu arrives a me trouver ca?
22/03/2021, 06:40 - David: C'est tellement une balle
22/03/2021, 06:40 - BO RUSSE NEW: c'est exactement ca... ca n'a rien à voir avec de l'investissement
22/03/2021, 06:41 - BO RUSSE NEW: et tu fais pas ça sur les sommes traités
22/03/2021, 06:41 - David: Exact mais quand tu as pris des beaux billets mettre un petit truc c'est jamais mauvais
22/03/2021, 06:41 - BO RUSSE NEW: c'est bien pour Barbeul qui gagne 15k et se fait plier derrière
22/03/2021, 06:41 - David: Non je parle de 50 100k je vais pas mettre 5 barres dessus 🤩
22/03/2021, 06:41 - David: Enfin la on en est loin
22/03/2021, 06:41 - BO RUSSE NEW: je mate 🤓
22/03/2021, 06:48 - David: <Media omitted>
22/03/2021, 06:48 - BO RUSSE NEW: black bottle?
22/03/2021, 06:48 - David: Cest celle ci que Vassily a ramené a lapero elle etait juste dingue comme le rose or minuty
22/03/2021, 06:49 - David: Cest la catégorie de compétition
22/03/2021, 06:49 - David: Regardes ce que tu as
22/03/2021, 06:53 - BO RUSSE NEW: ok
22/03/2021, 06:54 - David: Le all day ou dad prenait ces dates cest JBR dans la barre en face de chez toi?
22/03/2021, 06:57 - BO RUSSE NEW: yes
22/03/2021, 06:57 - BO RUSSE NEW: trotoirre den face
22/03/2021, 06:57 - BO RUSSE NEW: il faut monter le double escalier
22/03/2021, 06:57 - David: En haut 👆🏻 je vois ou jirais me garer
22/03/2021, 06:59 - BO RUSSE NEW: SSSSSONDER
22/03/2021, 07:02 - David: Ouai le plus pratique 🤣
22/03/2021, 07:02 - David: Je viens voir pour Tonay 🤙
22/03/2021, 07:03 - BO RUSSE NEW: ils viennent pas finalement
22/03/2021, 07:03 - BO RUSSE NEW: on reste à Mougin
22/03/2021, 07:03 - BO RUSSE NEW: on a pas a payer
22/03/2021, 07:18 - David: 🙈🙈🙈
22/03/2021, 09:44 - David: Ca reste sur les levels pour l'instant pas grand chose a mettre si ce n'est que la vol monte donc pas mal sur des petites operations
22/03/2021, 09:46 - BO RUSSE NEW: yes c'est ca
22/03/2021, 09:46 - BO RUSSE NEW: ca permet des ptis billets kaif
22/03/2021, 09:46 - BO RUSSE NEW: sur des bon levels
22/03/2021, 10:10 - David: Et oui
22/03/2021, 10:10 - BO RUSSE NEW: kaifff j'ai la chet
22/03/2021, 10:10 - BO RUSSE NEW: Ils sont reactifs emirates
22/03/2021, 10:11 - David: Ils veulent du business
22/03/2021, 16:09 - David: https://youtu.be/tFE8a0Rcpbg
22/03/2021, 16:09 - David: Les deux abricots ils kaiffent
22/03/2021, 16:11 - BO RUSSE NEW: tu m'étonnes 🤭
22/03/2021, 16:11 - BO RUSSE NEW: je choisis celle de Carlos en style
22/03/2021, 16:12 - David: Moi de Charles Cab et Zaune pour Titi
22/03/2021, 16:12 - David: 🤣🤣 on prend les deux
22/03/2021, 16:13 - BO RUSSE NEW: 😂
22/03/2021, 16:13 - BO RUSSE NEW: si ca envoie chez JP claro 🤭

BRATYA_000620

22/03/2021, 16:18 - David: Yeah ou chez Game stop ce sera plus rapide en execution si je me fais une Bill Gross

23/03/2021, 06:03 - David: Price Reduced | Upgraded Duplex | Stunning Views https://www.bayut.com/property/details-4935310.html

23/03/2021, 06:17 - BO RUSSE NEW: ouf. ca commence a être sympa en surface

23/03/2021, 06:17 - BO RUSSE NEW: c'est quelle tour?

23/03/2021, 06:18 - BO RUSSE NEW: celles où on a recup la Cali?

23/03/2021, 06:22 - BO RUSSE NEW: t'as revendu du gme Bro?

23/03/2021, 06:31 - David: Yes

23/03/2021, 06:31 - David: Mieux elles sont devant et avec l'accès marina

23/03/2021, 06:32 - David: Je te reprend de lautre côté

23/03/2021, 06:32 - David: Nakheel Mall a pied par les parking

23/03/2021, 06:58 - BO RUSSE NEW: kaifff

23/03/2021, 06:59 - BO RUSSE NEW: ouf

23/03/2021, 11:24 - David: https://lexpansion.lexpress.fr/actualite-economique/enquete-les-spac-nouveaux-joujoux-de-la-finance_2147086.html

23/03/2021, 13:15 - David: "Le Bitcoin va exploser à 300.000$ puis s'effondrer de 90% dans un nouvel Hiver Crypto"

https://fr.investing.com/news/cryptocurrency-news/le-bitcoin-pourrait-bondir-a-300000-avant-une-chute-de-90-et-un-nouvel-hiver-crypto-2010553

23/03/2021, 13:15 - David: Si on arrive a mettre ca en place 🤣🤣🤣🤣

23/03/2021, 13:17 - BO RUSSE NEW: les conneries 🙆🏾

23/03/2021, 13:27 - BO RUSSE NEW: ils me défoncent le cerveau

23/03/2021, 13:27 - BO RUSSE NEW: déjà j'ai été une merde en Crypto depuis le début

23/03/2021, 21:52 - David: https://pub.webull.com/us/news-html/d471d3dff69c470b9323f77ef318bd0b.html?theme=1&_v=1&color=1&hl=en&sp=1&_v=1&theme=1&color=1&hl=en&theme=1

23/03/2021, 21:53 - David: Et ca monte a 600 🤣🤣🤣

23/03/2021, 21:53 - David: https://pub.webull.com/us/news-html/0f431080e0274d968b50ee296ca28ebc.html?theme=1&_v=1&color=1&hl=en&sp=1&_v=1&theme=1&color=1&hl=en&theme=1

24/03/2021, 06:40 - BO RUSSE NEW: c'est pas ugly mais ça vaut clairement pas ça 😋👌🏻

24/03/2021, 06:40 - David: Should have done much much more

24/03/2021, 06:41 - David: Guys told me u master better

24/03/2021, 06:41 - David: Than katy

24/03/2021, 06:41 - David: Sur on va mettre 80 pieces de nominal

24/03/2021, 06:41 - David: Avec la vol

24/03/2021, 06:41 - BO RUSSE NEW: déjà kaiff d'avoir striké

24/03/2021, 06:42 - David: Ca part back at 3

24/03/2021, 06:42 - BO RUSSE NEW: rien ne se joue en 1 journée

24/03/2021, 06:42 - David: Si tu close si

24/03/2021, 06:42 - David: No stress

24/03/2021, 06:42 - David: Je remets

24/03/2021, 06:44 - BO RUSSE NEW: on va voir à l'ouverture des marchés. ca continue à gerber

24/03/2021, 15:14 - BO RUSSE NEW: ya combien d'actions car après Dillu?

24/03/2021, 15:15 - David: Il doit y avoir 14

BRATYA_000621

24/03/2021, 15:16 - BO RUSSE NEW: donc 100 ça doit y aller easy
24/03/2021, 15:22 - David: Of course
24/03/2021, 15:26 - BO RUSSE NEW: hardos le rynok
24/03/2021, 15:32 - David: Yeah
24/03/2021, 15:34 - David: <Media omitted>
24/03/2021, 15:34 - David: Ca en  veut pas
24/03/2021, 15:34 - BO RUSSE NEW: yes fuck j'ai vu
24/03/2021, 15:35 - BO RUSSE NEW: ils ont bien un plan où une annonce avec Betsy
24/03/2021, 15:35 - BO RUSSE NEW: Ils vont sortir les premiers chiffres US
24/03/2021, 15:35 - BO RUSSE NEW: je vois pas autrement
24/03/2021, 15:35 - BO RUSSE NEW: Soft, third point, ils rentrent pas pour se faire plier direct
24/03/2021, 15:38 - David: Mais ils sont rentrés plus bas
24/03/2021, 15:40 - BO RUSSE NEW: Non
24/03/2021, 15:40 - BO RUSSE NEW: 10$
24/03/2021, 15:41 - BO RUSSE NEW: c'est le pipe parallèle au Spac
24/03/2021, 15:41 - BO RUSSE NEW: pour 650m ils ont mis
24/03/2021, 15:42 - BO RUSSE NEW: au même level que le Spac
24/03/2021, 16:01 - David: Tant que  cest green
24/03/2021, 16:02 - BO RUSSE NEW: yes ca laisse patienter
24/03/2021, 16:19 - BO RUSSE NEW: t'as envoyé sur GME 👊🏻👊🏻
24/03/2021, 16:56 - David: Yes
24/03/2021, 17:57 - David: Jai remis du 23 avril avec 470 de strike
24/03/2021, 17:57 - David: 525k
24/03/2021, 17:57 - David: Je te dis je vais chercher l'appart!!! 2 dols je vais nous recup
24/03/2021, 18:01 - BO RUSSE NEW: tu kaifff trop Bro
24/03/2021, 18:01 - BO RUSSE NEW: on va monitorer ça de Dub
24/03/2021, 18:01 - BO RUSSE NEW: Kaifuliiii
24/03/2021, 18:05 - David: Tu sais une fois que ce sera good ils me lecheront le fion la ils me disent tu sais ca peut monter a 1000 et répond tu sais ca peut tomber a 3 aussi....ya quen faisant rien que tu te plantes jamais....
24/03/2021, 18:05 - BO RUSSE NEW: yes c'est vrai
24/03/2021, 18:05 - BO RUSSE NEW: JP il peut monter a 300 mais pas descendre à 3
24/03/2021, 18:05 - BO RUSSE NEW: c'est ca qui kaiff
24/03/2021, 18:09 - David: Exact
24/03/2021, 18:23 - David: Bionano
24/03/2021, 18:23 - David: Jumia
24/03/2021, 18:23 - David: La ca charcle je pense c'est une tres bonne strategie que l on fait
24/03/2021, 18:30 - David: Je veux poser des trucs rapides car je pense que ca va craquer sous les 100 rapidement
24/03/2021, 18:38 - BO RUSSE NEW: yes c'est violent
24/03/2021, 19:30 - David: https://www.reuters.com/article/us-usa-stocks-gamestop-research/jefferies-dramatically-increases-gamestop-price-target-idUSKBN2BG2PQ
24/03/2021, 19:41 - BO RUSSE NEW: c'est la que tu comprends que les analystes c'est de la merde en boite
24/03/2021, 19:41 - BO RUSSE NEW: Le mec passe de 15 a 175
24/03/2021, 19:41 - BO RUSSE NEW: 😂
24/03/2021, 19:41 - David: Claro
24/03/2021, 19:41 - BO RUSSE NEW: après coup

BRATYA_000622

24/03/2021, 19:41 - BO RUSSE NEW: comme dab
24/03/2021, 19:42 - David: Mais cest bien ca va calmer les barbelaii
24/03/2021, 19:43 - BO RUSSE NEW: yes
24/03/2021, 19:43 - BO RUSSE NEW: grave
24/03/2021, 20:13 - David: Je vais essayer de bourrer de malade
24/03/2021, 20:14 - David: Jaurais vraiment fait un turnaround de ouff sur cette op j'espère
24/03/2021, 20:34 - BO RUSSE NEW: De malade.
24/03/2021, 20:35 - BO RUSSE NEW: Tesla Pas mal non plus
24/03/2021, 20:35 - David: Tant que c'est au dessus de 100 ya moyen de taper
24/03/2021, 20:36 - David: Graaave
24/03/2021, 20:36 - David: Je pense on peut récupérer rapidos 2-3 pieces sur Gamestop
24/03/2021, 20:36 - David: Vu les vols et les niveaux
24/03/2021, 20:37 - BO RUSSE NEW: tu veux mettre quoi en strike
24/03/2021, 20:37 - David: Elle va partir tapis la seule chose cest quil y  aura pas de ventes a decouvert de barbares dessus, les mecs auront trop peur
24/03/2021, 20:37 - David: En plus ils vont faire une AC
24/03/2021, 20:38 - David: La je suis au minimum a 450
24/03/2021, 20:39 - David: Mais on peut mettre du 400 ou 350 en prenant plus et moins de contrats
24/03/2021, 20:39 - David: Mais la il y a une vol a 270 350 en fonction des échéances
24/03/2021, 20:42 - BO RUSSE NEW: c'est dingue je lis les WS bet
24/03/2021, 20:42 - David: Ils disent quoi
24/03/2021, 20:42 - BO RUSSE NEW: tt les mecs disent buy buy buy the dip
24/03/2021, 20:42 - BO RUSSE NEW: ils sont plus chaud que jamais
24/03/2021, 20:43 - David: Sacs a foutre
24/03/2021, 20:43 - David: Une tole qui perd 500 barres qui a perdu la moitié de son CA en deux ans et qui va faire une levée de fonds ....quils y aillent
24/03/2021, 20:44 - David: Moi jai choisi mon camp, will see next month!!!
24/03/2021, 20:44 - BO RUSSE NEW: je comprends pas pourquoi ils parlent encore de shortsqueez
24/03/2021, 20:44 - BO RUSSE NEW: 🙈
24/03/2021, 20:44 - BO RUSSE NEW: c'est fini ya plus de short
24/03/2021, 20:45 - BO RUSSE NEW: yes je pense au pire ils la relève à 200
24/03/2021, 20:46 - BO RUSSE NEW: <Media omitted>
24/03/2021, 20:46 - BO RUSSE NEW: je crois que c'est beaucoup de saf qui bitent plus rien
24/03/2021, 20:47 - BO RUSSE NEW: ya Cohen qui bosse pour transformer la boite
24/03/2021, 20:47 - BO RUSSE NEW: mais déjà la tenir à ces levels faut bosser
24/03/2021, 20:55 - David: C'est  Ca
24/03/2021, 20:55 - David: Claro ca valait 10....
24/03/2021, 20:55 - David: 3 5 20
24/03/2021, 20:56 - David: Et deja a 40 les mecs disaient cest cher....
24/03/2021, 20:56 - BO RUSSE NEW: grave
24/03/2021, 20:56 - BO RUSSE NEW: en mettant avec de la secu c'est kaiff
24/03/2021, 20:59 - David: A 120 déjà elle a plombé....
24/03/2021, 20:59 - BO RUSSE NEW: yes c'est violent
24/03/2021, 20:59 - David: Ca fait chier jai juste eu le temps de mettre 500 contrats today car jai du sortir Boeing et le unib pour faire de la place
24/03/2021, 21:01 - BO RUSSE NEW: c'est deja ouff
24/03/2021, 21:02 - BO RUSSE NEW: il va y a avoir encore des journées où ça reprend 10 ou 20%
24/03/2021, 21:02 - BO RUSSE NEW: la vol est violente sur les rynoks la

BRATYA_000623

24/03/2021, 21:02 - BO RUSSE NEW: ca va continuer
24/03/2021, 21:04 - David: Mais je veux structurer un truc rapide et efficace
24/03/2021, 21:04 - David: C'est des coups de fusils ça
24/03/2021, 21:04 - David: Tu fais bien et c'est réglé 2 pieces de prise
24/03/2021, 21:05 - David: Apres ca permet d'attendre un autre truc
24/03/2021, 21:15 - BO RUSSE NEW: yes
24/03/2021, 21:18 - David: Je vais affiner demain
24/03/2021, 21:18 - BO RUSSE NEW: si ca se calme un peu
24/03/2021, 21:18 - BO RUSSE NEW: ca va racheter
24/03/2021, 21:18 - David: Même on sen branle tant que ca paye sur un niveau sympa....
24/03/2021, 21:19 - David: Meme je te dirais 250 faut y aller quand tas peter des mecs
24/03/2021, 21:19 - David: Bionano et jumia a voir
24/03/2021, 21:20 - BO RUSSE NEW: ca refroidi un bon nombre de mecs à chaque baisse
24/03/2021, 21:20 - David: Yes
24/03/2021, 21:20 - David: Bonne nuit matte demain
24/03/2021, 21:20 - BO RUSSE NEW: Bionano c'était last week la sortie?
24/03/2021, 21:20 - David: Yes le strike 7
24/03/2021, 21:21 - BO RUSSE NEW: yes ca va payer pour un billet à vendredi
24/03/2021, 21:21 - David: Ya que cureva au 16.04 mais a voir si je la sort ou pas pour maximiser le truc
24/03/2021, 21:21 - David: La je mets que du Game la vol faut la croquer
24/03/2021, 21:22 - BO RUSSE NEW: Curevac c'est une belle boîte et ils vt avoir l'accord UE
24/03/2021, 21:22 - David: Oui mais vol de merde par rapport a GMe 🤣
24/03/2021, 21:22 - BO RUSSE NEW: ca c'est clair 😂
24/03/2021, 21:28 - David: Donc la faut taper dessus a fond
24/03/2021, 21:28 - David: Zouba Bro
24/03/2021, 21:29 - David: Moins 4 encore en after
24/03/2021, 22:05 - BO RUSSE NEW: 😋 😘

BRATYA_000624

# EXHIBIT 5

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                      DISTRICT OF COLUMBIA

3      In Re Bed Bath & Beyond      Case No.

4      Corporation Securities       1:22-cv-02541-TNM

5      Litigation

6      ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

7

8

9                    VIDEO DEPOSITION OF

10                   MATTHEW CAIN, Ph.D.

11

12

13                     April 4, 2024

14                   9:06 a.m. Central

15                       Pomerantz

16                 10 South LaSalle Street

17                    Chicago, Illinois

18

19

20             Stenographically Reported By:

21        Deanna Amore - CRR, RPR, CSR - 084-003999

22

23

24

25

1 anything to do with market efficiency in the
2 context of a securities class action?
3     A.  Those two studies are not related to
4 securities class actions even though they involve
5 companies that may have been subject to securities
6 class action and event studies looking at
7 information, but I don't believe either of those
8 studies were focused on securities class action
9 cases.
10    Q.  Okay.  Anything else?
11    A.  There may be some of the other studies in
12 here in which I've employed event studies, but I'd
13 have to go back and review those to refresh my
14 recollection.
15    Q.  Are any of your publications about meme
16 stocks?
17    A.  None of these publications were, no.
18    Q.  Have you ever published anything about
19 meme stocks?
20    A.  I was a co-author on a white paper that
21 was sent to the Securities & Exchange Commission
22 that involved GameStop, but that was not a
23 publication.
24    Q.  Which white paper was that?
25    A.  I don't recall the title of it.

1     Q.  And what was the -- what was the focus of
2 the paper?
3     A.  The focus of the letter to the SEC was --
4 the SEC had conducted an analysis of GameStop and
5 the movements in the stock price during a period of
6 time in which it was potentially viewed as a meme
7 stock and potentially viewed as subject to a short
8 squeeze.
9         The SEC reached certain conclusions.
10 I believe one of those conclusions was that it had
11 not succumbed to a short squeeze, and we felt that
12 the SEC had missed some of the data that was
13 necessary to answer the question that they were
14 trying to answer and that if you took a more
15 appropriate view of the relevant data, that there
16 was evidence that the company had been subject to a
17 short squeeze.
18    Q.  What is a short squeeze?
19    A.  Generally speaking, a short squeeze is
20 when a company's stock prices can be pushed higher
21 because a number of people have engaged in short
22 selling of the company's stock, and there may be a
23 liquidity crunch or an inability of investors to go
24 out and acquire shares to cover their short
25 positions.

1         So if a number of investors are betting
2 that the stock price is going to fall and the stock
3 price starts increasing, they may have to post
4 collateral or meet margin requirements or they may
5 wish to exit their short positions entirely due to
6 losses that they are incurring, but when they go
7 out to try to acquire shares to close out those
8 short positions or post collateral for margin
9 requirements, there's a shortage of shares, and
10 that can cause an increase in demand for purchasing
11 the stock, and that increase in the demand for
12 shares can push the stock price higher.
13        And that's essentially what we're talking
14 about with a short squeeze.
15    Q.  Okay.  A short squeeze can artificially
16 inflate the price of a security for a period of
17 time?
18    A.  That is possible, yes.
19    Q.  Because there's this artificial pressure
20 to buy the stock, and there's also an absence of
21 more short sellers because they can't borrow the
22 stock, and the result of those dynamics pushes the
23 price of the stock up?
24    A.  That's one possibility, yes.
25    Q.  And, typically, that dynamic doesn't last

1 forever; correct?
2     A.  That is correct, yes.
3     Q.  And, typically, when that dynamic has
4 ceased to be occurring, the artificially inflated
5 share price would then decline?
6     A.  Typically, if there is, in fact, a short
7 squeeze that has pushed the price up, then when
8 that short squeeze is alleviated, the stock price
9 can come back down, yes.
10    Q.  And this dynamic of artificially inflating
11 the price of the stock, those price movements are
12 generally not regarded as being grounded in the
13 fundamentals of the company.  They are grounded in
14 this temporary market dynamic; is that fair?
15    A.  I think it probably depends on the
16 specific company or the specific circumstances.  So
17 I think it would be difficult to generalize in
18 terms of that question.
19    Q.  You may have short sellers that are
20 shorting the stock because they think the
21 fundamentals don't support the share price; is that
22 fair?
23    A.  You can definitely have some investors
24 that feel that way, yes.
25    Q.  But when a short squeeze is happening, the

4 (Pages 10 - 13)

Page 14

1  price is going up not because of some information
2  about the company's performance, it's going up
3  because of this market dynamic of short sellers
4  being forced to buy to cover their position?
5      A.  Well, it depends.  That can be one
6  possibility, but it's not the only possibility.
7      There can be -- and, actually, I would say
8  frequently, if not universally, there can be
9  divergence of opinions within any given company's
10 investors.  So you may have some investors who
11 believe the company is overvalued relative to
12 fundamentals, but you may have other investors who
13 believe it represents a buying opportunity.  So
14 just that divergence of opinion can cause different
15 types of stock price movements.
16     Q.  So shareholders could be buying and
17 selling securities for completely different
18 reasons?
19     A.  Correct.
20     Q.  But the concept of a short squeeze, by
21 definition, is that there is an unusual number of
22 buyers that are being forced to buy or compelled to
23 buy because they've shorted the stock and need to
24 cover their position?
25     A.  That is one possibility, yes.

Page 15

1      Q.  Isn't that definitionally what a short
2  squeeze is, is this buying activity that's caused
3  by short sellers being compelled to buy the stock
4  to close out positions and cover losses?
5  MR. JAFRI:  Objection.  Form.
6  THE WITNESS:  Well, again, I think that's one
7  possibility, but it's not the only possibility.
8      So, for example, in this case, I've got a
9  footnote somewhere in the report where I reviewed
10 media articles, I think, for about a year leading
11 up to the class period, and throughout that time,
12 there were people talking about potential short
13 squeezes for the company, and you see this for
14 other companies as well.
15     People are frequently talking about short
16 squeezes and the stock price going up and how
17 that's going to squeeze the shorts, but the stock
18 price can increase due to fundamentals.  It can
19 increase due to fundamental information or positive
20 information about the company and that can still
21 squeeze the shorts.
22     So I think when you look at colloquially
23 the way that people talk about short squeezes, one
24 way they talk about it is the way that you defined
25 it, but you also see other people talking about it

Page 16

1  in a more general sense that just an increase in
2  the stock price, whether that's due to fundamentals
3  or not, can still have an effect on inflicting
4  losses on short sellers or squeezing the -- quote,
5  "squeezing the shorts."
6  BY MR. FARINA:
7      Q.  Now, short sellers are not permitted to
8  engage in naked shorting of a stock; correct?
9      A.  I'm not an expert on the evolving
10 landscape of securities litigation -- securities
11 regulations involving naked short selling.  I know
12 that I've read in the past articles about naked
13 short selling.  I know that -- I believe that the
14 regulations have evolved over time, but I'm not up
15 to date on where things stand in terms of the
16 regulatory environment involving naked short
17 selling.
18     Q.  But if you're going to sell a stock short
19 as opposed to buying a put or something like that,
20 but actually sell a common security short, you need
21 to be able to borrow that security; correct?
22     A.  That is generally consistent with my
23 understanding of how short selling works.
24     Q.  And when the short interest in a
25 particular security reaches a certain level, it may

Page 17

1  become difficult or prohibitively expensive to
2  borrow the stock that's shorted; correct?
3      A.  I've seen different dynamics play out when
4  the utilization approaches 100 percent of an
5  available float or shares available to short.
6  Sometimes the cost to short increases.  I've seen
7  it range from a few percentage points to up to over
8  500 percent in terms of an annual cost of shorting.
9      So I think that when you say it's
10 "prohibitively costly," that's sort of a relative
11 and a subjective term because some investors may be
12 willing to pay 500 percent to short a stock,
13 whereas other investors may not be willing to pay
14 even 10 percent.  So there could be variation
15 across investors and the extent to which they would
16 view that as prohibitively costly.
17     Q.  What about simply not having enough supply
18 to be able to borrow the stock to short it?
19     A.  My general understanding is that if there
20 is no available supply for short positions -- for
21 new short positions to be opened, then those
22 investors would be prevented from initiating their
23 short positions.
24     Q.  Do you hold yourself out as an expert on
25 short squeezes?

5 (Pages 14 - 17)

Page 18

1     A.  I guess I would say that my expertise is
2  in financial economics, and so that would include a
3  lot of things that would fall under that umbrella,
4  which would include stock price behavior.  So
5  I think to the extent short squeezes fall under
6  that umbrella, I would include that in my area of
7  expertise.
8     Q.  I understand that you're an economist --
9  and I'm not questioning that -- but that's a pretty
10  big area, and you don't think you're an expert in
11  every aspect of economics, do you?
12     A.  No, I don't.
13     Q.  Okay.  And we were talking a moment ago
14  about some of the regulations related to short
15  squeezes, and you said that you were not -- not
16  your words -- up to speed.
17     A.  I'm not a legal expert is, I guess, the
18  way that I would describe that.
19     Q.  You're not a legal expert, are you?
20     A.  I'm not.
21     Q.  And you're not a lawyer, are you?
22     A.  I'm not.
23     Q.  Okay.  So let me ask how -- how would an
24  economist determine whether a security is in the
25  midst of a short squeeze?  How would one go about

Page 19

1  doing that?
2     A.  Well, I think there are different
3  approaches that one could take.  So one starting
4  point could be to review the information
5  environment to see what the professional investors
6  are saying in sort of real time, or, if we're
7  looking historically ex post, what were data
8  professional investors saying, what were data
9  providers -- so, for example, S3 Analytics provides
10  updates on -- they provide commentary on the market
11  for short squeezes.  They also provide data, which
12  I subscribe to, on utilization rates or
13  cost-to-borrow rates, things like that.
14     Q.  And a lot of those metrics are indicative
15  or can be indicative of whether a short squeeze is
16  occurring?
17     A.  Well, I would say that it can be useful
18  evidence to evaluate.
19        I would say that, in my experience, S3
20  Analytics, for example, is -- I would say they're
21  frequently calling or talking about or speculating
22  on short squeezes generally.  So I would not base
23  my opinion or decision or conclusion or analysis
24  exclusively on what S3 says in terms of their
25  commentary, but that can be one -- again, one

Page 20

1  component of the information environment that I was
2  starting to describe to you.
3     Q.  Putting aside the commentary, what about
4  the actual metrics?  The actual data?
5        What data would you look at if you wanted
6  to study whether or not a short squeeze was
7  occurring?
8     A.  I would probably look at a combination of
9  factors which would include, again, the -- I would
10  consider the information environment part of the
11  data.  So I know you wanted to set that aside, but
12  I still think that's part of the data that I would
13  include.
14     Q.  Can I just ask, by information
15  environment, do you mean what people are saying as
16  to whether or not there's a short squeeze?
17     A.  That's part of it, yes.
18        When I talk about information environment
19  for any company, I'm talking about analyst reports,
20  the financial media, financial press, other
21  potentially relevant evidence from message boards,
22  or sometimes that could include what people are
23  saying on postings and Seeking Alpha or Reddit or
24  other forums, but I also sometimes take that with a
25  grain of salt because you get a lot of random

Page 21

1  people saying things.
2     Q.  Can I just follow up on that?
3        So analyst reports, press coverage,
4  message boards, that's at least part of your
5  information environment; correct?
6     A.  It can be.
7     Q.  And you're looking to see whether or not
8  at least those sources are saying that there's a
9  short squeeze, and that would be probative of
10  whether there was a short squeeze?
11     A.  Well, it can be.
12        Like I said, in this case, for example,
13  for at least a year leading up to the actual class
14  period, people were talking about Bed Bath & Beyond
15  as a short squeeze candidate.  So just because
16  people talk about that doesn't mean that it
17  actually was subject to a short squeeze because we
18  see that ongoing type of commentary for a number of
19  companies over long periods of time even though it
20  may not be true.  So it can be a component.
21        Again, for me, when I evaluate a company,
22  a starting point is to understand the information
23  environment, but just because somebody says that a
24  company is going through a short squeeze right now
25  does not necessarily mean that it's the case, but

6 (Pages 18 - 21)

Page 22

1  it can be informative.
2    Q.  All right.  There's a difference, though,
3  between a company being a short squeeze candidate
4  and a company actually undergoing a short squeeze;
5  correct?
6    A.  I -- well, I guess it depends on how
7  you're evaluating it, but, like, even in this case,
8  historically, I saw some people say that they felt
9  that Bed Bath & Beyond was experiencing a short
10  squeeze, but that doesn't necessarily mean it's the
11  case.
12    Q.  At what point in time?
13    A.  So I'll turn to -- I've got a footnote in
14  here I'll try to find.  So it's Footnote 104 on
15  page 37.
16    Q.  Yep.
17    A.  So if you look in the middle of the
18  paragraph of Footnote 104, it says -- there's a
19  Dow Jones Institutional News article published on
20  November 3, 2021, commenting on a partnership
21  between Bed Bath & Beyond and Kroger.  It says
22  "Tuesday's deal may have spurred a short squeeze,
23  forcing hedge funds that had bet against the stock
24  to buy back their shares to cut losses.  After
25  peaking above 106 percent in after-hours trading,

Page 23

1  shares ended the extended session up 67 percent."
2    So I think this is an example of what I've
3  been talking about how sometimes people will look
4  at a very large increase in the stock price that
5  occurred in response to information coming out and
6  then talk about this representing a potential short
7  squeeze inflicting losses on short sellers.
8    Q.  Did you do anything to study whether or
9  not there was a short squeeze in
10  early November of 2021?
11    A.  No, I've not actually formed any opinions
12  on whether Bed Bath & Beyond was subject to a short
13  squeeze at any point in time.
14    Q.  At any point in time including the class
15  period?
16    A.  Correct.
17    Q.  Is what's reflected in Footnote 104 the
18  extent to which you did anything to examine whether
19  or not Bed Bath & Beyond was undergoing a short
20  squeeze at any point in time?
21    MR. JAFRI:  Objection.  Asked and answered.
22    THE WITNESS:  Well, so, again, I've not
23  attempted to form any opinions on whether or not
24  Bed Bath & Beyond was subject to a short squeeze,
25  but I did review -- I guess I should -- just to

Page 24

1  back up, this footnote refers to a sentence up
2  above in paragraph 105 where I explain that even
3  throughout the analysis period, people talked about
4  Bed Bath & Beyond as both a potential meme stock
5  and a short squeeze candidate.
6    So I did review -- I'm sure you can see
7  from the Cammer 5 analysis, there's a component
8  there that includes looking at the news that came
9  out over the analysis period.  So I did skim
10  through the news, and I gave a couple of examples
11  in this footnote.  These are not the only examples
12  of news stories that talked about potential meme
13  stock or potential short squeeze candidates.  Some
14  of the analyst reports also talk about that, but
15  these are just a couple of examples I was using to
16  illustrate what I've been talking about.
17  BY MR. FARINA:
18    Q.  But you, yourself, didn't study whether
19  there was, in fact, a short squeeze in
20  Bed Bath & Beyond securities at any point in your
21  analysis period or the class period?
22    MR. JAFRI:  Objection.  Form.
23    THE WITNESS:  I've not attempted to form any
24  opinions.  Again, I've looked at the types of
25  evidence I've talked about, which do relate to

Page 25

1  potential for a short squeeze, but my goal was not
2  to form any opinions on yes or no, whether or not
3  the company was, in fact, subject to a short
4  squeeze.
5  BY MR. FARINA:
6    Q.  Apart from the informational environment,
7  looking at press reports and message boards and
8  analyst reports, what actual data would you want to
9  analyze as an economics expert to determine whether
10  or not a stock was undergoing a short squeeze?
11    MR. JAFRI:  Objection.  Form.
12    THE WITNESS:  So I think if I were to ask that
13  question after studying the information environment
14  and all of those things, I would also look at stock
15  prices, trading volume, options, data, potentially
16  short -- short related data such as utilization or
17  borrowing costs, things of that nature.
18  BY MR. FARINA:
19    Q.  I'm going to ask you to give those to me
20  again.  Let's go through them one at a time.
21    Stock prices, how would you look at stock
22  prices?  You'd like to see if the stock was going
23  up in some unusual way?
24    A.  Well, I think all of these -- in terms of
25  the how, I would look at the data, that would be

1 BY MR. FARINA:
2    Q. Right.
3      But to the extent you're going to look at
4 those -- at that data and that's included in the
5 list of the data that you said you'd look at, what
6 you'd be looking at as a potential indicator of a
7 short squeeze would be an increase in volatility,
8 not a decrease in volatility; correct?
9    MR. JAFRI: Objection. Form.
10    THE WITNESS: I don't -- I don't think I ever
11 committed to that.
12 BY MR. FARINA:
13    Q. To volatility as a potential indicator of
14 a short squeeze?
15    A. No, I don't think I committed to a
16 directional or directional component of changes in
17 volatility as indicative.
18    Q. I'll ask you that way then.
19      If you were looking -- if you were going
20 to speak of a directional component, looking at
21 this data as a potential indicator of a short
22 squeeze, I take it you would be looking at the
23 price going up rather than the price going down as
24 an indicator of a short squeeze, at least the
25 squeeze part of the short squeeze; right?

1    MR. JAFRI: Objection. Form.
2    THE WITNESS: Typically, if a short squeeze is
3 actually occurring, then we would typically see an
4 increase in the stock price when the short squeeze
5 is occurring, yes.
6 BY MR. FARINA:
7    Q. All right. That's -- that's helpful.
8 I'll ask it that way then.
9      And, typically, if a short squeeze is
10 occurring, you would also see an increase in
11 volume; correct?
12    A. I think it would be depend on the
13 circumstances for any given company.
14    Q. Okay. And, typically, if a short squeeze
15 were occurring, you would see an increase in
16 volatility?
17    A. Again, I think that would probably depend
18 on the individual company.
19    Q. Okay. And how about looking at the
20 available remaining stock that can be borrowed by
21 shorts? Is that something you would look at as a
22 potential environmental factor or indicator of a
23 short squeeze?
24    A. I think that is one component that I would
25 consider, yes.

1    Q. How about short interest? Is that
2 something you would look at?
3    A. Potentially, yes.
4    Q. And I think this is related to
5 availability, but the borrowing cost, that's
6 something you would look at?
7    A. Yes.
8    Q. And these things that we've been talking
9 about, when you get back to the informational
10 environment and what the press says and what the
11 analysts say, these are the types of things that
12 the analysts and the press look at when they're
13 forming their own judgments about whether a short
14 squeeze is occurring; correct?
15    A. You know, I think I'd have to speculate in
16 terms of opining on exactly what analysts are
17 looking at in their reports.
18    Q. How about this then: When they're
19 offering their views as to whether or not there is
20 a short squeeze occurring, isn't it true that the
21 things that we've been talking about are the types
22 of things that they point to in their publications
23 as indicators of a short squeeze?
24    MR. JAFRI: Objection. Form.
25    THE WITNESS: I think sometimes they talk about

1 some of these things.
2 BY MR. FARINA:
3    Q. Okay. Can a short squeeze cause the
4 market for a particular security to be inefficient
5 for a period of time?
6    A. I think it depends. So it depends on
7 whether that company's stock price is no longer
8 responding to information. So there could be times
9 when that might happen, and there can be other
10 times when the short squeeze itself is just one
11 other type of information, but the company's stock
12 price is still incorporating and reflecting other
13 types of information.
14    Q. Okay. But it is possible that because of
15 a short squeeze and the impact that it's having on
16 prices, regardless of information, that a short
17 squeeze can cause the market for a particular
18 security to be inefficient for a period of time?
19    MR. JAFRI: Objection. Form.
20    THE WITNESS: I think hypothetically there can
21 be times when stock may not trade efficiently and
22 that could include times when they are subject to
23 short squeezes.
24 BY MR. FARINA:
25    Q. A particular security might trade at one

1 point efficiently or in an efficient market and at
2 some other point not trade in an efficient market;
3 correct?
4    A.  I think, generally speaking, that is
5 possible.
6      Here, I want to make clear for the period
7 that I've analyzed for Bed Bath & Beyond, I've
8 concluded it traded efficiently both through the
9 analysis period and the class period, but I'm not
10 providing any opinions outside of that analysis
11 period either before or after that analysis period.
12    Q.  Is there anything else that you would look
13 at to determine whether or not a particular
14 security was undergoing a short squeeze?
15    MR. JAFRI:  Objection.  Form.
16    THE WITNESS:  Well, again, the starting point,
17 like I said earlier, is really understanding the
18 information environment for a given company, and
19 once I look at that information environment, that
20 can point to other types of analyses or data that
21 may be more relevant, depending on the
22 circumstances.
23 BY MR. FARINA:
24    Q.  How about looking at the market price of
25 the security after the short squeeze was over?  Is

1 that also an indicator that a short squeeze has
2 occurred?
3    MR. JAFRI:  Objection.  Form.
4    THE WITNESS:  Well, again, it depends.  So you
5 could have times where the stock price -- for any
6 company, the stock price goes up and it comes back
7 down.  That pattern in and of itself does not
8 indicate it was subject to a short squeeze, but
9 that could be consistent with a short squeeze.  So,
10 again, it depends on the circumstances.
11 BY MR. FARINA:
12    Q.  Understood.
13      But you would agree that it is very often
14 the case that, after a short squeeze, the price of
15 the security which had been artificially inflated
16 for a period of time reverts back to a price that
17 is more reflective of value-relevant information?
18    MR. JAFRI:  Object to form.
19    THE WITNESS:  Well, I think you can have times
20 where the securities price reflects both
21 value-relevant information as well as supply and
22 demand dynamics or short squeeze dynamics, but you
23 may have other times where a company's stock price
24 disconnected from fundamentals -- right -- if we're
25 talking about fundamental efficiency.  So, again,

1 it kind of depends on the circumstances.
2 BY MR. FARINA:
3    Q.  Understood.
4      But in a classic short squeeze, what
5 people think of when they think of a short squeeze,
6 is the stock goes up some dramatic amount over a
7 short period of time but quite typically, in that
8 circumstance, would then revert back to where it
9 was before the short squeeze?
10    A.  Well, as long as nothing else had --
11 I think under that hypothetical, that could occur
12 as long as nothing else had changed during that
13 time period, but there can be other times where
14 other information may come out, and so the stock
15 price may not revert back to where it started.  But
16 to the extent that no other information came out
17 and it's zero information changes, just purely a
18 short squeeze, then I would agree with you that you
19 could see a company's stock price increase and fall
20 back down to where it was before the short squeeze.
21    Q.  Okay.  Can you give me a little bit more
22 information about the white paper, the letter, if
23 that's how you described it, that you wrote in
24 response to the SEC paper about the GameStop short
25 squeeze?

1    A.  It was a few years ago, I think a couple
2 of years ago, and it was co-authored with a few
3 other people.  I believe my recollection is that
4 Josh Mitts, who is a law professor at Columbia,
5 sort of spearheaded the project and brought in a
6 handful of people to essentially co-sign the white
7 paper.
8      So my involvement was fairly limited.
9 I didn't do any of the analysis in the white paper,
10 but I helped connect him with some people at the
11 SEC to circulate it around the SEC with some of my
12 connections since I formerly worked there, and
13 I provided some feedback on the drafting process of
14 the white paper itself.
15    Q.  Are you identified as an author?
16    A.  Yes, or at least a cosigner.  I don't know
17 if it lists us as authors or cosigners or exactly
18 how we were referred to on the paper.
19    Q.  Is this the staff report you were
20 responding to?
21      Do you not remember whether that was what
22 you responded to?
23    A.  I just want to review it before I answer
24 your question.
25      Yes, I believe this is the SEC report that

**10 (Pages 34 - 37)**

Page 82

1  with very, very different meaning. Even though an
2  economist may write an academic paper talking about
3  market efficiency and the same economist could work
4  on a securities class action case with a market
5  efficiency analysis and the term has a completely
6  different meaning within that.
7      So that's the distinction I'm trying to
8  explain is that when you've got an article like
9  this, academics and economists often talk about
10  market efficiency with a very different definition
11  of the operative definition of market efficiency
12  within a securities class action case. So that's,
13  I think, what I'm trying to explain here.
14      Q. If the Cammer factors are present, does
15  that necessarily mean that the market for a
16  particular security was efficient at any particular
17  point in time? Is it dispositive?
18      A. What I would say is if I have evaluated
19  the Cammer factors and the Krogman or the other
20  factors and I've determined that they indicate
21  market efficiency for some period of time that the
22  market -- the opinion I would reach is that the
23  market is or was efficient during that period of
24  time regardless of whether a company was a meme
25  stock or there was speculation going on or even if

Page 83

1  there was a short squeeze going on during that
2  period of time. That's something that I explain in
3  the report here that we can -- that I can point you
4  to.
5      Q. Okay. So it's your opinion that if those
6  factors are present, regardless of whatever else is
7  happening with the stock during a particular period
8  in time, the conclusion that you would reach and
9  the opinion you would offer is that the market for
10  the security at that moment in time, regardless of
11  what's going on, must be efficient because those
12  factors are present? Is that your opinion?
13      A. Yes, that's the opinion that I -- that's
14  the conclusion that I would reach if I had
15  conducted the analysis during that period of time
16  and studied that period of time and that the
17  factors point to market efficiency, then under,
18  again, the definition of market efficiency being
19  that the prices reflect information.
20      It could still be inefficient from the
21  perspective of the price being distorted from
22  fundamental value, but from the perspective of
23  market efficiency within an efficiency report like
24  this where that definition is that it reflects
25  information, then all of those Cammer and Krogman

Page 84

1  factors would lead me to the conclusion that it was
2  trading efficiently.
3      Q. No matter what else was going on?
4      A. Well, again, that's part of all of the
5  data that's being analyzed. So, yes, it's --
6  I don't want to give the impression that I am
7  ignoring what else is going on because what else is
8  going on is still part of the analysis. It's still
9  going to be reflected in the Cammer 5 test --
10  right? -- of cause-and-effect relationship between
11  information coming out on securities prices or
12  bid-ask spreads or trading volumes or analyst
13  coverage or institutional ownership, all of these
14  different factors that we assess. Those factors
15  reflect everything else that is going on for a
16  given company.
17      Q. Okay. Do you think that's -- do you think
18  that that analysis is consistent with economic
19  principles?
20      If you look at the Cammer factors and it's
21  stuff like float and these other factors, and it's
22  pretty binary, yes or no, regardless of what else
23  is happening with the stock, what other extrinsic
24  factors might be affecting the price of the stock
25  or the incorporation of information into the stock,

Page 85

1  you're not going to -- that's not going to change
2  your opinion as long as those factors are present?
3      MR. JAFRI: Objection. Form.
4      THE WITNESS: Again, I think this is, I think,
5  the same question, but all of these factors reflect
6  everything else that is going on with a company's
7  stock. So I don't think this is some sort of
8  narrow view to the exclusion of everything else
9  that's going on because everything else that's
10  going on is going to show up in the factors that we
11  evaluate, and that's the power of the factors
12  themselves. That's why I think they form a
13  reliable basis for an assessment of market
14  efficiency.
15  BY MR. FARINA:
16      Q. You start the analysis period one year
17  prior to the start of the class period; correct?
18      A. Yes.
19      Q. How do you know that what is going on in
20  the class period is reflective of what was going on
21  during the analysis period?
22      A. So that's one of the things that I look at
23  in the report itself. We can page through
24  different factor analyses, and I can talk through
25  some of the different factors and how I've taken

Page 86

1  that into consideration.
2     Q.   But, ultimately, as we discussed, you're
3  opining on whether the market was efficient during
4  the five-day -- five-trading-day class period;
5  correct?
6     A.   Yes.
7     Q.   And you're doing that by looking at a
8  year-long period?
9     A.   For some of the analyses, yes, but I also
10  look at the five days for some of the analysis
11  also.  So I want to make sure that's clear.
12     Q.   One thing you don't do is you don't look
13  at any news days within the class period; correct?
14     A.   For the Cammer 5 test?
15     Q.   Correct.
16     A.   That is correct.
17     Q.   And you don't look at any non-news days
18  during the five-day trading period, do you?
19     A.   I believe that all of the class period
20  days sort of fell in between where there was some
21  amount of news coverage.  So they were not put into
22  the no-news days bucket, but there were no earnings
23  announcements.  So they were not put into the news
24  days bucket either.
25     Q.   So in the actual analysis that you

Page 87

1  performed to determine whether or not the price is
2  reacting to news, you don't actually look at any
3  day in the class period?
4     A.   For the Cammer 5 test, I believe that all
5  of those days fell in sort of between those two
6  buckets.  That's my recollection.  I'd have to go
7  back and look at the underlying analyses.
8     Q.   Okay.  But I think you've answered the
9  question, but just to be clear, so for the analysis
10  that you do -- and it's the only analysis you do of
11  this -- whether or not the stock price is reacting
12  to information, the only analysis that you do is on
13  days that are not included within the class period.
14     A.   Again, that's one of the factors.  The
15  Cammer 5 is one of the factors, but all of the
16  other analyses do include days within the class
17  period, but I believe that the Cammer 5 analysis
18  does not have any earnings announcements within the
19  class period, and I believe that there were not any
20  no-news days during the class period.
21     Q.   I'm going to ask my question again.
22        So for the only analysis that you did,
23  which is looking at the reaction to information in
24  the price of the security, the only analysis that
25  you did was on days that are not included within

Page 88

1  the class period; correct?
2     MR. JAFRI:  Objection.  Form.
3     THE WITNESS:  Again, for the Cammer 5 analysis,
4  I believe that there were not any class period days
5  that represented earnings announcements or days
6  where there was not any information, but the other
7  factors which do include informative days do fall
8  within the class period.
9  BY MR. FARINA:
10     Q.   There's no other analysis that you did on
11  the reaction of stock price to information other
12  than your event study which looked at four
13  information days or four news days, whatever you
14  call them, and none of those are in the class
15  period?
16     MR. JAFRI:  Objection.  Mischaracterizes the
17  report.
18     THE WITNESS:  So the event study does provide
19  abnormal return calculations for every day during
20  the class period.  So that is part of the output of
21  the event study.
22        But in terms of the -- and that's
23  something that I considered just when looking over
24  the results of the event study.
25        But in terms of the Cammer 5 test itself,

Page 89

1  my goal with the Cammer 5 test is to always be as
2  objective as possible.  So I often typically start
3  out by looking at earnings announcements, if those
4  seem to be a relevant testing ground for a company,
5  and I determined that those were relevant for
6  Bed Bath & Beyond.
7        I could have certainly looked at the
8  alleged misrepresentations and the alleged
9  corrective disclosures and documented statistically
10  significant price movements in response to those,
11  but, again, my Cammer 5 analysis, my goal is to be
12  agnostic and step away from the actual misreps and
13  the alleged corrective disclosures and to focus on
14  something like earnings announcements as the
15  appropriate testing ground.
16  BY MR. FARINA:
17     Q.   And that's because earnings announcements
18  are generally regarded as value-relevant
19  information; correct?
20     A.   They provide a good opportunity to test
21  for the potential for value-relevant information.
22  They may or may not be the best testing ground for
23  any given company, but I would say that's a very
24  good starting point for most companies -- well, for
25  at least most companies that have operations and

23 (Pages 86 - 89)

1  BY MR. FARINA:
2      Q.  If it turned out that, for whatever
3  reason, the stock is not reacting to information
4  the same way -- in the class period the same way as
5  it is in this year-long analysis period -- just
6  accept that as a hypothetical -- then your
7  observations about the reaction of price to
8  information during the analysis period wouldn't
9  prove anything about the reaction of the price to
10 information in the class period?
11     MR. JAFRI:  Objection.  Form.
12     THE WITNESS:  So I think that people sometimes
13 get confused what the Cammer 5 test actually is.
14     So if you were to look at -- I think it's
15 Exhibit 6 -- you'll see that, I think, three out of
16 four earnings announcements, there was a
17 statistically significant reaction.  That does not
18 mean that for that fourth earnings announcement,
19 the one where there was not a statistically
20 significant stock price movement, that does not
21 mean that the price was inefficient on that date.
22 Right?
23     There's a wide variety of reasons that we
24 don't actually expect to see a significant stock
25 price reaction to a given earnings announcement.

1  It could be a mix of positive and negative
2  information that are sort of offsetting or it could
3  be investor expectations heading into that
4  announcement, and the company announced earnings
5  that were in line with that expectation.  It could
6  also be value-relevant information, but we may not
7  see any movement.
8      So even if you have an earnings
9  announcement that falls within a five-day class
10 period, then there's no -- let's say hypothetically
11 there's no reaction or no statistically significant
12 movement around that earnings announcement, that
13 doesn't mean that the way that stock prices are
14 reacting has changed during the class period.
15     It could just be that that information was
16 already expected or in line with expectations or a
17 mix of positive and negative information, and
18 that's why the Cammer 5 test is not a day-by-day
19 test.  It's a test that's designed to look over a
20 long period of time, do we tend to see this type of
21 relationship and information coming out and stock
22 prices reacting.
23     So that's why I would disagree with sort
24 of the point you're trying to make.
25

1  BY MR. FARINA:
2      Q.  But the assumption has to be that whatever
3  you've observed and whatever conclusions you've
4  drawn from that long period of time is actually
5  representative of what you're actually trying to
6  test, which is whether or not the market is
7  efficient in the class period.  Otherwise, the
8  analysis doesn't make any logical sense.  You have
9  to embrace that assumption.  You may have a reason
10 to embrace that assumption, but if your
11 observations over that long period of time, for
12 whatever reason, don't hold true during the class
13 period, then your observations over that long
14 period of time don't prove anything about the class
15 period; correct?
16     MR. JAFRI:  Objection.  Argumentative.
17     THE WITNESS:  So, again, I don't know the
18 Cammer 5 test is designed to detect discrete shift
19 in stock price reactivity.  So you could have any
20 example, any class period, where hypothetically, if
21 there's a discrete shift in how stock prices react
22 in a given week, the Cammer 5 test is not designed
23 to pick that up or assess that even if it's carried
24 out over a two-year period and there's a one-week
25 period within there where prices change because the

1  Cammer 5 test itself is designed to test for
2  relationship over a long period of time.
3      And that's why, again, going back to
4  something I said earlier, I look at the other
5  factors as being relevant and informative because
6  I can also look on a more granular basis at bid-ask
7  spreads or is there trading volume, is there float
8  available for trading, things of that nature.
9  BY MR. FARINA:
10     Q.  Do you know whether the Cammer factors
11 have been applied in cases involving meme stocks?
12     A.  I've not studied any other cases involving
13 meme stocks.  So I don't know one way or other what
14 types of analyses have been done.
15     Q.  Do you know whether Cammer factors have
16 been involved in cases involving short squeezes?
17     A.  I don't recall in the QuantumScape case
18 that I mentioned earlier that the other side or the
19 defense expert claimed there was a short squeeze.
20 In that case the factors that I analyzed weighed in
21 favor of market efficiency, and in that case the
22 class was certified.
23     Q.  Take a look at page 11 of your report.
24     A.  Okay.
25     Q.  And you're looking at "Average Weekly

1 Trading Volume." It starts on paragraph 35 of your
2 report.
3       Do you see that?
4    A. Yes.
5    Q. And you note that in Cammer, there was a
6 discussion by the court of average weekly trading
7 volume of 1 or 2 percent; correct?
8    A. Yes.
9    Q. All right. And then you note in
10 paragraph 37 that the average weekly trading volume
11 in the class period was 1346.6 percent; correct?
12   A. Yes.
13   Q. Now, did you do any analysis at all to try
14 to understand why the trading volume in that
15 five-day trading period was 1346.6 percent?
16   A. I'm not really sure -- what are you asking
17 in terms of why?
18   Q. Well, I'm asking, I guess, did you just
19 say, okay, well, 1346.6 is a lot higher than 1 or
20 2 percent; therefore -- check -- Cammer factor
21 satisfied?
22   A. I think that's one component in terms of
23 surpassing the Cammer threshold. I did also look
24 at -- I do recall looking at the trading volume
25 here because I think if you look at the graph,

1 that's a huge spike in trading volume during this
2 week.
3       One of the things I was talking about
4 earlier is that if there's a short squeeze in a
5 company stock, that can indicate an inability of
6 investors to go out and acquire shares to cover
7 shorts, and so we might see that there's no trading
8 volume if there's no shares available, for example,
9 right?
10      So that's, I think, one of the potential
11 considerations, but --
12   Q. Did you do any actual analysis of the
13 1346.6 percent average weekly trading volume or
14 weekly trading volume during the class period?
15      Did you personally do any analysis?
16   A. Well, this is an analysis of trading
17 volume. So I did calculate the trading volume.
18 I would say, yes, there is an analysis here.
19   Q. Anything else?
20   A. I considered the information environment.
21      So, obviously, we're talking about a case
22 in which the complaint alleges a pump-and-dump type
23 of scheme. I worked on pump-and-dump schemes for
24 the SEC in previous cases, and in those types of
25 cases, you do see increases in stock prices and

1 trading volume during the pump-and-dump -- or
2 during the pump phase of a type of scheme.
3       But, again, that's not the type of opinion
4 I'm providing in the efficiency report itself,
5 right? I'm going through the Cammer factors and
6 asking whether or not they weigh in favor of market
7 efficiency.
8       But going back to something we talked
9 about earlier, the starting point for this report
10 was looking at the complaint, the allegations of
11 the complaint, understanding the time frame of the
12 complaint, the information environment that's
13 relevant for the company here.
14   Q. In your report, though, you simply look at
15 the number, note that it's above 1 or 2 percent,
16 and say that the Cammer factor is satisfied;
17 correct?
18   A. Yes, that's correct.
19   Q. There's no other analysis other than, as
20 you said, you calculated the trading volume during
21 that period?
22   A. Well, I think that there is additional
23 analysis throughout the report, and I can point you
24 to some of that.
25      But for that section of the report that

1 you're asking about, you're asking about the Cammer
2 factor that relates to average weekly trading
3 volume. So that's the answer to that factor.
4       But there's also a Section L that starts
5 on page 35 that talks about the information
6 environment during the class period. So I do think
7 that I'm considering all of these factors within
8 the context of the allegations of the case here.
9    Q. So your Section L in your report, that was
10 a late add to the report, wasn't it?
11   A. I'm not really sure what you mean by that.
12   Q. You added it at the last minute?
13   A. I don't --
14   MR. JAFRI: Objection. Form.
15   THE WITNESS: I don't believe so.
16 BY MR. FARINA:
17   Q. Do you know why it's not included in the
18 index? Table of contents, I meant.
19      So you generated a table of contents, and
20 it doesn't include that section.
21   A. So I do know that this was not a late
22 addition. This was actually a heading that I put
23 into the first draft of the report.
24      My best guess would be that Fideres has
25 certain linkings to generate the table of contents,

26 (Pages 98 - 101)

Page 114

1  by saying "We believe the writing is on the wall
2  that BBBY shares have again decoupled from economic
3  reality"; correct?
4      A.  I see that, yes.
5      Q.  So if you're looking at the informational
6  environment, and in the course of that, you're
7  looking at analyst reports, this is the type of
8  analyst report you would look at; correct?
9      A.  Yes, this is one of the analyst reports
10  that I looked at for evaluating that Cammer factor.
11      Q.  All right.  So at least this analyst,
12  consistent with the last analyst we looked at,
13  believes that there's a short squeeze happening as
14  of this time period with BBBY securities; correct?
15      MR. JAFRI:  Objection.  Form.
16      THE WITNESS:  I think they said a "meme
17  squeeze" instead of a "short squeeze."
18  BY MR. FARINA:
19      Q.  Do you think that's something different?
20      A.  Well, openly, I've not formed an opinion
21  one way or another on whether either of those
22  happened, what they mean, or what exactly the
23  Wells Fargo analyst means in this paragraph.
24      Q.  Well, do you interpret "meme squeeze" as a
25  short squeeze involving a meme stock?

Page 115

1      A.  I've not formed an opinion on that at this
2  point in time.
3      Q.  Okay.  What do you understand "decoupled
4  from economic reality" to mean?
5      A.  I'd have to spend more time really digging
6  into this analyst report if I wanted to provide an
7  interpretation of it.
8          But, I think, generally speaking, that
9  decoupling from economic reality could mean that a
10  stock price has moved away from fundamental value,
11  which is something we talked about a lot already
12  today.
13      Q.  All right.  One of the other things you
14  point to in this section in, paragraph 45, is the
15  press coverage for a particular security as being
16  some indicator of market efficiency.
17      A.  It is something that I do mention within
18  the analyst coverage framework, yes.
19      Q.  And you note that there was press
20  coverage, and I think you note, in a footnote, that
21  there were something like 128 stories, unique
22  stories, written about Bed Bath & Beyond.
23      A.  Yeah, I think 148 during the five-day or
24  five-trading day class period.
25      Q.  148?

Page 116

1      A.  I believe so, yes.
2      Q.  Did you read any of those articles?
3      A.  Some of them, yes.
4      Q.  How did you decide which ones to read?
5      A.  My recollection is that I kind of skimmed
6  through a lot of articles both during the class
7  period as well as during the analysis period.
8          We talked earlier today about a footnote.
9  Going back, one of the things I was looking at is
10  just having a better understanding of the dynamics
11  of the information environment on how people were
12  describing the company as a potential meme stock or
13  short squeeze candidate during the class period, as
14  well as during the one-year analysis period leading
15  up to the class period.  So I think I did some word
16  searches potentially.
17      Q.  All right.  Take a look at Exhibit 58.
18          (Whereupon, Exhibit 58 was
19          marked for identification.)
20  BY MR. FARINA:
21      Q.  This is from August 12.  Is this part of
22  the press coverage that you looked at?
23      A.  I don't recall one way or another.
24      Q.  All right.  This is actually press
25  coverage that is referencing an analyst report;

Page 117

1  correct?
2      A.  Well, that's what it looks like, yes.
3      Q.  And what it says here is that "Even though
4  shares of Bed Bath & Beyond have surged more than
5  70 percent this week, Loop Capital isn't upgrading
6  its view on the stock."
7          Do you see that?
8      A.  Yes, I do.
9      Q.  This is an article that was issued, if you
10  look at the published date and time -- do you see
11  that?
12      A.  Yes.
13      Q.  This was August 12 at 7:01 --
14      A.  Yep.
15      Q.  -- a.m. Eastern time; correct?
16      A.  Yes.
17      Q.  So this is actually before the market
18  opened on the 12th?
19      A.  Yes.
20      Q.  This is actually technically before the
21  class period; correct?
22      A.  Well, I think the class period timing
23  would be defined on the first alleged -- the timing
24  of the first alleged misrepresentation or omission.
25  I don't recall the exact timing of when that was,

30 (Pages 114 - 117)

1  window and, therefore, affecting the results;
2  correct?
3      A.  I don't think there's -- I wouldn't
4  describe it as discretion but, rather, when
5  I conduct an event study, looking at what I think
6  is the most appropriate estimation window.  So
7  based on the different dynamics of -- or the
8  information environment of a given company.
9      Q.  Right.
10         But you just said that depending on what
11  estimation window you select, you could get
12  completely different results?
13     A.  Frequently, you do get different results
14  if you have a different estimation window, but that
15  -- that doesn't mean it opens the door to
16  discretion, but, rather, what I would say is if you
17  choose the wrong estimation window, you may have
18  the wrong results.
19     Q.  Well, it opens the door for error;
20  correct?
21     MR. JAFRI:  Objection.  Form.
22     THE WITNESS:  I don't know.  Again, I've not
23  really thought about it in the context of what it
24  opens the door to, but, rather, when I carry out an
25  event study, I seek to understand the company and

1  the information environment and then select the
2  most appropriate estimation window.
3  BY MR. FARINA:
4      Q.  Well, it also opens the door for
5  generating a desired result; correct?
6      MR. JAFRI:  Objection.  Form.
7      THE WITNESS:  Again, that's not the way that
8  I typically think about it.  I have encountered --
9  I would say I've encountered rebuttal reports where
10  I have encountered experts who have chosen improper
11  or incorrect estimation windows and I believe come
12  up with incorrect results.  So I guess I have seen
13  that happen with some experts.
14  BY MR. FARINA:
15     Q.  What's the estimation window you used
16  here?
17     A.  120 trading days.
18     Q.  Do you know whether -- well, did either
19  you, or anyone at Fideres, try out a different
20  estimation window to see what the results might be?
21     A.  I don't believe so.
22     Q.  So you went in thinking 120 days was the
23  right estimation window?
24     A.  Yes, that's my recollection.
25     Q.  And it's 120 days from the events that

1  you're measuring going backwards; correct?  120
2  trading days?
3      A.  Historical, yes.
4      Q.  And it's your sworn testimony that you
5  have no idea whether you would have drawn different
6  conclusions if you had selected different
7  estimation windows other than it's possible?
8      A.  That's correct.  I don't recall trying
9  anything other than -- or using anything other than
10  a 120-trading day estimation window in this case.
11  So I don't know that the results would look like
12  with a different choice of parameters.
13     Q.  How about in other cases?  Have you used
14  different estimation windows in other cases?
15     A.  Yes, I have.
16     Q.  How about in other cases in the last two
17  months?
18     A.  You mean in terms of the filing dates for
19  the reports?
20     Q.  Filing dates, depositions.
21         In the last two months, have you defended
22  an estimation window or used an estimation window
23  that was different than 120 days?
24     A.  Yes, I believe so.
25     Q.  Which case?

1      A.  I recall Vaxart was a case I believe
2  I used a two-month estimation window in that case.
3      Q.  And do you remember being asked about that
4  in your deposition in Vaxart?
5      A.  Yes, I believe so.
6      Q.  And do you remember defending the
7  propriety of the information window you selected?
8      A.  Yes, I believe so.
9      Q.  And do you remember how you defended the
10  propriety of the information -- I'm sorry -- the
11  estimation window you selected in Vaxart?
12     A.  I believe in that case a big part of that
13  case revolved around it being in the COVID
14  pandemic.  So I believe it was -- for Vaxart, there
15  was an abrupt change in volatility in March of 2020
16  when the COVID pandemic news really impacted the
17  securities markets and that the alleged
18  misrepresentations and corrective disclosures
19  occurred just very shortly after that, and,
20  therefore, a shorter estimation was more
21  appropriate in that case, and also the fact that
22  Vaxart was seeking to market a -- it was involved
23  with trying to produce a COVID vaccine and received
24  funding for it.
25         So it was really tied to the dynamics of

35 (Pages 134 - 137)

1 the information environment that was really
2 changing quite rapidly across the world and across
3 all of the markets during that point in time, and
4 my recollection is that I felt that a shorter
5 estimation window was more appropriate to --
6 because a long window would have sort of started
7 before the COVID pandemic, and then it would have
8 included the COVID pandemic, and it would have
9 mixed sort of different information environments in
10 that case.
11    Q.  Okay.  Do you recall explaining that you
12 used the shorter estimation window in light of the
13 increased volatility during the COVID period and
14 after the COVID period?
15    A.  Yeah, that's part of it.  So the
16 volatility was changing in relation to the
17 information environment.
18    Q.  And if the volatility is changing for some
19 reason or another, that would push you towards a
20 shorter estimation window; correct?
21    A.  It can.  It depends on the circumstances.
22 So one of the things that I think I also explained
23 is that there's a trade-off with doing that.
24       So when you have a shorter estimation
25 window, it reduces the statistical power of the

1 study itself because you're benchmarking against --
2 when you calculate statistical significance, it's
3 against it's -- it's called a p-statistic, which is
4 the p-distribution.  So the more -- the greater the
5 number of observations, the greater the power of
6 the statistical test.  So when you reduce the
7 estimation window, you're reducing the sample size,
8 and you're reducing the power of the statistical
9 test.  So there's a trade-off in doing that.
10    Q.  But that assumes your volatility remains
11 constant across whatever estimation window you've
12 chosen.
13    A.  No, that's actually not true because every
14 company has changes in volatility over time; right?
15 I think you'd be hard pressed to find any company
16 that has constant volatility over time, but in that
17 case -- and there was another case, too, similar
18 case, with a COVID vaccine manufacturer, similar
19 time period.  This was such an abrupt change in the
20 information environment itself that triggered those
21 changes in volatility.  So that, I think, was the
22 starting point.
23       Like I said earlier today, the starting
24 point, for any case for me, is to have a better
25 understanding of the information environment for

1 the company.
2       So for those companies that were
3 attempting to manufacture COVID vaccines or get
4 government funding right after the COVID pandemic
5 hit, there was a really unique change in volatility
6 that was tied to the change in the information
7 environment, but you can have -- any company, the
8 volatility is going to be different from day to
9 day.  So I wouldn't -- I wouldn't just look at that
10 in isolation.
11    Q.  Right.
12       But the reason why you selected a shorter
13 estimation window in Vaxart is because there had
14 been a significant change in the volatility such
15 that you thought that what had happened 120 trading
16 days earlier was no longer reflective of what was
17 happening in the class period, and, therefore, you
18 chose what you thought was a more appropriate time
19 period where the volatility was more constant with
20 what you were trying to test in the class period.
21    MR. JAFRI:  Objection.  Form.
22    THE WITNESS:  Well, that's part of it, but it
23 started with a significant change in the
24 information environment where that would have gone
25 back before the COVID pandemic, and then the COVID

1 pandemic hit.  So there's an abrupt change in the
2 entire dynamics of how companies' price
3 correlations were changing significantly.
4       That's something else I talked about in
5 that deposition, is that companies' relationships
6 with their daily returns and with the overall
7 market and the industry also changed very abruptly
8 in March of 2020, and that's why it was important
9 to have a model that could try to adapt to those
10 rapid correlation changes that took place because
11 of the COVID pandemic.
12       So it really starts -- the starting point
13 is understanding whether the information
14 environment for a given company has a significant
15 change.
16       One of the things we talked about earlier
17 today with Bed Bath & Beyond is that throughout the
18 entire analysis period, people were talking about
19 this as a potential meme stock and short squeeze
20 candidate.  So there was nothing different in that
21 sense in the cost period relative to the full
22 analysis period since the information environment
23 and people talking about that for the company.
24 BY MR. FARINA:
25    Q.  You said that over and over again.

Page 142

1    All you did is you looked at a handful of
2 articles that suggested at some point during that
3 period, for a period of days, there was discussion
4 of it being in a meme short squeeze.
5    MR. JAFRI: Objection.
6 BY MR. FARINA:
7    Q. You conducted no analysis to determine
8 whether there was a short squeeze during the
9 estimation window, during the analysis period, or
10 even during the class period; correct?
11    MR. JAFRI: Objection. Mischaracterizes
12 testimony.
13    THE WITNESS: Well, I don't think I would
14 entirely agree with your characterization of my
15 report.
16 BY MR. FARINA:
17    Q. You didn't actually do any analysis of
18 whether or not there was a short squeeze at any
19 point. You've said that. You've admitted that;
20 correct?
21    A. I have said -- and I stand by what I
22 said -- that I've not set out to form any opinions
23 or conclusions on whether or not Bed Bath & Beyond
24 was, in fact, subject to a short squeeze at any
25 point in time.

Page 143

1    Q. Okay. In Vaxart you used an estimation
2 window of 40 days; correct?
3    A. Yes, I believe so.
4    Q. And if you had used 120 days in Vaxart,
5 you would have gotten a different answer; correct?
6    A. I believe so, yes.
7    Well, actually, I -- off the top of my
8 head, I don't know how it would have affected the
9 Cammer 5 test. So I would have to say right now,
10 sitting here, I'm not sure what the result of the
11 Cammer 5 test would have been with a different
12 estimation window.
13    Q. And in this case -- well, when was your
14 deposition in Vaxart?
15    A. I believe it was February or March of this
16 year.
17    Q. Okay. I think your deposition was
18 actually in January.
19    A. Okay. Apologize then. I don't have all
20 of these dates memorized.
21    Q. So during the time period when you're
22 doing the report in this case, you were defending
23 your use of a 40-day estimation window; correct?
24    A. Yes.
25    Q. Recognizing that in that particular case,

Page 144

1 if you had used 120-day estimation window, it might
2 have given you a different result?
3    A. Like I said, I'm not sure what the results
4 on the Cammer 5 test would have looked like,
5 whether they would have been different at all in
6 the Vaxart case under a different estimation
7 window.
8    But like I said in both that deposition
9 and this deposition, the starting point for any
10 case is for me to understand the information
11 environment for a given company. That's the
12 starting point.
13    And what I would say is Vaxart, and
14 I think the other one was Emergent BioSolutions,
15 were very unique in the sense that they were trying
16 to manufacture or produce or market COVID vaccines
17 right after the COVID pandemic hit, which was a
18 very unique and interesting information environment
19 and change in the information environment over
20 time, which pushed me to consider a shorter
21 estimation window.
22    I've also used shorter estimation windows
23 in other cases, too. I don't want to limit it to
24 only those two cases. But each time I carried out
25 a Cammer 5 analysis for any company, I want to

Page 145

1 understand the information environment for that
2 company, and that's what dictates the parameters
3 for the event study itself.
4    Q. How is it that you can understand -- well,
5 explain to me how you're looking at the
6 informational environment and using that to
7 determine your estimation window when you're not
8 actually looking at any data, for example, as to
9 whether or not there was a short squeeze?
10    What are you looking at?
11    Are you looking at news articles and
12 analyst reports?
13    We already looked at those, and those all
14 suggested that during the class period, there was
15 something very unusual going on with
16 Bed Bath & Beyond.
17    So how is your analysis being dictated by
18 what you're reading in analyst reports and
19 newspapers?
20    And why are you doing that to select the
21 estimation window?
22    MR. JAFRI: Objection. Form.
23    THE WITNESS: So I think there's a lot of
24 different points within your question. So I'll try
25 to break down some of those things.

37 (Pages 142 - 145)

Page 154

1 periods of time about potentially being subject to
2 a short squeeze.
3     Q.  So, no, you're not -- you don't know,
4 sitting here today, whether anyone was saying there
5 was a short squeeze going on at the time of
6 earnings announcement?
7     MR. JAFRI:  Objection.  Form.
8     THE WITNESS:  So I'll just stick to the
9 previous answer to that.
10 BY MR. FARINA:
11     Q.  Okay.  Well, you could say it snowed in
12 2023.  That doesn't mean it snowed in June of 2023;
13 correct?
14     A.  Yes, but that's obviously not how these
15 articles are describing the time period.
16     Q.  You think the way the articles are
17 written, they are saying for the entirety of
18 whatever time period you were there referencing, it
19 was undergoing a short squeeze?
20     MR. JAFRI:  Objection.  Mischaracterizes
21 testimony.
22     THE WITNESS:  Well, that's not what I said,
23 but some of these articles do talk about extended
24 periods of time as potentially subject to short
25 squeeze.

Page 155

1 BY MR. FARINA:
2     Q.  Let me ask you about your opinion on
3 options.
4     A.  Okay.
5     Q.  You opine that the market for options was
6 efficient during the class period?
7     A.  Yes.
8     Q.  What's your -- what analysis did you
9 perform to reach that conclusion?
10     A.  There's a couple of different things.
11       One is analyzing the Cammer factors for
12 the common stock, concluding that the common stock
13 traded efficiently, and just explaining that
14 derivatives, such as options, are priced directly
15 off of the common stock.  So anything that points
16 to the common stock for its pricing would, by
17 implication, be traded efficiently.
18       And there have been several court cases
19 that have adopted that explanation, which is
20 grounded in financial economics.  Things like
21 Black-Scholes option pricing model demonstrates
22 that options are priced directly off of the stock.
23       Another analysis I did --
24     Q.  Can I just make sure --
25     A.  No.  Let me finish.

Page 156

1       Another analysis that I did was to look at
2 the option price movements when there were
3 significant stock price movements and show that, in
4 general, those moved in a way that was consistent
5 with what would be expected in a market that is
6 efficient for the options.
7     Q.  Okay.  So on the first one, as
8 I understand what you said, is that because
9 I concluded that the market for the common stock
10 was efficient during the class period, from that,
11 I concluded that the market for options also must
12 have been efficient?
13     A.  Correct.
14     Q.  Okay.  That's not really an analysis of
15 the market for options, is it?  It's just an --
16 you're just saying that if the common stock is
17 efficient, it follows, necessarily, that the
18 options market is efficient?
19     A.  Well, it's an analysis to the extent that
20 it is pointing to option pricing theory, like the
21 Black-Scholes options formula, that explains how
22 options are priced directly from the common stock,
23 but it's not analyzing any specific data.  It's the
24 theory of basic principles of finance and valuation
25 analysis.

Page 157

1     Q.  All right.  What's your second one?
2     A.  The second one is those -- the last
3 exhibit, 12, in which I show that the option prices
4 tended to move in a way that was consistent with
5 the underlying stock price movements.
6     Q.  What is a call option?
7     A.  A call option is a security that gives the
8 holder the right to buy underlying shares of stock
9 at a certain price before a certain point in time.
10     Q.  When an investor buys a call option, they
11 are betting on the stock going up?
12     A.  Well, some investors may be doing it for
13 speculative reasons like that.  Other investors may
14 be doing it for hedging purposes to actually reduce
15 their risk exposure.
16     Q.  Well, if you're buying a call option,
17 you'd be hedging a short position; correct?
18     A.  That's one possibility, yes.
19     Q.  Okay.  But if you look just at the
20 purchase of a call option, the way you make money
21 by owning a call option is having the stock go up?
22     A.  Typically, that's one common way.  It's
23 not the only way, but that is one common way.
24       There are other variables that go into the
25 pricing for options, and so you could have changes

1     But, again, isn't that like saying that it
2 snowed in 2023 means that -- it doesn't mean that
3 it snowed on June 7, 2023.
4     I mean, that's -- you can't -- you
5 understand that's simply saying that I have a large
6 period of time that includes certain days, that
7 that doesn't mean that whatever it is you're
8 studying actually happened on any one of those
9 days; correct?
10     MR. JAFRI:  Objection.  Form.
11     THE WITNESS:  Right.  I'm certainly not -- like
12 I said earlier, I'm certainly not opining that
13 Bed Bath & Beyond, in fact, was subject to a short
14 squeeze on any day during the analysis period, but
15 what I said is, based on my review of the
16 information environment, is that throughout the
17 analysis period, people did characterize
18 Bed Bath & Beyond as a meme stock and a potential
19 short squeeze candidate.  That's all I said and
20 provided some examples of that in Footnote 104.
21 BY MR. FARINA:
22     Q.  And what's the significance of that?
23     A.  The -- I think the significance of that
24 is, for example, when I say that if a short squeeze
25 caused Bed Bath & Beyond stock to no longer be

1 informationally efficient, I would expect to
2 observe the absence of any relation between
3 relevant news and corresponding stock price
4 movements.  Yet my Cammer 5 analysis did document
5 that, during the analysis period and throughout the
6 analysis period, the company's price was reacting
7 to information despite the fact that many people
8 were describing it, over that same time period, as
9 a potential meme stock and potential short squeeze
10 candidate.
11     Q.  But you did nothing to determine whether
12 or not there was a short squeeze during the class
13 period, you did nothing to determine whether or not
14 there was a short squeeze during the four news days
15 that you studied?
16     MR. JAFRI:  Objection.  Form.
17     THE WITNESS:  What I point to is that people
18 talk about this potential, but I have not set out,
19 in any of my analysis, to determine whether or not
20 Bed Bath & Beyond was, in fact, subject to a short
21 squeeze.
22 BY MR. FARINA:
23     Q.  So how can you draw any conclusions at all
24 as to whether or not the relationship between the
25 stock price and information on four days during the

1 analysis period would hold true in the class
2 period?
3     You didn't do any analysis.
4     MR. JAFRI:  Objection.  Form.
5     THE WITNESS:  I think we talked a lot about
6 that this morning.  I'm happy to repeat everything
7 I said this morning, if you want me to, but we've
8 already talked through this before.
9 BY MR. FARINA:
10     Q.  Okay.  Do you think that Footnote 104
11 reflects a robust analysis that would hold up in a
12 peer-reviewed journal?
13     MR. JAFRI:  Objection.  Vague.
14     THE WITNESS:  I'm not really sure what you mean
15 by that.
16 BY MR. FARINA:
17     Q.  Do you think -- well, I think I mean what
18 I asked.  Do you think Footnote 104 actually
19 incorporates some form of analysis on your part?
20     A.  Well, it's part of the analysis that
21 I did.  It's related to the Cammer 5 analysis,
22 which is looking at a test of cause-and-effect
23 relationship over time.  It's also considering the
24 information environment for the company over that
25 same time period.

1     Q.  All right.  How would you calculate
2 damages on a class-wide basis?
3     A.  Under -- do you have a certain claim -- do
4 you want to limit that to one of the claims, or do
5 you want me to go through each of the different
6 types of claims?
7     Q.  So do a 10b-5 claim.  How would you
8 calculate damages on a class-wide basis?
9     A.  So explain the out-of-pocket methodology
10 for class-wide damages.
11     Q.  In order to calculate damages on a
12 class-wide basis, you would have to identify the
13 inflation in the share price during the class
14 period that's attributable to the alleged
15 misstatement; correct?
16     A.  Yes.
17     Q.  And you haven't tried to do that?
18     A.  I've not yet calculated artificial
19 inflation, that's correct.
20     Q.  And how would you calculate artificial
21 inflation in order to calculate damages on a
22 class-wide basis?
23     A.  Well, I've explained different techniques
24 that can be used, but I've not committed myself to
25 the exact steps that I would take to calculate

Page 166

1  artificial inflation.
2      So one of the things that I note in that
3  section of my report is these calculations can
4  incorporate information that's produced through the
5  discovery process.  So it could incorporate
6  information that I don't yet have access to.
7      But one of the common tools, probably the
8  most common tool, is to use an event study.  So one
9  approach is to look at the back end of a class
10  period and look at the declines in the stock price,
11  ask whether any portion of those declines need to
12  be disaggregated due to confounding information or
13  was there some component of the decline that was
14  unrelated to the revelation of alleged
15  misrepresentations or omissions and then backcast
16  that artificial inflation through the beginning of
17  the class period.
18      Q.  You would agree that you have to untangle
19  the price movements that are caused by the
20  inflation coming out of the stock and the price
21  movements that are caused by other factors?
22      A.  To the extent that those other factors are
23  not related to the allegations of the case and they
24  are contributing to a stock price decline, then,
25  yes, that would be what I'm referring to as

Page 167

1  confounding information that has to be
2  disaggregated.
3      Q.  Would you have to untangle the effect of
4  the unwinding of a short squeeze?
5      A.  It's not a question that I've formed an
6  opinion on at this point in time.
7      I think the complaint alleges that Cohen
8  either contributed to or caused a short squeeze in
9  the stock.  So to the extent that the unwinding of
10  that is actually within plaintiffs' theory of
11  liabilities, it might not represent any component
12  that needs to be disaggregated, but if I determined
13  that it did represent something that needed to be
14  disaggregated, then I would carry out a reasonable
15  and appropriate analysis at that point in time to
16  separate out those components.
17      Q.  And how would you do that?
18      A.  I can't really commit to the exact steps
19  I'd take at this point in time because I've not yet
20  even been asked to evaluate the calculation of
21  artificial inflation at this point in time.
22      MR. FARINA:  All right.  Why don't we take a
23  short break.  I think I might be done.
24      THE VIDEOGRAPHER:  We are off the record at
25  1:12 p.m.

Page 168

1      (A short break was taken.)
2      THE VIDEOGRAPHER:  We are back on the record at
3  1:21 p.m.
4      MR. FARINA:  Dr. Cain, I don't have any more
5  questions at this time.  Thank you.
6      THE WITNESS:  Thank you.
7      MR. JAFRI:  Nothing from plaintiffs.
8      MR. FARINA:  Okay.  Great.
9      THE VIDEOGRAPHER:  We are off the record at
10  1:21 p.m., and this concludes today's testimony
11  given by Matthew Cain, Ph.D.  The total number of
12  media units used was 2 and -- or 3 and will be
13  retained by Veritext Legal Solutions.
14
15
16
17
18
19
20
21
22
23
24
25

Page 169

1      C E R T I F I C A T E
2
3      I, DEANNA AMORE, a Shorthand Reporter and
4  notary public, within and for the State of
5  Illinois, County of DuPage, do hereby certify:
6      That MATTHEW CAIN, Ph.D., the witness
7  whose examination is hereinbefore set forth, was
8  first duly sworn by me and that this transcript of
9  said testimony is a true record of the testimony
10  given by said witness.
11      I further certify that I am not related to
12  any of the parties to this action by blood or
13  marriage, and that I am in no way interested in the
14  outcome of this matter.
15
16      IN WITNESS WHEREOF, I have hereunto set my
17  hand this 4th day of April 2024.
18
19
20  _____
21      Deanna M. Amore, CRR, RPR, CSR
22
23
24
25

43 (Pages 166 - 169)

# EXHIBIT 6

Table of Contents`

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**
_____

**FORM 10-Q**

☒    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the quarterly period ended November 27, 2021**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from _____ to _____**

**Commission File Number 0-20214**

**BED BATH & BEYOND INC.**
(Exact name of registrant as specified in its charter)

| **New York** | **11-2250488** |
|---|---|
| (State of incorporation) | (IRS Employer Identification No.) |

**650 Liberty Avenue, Union, New Jersey 07083**
(Address of principal executive offices) (Zip Code)

Registrant's telephone number, including area code: **(908) 688-0888**

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of each class** | **Trading Symbol** | **Name of each exchange on which registered** |
|---|---|---|
| Common stock, $.01 par value | BBBY | The Nasdaq Stock Market LLC |
| | | (Nasdaq Global Select Market) |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

**Number of shares outstanding of the issuer's Common Stock:**

| **Class** | **Outstanding at November 27, 2021** |
|---|---|
| Common Stock - $0.01 par value | 96,337,713 |

Table of Contents`

**BED BATH & BEYOND INC. AND SUBSIDIARIES**

**INDEX**

*PART I - FINANCIAL INFORMATION*

Item 1.        Financial Statements (unaudited)

Consolidated Balance Sheets November 27, 2021 and February 27, 2021                                                                    3

Consolidated Statements of Operations Three and Nine Months Ended November 27, 2021 and November 28, 2020                              4

Consolidated Statements of Comprehensive (Loss) Income Three and Nine Months Ended November 27, 2021 and November 28, 2020            5

Consolidated Statements of Shareholders' Equity Three and Nine Months Ended November 27, 2021 and November 28, 2020                    6

Consolidated Statements of Cash Flows Nine Months Ended November 27, 2021 and November 28, 2020                                        8

Notes to Consolidated Financial Statements                                                                                            9

Item 2.        Management's Discussion and Analysis of Financial Condition and Results of Operations                                  27

Item 3.        Quantitative and Qualitative Disclosures about Market Risk                                                             38

Item 4.        Controls and Procedures                                                                                               39

*PART II - OTHER INFORMATION*

Item 1.        Legal Proceedings                                                                                                     40

Item 1A.       Risk Factors                                                                                                          41

Item 2.        Unregistered Sales of Equity Securities and Use of Proceeds                                                           43

Item 6.        Exhibits                                                                                                              44

Signatures                                                                                                                            45

Table of Contents`

**BED BATH & BEYOND INC. AND SUBSIDIARIES**
*Consolidated Balance Sheets*
*(in thousands, except per share data)*
*(unaudited)*

| | November 27, 2021 | February 27, 2021 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 509,054 | $ 1,352,984 |
| Merchandise inventories | 1,911,859 | 1,671,909 |
| Prepaid expenses and other current assets | 526,540 | 595,152 |
| Total current assets | 2,947,453 | 3,620,045 |
| Long term investment securities | 19,237 | 19,545 |
| Property and equipment, net | 923,977 | 918,418 |
| Operating lease assets | 1,603,536 | 1,587,101 |
| Other assets | 162,435 | 311,821 |
| Total assets | $ 5,656,638 | $ 6,456,930 |
| | | |
| **Liabilities and Shareholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 908,070 | $ 986,045 |
| Accrued expenses and other current liabilities | 649,204 | 636,329 |
| Merchandise credit and gift card liabilities | 313,968 | 312,486 |
| Current operating lease liabilities | 347,721 | 360,061 |
| Total current liabilities | 2,218,963 | 2,294,921 |
| Other liabilities | 69,972 | 82,279 |
| Operating lease liabilities | 1,532,873 | 1,509,767 |
| Income taxes payable | 101,535 | 102,664 |
| Long term debt | 1,179,682 | 1,190,363 |
| Total liabilities | 5,103,025 | 5,179,994 |
| | | |
| Shareholders' equity: | | |
| Preferred stock - $0.01 par value; authorized - 1,000 shares; no shares issued or outstanding | - | - |
| Common stock - $0.01 par value; authorized - 900,000 shares; issued 344,140 and 343,241, respectively; outstanding 96,338 and 109,621 shares, respectively | 3,441 | 3,432 |
| Additional paid-in capital | 2,227,469 | 2,152,135 |
| Retained earnings | 9,825,156 | 10,225,253 |
| Treasury stock, at cost; 247,802 and 233,620 shares, respectively | (11,454,757) | (11,048,284) |
| Accumulated other comprehensive loss | (47,696) | (55,600) |
| Total shareholders' equity | 553,613 | 1,276,936 |
| | | |
| Total liabilities and shareholders' equity | $ 5,656,638 | $ 6,456,930 |

See accompanying Notes to Consolidated Financial Statements.

Table of Contents`

**BED BATH & BEYOND INC. AND SUBSIDIARIES**
*Consolidated Statements of Operations*
*(in thousands, except per share data)*
*(unaudited)*

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | November 27, 2021 | November 28, 2020 | November 27, 2021 | November 28, 2020 |
| Net sales | $ 1,877,874 | $ 2,618,472 | $ 5,816,382 | $ 6,613,887 |
| Cost of sales | 1,208,954 | 1,661,905 | 3,912,699 | 4,321,294 |
| Gross profit | 668,920 | 956,567 | 1,903,683 | 2,292,593 |
| Selling, general and administrative expenses | 697,953 | 890,740 | 2,009,687 | 2,461,365 |
| Impairments, including on assets held for sale | 1,759 | 57,997 | 18,472 | 172,434 |
| Restructuring and transformation initiative expenses | 41,219 | 16,770 | 99,400 | 47,648 |
| Loss (gain) on sale of businesses | 14,100 | 113,909 | 18,221 | (75,619) |
| Operating loss | (86,111) | (122,849) | (242,097) | (313,235) |
| Interest expense, net | 15,772 | 17,805 | 47,893 | 58,347 |
| Loss (gain) on extinguishment of debt | - | - | 376 | (77,038) |
| Loss before provision (benefit) for income taxes | (101,883) | (140,654) | (290,366) | (294,544) |
| Provision (benefit) for income taxes | 174,546 | (65,213) | 110,152 | (134,712) |
| Net loss | $ (276,429) | $ (75,441) | $ (400,518) | $ (159,832) |
| Net loss per share - Basic | $ (2.78) | $ (0.61) | $ (3.90) | $ (1.29) |
| Net loss per share - Diluted | $ (2.78) | $ (0.61) | $ (3.90) | $ (1.29) |
| Weighted average shares outstanding - Basic | 99,591 | 122,885 | 102,772 | 123,576 |
| Weighted average shares outstanding - Diluted | 99,591 | 122,885 | 102,772 | 123,576 |

See accompanying Notes to Consolidated Financial Statements.

-4-

Table of Contents`

**BED BATH & BEYOND INC. AND SUBSIDIARIES**
*Consolidated Statements of Comprehensive (Loss) Income*
*(in thousands, unaudited)*

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | November 27, 2021 | November 28, 2020 | November 27, 2021 | November 28, 2020 |
| Net loss | $ (276,429) | $ (75,441) | $ (400,518) | $ (159,832) |
| Other comprehensive (loss) income: | | | | |
| Change in temporary impairment of auction rate securities, net of taxes | (186) | 215 | (226) | (397) |
| Pension adjustment, net of taxes | (1,786) | (5,183) | (1,562) | (5,174) |
| Reclassification adjustment on settlement of pension plan, net of taxes | 9,938 | - | 9,938 | - |
| Currency translation adjustment | (2,383) | 2,332 | (246) | 5,745 |
| Other comprehensive income (loss) | 5,583 | (2,636) | 7,904 | 174 |
| Comprehensive loss | $ (270,846) | $ (78,077) | $ (392,614) | $ (159,658) |

See accompanying Notes to Consolidated Financial Statements.

-5-

Table of Contents`

# BED BATH & BEYOND INC. AND SUBSIDIARIES
### *Consolidated Statements of Shareholders' Equity*
### *(in thousands, unaudited)*

| | Three Months Ended November 27, 2021 | | | | | | | |
| | Common Stock | | Additional Paid-in Capital | Retained Earnings | Treasury Stock | | Accumulated Other Comprehensive Loss | Total |
| | Shares | Amount | | | Shares | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Balance at August 28, 2021 | 343,596 $ | 3,436 $ | 2,218,400 $ | 10,101,522 | (242,536) $ | (11,335,845) $ | (53,279) $ | 934,234 |
| Net loss | - | - | - | (276,429) | - | - | - | (276,429) |
| Other comprehensive income, net of tax | - | - | - | - | - | - | 5,583 | 5,583 |
| Dividends forfeited | - | - | - | 63 | - | - | - | 63 |
| Issuance of restricted shares, net | 270 | 2 | (2) | - | - | - | - | - |
| Payment and vesting of performance stock units | 274 | 3 | (3) | - | - | - | - | - |
| Stock-based compensation expense, net | - | - | 9,074 | - | - | - | - | 9,074 |
| Accelerated share repurchase program | - | - | - | - | - | - | - | - |
| Director fees paid in stock | - | - | - | - | - | - | - | - |
| Repurchase of common stock, including fees | - | - | - | - | (5,266) | (118,912) | - | (118,912) |
| **Balance at November 27, 2021** | **344,140 $** | **3,441 $** | **2,227,469 $** | **9,825,156** | **(247,802) $** | **(11,454,757) $** | **(47,696) $** | **553,613** |

| | Nine Months Ended November 27, 2021 | | | | | | | |
| | Common Stock | | Additional Paid-in Capital | Retained Earnings | Treasury Stock | | Accumulated Other Comprehensive Loss | Total |
| | Shares | Amount | | | Shares | Amount | | |
|---|---|---|---|---|---|---|---|---|
| Balance at February 27, 2021 | 343,241 $ | 3,432 $ | 2,152,135 $ | 10,225,253 | (233,620) $ | (11,048,284) $ | (55,600) $ | 1,276,936 |
| Net loss | - | - | - | (400,518) | - | - | - | (400,518) |
| Other comprehensive income, net of tax | - | - | - | - | - | - | 7,904 | 7,904 |
| Dividends forfeited | - | - | - | 421 | - | - | - | 421 |
| Issuance of restricted shares, net | 618 | 6 | (6) | - | - | - | - | - |
| Payment and vesting of performance stock units | 274 | 3 | (3) | - | - | - | - | - |
| Stock-based compensation expense, net | - | - | 27,655 | - | - | - | - | 27,655 |
| Accelerated share repurchase program | - | - | 47,550 | - | (200) | (47,550) | - | - |
| Director fees paid in stock | 7 | - | 138 | - | - | - | - | 138 |
| Repurchase of common stock, including fees | - | - | - | - | (13,982) | (358,923) | - | (358,923) |
| **Balance at November 27, 2021** | **344,140 $** | **3,441 $** | **2,227,469 $** | **9,825,156** | **(247,802) $** | **(11,454,757) $** | **(47,696) $** | **553,613** |

See accompanying Notes to Consolidated Financial Statements.

Table of Contents`

# BED BATH & BEYOND INC. AND SUBSIDIARIES
### *Consolidated Statements of Shareholders' Equity*
### *(in thousands, unaudited)*

| | Three Months Ended November 28, 2020 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Common Stock | | Additional Paid-in Capital | Retained Earnings | Treasury Stock | | Accumulated Other Comprehensive Loss | Total |
| | Shares | Amount | | | Shares | Amount | | |
| Balance at August 29, 2020 | 343,676 $ | 3,436 $ | 2,183,564 $ | 10,290,896 | (217,668) $ | (10,718,789) $ | (62,099) $ | 1,697,008 |
| Net loss | - | - | - | (75,441) | - | - | - | (75,441) |
| Other comprehensive loss, net of tax | - | - | - | - | - | - | (2,636) | (2,636) |
| Dividends forfeited | - | - | - | 288 | - | - | - | 288 |
| Forfeiture of restricted shares, net | (192) | (2) | 2 | - | - | - | - | - |
| Payment and vesting of performance stock units | - | - | - | - | - | - | - | - |
| Stock-based compensation expense, net | - | - | 7,407 | - | - | - | - | 7,407 |
| Accelerated share repurchase program | - | - | (132,615) | - | (4,500) | (92,385) | - | (225,000) |
| Director fees paid in stock | - | - | - | - | - | - | - | - |
| Repurchase of common stock, including fees | - | - | - | - | (101) | (1,667) | - | (1,667) |
| **Balance at November 28, 2020** | **343,484 $** | **3,434 $** | **2,058,358 $** | **10,215,743** | **(222,269) $** | **(10,812,841) $** | **(64,735)** | **1,399,959** |

| | Nine Months Ended November 28, 2020 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Common Stock | | Additional Paid-in Capital | Retained Earnings | Treasury Stock | | Accumulated Other Comprehensive Loss | Total |
| | Shares | Amount | | | Shares | Amount | | |
| Balance at February 29, 2020 | 343,683 $ | 3,436 $ | 2,167,337 $ | 10,374,826 | (217,155) $ | (10,715,755) $ | (64,909) $ | 1,764,935 |
| Net loss | - | - | - | (159,832) | - | - | - | (159,832) |
| Other comprehensive income, net of tax | - | - | - | - | - | - | 174 | 174 |
| Dividends forfeited | - | - | - | 749 | - | - | - | 749 |
| Forfeiture of restricted shares, net | (542) | (6) | 6 | - | - | - | - | - |
| Payment and vesting of performance stock units | 343 | 4 | (4) | - | - | - | - | - |
| Stock-based compensation expense, net | - | - | 23,634 | - | - | - | - | 23,634 |
| Accelerated share repurchase program | - | - | (132,615) | - | (4,500) | (92,385) | - | (225,000) |
| Director fees paid in stock | - | - | - | - | - | - | - | - |
| Repurchase of common stock, including fees | - | - | - | - | (614) | (4,701) | - | (4,701) |
| **Balance at November 28, 2020** | **343,484 $** | **3,434 $** | **2,058,358 $** | **10,215,743** | **(222,269) $** | **(10,812,841) $** | **(64,735)** | **1,399,959** |

See accompanying Notes to Consolidated Financial Statements.

-7-

Table of Contents`

**BED BATH & BEYOND INC. AND SUBSIDIARIES**
*Consolidated Statements of Cash Flows*
*(in thousands, unaudited)*

| | Nine Months Ended | |
| --- | --- | --- |
| | November 27, 2021 | November 28, 2020 |
| Cash Flows from Operating Activities: | | |
| Net loss | $ (400,518) | $ (159,832) |
| Adjustments to reconcile net loss to net cash (used in) provided by operating activities: | | |
| Depreciation and amortization | 214,742 | 262,584 |
| Impairments, including on assets held for sale | 18,472 | 172,434 |
| Stock-based compensation | 26,875 | 23,064 |
| Deferred income taxes | 126,437 | (43,354) |
| Loss (gain) on sale of businesses | 18,221 | (75,619) |
| Loss (gain) on debt extinguishment | 376 | (77,038) |
| Other | (7,516) | 128 |
| Decrease (increase) in assets: | | |
| Merchandise inventories | (240,522) | (91,235) |
| Other current assets | 60,582 | (1,680) |
| Other assets | (82) | 323 |
| Increase (decrease) in liabilities: | | |
| Accounts payable | (72,408) | 97,713 |
| Accrued expenses and other current liabilities | 20,385 | 97,755 |
| Merchandise credit and gift card liabilities | 1,551 | (21,199) |
| Income taxes payable | (1,160) | (8,876) |
| Operating lease assets and liabilities, net | (16,707) | 10,808 |
| Other liabilities | (13,468) | 6,426 |
| Net cash (used in) provided by operating activities | (264,740) | 192,402 |
| | | |
| Cash Flows from Investing Activities: | | |
| Purchases of held-to-maturity investment securities | (29,997) | - |
| Redemption of held-to-maturity investment securities | 30,000 | 386,500 |
| Net proceeds from sale of business | - | 482,709 |
| Net proceeds from sale of property | 5,000 | - |
| Capital expenditures | (232,470) | (117,316) |
| Net cash (used in) provided by investing activities | (227,467) | 751,893 |
| | | |
| Cash Flows from Financing Activities: | | |
| Borrowing of long-term debt | - | 236,400 |
| Repayments of long-term debt | (11,355) | (457,827) |
| Prepayment under share repurchase agreement | - | (132,615) |
| Repurchase of common stock, including fees | (358,923) | (97,086) |
| Payment of dividends | (767) | (23,063) |
| Payment of deferred financing fees | (3,443) | (7,690) |
| Net cash used in financing activities | (374,488) | (481,881) |
| | | |
| Effect of exchange rate changes on cash, cash equivalents and restricted cash | (88) | 3,328 |
| | | |
| Net (decrease) increase in cash, cash equivalents and restricted cash | (866,783) | 465,742 |
| Change in cash balances classified as held-for-sale | - | 4,815 |
| Net (decrease) increase in cash, cash equivalents and restricted cash | (866,783) | 470,557 |
| | | |
| Cash, cash equivalents and restricted cash: | | |
| Beginning of period | 1,407,224 | 1,023,650 |
| End of period | $ 540,441 | $ 1,494,207 |

See accompanying Notes to Consolidated Financial Statements.

Table of Contents`

**BED BATH & BEYOND INC. AND SUBSIDIARIES**
*Notes to Consolidated Financial Statements*
*(unaudited)*

**1) BASIS OF PRESENTATION**

The accompanying consolidated financial statements have been prepared without audit. In the opinion of management, the accompanying consolidated financial statements contain all adjustments (consisting of only normal recurring accruals and elimination of intercompany balances and transactions) necessary to present fairly the financial position of Bed Bath & Beyond Inc. and subsidiaries (the "Company") as of November 27, 2021 and February 27, 2021 and the results of its operations, shareholders' equity, and comprehensive (loss) income for the three and nine months ended November 27, 2021 and November 28, 2020 and its cash flows for the nine months ended November 27, 2021 and November 28, 2020.

The accompanying unaudited consolidated financial statements are presented in accordance with the requirements for Form 10-Q and consequently do not include all the disclosures normally required by U.S. generally accepted accounting principles ("GAAP"). Reference should be made to the Company's Annual Report on Form 10-K for the fiscal year ended February 27, 2021 for additional disclosures, including a summary of the Company's significant accounting policies, and to subsequently filed Form 8-Ks.

For fiscal 2021, the Company is accounting for its operations as one operating segment, North American Retail. For fiscal 2020, until the divestiture of Linen Holdings in October 2020, the Company accounted for its operations as two operating segments: North American Retail and Institutional Sales (which was comprised of Linen Holdings), which did not meet the quantitative thresholds under U.S. generally accepted accounting principles and, therefore, was not a reportable segment. Net sales outside of the U.S. for the Company were not material for the three and nine months ended November 27, 2021 and November 28, 2020. As the Company operates in the retail industry, its results of operations are affected by general economic conditions and consumer spending habits.

**2) IMPACT OF THE COVID-19 PANDEMIC**

In March 2020, the World Health Organization declared the COVID-19 outbreak a global pandemic. That same month, as a result of the COVID-19 pandemic, the Company began to temporarily close certain store locations that did not have a health and personal care department, and as of March 23, 2020, all of the Company's retail stores across the U.S. and Canada were temporarily closed except for most stand-alone buybuy BABY and Harmon stores, subject to state and local regulations. In May 2020, the Company announced a phased approach to re-open its stores in compliance with relevant government directives, and as of the end of July 2020, nearly all of its stores re-opened. During portions of fiscal 2021, a limited number of stores in Canada either closed temporarily or continued to operate under restrictions in compliance with local governmental orders. As of November 27, 2021, all of the Company's stores were operating without restriction subject to compliance with mask and vaccine requirements.

In the first half of fiscal 2020, the Company had also suspended its plans for debt reduction and postponed share repurchases, but lifted the debt repurchase suspension in August 2020 and the postponement of share repurchases in October 2020.

Similar to other retailers, the Company also withheld portions of and/or delayed payments to certain of its business partners as the Company negotiated revisions to its payment terms, in order to further maintain liquidity given the temporary store closures (See "Leases," Note 9).

On March 27, 2020, the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act") was enacted in the United States, which provided for certain changes to tax laws, which impacted the Company's results of operations, financial position and cash flows. The Company implemented certain provisions of the CARES Act, such as deferring employer payroll taxes and utilizing the ability to carry back and deduct losses to offset prior income in previously filed tax returns. As of both November 27, 2021 and February 27, 2021, the Company has deferred $3.1 million of employer payroll taxes, of which approximately 50% was deposited during December 2021 with the remaining 50% required to be deposited by December 2022. During the three and nine months ended November 27, 2021, under the CARES Act, the Company recorded income tax benefits of $2.4 million and $18.6 million, respectively, as a result of the fiscal 2020 and fiscal 2019 net operating losses that were carried back to prior years during which the federal tax rate was 35%. During the three and nine months ended November 28, 2020, under the CARES Act, the Company recorded income tax benefits of $0.7 million and $43.7 million, respectively.

Table of Contents`

In addition, during the three and nine months ended November 27, 2021, the Company recorded credits of approximately $0.8 million and $3.7 million, respectively, as an offset to selling, general and administrative expenses as a result of the employee retention credits made available under the CARES Act for U.S. employees and under the Canada Emergency Wage Subsidy for Canadian employees. During three and nine months ended November 28, 2020, the Company recorded credits of approximately $1.0 million and $28.3 million, respectively.

The COVID-19 pandemic materially adversely impacted the Company's results of operations and cash flows for the three and nine months ended November 28, 2020. Numerous uncertainties continue to surround the pandemic and its ultimate impact on the Company. Further discussion of the risks and uncertainties posed by the COVID-19 pandemic is disclosed in "Risk Factors" under Part II, Item 1A of this Form 10-Q and Part I, Item 1A of the Company's 2020 Form 10-K.

### 3) REVENUE RECOGNITION

Sales are recognized upon purchase by customers at the Company's retail stores or upon delivery for products purchased from its websites. The value of point-of-sale coupons and point-of-sale rebates that result in a reduction of the price paid by the customer are recorded as a reduction of sales. Shipping and handling fees that are billed to a customer in a sale transaction are recorded in sales. Taxes, such as sales tax, use tax and value added tax, are not included in sales.

Revenues from gift cards, gift certificates and merchandise credits are recognized when redeemed. Gift cards have no provisions for reduction in the value of unused card balances over defined time periods and have no expiration dates. For the nine months ended November 27, 2021 and November 28, 2020, the Company recognized net sales for gift card and merchandise credit redemptions of approximately $60.5 million and $79.4 million, respectively, which were included in merchandise credit and gift card liabilities on the consolidated balance sheet as of February 27, 2021 and February 29, 2020, respectively.

Sales returns are provided for in the period that the related sales are recorded based on historical experience. Although the estimate for sales returns has not varied materially from historical provisions, actual experience could vary from historical experience in the future if the level of sales return activity changes materially. In the future, if the Company concludes that an adjustment is required due to material changes in the returns activity, the liability for estimated returns and the corresponding right of return asset will be adjusted accordingly. As of November 27, 2021 and February 27, 2021, the Company recorded a liability for estimated returns of $32.0 million and $36.2 million, respectively, in accrued expenses and other current liabilities, and the corresponding right of return asset for merchandise of $19.6 million and $23.4 million, respectively, in prepaid expenses and other current assets.

The Company sells a wide assortment of domestics merchandise and home furnishings. Domestics merchandise includes categories such as bed linens and related items, bath items and kitchen textiles. Home furnishings include categories such as kitchen and tabletop items, fine tabletop, basic housewares, general home furnishings (including furniture and wall décor), consumables and certain juvenile products. Sales of domestics merchandise and home furnishings accounted for approximately 37.6% and 62.4% of net sales, respectively, for the three months ended November 27, 2021, and approximately 35.7% and 64.3% of net sales, respectively, for the three months ended November 28, 2020. Sales of domestics merchandise and home furnishings accounted for approximately 38.4% and 61.6% of net sales, respectively, for the nine months ended November 27, 2021, and approximately 35.4% and 64.6% of net sales, respectively, for the nine months ended November 28, 2020.

Table of Contents`

## 4) FAIR VALUE MEASUREMENTS

Fair value is defined as the price that would be received to sell an asset or paid to transfer a liability (i.e., "the exit price") in an orderly transaction between market participants at the measurement date. In determining fair value, the Company uses various valuation approaches, including quoted market prices and discounted cash flows. The hierarchy for inputs used in measuring fair value maximizes the use of observable inputs and minimizes the use of unobservable inputs by requiring that the most observable inputs be used when available. Observable inputs are inputs that market participants would use in pricing the asset or liability developed based on market data obtained from independent sources. Unobservable inputs are inputs that reflect a company's judgment concerning the assumptions that market participants would use in pricing the asset or liability developed based on the best information available under the circumstances. In certain cases, the inputs used to measure fair value may fall into different levels of the fair value hierarchy. In such cases, an asset or liability must be classified in its entirety based on the lowest level of input that is significant to the measurement of fair value. The fair value hierarchy is broken down into three levels based on the reliability of inputs as follows:

•Level 1 - Valuations based on quoted prices in active markets for identical instruments that the Company is able to access. Since valuations are based on quoted prices that are readily and regularly available in an active market, valuation of these products does not entail a significant degree of judgment.

•Level 2 - Valuations based on quoted prices in active markets for instruments that are similar, or quoted prices in markets that are not active for identical or similar instruments, and model-derived valuations in which all significant inputs and significant value drivers are observable in active markets.

•Level 3 - Valuations based on inputs that are unobservable and significant to the overall fair value measurement.

The Company's financial instruments include cash and cash equivalents, investment securities, accounts payable, long term debt and certain other liabilities. The book value of the Company's financial instruments, excluding long term debt, is representative of their fair values. The Company's investment securities at November 27, 2021 consisted primarily of U.S. Treasury securities, which are stated at amortized cost and are based on quoted prices in active markets for identical instruments (Level 1 valuation). As of November 27, 2021 and February 27, 2021, the fair value of the Company's long term debt was approximately $1.097 billion and $1.118 billion, respectively, which is based on quoted prices in active markets for identical instruments (i.e., Level 1 valuation), compared with the carrying value of approximately $1.184 billion and $1.195 billion, respectively.

The Company does not have any financial assets utilizing Level 2 inputs. Financial assets utilizing Level 3 inputs included long term investments in auction rate securities consisting of preferred shares of closed end municipal bond funds (See "Investment Securities," Note 6).

## 5) CASH AND CASH EQUIVALENTS

The Company considers all highly liquid instruments purchased with original maturities of three months or less to be cash equivalents. Included in cash and cash equivalents are credit and debit card receivables from banks, which typically settle within five business days, of $138.9 million and $64.0 million as of November 27, 2021 and February 27, 2021, respectively.

There was no short-term restricted cash as of November 27, 2021. Short-term restricted cash of $5.0 million, as of February 27, 2021, is included in prepaid expenses and other current assets on the consolidated balance sheet. Long-term restricted cash of $31.4 million and $49.2 million, respectively, as of November 27, 2021 and February 27, 2021, respectively, is included in other long-term assets on the consolidated balance sheet.

Table of Contents`

**6) INVESTMENT SECURITIES**

The Company's investment securities as of November 27, 2021 and February 27, 2021 are as follows:

| (in millions) | November 27, 2021 | | February 27, 2021 | |
|---|---|---|---|---|
| Available-for-sale securities: | | | | |
| Long term | $ | 19.1 | $ | 19.4 |
| | | | | |
| Held-to-maturity securities: | | | | |
| Short term | | - | | - |
| Total investment securities | $ | 19.1 | $ | 19.4 |

*Auction Rate Securities*

As of November 27, 2021 and February 27, 2021, the Company's long term available-for-sale investment securities represented approximately $20.3 million par value of auction rate securities, less temporary valuation adjustments of approximately $1.1 million and $0.8 million, respectively, consisting of preferred shares of closed end municipal bond funds. Since these valuation adjustments are deemed to be temporary, they are recorded in accumulated other comprehensive loss, net of a related tax benefit, and did not affect the Company's net earnings.

*U.S. Treasury Securities*

As of November 27, 2021 and February 27, 2021, the Company had no short-term held-to-maturity securities, consisting of U.S. Treasury Bills with remaining maturities of less than one year. These securities are stated at their amortized cost, which approximates fair value based on quoted prices in active markets for identical instruments (i.e., Level 1 valuation).

**7) IMPAIRMENT OF LONG-LIVED ASSETS**

The Company reviews long-lived assets for impairment when events or changes in circumstances indicate the carrying value of these assets may exceed their current fair values. Recoverability of assets to be held and used is measured by a comparison of the carrying amount of an asset to the estimated undiscounted future cash flows expected to be generated by the asset. If the carrying amount of an asset exceeds its estimated future cash flows, an impairment charge is recognized for the amount by which the carrying amount of the asset exceeds the fair value of the asset. Assets to be disposed of would be separately presented in the balance sheet and reported at the lower of the carrying amount or fair value less costs to sell, and are no longer depreciated. The assets and liabilities of a disposal group classified as held for sale are separately presented in the appropriate asset and liability sections of the balance sheet (See "Assets Held for Sale and Divestitures," Note 18). For the three and nine months ended November 27, 2021, the Company recorded $1.6 million and $15.6 million, respectively, of non-cash pre-tax impairment charges in impairments in its consolidated statement of operations for certain store-level assets, including leasehold improvements and operating lease assets. For the three and nine months ended November 28, 2020, the Company recorded $1.6 million and $84.0 million, respectively, of non-cash pre-tax impairment charges in impairments, including on assets held for sale, in its consolidated statement of operations for certain store-level assets, including leasehold improvements and operating lease assets. In the future, if events or market conditions affect the estimated fair value to the extent that a long-lived asset is impaired, the Company will adjust the carrying value of these long-lived assets in the period in which the impairment occurs.

**8) PROPERTY AND EQUIPMENT**

As of November 27, 2021 and February 27, 2021, included in property and equipment, net is accumulated depreciation of approximately $1.8 billion and $1.7 billion, respectively.

**9) LEASES**

The Company leases retail stores, distribution facilities, offices and equipment under agreements expiring at various dates through 2041. The leases provide for original lease terms that generally range from 10 to 15 years and most leases provide for a series of five year renewal options, often at increased rents, the exercise of which is at the Company's sole discretion. Certain leases provide for contingent rents (which are based upon store sales exceeding stipulated amounts and are immaterial for the three and nine months ended November 27, 2021 and November 28, 2020), scheduled rent increases and renewal options. The Company is obligated under a majority of the leases to pay for taxes, insurance and common area maintenance charges.

Table of Contents`

The Company subleases certain real estate to unrelated third parties, which have all been classified as operating leases. The Company recognizes sublease income on a straight-line basis over the sublease term, which generally ranges from 5 to 10 years. Most sublease arrangements provide for a series of five-year renewal options, the exercise of which are at the Company's sole discretion.

The Company regularly negotiates lease terms with landlords, including in connection with its transformation initiatives. Beginning in the first quarter of 2020, in order to maintain liquidity given temporary store closures as a result of the COVID-19 pandemic (See "Impact of the COVID-19 Pandemic," Note 2), the Company withheld portions of and/or delayed or deferred payments to certain landlords, including in connection with renegotiations of lease terms. In some instances, the renegotiations led to agreements with landlords for rent abatements or rental deferrals. In fiscal 2021, the Company has continued to withhold payments to certain landlords in connection with certain negotiations of payment terms. Total payments withheld and/or delayed or deferred as of November 27, 2021 and February 27, 2021 were approximately $3.0 million and $9.6 million, respectively, and are included in current liabilities.

In accordance with the Financial Accounting Standards Board's Staff Q&A regarding rent concessions related to the effects of the COVID-19 pandemic, the Company has elected to account for the concessions agreed to by landlords that do not result in a substantial increase in the rights of the lessor or the obligations of the lessee as though enforceable rights and obligations for those concessions existed in the original lease agreements and the Company has elected to not remeasure the related lease liabilities and right-of-use assets. For qualifying rent abatement concessions, the Company has recorded negative lease expense for the amount of the concession during the period of relief, and for qualifying deferrals of rental payments, the Company has recognized a non-interest bearing payable in lieu of recognizing a decrease in cash for the lease payment that would have been made based on the original terms of the lease agreement, which will be reduced when the deferred payment is made in the future. During the three and nine months ended November 27, 2021, the Company recognized reduced rent expense of $0.3 million and $2.6 million, respectively, related to rent abatement concessions. The Company recognized $3.4 million and $7.8 million, respectively, of reduced rent expense during each of the three and nine months ended November 28, 2020.

The components of total lease cost for the three and nine months ended November 27, 2021 and November 28, 2020, were as follows:

| (in thousands) | Statement of Operations Location | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|---|
| | | November 27, 2021 | November 28, 2020 | November 27, 2021 | November 28, 2020 |
| Operating lease cost | Cost of sales and SG&A | $ 105,230 | $ 152,402 | $ 332,952 | $ 442,120 |
| Finance lease cost: | | | | | |
| Depreciation of property | SG&A | - | 642 | - | 1,938 |
| Interest on lease liabilities | Interest expense, net | - | 2,234 | - | 6,692 |
| Variable lease cost | Cost of sales and SG&A | 40,753 | 50,060 | 112,270 | 149,755 |
| Sublease income | SG&A | (9,929) | (1,852) | (34,735) | (2,408) |
| Total lease cost | | $ 136,054 | $ 203,486 | $ 410,487 | $ 598,097 |

As of November 27, 2021 and February 27, 2021, assets and liabilities related to the Company's leases were as follows:

| (in thousands) | Consolidated Balance Sheet Location | November 27, 2021 | February 27, 2021 |
|---|---|---|---|
| **Assets** | | | |
| Operating leases | Operating lease assets | $ 1,603,536 | $ 1,587,101 |
| Total lease assets | | $ 1,603,536 | $ 1,587,101 |
| | | | |
| **Liabilities** | | | |
| Current: | | | |
| Operating leases | Current operating lease liabilities | $ 347,721 | $ 360,061 |
| Noncurrent: | | | |
| Operating leases | Operating lease liabilities | 1,532,873 | 1,509,767 |
| Total lease liabilities | | $ 1,880,594 | $ 1,869,828 |

-13-

Table of Contents`

As of November 27, 2021, the Company's lease liabilities mature as follows:

| (in thousands) | Operating Leases |
|---|---|
| Fiscal Year: | |
| Remainder of 2021 | $ 108,467 |
| 2022 | 440,898 |
| 2023 | 377,833 |
| 2024 | 323,075 |
| 2025 | 261,771 |
| 2026 | 191,406 |
| Thereafter | 598,862 |
| Total lease payments | $ 2,302,312 |
| Less imputed interest | (421,718) |
| Present value of lease liabilities | $ 1,880,594 |

At November 27, 2021, the Company has entered into one lease, which has not yet commenced, for a regional distribution center planned to open in fiscal 2022. The aggregate minimum rental payments over the term of the lease of approximately $107.2 million are not included in the above table.

The Company's lease terms and discount rates were as follows:

| | November 27, 2021 | February 27, 2021 |
|---|---|---|
| Weighted-average remaining lease term (in years) | | |
| Operating leases | 6.9 | 6.8 |
| Weighted-average discount rate | | |
| Operating leases | 6.0 % | 6.4 % |

Other information with respect to the Company's leases is as follows:

| | Nine Months Ended | |
|---|---|---|
| (in thousands) | November 27, 2021 | November 28, 2020 |
| Cash paid for amounts included in the measurement of lease liabilities | | |
| Operating cash flows for operating leases | $ 340,314 | 431,679 |
| Operating cash flows for finance leases | - | 7,875 |
| Operating lease assets obtained in exchange for new operating lease liabilities | 293,824 | 236,222 |

## 10) INCOME TAXES

The effective income tax rate for the three months ended November 27, 2021 was (171.3)% compared with 46.4% for the three months ended November 28, 2020. The effective income tax rate for the three months ended November 27, 2021 reflects the impact of a charge to record a valuation allowance in the fiscal third quarter of $181.5 million, discussed below, as well as a benefit of $2.4 million resulting from an adjustment to the estimated net operating loss incurred in fiscal 2020 which was carried back, under the provisions of the CARES Act, to a year in which the tax rate was 35%. For the three months ended November 28, 2020, the effective tax rate included the impact of impairment charges for leasehold improvements and lease assets, a $0.7 million benefit related to fiscal 2019 net operating loss carry-back under the CARES Act and other discrete tax items.

Table of Contents`

The effective income tax rate for the nine months ended November 27, 2021 was (37.9)% compared with 45.7% for the nine months ended November 28, 2020. The effective income tax rate for the nine months ended November 27, 2021 reflects the impact of a charge to record a valuation allowance in the fiscal third quarter of $181.5 million, discussed below, as well as a benefit of $18.6 million resulting from an adjustment to the estimated net operating loss incurred in fiscal 2020 which was carried back, under the provisions of the CARES Act, to a year in which the tax rate was 35%. For the nine months ended November 28, 2020, the effective tax rate included the impact of impairment charges for leasehold improvements and lease assets, a $43.7 million benefit related to fiscal 2019 net operating loss carry-back under the CARES Act and other discrete tax items.

In assessing the recoverability of its deferred tax assets, the Company evaluates the available objective positive and negative evidence to estimate whether it is more likely than not that sufficient future taxable income will be generated to permit use of existing deferred tax assets in each taxpaying jurisdiction. For any deferred tax asset in excess of the amount for which it is more likely than not that the Company will realize a benefit, the Company establishes a valuation allowance. A valuation allowance is a non-cash charge, and does not limit the Company's ability to utilize its deferred tax assets, including its ability to utilize tax loss and credit carryforward amounts, against future taxable income.

During the three months ended November 27, 2021, the Company concluded that, based on its evaluation of available objective positive and negative evidence, it is no longer more likely than not that its net U.S. federal and state deferred tax assets are recoverable. In assessing the realizability of deferred tax assets, the key assumptions used to determine positive and negative evidence included the Company's cumulative taxable loss for the past three years, current trends related to actual taxable earnings or losses, and expected future reversals of existing taxable temporary differences, as well as timing and cost of the Company's transformation initiatives and their expected associated benefits. Accordingly, the Company recorded a charge of $181.5 million in the third fiscal quarter of 2021 as a reserve against its net U.S. federal and state deferred tax assets. As of November 27, 2021 and February 27, 2021, the total valuation allowance relative to U.S. federal and state deferred tax assets was $192.0 million and $10.5 million, respectively.

As of November 27, 2021 and February 27, 2021, the Company had also recorded a valuation allowance of $15.5 million relative to the Company's Canadian net deferred tax asset, as the Company did not believe the deferred tax assets in that jurisdiction were more likely than not to be realized.

The amount of the deferred tax assets considered realizable, and the associated valuation allowance, could be adjusted in a future period if estimates of future taxable income change or if objective negative evidence in the form of cumulative losses is no longer present and additional weight is given to subjective evidence such as projections for future growth.

During the three and nine months ended November 27, 2021, the change in the gross amount of unrecognized tax benefits and accrued interest and penalties was not significant.

As of November 27, 2021, the Company operated in all 50 states, the District of Columbia, Puerto Rico, Canada and Mexico and files income tax returns in the United States and various state, local and international jurisdictions. The Company is currently under examination by the Internal Revenue Service for the tax year 2014. The Company is open to examination for state, foreign and local jurisdictions with varying statutes of limitations, generally ranging from 3 to 9 years.

## 11) INDEFINITE LIVED INTANGIBLE ASSETS

Included in other assets in the accompanying consolidated balance sheets as of November 27, 2021 and February 27, 2021, respectively, are $19.1 million and $22.0 million for indefinite lived tradenames and trademarks.

The Company reviews intangibles that have indefinite lives for impairment annually as of the end of the fiscal year or when events or changes in circumstances indicate the carrying value of these assets might exceed their current fair values. Impairment testing is based upon the best information available including estimates of fair value which incorporate assumptions marketplace participants would use in making their estimates of fair value. Significant assumptions and estimates are required, including, but not limited to, projecting future cash flows, determining appropriate discount rates and terminal growth rates, and other assumptions, to estimate the fair value of indefinite lived intangible assets. Although the Company believes the assumptions and estimates made are reasonable and appropriate, different assumptions and estimates could materially impact its reported financial results.

Table of Contents`

Indefinite-lived intangible assets were recorded as a result of acquisitions and primarily consist of tradenames. The Company values its tradenames using a relief-from-royalty approach, which assumes the value of the tradename is the discounted cash flows of the amount that would be paid by a hypothetical market participant had they not owned the tradename and instead licensed the tradename from another company. During the three and nine months ended November 27, 2021, the Company completed a quantitative impairment analysis for certain of its indefinite lived intangible assets, by comparing the fair value of the tradenames to their carrying value and recognized a non-cash pre-tax tradename impairment charge of $0.2 million and $2.9 million, respectively, in impairments, including on assets held for sale, in its consolidated statements of operations. During the three and nine months ended November 28, 2020, the Company recorded tradename impairment charges of $2.4 million and $35.1 million, respectively, in impairments, including on assets held for sale, in its consolidated statements of operations. As of November 27, 2021, for the remaining indefinite lived intangible assets, the Company assessed qualitative factors in order to determine whether any events and circumstances existed which indicated that it was more likely than not that the fair value of these indefinite lived assets did not exceed their carrying values and concluded no such events or circumstances existed which would require an impairment test be performed. In the future, if events or market conditions affect the estimated fair value to the extent that an asset is impaired, the Company will adjust the carrying value of these assets in the period in which the impairment occurs.

## 12) LONG TERM DEBT

*Senior Unsecured Notes*

On July 17, 2014, the Company issued $300.0 million aggregate principal amount of 3.749% senior unsecured notes due August 1, 2024, $300.0 million aggregate principal amount of 4.915% senior unsecured notes due August 1, 2034 and $900.0 million aggregate principal amount of 5.165% senior unsecured notes due August 1, 2044 (collectively, the "Notes"). Interest on the Notes is payable semi-annually on February 1 and August 1 of each year.

The Notes were issued under an indenture (the "Base Indenture"), as supplemented by a first supplemental indenture (together, with the Base Indenture, the "Indenture"), which contains various restrictive covenants, which are subject to important limitations and exceptions that are described in the Indenture. The Company was in compliance with all covenants related to the Notes as of November 27, 2021.

The Company did not purchase any of its outstanding unsecured notes during the three months ended November 27, 2021. During the nine months ended November 27, 2021, the Company purchased approximately $11.0 million aggregate principal amount of its outstanding 3.749% senior unsecured notes due August 1, 2024. The total consideration paid for the notes accepted for purchase of $11.4 million during the nine months ended November 27, 2021 included accrued and unpaid interest up to, but not including, the early settlement date. The Company recorded a loss on extinguishment of debt of $0.4 million in its consolidated statement of operations for the nine months ended November 27, 2021, including the write off of unamortized debt financing costs related to the extinguished portion of the notes accepted for purchase and reacquisition costs.

During the second quarter of fiscal 2020, the Company purchased $75.0 million aggregate principal amount of its outstanding 4.915% senior unsecured notes due 2034 and approximately $225.0 million aggregate principal amount of its outstanding 5.165% senior unsecured notes due 2044. The total consideration paid for the notes accepted for purchase of $220.9 million included an early tender premium of $50 per $1,000 principal amount of the notes accepted for purchase, plus accrued and unpaid interest up to, but not including, the early settlement date. The Company recorded a gain on extinguishment of debt of $77.0 million in its consolidated statement of operations for the nine months ended November 28, 2020, including the write off of unamortized debt financing costs related to the extinguished portion of the notes accepted for purchase and reacquisition costs.

As of November 27, 2021 and February 27, 2021, unamortized deferred financing costs associated with the Company's Notes were $4.7 million and $5.0 million, respectively, and are included in long-term debt in the Company's consolidated balance sheets.

*Asset-Based Credit Agreement*

On August 9, 2021, the Company amended its asset-based credit agreement (the "Amended Credit Agreement") among the Company, certain of the Company's U.S. and Canadian subsidiaries party thereto, JPMorgan Chase Bank, N.A., as administrative agent and collateral agent (in such capacity, the "Agent"), and the lenders party thereto, which replaced the Company's previous $850.0 million which was due to mature on June 19, 2023.

Table of Contents`

The Amended Credit Agreement provides for an asset-based revolving credit facility (the "ABL Facility") with aggregate revolving commitments established at closing of $1.0 billion, including a swingline subfacility and a letter of credit subfacility. The Amended Credit Agreement has an uncommitted expansion feature which allows the borrowers to request, at any time following the delivery of an initial field exam and appraisal, an increase in aggregate revolving commitments under the ABL Facility or elect to enter into a first-in-last-out facility, collectively, in an aggregate amount of up to $375.0 million, subject to certain customary conditions. The Amended Credit Agreement matures on August 9, 2026.

As of November 27, 2021, the Company had no loans outstanding under the ABL Facility, but had outstanding letters of credit of $92.2 million.

The ABL Facility is secured on a first priority basis (subject to customary exceptions) on all accounts receivable (including credit card receivables), inventory, certain deposit accounts and securities accounts, and certain related assets, of the Company and its subsidiaries that are borrowers or guarantors under the ABL Facility. Amounts available to be drawn from time to time under the ABL Facility (including, in part, in the form of letters of credit) are equal to the lesser of (i) outstanding revolving commitments under the Amended Credit Agreement and (ii) a borrowing base equal to the sum of (a) 90% of eligible credit card receivables plus (b) 90% of eligible inventory, valued at the lower of cost or market value, determined on a weighted average cost basis, minus (c) customary reserves.

Subject to customary exceptions and restrictions, the Company may voluntarily repay outstanding amounts under the ABL Facility at any time without premium or penalty. Any voluntary prepayments made will not reduce commitments under the ABL Facility. If at any time the outstanding amount under the ABL Facility exceeds the lesser of (i) the aggregate revolving commitments and (ii) the borrowing base, the Company will be required to prepay outstanding amounts or cash collateralize letter of credit obligations under the ABL Facility.

Outstanding amounts under the Amended Credit Agreement bear interest at a rate per annum equal to, at the applicable borrower's election: (i) in the case of loans denominated in U.S. dollars, such loans shall be comprised entirely of Alternate Base Rate ("ABR") loans and London Inter-Bank Offered ("LIBO") Rate loans and (ii) in the case of loans denominated in Canadian dollars, such loans shall be comprised entirely of Canadian Prime Rate loans and Canadian Dollar Offered Rate ("CDOR") loans, in each case as set forth in the Amended Credit Agreement, plus an interest rate margin based on average quarterly availability ranging from (i) in the case of ABR loans and Canadian Prime Rate loans, 0.25% to 0.75%; provided that if ABR or the Canadian Prime Rate is less than 1.00%, such rate shall be deemed to be 1.00%, as applicable, and (ii) in the case of LIBO Rate loans and CDOR Loans, 1.25% to 1.75%; provided that if the LIBO Rate is less than 0.00%, such rate shall be deemed to be 0.00%, as applicable.

The Amended Credit Agreement contains customary representations and warranties, events of default and financial, affirmative and negative covenants for facilities of this type, including but not limited to a springing financial covenant relating to a fixed charge coverage ratio, and restrictions on indebtedness, liens, investments and acquisitions, asset dispositions, restricted payments and prepayment of certain indebtedness. The Company was in compliance with all covenants related to the Amended Credit Agreement as of November 27, 2021.

As of November 27, 2021 and February 27, 2021, deferred financing costs associated with the Company's ABL Facility were $7.9 million and $6.1 million, respectively, and were recorded in other assets in the Company's consolidated balance sheets.

The Company amortizes deferred financing costs for the Notes and the ABL Facility over their respective terms and such amortization is included in interest expense, net in the consolidated statements of operations. Interest expense related to the Notes and the revolving credit facilities, including the commitment fee and the amortization of deferred financing costs, was approximately $16.1 million and $15.9 million, respectively, for the three months ended November 27, 2021 and November 28, 2020 and $49.0 million and $55.8 million, respectively, for the nine months ended November 27, 2021 and November 28, 2020.

## 13) SHAREHOLDERS' EQUITY

The Company has authorization to make repurchases of shares of the Company's common stock from time to time in the open market or through other parameters approved by the Board of Directors pursuant to existing rules and regulations.

Between December 2004 and April 2021, the Company's Board of Directors authorized, through several share repurchase programs, the repurchase of up to $12.950 billion of the Company's shares of common stock. The Company also acquires shares of its common stock to cover employee related taxes withheld on vested restricted stock, restricted stock units and performance stock unit awards. Since the initial authorization in December 2004, the aggregate total of common stock repurchased is approximately 247.8 million shares for a total cost of approximately $11.5 billion. The Company had approximately $1.5 billion remaining of authorized share repurchases as of November 27, 2021.

Table of Contents`

Decisions regarding share repurchases are within the discretion of the Board of Directors, and are influenced by a number of factors, including the price of the Company's common stock, general business and economic conditions, the Company's financial condition and operating results, the emergence of alternative investment or acquisition opportunities, changes in business strategy and other factors. The Company's share repurchase program could change, and could be influenced by several factors, including business and market conditions, such as the impact of the COVID-19 pandemic. The Company reviews its alternatives with respect to its capital structure on an ongoing basis. Any future share repurchases will be subject to the determination of the Board of Directors, based on an evaluation of the Company's earnings, financial condition and requirements, business conditions and other factors, including the restrictions on share repurchases under the ABL Facility (See "Long Term Debt," Note 12).

In connection with its share repurchase program, during the three and nine months ended November 27, 2021, the Company repurchased approximately 5.1 million and 13.4 million shares, respectively, of its common stock, at a total cost of approximately $113.4 million and $344.6 million, respectively, including fees. Additionally, during the three and nine months ended November 27, 2021, the Company repurchased approximately 0.2 million and 0.6 million shares, respectively, of its common stock, to cover employee related taxes withheld on vested restricted stock, restricted stock unit awards and performance stock unit awards, at a total cost of approximately $5.5 million and $14.3 million, respectively.

In the first quarter of fiscal 2020, the Company had postponed share repurchases, but lifted this postponement in October 2020. In October 2020, the Company entered into an accelerated share repurchase agreement with JPMorgan Chase Bank, National Association to repurchase $225.0 million of its common stock, subject to market conditions, which settled in the fourth quarter of fiscal 2020, resulting in the repurchase of a total of 10.8 million shares. In January 2021, the Company entered into a second accelerated share repurchase agreement to repurchase an aggregate $150.0 million of its common stock, subject to market conditions. This resulted in the repurchase of 5.0 million shares in the fourth quarter of fiscal 2020, and an additional 0.2 million shares received upon final settlement in the first quarter of fiscal 2021. During the three and nine months ended November 28, 2020, the Company also repurchased approximately 0.1 million and 0.6 million shares, respectively, of its common stock, to cover employee related taxes withheld on vested restricted stock, restricted stock unit awards and performance stock unit awards, at a total cost of approximately $1.7 million and $4.7 million, respectively.

During fiscal 2016, the Company's Board of Directors authorized a quarterly dividend program. In March 2020, the Company suspended its future quarterly declarations of cash dividends as a result of the COVID-19 pandemic. During the three and nine months ended November 27, 2021, total cash dividends of $0.1 million and $0.8 million (consisting of dividends paid on restricted shares that vested in fiscal 2021), respectively, were paid. During the three and nine months ended November 28, 2020, total cash dividends of $0.1 million and $23.1 million, respectively, were paid. Any future quarterly cash dividend payments on its common stock will be subject to the determination by the Board of Directors, based on an evaluation of the Company's earnings, financial condition and requirements, business conditions and other factors, including the restrictions on the payment of dividends contained in the Amended Credit Agreement (See "Long Term Debt," Note 12).

Cash dividends, if any, are accrued as a liability on the Company's consolidated balance sheets and recorded as a decrease to retained earnings when declared.

**14) STOCK-BASED COMPENSATION**

The Company measures all stock-based compensation awards for employees and non-employee directors using a fair value method and records such expense, net of estimated forfeitures, in its consolidated financial statements. Currently, the Company's stock-based compensation relates to restricted stock awards, restricted stock units and performance stock units. The Company's restricted stock awards are considered nonvested share awards.

Stock-based compensation expense for the three and nine months ended November 27, 2021 was approximately $8.9 million and $26.9 million, respectively. Stock-based compensation expense for the three and nine months ended November 28, 2020 was approximately $7.2 million and $23.1 million, respectively. In addition, the amount of stock-based compensation cost capitalized for the three and nine months ended November 27, 2021 was approximately $0.2 million and $0.8 million, respectively. Stock-based compensation cost capitalized for the three and nine months ended November 28, 2020 was approximately $0.3 million and $0.6 million, respectively.

Table of Contents`

*Incentive Compensation Plans*

The Company may grant awards under the Bed Bath & Beyond 2018 Incentive Compensation Plan (the "2018 Plan") and the Bed Bath & Beyond 2012 Incentive Compensation Plan (the "2012 Plan"). The 2018 Plan includes an aggregate of 4.6 million shares of common stock authorized for issuance of awards permitted under the 2018 Plan, including stock options, stock appreciation rights, restricted stock awards, performance awards and other stock-based awards. The 2018 Plan supplements the 2012 Plan, which amended and restated the Bed Bath & Beyond 2004 Incentive Compensation Plan (the "2004 Plan"). The 2012 Plan includes an aggregate of 43.2 million common shares authorized for issuance of awards permitted under the 2012 Plan (similar to the 2018 Plan). Outstanding awards that were covered by the 2004 Plan continue to be in effect under the 2012 Plan.

The terms of the 2012 Plan and the 2018 Plan are substantially similar and enable the Company to offer incentive compensation through stock options (whether nonqualified stock options or incentive stock options), restricted stock awards, stock appreciation rights, performance awards and other stock-based awards, and cash-based awards. Grants are determined by the Compensation Committee of the Board of Directors of the Company for those awards granted to executive officers and by the Board of Directors of the Company for awards granted to non-employee directors. Restricted stock awards generally become vested in five to seven equal annual installments beginning one to three years from the date of grant, subject, in general, to the recipient remaining in the Company's service on specified vesting dates. Restricted stock units generally become vested in one to three equal annual installments beginning one year from the date of grant, subject, in general, to the recipient remaining in the Company's service on specified vesting dates. Performance stock units generally vest at the end of the performance period dependent on the Company's achievement of performance-based tests and subject, in general, to the executive remaining in the Company's service on specified vesting dates.

The Company generally issues new shares for restricted stock awards and vesting of restricted stock units and performance stock units. The 2018 Plan expires in May 2028. The 2012 Plan expires in May 2022.

As described in further detail below, in fiscal 2020 and 2019, the Company granted stock-based awards to certain of the Company's new executive officers as inducements material to their commencement of employment and entry into an employment agreement with the Company. The inducement awards were made in accordance with Nasdaq Listing Rule 5635(c)(4) and were not made under the 2012 Plan or the 2018 Plan.

*Restricted Stock Awards*

Restricted stock awards are issued and measured at fair market value on the date of grant and generally become vested in five to seven equal annual installments beginning one to three years from the date of grant, subject, in general, to the recipient remaining in the Company's service on specified vesting dates. Vesting of restricted stock is based solely on time vesting. As of November 27, 2021, unrecognized compensation expense related to the unvested portion of the Company's restricted stock awards was $11.4 million, which is expected to be recognized over a weighted average period of 2.3 years.

Changes in the Company's restricted stock for the nine months ended November 27, 2021 were as follows:

| (Shares in thousands) | Number of Restricted Shares | | Weighted Average Grant-Date Fair Value |
|---|---|---|---|
| Unvested restricted stock awards, beginning of period | 935 | $ | 34.34 |
| Granted | 47 | | 29.58 |
| Vested | (269) | | 41.02 |
| Forfeited | (164) | | 29.66 |
| Unvested restricted stock awards, end of period | 549 | $ | 31.99 |

*Restricted Stock Units ("RSUs")*

RSUs are issued and measured at fair market value on the date of grant and generally become vested in one to three equal annual installments beginning one year from the date of grant, subject, in general, to the recipient remaining in the Company's service on specified vesting dates. RSUs are converted into shares of common stock upon vesting. As of November 27, 2021, unrecognized compensation expense related to the unvested portion of the Company's RSUs was $33.7 million, which is expected to be recognized over a weighted average period of 2.1 years.

-19-

Table of Contents`

Changes in the Company's RSUs for the nine months ended November 27, 2021 were as follows:

| (Shares in thousands) | Number of Restricted Stock Units | Weighted Average Grant-Date Fair Value |
|---|---|---|
| Unvested restricted stock units, beginning of period | 2,270 $ | 14.04 |
| Granted | 1,026 | 25.59 |
| Vested | (391) | 16.58 |
| Forfeited | (306) | 21.85 |
| Unvested restricted stock units, end of period | 2,599 $ | 17.30 |

*Performance Stock Units ("PSUs")*

PSUs are issued and measured at fair market value on the date of grant using the following performance periods and performance metrics. The performance metrics generally include one or more of Earnings Before Interest and Taxes ("EBIT"), Total Shareholder Return ("TSR"), Return on Invested Capital ("ROIC") or Gross Margin Percentage ("GM") compared with the Company's peer groups as determined by the Compensation Committee of the Company's Board of Directors.

| Fiscal Year | Performance Period | Performance Metrics | Target Achievement Range (%) |
|---|---|---|---|
| 2019 | 3 years | TSR and EBIT | 0% - 150% |
| 2020 | 3 years | TSR | 0% - 150% |
| 2021 | 3 years | TSR and GM | 0% - 200% |

For the PSUs granted in fiscal 2018, the three year performance-based tests based on a combination of EBIT margin and ROIC were not met in the first quarter of fiscal 2021 and therefore, there was no payment of these awards following vesting.

Vesting of PSUs awarded to certain of the Company's executives is dependent on the Company's achievement of a performance-based test from the date of grant, during the performance period and, assuming achievement of the performance-based test, vest at the end of the performance period noted above, subject, in general, to the executive remaining in the Company's service on specified vesting dates. PSUs are converted into shares of common stock upon payment following vesting. Upon grant of the PSUs, the Company recognizes compensation expense related to these awards based on the Company's estimate of the percentage of the award that will be achieved. The Company evaluates the estimate on these awards on a quarterly basis and adjusts compensation expense related to these awards, as appropriate. As of November 27, 2021, there was $18.1 million of unrecognized compensation expense associated with these awards, which is expected to be recognized over a weighted average period of 2.3 years.

The fair value of the PSUs granted in fiscal 2021, for which performance during the three-year period will be based on a relative three-year TSR goal relative to a peer group, was estimated on the date of the grant using a Monte Carlo simulation that uses the assumptions noted in the following table.

| Monte Carlo Simulation Assumptions | Nine Months Ended November 27, 2021 |
|---|---|
| Risk Free Interest Rate | 0.29 % |
| Expected Dividend Yield | - % |
| Expected Volatility | 52.21 % |
| Expected Term | 3 years |

Table of Contents`

Changes in the Company's PSUs for the nine months ended November 27, 2021 were as follows:

| (Shares in thousands) | Number of Performance Stock Units | | Weighted Average Grant-Date Fair Value |
|---|---:|---|---:|
| Unvested performance stock units, beginning of period | 1,475 | $ | 14.36 |
| Granted | 635 | | 29.00 |
| Vested | (17) | | 12.38 |
| Forfeited or performance condition adjustments | (783) | | 17.44 |
| Unvested performance stock units, end of period | 1,310 | $ | 19.64 |

*Inducement Awards*

In fiscal 2020 and 2019, the Company granted stock-based awards to certain of the Company's new executive officers as inducements material to their commencement of employment and entry into an employment agreement with the Company. These inducement awards were approved by the Compensation Committee of the Board of Directors of the Company and did not require shareholder approval in accordance with Nasdaq Listing Rule 5635(c)(4). The Company did not grant any such awards in fiscal 2021.

RSUs granted as inducement awards are issued and measured at fair market value on the date of grant and generally become vested in one to three equal annual installments beginning one year from the date of grant, subject, in general, to the recipient remaining in the Company's service on specified vesting dates. Changes in the RSUs granted as inducement awards for the nine months ended November 27, 2021 were as follows:

| (Shares in thousands) | Number of Restricted Stock Units | | Weighted Average Grant-Date Fair Value |
|---|---:|---|---:|
| Unvested restricted stock units, beginning of period | 949 | $ | 7.36 |
| Granted | - | | - |
| Vested | (512) | | 8.43 |
| Forfeited | - | | - |
| Unvested restricted stock units, end of period | 437 | $ | 6.09 |

On November 4, 2019, in connection with the appointment of the Company's President and Chief Executive Officer, the Company also granted inducement awards consisting of 273,735 PSU awards, which are not included above. The PSUs vested over two years, based on performance goals requiring the President and CEO to prepare and deliver to the Board of Directors key objectives and goals for the Company and the strategies and initiatives for the achievement of such objectives and goals, and the President and CEO's provision of updates to the Board of Directors regarding achievement of such goals and objectives. Vesting of the PSUs was also subject, in general, to the President and CEO remaining in the Company's service through the vesting date of November 4, 2021. On November 2, 2021, the Compensation Committee of the Board of Directors determined that the performance goals established for the awards had been met, and the awards vested in full.

Other than with respect to the vesting terms described above for the inducement awards to the Company's President and Chief Executive Officer, inducement awards are generally subject to substantially the same terms and conditions as awards that are made under the 2018 Plan. As of November 27, 2021, unrecognized compensation expense related to the unvested portion of the Company's inducement awards was $1.9 million and is expected to be recognized over a weighted average period of 1.5 years. Each inducement award recipient must hold at least fifty percent (50%) of the after-tax shares of common stock received pursuant to the inducement awards until they have satisfied the terms of the Company's stock ownership guidelines.

**15) EARNINGS PER SHARE**

The Company presents earnings per share on a basic and diluted basis. Basic earnings per share has been computed by dividing net earnings by the weighted average number of shares outstanding. Diluted earnings per share has been computed by dividing net earnings by the weighted average number of shares outstanding, including the dilutive effect of stock-based awards as calculated under the treasury stock method.

Stock-based awards for the three and nine months ended November 27, 2021 of approximately 2.9 million and 2.9 million shares, respectively, and for the three and nine months ended November 28, 2020 of approximately 1.3 million and 2.3 million shares, respectively, were excluded from the computation of diluted earnings per share as the effect would be anti-dilutive.

Table of Contents`

**16) SUPPLEMENTAL CASH FLOW INFORMATION**

The Company paid income taxes of $4.0 million and $5.1 million in the first nine months of fiscal 2021 and 2020, respectively. In addition, the Company made interest payments of approximately $34.5 million and $44.4 million in the first nine months of fiscal 2021 and 2020, respectively.

The Company recorded an accrual for capital expenditures of $39.1 million and $16.2 million as of November 27, 2021 and November 28, 2020, respectively. The Company's accrual for dividends payable was $0.9 million and $2.6 million, respectively, as of November 27, 2021 and November 28, 2020.

**17) RESTRUCTURING AND TRANSFORMATION INITIATIVE EXPENSES**

*Fiscal 2021 Restructuring and Transformation Initiative Expenses*

The Company recorded $47.3 million and $226.5 million in its consolidated statements of operations for the three and nine months ended November 27, 2021 for costs associated with restructuring and other transformation initiatives, of which approximately $6.1 million and $127.1 million is included in cost of sales and approximately $41.2 million and $99.4 million is included in restructuring and transformation initiative expenses in the consolidated statements of operations. These charges were comprised of, and classified in the Company's consolidated statement of operations, as follows:

*Cost of Sales*

•$6.1 million and $127.1 million for the three and nine months ended November 27, 2021, respectively, related to the Company's initiatives to introduce certain new proprietary Owned Brand merchandise and, to a lesser extent, to redefine certain existing proprietary Owned Brands and to rationalize product assortment across the Bed Bath & Beyond banner store base. The costs incurred in connection with these activities included higher markdowns on inventory sold in the three and nine month periods of fiscal 2021, as well as an adjustment to reduce to its estimated realizable value inventory on hand as of November 27, 2021 that will be removed from the product assortment as part of these initiatives.

*Restructuring and Transformation Initiative Expenses*

•*Store Closures*. During the three and nine months ended November 27, 2021, the Company had store closing activities for 5 and 26 Bed Bath & Beyond stores, respectively, as part of its store network optimization program which commenced in fiscal 2020 and includes the planned closure of approximately 200 mostly Bed Bath & Beyond stores by the end of fiscal 2021, which includes the 144 stores closed in fiscal 2020. As of November 27, 2021, the Company had closed a total of 170 stores under this program, including the 26 store closures in the first nine months of 2021. For the three and nine months ended November 27, 2021, the Company recorded costs associated with planned store closures for which the store closing process has commenced of approximately $6.9 million and $28.3 million, respectively, consisting of lease-related and other costs. At this point, the Company is unable to estimate the amount or range of amounts expected to be incurred in connection with future store closures.

•*Other transformation initiatives*. During the three and nine months ended November 27, 2021, the Company recorded costs of $34.3 million and $71.1 million, respectively, which include costs recorded in connection with termination of facility leases, including in connection with the store network optimization program described above, as well as costs associated with other transformation initiatives, including technology transformation and business strategy and operating model transformation programs across core functions including merchandising, supply chain and finance.

*Fiscal 2020 & 2019 Restructuring Expenses*

Additionally, in fiscal 2020 and fiscal 2019, the Company recorded $149.3 million and $102.5 million, respectively, primarily for severance and related costs in conjunction with its transformation initiatives and extensive leadership changes, in selling, general and administrative expenses in its consolidated statement of operations.

As of November 27, 2021, the remaining accrual for severance and related costs related to these various initiatives from fiscal 2020 and 2019 was $13.6 million.

-22-

Table of Contents`

**18) ASSETS HELD FOR SALE AND DIVESTITURES**

*Assets Held for Sale*

The Company has included businesses classified as held for sale within its continuing operations as their dispositions do not represent a strategic shift that will have a major effect on the Company's operations and financial results. As of November 27, 2021, the Company did not have any businesses classified as held for sale. As of November 28, 2020, certain assets and liabilities related to Cost Plus World Market were classified as held for sale on the Company's consolidated balance sheet.

*Divestitures*

*Cost Plus World Market.* On December 14, 2020, the Company announced that it entered into a definitive agreement to sell Cost Plus World Market to Kingswood Capital Management, a Los Angeles-based private equity firm. On January 15, 2021, the Company completed the sale of Cost Plus World Market. Proceeds from the sale were approximately $63.7 million, subject to certain working capital and other adjustments. The Company recognized a loss on sale of approximately $72.0 million in loss on sale of businesses including impairment of assets held for sale in its consolidated statements of operations for the fiscal year ended February 27, 2021. The $72.0 million loss on sale includes an impairment of $54.0 million recorded in the third quarter of fiscal 2020 to remeasure the disposal group that was classified as held for sale to the lower of carrying value or fair value less costs to sell, recorded in impairments, including on assets held for sale.

*Christmas Tree Shops.* On October 11, 2020, the Company entered into definitive agreements to sell Christmas Tree Shops ("CTS") to Handil Holdings LLC and to sell one of the CTS distribution facilities to an institutional buyer, with a leaseback term of nine months, to provide business continuity to the Company for some of its operations currently using the facility. These transactions were completed during the third quarter of fiscal 2020, generating approximately $233.3 million in proceeds, subject to certain working capital and other adjustments, and the Company recognized a loss on sale of approximately $53.8 million, which was recorded in loss on sale of businesses including impairment of assets held for sale in its consolidated statements of operations for the fiscal year ended February 27, 2021.

Upon the divestiture of CTS, the Company retained liability for a non-contributory defined benefit pension plan for CTS employees hired on or before July 31, 2003, who met specified age and length-of-service requirements. During the three months ended November 27, 2021, the Company received final approval to terminate the plan, upon which the Company contributed $5.1 million to the plan. Using plan assets, the Company purchased a non-participating group annuity contract for certain participants and made lump sum distributions to all remaining participants. Net periodic pension cost included in the consolidated statement of operations includes the pre-tax release of $13.5 million from other comprehensive income in connection with the settlement of the plan, which is recorded within loss on sale of businesses. The remaining net periodic pension cost recorded during the three and nine months ended November 27, 2021 was not material to the Company's results of operations.

*Linen Holdings.* On October 11, 2020, the Company entered into a definitive agreement to sell Linen Holdings to The Linen Group, LLC, an affiliate of Lion Equity Partners. On October 24, 2020, the Company completed the sale of Linen Holdings for approximately $10.1 million, subject to certain working capital and other adjustments, and recognized a loss on the sale of $64.6 million, which was recorded in loss on sale of businesses including impairment of assets held for sale in its consolidated statements of operations for the fiscal year ended February 27, 2021.

*PersonalizationMall.com.* On February 14, 2020, the Company entered into a definitive agreement to sell PersonalizationMall.com ("PMall") to 1-800-FLOWERS.COM, Inc. for $252.0 million, subject to certain working capital and other adjustments. The buyer was required to close the transaction on March 30, 2020, but failed to do so. Accordingly, the Company had filed an action to require the buyer to close the transaction. On July 20, 2020, the Company entered into a settlement agreement with respect to the litigation. Under this agreement, 1-800-FLOWERS.COM agreed to move forward with its purchase of PMall from the Company for $245.0 million, subject to certain working capital and other adjustments. The transaction closed on August 3, 2020. Net proceeds from the sale of PMall were $244.6 million, subject to certain working capital and other adjustments, and the Company recognized a gain on the sale of approximately $189.3 million, which was recorded in loss on sale of businesses including impairment of assets held for sale in its consolidated statement of operations for the fiscal year ended February 27, 2021. Upon the close of the transaction, Bed Bath & Beyond withdrew the litigation against 1-800-FLOWERS.COM and 800-FLOWERS, INC.

In connection with the sale of PMall, the Company agreed to indemnify 1-800-FLOWERS.COM for certain litigation matters then existing at the time of the close of the transaction, including certain matters for which the Company is entitled to indemnification from the former owner of PMall in connection with the Company's purchase of PMall in fiscal 2016. (See Note 19, "Commitments and Contingencies" for additional information.)

Table of Contents`

*One Kings Lane.* On April 13, 2020, the Company completed the sale of One Kings Lane ("OKL"). Proceeds from the sale were not material.

During the three and nine months ended November 27, 2021, the Company recognized approximately $14.1 million and $18.2 million of loss on the sale of businesses, respectively, primarily associated with the fiscal 2021 settlement of the CTS pension plan as described above and certain working capital and other adjustments related to the above divestitures.

### 19) COMMITMENTS & CONTINGENCIES

A putative securities class action was filed on April 14, 2020 against the Company and three of its officers and/or directors (Mark Tritton, Mary Winston (the Company's former Interim Chief Executive Officer) and Robyn D'Elia (the Company's former Chief Financial Officer and Treasurer)) in the United States District Court for the District of New Jersey (the "New Jersey federal court"). The case, which is captioned *Vitiello v. Bed Bath & Beyond Inc., et al.*, Case No. 2:20-cv-04240-MCA-MAH, asserts claims under §§ 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") on behalf of a putative class of purchasers of the Company's securities from October 2, 2019 through February 11, 2020. The Complaint alleges that certain of the Company's disclosures about financial performance and certain other public statements during the putative class period were materially false or misleading. A similar putative securities class action, asserting the same claims on behalf of the same putative class against the same defendants, was filed on April 30, 2020. That case, captioned *Kirkland v. Bed Bath & Beyond Inc., et al.*, Case No. 1:20-cv-05339-MCA-MAH, is also pending in the United States District Court for the District of New Jersey. On August 14, 2020, the court consolidated the two cases and appointed Kavin Bakhda as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (as consolidated, the "Securities Class Action"). Lead plaintiff and additional named plaintiff Richard Lipka filed an Amended Class Action Complaint on October 20, 2020, on behalf of a putative class of purchasers of the Company's securities from September 4, 2019 through February 11, 2020. Defendants moved to dismiss the Amended Complaint on December 21, 2020.

After a mediation held in August 2021, a settlement in principle was reached between the Company and lead plaintiff in the Securities Class Action. The settlement remains subject to formal documentation and must be approved by the New Jersey federal court. If the settlement is approved, all claims in the Securities Class Action will be fully resolved and the matter will be dismissed.

On July 10, 2020, the first of three related shareholder derivative actions was filed in the New Jersey federal court on behalf of the Company against various present and former directors and officers. The case, which is captioned *Salu v. Tritton, et al.*, Case No. 2:20-cv-08673-MCA-MAH (D.N.J.), asserts claims under §§ 10(b) and 20(a) of the Exchange Act and for breach of fiduciary duty, unjust enrichment, and waste of corporate assets under state law arising from the events underlying the securities class actions described above and from the Company's repurchases of its own shares during the class period pled in the securities cases. The two other derivative actions, which assert similar claims, are captioned *Grooms v. Tritton, et al.*, Case No. 2:20-cv-09610-SDW-RDW (D.N.J.) (filed July 29, 2020), and *Mantia v. Fleming, et al.*, Case No. 2:20-cv-09763-MCA-MAH (D.N.J.) (filed July 31, 2020). On August 5, 2020, the court signed a stipulation by the parties in the *Salu* case to stay that action pending disposition of a motion to dismiss in the Securities Class Action, subject to various terms outlined in the stipulation. The parties in all three derivative cases have moved to consolidate them and to apply the *Salu* stay of proceedings to all three actions. The court granted the motion on October 14, 2020, which has been subsequently lifted. On January 4, 2022, the Defendants filed a motion to dismiss this case.

On August 28, 2020, another related shareholder derivative action, captioned *Schneider v. Tritton*, et al., Index No 516051/2020, was filed in the Supreme Court of the State of New York, County of Kings. The claims in the Schneider case are similar to those pled in the three federal derivative cases, except that the Schneider complaint does not plead claims under the Exchange Act. On September 21, 2020, the parties filed a stipulation seeking to stay that action pending disposition of a motion to dismiss in the securities class action, subject to various terms and conditions.

On June 11, 2021, a third related derivative action was filed on behalf of the Company against certain present and former directors and officers. This Complaint is entitled *Michael Anthony v Mark Tritton et. al.*, Index No. 514167/2021 and was filed in the Supreme Court of the State of New York, Kings County. The claims are essentially the same as in the other two derivative actions. The Company has obtained a consensual stay of this case.

The derivative cases were not included in the August 2021 settlement referred to above, and the stay related to those matters has been lifted.

Table of Contents`

The Company has recorded a liability for the Securities Class Action, based on the agreed settlement amount and insurance coverage available. At this time, the Company is unable to estimate any potential losses that may be incurred for the derivative cases and has not recorded a liability for those matters.

On April 21, 2019, Warren Eisenberg and Leonard Feinstein transitioned to the role of Co-Founders and Co-Chairmen Emeriti of the Board of Directors of the Company. As a result of this transition, Mr. Eisenberg and Mr. Feinstein ceased to be officers of the Company effective as of April 21, 2019, and became entitled to the payments and benefits provided under their employment agreements that apply in the case of a termination without cause, which generally include continued senior status payments until May 2027 and continued participation for the Co-Founders (and their spouses, if applicable) at the Company's expense in employee plans and programs. In addition, the Co-Founders remain entitled to supplemental pension payments specified in their employment agreements of $200,000 per year (as adjusted for a cost of living increase), until the death of the survivor of the applicable Co-Founder and his spouse, reduced by the continued senior status payments referenced above.

Pursuant to their respective restricted stock and performance stock unit agreements, shares of restricted stock and performance-based stock units granted to Messrs. Eisenberg and Feinstein vested upon their resignation as members of the Board of Directors effective May 1, 2019, subject, however, to attainment of any applicable performance goals and the certification of the applicable performance-based tests by the Compensation Committee, as provided under their award agreements.

The Company's former Chief Executive Officer ("Former CEO") departed the Company effective as of May 12, 2019. In accordance with the terms of the Former CEO's employment and equity award agreements, the Former CEO was entitled to three times his then-current salary, payable over three years in normal payroll installments, except that any amount due prior to the six months after his departure, was paid in a lump sum after such six-month period. Such amounts will be reduced by any compensation earned with any subsequent employer or otherwise and will be subject to the Former CEO's compliance with a one-year non-competition and non-solicitation covenant. On October 21, 2019, the Former CEO entered into an agreement (the "Former CEO PSU Settlement Agreement") with the Company to reduce the PSUs held by him by an excess amount of outstanding PSUs granted to the Former CEO in the Company's 2018 fiscal year as a result of the use of the fiscal 2017 peer group in lieu of the fiscal 2018 peer group. Further, as a result of this departure, the time-vesting component of the Former CEO's stock-based awards accelerated, including (i) stock options (which were "underwater" and expired without having been exercised by the Former CEO), (ii) PSU awards which had previously met the related performance-based test, had been certified by the Compensation Committee, and remained subject solely to time-vesting, and (iii) PSU awards (assuming target level of performance) which remain subject to attainment of any performance goals and the certification of the applicable performance-based tests by the Compensation Committee, as provided under his award agreements and subject to the terms of the Former CEO PSU Settlement Agreement.

The former CEO was also party to a supplemental executive retirement benefit agreement ("SERP") and a related escrow agreement, pursuant to which the Former CEO was entitled to receive a supplemental retirement benefit as a result of the separation from service from the Company. Pursuant to the SERP, as a result of the separation from service with the Company as of May 12, 2019 being treated as a termination without cause, the Former CEO was entitled to a lump sum payment equal to the present value of an annual amount equal to 50% of the Former CEO's annual base salary on the date of termination of employment if such annual amount were paid for a period of 10 years in accordance with the Company's normal payroll practices, subject to the Former CEO's timely execution and non-revocation of a release of claims in favor of the Company (which occurred). This amount was paid on November 13, 2019, the first business day following the six-month anniversary of the Former CEO's termination of service. The Company has no further obligations to the Former CEO under the SERP.

During fiscal 2019, the Company expensed pre-tax charges related to both the transition of Messrs. Eisenberg and Feinstein to the role of Co-Founders and Co-Chairmen Emeriti of the Board of Directors of the Company and the departure of the Former CEO of approximately $36.8 million.

In addition, the Company maintains employment agreements with other executives which provide for severance pay.

In connection with the sale of PMall (see Note 18, "Assets held for Sale and Divestitures"), the Company agreed to indemnify 1-800-FLOWERS.COM for certain litigation matters then existing at the time of the close of the transaction, including certain matters for which the Company is entitled to indemnification from the former owner of PMall in connection with the Company's purchase of PMall in fiscal 2016. In the third quarter of fiscal 2021, the Company recorded a liability for one such matter and a corresponding asset based on the Company's assessment of the ability to recover the expected loss under the indemnification provided at the time of its purchase of PMall.

Table of Contents`

The Company records an estimated liability related to its various claims and legal actions arising in the ordinary course of business when and to the extent that it concludes a liability is probable and the amount of the loss can be reasonably estimated. Such estimated loss is based on available information and advice from outside counsel, where appropriate. As additional information becomes available, the Company reassesses the potential liability related to claims and legal actions and revises its estimated liabilities, as appropriate. The Company expects the ultimate disposition of these matters will not have a material adverse effect on the Company's consolidated financial position, results of operations or liquidity. The Company also cannot predict the nature and validity of claims which could be asserted in the future, and future claims could have a material impact on its earnings.

-26-

Table of Contents`

**ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

*Overview*

Bed Bath & Beyond Inc. and subsidiaries (the "Company", "we", "our", "us", "ourselves" or the "group") is an omni-channel retailer that makes it easy for our customers to feel at home. We sell a wide assortment of merchandise in the Home, Baby, Beauty & Wellness markets and operate under the names Bed Bath & Beyond, Harmon, Harmon Face Values, or Face Values (collectively, "Harmon"), and buybuy BABY ("BABY"). We also operate Decorist, an online interior design platform that provides personalized home design services. In addition, we are a partner in a joint venture, which operates retail stores in Mexico under the name Bed Bath & Beyond.

For fiscal 2021, we accounted for the operations of the group as one operating segment, North American Retail. For fiscal 2020 until the divestiture of Linen Holdings in October 2020, we accounted for our operations as two operating segments: North American Retail and Institutional Sales (which is comprised of Linen Holdings), which did not meet the quantitative thresholds under U.S. generally accepted accounting principles and, therefore, was not a reportable segment.

We are driving a digital-first, omni-always growth strategy and optimizing our digital and physical store channels to provide our customers with a seamless omni-channel shopping experience. Digital purchases, including web and mobile, can be shipped to a customer from our distribution facilities, directly from vendors, or from a store. Store purchases are primarily fulfilled from that store's inventory or may also be shipped to a customer from one of our distribution facilities, from a vendor, or from another store. Customers can also choose to pick up orders using our Buy Online Pickup In Store ("BOPIS") and contactless Curbside Pickup services, as well as return online purchases to a store. Customers can also make purchases through one of our customer contact centers and in-store through The Beyond Store, our proprietary web-based platform. These capabilities allow us to better serve our customers across various channels.

Across our banners, we carry a wide variety of domestics and home furnishings merchandise. Domestics merchandise includes categories such as bed linens and related items, bath items and kitchen textiles. Home furnishings include categories such as kitchen and tabletop items, fine tabletop, basic housewares, general home furnishings (including furniture and wall décor), consumables and certain juvenile products.

*Business Transformation and Restructuring*

Since 2019, we have undertaken significant changes to transform our business and adapt to the dynamic retail environment and the evolving needs of our customers in order to position ourselves for long-term success. As part of these changes, our management team, led by President and Chief Executive Officer (CEO) Mark Tritton who was appointed in November 2019, has been focused on driving an omni-always, customer-inspired strategy to re-establish our authority in the Home, Baby, Beauty & Wellness markets. We have created a more focused portfolio through the divestiture of non-core assets and further strengthened our financial flexibility through key actions such as corporate restructurings and operating expense control to re-set our cost structure and support our ongoing business transformation.

We are implementing a growth strategy that will harness the power of data and insights to engage customers across our four core banners (Bed Bath & Beyond, buybuy BABY, Harmon and Decorist) in an enterprise-wide plan to accelerate our omni-channel transformation. Our strategy is underpinned by five key pillars of strategic focus and investment: product, price, promise, place and people. Through this approach, we are becoming a digital-first, customer-focused omni-channel retailer with a more curated, inspirational and differentiated product collection across categories, and creating a more convenient and inspirational shopping experience.

In March 2021, we announced our plan to introduce at least eight new Owned Brands during fiscal year 2021. During the first three quarters of fiscal 2021 the following eight Owned Brands were launched:

| First Quarter | Second Quarter | Third Quarter |
|---|---|---|
| Nestwell™ | Our Table™ | Studio 3B™ |
| Haven™ | Wild Sage™ | H For Happy™ |
| Simply Essential™ | Squared Away™ | |

-27-

Table of Contents`

The assortment for these Owned Brands includes thousands of new products across our key Destination Categories of Bed, Bath, Kitchen Food Prep, Home Organization, and Indoor Decor. We also continue to redefine certain of our existing proprietary Owned Brands, such as Bee & Willow™ and Marmalade™, including new brand imagery and packaging as well as refined product assortment and presentation.

We will continue to build on this strong foundation as we execute our three-year growth strategy to further elevate the shopping experience, modernize our operations and unlock strong and sustainable shareholder value.

As part of our business transformation plan, we are also pursuing a comprehensive cost restructuring program, to drive improved financial performance over the next two-to-three years. We expect to reinvest a portion of the expected cost savings into future growth initiatives. Key components of the expected financial improvement include:

•Approximately $100 million in annual savings from our previously disclosed store network optimization program which includes the planned closure of approximately 200 mostly Bed Bath & Beyond stores by the end of fiscal 2021, including the 144 stores closed in fiscal 2020. During the three months ended November 27, 2021, we closed 5 stores (bringing the total store closures to 170 since the program's inception) and expect to close an additional 35 Bed Bath & Beyond stores by the end of fiscal 2021 (not including the 26 stores closed in the first nine months of fiscal 2021). We continue to believe that our physical store channel is an asset for our transformation into a digital-first company, especially with new omni-fulfillment capabilities in BOPIS, Curbside Pickup, Same Day Delivery and fulfill-from-store.

•Approximately $200 million in annual savings from product sourcing, through renegotiations with existing vendors.

•Approximately $100 to $150 million in annual selling, general and administrative expense savings from continued optimization of our corporate overhead cost structure and reductions in other discretionary expense. During the second quarter of fiscal 2020, we implemented a workforce reduction of approximately 2,800 roles from across our corporate headquarters and retail stores, designed to further reduce layers at the corporate level, significantly reposition field operations to better serve customers in a digital-first environment and realign our technology, supply chain and merchandising teams to support our strategic growth initiatives.

In connection with the above restructuring and transformation initiatives, during the three and nine months ended November 27, 2021, we recorded total expense of $47.3 million and $226.5 million, respectively, including $6.1 million and $127.1 million, respectively, in cost of sales associated with the transition of our product assortment to Owned Brands and, to a lesser extent, to redefine certain existing proprietary Owned Brands, as well as $41.2 million and $99.4 million, respectively, in restructuring and transformation initiative expenses for costs associated with our planned store closures as part of the network optimization plan and other transformation initiatives. At this point, we are unable to estimate the amount or range of amounts expected to be incurred in connection with future restructuring and transformation initiatives, including additional Owned Brand introductions and further store closures, and will provide such estimates as they become available.

Additionally, as part of these efforts, we completed the divestitures of the following banners:

•In December 2020, we entered into a definitive agreement to sell Cost Plus World Market to Kingswood Capital Management, a Los Angeles-based private equity firm.

•In October 2020, we entered into definitive agreements to sell Christmas Tree Shops ("CTS") to Handil Holdings LLC.

•In October 2020, we entered into a definitive agreement to sell Linen Holdings to The Linen Group, LLC, an affiliate of Lion Equity Partners.

•In February 2020, we entered into a definitive agreement to sell PersonalizationMall.com ("PMall") to 1-800-FLOWERS.COM.

•During the first quarter of fiscal 2020, we also sold One Kings Lane to a third party.

The net proceeds from these transactions have been included in our cash and short-term investments and were reinvested in our core business operations to drive growth, fund share repurchases and reduce our outstanding debt.

Table of Contents`

During the three and nine months ended November 27, 2021, we recognized approximately $14.1 million and $18.2 million of loss on the sale of businesses, respectively, primarily associated with the fiscal 2021 settlement of the CTS pension plan (See "Assets Held for Sale and Divestitures," Note 18 to the accompanying consolidated financial statements) and certain working capital and other adjustments related to the above divestitures. During the three and nine months ended November 28, 2020, we recognized a loss of approximately $113.9 million and a gain of approximately $75.6 million, respectively, on the sale of businesses related to certain of the above divestitures.

***Executive Summary***

The following represents a summary of key financial results and related business developments for the periods indicated:

•Net sales for the three months ended November 27, 2021 were $1.878 billion, a decrease of approximately 28.3% as compared with the three months ended November 28, 2020. Net sales for the nine months ended November 27, 2021 were $5.816 billion, a decrease of approximately 12.1% as compared with the nine months ended November 28, 2020.

•Excluding the impact of the business divestitures described above, which represented net sales of $432.5 million for the three months ended November 28, 2020, net sales for our four core banners for the three months ended November 27, 2021 decreased by 14.1% compared with the three months ended November 28, 2020. Excluding the impact of the business divestitures described above, which represented net sales of $1.061 billion for the nine months ended November 28, 2020, net sales for our four core banners for the nine months ended November 27, 2021 increased by 4.7% compared with the nine months ended November 28, 2020.

•Comparable sales* for the three months ended November 27, 2021 decreased by approximately 7%, compared to an increase of approximately 2% for the three months ended November 28, 2020.

\* See "Results of Operations - Net Sales" in this Management's Discussion and Analysis for the definition and further information related to Comparable Sales.

•During the third quarter of fiscal 2021, we continued to execute against key initiatives under our transformation program, including:

•*Owned Brands*. During the third quarter of fiscal 2021 we launched two new Owned Brands - Studio 3B™ and H for Happy™, bringing the total launches of new Owned Brands for the first three quarters of fiscal 2021 to eight.

•*Omni-Channel Capabilities*. We continued our focus on being a digital-first, omni-always retailer. During the third quarter of fiscal 2021, we announced separate partnerships with DoorDash and Uber to provide on-demand delivery of essential homeware products and items from more than 700 Bed Bath & Beyond locations and nearly 120 BABY locations nationwide. Additionally, in November 2021, we launched our new digital marketplace to build on our existing authority in key Home & Baby categories with an assortment of products from a highly curated selection of third-party brand partners that will be seamlessly integrated into our digital platform.

•*Additional Product Initiatives*. Our Bed Bath & Beyond banner launched the ***Home, Happier Team***, the brand's first-ever curated advisory panel of industry experts who will serve as "host & hostesses of the home," providing ideas, innovative solutions and compelling content to help customers personalize their living spaces and make it easy to feel at home. Our buybuy BABY banner introduced its "welcome to parenthood" program of in-store and online through educational resources, reimagined shopping experiences, a revised registry, new digital offerings and a new marketing campaign to inspire customers to embrace every aspect of parenthood.

•*Store Network Optimization*. During the third quarter of fiscal 2021, we closed an additional 5 stores in connection with our store network optimization program, bringing total store closures in the nine months ended November 27, 2021 to 26 and for the overall program to 170.

•*Supply Chain Transformation*. During the third quarter of fiscal 2021, we started operations at our first regional distribution center, an approximately one million square foot facility in Frackville, Pennsylvania, and executed a lease for our second regional distribution center in California. Ryder Systems, Inc. will operate these two regional distribution centers under a strategic partnership, with the objective of reducing product replenishment times and improving the customer experience.

Table of Contents`

•*Strategic Collaboration with The Kroger Co.* In November 2021, we announced a strategic collaboration with The Kroger Co. to directly offer Kroger customers an extensive selection of the most sought-after goods for the Home & Baby products carried by the Bed Bath & Beyond and buybuy BABY banners through Kroger.com as well as a small-scale physical store pilot at select Kroger Family of Companies stores beginning in fiscal 2022.

•In connection with these restructuring and transformation initiatives, during the three and nine months ended November 27, 2021, we recorded total expense of $47.3 million and $226.5 million, respectively, including $6.1 million and $127.1 million, respectively, in cost of sales, and $41.2 million and $99.4 million, respectively, in restructuring and transformation initiative expenses in the consolidated statement of operations.

•During the three and nine months ended November 27, 2021, we repurchased approximately 5.1 million and 13.6 million shares, respectively, of our common stock under the share repurchase plan approved by our Board of Directors, at a total cost of approximately 113.4 million and $392.2 million, respectively. During the third quarter of fiscal 2021, we announced that we expect to complete our $1 billion three-year repurchase plan by the end of fiscal 2021, two years ahead of schedule.

•Net loss for the three months ended November 27, 2021 was $276.4 million, or $2.78 per diluted share, compared with net loss of $75.4 million, or $0.61 per diluted share, for the three months ended November 28, 2020. Net loss for the three months ended November 27, 2021 included a net unfavorable impact of $2.53 per diluted share associated with restructuring and other transformation initiatives, non-cash impairments and loss on sale of business, and the impact of recording a valuation allowance against the Company's U.S. federal and state deferred tax assets (See "Income Taxes," Note 10 to the accompanying consolidated financial statements). Net earnings for the three months ended November 28, 2020 included a net favorable impact of $0.69 per diluted share related to the gain on extinguishment of debt and decrease in the incremental inventory reserve for future markdowns recorded in fiscal 2019, partially offset by non-cash impairment charges and charges associated with restructuring program and transformation initiatives, as well as the associated tax effects.

•Net loss for the nine months ended November 27, 2021 was $400.5 million, or $3.90 per diluted share, compared with net loss of $159.8 million, or $1.29 per diluted share, for the nine months ended November 28, 2020. Net loss for the nine months ended November 27, 2021 included a net unfavorable impact of $3.74 per diluted share associated with restructuring and other transformation initiatives, non-cash impairments, loss on sale of business and loss on debt extinguishment, partially offset by a gain on the sale of property, and the impact of recording a valuation allowance against the Company's U.S. federal and state deferred tax assets (See "Income Taxes," Note 10 to the accompanying consolidated financial statements). Net loss for the nine months ended November 28, 2020 included a net favorable impact of $0.09 per diluted share associated with the gain on sale of business, gain on extinguishment of debt and decrease in the incremental inventory reserve for future markdowns recorded in fiscal 2019, partially offset by non-cash impairments and charges recorded in connection with the restructuring program and transformation initiatives, as well as the associated tax effects.

### *Impact of the COVID-19 Pandemic*

In March 2020, the World Health Organization declared the COVID-19 outbreak a global pandemic. That same month, as a result of the COVID-19 pandemic, we began to temporarily close certain store locations that did not have a health and personal care department, and as of March 23, 2020, all of our retail stores across the U.S. and Canada were temporarily closed except for most stand-alone buybuy BABY and Harmon stores, subject to state and local regulations. In May 2020, we announced a phased approach to re-open our stores in compliance with relevant government directives, and as of the end of July 2020, nearly all of our stores re-opened. During portions of fiscal 2021, a limited number of stores in Canada either closed temporarily or continued to operate under restrictions in compliance with local governmental orders. As of November 27, 2021, all of our stores were operating without restriction subject to compliance with mask and vaccine requirements.

The COVID-19 pandemic materially adversely impacted our results of operations and cash flows for the three and nine months ended November 28, 2020. In addition, numerous significant uncertainties continue to surround the pandemic and its ultimate impact on us, including:

•the timing and extent of recovery in consumer traffic and spending;

•potential delays, interruptions and disruptions in our supply chain, including higher freight charges;

•labor shortages and competition for talent;

Table of Contents`

•the extent of dissemination and adoption of COVID-19 vaccines and their effectiveness against COVID-19 and its evolving strains, some of which may be more transmissible or virulent than the initial strain;

•additional widespread resurgences in COVID-19 infections; and

•evolving safety protocols such as requirements for proof of vaccination or regular testing in certain of our markets.

Further discussion of the risks and uncertainties posed by the COVID-19 pandemic is included in "Risk Factors" under Part II, Item 1A of this Form 10-Q and Part I, Item 1A of our 2020 Form 10-K.

***Results of Operations***

*Net Sales*

Net sales for the three months ended November 27, 2021 were $1.878 billion, a decrease of approximately $740.6 million, or approximately 28.3%, compared with net sales of $2.618 billion for the three months ended November 28, 2020. Net sales for the nine months ended November 27, 2021 were $5.816 billion, a decrease of $797.5 million, or approximately 12.1%, compared with net sales of $6.614 billion for the nine months ended November 28, 2020. Excluding the impact of the business divestitures described above, which represented net sales of $432.5 million for the three months ended November 28, 2020, net sales for our four core banners for the three months ended November 27, 2021 decreased by 14.1% compared with the three months ended November 28, 2020, due to the decrease in comparable sales noted below and the impact of fleet optimization. Excluding the impact of the business divestitures described above, which represented net sales of $1.061 billion for the nine months ended November 28, 2020, net sales for our four core banners for the nine months ended November 27, 2021 increased by 4.7% compared with the nine months ended November 28, 2020, as fiscal 2020 was impacted by store closures in the first quarter of fiscal 2020 as a result of the COVID-19 pandemic.

In addition, beginning March 23, 2020, the majority of our stores were closed due to the COVID-19 pandemic, except for most stand-alone BABY and Harmon stores, which remained open during such period, subject to state and local regulations. Most of our stores had reopened by the end of July of 2020; however, during portions of the remainder of fiscal 2020 and in the first six months of fiscal 2021, a limited number of stores in Canada either closed temporarily or continued to operate under restrictions in compliance with local governmental orders. As of November 27, 2021, all of our stores were operating without restriction.

Sales consummated on a mobile device while physically in a store location and BOPIS orders are recorded as customer facing digital channel sales. Customer orders taken in-store by an associate through The Beyond Store, our proprietary, web-based platform, are recorded as in-store sales. Prior to implementation of BOPIS and contactless Curbside Pickup services, customer orders reserved online and picked up in a store were recorded as in-store sales. Sales originally consummated from customer facing digital channels and subsequently returned in-store are recorded as a reduction of in-store sales. Net sales consummated through digital channels represented approximately 35.1% and 35.8%, respectively, of our sales for the three and nine months ended November 27, 2021 compared with approximately 31.2% and 38.0%, respectively, of our sales for the three and nine months ended November 28, 2020.

Comparable sales* for the three months ended November 27, 2021 decreased by approximately 7%, compared to an increase of approximately 2% for the three months ended November 28, 2020. Management attributes a portion of this decline to the lack of inventory availability in key product areas, due in part to supply chain challenges. As a result of the extended closure of the majority of our stores in the first quarter of fiscal 2020, as well as the month of June in the second quarter of fiscal 2020, due to the COVID-19 pandemic and our policy of excluding extended store closures from our comparable sales calculation, we believe that comparable sales was not a meaningful metric for the first quarter of fiscal 2020 as well as for the month of June 2020 and, therefore, are not a meaningful metric for the nine months ended November 27, 2021 and November 28, 2020.

* Comparable sales normally include sales consummated through all retail channels that have been operating for twelve full months following the opening period (typically six to eight weeks), excluding the impact of store network optimization program. We are an omni-channel retailer with capabilities that allow a customer to use more than one channel when making a purchase, including in-store, online, with a mobile device or through a customer contact center, and have it fulfilled, in most cases, either through in-store customer pickup or direct shipment to the customer from one of our distribution facilities, stores or vendors.

Sales of domestics merchandise and home furnishings accounted for approximately 37.6% and 62.4% of net sales, respectively, for the three months ended November 27, 2021, and approximately 35.7% and 64.3% of net sales, respectively, for the three months ended November 28, 2020. Sales of domestics merchandise and home furnishings accounted for approximately 38.4% and 61.6% of net sales, respectively, for the nine months ended November 27, 2021 and approximately 35.4% and 64.6% of net sales, respectively, for the nine months ended November 28, 2020.

Table of Contents`

*Gross Profit*

Gross profit for the three months ended November 27, 2021 was $668.9 million, or 35.6% of net sales, compared with $956.6 million, or 36.5% of net sales, for the three months ended November 28, 2020. Gross profit for the nine months ended November 27, 2021 was $1.904 billion, or 32.7% of net sales, compared with $2.293 billion, or 34.7% of net sales, for the nine months ended November 28, 2020. Gross profit margin as a percentage of net sales for the three and nine months ended November 27, 2021 compared with the three and nine months ended November 28, 2020 was negatively impacted by markdown activity associated with inventory being removed from our assortment in connection with the launches of new Owned Brands and, to a lesser extent, the redefinition of certain existing Owned Brands. Gross profit for the three and nine months ended November 27, 2021 included the impact of $6.1 million and $127.1 million, respectively, of higher markdowns on inventory sold in the three and nine month periods, as well as an adjustment to reduce inventory on hand as of November 27, 2021 that will be removed from the product assortment as part of these initiatives to its estimated realizable value. In addition, higher freight expenses, both for inbound product shipments and direct-to-customer fulfillment and in part due to industry wide, global supply chain challenges, also negatively impacted the gross margin in the three and nine months ended November 27, 2021 compared with the prior year, which offset the favorable impacts of product mix from our new Owned Brands and a more normalized mix of digital sales. Additionally, for the three months ended November 27, 2021, gross profit margin as a percentage of net sales was favorably impacted by the implementation of new pricing strategies in the quarter in response to ongoing inflationary pressures and global supply chain challenges, as well as lower clearance activity relative to the first two quarters of fiscal 2021.

*Selling, General and Administrative Expenses*

SG&A for the three months ended November 27, 2021 was $698.0 million, or 37.2% of net sales, compared with $890.7 million, or 34.0% of net sales, for the three months ended November 28, 2020. SG&A for the nine months ended November 27, 2021 was $2.010 billion, or 34.6% of net sales, compared with $2.461 billion, or 37.2% of net sales, for the nine months ended November 28, 2020. The decrease in SG&A for the three and nine months ended November 27, 2021 compared with the three and nine months ended November 28, 2020 was primarily attributable to cost reductions including divestitures of non-core assets and lower rent and occupancy expenses as a result of our fleet optimization program, while the increase in SG&A as a percentage of net sales for the three months ended November 27, 2021 was primarily due to the impact of de-leveraging of SG&A due to the declines in sales noted above.

In addition, during the three and nine months ended November 27, 2021, we recorded credits of approximately $0.8 million and $3.7 million, respectively, as an offset to selling, general and administrative expenses as a result of the employee retention credits made available under the CARES Act for U.S. employees and under the Canada Emergency Wage Subsidy for Canadian employees. During three and nine months ended November 28, 2020, we recorded credits of approximately $1.0 million and $28.3 million, respectively.

*Impairments, Including on Assets Held For Sale*

Impairments for the three and nine months ended November 27, 2021 were $1.8 million and $18.5 million, respectively, compared with $58.0 million and $172.4 million, respectively, during the comparable periods last year. Impairment charges for both the three months ended November 27, 2021 and November 28, 2020 also included $1.6 million, relating to certain store-level assets (including leasehold improvements and operating lease assets) and tradename impairments of $0.2 million and $2.4 million, respectively. During the third quarter of fiscal 2020, we also recorded a loss on business held for sale of $54.0 million to remeasure Cost Plus World Market to the lower of its carrying value or fair value less costs to sell. Impairment charges for the nine months ended November 27, 2021 and November 28, 2020 included $15.6 million and $84.0 million, respectively, relating to certain store-level assets (including leasehold improvements and operating lease assets) and tradename impairments of $2.9 million and $35.1 million, respectively.

*Restructuring and Transformation Initiative Expenses*

During the three and nine months ended November 27, 2021, restructuring and transformation initiative expenses were $41.2 million and $99.4 million, respectively, which included costs recorded in connection with termination of facilities leases, including in connection with the store network optimization program described above, as well as costs associated with other transformation initiatives. During the three and nine months ended November 28, 2020, restructuring and transformation initiative expenses were $16.8 million and $47.6 million, respectively, primarily related to severance costs recorded in connection with the workforce reduction program (See "Restructuring and Transformation Initiative Expenses," Note 17 to the accompanying consolidated financial statements).

Table of Contents`

*Loss (Gain) on Sale of Businesses*

During the three and nine months ended November 27, 2021, we recognized approximately $14.1 million and $18.2 million, respectively, of loss on the sale of businesses, primarily related to a $13.5 million charge associated with the fiscal 2021 settlement of the CTS pension plan (See "Assets Held for Sale and Divestitures," Note 18 to the accompanying consolidated financial statements), as well as certain working capital and other adjustments related to the fiscal 2020 divestitures. During the three and nine months ended November 28, 2020, we recognized a loss of approximately $113.9 million and a gain of approximately $75.6 million, respectively, on the sale of businesses related to the fiscal 2020 divestitures.

*Operating Loss*

Operating loss for the three months ended November 27, 2021 was $86.1 million, or 4.6% of net sales, compared with an operating loss of $122.8 million, or 4.7% of net sales, during the comparable period last year. Operating loss for three months ended November 27, 2021 included the impact of pre-tax charges of $6.1 million included in gross profit associated with the transition of our product assortment, primarily related to launches of new Owned Brands, as well as $41.2 million associated with restructuring and other transformation initiatives, $1.8 million for non-cash impairments and $14.1 million for loss on sale of business (each as discussed above or below). The remaining change in operating loss as a percentage of net sales for the three months ended November 27, 2021 was primarily due to the effects of sales decline and an increase in selling, general and administrative expenses as a percentage of sales in fiscal 2021.

For the nine months ended November 27, 2021, operating loss was $242.1 million, or 4.2% of net sales, compared with an operating loss of $313.2 million, or 4.7% of net sales, for the nine months ended November 28, 2020. Operating loss for nine months ended November 27, 2021 included the impact of pre-tax charges of $127.1 million included in gross profit associated with the transition of our product assortment to Owned Brands, as well as $99.4 million associated with restructuring and other transformation initiatives, $18.5 million for non-cash impairments, $18.2 million for loss on sale of business, and $0.4 million for losses on debt extinguishments (each as discussed above or below). The remaining change in operating loss as a percentage of net sales for the nine months ended November 27, 2021 was primarily due to the effect of store closures in the first six months of fiscal 2020.

*Interest Expense, net*

Interest expense, net for the three and nine months ended November 27, 2021 was $15.8 million and $47.9 million, respectively, compared with $17.8 million and $58.3 million, respectively, for the three and nine months ended November 28, 2020. For the three and nine months ended November 27, 2021 the decrease in interest expense, net was primarily driven by decreased interest costs attributable to our revolving credit facilities and the impact of the repurchase of a portion of our senior unsecured notes in 2020.

*(Loss) Gain on Extinguishment of Debt*

Loss on extinguishment of debt for the nine months ended November 27, 2021 of $0.4 million related to partial repayment of senior unsecured notes. We did not record a gain or loss on extinguishment during the three months ended November 27, 2021.

During the nine months ended November 28, 2020, we recorded a $77.0 million gain on the repurchase of approximately $75.0 million principal amount of 4.915% senior unsecured notes due August 1, 2034 and $225.0 million principal of 5.165% senior unsecured notes due August 1, 2044. We did not record a gain or loss on extinguishment of debt during the three months ended November 28, 2020.

*Income Taxes*

The effective tax rate for the three months ended November 27, 2021 was (171.3)%, compared with 46.4% for the three months ended November 28, 2020. For the three months ended November 27, 2021, the effective tax rate reflects the impact of a charge to record a valuation allowance in the fiscal third quarter of $181.5 million, discussed below, charges for restructuring and transformation initiatives as well as a benefit under the provisions of the CARES Act. For the three months ended November 28, 2020, the effective tax rate included the impact of impairment charges for leasehold improvements and lease assets, a $0.7 million benefit related to fiscal 2019 net operating loss carry-back under the CARES Act and other discrete tax items.

Table of Contents`

The effective tax rate for the nine months ended November 27, 2021 was (37.9)%, compared with 45.7% for the nine months ended November 28, 2020. For the nine months ended November 27, 2021, the effective tax rate reflects the impact of a charge to record a valuation allowance in the fiscal third quarter of $181.5 million, discussed below, charges for restructuring and transformation initiatives as well as a benefit under the provisions of the CARES Act. For the nine months ended November 28, 2020, the effective tax rate included the impact of impairment charges for leasehold improvements and lease assets, a $43.7 million benefit related to fiscal 2019 net operating loss carry-back under the CARES Act and other discrete tax items.

In assessing the recoverability of our deferred tax assets, we evaluated the available objective positive and negative evidence to estimate whether it is more likely than not that sufficient future taxable income will be generated to permit use of existing deferred tax assets in each taxpaying jurisdiction. For any deferred tax asset in excess of the amount for which it is more likely than not that we will realize a benefit, we established a valuation allowance. A valuation allowance is a non-cash charge, and does not limit the our ability to utilize our deferred tax assets, including our ability to utilize tax loss and credit carryforward amounts, against future taxable income.

During the three months ended November 27, 2021, we concluded that, based on our evaluation of available objective positive and negative evidence, it is no longer more likely than not that our net U.S. federal and state deferred tax assets are recoverable. In assessing the realizability of deferred tax assets, the key assumptions used to determine positive and negative evidence included our cumulative taxable loss for the past three years, current trends related to actual taxable earnings or losses, and expected future reversals of existing taxable temporary differences, as well as timing and cost of our transformation initiatives and their expected associated benefits. Accordingly, we recorded a charge of $181.5 million in the third fiscal quarter of 2021 as a reserve against our net U.S. federal and state deferred tax assets. As of November 27, 2021, the total valuation allowance relative to U.S. federal and state deferred tax assets was $192.0 million.

The amount of the deferred tax assets considered realizable, and the associated valuation allowance, could be adjusted in a future period if estimates of future taxable income change or if objective negative evidence in the form of cumulative losses is no longer present and additional weight is given to subjective evidence such as projections for future growth.

On March 27, 2020, the CARES Act was enacted in the United States, which provided for certain changes to tax laws, which impacted our results of operations, financial position and cash flows. We implemented certain provisions of the CARES Act, such as deferring employer payroll taxes and utilizing the ability to carry back and deduct losses to offset prior income in previously filed tax returns. As of both November 27, 2021 and February 27, 2021, we deferred $3.1 million of employer payroll taxes, of which approximately 50% was deposited during December 2021 with the remaining 50% required to be deposited by December 2022. During the three and nine months ended November 27, 2021, under the CARES Act, we recorded income tax benefits of $2.4 million and $18.6 million, respectively, as a result of the fiscal 2020 and fiscal 2019 net operating losses were carried back to prior years during which the federal tax rate was 35%.

Potential volatility in the effective tax rate from year to year may occur as we are required each year to determine whether new information changes our assessment of both the probability that a tax position will effectively be sustained and the appropriateness of the amount of recognized benefit.

*Net Loss*

As a result of the factors described above, net loss for the three months ended November 27, 2021 was $276.4 million, or $2.78 per diluted share, compared with net loss of $75.4 million, or $0.61 per diluted share, for the three months ended November 28, 2020. Net loss for the three months ended November 27, 2021 included a net unfavorable impact of $2.53 per diluted share associated with restructuring and other transformation initiatives, non-cash impairments and loss on sale of business, and the impact of recording a valuation allowance against our U.S. federal and state deferred tax assets (See "Income Taxes," Note 10 to the accompanying consolidated financial statements). Net loss for the three months ended November 28, 2020 included a net unfavorable impact of $0.69 per diluted share related to the loss on sale of businesses, non-cash impairment charges and charges associated with restructuring program and transformation initiatives (each as discussed above). These charges were partially offset by a reduction in the incremental inventory reserve for future markdowns recorded in fiscal 2019, as well as the associated tax effects.

Table of Contents`

As a result of the factors described above, net loss for the nine months ended November 27, 2021 was $400.5 million, or $3.90 per diluted share, compared with net loss of $159.8 million, or $1.29 per diluted share, for the nine months ended November 28, 2020. Net loss for the nine months ended November 27, 2021 included a net unfavorable impact of $3.74 per diluted share associated with restructuring and other transformation initiatives, non-cash impairments, loss on sale of business and loss on debt extinguishment, partially offset by a gain on the sale of property, and the impact of recording a valuation allowance against our U.S. federal and state deferred tax assets (See "Income Taxes," Note 10 to the accompanying consolidated financial statements). Net loss for the nine months ended November 28, 2020 included a net favorable impact of $0.09 per diluted share associated with the gain on sale of businesses, gain on partial extinguishment of debt and decrease in the incremental inventory reserve for future markdowns recorded in fiscal 2019, partially offset by non-cash impairments and charges recorded in connection with the restructuring program and transformation initiatives (each as discussed above), as well as the associated tax effects.

***Liquidity and Capital Resources***

We ended the third quarter of fiscal 2021 in a solid cash position, which we anticipate maintaining, to provide us the flexibility to fund our ongoing initiatives and act upon other opportunities that may arise. As of November 27, 2021, we had approximately $0.5 billion in cash and short-term investment securities, a decrease of approximately $840.0 million as compared with February 27, 2021, which included $358.9 million for share repurchases. We believe that existing and internally generated funds will be sufficient to continue to finance our operations for the next twelve months. In addition, if necessary, we have the ability to borrow under our ABL Facility, subject to customary conditions, including no default, the accuracy of representations and warranties, and borrowing base availability. The ABL Facility matures on August 9, 2026 and provides us with additional liquidity. Our ability to borrow under the ABL Facility is based upon a specified borrowing base consisting of a percentage of our eligible inventory and credit card receivables as defined in the ABL Facility, net of applicable reserves (See "Long Term Debt," Note 12 to the accompanying consolidated financial statements).

In fiscal 2020, similar to other retailers, we withheld portions of and/or delayed payments to certain of our business partners as we sought to renegotiate payment terms, in order to further maintain liquidity during 2020. In some instances, the renegotiations of lease terms have led to agreements with landlords for rent abatements or rental deferrals. Total payments withheld and/or delayed or deferred as of November 27, 2021 were approximately $3.0 million and are included in current liabilities. During the three and nine months ended November 27, 2021, we recognized reduced rent expense of $0.3 million and $2.6 million, respectively, related to rent abatement concessions. Additional negotiations of payment terms are still in process, and there can be no assurance that we will be able to successfully renegotiate payment terms with all such business partners, and the ultimate outcome of these activities including the responses of certain business partners are not yet known. We are also executing on our business transformation program, which is designed to improve our profitability and includes the planned closure of 200 mostly Bed Bath & Beyond stores under our store network optimization program and the introduction of new Owned Brand products in a number of categories.

Our liquidity may continue to be negatively impacted by the uncertainty regarding the spread of COVID-19 and the timing of economic recovery.

***Capital Expenditures***

Capital expenditures for nine months ended November 27, 2021 were $232.5 million, and for fiscal 2021 are projected to be approximately $350 million to $375 million. Our capital expenditures are related to digital and omni-channel capabilities, store remodels and investments in technology across a number of areas including supply chain, merchandising, and finance.

We continue to review and prioritize our capital needs and remain committed to making the required investments in our infrastructure to help position us for continued growth and success. Key areas of investment include: continuing to improve the presentation and content as well as the functionality, general search and navigation across our customer facing digital channels; improving customer data integration and customer relations management capabilities; continuing to enhance service offerings to our customers; continuing to strengthen and deepen our information technology, analytics, marketing, e-commerce, merchandising and finance capabilities; and creating more flexible fulfillment options designed to improve our delivery capabilities and lower our shipping costs. These and other investments are expected to, among other things, provide a seamless and compelling customer experience across our omni-channel retail platform.

Table of Contents`

*Stock Repurchases*

During the three and nine months ended November 27, 2021, we repurchased approximately 5.3 million and 14.0 million shares, respectively, of our common stock, at a total cost of approximately $118.9 million and $358.9 million, respectively, which included approximately 5.1 million and 13.4 million shares, respectively, at a total cost of approximately $113.4 million and $344.6 million, respectively, repurchased under our share repurchase programs as authorized by our Board of Directors, as well as approximately 0.2 million and 0.6 million shares, respectively, to cover employee related taxes withheld on vested restricted stock, restricted stock unit awards and performance stock unit awards, at a total cost of approximately $5.5 million and $14.3 million, respectively. During the third quarter of fiscal 2021, we announced that we expect to complete our $1 billion three-year share repurchase plan by the end of fiscal 2021, two years ahead of schedule.

In the first quarter of fiscal 2020, we had postponed share repurchases, but lifted this postponement in October 2020. In October 2020, we entered into an accelerated share repurchase agreement ("ASR Agreement") with JPMorgan Chase Bank, National Association to repurchase $225.0 million of our common stock, subject to market conditions, which settled in the fourth quarter of fiscal 2020, resulting in the repurchase of a total of 10.8 million shares. In January 2021, we entered into a second accelerated share repurchase agreement to repurchase an aggregate $150.0 million of our common stock, subject to market conditions. This resulted in the repurchase of 5.0 million shares in the fourth quarter of fiscal 2020, and an additional 0.2 million shares received upon final settlement in the first quarter of fiscal 2021. During the three and nine months ended November 28, 2020, we also repurchased approximately 0.1 million and 0.6 million shares, respectively, of our common stock, to cover employee related taxes withheld on vested restricted stock, restricted stock unit awards and performance stock unit awards, at a total cost of approximately $1.7 million and $4.7 million, respectively, including fees.

Between December 2004 and April 2021, our Board of Directors authorized, through several share repurchase programs, the repurchase of up to $12.950 billion of our shares of common stock. We also acquire shares of our common stock to cover employee related taxes withheld on vested restricted stock, restricted stock units and performance stock unit awards. Since the initial authorization in December 2004, the aggregate total of common stock repurchased is approximately 247.8 million shares for a total cost of approximately $11.5 billion. We had approximately $1.5 billion remaining of authorized share repurchases as of November 27, 2021.

Decisions regarding share repurchases are within the discretion of the Board of Directors, and are influenced by a number of factors, including the price of our common stock, general business and economic conditions, our financial condition and operating results, the emergence of alternative investment or acquisition opportunities, changes in business strategy and other factors. Our share repurchase program could change, and could be influenced by several factors, including business and market conditions, such as the impact of the COVID-19 pandemic on our business operations or stock price. We review our alternatives with respect to our capital structure on an ongoing basis. Any future share repurchases will be subject to the determination of the Board of Directors, based on an evaluation of our earnings, financial condition and requirements, business conditions and other factors, including the restrictions on share repurchases under the secured asset-based revolving credit facility (See "Long Term Debt," Note 12 to the accompanying consolidated financial statements).

*Debt Repurchases*

During the nine months ended November 27, 2021, we purchased approximately $11.0 million aggregate principal amount of our outstanding 3.749% senior unsecured notes due August 1, 2024. During the nine months ended November 28, 2020, we purchased approximately $300.0 million aggregate principal amount of our outstanding 4.915% Senior Notes due 2034 and 5.165% Senior Notes due 2044. There were no debt repurchases made during the three months ended November 27, 2021 and November 28, 2020.

*Cash Flow*

*Fiscal 2021 compared with Fiscal 2020*

Net cash used in operating activities for the nine months ended November 27, 2021 was $264.7 million, compared with cash provided by operating activities of $192.4 million in the corresponding period in fiscal 2020. The year-over-year change in operating cash flow was primarily due to an increase in inventory in anticipation of the holiday season, including as a result of changing the timing of purchasing in response to the potential impact of global supply chain disruptions on timing of inventory receipts.

Table of Contents`

Retail inventory, which includes inventory in our distribution facilities for direct to customer shipments, was approximately $1.912 billion at November 27, 2021, an increase of 14.4% compared with retail inventory at February 27, 2021. We continue to focus on our inventory optimization strategies.

Net cash used in investing activities for the nine months ended November 27, 2021 was $227.5 million, compared with net cash provided by investing activities of $751.9 million in the corresponding period of fiscal 2020. For the nine months ended November 27, 2021, net cash used in investing activities included $232.5 million of capital expenditures, partially offset by $5.0 million in proceeds from the sale of property. For the nine months ended November 28, 2020, net cash provided by investing activities was comprised of $386.5 million of redemptions of investment securities and $482.7 million in proceeds from the sale of PMall, CTS and Linen Holdings businesses, partially offset by $117.3 million of capital expenditures.

Net cash used in financing activities for the nine months ended November 27, 2021 was $374.5 million, compared with $481.9 million in the corresponding period of fiscal 2020. Net cash used in financing activities in the nine months ended November 27, 2021 was comprised of repurchases of common stock of $358.9 million, of which $344.6 million is related to our share repurchase program, repayments of long-term debt of $11.4 million, payments of deferred financing costs of $3.4 million and dividend payments of $0.8 million. Net cash used in financing activities in the nine months ended November 28, 2020 was comprised of net repayments of long-term debt of $221.4 million, a $132.6 million prepayment under the ASR Agreement, repurchases of our common stock of $97.1 million, payments of deferred financing costs of $7.7 million and dividend payments of $23.1 million.

*Seasonality*

Our business is subject to seasonal influences. Generally, our sales volumes are higher in the calendar months of August, November and December, and lower in February.

*Critical Accounting Policies*

See "Critical Accounting Policies" under Item 7 of our Annual Report on Form 10-K for the fiscal year ended February 27, 2021 ("2020 Form 10-K"), filed with the Securities and Exchange Commission ("SEC").

Table of Contents`

*Forward-Looking Statements*

This Form 10-Q and Management's Discussion and Analysis of Financial Condition and Results of Operations contain forward-looking statements within the meaning of Section 21 E of the Securities Exchange Act of 1934 including, but not limited to, our progress and anticipated progress towards our long-term objectives, as well as more generally the status of our future liquidity and financial condition and our outlook for our 2021 fiscal year. Many of these forward-looking statements can be identified by use of words such as may, will, expect, anticipate, approximate, estimate, assume, continue, model, project, plan, goal, preliminary, and similar words and phrases, although the absence of those words does not necessarily mean that statements are not forward-looking. Our actual results and future financial condition may differ materially from those expressed in any such forward-looking statements as a result of many factors. Such factors include, without limitation: general economic conditions including the housing market, a challenging overall macroeconomic environment and related changes in the retailing environment; risks associated with the COVID-19 pandemic and the governmental responses to it, including its impacts across our businesses on demand and operations, as well as on the operations of our suppliers and other business partners, and the effectiveness of our actions taken in response to these risks; consumer preferences, spending habits and adoption of new technologies; demographics and other macroeconomic factors that may impact the level of spending for the types of merchandise sold by us; civil disturbances and terrorist acts; unusual weather patterns and natural disasters; competition from existing and potential competitors across all channels; pricing pressures; liquidity; the ability to achieve anticipated cost savings, and to not exceed anticipated costs, associated with organizational changes and investments, including our strategic restructuring program and store network optimization strategies; the ability to attract and retain qualified employees in all areas of the organization; the cost of labor, merchandise, logistical costs and other costs and expenses; potential supply chain disruption due to trade restrictions or otherwise, and other factors such as natural disasters, pandemics, including the COVID-19 pandemic, political instability, labor disturbances, product recalls, financial or operational instability of suppliers or carriers, and other items; the ability to find suitable locations at acceptable occupancy costs and other terms to support our plans for new stores; the ability to establish and profitably maintain the appropriate mix of digital and physical presence in the markets we serve; the ability to assess and implement technologies in support of our development of our omni-channel capabilities; the ability to effectively and timely adjust our plans in the face of the rapidly changing retail and economic environment, including in response to the COVID-19 pandemic; uncertainty in financial markets; volatility in the price of our common stock and its effect, and the effect of other factors, including the COVID-19 pandemic, on our capital allocation strategy; risks associated with the ability to achieve a successful outcome for our business concepts and to otherwise achieve our business strategies; the impact of intangible asset and other impairments; disruptions to our information technology systems, including but not limited to security breaches of systems protecting consumer and employee information or other types of cybercrimes or cybersecurity attacks; reputational risk arising from challenges to our or a third party product or service supplier's compliance with various laws, regulations or standards, including those related to labor, health, safety, privacy or the environment; reputational risk arising from third-party merchandise or service vendor performance in direct home delivery or assembly of product for customers; changes to statutory, regulatory and legal requirements, including without limitation proposed changes affecting international trade; changes to, or new, tax laws or interpretation of existing tax laws; new, or developments in existing, litigation, claims or assessments; changes to, or new, accounting standards; and foreign currency exchange rate fluctuations. Except as required by law, we do not undertake any obligation to update our forward-looking statements.

## ITEM 3. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

Our exposure to market risk for changes in interest rates relates primarily to our investment securities and the ABL Facility. Our market risks at November 27, 2021 are similar to those disclosed in Item 7A of our 2020 Form 10-K.

As of November 27, 2021, our investments include cash and cash equivalents of approximately $509.1 million and long-term investments in auction rate securities of approximately $19.1 million at weighted average interest rates of 0.01% and 0.08%, respectively. The book value of these investments is representative of their fair values.

Our senior unsecured notes have fixed interest rates and are not subject to interest rate risk. As of November 27, 2021, the fair value of the senior unsecured notes was $1.097 billion, which is based on quoted prices in active markets, compared with the carrying value of approximately $1.184 billion.

Table of Contents`

**ITEM 4. CONTROLS AND PROCEDURES**

(a) *Disclosure Controls and Procedures*

Our management, with the participation of our Principal Executive Officer and Principal Financial Officer, have reviewed and evaluated the effectiveness of our disclosure controls and procedures (as defined in Exchange Act Rules 240.13a-15(e) and 15d-15(e)) as of November 27, 2021 (the end of the period covered by this quarterly report on Form 10-Q). Based on that evaluation, the Principal Executive Officer and the Principal Financial Officer have concluded that our current disclosure controls and procedures are effective to ensure that information required to be disclosed by us in the reports that we file or submit under the Securities Exchange Act of 1934 is (i) recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms and (ii) accumulated and communicated to our management, including our Principal Executive Officer and Principal Financial Officer, to allow timely decisions regarding required disclosure.

(b) *Changes in Internal Control over Financial Reporting*

There were no changes in our internal controls over financial reporting that occurred during our most recent fiscal quarter that have materially affected, or are reasonably likely to materially affect, our internal controls over financial reporting.

Table of Contents`

## PART II - OTHER INFORMATION

**ITEM 1. LEGAL PROCEEDINGS**

A putative securities class action was filed on April 14, 2020 against our Company and three of our officers and/or directors (Mark Tritton, Mary Winston (the Company's former Interim Chief Executive Officer) and Robyn D'Elia (the Company's former Chief Financial Officer and Treasurer)) in the United States District Court for the District of New Jersey (the "New Jersey federal court"). The case, which is captioned *Vitiello v. Bed Bath & Beyond Inc., et al.*, Case No. 2:20-cv-04240-MCA-MAH, asserts claims under §§ 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") on behalf of a putative class of purchasers of our securities from October 2, 2019 through February 11, 2020. The Complaint alleges that certain of our disclosures about financial performance and certain other public statements during the putative class period were materially false or misleading. A similar putative securities class action, asserting the same claims on behalf of the same putative class against the same defendants, was filed on April 30, 2020. That case, captioned *Kirkland v. Bed Bath & Beyond Inc., et al.*, Case No. 1:20-cv-05339-MCA-MAH, is also pending in the United States District Court for the District of New Jersey. On August 14, 2020, the court consolidated the two cases and appointed Kavin Bakhda as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (as consolidated, the "Securities Class Action"). Lead plaintiff and additional named plaintiff Richard Lipka filed an Amended Class Action Complaint on October 20, 2020, on behalf of a putative class of purchasers of the Company's securities from September 4, 2019 through February 11, 2020. Defendants moved to dismiss the Amended Complaint on December 21, 2020.

After a mediation held in August 2021, a settlement in principle was reached between the Company and lead plaintiff in the Securities Class Action. The settlement remains subject to documentation and must be approved by the New Jersey federal court. If the settlement is approved, all claims in the Securities Class Action will be fully resolved and the matter will be dismissed.

On July 10, 2020, the first of three related shareholder derivative actions was filed in the New Jersey federal court on behalf of our Company against various present and former directors and officers. The case, which is captioned *Salu v. Tritton, et al.*, Case No. 2:20-cv-08673-MCA-MAH (D.N.J.), asserts claims under §§˜10(b) and 20(a) of the Exchange Act and for breach of fiduciary duty, unjust enrichment, and waste of corporate assets under state law arising from the events underlying the securities class actions described above and from our repurchases of our own shares during the class period pled in the securities cases. The two other derivative actions, which assert similar claims, are captioned *Grooms v. Tritton, et al.*, Case No. 2:20-cv-09610-SDW-RDW (D.N.J.) (filed July 29, 2020), and *Mantia v. Fleming, et al.*, Case No. 2:20-cv-09763-MCA-MAH (D.N.J.) (filed July 31, 2020). On August 5, 2020, the court signed a stipulation by the parties in the *Salu* case to stay that action pending disposition of a motion to dismiss in the Securities Class Action, subject to various terms outlined in the stipulation. The parties in all three derivative cases have moved to consolidate them and to apply the *Salu* stay of proceedings to all three actions. The court granted the motion on October 14, 2020, which had been subsequently lifted. On January 4, 2022 the Defendants filed a motion to dismiss this case.

On August 28, 2020, another related shareholder derivative action, captioned *Schneider v. Tritton, et al.*, Index No. 516051/2020, was filed in the Supreme Court of the State of New York, County of Kings. The claims pled in the *Schneider* case are similar to those pled in the three federal derivative cases, except that the *Schneider* complaint does not plead claims under the Exchange Act. On September 21, 2020, the parties filed a stipulation seeking to stay that action pending disposition of a motion to dismiss in the securities class action, subject to various terms and conditions.

On June 11, 2021, a third related derivative action was filed on behalf of the Company against certain present and former directors and officers. This Complaint is entitled *Michael Anthony v Mark Tritton et al.*, Index No. 514167/2021 and was filed in the Supreme Court of the State of New York, Kings County. The claims are essentially the same as in the other two derivative actions. The Company has obtained a consensual stay of this case.

The derivative cases were not included in the August 2021 settlement referred to above, and the stay related to those matters has been lifted.

The Company has recorded a liability for the Securities Class Action, based on the agreed settlement amount and insurance coverage available. At this time, the Company is unable to estimate any potential losses that may be incurred for the derivative cases and has not recorded a liability for those matters.

While no assurance can be given as to the ultimate outcome of these matters, we do not believe that the final resolution will have a material adverse effect on the Company's consolidated financial position, results or liquidity. We are also a party to various legal proceedings arising in the ordinary course of business, which we do not believe to be material to the Company's consolidated financial position, results of operations or liquidity.

Table of Contents`

**ITEM 1A. RISK FACTORS**

In addition to the other information set forth in this Form 10-Q, carefully consider the factors discussed under "Risk Factors" in our 2020 Form 10-K as filed with the Securities and Exchange Commission. Certain factors have also been updated below. These risks could materially adversely affect our business, financial condition and results of operations. These risks are not the only risks we face. Our operations could also be affected by additional factors that are not presently known to us, that apply generally to all sizable businesses or by factors that we currently consider to be immaterial to the business.

**General economic factors beyond our control, including the impact of COVID-19, and changes in the economic climate could adversely affect, and have materially adversely affected, and could continue to materially adversely affect, our business, results of operations, financial condition and liquidity.**

General economic factors that are beyond our control could adversely affect our business, results, or operations, financial condition and liquidity. These factors include, but are not limited to, housing markets, recession, inflation, deflation, consumer credit availability, consumer debt levels, fuel and energy costs, interest rates, tax rates and policy, unemployment trends, the impact of natural disasters such as pandemics, civil disturbances and terrorist activities, foreign currency exchange rate fluctuations, conditions affecting the retail environment for products sold by us and other matters that influence consumer spending and preferences. Changes in the economic climate and the impact of the COVID-19 pandemic have materially adversely affected, and could continue to materially adversely affect, our business, results of operations, financial condition and liquidity.

In March 2020, the World Health Organization declared the COVID-19 outbreak a global pandemic. In an effort to slow the spread of COVID-19, national and local governments in regions in which we operate have enacted various measures, including travel restrictions or bans, restrictions on events and gatherings and various other "social distancing" requirements. In response to COVID-19, we temporarily closed all retail store locations from March 2020 to July 2020 (other than BABY and Harmon Face Values stores) and have since reopened all our stores. Despite the re-opening of stores, the extent, severity and overall duration of the COVID-19 pandemic, including its phases of resurgence and the introduction of new variants, are unknown, and the overall impact of COVID-19 has had a material adverse effect, and may continue to have a material adverse effect, on our business and could also result in the recording of additional non-cash impairment charges. In future periods, our business, results of operations, financial condition and liquidity may be materially adversely impacted by reduced store traffic and consumer spending due to, among other things, significant continued unemployment and economic downturn, as well as consumer anxiety regarding shopping in physical stores.

The impacts and potential impacts from the COVID-19 pandemic that could directly or indirectly materially affect our business, results of operations, financial condition and liquidity also include, but are not limited to:

•Potential inability of third parties on which we rely, including our suppliers, commercial banks and other external business partners, to meet their obligations to us, or significant disruptions in their ability to do so, which may be caused by their own financial or operational difficulties, or by travel restrictions and border closures;

•Negative impact on our employees. The spread of COVID-19 has caused us to modify our business practices (including employee travel and work locations, cancellation of physical participation in meetings, events and conferences and a furlough of the majority of store associates and a portion of corporate associates, nearly all of whom have returned as of the third quarter of fiscal 2020), and we may take further actions as may be required by government authorities or that we determine are in the best interests of our employees;

•Potential impact on our ability to meet our obligations to business partners, including under our secured asset-based revolving credit facility (the "ABL Facility"), which contains a springing minimum fixed charge coverage ratio, customary representations, warranties and affirmative and negative covenants, and under our current lease obligations. We have renegotiated and continue to renegotiate payment terms for goods, services and rent. Similar to other retailers, we have also withheld portions of and/or delayed payments to certain of our business partners as we negotiate revisions to our payment terms, in order to further maintain liquidity given the temporary store closures. There can be no assurance that we will be able to successfully renegotiate payment terms with all such business partners, and the ultimate outcome of these activities, including the responses of all business partners, is not yet known;

Table of Contents`

•Significant reductions in demand or significant volatility in demand for our products, which have been and may continue to be caused by, among other things, the temporary inability or reluctance of consumers to shop at our stores or buy our products due to illness, quarantine or other travel restrictions, unemployment or other financial hardship, and shifts in demand away from one or more of our more discretionary or higher priced products to lower priced products;

•Disruptions in the financial markets may materially adversely affect the value of our common stock and availability and cost of credit, which could negatively affect our liquidity;

•Delays, interruptions and disruptions in our supply chain and higher shipping charges have and could continue to impact our ability to maintain supplies of products and the costs associated with obtaining products;

•Labor shortages and competition for talent;

•The extent of dissemination and adoption of COVID-19 vaccines and their effectiveness against COVID-19 and its evolving strains, some of which may be more transmissible or virulent than the initial strain;

•Additional widespread resurgences in COVID-19 infections; and

•Evolving safety protocols such as requirements for proof of vaccination or regular testing in certain of our markets.

In addition, in November 2021, the Department of Labor's Occupational Safety and Health Administration published a new emergency temporary standard (the "ETS"), which includes new obligations for certain employers with respect to COVID-19 vaccinations, testing and paid time off. The ETS is subject to multiple legal challenges, which have delayed its implementation. Due to the uncertainty of the outcome of the legal challenges to the ETS, as well as the uncertainty in implementation details, such as availability and cost of testing, we cannot anticipate the precise impact it might have on our business. Any such mandate could have a material adverse impact on our business and results of operations, including workforce constraints and increased costs.

The COVID-19 pandemic continues to evolve rapidly, and the extent of the adverse impact of COVID-19 on the economy and us will depend, in part, on the length and severity of the measures taken to limit the spread of the virus, and, in part, on the size and effectiveness of the compensating measures taken by governments. We are closely monitoring the potential effects and impact on our business, results of operations, financial condition and liquidity. For more information on the impact of COVID-19 on our business, see "Item 1 - Business - Impact of the COVID-19 Pandemic."

**We may face challenges in executing our omni-channel strategy and expanding our e-commerce operations.**

During fiscal 2020, we began executing on elements of our new growth strategy, which we comprehensively communicated during our October 2020 Investor Day. Our ability to implement our strategic direction is based on a number of key assumptions regarding the future economic environment and our ability to meet certain ambitions, goals and targets, among other things. If any of these assumptions (including but not limited to our ability to meet certain ambitions, goals and targets) prove inaccurate in whole or in part, our ability to achieve some or all of the expected benefits of this strategy could be limited, including our ability to meet our stated financial objectives and retain key employees. Factors beyond our control, including but not limited to market and economic conditions, execution risk related to the implementation of our strategy and other challenges and risk factors discussed in this annual report, could limit our ability to achieve some or all of the expected benefits of this strategy. If we are unable to implement this strategy successfully in whole or in part or should the components of the strategy that are implemented fail to produce the expected benefits, our business, results of operations, financial condition and financial performance may be materially and adversely affected.

Additionally, an important part of our strategy involves providing customers with a seamless omni-channel shopping experience. Customer expectations about the methods by which they purchase and receive products or services are evolving, including as a result of the COVID-19 pandemic, and they are increasingly using technology to compare and purchase products. Once products are purchased, customers are seeking alternate options for delivery of those products. The coordinated operation of our network of physical stores and online platforms is fundamental to the success of our omni-channel strategy, and our ability to compete and meet customer expectations may suffer if we are unable to provide relevant customer-facing technology and omni-channel experiences. Consequently, our business, results of operations, financial condition and financial performance could be materially adversely affected.

Table of Contents`

Our strategy also involves the introduction of certain new proprietary Owned Brand merchandise, and the associated removal from our existing product assortment of existing third party merchandise. These proprietary Owned Brands and the associated changes to our product assortment may not be successful in terms of customer acceptance, and/or may not achieve the revenue or margin improvements we anticipate. In addition, maintaining a larger assortment of proprietary Owned Brand products exposes us to additional reputational and regulatory risks, including those related to compliance with product safety and marketing requirements.

## ITEM 2. UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS

Our purchases of our common stock during the third quarter of fiscal 2021 were as follows:

| Period | Total Number of Shares Purchased (1) | | Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly or Announced Plans Programs (1) | | Approximate Dollar Value of Shares that May Yet Be Purchased Under the Plans or Programs (1) (2) |
|---|---|---|---|---|---|---|
| August 29, 2021 - September 25, 2021 | 598,000 | $ | 25.17 | 598,000 | $ | 1,601,552,747 |
| September 26, 2021 - October 23, 2021 | 98,600 | $ | 20.72 | 98,600 | $ | 1,599,510,126 |
| October 24, 2021 - November 27, 2021 | 4,569,500 | $ | 22.27 | 4,569,500 | $ | 1,497,744,522 |
| Total | 5,266,100 | $ | 22.57 | 5,266,100 | $ | 1,497,744,522 |

[1] Between December 2004 and April 2021, our Board of Directors authorized, through several share repurchase programs, the repurchase of $12.950 billion of our shares of common stock. We have authorization to make repurchases from time to time in the open market or through other parameters approved by the Board of Directors pursuant to existing rules and regulations. Shares purchased, as indicated in this table, include shares withheld to cover employee related taxes on vested restricted shares, restricted stock units and performance stock unit awards, as well as shares purchased pursuant to accelerated share repurchase agreements. Our share repurchase program could change, and any future share repurchases will be subject to the determination of the Board of Directors, based on an evaluation of our earnings, financial condition and requirements, business and market conditions and other factors, including the restrictions on share repurchases under our secured asset-based revolving credit facility.

[2] Excludes brokerage commissions paid by the Company, if any.

Table of Contents`

**ITEM 6. EXHIBITS**

The exhibits to this Report are included herein.

| Exhibit No. | Exhibit |
|---|---|
| 10.1 | Separation and General Release Agreement Between the Company and Cindy Davis (Dated as of August 30, 2021) (incorporated by reference to Exhibit 10.2 to the Company's Form 10-Q filed September 30, 2021) |
| 31.1* | Certification of Principal Executive Officer Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 31.2* | Certification of Principal Financial Officer Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 32* | Certification of Principal Executive Officer and Principal Financial Officer Pursuant to 18 U.S.C. Section 1350, as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 101.INS | XBRL Instance Document - the instance document does not appear in the Interactive Data File because its XBRL tags are embedded within the Inline XBRL document |
| 101.SCH | Inline XBRL Taxonomy Extension Schema Document |
| 101.CAL | Inline XBRL Taxonomy Extension Calculation Linkbase Document |
| 101.LAB | Inline XBRL Taxonomy Extension Label Linkbase Document |
| 101.PRE | Inline XBRL Taxonomy Extension Presentation Linkbase Document |
| 101.DEF | Inline XBRL Taxonomy Extension Definition Linkbase Document |
| 104 | The cover page of Bed Bath & Beyond Inc.'s Quarterly Report on Form 10-Q for the quarter ended November 27, 2021, formatted in Inline XBRL (included within Exhibit 101 attachments) |

_____

\*      Filed herewith.

Table of Contents`

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**BED BATH & BEYOND INC.**
(Registrant)

Date: January 6, 2022

By:   */s/ Gustavo Arnal*
Gustavo Arnal
Chief Financial Officer

-45-

**Exhibit 31.1**

### CERTIFICATION

I, Mark J. Tritton, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Bed Bath & Beyond Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a. Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b. Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c. Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d. Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a. All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b. Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: January 6, 2022

*/s/ Mark J. Tritton*

Mark J. Tritton
President and Chief Executive Officer

**Exhibit 31.2**

**CERTIFICATION**

I, Gustavo Arnal, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Bed Bath & Beyond Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a. Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b. Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c. Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d. Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a. All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b. Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: January 6, 2022

*/s/ Gustavo Arnal*
Gustavo Arnal
Chief Financial Officer

**Exhibit 32**

**CERTIFICATION**

The undersigned, the Principal Executive Officer and Principal Financial Officer of Bed Bath & Beyond Inc. (the "Company"), hereby certify, to the best of their knowledge and belief, that the Form 10-Q of the Company for the quarterly period ended November 27, 2021 (the "Periodic Report") accompanying this certification fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m or 78o(d)) and that the information contained in the Periodic Report fairly presents, in all material respects, the financial condition and results of operations of the Company. The foregoing certification is provided solely for purposes of complying with the provisions of Section 906 of the Sarbanes - Oxley Act of 2002 and is not intended to be used for any other purposes.

Date: January 6, 2022

*/s/ Mark J. Tritton*

Mark J. Tritton
President and Chief Executive Officer

*/s/ Gustavo Arnal*

Gustavo Arnal
Chief Financial Officer

# EXHIBIT 7

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**
_____

**FORM 8-K**

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15 (d) OF THE**
**SECURITIES EXCHANGE ACT OF 1934**

Date of Report (Date of earliest event reported) **January 6, 2022**

# BED BATH & BEYOND INC.

(Exact name of registrant as specified in its charter)

| <u>New York</u> | <u>0-20214</u> | <u>11-2250488</u> |
|:---:|:---:|:---:|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**<u>650 Liberty Avenue, Union, New Jersey 07083</u>**
(Address of principal executive offices) (Zip Code)

**<u>(908) 688-0888</u>**
(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4 (c))

**Securities registered pursuant to section 12(b) of the Act:**

| <u>Title of each class</u> | <u>Trading Symbol</u> | <u>Name of each exchange on which registered</u> |
|:---:|:---:|:---:|
| Common stock, $.01 par value | BBBY | The Nasdaq Stock Market LLC |
| | | (Nasdaq Global Select Market) |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition**

On January 6, 2022, Bed Bath & Beyond Inc. (the "Company") issued a press release announcing the Company's financial results for its fiscal third quarter ended November 27, 2021. A copy of this press release is attached hereto as Exhibit 99.1.

**Item 7.01 Regulation FD Disclosure**

On January 6, 2022, the Company published an Investor Presentation for its fiscal third quarter ended November 27, 2021 as noted in the press release described in Item 2.02 above. The Investor Presentation is attached hereto as Exhibit 99.2. Additionally, the Company has posted the Investor Presentation on the investor relations section of its website at www.bedbathandbeyond.com.

The information in this Current Report on Form 8-K (including the exhibits attached hereto) is being furnished under Items 2.02 and 7.01 and shall not be deemed "filed" for the purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liability of such section or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits**

(d) Exhibits:

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release issued by Bed Bath & Beyond Inc. on January 6, 2022. |
| 99.2 | Investor Presentation for the fiscal third quarter ended November 27, 2021. |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

***SIGNATURES***

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**BED BATH & BEYOND INC.**
(Registrant)

Date: January 6, 2022                    By:    */s/ Gustavo Arnal*

Gustavo Arnal
Chief Financial Officer



**BED BATH & BEYOND INC. REPORTS THIRD QUARTER RESULTS (ENDING NOVEMBER 27, 2021) DELIVERING STRONG GROSS MARGIN PERFORMANCE**

*Net Sales of $1,878M; Sequential Comparable Sales Improvement Within the Fiscal Quarter*
*Company Offsets Higher Freight Costs, While Product Replenishment Delays Pressure Sales Amidst Supply Chain Constraints*
*GAAP Gross Margin of 35.6%; Adjusted Gross Margin of 35.9% Reflecting Significant Expansion vs. Q3'20 and Q3'19*
*Announces Further SG&A and Expense Optimization of Approx. $100 Million Annualized*

UNION, New Jersey, January 06, 2022 --- Bed Bath & Beyond Inc. (NASDAQ: BBBY) today reported financial results for the third quarter of fiscal 2021 ended November 27, 2021.

| ($ in millions, except per share data) | Reported (GAAP) | | | Adjusted[2] | | |
|---|---|---|---|---|---|---|
| | Three months ended | | | Three months ended | | |
| | November 27, 2021 | November 28, 2020 | Diff | November 27, 2021 | November 28, 2020 | Diff |
| Net Sales | $1,878 | $2,618 | (28)% | $1,878 | $2,618 | (28)% |
| Core[1] Sales | | | | $1,878 | $2,186 | (14)% |
| Comparable[3] Sales | | | | | | (7)% |
| Gross Margin | 35.6% | 36.5% | -90bps | 35.9% | 35.4% | +50bps |
| SG&A Margin | 37.2% | 34.0% | 320bps | 37.2% | 34.0% | 320bps |
| Net (Loss) Income | ($276) | ($75) | ($201) | ($25) | $10 | ($35) |
| Adjusted[2] EBITDA | | | | $41 | $121 | ($80) |
| Adjusted[2] EBITDA Margin | | | | 2.2% | 4.6% | -240bps |
| EPS - Diluted | ($2.78) | ($0.61) | ($2.17) | ($0.25) | $0.08 | ($0.33) |

Mark Tritton, Bed Bath & Beyond's President and CEO said, "During a quarter where our sales momentum was not where we wanted it to be with sales of $1.9 billion and a 7% comp decline, improved momentum in November and strong gross margins demonstrated progress in our transformation. After our previously announced slower start to sales in September and October, we drove a change in trends by November with our comp decline improving, particularly in stores. However, overall sales were pressured despite customer demand due to the lack of availability with replenishment inventory and supply chain stresses that had an estimated $100 million, or mid-single digit, impact on the quarter and an even higher impact in December. Nevertheless, our customer acquisition strategy for the Bed Bath banner is gaining traction as evidenced by our Beyond+ loyalty program, which grew by nearly half a million members after one of our largest new subscriber quarters. Our buybuy BABY banner continues to deliver double-digit growth and we are on track to achieve approximately $1.3 billion in sales in this first year of transformation - ahead of our investor day goals - all while improving profitability and market share."

"In response to a sharp increase in inflation and pervasive freight and supply chain headwinds, we swiftly implemented market-driven pricing, promo optimization and product mix plans. Our decisive actions led to an adjusted gross margin rate significantly exceeding plan and above 2020 and 2019 - a key financial barometer of our three-year transformation strategy. Our Owned Brands also continued to produce higher merchandise margins at increased penetration rates. We now intend to expand the Owned Brands strategy to BABY in 2022 as we look at margin enhancing strategies, given sales results in this business have stabilized as a result of our targeted efforts to improve this banner. We are identifying exciting new opportunities to drive sales and BABY is an important cornerstone of our plans, including our recently announced collaboration with Kroger and our own digital marketplace."

"Just as we delivered on gross margin during the quarter, our holistic focus is on improving our top and bottom line results as we continue to transform. While we continue to target sales improvement, we are also focused on SG&A. We are pursuing additional expense optimization measures of approximately $100 million annualized that will explore areas such as store fleet optimization, fixed costs and discretionary savings opportunities. Earlier this quarter we also announced that we expect to complete our $1 billion three-year share repurchase plan by the end of fiscal 2021, two years ahead of schedule, which underscores our ongoing confidence in our turnaround and commitment to our capital allocation framework."

"Having concluded just the third quarter of our multi-year plan, we will continue to execute our strategic transformation by diagnosing and reforming our legacy business to achieve our goals. As we prepare for 2022, we look forward to operating in a normalized environment with a base of business upon which to grow," concluded Mr. Tritton.

**Q3 Highlights**

•Net Sales of $1,878M declined (28)%, reflecting a (14)% decline related to a planned reduction from non-core banner divestitures and a Core[1] Sales decline of (14)%

◦Core[1] Sales decline primarily due to the impact of fleet optimization and Comparable[3] Sales

•Comparable[3] Sales decline of (7)% versus Q3 2020 and a decline of (4)% versus Q3 2019

◦Bed Bath & Beyond banner Comparable[3] Sales decline of (10)%; buybuy BABY banner growth of mid-teens percentage

◦Comparable Sales improved sequentially within the quarter, particularly for the Bed Bath & Beyond banner

•Calendar November Comparable Sales Growth of low-single digit in US Stores, Flat in Total US (including digital)

◦Thanksgiving thru Cyber-Monday Comparable Sales growth of high-single digit

•Beyond+ program growth of nearly 0.5 million members, with Q3 2021 among the highest new enrollment periods in two years

•Gross Margin of 35.6%; Adjusted[2] Gross Margin of 35.9%

•Adjusted[2] Gross Margin reflects expansion of 50bps vs. Q3 2020 and 360bps vs. Q3 2019 driven by swift, market-driven pricing actions to offset expected freight cost increases and supply chain headwinds, as well as promotional optimization and continued traction with the Company's higher margin Owned Brands

•SG&A expense in-line with expectations

•Adjusted[2] EBITDA of $41 million as a result of lower Net Sales

•Cash Flow from Operations of approximately $(0.3) billion reflects a planned, strategic inventory increase of $(0.3) billion in preparation for the Holiday season

•Company continues to demonstrate strong liquidity with cash, cash equivalents, restricted cash and investments of $0.6 billion in the fiscal 2021 third quarter, and approximately $0.7 billion as of December 25, 2021 reflecting positive operating cash flow for the current quarter-to-date period.

•Guidance outlook for 2021 fourth quarter established; Revised full fiscal year 2021 guidance outlook to reflect year-to-date performance

**Fiscal 2021 Third Quarter Results (ending November 27, 2021)**

Net sales of $1.88 billion declined (28)%, reflecting a (14)% decline related to a planned reduction from non-core banner divestitures and a Core[1] banner sales decline of (14)%.

•Core[1] sales performance versus last year were primarily driven by a decrease in Bed Bath & Beyond banner sales.

Comparable[3] Sales decreased (7)% compared to the prior year period and (4)% compared to the fiscal 2019 third quarter. By channel, Comparable[3] Sales declined (5)% in Stores and (9)% in Digital versus the fiscal 2020 third quarter.

•Comparable[3] Sales reflects an estimated 7% impact from fleet optimization activity when compared to the fiscal 2020 third quarter.

Bed Bath & Beyond banner Comparable[3] Sales decreased (10)% compared to the prior year period and decreased (5)% compared to the fiscal 2019 third quarter. Results exclude the Company's previously announced store network optimization program, which began in the second half of the prior fiscal year.

•Comparable[3] Sales in key destination categories, which include Bedding, Bath, Kitchen Food Prep, Indoor Decor and Home Organization, declined (13)% compared to the 2020 fiscal third quarter and (3)% compared to the 2019 fiscal third quarter.

2

These categories represented approximately two-thirds of total Bed Bath & Beyond banner sales in the fiscal 2021 third quarter.

The buybuy BABY banner delivered its fourth consecutive quarter of positive growth with Comparable Sales increasing in the mid-teens compared to the fiscal 2020 third quarter, driven by double-digit growth in stores and high-single digit growth in digital.

GAAP Gross Margin was 35.6% for the quarter. Excluding special items, Adjusted[2] Gross Margin was 35.9%, reflecting 320 basis point increase in merchandise margins compared to last year.  This expansion was primarily related to a more favorable product mix from the Company's Owned Brands and the implementation of new pricing strategies in response to on-going inflationary pressures and global supply chain challenges. As such, the Company successfully offset more than 270 basis points of higher freight-related costs.

SG&A expense on both a GAAP and Adjusted[2] basis remain at significantly decreased levels compared to the prior year period, primarily due to cost reductions including divestitures of non-core assets and lower rent and occupancy expenses on a more efficient store base.  SG&A Margin for the quarter increased on a GAAP and Adjusted[2] basis versus last year due to lower Net Sales.

Adjusted[2] EBITDA for the period was $41 million reflecting lower Net Sales.

Net Loss per diluted share of ($2.78) for the quarter reflected approximately ($2.53) of special items for the quarter. Excluding special items, Adjusted[2] Net Loss per diluted share was ($0.25). Special items during the third quarter included ($1.82) related to the accounting effects of a non-cash, income tax charge for a valuation allowance recorded in the quarter against certain of the Company's deferred tax assets.  This valuation allowance does not impact the Company's ability to utilize any deferred tax assets in the future. Special items also reflect charges such as non-cash impairments related to certain store-level assets and tradenames, loss on sale of businesses, and charges recorded in connection with the Company's restructuring and transformation initiatives. Restructuring and transformation initiative charges include accelerated transitional markdowns related primarily to the planned assortment transition to Owned Brands as well as costs associated with the Company's transformation initiatives, including store closures related to the Company's fleet optimization. Adjusted Net Loss per diluted share also reflects a current and deferred income tax benefit on the Company's Adjusted Pre-Tax Loss.

In preparation for the peak Holiday season, the Company strategically increased its merchandise inventory of approximately $(0.3) billion, and as a result operating cash flow for the quarter was approximately $(0.3) billion. Accordingly, free cash flow[5] was negative, inclusive of $0.1 billion of planned capital expenditures in connection with store remodels, supply chain and information technology systems.

The Company returned approximately $120 million in capital to shareholders through share repurchases in the fiscal 2021 third quarter and more than $700 million since the program was announced in October 2020.  As a reminder, on November 2, 2021, the Company announced plans to accelerate its $1 billion three-year share repurchase program from fiscal 2022 and fiscal 2023.

Cash, cash equivalents, restricted cash and investments totaled approximately $0.6 billion in the fiscal 2021 third quarter. As of December 25, 2021, cash, cash equivalents, restricted cash and investments totaled approximately $0.7 billion. This current quarter-to-date result reflects approximately $0.2 billion in positive operating cash flow due to working capital improvements and $0.1 billion in capital expenditures and share repurchase activity during the period.

Total Liquidity[4] was approximately $1.5 billion as of fiscal 2021 third quarter, and approximately $1.6 billion as of December 25, 2021, including the Company's asset based revolving credit facility.


**Guidance Outlook**

As a reminder, Net Sales throughout fiscal 2021 include the Company's Core[1] businesses and reflects planned reductions related to the Company's store fleet optimization activity.

Fiscal 2021 Fourth Quarter Outlook

The Company expects fiscal 2021 fourth quarter Net Sales of approximately $2.1 billion, which only reflects sales from the Company's Core[1] businesses.  Net Sales also includes planned sales reductions from divestitures and the Company's store fleet optimization program.  On a Comparable Sales basis, the Company expects a high-single digit decline compared to the prior year period.

3

The Company expects to achieve Adjusted[2] Gross Margin of 32.5% to 33.0%. This guidance reflects the continued impact of anticipated greater global supply chain challenges.

The Company expects Adjusted[2] EBITDA between $80 million to $100 million and Adjusted[2] EPS in the range of $0.00 to $0.15 per diluted share for the fiscal 2021 fourth quarter.

<u>Fiscal Year 2021 Outlook</u>

Based on its year-to-date performance, as well as current expectations for the fiscal fourth quarter, the Company is revising its fiscal year 2021 guidance outlook.

The Company now expects fiscal year 2021 Net Sales of approximately $7.9 billion. On a Comparable Sales basis, the Company expects high-single digit growth for the full fiscal year.

Adjusted[2] Gross Margin is now anticipated to be in a range of 34.0% to 34.5% and Adjusted[2] SG&A is expected to be approximately 34%.

The Company now expects Adjusted[2] EBITDA to be in the range of $290 million to $310 million and Adjusted[2] EPS range of ($0.15) to $0.00 per diluted share.

Additional details on the Company's fiscal 2021 outlook and visibility on the fourth quarter will be provided during its conference call as well as in its investor presentation available on the investor relations section of the Company's website at  http://bedbathandbeyond.gcs-web.com/investor-relations.

**Fiscal 2021 Third Quarter Conference Call and Investor Presentation**

Bed Bath & Beyond Inc.'s fiscal 2021 third quarter conference call with analysts and investors will be held today at 8:15am EDT and may be accessed by dialing 1-888-424-8151, or if international, 1-847-585-4422, using conference ID number 6725384#. A live audio webcast of the conference call, along with the earnings press release, investor presentation and supplemental financial disclosures, will also be available on the investor relations section of the Company's website at http://bedbathandbeyond.gcs-web.com/investor-relations. The webcast will be available for replay after the call for a period of at least one year.

The Company has also made available an Investor Presentation on the investor relations section of the Company's website at http://bedbathandbeyond.gcs-web.com/events-and-presentations.

---

[1]The Company's four Core banners include Bed Bath & Beyond, buybuy BABY, Harmon Face Values and Decorist.

[2]Adjusted items refer to comparable sales as well as financial measures that are derived from measures calculated in accordance with GAAP, which have been adjusted to exclude certain items. Adjusted Gross Margin, Adjusted SG&A, Adjusted EBITDA, Adjusted EBITDA Margin, and Adjusted EPS - Diluted are non-GAAP financial measures. For more information about non-GAAP financial measures, see "Non-GAAP Information" below.

[3]Comparable Sales reflects the year-over-year change in sales from the Company's retail channels, including stores and digital, that have been operating for twelve full months following the opening period (typically six to eight weeks). Comparable Sales excludes the impact of the Company's store network optimization program.

[4]Total Liquidity includes cash & investments and availability under the Company's asset-based revolving credit facility.

[5]Free Cash Flow is defined as operating cash flow less capital expenditures.

**About the Company**

Bed Bath & Beyond Inc. and subsidiaries (the "Company") is an omnichannel retailer that makes it easy for our customers to feel at home. The Company sells a wide assortment of merchandise in the Home, Baby, Beauty and Wellness markets. Additionally, the Company is a partner in a joint venture which operates retail stores in Mexico under the name Bed Bath & Beyond.

The Company operates websites at bedbathandbeyond.com, bedbathandbeyond.ca, buybuybaby.com, buybuybaby.ca, harmondiscount.com, facevalues.com, and decorist.com. As of November 27, 2021, the Company had a total of 995 stores, including 809 Bed Bath & Beyond stores in all 50 states, the District of Columbia, Puerto Rico and Canada, 133 buybuy BABY stores and 53 stores under the names Harmon, Harmon Face Values or Face Values. During the fiscal 2021 third quarter, the Company opened two stores including one Bed Bath & Beyond store and one buybuy BABY store. Additionally during the fiscal 2021 third quarter, the Company closed 5 stores including 4 Bed Bath & Beyond stores and one Harmon store. The joint venture to which the Company is a partner operates 10 stores in Mexico under the name Bed Bath & Beyond.

**Non-GAAP Information**

This press release contains certain non-GAAP information, including adjusted earnings before interest, income taxes, depreciation and amortization ("EBITDA"), adjusted EBITDA margin, adjusted gross margin, adjusted SG&A, adjusted net earnings per diluted share, and free cash flow. Non-GAAP information is intended to provide visibility into the Company's core operations and excludes special items, including non-cash impairment charges related to certain store-level assets and tradenames, loss on sale of businesses, loss on the extinguishment of debt, charges recorded in connection with the restructuring and transformation initiatives, which includes accelerated markdowns and inventory reserves related to the planned assortment transition to Owned Brands and costs associated with store closures related to the Company's fleet optimization and the income tax impact of these items. The Company's definition and calculation of non-GAAP measures may differ from that of other companies. Non-GAAP financial measures should be viewed in addition to, and not as an alternative for, the Company's reported GAAP financial results. For a reconciliation to the most directly comparable US GAAP measures and certain information relating to the Company's use of Non-GAAP financial measures, see "Non-GAAP Financial Measures" below.

**Forward-Looking Statements**

This press release contains forward-looking statements within the meaning of Section 21 E of the Securities Exchange Act of 1934 including, but not limited to, the Company's progress and anticipated progress towards its long-term objectives, as well as more generally the status of its future liquidity and financial condition and its outlook for the Company's 2021 fourth quarter and 2021 fiscal year. Many of these forward-looking statements can be identified by use of words such as may, will, expect, anticipate, approximate, estimate, assume, continue, model, project, plan, goal, preliminary, and similar words and phrases, although the absence of those words does not necessarily mean that statements are not forward-looking. The Company's actual results and future financial condition may differ materially from those expressed in any such forward-looking statements as a result of many factors. Such factors include, without limitation: general economic conditions including the housing market, a challenging overall macroeconomic environment and related changes in the retailing environment; risks associated with the COVID-19 pandemic and the governmental responses to it, including its impacts across the Company's businesses on demand and operations, as well as on the operations of the Company's suppliers and other business partners, and the effectiveness of the Company's actions taken in response to these risks; consumer preferences, spending habits and adoption of new technologies; demographics and other macroeconomic factors that may impact the level of spending for the types of merchandise sold by the Company; civil disturbances and terrorist acts; unusual weather patterns and natural disasters; competition from existing and potential competitors across all channels; pricing pressures; liquidity; the ability to achieve anticipated cost savings, and to not exceed anticipated costs, associated with organizational changes and investments, including the Company's strategic restructuring program and store network optimization strategies; the ability to attract and retain qualified employees in all areas of the organization; the cost of labor, merchandise, logistical costs and other costs and expenses; potential supply chain disruption due to trade restrictions or otherwise, and other factors such as natural disasters, pandemics, including the COVID-19 pandemic, political instability, labor disturbances, product recalls, financial or operational instability of suppliers or carriers, and other items; the ability to find suitable locations at acceptable occupancy costs and other terms to support the Company's plans for new stores; the ability to establish and profitably maintain the appropriate mix of digital and physical presence in the markets it serves; the ability to assess and implement technologies in support of the Company's development of its omnichannel capabilities; the ability to effectively and timely adjust the Company's plans in the face of the rapidly changing retail and economic environment, including in response to the COVID-19

5

pandemic; uncertainty in financial markets; volatility in the price of the Company's common stock and its effect, and the effect of other factors, including the COVID-19 pandemic, on the Company's capital allocation strategy; risks associated with the ability to achieve a successful outcome for the Company's business concepts and to otherwise achieve its business strategies; the impact of intangible asset and other impairments; disruptions to the Company's information technology systems, including but not limited to security breaches of systems protecting consumer and employee information or other types of cybercrimes or cybersecurity attacks; reputational risk arising from challenges to the Company's or a third party product or service supplier's compliance with various laws, regulations or standards, including those related to labor, health, safety, privacy or the environment; reputational risk arising from third-party merchandise or service vendor performance in direct home delivery or assembly of product for customers; changes to statutory, regulatory and legal requirements, including without limitation proposed changes affecting international trade; changes to, or new, tax laws or interpretation of existing tax laws; new, or developments in existing, litigation, claims or assessments; changes to, or new, accounting standards; and foreign currency exchange rate fluctuations. Except as required by law, the Company does not undertake any obligation to update its forward-looking statements.

**Contacts**

INVESTOR CONTACT: Susie Kim, IR@bedbath.com
MEDIA CONTACT: Eric Mangan, media@bedbath.com

6

**BED BATH & BEYOND INC. AND SUBSIDIARIES**
*Consolidated Statements of Operations*
*(in thousands, except per share data)*
*(unaudited)*

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | November 27, 2021 | November 28, 2020 | November 27, 2021 | November 28, 2020 |
| Net sales | $ 1,877,874 | $ 2,618,472 | $ 5,816,382 | $ 6,613,887 |
| Cost of sales | 1,208,954 | 1,661,905 | 3,912,699 | 4,321,294 |
| Gross profit | 668,920 | 956,567 | 1,903,683 | 2,292,593 |
| Selling, general and administrative expenses | 697,953 | 890,740 | 2,009,687 | 2,461,365 |
| Impairments, including on assets held for sale | 1,759 | 57,997 | 18,472 | 172,434 |
| Restructuring and transformation initiative expenses | 41,219 | 16,770 | 99,400 | 47,648 |
| Loss (gain) on sale of businesses | 14,100 | 113,909 | 18,221 | (75,619) |
| Operating loss | (86,111) | (122,849) | (242,097) | (313,235) |
| Interest expense, net | 15,772 | 17,805 | 47,893 | 58,347 |
| Loss (gain) on extinguishment of debt | - | - | 376 | (77,038) |
| Loss before provision (benefit) for income taxes | (101,883) | (140,654) | (290,366) | (294,544) |
| Provision (benefit) for income taxes | 174,546 | (65,213) | 110,152 | (134,712) |
| Net loss | $ (276,429) | $ (75,441) | $ (400,518) | $ (159,832) |
| Net loss per share - Basic | $ (2.78) | $ (0.61) | $ (3.90) | $ (1.29) |
| Net loss per share - Diluted | $ (2.78) | $ (0.61) | $ (3.90) | $ (1.29) |
| Weighted average shares outstanding - Basic | 99,591 | 122,885 | 102,772 | 123,576 |
| Weighted average shares outstanding - Diluted | 99,591 | 122,885 | 102,772 | 123,576 |

7

**Non-GAAP Financial Measures**

The following table reconciles non-GAAP financial measures presented in this press release or that may be presented on the Company's third quarter conference call with analysts and investors. The Company believes that these non-GAAP financial measures provide management, analysts, investors and other users of the Company's financial information with meaningful supplemental information regarding the performance of the Company's business. These non-GAAP financial measures should not be considered superior to, but in addition to other financial measures prepared by the Company in accordance with GAAP, including the year-to-year results. The Company's method of determining these non-GAAP financial measures may be different from other companies' methods and, therefore, may not be comparable to those used by other companies and the Company does not recommend the sole use of this non-GAAP measure to assess its financial and earnings performance. For reasons noted above, the Company is presenting certain non-GAAP financial measures for its fiscal 2021 third quarter. In order for investors to be able to more easily compare the Company's performance across periods, the Company has included comparable reconciliations for the 2020 period in the reconciliation tables below.  The Company is not providing a reconciliation of its guidance with respect to Adjusted EBITDA because the Company is unable to provide this reconciliation without unreasonable effort due to the uncertainty and inherent difficulty of predicting the occurrence, the financial impact, and the periods in which the adjustments may be recognized.  For the same reasons, the Company is unable to address the probable significance of the unavailable information, which could be material to future results.

*Non-GAAP Reconciliation*
*(in thousands, except per share data)*
*(unaudited)*

**Three Months Ended November 27, 2021**

|  | Reported | Excluding | | | | | | Total Impact | Adjusted |
|---|---|---|---|---|---|---|---|---|---|
|  |  | (Gain) loss on sale of Businesses | (Gain) loss on Extinguishment of debt | Restructuring and Transformation Expenses | Impairments | (Gain) loss on sale of property | Total income tax impact |  |  |
| Gross profit | 668,920 | $    - | $    - | $ (6,111) | $    - | $    - | $    - | $ 6,111 | 675,031 |
| *Gross margin* | *35.6%* | -% | -% | 0.3% | -% | -% | -% | 0.3% | *35.9%* |
| Restructuring and transformation initiative expenses | 41,219 | - | - | (41,219) | - | - | - | (41,219) | - |
| (Loss) earnings before (benefit) provision for income taxes | (101,883) | 14,100 | - | 47,330 | 1,759 | - | - | 63,189 | (38,694) |
| Tax (benefit) provision | 174,546 | - | - | - | - | - | (188,674) | (188,674) | (14,128) |
| *Effective tax rate* | *(171.3)%* |  |  |  |  |  | *207.8%* | *207.8%* | *36.5%* |
| Net (loss) income | $ (276,429) | $ 14,100 | $    - | $ 47,330 | $ 1,759 | $    - | $ 188,674 | $ 251,863 | $ (24,566) |
| Net (loss) earnings per share - Diluted | $   (2.78) |  |  |  |  |  |  |  | $   (0.25) |
| Weighted average shares outstanding-Basic | 99,591 |  |  |  |  |  |  |  | 99,591 |
| Weighted average shares outstanding-Diluted | 99,591 [1] |  |  |  |  |  |  |  | 99,591 |

**Reconciliation of Net (Loss) Income to EBITDA and Adjusted EBITDA**

|  | Reported | (Gain) loss on sale of Businesses | (Gain) loss on Extinguishment of debt | Restructuring and Transformation Expenses | Impairments | (Gain) loss on sale of property | Total income tax impact | Total Impact | Adjusted |
|---|---|---|---|---|---|---|---|---|---|
| Net (loss) income | $ (276,429) | $ 14,100 | $    - | $ 47,330 | $ 1,759 | $    - | $ 188,674 | $ 251,863 | $ (24,566) |
| Depreciation and amortization | 76,352 | - | - | (12,792) | - | - | - | (12,792) | 63,560 |
| Loss on extinguishment of debt | - | - | - | - | - | - | - | - | - |
| Interest expense | 15,772 | - | - | - | - | - | - | - | 15,772 |
| Tax (benefit) provision | 174,546 | - | - | - | - | - | (188,674) | (188,674) | (14,128) |
| EBITDA | $ (9,759) | $ 14,100 | $    - | $ 34,538 | $ 1,759 | $    - | $    - | $ 50,397 | $ 40,638 |
| *EBITDA as % of net sales* |  |  |  |  |  |  |  |  | *2.2%* |

[1] If a company is in a net loss position, then for earnings per share purposes, diluted weighted average shares outstanding are equivalent to basic weighted average shares outstanding.

9

**Non-GAAP Reconciliation**
*(in thousands, except per share data)*
*(unaudited)*

**Three Months Ended November 28, 2020**

| | Reported | Excluding | | | | | | | Adjusted |
| | | (Gain) loss on sale of Businesses | (Gain) loss on extinguishment of debt | Restructuring and Transformation Expenses | Impairments | Benefit from reduction of incremental markdown reserves | Total income tax impact | Total impact | |
|---|---|---|---|---|---|---|---|---|---|
| Gross profit | 956,567 | - | - | 13,929 | - | (44,319) | - | (30,390) | 926,177 |
| *Gross margin* | *36.5%* | *-%* | *-%* | *0.6%* | *-%* | *(1.7)%* | *-%* | *(1.1)%* | *35.4%* |
| Restructuring and transformation initiative expenses | 16,770 | - | - | (16,770) | - | - | - | (16,770) | - |
| (Loss) earnings before (benefit) provision for income taxes | (140,654) | 113,909 | - | 30,699 | 57,997 | (44,319) | - | 158,286 | 17,632 |
| Tax (benefit) provision | (65,213) | - | - | - | - | - | 72,415 | 72,415 | 7,202 |
| *Effective tax rate* | *46.4%* | | | | | | *(5.6)%* | *(5.6)%* | *40.8%* |
| Net (loss) income | $ (75,441) | $ 113,909 | $ - | $ 30,699 | $ 57,997 | $ (44,319) | $ (72,415) | $ 85,871 | $ 10,430 |
| Net (loss) earnings per share - Diluted | $ (0.61) | | | | | | | | $ 0.08 |
| Weighted average shares outstanding- Basic | 122,885 | | | | | | | | 122,885 |
| Weighted average shares outstanding- Diluted | 122,885 [1] | | | | | | | | 124,642 |

**_Reconciliation of Net (Loss) Income to EBITDA and Adjusted EBITDA_**

| | Reported | | | | | | | | Adjusted |
|---|---|---|---|---|---|---|---|---|---|
| Net (loss) income | $ (75,441) | $ 113,909 | $ - | $ 30,699 | $ 57,997 | $ (44,319) | $ (72,415) | $ 85,871 | $ 10,430 |
| Depreciation and amortization | 93,706 | - | - | (8,000) | - | - | - | (8,000) | 85,706 |
| Loss on extinguishment of debt | - | - | - | - | - | - | - | - | - |
| Interest expense | 17,805 | - | - | - | - | - | - | - | 17,805 |
| Tax (benefit) provision | (65,213) | - | - | - | - | - | 72,415 | 72,415 | 7,202 |
| EBITDA | $ (29,143) | $ 113,909 | $ - | $ 22,699 | $ 57,997 | $ (44,319) | $ - | $ 150,286 | $ 121,143 |
| *EBITDA as % of net sales* | | | | | | | | | *4.6%* |

[1] If a company is in a net loss position, then for earnings per share purposes, diluted weighted average shares outstanding are equivalent to basic weighted average shares outstanding.

10

**BED BATH & BEYOND INC. AND SUBSIDIARIES**
*Consolidated Balance Sheets*
*(in thousands, except per share data)*
*(unaudited)*

| | November 27, 2021 | August 28, 2021 | February 27, 2021 |
|---|---|---|---|
| **Assets** | | | |
| Current assets: | | | |
| Cash and cash equivalents | $ 509,054 | $ 970,592 | $ 1,352,984 |
| Short term investment securities | - | 29,999 | - |
| Merchandise inventories | 1,911,859 | 1,590,669 | 1,671,909 |
| Prepaid expenses and other current assets | 526,540 | 510,109 | 595,152 |
| Total current assets | 2,947,453 | 3,101,369 | 3,620,045 |
| Long term investment securities | 19,237 | 19,459 | 19,545 |
| Property and equipment, net | 923,977 | 918,462 | 918,418 |
| Operating lease assets | 1,603,536 | 1,668,621 | 1,587,101 |
| Other assets | 162,435 | 359,612 | 311,821 |
| Total assets | $ 5,656,638 | $ 6,067,523 | $ 6,456,930 |
| | | | |
| **Liabilities and Shareholders' Equity** | | | |
| Current liabilities: | | | |
| Accounts payable | $ 908,070 | $ 991,502 | $ 986,045 |
| Accrued expenses and other current liabilities | 649,204 | 514,404 | 636,329 |
| Merchandise credit and gift card liabilities | 313,968 | 311,013 | 312,486 |
| Current operating lease liabilities | 347,721 | 349,847 | 360,061 |
| Total current liabilities | 2,218,963 | 2,166,766 | 2,294,921 |
| Other liabilities | 69,972 | 74,831 | 82,279 |
| Operating lease liabilities | 1,532,873 | 1,609,912 | 1,509,767 |
| Income taxes payable | 101,535 | 102,192 | 102,664 |
| Long term debt | 1,179,682 | 1,179,588 | 1,190,363 |
| Total liabilities | 5,103,025 | 5,133,289 | 5,179,994 |
| | | | |
| Shareholders' equity: | | | |
| Preferred stock - $0.01 par value; authorized - 1,000 shares; no shares issued or outstanding | - | - | - |
| Common stock - $0.01 par value; authorized - 900,000 shares; issued 344,140, 343,596 and 343,241, respectively; outstanding 96,338, 101,060 and 109,621 shares, respectively | 3,441 | 3,436 | 3,432 |
| Additional paid-in capital | 2,227,469 | 2,218,400 | 2,152,135 |
| Retained earnings | 9,825,156 | 10,101,522 | 10,225,253 |
| Treasury stock, at cost; 247,802, 242,536 and 233,620 shares, respectively | (11,454,757) | (11,335,845) | (11,048,284) |
| Accumulated other comprehensive loss | (47,696) | (53,279) | (55,600) |
| Total shareholders' equity | 553,613 | 934,234 | 1,276,936 |
| | | | |
| Total liabilities and shareholders' equity | $ 5,656,638 | $ 6,067,523 | $ 6,456,930 |

11

**BED BATH & BEYOND INC. AND SUBSIDIARIES**
*Consolidated Statements of Cash Flows*
*(in thousands, unaudited)*

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | November 27, 2021 | November 28, 2020 | November 27, 2021 | November 28, 2020 |
| Cash Flows from Operating Activities: | | | | |
| Net loss | $ (276,429) | $ (75,441) | $ (400,518) | $ (159,832) |
| Adjustments to reconcile net loss to net cash (used in) provided by operating activities: | | | | |
| Depreciation and amortization | 76,352 | 93,706 | 214,742 | 262,584 |
| Impairments, including on assets held for sale | 1,759 | 57,997 | 18,472 | 172,434 |
| Stock-based compensation | 8,882 | 7,184 | 26,875 | 23,064 |
| Deferred income taxes | 175,375 | (66,086) | 126,437 | (43,354) |
| Loss (gain) on sale of businesses | 14,100 | 113,909 | 18,221 | (75,619) |
| Loss (gain) on debt extinguishment | - | - | 376 | (77,038) |
| Other | (2,143) | 226 | (7,516) | 128 |
| Decrease (increase) in assets: | | | | |
| Merchandise inventories | (322,818) | (137,257) | (240,522) | (91,235) |
| Other current assets | (21,621) | (2,293) | 60,582 | (1,680) |
| Other assets | 143 | 46 | (82) | 323 |
| (Decrease) increase in liabilities: | | | | |
| Accounts payable | (81,898) | (15,657) | (72,408) | 97,713 |
| Accrued expenses and other current liabilities | 137,045 | 72,146 | 20,385 | 97,755 |
| Merchandise credit and gift card liabilities | 3,094 | (6,323) | 1,551 | (21,199) |
| Income taxes payable | (670) | (5,563) | (1,160) | (8,876) |
| Operating lease assets and liabilities, net | (14,963) | 1,757 | (16,707) | 10,808 |
| Other liabilities | (6,986) | 5,193 | (13,468) | 6,426 |
| Net cash (used in) provided by operating activities | (310,778) | 43,544 | (264,740) | 192,402 |
| | | | | |
| Cash Flows from Investing Activities: | | | | |
| Purchases of held-to-maturity investment securities | - | - | (29,997) | - |
| Redemption of held-to-maturity investment securities | 30,000 | - | 30,000 | 386,500 |
| Net proceeds from sale of business | - | 237,927 | - | 482,709 |
| Net proceeds from sale of property | - | - | 5,000 | - |
| Capital expenditures | (82,995) | (37,995) | (232,470) | (117,316) |
| Net cash (used in) provided by investing activities | (52,995) | 199,932 | (227,467) | 751,893 |
| | | | | |
| Cash Flows from Financing Activities: | | | | |
| Borrowing of long-term debt | - | - | - | 236,400 |
| Repayments of long-term debt | - | - | (11,355) | (457,827) |
| Prepayment under share repurchase agreement | - | (132,615) | - | (132,615) |
| Repurchase of common stock, including fees | (118,912) | (94,052) | (358,923) | (97,086) |
| Payment of dividends | (127) | (93) | (767) | (23,063) |
| Payment of deferred financing fees | - | - | (3,443) | (7,690) |
| Net cash used in financing activities | (119,039) | (226,760) | (374,488) | (481,881) |
| | | | | |
| Effect of exchange rate changes on cash, cash equivalents and restricted cash | (1,577) | 1,404 | (88) | 3,328 |
| Net (decrease) increase in cash, cash equivalents and restricted cash | (484,389) | 18,120 | (866,783) | 465,742 |
| Change in cash balances classified as held-for-sale | - | - | - | 4,815 |
| Net (decrease) increase in cash, cash equivalents and restricted cash | (484,389) | 18,120 | (866,783) | 470,557 |
| | | | | |
| Cash, cash equivalents and restricted cash: | | | | |
| Beginning of period | 1,024,830 | 1,476,087 | 1,407,224 | 1,023,650 |
| End of period | $ 540,441 | $ 1,494,207 | $ 540,441 | $ 1,494,207 |

12



## Forward Looking Statements

This presentation contains forward-looking statements within the meaning of Section 21 E of the Securities Exchange Act of 1934 including, but not limited to, the Company's progress and anticipated progress towards its long-term objectives, as well as more generally the status of its future liquidity and financial condition and its outlook for the Company's fiscal 2021 fourth quarter and for its 2021 fiscal year. Many of these forward-looking statements can be identified by use of words such as may, will, expect, anticipate, approximate, estimate, assume, continue, model, project, plan, goal, preliminary, and similar words and phrases, although the absence of those words does not necessarily mean that statements are not forward-looking. The Company's actual results and future financial condition may differ materially from those expressed in any such forward-looking statements as a result of many factors. Such factors include, without limitation: general economic conditions including the housing market, a challenging overall macroeconomic environment and related changes in the retailing environment; risks associated with the COVID-19 pandemic and the governmental responses to it, including its impacts across the Company's businesses on demand and operations, as well as on the operations of the Company's suppliers and other business partners, and the effectiveness of the Company's actions taken in response to these risks; consumer preferences, spending habits and adoption of new technologies; demographics and other macroeconomic factors that may impact the level of spending for the types of merchandise sold by the Company; civil disturbances and terrorist acts; unusual weather patterns and natural disasters; competition from existing and potential competitors across all channels; pricing pressures; liquidity; the ability to achieve anticipated cost savings, and to not exceed anticipated costs, associated with organizational changes and investments, including the Company's strategic restructuring program and store network optimization strategies; the ability to attract and retain qualified employees in all areas of the organization; the cost of labor, merchandise, logistical costs and other costs and expenses; potential supply chain disruption due to trade restrictions or otherwise, and other factors such as natural disasters, pandemics, including the COVID-19 pandemic, political instability, labor disturbances, product recalls, financial or operational instability of suppliers or carriers, and other items; the ability to find suitable locations at acceptable occupancy costs and other terms to support the Company's plans for new stores; the ability to establish and profitably maintain the appropriate mix of digital and physical presence in the markets it serves; the ability to assess and implement technologies in support of the Company's development of its omnichannel capabilities; the ability to effectively and timely adjust the Company's plans in the face of the rapidly changing retail and economic environment, including in response to the COVID-19 pandemic; uncertainty in financial markets; volatility in the price of the Company's common stock and its effect, and the effect of other factors, including the COVID-19 pandemic, on the Company's capital allocation strategy; risks associated with the ability to achieve a successful outcome for the Company's business concepts and to otherwise achieve its business strategies; the impact of intangible asset and other impairments; disruptions to the Company's information technology systems, including but not limited to security breaches of systems protecting consumer and employee information or other types of cybercrimes or cybersecurity attacks; reputational risk arising from challenges to the Company's or a third party product or service supplier's compliance with various laws, regulations or standards, including those related to labor, health, safety, privacy or the environment; reputational risk arising from third-party merchandise or service vendor performance in direct home delivery or assembly of product for customers; changes to statutory, regulatory and legal requirements, including without limitation proposed changes affecting international trade; changes to, or new, tax laws or interpretation of existing tax laws; new, or developments in existing, litigation, claims or assessments; changes to, or new, accounting standards; and foreign currency exchange rate fluctuations. Except as required by law, the Company does not undertake any obligation to update its forward-looking statements.

## Agenda

- **Q3'21 Results** (ending Nov 27)

- **Q4'21 & FY 2021 Outlook**

- **Transformation Update**

- **Appendix**

BED BATH & BEYOND





Q3'21 RESULTS

## Third Quarter Highlights

- **Net Sales of $1,878M reflecting sequential Comp Sales improvement within quarter; Fiscal November\* at (mid–single digit) decline; Total quarter at (7)% decline vs. 2020 and (4)% decline vs. 2019**
    - **Net Sales of $1,878M impacted by an estimated $100 million, or mid–single digit, due to supply chain-related inventory stresses**
    - **Comparable Sales growth of +low–single digit in US Stores for Calendar November\*; Flat Comparable Sales in Total US (including digital)**
    - **Comparable Sales growth of +high–single digit over Thanksgiving to Cyber Monday period\***
- **GAAP Gross Margin of 35.6%; Adjusted Gross Margin of 35.9% - adjusted expansion of 50bps vs. Q3'20 and 360bps vs. Q3'19**
    - **Reflects higher merchandise margins driven primarily by pricing actions, promo optimization and the on-going benefit from the Company's Owned Brands**
- **SG&A expense in-line with plan**
- **Robust cash and investments balance of $0.6B as of Q3'21; Healthy total liquidity[1] of approx. $1.5B**
    - **Balance as of 12/25 of $0.7B reflecting $0.2B of positive operating cash flow due to working capital improvement and $0.1B in CapEx and Share Repurchases; Total liquidity[1] of approx. $1.6B**

*\*Fiscal November ending 11/27; Calendar November ending 11/30; Thanksgiving to Cyber Monday period ending 11/30*

## Third Quarter Results – Key Financial Metrics



Note: The Company's four Core banners include Bed Bath & Beyond, buybuy BABY, Harmon Face Values and Decorist.

## Comparable Sales in Q3 and Holiday Trends

- Comparable sales improved within the fiscal quarter
- Fiscal November down mid-single digit; fiscal quarter down high-single digit
- Calendar November: growth +low-single digit US Comp Sales in stores; FLAT US Comp Sales in total (incl. digital)



## Net Sales to Comparable Sales vs. LY (Q3'21 vs. Q3'2O)

- **Total Net Sales decline of –28% includes:**
  - **planned reduction from non-core banner divestitures of –14%**
- **Core banner net sales decline of –14% includes:**
  - **planned reduction from fleet optimization activity of –7%**
- **Comparable[1] sales decline of  –7%**
  - **impacted by $10OM in supply chain/inventory-related stresses (–MSD)**



*Note: The Company's four Core banners include Bed Bath & Beyond, buybuy BABY, Harmon Face Values and Decorist.*

## Key Sales Drivers By Banner

|  | Comp Sales¹ November | Comp Sales¹ vs. Q3'20 | Comp Sales¹ vs. Q3'19 |
|---|---|---|---|
| **Total Group** | **-MSD** | **-7%** | **-4%** |
| **Bed Bath & Beyond Banner** | **-MSD** | **-10%** | **-5%** |
| **buybuy BABY Banner** | **+mid-teens** | **+mid-teens** | **+msd** |

| Top 5 Destination Categories at Bed Bath & Beyond Banner | Comp Sales¹ vs. Q3'20 | Comp Sales¹ vs. Q3'19 |
|---|---|---|
| Bedding | -14% | -4% |
| Bath | -18% | -10% |
| Kitchen Food Prep | -9% | +6% |
| Indoor Décor | -19% | -12% |
| Home Organization | -14% | +1% |
| **Destination Category** | **-13%** | **-3%** |
| Other Categories | -4% | -10% |
| **Total Bed Bath & Beyond Banner** | **-10%** | **-5%** |

### Continued Digital Penetration



Q3'21 35%
Q3'20 34%
Q3'19 19%
Q3'18 18%

**Higher Digital Penetration Continues**

## Adjusted Gross Margin Bridge – Q3'2O to Q3'21

- **Q3'21 total enterprise gross margin of 35.9% reflects swift pricing actions, promotional optimization and product mix plans that more than offset inflationary pressures from increased freight costs**



Note: numbers may not add due to rounding

## Strong Cash & Liquidity





FINANCIAL
OUTLOOK

FINANCIAL OUTLOOK

## Fourth Quarter Fiscal 2021 Outlook

| P&L | | Q4'21 |
|---|---|---|
| | Sales | Approx. $2.1B |
| | Comp Sales | –HSD |
| | Adjusted Gross Margin | 32.5% – 33.0% |
| | Adjusted EBITDA | $80M – $100M |
| | Adjusted EPS Range | $0.00 – $0.15 |

**Key Considerations:**
- Depreciation & Amortization: $64M–$69M
- Interest Expense: approx. $16M
- Tax Rate: 28% – 30% (excluding discrete items)

*Note: Adj. gross margin, adj. EBITDA & adj. EPS are non-GAAP financial measures. For a reconciliation to comparable GAAP measures, see Appendix of this presentation.*

FINANCIAL OUTLOOK

## Revising Full Year Fiscal 2021 Outlook

| | | FULL YEAR FISCAL 2021 | |
|---|---|---|---|
| | | CURRENT | PRIOR |
| **P&L** | **Sales** | **approx. $7.9B** | $8.1B - $8.3B |
| | **Comp Sales (Q1'21 – Q4'21)** | **+HSD** | +LDD |
| | **Adjusted Gross Margin** (as a percentage of sales) | **34.0% - 34.5%** | Approx. 34.0% - 35.0% |
| | **Adjusted SG&A** (as a percentage of sales) | **Approx. 34%** | Approx. 32% |
| | **Adjusted EBITDA** | **$290M - $310M** | $425M - $465M |
| | **Adjusted EPS Range** | **($0. 15) - $0. 00** | $0.70 - $1.10 |

**Key Considerations:**
- Comp Sales (Q1'21 – Q4'21): +high-single digits
- Depreciation & Amortization: approx. $256M - $260M
- Interest Expense: approx. $64M
- CAPEX: approx. $350M
- Share Repurchase: approx. $625M

Note: Adj. gross margin, adj. SG&A, adj. EBITDA & adj. EPS are non-GAAP financial measures. For a reconciliation to comparable GAAP measures, see Appendix of this presentation.



**TRANSFORMATION UPDATE**

## Began Significant <u>TRANSFORMATION</u> in 2021



TRANSFORMATION UPDATE

# Key Strategic Initiatives

⬆ on-track

| | | 3-Year Strategic Plan | Fiscal Year 2021 (Year 1) of Transformation | | Q3'21 Snapshot |
|---|---|---|---|---|---|
| commercial | **Digital-First, Omni-Always** | ✓ Stores as fulfillment hubs ✓ Omni-always platform | ✓ Invest in key projects for **enhanced capabilities** | on-track | ✓ Launched **digital Marketplace** to expand platform ✓ Announces partnership with **Kroger E-commerce** ✓ **First home retailer** on DoorDash Marketplace |
| | **Store Remodel & Fleet Optimization** | ✓ **Remodel** ~450 BBB stores ✓ **Close** ~200 BBB stores | ✓ Approx. 130 to 150 **remodels** ✓ Approx. 200 BBB **closures** (cumulative) | on-track | ✓ **+MSD% sales lift** in remodels continue (ytd) ✓ **82 remodels** to-date & **~170 closed** (cumulative) |
| | **Inspirational merchandising assortment including Owned Brands** | ✓ Launch **10** BBB Owned Brands ✓ Owned Brand penetration of **30%** | ✓ Introduce **8 Owned Brands** ✓ Launched 6 Owned Brands in 1H21 ✓ Owned brand penetration of 20% | | ✓ Launched **two** Owned Brands, successfully achieving target of **eight Owned Brands** in FY21 ✓ Penetration of **25% Overall** ✓ Developing Owned Brands for **buybuy BABY** |
| | **Accelerate growth of buybuy BABY & Harmon Banners** | ✓ Increase BABY sales to $1.5B+ | ✓ Modernize **destination categories** & extend value prop ✓ **Age up** strategy | | ✓ **Double-digit positive comp sales** bbBABY growth & sustaining YTD market share gains ✓ **Digital penetration >50%** at BABY |
| operational | **Modernize supply chain and technology** | ✓ Reduce store replenishment to 10 days (via RDCs) ✓ New tech roadmap (merch, ERP & supply chain) | ✓ Plan and begin implementation of two **RDC**s in NE/West ✓ Initiate new Oracle **ERP** rollout | on-track | ✓ Signed LOI for West Coast RDC in Southern California; on track for construction in 2022 ✓ Beginning final round of ERP testing ahead of 1Q22 activation within Finance |

**TRANSFORMATION UPDATE**

## Digital Transformation

**Three Pillars of Transformation**

**ELEVATE EXPERIENCE:** Overhauled websites with new look, reduced steps to checkout and AI-powered search

**UNLOCK OMNI-ALWAYS:** launched BOPIS & curbside pickup services

**TRANSFORM TO DIGITAL FIRST:** Upgraded tools and processes to improve speed to market



| | |
|---|---|
| **35%** | Digital Sales penetration |
| approx. **2x** | Digital penetration vs. 2019 |
| more than **205 million** | Visits to website |
| approximately **50%** | Omni + Digital active shoppers |
| greater than **30%** | Total digital sales fulfilled by stores incl. approx. 15% BOPIS |

*Note: App data (launches and first-time visitors) relates to Bed Bath & Beyond banner only*

**TRANSFORMATION UPDATE**

## Store Remodels



**TRANSFORMATION UPDATE**

## Store Fleet Optimization

Continuing to position our network for the future:

- ✓ Disciplined management of inventory and receipts

- ✓ Partnership with recognized liquidation service

- ✓ Robust in-store and digital local marketing

- ✓ Data-driven tracking and monitoring



**Q3'21 Progress**
- 170 Bed Bath Banner Closures-to-Date (5 in Qtr)
- Sales transference rate of >20% continues

**FY 2021**
- On track to close approx. 200 store closures through FY21

## A Strategic Collaboration with Kroger in 2022



**TRANSFORMATION UPDATE**

## Assortment Progress: Launched 2 New Owned Brands in Q3'21

**Launched October 2021**



Designed for modern living.



**Launched November 2021**



Share the happy.



**TRANSFORMATION UPDATE**

## Eight Owned Brands in Total Launched Ahead of Schedule in 2021

**Launched March 2021**

nestwell

everyday comfort

**Launched April 2021**


haven

*Escape* the noise

**Launched May 2021**

Simply
Essential.

Home starts here

**Launched June 2021**



Start with food. End with love.

**Launched June 2021**

Wild
Sage.

Bring your story to life

**Launched July 2021**


SQUARED
AWAY

Solutions for a well-kept home

**Launched October 2021**


Studio

Designed for modern living.

**Launched November 2021**



Share the happy.

### TWO NEW OWNED BRANDS IN Q3'21



TRANSFORMATION UPDATE

## Continued Growth in buybuy BABY Banner



**#1**
specialty baby retailer in markets with a presence

**#5**
retailer in baby registry nationally

**growth of +mid-teens percent** — Positive Net Sales growth vs. Q3'20 with market share elevated (ytd)

**Growth in market share** — Continued market share gains

**greater than 50%** — Digital penetration of total BABY Sales

Note: As shared during Investor Day 2020

**TRANSFORMATION UPDATE**

# Supply Chain and Technology

**Delivering Value**

✓ Increased digital capabilities

✓ Flexibility, agility and scalability

✓ Speed to market

✓ More efficient technology operations

✓ Shift spend towards innovation

✓ Improved return on technology investment

| | PRIOR STATE | Q3'21 PROGRESS | FUTURE STATE |
|---|---|---|---|
| **SUPPLY CHAIN** | • 35-day store replenishment<br>• Vendor direct network with consolidation hubs<br>• Inefficiencies driving high, uncompetitive costs | • Vendor pool consolidation underway with NE RDC<br>• Signed LOI for West Coast RDC in Southern California<br>• West Coast RDC construction to begin in 2022 | • 10-day store replenishment<br>• 4 regional DCs<br>• Increased standardization to lower total supply chain costs |
| **TECHNOLOGY** | • Disparate legacy technology<br>• Legacy and siloed architecture and applications<br>• Reactive and manually intensive operating model | • RELEX system successfully launched<br>• Beginning final round of ERP testing<br>• ERP launch on track for 2022 | • Cloud-based and scalable infrastructure<br>• New ERP<br>• Automated and agile operating model |

## Focused on Unlocking a Virtuous Cycle to Drive Sustainable Value Creation

**our strategic plan** to drive omni-always and improve customer experience will accelerate sales and EBITDA  growth

**operational transformation** with disciplined capital investments will unlock cash flow generation

**...resulting in strong and sustainable shareholder value creation**



**TRANSFORMATION UPDATE**

## Building a Positive Track Record of Performance – Gross Margin







**TRANSFORMATION UPDATE**

# Long Term Return to Shareholders Through Balanced Capital Allocation

## Advancing approx. **$1 billion** cumulative share repurchases in 2021

QUARTERLY

FY

$600M cash in-flow from divestitures

more than $700M repurchased through Q3'21

Approx. $625M

**$225M**
Accelerated Share Repurchase Program

Linen, CTS & Distribution Center Divestiture

**$150M**
CPWM Divestiture

**$130M**

**$100M**

**$120M**
Announced Acceleration of Remaining $1B Program to 2021

**$275M**

**$375M**

**$350M** thru 3Q21

TO BE COMMUNICATED IN FY2022

One Kings Lane Divestiture

PMALL Divestiture

Q1 2020   Q2 2020   Q3 2020   Q4 2020   Q1 2021   Q2 2021   Q3 2021   Q4 2021 Est.

FY 2020   FY 2021E   FY2022E – FY2023E

*Note: All dollar values of share repurchases reflect open market repurchases*

BED BATH & BEYOND

29

**TRANSFORMATION UPDATE**

## Long Term Capital Return to Shareholders Through Share Repurchases



Program-To-Date: **31M or 24%** reduction in share count to enhance shareholder value through share repurchases

## Investing in What We Believe In

### Key Developments

- **People:** In recognition of **World Mental Health Day,** closed corporate office and provided store associates with additional holiday to **promote more balance and well-being** during these extraordinary times

- **Community:** BBBY's **stronger, together relief fund**, created to provide support **for our associate – by our associates,** launched a **holiday giving drive** this season with an increase in corporate match from 50% to 100% for all associate donations



we believe that everyone deserves the opportunity to home, happier.

people

community

planet

governance & stakeholder engagement

our ESG strategy is inextricably linked to our 3-year business transformation and to our purpose – to make it easy to feel at home

WHO WE ARE

## Investment Thesis

- **Turnaround story with significant potential for sustainable financial results**
- **Long-term sales acceleration through assortment curation, the addition of Owned Brands and a digital-first mindset**
- **Enhancing gross margin & EBITDA through product mix, pricing and operational efficiencies**
- **Strong balance sheet and consistent cash flow generation**
- **Capital allocation focused on shareholder return**



APPENDIX

## Quarterly Summary of FY2019 & FY2020 Net Sales

- The following table shows a quarterly summary of the Company's fiscal 2019 and 2020 net sales on both a Reported GAAP basis and on a Core Go-Forward basis, which excludes sales from divested banners.

- The Company is providing this additional transparency to help analysts and investors gain further perspective on the Company's recent portfolio transformation and the quarterly comparisons of the Core Go-Forward banners, which include Bed Bath & Beyond, buybuy BABY, Harmon Face Values and Decorist.

| Net Sales ($ in millions) | Q1'19 | Q2'19 | Q3'19 | Q4'19 | FY 2019 | Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY 2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| Reported | $2,573 | $2,719 | $2,759 | $3,107 | **$11,159** | $1,307 | $2,688 | $2,618 | $2,619 | **$9,233** |
| Core | $2,080 | $2,263 | $2,191 | $2,471 | **$9,006** | $1,128 | $2,239 | $2,186 | $2,390 | **$7,943** |

*Note: numbers may not add due to rounding*

# Non-GAAP Information

This presentation contains certain non-GAAP information, including adjusted earnings before interest, income taxes, depreciation and amortization ("EBITDA"), adjusted EBITDA margin, adjusted gross margin, adjusted SG&A, adjusted net earnings per diluted share, and free cash flow. Non-GAAP information is intended to provide visibility into the Company's core operations and excludes special items, including non-cash impairment charges related to certain store-level assets and tradenames, loss on sale of businesses, loss on the extinguishment of debt, charges recorded in connection with the restructuring and transformation initiatives, which includes accelerated markdowns and inventory reserves related to the planned assortment transition to Owned Brands and costs associated with store closures related to the Company's fleet optimization and the income tax impact of these items. The Company's definition and calculation of non-GAAP measures may differ from that of other companies. Non-GAAP financial measures should be viewed in addition to, and not as an alternative for, the Company's reported GAAP financial results. For a reconciliation to the most directly comparable US GAAP measures and certain information relating to the Company's use of Non-GAAP financial measures, see "Non-GAAP Financial Measures" below.

# Footnotes

[1] Comparable Sales reflects the year-over-year change in sales from the Company's retail channels, including stores and digital, that have been operating for twelve full months following the opening period (typically six to eight weeks). Comparable Sales excludes the impact of the Company's store network optimization program.
[2] Adjusted items refer to comparable sales as well as financial measures that are derived from measures calculated in accordance with GAAP, which have been adjusted to exclude certain items. Adjusted Gross Margin, Adjusted SG&A, Adjusted EBITDA, Adjusted EBITDA Margin, and Adjusted EPS - Diluted are non-GAAP financial measures. For more information about non-GAAP financial measures, see "Non-GAAP Information" below.
[3] Total Liquidity includes cash & investments and availability under the Company's asset-based revolving credit facility.

APPENDIX

## Q3'21 Non-GAAP Reconciliation

| | Reported | (Gain) loss on sale of Businesses | (Gain) loss on Extinguishment of debt | Restructuring and Transformation Expenses | Impairments | (Gain) loss on sale of property | Total income tax impact | Total Impact | Adjusted |
|---|---|---|---|---|---|---|---|---|---|
| | | Excluding | | | | | | | |
| Gross profit | 668,920 | $ — | $ — | $ (6,111) | $ — | $ — | $ — | $ 6,111 | 675,031 |
| *Gross margin* | *35.6 %* | *— %* | *— %* | *0.3 %* | *— %* | *— %* | *— %* | *0.3 %* | *35.9 %* |
| Restructuring and transformation initiative expenses | 41,219 | — | — | (41,219) | — | — | — | (41,219) | — |
| (Loss) earnings before (benefit) provision for income taxes | (101,883) | 14,100 | — | 47,330 | 1,759 | — | — | 63,189 | (38,694) |
| Tax (benefit) provision | 174,546 | — | — | — | — | — | (188,674) | (188,674) | (14,128) |
| *Effective tax rate* | *(171.3)%* | | | | | | *207.8 %* | *207.8 %* | *36.5 %* |
| Net (loss) income | $ (276,429) | $ 14,100 | $ — | $ 47,330 | $ 1,759 | $ — | $ 188,674 | $ 251,863 | $ (24,566) |
| Net (loss) earnings per share - Diluted | $ (2.78) | | | | | | | | $ (0.25) |
| Weighted average shares outstanding- Basic | 99,591 | | | | | | | | 99,591 |
| Weighted average shares outstanding- Diluted | 99,591 [1] | | | | | | | | 99,591 |

*Reconciliation of Net (Loss) Income to EBITDA and Adjusted EBITDA*

| | Reported | (Gain) loss on sale of Businesses | (Gain) loss on Extinguishment of debt | Restructuring and Transformation Expenses | Impairments | (Gain) loss on sale of property | Total income tax impact | Total Impact | Adjusted |
|---|---|---|---|---|---|---|---|---|---|
| Net (loss) income | $ (276,429) | $ 14,100 | $ — | $ 47,330 | $ 1,759 | $ — | $ 188,674 | $ 251,863 | $ (24,566) |
| Depreciation and amortization | 76,352 | — | — | (12,792) | — | — | — | (12,792) | 63,560 |
| Loss on extinguishment of debt | — | — | — | — | — | — | — | — | — |
| Interest expense | 15,772 | — | — | — | — | — | — | — | 15,772 |
| Tax (benefit) provision | 174,546 | — | — | — | — | — | (188,674) | (188,674) | (14,128) |
| EBITDA | $ (9,759) | $ 14,100 | $ — | $ 34,538 | $ 1,759 | $ — | $ — | $ 50,397 | $ 40,638 |
| *EBITDA as % of net sales* | | | | | | | | | *2.2 %* |

[1] If a company is in a net loss position, then for earnings per share purposes, diluted weighted average shares outstanding are equivalent to basic weighted average shares outstanding.

APPENDIX

# Q3'20 Non-GAAP Reconciliation

| | | | | Three Months Ended November 28, 2020 | | | | | |
| | | | | Excluding | | | | | |
| | Reported | (Gain) loss on sale of Businesses | (Gain) loss on extinguishment of debt | Restructuring and Transformation Expenses | Impairments | Benefit from reduction of incremental markdown reserves | Total income tax impact | Total Impact | Adjusted |
|---|---|---|---|---|---|---|---|---|---|
| Gross profit | 956,567 | — | — | 13,929 | — | (44,319) | — | (30,390) | 926,177 |
| *Gross margin* | *36.5 %* | *— %* | *— %* | *0.6 %* | *— %* | *(1.7)%* | *— %* | *(1.1)%* | *35.4 %* |
| Restructuring and transformation initiative expenses | 16,770 | — | — | (16,770) | — | — | — | (16,770) | — |
| (Loss) earnings before (benefit) provision for income taxes | (140,654) | 113,909 | — | 30,699 | 57,997 | (44,319) | — | 158,286 | 17,632 |
| Tax (benefit) provision | (65,213) | — | — | — | — | — | 72,415 | 72,415 | 7,202 |
| *Effective tax rate* | *46.4 %* | | | | | | *(5.6)%* | *(5.6)%* | *40.8 %* |
| Net (loss) income | $ (75,441) | $ 113,909 | $ — | $ 30,699 | $ 57,997 | $ (44,319) | $ (72,415) | $ 85,871 | $ 10,430 |
| Net (loss) earnings per share - Diluted | $ (0.61) | | | | | | | | $ 0.08 |
| Weighted average shares outstanding- Basic | 122,885 | | | | | | | | 122,885 |
| Weighted average shares outstanding- Diluted | 122,885 [1] | | | | | | | | 124,642 |

**Reconciliation of Net (Loss) Income to EBITDA and Adjusted EBITDA**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Net (loss) income | $ (75,441) | $ 113,909 | $ — | $ 30,699 | $ 57,997 | $ (44,319) | $ (72,415) | $ 85,871 | $ 10,430 |
| Depreciation and amortization | 93,706 | — | — | (8,000) | — | — | — | (8,000) | 85,706 |
| Loss on extinguishment of debt | — | — | — | — | — | — | — | — | — |
| Interest expense | 17,805 | — | — | — | — | — | — | — | 17,805 |
| Tax (benefit) provision | (65,213) | — | — | — | — | — | 72,415 | 72,415 | 7,202 |
| EBITDA | $ (29,143) | $ 113,909 | $ — | $ 22,699 | $ 57,997 | $ (44,319) | $ — | $ 150,286 | $ 121,143 |
| *EBITDA as % of net sales* | | | | | | | | | *4.6 %* |

[1] If a company is in a net loss position, then for earnings per share purposes, diluted weighted average shares outstanding are equivalent to basic weighted average shares outstanding.



# EXHIBIT 8

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**SCHEDULE 13D**
(Rule 13d-101)

INFORMATION TO BE INCLUDED IN STATEMENTS FILED PURSUANT
TO § 240.13d-1(a) AND AMENDMENTS THERETO FILED PURSUANT TO
§ 240.13d-2(a)

(Amendment No.  )[1]

<u>Bed Bath & Beyond Inc.</u>
(Name of Issuer)

<u>Common Stock, $0.01 par value per share</u>
(Title of Class of Securities)

<u>075896100</u>
(CUSIP Number)

RYAN NEBEL
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019
<u>(212) 451-2300</u>
(Name, Address and Telephone Number of Person
Authorized to Receive Notices and Communications)

<u>February 24, 2022</u>
(Date of Event Which Requires Filing of This Statement)

If the filing person has previously filed a statement on Schedule 13G to report the acquisition that is the subject of this Schedule 13D, and is filing this schedule because of §§ 240.13d-1(e), 240.13d-1(f) or 240.13d-1(g), check the following box ☐.

*Note:* Schedules filed in paper format shall include a signed original and five copies of the schedule, including all exhibits. *See* § 240.13d-7 for other parties to whom copies are to be sent.

---

[1]   The remainder of this cover page shall be filled out for a reporting person's initial filing on this form with respect to the subject class of securities, and for any subsequent amendment containing information which would alter disclosures provided in a prior cover page.

The information required on the remainder of this cover page shall not be deemed to be "filed" for the purpose of Section 18 of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, *see* the *Notes*).

| 1 | NAME OF REPORTING PERSON<br><br>RC VENTURES LLC | |
|---|---|---|
| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP | (a) ☐<br>(b) ☐ |
| 3 | SEC USE ONLY | |
| 4 | SOURCE OF FUNDS<br><br>WC | |
| 5 | CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEM 2(d) OR 2(e) | ☐ |
| 6 | CITIZENSHIP OR PLACE OF ORGANIZATION<br><br>DELAWARE | |

| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | 7 | SOLE VOTING POWER<br><br>9,450,100 |
|---|---|---|
| | 8 | SHARED VOTING POWER<br><br>- 0 - |
| | 9 | SOLE DISPOSITIVE POWER<br><br>9,450,100 |
| | 10 | SHARED DISPOSITIVE POWER<br><br>- 0 - |

| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON<br><br>9,450,100 | |
|---|---|---|
| 12 | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES | ☐ |
| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)<br><br>9.8% | |
| 14 | TYPE OF REPORTING PERSON<br><br>OO | |

| 1 | NAME OF REPORTING PERSON RYAN COHEN | |
|---|---|---|
| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP | (a) ☐ (b) ☐ |
| 3 | SEC USE ONLY | |
| 4 | SOURCE OF FUNDS OO | |
| 5 | CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEM 2(d) OR 2(e) | ☐ |
| 6 | CITIZENSHIP OR PLACE OF ORGANIZATION CANADA | |

| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | 7 | SOLE VOTING POWER 9,450,100 |
|---|---|---|
| | 8 | SHARED VOTING POWER - 0 - |
| | 9 | SOLE DISPOSITIVE POWER 9,450,100 |
| | 10 | SHARED DISPOSITIVE POWER - 0 - |

| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON 9,450,100 | |
|---|---|---|
| 12 | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES | ☐ |
| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11) 9.8% | |
| 14 | TYPE OF REPORTING PERSON IN | |

The following constitutes the Schedule 13D filed by the undersigned (the "Schedule 13D").

Item 1.        Security and Issuer.

This statement relates to the Common Stock, par value $0.01 per share (the "Shares"), of Bed Bath & Beyond Inc., a New York corporation (the "Issuer"). The address of the principal executive offices of the Issuer is 650 Liberty Avenue, Union, New Jersey 07083.

Item 2.        Identity and Background.

(a)        This statement is filed by:

(i)        RC Ventures LLC, a Delaware limited liability company ("RC Ventures"), with respect to the Shares directly and beneficially owned by it; and

(ii)        Ryan Cohen, as the Manager of RC Ventures.

Each of the foregoing is referred to as a "Reporting Person" and collectively as the "Reporting Persons." Each of the Reporting Persons is party to that certain Joint Filing Agreement, as further described in Item 6. Accordingly, the Reporting Persons are hereby filing a joint Schedule 13D.

(b)        The address of the principal office of each of RC Ventures and Mr. Cohen is P.O. Box 25250, PMB 30427, Miami, Florida 33102-5250.

(c)        The principal business of RC Ventures is to hold investments. Mr. Cohen's principal occupation is investing and entrepreneurial efforts, including by serving as the Manager of RC Ventures. Mr. Cohen also serves as the Chairman of the board of directors of GameStop Corp., which offers games, entertainment products and technology through its e-commerce properties and stores.

(d)        No Reporting Person has, during the last five years, been convicted in a criminal proceeding (excluding traffic violations or similar misdemeanors).

(e)        No Reporting Person has, during the last five years, been party to a civil proceeding of a judicial or administrative body of competent jurisdiction and as a result of such proceeding was or is subject to a judgment, decree or final order enjoining future violations of, or prohibiting or mandating activities subject to, federal or state securities laws or finding any violation with respect to such laws.

(f)        Mr. Cohen is a citizen of Canada.

Item 3.        Source and Amount of Funds or Other Consideration.

The Shares beneficially owned by RC Ventures were purchased with working capital (which may, at any given time, include margin loans made by brokerage firms in the ordinary course of business). The aggregate purchase price of the 7,780,000 Shares directly owned by RC Ventures is approximately $119,376,296, excluding brokerage commissions. The aggregate purchase price of the call options exercisable into 1,670,100 Shares owned directly by RC Ventures is approximately $1,785,263, excluding brokerage commissions.

Item 4.        Purpose of Transaction.

The Reporting Persons purchased the Shares based on the Reporting Persons' belief that the Shares, when purchased, were undervalued and represented an attractive investment opportunity. Depending upon overall market conditions, other investment opportunities available to the Reporting Persons, and the availability of Shares at prices that would make the purchase or sale of Shares desirable, the Reporting Persons may endeavor to increase or decrease their position in the Issuer through, among other things, the purchase or sale of Shares on the open market or in private transactions including through a trading plan created under Rule 10b5-1(c) or otherwise, on such terms and at such times as the Reporting Persons may deem advisable.

The Reporting Persons intend to engage in communications with the Issuer's Board of Directors (the "Board") and management team regarding opportunities to enhance shareholder value and improve corporate governance.

On March 6, 2022, the Reporting Persons delivered a letter to the Board (the "Letter") encouraging the Board to adjust the Issuer's strategy and explore alternative paths to value creation. Specifically, the Reporting Persons expressed their belief that the Issuer should narrow its focus to fortify operations and maintain the right inventory mix to meet demand, while simultaneously exploring strategic alternatives that include separating buybuy Baby, Inc. and a full sale of the Issuer. The full text of the Letter is attached hereto as Exhibit 99.1 and is incorporated herein by reference.

No Reporting Person has any present plan or proposal which would relate to or result in any of the matters set forth in subparagraphs (a) - (j) of Item 4 of Schedule 13D except as set forth herein or such as would occur upon or in connection with completion of, or following, any of the actions discussed herein. The Reporting Persons intend to review their investment in the Issuer on a continuing basis and to communicate with the Issuer's management, Board and other interested parties about a broad range of operational and strategic matters, and may discuss a potential sale of the Issuer or certain of its businesses or assets, in which the Reporting Persons may participate, as a means of enhancing shareholder value. Depending on various factors including, without limitation, the Issuer's financial position and investment strategy, the price levels of the Shares, conditions in the securities markets and general economic and industry conditions, the Reporting Persons may in the future take such actions with respect to their investment in the Issuer as they deem appropriate including, without limitation, engaging in additional communications with management and the Board of the Issuer, engaging in discussions with shareholders of the Issuer or third parties, including potential acquirers, service providers and financing sources, about the Issuer and the Reporting Persons' investment, making proposals to the Issuer concerning changes to the capital allocation strategy, capitalization, ownership structure, including a sale of the Issuer as a whole or in parts, Board structure (including Board composition) or operations of the Issuer, purchasing additional Shares, selling some or all of their Shares, engaging in short selling of or any hedging or similar transaction with respect to the Shares, or changing their intention with respect to any and all matters referred to in Item 4.

Item 5.        Interest in Securities of the Issuer.

(a)        The aggregate percentage of Shares reported owned by each person named herein is based upon 96,337,713 Shares outstanding as of November 27, 2021 as reported in the Issuer's Quarterly Report on Form 10-Q filed with the Securities and Exchange Commission on January 6, 2022.

As of the date hereof, RC Ventures directly beneficially owned 9,450,100 Shares, including 1,670,100 Shares underlying certain call options, constituting approximately 9.8% of the Shares outstanding. Mr. Cohen, as the Manager of RC Ventures, may be deemed to beneficially own the 9,450,100 Shares directly beneficially owned by RC Ventures, constituting approximately 9.8% of the Shares outstanding.

The filing of this Schedule 13D shall not be deemed an admission that the Reporting Persons are, for purposes of Section 13(d) of the Securities Exchange Act of 1934, as amended, the beneficial owners of any securities of the Issuer that he or it does not directly own. Each of the Reporting Persons specifically disclaims beneficial ownership of the securities reported herein that he or it does not directly own.

(b)      By virtue of his position with RC Ventures, Mr. Cohen and RC Ventures may be deemed to have sole power to vote and dispose of the Shares reported owned by RC Ventures.

(c)      Schedule A annexed hereto lists all transactions in securities of the Issuer by the Reporting Persons during the past sixty days. All of such transactions were effected in the open market.

(d)      No person other than the Reporting Persons is known to have the right to receive, or the power to direct the receipt of dividends from, or proceeds from the sale of, the Shares.

(e)      Not applicable.

Item 6.      Contracts, Arrangements, Understandings or Relationships With Respect to Securities of the Issuer.

RC Ventures has purchased exchange-listed American-style call options referencing an aggregate of 1,125,700 Shares, which have an exercise price of $60.00 per Share and expire on January 20, 2023. RC Ventures has purchased exchange-listed American-style call options referencing an aggregate of 44,400 Shares, which have an exercise price of $75.00 per Share and expire on January 20, 2023. RC Ventures has purchased exchange-listed American-style call options referencing an aggregate of 500,000 Shares, which have an exercise price of $80.00 per Share and expire on January 20, 2023.

On March 7, 2022, the Reporting Persons entered into a Joint Filing Agreement in which the Reporting Persons agreed to the joint filing on behalf of each of them of statements on Schedule 13D with respect to the securities of the Issuer to the extent required by applicable law. The Joint Filing Agreement is attached hereto as Exhibit 99.2 and is incorporated herein by reference.

Other than as described herein, there are no contracts, arrangements, understandings or relationships among the Reporting Persons, or between the Reporting Persons and any other person, with respect to the securities of the Issuer.

Item 7.      Material to be Filed as Exhibits.

99.1      Letter to the Board, dated March 6, 2022.

99.2      Joint Filing Agreement by and between RC Ventures LLC and Ryan Cohen, dated March 7, 2022.

SIGNATURES

After reasonable inquiry and to the best of his knowledge and belief, each of the undersigned certifies that the information set forth in this statement is true, complete and correct.

Dated: March 7, 2022

RC Ventures LLC

By:      /s/ Ryan Cohen
_____
         Name:        Ryan Cohen
         Title:       Manager


/s/ Ryan Cohen
_____
Ryan Cohen

**SCHEDULE A**

**Transactions in Securities of the Issuer During the Past Sixty Days**

| Nature of Transaction | Amount of Securities Purchased | Price per Share ($) | Date of Purchase |
|---|---|---|---|
| | | | |
| | **RC VENTURES LLC** | | |
| Purchase of Common Stock | 1,000,000 | 14.7690 | 01/13/2022 |
| Purchase of Common Stock | 500,000 | 15.2860 | 01/14/2022 |
| Purchase of Common Stock | 300,717 | 14.3930 | 01/20/2022 |
| Purchase of Common Stock | 99,283 | 13.0760 | 01/21/2022 |
| Purchase of Common Stock | 50,000 | 14.9100 | 01/25/2022 |
| Purchase of Common Stock | 200,000 | 15.0480 | 01/26/2022 |
| Purchase of Common Stock | 251,336 | 13.8440 | 01/27/2022 |
| Purchase of Common Stock | 440,981 | 14.4890 | 01/28/2022 |
| Purchase of Common Stock | 44,333 | 16.5810 | 01/31/2022 |
| Purchase of Common Stock | 609,941 | 16.4710 | 01/31/2022 |
| Purchase of Common Stock | 187,962 | 16.9760 | 02/01/2022 |
| Purchase of Common Stock | 156,574 | 17.1020 | 02/02/2022 |
| Purchase of Common Stock | 75,000 | 16.0790 | 02/04/2022 |
| Purchase of Common Stock | 83,873 | 16.2780 | 02/07/2022 |
| Purchase of Common Stock | 70,000 | 15.8230 | 02/14/2022 |
| Purchase of Common Stock | 30,000 | 16.2280 | 02/16/2022 |
| Purchase of Common Stock | 75,000 | 14.0310 | 02/22/2022 |
| Purchase of Common Stock | 367,833 | 15.2060 | 02/24/2022 |
| Purchase of Common Stock | 500,000 | 13.6600 | 02/24/2022 |
| Purchase of Common Stock | 500,000 | 14.5770 | 02/24/2022 |
| Purchase of Common Stock | 300,000 | 13.4260 | 02/24/2022 |
| Purchase of Common Stock | 542,621 | 16.2230 | 02/25/2022 |
| Purchase of Common Stock | 115,000 | 16.1140 | 02/25/2022 |
| Purchase of Common Stock | 500,000 | 16.6010 | 02/28/2022 |
| Purchase of January 2023 Call Option ($60 Exercise Price)[*] | 4,757 | 0.9324 | 02/28/2022 |
| Purchase of January 2023 Call Option ($75 Exercise Price)[*] | 243 | 0.7603 | 02/28/2022 |
| Purchase of January 2023 Call Option ($60 Exercise Price)[*] | 5,000 | 1.4693 | 03/01/2022 |
| Purchase of January 2023 Call Option ($60 Exercise Price)[*] | 1,500 | 1.4115 | 03/01/2022 |
| Purchase of January 2023 Call Option ($75 Exercise Price)[*] | 201 | 1.0803 | 03/01/2022 |
| Purchase of January 2023 Call Option ($80 Exercise Price)[*] | 5,000 | 0.7103 | 03/01/2022 |
| Purchase of Common Stock | 307,341 | 16.9429 | 03/01/2022 |
| Purchase of Common Stock | 311,660 | 16.7564 | 03/01/2022 |
| Purchase of Common Stock | 70,545 | 16.6800 | 03/01/2022 |
| Purchase of Common Stock | 69,516 | 17.2540 | 03/02/2022 |
| Purchase of Common Stock | 20,484 | 16.8090 | 03/03/2022 |

[*] Exchange-listed American-style call options with expiration date of January 20, 2023.

# EXHIBIT 9

EX-99.1 2 ex991to13d13351002_03072022.htm LETTER TO BOARD

# RC Ventures LLC

March 6, 2022

Bed Bath & Beyond Inc.
650 Liberty Avenue
Union, New Jersey 07083
Attn: Board of Directors

Dear Members of the Board,

I write to you in my capacity as the Manager of RC Ventures LLC (together with its affiliates, "RC Ventures" or "we"), which is a top five shareholder of Bed Bath & Beyond, Inc. ("Bed Bath" or the "Company") with beneficial ownership of approximately 9.8% of the Company's outstanding shares.

We have carefully assessed Bed Bath's assets, balance sheet, corporate governance, executive compensation, existing strategy and potential alternatives. While we like Bed Bath's brand and capital allocation policy, we have concerns about leadership's compensation relative to performance and its strategy for reigniting meaningful growth. Approximately 18 months after releasing a 170-page cover-the-waterfront plan, the Company is struggling to reverse sustained market share losses, stem years-long share price declines and navigate supply chain volatility. Meanwhile, the Company's named executive officers were collectively awarded nearly $36 million in compensation last fiscal year – a seemingly outsized sum for a retailer with a nearly $1.6 billion market capitalization.[1]

It is important to stress that we do not place significant emphasis on any one quarter or any one year when evaluating a business. We also do not criticize a board of directors and management team when they are quietly laying a foundation for future growth and value creation. To the contrary, we are maniacally focused on the long-term. But the issue at Bed Bath is that its highly-publicized and scattershot strategy is not ending the tailspin that has persisted before, during and after the pandemic's nadir and the appointment of Chief Executive Officer Mark Tritton. As evidence, we point to the Company's disappointing shareholder returns and perpetual underperformance across every relevant time horizon:[2]

| TOTAL SHAREHOLDER RETURNS ("TSR") | 1-YEAR | 3-YEAR | 5-YEAR | 10-YEAR | CEO TENURE |
|---|---|---|---|---|---|
| *Bed Bath* | -43.55% | 10.67% | -54.01% | -69.32% | 20.57% |
| *S&P 500* | 16.47% | 63.10% | 98.81% | 284.91% | 46.11% |
| *S&P Retail Select Industry Index* | -2.17% | 77.53% | 93.81% | 197.68% | 79.05% |
| *Bed Bath's Selected Peer Group*[3] | 19.70% | 60.90% | 98.22% | 217.76% | 71.88% |

Almost two-and-a-half years into Mr. Tritton's tenure, Bed Bath has underperformed the S&P Retail Select Industry Index by more than 58% on an absolute basis and is looking at an approximately 29% decline in full-year sales from pre-pandemic levels.[4] In the most recent quarter, core sales dropped by 14% year-over-year and same-store sales dropped by 7% year-over-year.[5] These results cannot be solely blamed on the pandemic when other retailers are nearing or exceeding 2019 sales levels. That is why we feel compelled to scrutinize the viability of the Company's extremely ambitious and widely-touted strategy.

---

[1] Company proxy statement for 2021 Annual Meeting of Shareholders ("2021 Annual Meeting").

[2] TSR data, which was obtained via Bloomberg and includes reinvested dividends, runs through the close of trading on Friday, March 4, 2022.

[3] Peers include AAP, AZO, BIG, BURL, DKS, DDS, DG, DLTR, FL, GPS, KSS, BBWI, M, JWN, ODP, ORLY, ROST, TSCO, ULTA, W and WSM, but does not include MIK because it went private in 2021.

[4] The Company has guided approximately $7.9 billion in Fiscal Year 2021 sales and produced $11.159 billion of net sales in Fiscal Year 2019.

[5] Company press release disclosing financial results for the Third Quarter of Fiscal Year 2021, issued on January 6, 2022.

1

# RC Ventures LLC

In light of these circumstances, we hope you are open to adjusting Bed Bath's strategy and exploring alternative paths to value creation. We cannot imagine Bed Bath's Board of Directors (the "Board") is wedded to its current strategy when the independent members have made very few open market purchases and appear to hold less than 0.5% of the Company's shares in the aggregate (most of which has been granted at shareholders' expense).[6] Similarly, we do not see how Mr. Tritton is in a position to dismiss our input when shareholders have compensated him to the tune of approximately $27 million over the past two fiscal years – a number that exceeds what was paid to the chief executives of much larger retailers such as Advanced Auto Parts (~$13 billion market capitalization), Dollar Tree (~$33 billion market capitalization), Kohl's (~$8 billion market capitalization) and Macy's (~$7.5 billion market capitalization).[7] Though we understand the pandemic was a major challenge, Mr. Tritton should recognize that chief executives who are awarded outsized compensation and seek frequent publicity also invite much higher expectations when it comes to growth and shareholder value creation.

At bottom, cracks have emerged in Bed Bath's overly ambitious strategy. Leadership should assess whether a shrinking small-cap retailer with a modest cash position and nearly $1.2 billion in debt can afford to roll the dice. **We believe Bed Bath needs to narrow its focus to fortify operations and maintain the right inventory mix to meet demand, while simultaneously exploring strategic alternatives that include separating buybuy Baby, Inc. ("BABY") and a full sale of the Company.**

Our suggestions are as follows:

1. **Bring Greater Focus to the Company's Cumbersome Strategy** – From our vantage point, Bed Bath's strategy looks far better in a PowerPoint deck than it does in practice. It is full of "*principles*" and "*pillars*" that high-priced management consultants probably thought would placate information-hungry analysts and satisfy shareholders. However, we – and apparently a large portion of the market based on Bed Bath's short interest – doubt the Company can simultaneously buy back shares, cut expenses, invest in its infrastructure and growth, launch new offerings and meet customer demand for core goods. This plan, at least in its present form, does not seem viable.

   Our own experience taking Chewy from a start-up to the ultimate destination for pets leads us to believe that focusing on a core set of objectives drives superior outcomes. In the case of Bed Bath, it appears that trying to execute on dozens of initiatives at once is leading to dozens of mediocre outcomes. We believe the Company would have been better served by front-loading the modernization of its supply chain and technology stack before engaging in more fanciful pursuits. Similarly, we feel managing the core product catalog and sustaining the right inventory mix for customers amidst the supply-constrained environment should have been fully prioritized over meeting management's October 2020 pledge to launch various private label brands in 18 months. We suspect Bed Bath will benefit more at this stage by bringing simplicity to its plan: finish fortifying the infrastructure, make remaining store fleet improvements, and prioritize core assortment and inventory fixes to meet near-term demand.

---

[6] Company proxy statement for 2021 Annual Meeting and Form 4 filings.

[7] Company proxy statement for 2021 Annual Meeting.

2

# RC Ventures LLC

We also believe management made an avoidable mistake in Fiscal Year 2021 by giving into Wall Street's short-term information desires and providing guidance. The Company faced the pandemic, an unprecedented supply chain environment and its own turnaround. Leadership ultimately set itself up for failure and recently had to materially revise guidance, which we believe it should have never issued in the first place:[8]

| Metric | Prior Fiscal Year 2021 Guidance | Revised Fiscal Year 2021 Guidance |
|---|---|---|
| *Sales* | $8.1 Billion to $8.3 Billion | Approximately $7.9 Billion |
| *Same-Store Sales* | Low Double-Digits | High Single-Digits |
| *Adjusted SG&A* | Approximately 32% | Approximately 34% |
| *Adjusted EBITDA* | $425 Million to $465 Million | $290 Million to $310 Million |

In light of our long-term focus, we are not an investor that demands guidance. In fact, we appreciate that Apple, one of our long-term holdings, suspended guidance amidst pandemic-related uncertainty and has never given away a detailed strategy for all of its competitors to see. We dislike when a management team spends time accommodating Wall Street, engaging with television pundits and telegraphing forecasts to the competition. We believe management's time is best spent focusing on execution that drives a better customer experience and tangible value creation.

2. **Seek to Monetize the Ultimate Destination for Babies** – Another path that can streamline Bed Bath's strategy and unlock value trapped within the Company's underperforming shares is a sale or spin-off of the BABY banner. Given that BABY is estimated to reach $1.5 billion in sales in Fiscal Year 2023 with a double-digit growth profile and at least 50% digital penetration, we believe it is likely much more valuable than the Company's entire market capitalization today.[9] Assuming continued growth and low double-digit margins, we estimate that BABY could be valued at a double-digit earnings multiple on a standalone basis. We believe under the right circumstances, BABY could be valued on a revenue multiple, like other ecommerce-focused retailers, and justify a valuation of several billion dollars.

In the event Bed Bath pursued a full or partial sale of BABY, it could position itself to pay off debt, put cash on the balance sheet and continue reducing its share count, thereby creating significant value for shareholders. Spinning off shares of BABY would be an even more efficient way to transfer value to shareholders. Notably, BABY's high online penetration would likely ease operational hurdles. We assume Bed Bath and BABY could still have a shared services agreement to maintain an omnichannel experience for customers.

3. **Evaluate a Full Sale to a Well-Capitalized Acquirer** – The final path we want to raise for consideration is a full sale of Bed Bath, in its current form, to one of the many well-capitalized financial sponsors with track records in the retail and consumer sectors and the ability to pay a meaningful premium. The past 10 years have shown that Bed Bath faces a difficult existence in the public market. The market is not giving the Company nearly enough credit for BABY's value. A sale that can lock in a substantial premium for shareholders and provide Bed Bath the flexibility of the private market could be an ideal outcome for customers, employees and investors.

---

[8] Page 14 of the Company's Third Quarter Fiscal Year 2021 earnings presentation, which was released on January 6, 2022.

[9] Page 121 of the Company's Investor Day presentation, which was released on October 28, 2020.

3

# RC Ventures LLC

We believe Bed Bath presently satisfies financial sponsors' interest in specialty retailers with recognizable brands, niche assets and sub-banners, and margin expansion opportunities. A private market participant with a long-term vision could unlock meaningful value by running the core business for cash and initiating a public offering for BABY at the optimal time. After stripping out the sizable costs of being a public company and setting a more focused strategy, we suspect Bed Bath's core business — excluding BABY — could generate attractive earnings.

4. **Strengthen Leadership's Alignment with Shareholders –** We are supportive of corporate leaders receiving significant compensation when they produce superior shareholder returns. But when it comes to Bed Bath, we contend there need to be improvements to the Company's executive compensation structure and a stronger ownership mentality in the boardroom. We believe these improvements should be made regardless of the Company's strategic direction.

Hopefully leadership acts with urgency to implement the aforementioned suggestions. Given that I am the Chairman of GameStop and overseeing a systematic transformation, I am not in a position to join Bed Bath's Board and personally drive the initiatives outlined in this letter. This does not mean, however, that RC Ventures will not seek to hold the Board and management accountable if necessary.

Sincerely,

Ryan Cohen
Manager
RC Ventures LLC

###

4

# EXHIBIT 10


**SOCIETE GENERALE**

| | |
|---|---|
| Code Portefeuille | 360659 |
| Devise | EUR |
| Du | 01/03/2022 |
| Instrument | |
| Au | 21/10/2022 |
| Nom Portefeuille | BRATYA |

| Portefeuille | Date Opération | Date valeur | Op. Nature | Nature | Type de contrat | Nom Instr | Code ISIN | Devise | Quantité | Prix | Montant brut | Interets courus | Frais | Impots | Montant net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70360659 | 14/10/2022 | 14/10/2022 | Buy | Option | CLL. | BED BATH AND BEY -7,5- 14/10/22 (BBBY US C US) | | USD | 123 | 0 | 0 | | 0 | | 0 |
| 70360659 | 04/10/2022 | 05/10/2022 | Sell | Option | CLL. | BED BATH AND BEY -7,5- 14/10/22 (BBBY US C US) | | USD | -123 | 0,29 | -3567 | 0 | -611,31 | 0 | -2955,69 |
| 70360659 | 28/09/2022 | 29/09/2022 | Buy | Option | PUT. | BED BATH AND BEY -9- 30/09/22 (BBBY US P US) | | USD | 500 | 2,89 | 144500 | | 2400 | | 146900 |
| 70360659 | 16/09/2022 | 19/09/2022 | Buy | Option | PUT. | BED BATH AND BEY -9- 30/09/22 (BBBY US P US) | | USD | -500 | 1,561 | -78050 | 0 | -2500 | 0 | -75550 |
| 70360659 | 16/09/2022 | 19/09/2022 | Buy | Option | PUT. | BED BATH AND BEY -9,5- 16/09/22 (BBBY US P US) | | USD | 500 | 1,271 | 63550 | | 2500 | | 66050 |
| 70360659 | 12/09/2022 | 13/09/2022 | Buy | Option | CLL. | BED BATH AND BEY -10- 07/10/22 (BBBY US C US) | | USD | 2000 | 1,360235 | 272047 | | 10120 | | 282167 |
| 70360659 | 12/09/2022 | 13/09/2022 | Sell | Option | CLL. | BED BATH AND BEY -45- 19/01/24 (BBBY US C US) | | USD | -2000 | 1,84124 | -368248 | 0 | -10120 | 0 | -358128 |
| 70360659 | 08/09/2022 | 09/09/2022 | Buy | Option | CLL. | BED BATH AND BEY -10- 07/10/22 (BBBY US C US) | | USD | -2000 | 1,051 | -210200 | 0 | -9900 | 0 | -200300 |
| 70360659 | 07/09/2022 | 08/09/2022 | Buy | Option | CLL. | BED BATH AND BEY -20- 16/12/22 (BBBY US C US) | | USD | -2000 | 0,93852 | -187704 | 0 | -9900 | 0 | -177804 |
| 70360659 | 06/09/2022 | 07/09/2022 | Buy | Option | CLL. | BED BATH AND BEY -20- 16/12/22 (BBBY US C US) | | USD | 2000 | 0,740065 | 148013 | | 9880 | | 157893 |
| 70360659 | 02/09/2022 | 06/09/2022 | Buy | Option | PUT. | BED BATH AND BEY -10- 02/09/22 (BBBY US P US) | | USD | 500 | 1,67286 | 83643 | | 2485 | | 86128 |
| 70360659 | 02/09/2022 | 06/09/2022 | Sell | Option | PUT. | BED BATH AND BEY -9,5- 16/09/22 (BBBY US P US) | | USD | -500 | 1,92626 | -96313 | 0 | -2500 | 0 | -93813 |
| 70360659 | 31/08/2022 | 31/08/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 70000 | 10,0245 | 701715 | | 3157,72 | | 704872,72 |
| 70360659 | 31/08/2022 | 02/09/2022 | Sell | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | -100000 | 9,1127 | -911270 | 0 | -4100,72 | 0 | -907169,28 |
| 70360659 | 30/08/2022 | 31/08/2022 | Buy | Option | PUT. | BED BATH AND BEY -10- 30/09/22 (BBBY US P US) | | USD | -500 | 0,74 | -37000 | 0 | -2505 | 0 | -34495 |
| 70360659 | 30/08/2022 | 31/08/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 25000 | 14,7067 | 367667,5 | | 1580,97 | | 369248,47 |
| 70360659 | 30/08/2022 | 30/08/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 5000 | 14,7323 | 73661,5 | | 316,75 | | 73978,25 |
| 70360659 | 29/08/2022 | 29/08/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 50000 | 11,4942 | 574710 | | 2586,2 | | 577296,2 |
| 70360659 | 26/08/2022 | 29/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -30- 16/12/22 (BBBY US C US) | | USD | 1000 | 1,82 | 182000 | | 5040 | | 187040 |
| 70360659 | 22/08/2022 | 23/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -30- 16/12/22 (BBBY US C US) | | USD | 500 | 1,7078 | 85390 | | 2495 | | 87885 |
| 70360659 | 19/08/2022 | 22/08/2022 | Buy | Option | PUT. | BED BATH AND BEY -14- 19/08/22 (BBBY US P US) | | USD | 385 | 3,52 | 135520 | | 1932,7 | | 137452,7 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -20- 02/09/22 (BBBY US C US) | | USD | 900 | 4,933333333 | 444000 | | 4572 | | 448572 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -18- 26/08/22 (BBBY US C US) | | USD | 600 | 5,788466667 | 347308 | | 3048 | | 350356 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -17,5- 26/08/22 (BBBY US C US) | | USD | 800 | 5,99945 | 479956 | | 4064 | | 484020 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -25- 30/09/22 (BBBY US C US) | | USD | 369 | 5,780948509 | 213317 | | 1874,52 | | 215191,52 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -18,5- 26/08/22 (BBBY US C US) | | USD | 800 | 5,8 | 464000 | | 4064 | | 468064 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -35- 16/12/22 (BBBY US C US) | | USD | 1000 | 4,25 | 425000 | | 5060 | | 430060 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -25- 16/12/22 (BBBY US C US) | | USD | 131 | 5,89 | 77159 | | 662,86 | | 77821,86 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -30- 21/10/22 (BBBY US C US) | | USD | 1500 | 3,968 | 595200 | | 7590 | | 602790 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -25- 21/10/22 (BBBY US C US) | | USD | 369 | 4,82902439 | 178191 | | 1867,14 | | 180058,14 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -16- 19/08/22 (BBBY US C US) | | USD | 1300 | 4,689615385 | 609650 | | 6604 | | 616254 |
| 70360659 | 18/08/2022 | 19/08/2022 | Sell | Option | PUT. | BED BATH AND BEY -16- 19/08/22 (BBBY US P US) | | USD | -369 | 2,84504065 | -104982 | 0 | -1867,14 | 0 | -103114,86 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | PUT. | BED BATH AND BEY -15- 19/08/22 (BBBY US P US) | | USD | -394 | 0,66 | -26004 | 0 | -2001,52 | 0 | -24002,48 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | PUT. | BED BATH AND BEY -15- 19/08/22 (BBBY US P US) | | USD | 394 | 5,499873096 | 216695 | | 2001,52 | | 218696,52 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -24- 18/11/22 (BBBY US C US) | | USD | 450 | 6,5 | 292500 | | 2286 | | 294786 |
| 70360659 | 18/08/2022 | 18/08/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 25600 | 16,7533 | 428884,48 | | 1844,21 | | 430728,69 |
| 70360659 | 17/08/2022 | 18/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -25- 30/09/22 (BBBY US C US) | | USD | -369 | 9,076151762 | -334910 | 0 | -1874,52 | 0 | -333035,48 |
| 70360659 | 17/08/2022 | 18/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -16- 19/08/22 (BBBY US C US) | | USD | 369 | 9,05501355 | 334130 | | 1874,52 | | 336004,52 |

CONFIDENTIAL

BRATYA_000016

| Account | Date1 | Date2 | Type | Instrument | Class | Description | ISIN | Cur | Quantity | Price | Amount | | Fee | | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70360659 | 17/08/2022 | 18/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -15- 19/08/22 (BBBY US C US) | | USD | 450 | 10,49491111 | 472271 | | 2286 | | 474557 |
| 70360659 | 17/08/2022 | 18/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -24- 18/11/22 (BBBY US C US) | | USD | -450 | 10,82031111 | -486914 | 0 | -2286 | 0 | -484628 |
| 70360659 | 17/08/2022 | 17/08/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 85000 | 23,6941 | 2013998,5 | | 8055,99 | | 2022054,49 |
| 70360659 | 17/08/2022 | 17/08/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 90000 | 24,8797 | 2239173 | | 9628,44 | | 2248801,44 |
| 70360659 | 17/08/2022 | 17/08/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 26711 | 24,67209988 | 659016,46 | | 2833,77 | | 661850,23 |
| 70360659 | 17/08/2022 | 19/08/2022 | Sell | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | -116000 | 27,0089 | -3133032,4 | 0 | -13472,04 | 0 | -3119560,36 |
| 70360659 | 17/08/2022 | 19/08/2022 | Sell | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | -711 | 27 | -19197 | | -158,28 | 0 | -19038,72 |
| 70360659 | 15/08/2022 | 16/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -20- 02/09/22 (BBBY US C US) | | USD | -900 | 3,822333333 | -344010 | | -4626 | | -339384 |
| 70360659 | 15/08/2022 | 16/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -18- 26/08/22 (BBBY US C US) | | USD | -600 | 1,977033333 | -118622 | | -3084 | | -115538 |
| 70360659 | 15/08/2022 | 16/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -18,5- 26/08/22 (BBBY US C US) | | USD | -800 | 2,17 | -173600 | | -4112 | | -169488 |
| 70360659 | 15/08/2022 | 16/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -16- 19/08/22 (BBBY US C US) | | USD | -500 | 1,58 | -79000 | | -2570 | | -76430 |
| 70360659 | 15/08/2022 | 15/08/2022 | Investment | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 50900 | 20,65 | 1051085 | | 0 | | 1051085 |
| 70360659 | 15/08/2022 | 15/08/2022 | Withdrawal | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | -50900 | 16 | -814400 | 0 | 0 | 0 | -814400 |
| 70360659 | 12/08/2022 | 12/08/2022 | Buy | Option | PUT. | BED BATH AND BEY -14- 12/08/22 (BBBY US P US) | | USD | -115 | 0 | 0 | | 0 | | 0 |
| 70360659 | 12/08/2022 | 12/08/2022 | Buy | Option | PUT. | BED BATH AND BEY -14- 12/08/22 (BBBY US P US) | | USD | 665 | 0 | 0 | | 0 | | 0 |
| 70360659 | 12/08/2022 | 15/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -17,5- 26/08/22 (BBBY US C US) | | USD | -800 | 1,76615 | -141292 | | -4112 | | -137180 |
| 70360659 | 12/08/2022 | 16/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -16- 19/08/22 (BBBY US C US) | | USD | -800 | 1,25 | -100000 | | -4112 | | -95888 |
| 70360659 | 12/08/2022 | 16/08/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | -11500 | 14 | -161000 | 0 | -647,56 | 0 | -160352,44 |
| 70360659 | 08/08/2022 | 09/08/2022 | Buy | Option | PUT. | BED BATH AND BEY -14- 12/08/22 (BBBY US P US) | | USD | 115 | 3,7 | 42550 | | 586,5 | | 43136,5 |
| 70360659 | 08/08/2022 | 09/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -14- 12/08/22 (BBBY US C US) | | USD | -115 | 1,44 | -16560 | | -586,5 | | -15973,5 |
| 70360659 | 08/08/2022 | 09/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -14- 12/08/22 (BBBY US C US) | | USD | -550 | 1,067818182 | -58730 | | -2805 | | -55925 |
| 70360659 | 08/08/2022 | 09/08/2022 | Buy | Option | PUT. | BED BATH AND BEY -15- 19/08/22 (BBBY US C US) | | USD | 394 | 4,9 | 193060 | | 2009,4 | | 195069,4 |
| 70360659 | 08/08/2022 | 09/08/2022 | Sell | Option | PUT. | BED BATH AND BEY -15- 19/08/22 (BBBY US C US) | | USD | -394 | 1,65 | -65010 | 0 | -2009,4 | | -63000,6 |
| 70360659 | 08/08/2022 | 09/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -15- 19/08/22 (BBBY US C US) | | USD | -450 | 1,291133333 | -58101 | 0 | -2295 | | -55806 |
| 70360659 | 12/07/2022 | 13/07/2022 | Buy | Option | PUT. | BED BATH AND BEY -14- 15/07/22 (BBBY US P US) | | USD | 385 | 8,875012987 | 341688 | | 1932,7 | | 343620,7 |
| 70360659 | 12/07/2022 | 13/07/2022 | Sell | Option | PUT. | BED BATH AND BEY -14- 15/07/22 (BBBY US P US) | | USD | -385 | 8,975012987 | -345538 | 0 | -1932,7 | | -343605,3 |
| 70360659 | 11/07/2022 | 11/07/2022 | Buy | Option | PUT. | BED BATH AND BEY -14- 15/07/22 (BBBY US P US) | | USD | 2 | 0 | 0 | | 0 | | 0 |
| 70360659 | 11/07/2022 | 13/07/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 200 | 14 | 2800 | | 150,98 | | 2950,98 |
| 70360659 | 08/07/2022 | 11/07/2022 | Buy | Option | PUT. | BED BATH AND BEY -14,5- 08/07/22 (BBBY US P US) | | USD | 8 | 9,45 | 7560 | | 152,48 | | 7712,48 |
| 70360659 | 06/07/2022 | 06/07/2022 | Buy | Option | PUT. | BED BATH AND BEY -14,5- 08/07/22 (BBBY US P US) | | USD | 39 | 0 | 0 | | 0 | | 0 |
| 70360659 | 06/07/2022 | 08/07/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 3900 | 14,5 | 56550 | | 226,2 | | 56776,2 |
| 70360659 | 29/06/2022 | 29/06/2022 | Buy | Option | PUT. | BED BATH AND BEY -14,5- 08/07/22 (BBBY US P US) | | USD | 353 | 0 | 0 | | 0 | | 0 |
| 70360659 | 29/06/2022 | 01/07/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 35300 | 14,5 | 511850 | | 2047,4 | | 513897,4 |
| 70360659 | 15/06/2022 | 16/06/2022 | Sell | Option | PUT. | BED BATH AND BEY -14- 15/07/22 (BBBY US P US) | | USD | -387 | 7,322919897 | -283397 | 0 | -2020,14 | | -281376,86 |
| 70360659 | 15/06/2022 | 16/06/2022 | Buy | Option | PUT. | BED BATH AND BEY -14- 15/07/22 (BBBY US P US) | | USD | 387 | 7,122919897 | 275657 | | 2020,14 | | 277677,14 |
| 70360659 | 13/06/2022 | 13/06/2022 | Buy | Option | PUT. | BED BATH AND BEY -14- 17/06/22 (BBBY US P US) | | USD | 98 | 0 | 0 | | 0 | | 0 |
| 70360659 | 13/06/2022 | 15/06/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 9800 | 14 | 137200 | | 548,8 | | 137748,8 |
| 70360659 | 10/06/2022 | 13/06/2022 | Buy | Option | PUT. | BED BATH AND BEY -14,5- 10/06/22 (BBBY US P US) | | USD | 400 | 7,448925 | 297957 | | 2104 | | 300061 |
| 70360659 | 10/06/2022 | 13/06/2022 | Sell | Option | PUT. | BED BATH AND BEY -14,5- 08/07/22 (BBBY US P US) | | USD | -400 | 7,549925 | -301997 | 0 | -2104 | | -299893 |
| 70360659 | 07/06/2022 | 08/06/2022 | Buy | Option | PUT. | BED BATH AND BEY -14,5- 10/06/22 (BBBY US P US) | | USD | 98 | 6,48 | 63504 | | 524,3 | | 64028,3 |
| 70360659 | 27/05/2022 | 31/05/2022 | Buy | Option | PUT. | BED BATH AND BEY -14- 27/05/22 (BBBY US P US) | | USD | 485 | 4,791608247 | 232393 | | 2604,45 | | 234997,45 |
| 70360659 | 27/05/2022 | 31/05/2022 | Sell | Option | PUT. | BED BATH AND BEY -14- 17/06/22 (BBBY US P US) | | USD | -485 | 5,041608247 | -244518 | 0 | -2604,45 | | -241913,55 |
| 70360659 | 26/05/2022 | 26/05/2022 | Buy | Option | PUT. | BED BATH AND BEY -14- 27/05/22 (BBBY US P US) | | USD | 15 | 0 | 0 | | 0 | | 0 |
| 70360659 | 26/05/2022 | 31/05/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 1500 | 14 | 21000 | | 159,99 | | 21159,99 |
| 70360659 | 20/05/2022 | 23/05/2022 | Sell | Option | PUT. | BED BATH AND BEY -14,5- 10/06/22 (BBBY US P US) | | USD | -498 | 5,52 | -274896 | 0 | -2629,44 | 0 | -272266,56 |
| 70360659 | 20/05/2022 | 20/05/2022 | Buy | Option | CLL. | BED BATH AND BEY -34- 20/05/22 (BBBY US C US) | | USD | 450 | 0 | 0 | | 0 | | 0 |
| 70360659 | 20/05/2022 | 23/05/2022 | Buy | Option | PUT. | BED BATH AND BEY -14,5- 20/05/22 (BBBY US P US) | | USD | 498 | 5,32 | 264936 | | 2629,44 | | 267565,44 |
| 70360659 | 19/05/2022 | 19/05/2022 | Buy | Option | PUT. | BED BATH AND BEY -14,5- 20/05/22 (BBBY US P US) | | USD | 2 | 0 | 0 | | 0 | | 0 |
| 70360659 | 19/05/2022 | 23/05/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 200 | 14,5 | 2900 | | 158,51 | | 3058,51 |
| 70360659 | 29/04/2022 | 29/04/2022 | Buy | Option | CLL. | BED BATH AND BEY -30- 29/04/22 (BBBY US C US) | | USD | 500 | 0 | 0 | | 0 | | 0 |
| 70360659 | 29/04/2022 | 02/05/2022 | Sell | Option | PUT. | BED BATH AND BEY -14- 27/05/22 (BBBY US P US) | | USD | -500 | 1,738 | -86900 | 0 | -2635 | 0 | -84265 |
| 70360659 | 29/04/2022 | 02/05/2022 | Buy | Option | PUT. | BED BATH AND BEY -14,5- 29/04/22 (BBBY US P US) | | USD | 500 | 0,833 | 41650 | | 2635 | | 44285 |

CONFIDENTIAL

BRATYA_000017

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70360659 | 28/04/2022 | 29/04/2022 | Buy | Option | PUT. | BED BATH AND BEY -15- 29/04/22 (BBBY US P US) | USD | 500 | 0,939 | 46950 | | 2625 | | 49575 |
| 70360659 | 28/04/2022 | 29/04/2022 | Sell | Option | PUT. | BED BATH AND BEY -14,5- 20/05/22 (BBBY US P US) | USD | -500 | 1,589 | -79450 | 0 | -2625 | 0 | -76825 |
| 70360659 | 27/04/2022 | 28/04/2022 | Sell | Option | PUT. | BED BATH AND BEY -14,5- 29/04/22 (BBBY US P US) | USD | -500 | 0,37014 | -18507 | 0 | -2635 | 0 | -15872 |
| 70360659 | 26/04/2022 | 27/04/2022 | Sell | Option | PUT. | BED BATH AND BEY -15- 29/04/22 (BBBY US P US) | USD | -500 | 0,43 | -21500 | 0 | -2665 | 0 | -18835 |
| 70360659 | 14/04/2022 | 14/04/2022 | Buy | Option | CLL. | BED BATH AND BEY -29- 14/04/22 (BBBY US C US) | USD | 500 | 0 | 0 | | 0 | | 0 |
| 70360659 | 25/03/2022 | 25/03/2022 | Buy | Option | CLL. | BED BATH AND BEY -30- 25/03/22 (BBBY US C US) | USD | 350 | 0 | 0 | | 0 | | 0 |
| 70360659 | 18/03/2022 | 18/03/2022 | Buy | Option | CLL. | BED BATH AND BEY -30- 18/03/22 (BBBY US C US) | USD | 350 | 0 | 0 | | 0 | | 0 |
| 70360659 | 15/03/2022 | 15/03/2022 | Investment | Option | CLL. | BED BATH AND BEY -30- 11/03/22 (BBBY US C US) | USD | 197 | 0,01 | 197 | | 0 | | 197 |
| 70360659 | 15/03/2022 | 15/03/2022 | Withdrawal | Option | CLL. | BED BATH AND BEY -30- 11/03/22 (BBBY US C US) | USD | -197 | 0,01 | -197 | 0 | 0 | 0 | -197 |
| 70360659 | 14/03/2022 | 14/03/2022 | Buy | Option | CLL. | BED BATH AND BEY -30- 11/03/22 (BBBY US C US) | USD | 503 | 0 | 0 | | 0 | | 0 |
| 70360659 | 14/03/2022 | 15/03/2022 | Sell | Option | CLL. | BED BATH AND BEY -29- 14/04/22 (BBBY US C US) | USD | -500 | 1,1 | -55000 | 0 | -2740 | 0 | -52260 |
| 70360659 | 14/03/2022 | 15/03/2022 | Sell | Option | CLL. | BED BATH AND BEY -30- 29/04/22 (BBBY US C US) | USD | -500 | 1,2514 | -62570 | 0 | -2740 | 0 | -59830 |
| 70360659 | 09/03/2022 | 10/03/2022 | Sell | Option | CLL. | BED BATH AND BEY -34- 20/05/22 (BBBY US C US) | USD | -450 | 2,46 | -110700 | 0 | -2479,5 | 0 | -108220,5 |
| 70360659 | 08/03/2022 | 09/03/2022 | Sell | Option | CLL. | BED BATH AND BEY -30- 18/03/22 (BBBY US C US) | USD | -350 | 1,5 | -52500 | 0 | -1907,5 | 0 | -50592,5 |
| 70360659 | 07/03/2022 | 08/03/2022 | Sell | Option | CLL. | BED BATH AND BEY -30- 18/03/22 (BBBY US C US) | USD | -350 | 0,83 | -29050 | 0 | -1904 | 0 | -27146 |
| 70360659 | 07/03/2022 | 08/03/2022 | Sell | Option | CLL. | BED BATH AND BEY -30- 11/03/22 (BBBY US C US) | USD | -500 | 0,5335 | -26675 | 0 | -2720 | 0 | -23955 |
| 70360659 | 07/03/2022 | 08/03/2022 | Sell | Option | CLL. | BED BATH AND BEY -30- 11/03/22 (BBBY US C US) | USD | -3 | 0,76 | -228 | 0 | -163,31 | 0 | -64,69 |

**TOTAL 7062101,67**

CONFIDENTIAL

BRATYA_000018

# EXHIBIT 11

02/24/2021, 10:26 p.m. - David: Gamestop 120% with after market 

02/24/2021, 10:26 p.m. - David:
https://pub.webull.com/us/news-html/4d4f04270c41443ba68clb07c9142558.html?theme=1&_v=1&color=1&hl=en&sp=1&_v=1&theme=1&color=1&hl=en&theme=1

02/24/2021, 10:26 p.m. - David: I think he's right

02/24/2021, 10:27 p.m. - David: It's gone nuts

02/24/2021, 10:27 p.m. - David: In 12 months, everything will be carpeted at this rate

02/24/2021, 10:28 p.m. - David: We must get cash out because cash is king when everything falls, the Barbelai Reddit Robin Hood are going to get smashed up

02/24/2021, 10:29 p.m. - David: It's an incredible opportunity to make a mega deal very quickly

CONFIDENTIAL

24/02/2021, 22:26 - David: Gamestop 120% avec after market 🙈 🙈 🙈
24/02/2021,            22:26            -            David:            https://pub.webull.com/us/news-html/4d4f04270c41443ba68c1b07c9142558.html?theme=1&_v=1&color=1&hl=en&sp=1&_v=1&theme=1&color=1&hl=en&theme=1
24/02/2021, 22:26 - David: Je pense qu'il a raison
24/02/2021, 22:27 - David: C'est devenu dingue
24/02/2021, 22:27 - David: Dans 12 mois tout va etre carpet a ce rythme
24/02/2021, 22:28 - David: Faut qu'on sorte du cash car cest cash is king quand tout tombe, les barbelai reddit robinhood vont se faire raser la gueule
24/02/2021, 22:29 - David: C'est une chance inouïe de faire un mega deal hyper rapide

BRATYA_000613

# EXHIBIT 12

01/29/2021, 09:43 a.m. - David: "Pierre et Vacances opens discussions with its creditors"

https://fr.investing.com/news/stock-market-news/pierre-et-vacances-ouvre-des-discussions-avec-ses-creanciers-2000402

01/29/2021, 09:43 a.m. - David: Your value, Bro

01/29/2021, 09:49 a.m. - BO RUSSE NEW: yes, I saw

01/29/2021, 09:49 a.m. - BO RUSSE NEW: it will dilute

01/29/2021, 10:19 a.m. - BO RUSSE NEW: The spoke

01/29/2021, 10:19 a.m. - BO RUSSE NEW: we had good timing

01/29/2021, 10:20 a.m. - BO RUSSE NEW: shit, fuck GME in pre 🙈

01/29/2021, 10:22 a.m. - David: Yeah...

01/29/2021, 10:22 a.m. - David: Go next

01/29/2021, 10:22 a.m. - David: Unib pays 100 of vol in 2 weeks we'll see the file

01/29/2021, 10:23 a.m. - David: The results will come

01/29/2021, 10:22 a.m. - BO RUSSE NEW: yes

01/29/2021, 10:23 a.m. - BO RUSSE NEW: Is the immigrant the one who said sell again?

01/29/2021, 10:23 a.m. - BO RUSSE NEW: rather repurchase

01/29/2021, 10:23 a.m. - David: 🙈🙈🙈

01/29/2021, 10:26 a.m. - BO RUSSE NEW: 🙄

01/29/2021, 10:26 a.m. - BO RUSSE NEW: it's not a big deal. Next, as you say

01/29/2021, 10:27 a.m. - David: You must not get stuck on a situation, keep moving forward always

01/29/2021, 10:27 a.m. - BO RUSSE NEW: yes

CONFIDENTIAL

29/01/2021, 09:43 - David: "Pierre et Vacances ouvre des discussions avec ses créanciers"

https://fr.investing.com/news/stock-market-news/pierre-et-vacances-ouvre-des-discussions-avec-ses-creanciers-2000402
29/01/2021, 09:43 - David: Ta valeur Bro
29/01/2021, 09:49 - BO RUSSE NEW: yes j'ai vu
29/01/2021, 09:49 - BO RUSSE NEW: ca va dilluer
29/01/2021, 10:19 - BO RUSSE NEW: Le spoke
29/01/2021, 10:19 - BO RUSSE NEW: on était bien en timing
29/01/2021, 10:20 - BO RUSSE NEW: putain fuck GME en pré 🙈
29/01/2021, 10:22 - David: Ouai....
29/01/2021, 10:22 - David: Allez next
29/01/2021, 10:22 - David: Unib paye 100 de vol a 2 semaines on connait le dossier
29/01/2021, 10:23 - David: Les résultats vont arriver
29/01/2021, 10:22 - BO RUSSE NEW: yes
29/01/2021, 10:23 - BO RUSSE NEW: c'est encore le métèque qui disait vends ?
29/01/2021, 10:23 - BO RUSSE NEW: plutôt rachetes
29/01/2021, 10:23 - David: 🙈 🙈 🙈
29/01/2021, 10:26 - BO RUSSE NEW: 😋
29/01/2021, 10:26 - BO RUSSE NEW: pas grave. next comme tu dis
29/01/2021, 10:27 - David: Faut pas rester bloqué sur une situation tjs avancer
29/01/2021, 10:27 - BO RUSSE NEW: yes

CONFIDENTIAL

# EXHIBIT 13

05/19/2021, 07:12 a.m. - BO RUSSE NEW: About 21.8% of GameStop's free float and 18.3% of AMC's free float are held in short positions, indicating there is still plenty of room for retail investors to hurt the short sellers, Ortex noted

05/19/2021, 07:12 a.m. - David: Like that, we have already cashed in and we have the double cushion

05/19/2021, 07:13 a.m. - David: If they start writing this...

05/19/2021, 07:13 a.m. - BO RUSSE NEW: it's huge, and it's true that we have to look at the % vs free float, not the float

05/19/2021, 07:14 a.m. - BO RUSSE NEW: and the float is more and more controlled

05/19/2021, 07:14 a.m. - David: After that, it's a day or two, a mega short squeeze, but we shouldn't miss it

05/19/2021, 07:14 a.m. - BO RUSSE NEW: not stupid.

05/19/2021, 07:15 a.m. - BO RUSSE NEW: I don't think I'll squeeze like last time. We are not in the same ratios

05/19/2021, 07:15 a.m. - BO RUSSE NEW: but on announcements it takes 30%, yes

05/19/2021, 07:16 a.m. - David: This is what happened in one week

05/19/2021, 07:18 a.m. - BO RUSSE NEW: yes. The free float is weak, so the vol is huge

05/19/2021, 07:18 a.m. - BO RUSSE NEW: plus with the short

05/19/2021, 07:21 a.m. - BO RUSSE NEW: it has to come out, free up the line.

05/19/2021, 07:21 a.m. - BO RUSSE NEW: and on squeezes, put further back on high strikes

05/19/2021, 07:21 a.m. - David: There is no choice, but I had to use it to take 7 in 3 months 🤑

05/19/2021, 07:21 a.m. - BO RUSSE NEW: of course The work was magnificent

05/19/2021, 07:21 a.m. - David: Logical, like the first time

05/19/2021, 07:22 a.m. - BO RUSSE NEW: but you have to know how to take your foot off the gas at times to come back stronger later

05/19/2021, 07:23 a.m. - David: Yes, but that wasn't the initial vision, I was in a market decline in May, June, July...

05/19/2021, 07:24 a.m. - BO RUSSE NEW: this is what is happening and holds the line

05/19/2021, 07:24 a.m. - BO RUSSE NEW: 👍

05/19/2021, 07:25 a.m. - BO RUSSE NEW: but the Fed won't let the thing collapse.

05/19/2021, 07:27 a.m. - David: No, but the decline is good

05/19/2021, 07:28 a.m. - David: After that, you have to be careful because, with the number of options, you can see the call sellers

05/19/2021, 07:29 a.m. - David: And when there are large packages that you have to repurchase, they know that you are getting fucked and that the securities sold by your market maker must be repurchased

05/19/2021, 07:30 a.m. - David: As much as the volumes on the weekly are not obvious

05/19/2021, 07:31 a.m. - David: But Friday is the regular expiration, and there is a lot of volume in all directions...

05/19/2021, 07:42 a.m. - BO RUSSE NEW: yes, as well

05/19/2021, 07:46 a.m. - David: That's why it moved and the results on June 4 and AGM on the 9th

05/19/2021, 08:02 a.m. - BO RUSSE NEW: so as not to be with the expirations?

05/19/2021, 08:03 a.m. - David: It hasn't moved, it's gone up, there's a frenzy behind all that

05/19/2021, 08:03 a.m. - BO RUSSE NEW: logical

05/19/2021, 08:04 a.m. - BO RUSSE NEW: he will communicate like a bitch

05/19/2021,    08:06    a.m.    -    David:    https://finance.yahoo.com/news/gamestop-gme-gains-market-dips-

BRATYA_000657

214509974.html

05/19/2021, 08:06 a.m. - David: Especially the results, which are improving

05/19/2021, 08:07 a.m. - BO RUSSE NEW: of course

05/19/2021, 08:09 a.m. - BO RUSSE NEW: it had the best advertising in the world for free

05/19/2021, 08:10 a.m. - David: Be careful, it doesn't keep its levels. It's just a game between reddits and wall street, we're at war 💎 👋🏻

05/19/2021, 08:10 a.m. - David: Em, two to, it drops everything

05/19/2021, 08:10 a.m. - David: 4 5 6 7 points without flinching

05/19/2021, 08:11 a.m. - BO RUSSE NEW: logical

05/19/2021, 08:11 a.m. - BO RUSSE NEW: but it announces whatever it wants

05/19/2021, 08:11 a.m. - BO RUSSE NEW: it's pineapple land

05/19/2021, 08:14 a.m. - David: Exact 🍍 💎 vs 🍍 💰 🤑 vs ✉️ vs 📈 vs YOLO 🤠 vs FOMO 💎

05/19/2021, 08:14 a.m. - David: The horse we're riding isn't easy....

05/19/2021, 08:16 a.m. - BO RUSSE NEW: 🤣

05/19/2021, 08:16 a.m. - BO RUSSE NEW: that's exactly it

05/19/2021, 10:45 a.m. - BO RUSSE NEW: <Media omitted>

05/19/2021, 10:45 a.m. - BO RUSSE NEW: they are good, the Mormons 🤣 🍍

05/19/2021, 10:57 a.m. - David: That's 8 pieces now, so many 🍍 🍍

05/19/2021, 10:58 a.m. - David: You would see Father Breton trading at the church of St Fer

05/19/2021, 10:58 a.m. - BO RUSSE NEW: not bad for the fuddy-duddies 🤣

05/19/2021, 10:58 a.m. - David: 🤠 🤠 🤠

05/19/2021, 10:58 a.m. - BO RUSSE NEW: ahahahahah

05/19/2021, 12:43 p.m. - BO RUSSE NEW: we're going to Paris from June 17 to July 11 after all. The baptism of Gab on the 10th…

05/19/2021, 12:43 p.m. - BO RUSSE NEW: I found 1700 of yours in a drawer. Should I take it or leave it?

05/19/2021, 12:49 p.m. - David: Take them 😋

05/19/2021, 12:49 p.m. - David: 👋🏻 👋🏻 👋🏻 🤩 🤩 🤩

05/19/2021, 12:49 p.m. - David: Good

05/19/2021, 2:35 p.m. - BO RUSSE NEW: Purpose Ether ETF, Cl Galaxy Ethereum ETF И Evolve Ether ETH

05/19/2021, 2:36 p.m. - BO RUSSE NEW: the 3 on ether

05/19/2021, 4:04 p.m. - BO RUSSE NEW: shit, it wasn't that bad, the coinbase call sales

05/19/2021, 4:49 p.m. - David: gme, too

BRATYA_000658

19/05/2021, 07:12 - BO RUSSE NEW: About 21.8% of GameStop's free float and 18.3% of AMC's free float are held in short positions, indicating there is still plenty of room for retail investors to hurt the short sellers, Ortex noted

19/05/2021, 07:12 - David: Comme ca on a bien encaissé deja et on a le double coussin

19/05/2021, 07:13 - David: S'ils commencent a ecrire ca...

19/05/2021, 07:13 - BO RUSSE NEW: c'est énorme. et c'est vrai qu'il faut regarder le % vs free float pas float

19/05/2021, 07:14 - BO RUSSE NEW: et le float est controle de plus en plus

19/05/2021, 07:14 - David: Apres c'est une journée ou deux un mega short squeeze mais faut pas se rater

19/05/2021, 07:14 - BO RUSSE NEW: pas bête.

19/05/2021, 07:15 - BO RUSSE NEW: je pense pas squeezer comme la dernière fois. on est pas dans les mêmes ratios

19/05/2021, 07:15 - BO RUSSE NEW: mais sur des annonces prendre 30% yes

19/05/2021, 07:16 - David: Cest ce qui sest produit en une week

19/05/2021, 07:18 - BO RUSSE NEW: yes. Le free float est faible donc vol enorme

19/05/2021, 07:18 - BO RUSSE NEW: en plus avec du short

19/05/2021, 07:21 - BO RUSSE NEW: faut que ca sorte, libérer de la ligne.

19/05/2021, 07:21 - BO RUSSE NEW: et sur des squeeze remettre plus loin sur des strikes hauts

19/05/2021, 07:21 - David: La ya plus le choix mais fallait l'utiliser pour prendre 7 en 3 mois 🤣

19/05/2021, 07:21 - BO RUSSE NEW: c'est sur. Le boulot a été magnifique

19/05/2021, 07:21 - David: Logique comme le first time

19/05/2021, 07:22 - BO RUSSE NEW: mais faut savoir lever le pied à des moments pour renvoyer plus fort derrière

19/05/2021, 07:23 - David: Yes mais la c'était pas la vision initiale jetais sur une baisse marché a mai juin juillet...

19/05/2021, 07:24 - BO RUSSE NEW: c'est ce qui se passe et tient la ligne

19/05/2021, 07:24 - BO RUSSE NEW: 💪🏻

19/05/2021, 07:25 - BO RUSSE NEW: mais la Fed va pas laisser le truc s'effondrer.

19/05/2021, 07:27 - David: Non mais de la baisse fait du bien

19/05/2021, 07:28 - David: Après il faut faire gaffe car avec les nombres d'options on est visibles les vendeurs de call

19/05/2021, 07:29 - David: Et quand il y a de gros paquets que tu as a racheter ils savent que tu te fais defoncer et que les titres vendus par ton market maker doivent être rachetés

19/05/2021, 07:30 - David: Autant cest pas flagrant les volumes sur le weekly

19/05/2021, 07:31 - David: Mais vendredi cest l'expiration regular et il y a masse de volumes dans tous les sens....

19/05/2021, 07:42 - BO RUSSE NEW: yes aussi

19/05/2021, 07:46 - David: Cest pour cela que ca a bougé et les résultats le 04 juin et AG le 9

19/05/2021, 08:02 - BO RUSSE NEW: pour pas être avec les expiration?

19/05/2021, 08:03 - David: Non bougé ca a monté ya du frenzy derrière tout ca

19/05/2021, 08:03 - BO RUSSE NEW: logique

19/05/2021, 08:04 - BO RUSSE NEW: il va communiquer comme une pute

19/05/2021, 08:06 - David: https://finance.yahoo.com/news/gamestop-gme-gains-market-dips-214509974.html

19/05/2021, 08:06 - David: Surtout les résultats qui se redressent

19/05/2021, 08:07 - BO RUSSE NEW: c'est clair

19/05/2021, 08:09 - BO RUSSE NEW: il a eu la meilleure publicité au monde gratos

BRATYA_000657

19/05/2021, 08:10 - David: Attention elle tient pas ses niveaux cest que du jeu entre les reddits et wall street on est en guerre de 💎🤚🏻

19/05/2021, 08:10 - David: Em deux deux elle lache tout

19/05/2021, 08:10 - David: 4 5 6 7points sans broncher

19/05/2021, 08:11 - BO RUSSE NEW: logique

19/05/2021, 08:11 - BO RUSSE NEW: mais il annonce ce qu'il veut

19/05/2021, 08:11 - BO RUSSE NEW: c'est ananas land

19/05/2021, 08:14 - David: Exact 🍌💎 vs 🍌🍌👨‍👩‍👧 vs 📉 vs 📈 vs YOLO 🤪 vs FOMO 💎

19/05/2021, 08:14 - David: Pas facile l'équitation dans laquelle on est....

19/05/2021, 08:16 - BO RUSSE NEW: 😂

19/05/2021, 08:16 - BO RUSSE NEW: c'est exactement ca

19/05/2021, 10:45 - BO RUSSE NEW: <Media omitted>

19/05/2021, 10:45 - BO RUSSE NEW: ils ont kaiff les Mormons 😂👌

19/05/2021, 10:57 - David: Ca fait 8 pieces now tellement 👌🍍👌

19/05/2021, 10:58 - David: Tu verrais le Père Breton faire du trading a leglise de St Fer

19/05/2021, 10:58 - BO RUSSE NEW: pas mal pour des curtons 😂

19/05/2021, 10:58 - David: 🥴🥴🥴

19/05/2021, 10:58 - BO RUSSE NEW: ahahahahah

19/05/2021, 12:43 - BO RUSSE NEW: on vient du 17 juin au 11 juillet à Paris finalement. Le 10 le baptême de Gab...

19/05/2021, 12:43 - BO RUSSE NEW: j'ai trouvé 1700e à toi dans tiroir. je te prends ou je laisse ?

19/05/2021, 12:49 - David: Prends les 😉

19/05/2021, 12:49 - David: 🤚🏻🤚🏻🤩🤩🤩

19/05/2021, 12:49 - David: Kaifff

19/05/2021, 14:35 - BO RUSSE NEW: Purpose Ether ETF, CI Galaxy Ethereum ETF и Evolve Ether ETH

19/05/2021, 14:36 - BO RUSSE NEW: les 3 sur ether

19/05/2021, 16:04 - BO RUSSE NEW: merde c'était pas si mal les ventes de call coinbase

19/05/2021, 16:49 - David: ,gme aussi

CONFIDENTIAL

# EXHIBIT 14

04/26/2021, 9:58 p.m. - BO RUSSE NEW: Microvision (MVIS) is at $26.6700 (+48.41%)

http://www.investing.com/equities/microvision?utm_source=investing_app&utm_medium=share_link&utm_campaign=share_instrument

04/26/2021, 9:59 p.m. - BO RUSSE NEW: Bro do the same, what the hell is this company. sell volume. look at the call sale see that is possible

04/26/2021, 9:59 p.m. - BO RUSSE NEW: it's also going to be great

04/26/2021, 10:03 p.m. - BO RUSSE NEW: they're only offering 35 on May 21

04/26/2021, 10:06 p.m. - David: I'll check it out after the Tesla results

04/26/2021, 10:13 p.m. - BO RUSSE NEW: not great. the EPSs have been rigged like bitches

04/26/2021, 10:19 p.m. - BO RUSSE NEW: luckily they have bitcoin. for a car manufacturer that is not a lot

04/26/2021, 10:49 p.m. - David: Minus 3 so minus 6 and finishes on the up tomorrow

04/26/2021, 10:50 p.m. - David: Gme plus 8 in after…

04/26/2021, 10:50 p.m. - David: And perhaps zero tomorrow at start-up….

04/26/2021, 10:57 p.m. - David: Everything that would be right rolls anyway and goes the distance

04/26/2021, 10:57 p.m. - David: I'm also going to monitor the short position

04/26/2021, 11:03 p.m. - David: https://finance.yahoo.com/news/gamestop-completes-market-equity-offering-203900459.html

04/26/2021, 11:03 p.m. - David: Here is how and why…

04/26/2021, 11:04 p.m. - David: They raise only 551 bars and have repaid 220 in debt….so it pays for the hole of the annual loss

04/27/2021, 01:02 a.m. - David: https://www.marketwatch.com/story/gamestops-latest-big-day-picks-up-steam-after-hours-with-551-million-stock-offering-11619474789?siteid=yhoof2&yptr=yahoo

04/27/2021, 01:03 a.m. - David: https://www.marketwatch.com/story/get-ready-for-178-billion-of-selling-ahead-of-the-capital-gains-tax-hike-these-are-the-stocks-most-at-risk-11619174251

04/27/2021, 01:03 a.m. - David: But watch out for this as well

04/27/2021, 01:04 a.m. - David: I missed that AK was bad but the rinok will be pricey

04/27/2021, 07:17 a.m. - David: Cohen, whose RC Ventures owns nearly 13% of GameStop, is leading the company's transformation into an e-commerce firm that can compete with big retailers such as Walmart Inc WMT.N, as well as technology companies like Microsoft Corp MSFT.O and Sony Corp 6758.T

04/27/2021, 07:18 a.m. - David: GME becomes Wallmart Microsoft and Sony at the same time what rubbish….

04/27/2021, 07:21 a.m. - BO RUSSE NEW: 

04/27/2021, 07:23 a.m. - David: That is the point today!!!!!

04/27/2021, 07:24 a.m. - David: If we have lowered the short level by AK then ail good it will refuel back quickly

04/27/2021, 07:25 a.m. - BO RUSSE NEW: yes. 500 is not bad. on the green like yesterday. good looking none the less

04/27/2021, 07:25 a.m. - BO RUSSE NEW: we have to get them up. it's crazy

04/27/2021, 07:25 a.m. - David: It was already done on Friday

04/27/2021, 07:26 a.m. - David: Yesterday was the salute to the success of the operation

04/27/2021, 07:26 a.m. - David: And after market publication of the success

04/27/2021, 07:27 a.m. - David: He has a good reputation with Chewy and communicates every day every day

04/27/2021, 07:32 a.m. - BO RUSSE NEW: yes that's it

04/27/2021, 07:32 a.m. - BO RUSSE NEW: it's a financial feat all the same

04/27/2021, 07:33 a.m. - BO RUSSE NEW: when I see jp who had a 30B company in his hands

BRATYA_000638

04/27/2021, 07:35 a.m. - BO RUSSE NEW: yes brutal…
04/27/2021, 07:37 a.m. - David: Jp is going to go up in the range and is European for now
04/27/2021, 07:38 a.m. - David: It will start at 200 and fall back just as fast

04/27/2021, 07:38 a.m. - David: What's cool is that it gives volume a boost
04/27/2021, 07:39 a.m. - David: So we can continue working on the file
04/27/2021, 07:42 a.m. - David: The last time capital-gains taxes were hiked, in 2013, the wealthiest households sold 1% of their equity assets, the Goldman analysts found. According to the Federal Reserve's distributional financial account data, the top 1% held $17.79 trillion of equities and mutual funds in the fourth quarter of 2020 — so a 1% selling of stocks this time would be $178 billion. (The most recent Internal Revenue Service breakdown, from 2018, found that millionaires accounted for just over 500,000 filers, or about 0.4% of the total
04/27/2021, 07:43 a.m. - David: If we were talking about 2 or 3% we could already see the amounts on the stock market
04/27/2021, 07:46 a.m. - BO RUSSE NEW: yes exactly

04/27/2021, 07:48 a.m. - BO RUSSE NEW: the redit stocks yesterday 🐒
04/27/2021, 07:48 a.m. - BO RUSSE NEW: ocugen
04/27/2021, 07:48 a.m. - BO RUSSE NEW: bionano
04/27/2021, 07:48 a.m. - BO RUSSE NEW: microvision
04/27/2021, 07:49 a.m. - BO RUSSE NEW: there's a way to sell volume to death
04/27/2021, 07:49 a.m. - BO RUSSE NEW: it's been -30 as soon as there is a red day
04/27/2021, 07:51 a.m. - BO RUSSE NEW: crazy all of biopharma has sent so much. JP it's time to place some calls if you want
04/27/2021, 07:51 a.m. - BO RUSSE NEW: on the 23 24 it's really low

04/27/2021, 07:52 a.m. - BO RUSSE NEW: after that…a bit of an FDA delay and it is at 17 🐒
04/27/2021, 07:52 a.m. - BO RUSSE NEW: you never know
04/27/2021, 07:53 a.m. - David: Let's wait for the rinok
04/27/2021, 07:58 a.m. - BO RUSSE NEW: yes
04/27/2021, 2:11 p.m. - David: https://www.cnbc.com/2021/04/27/telsey-keeps-30-target-on-gamestop-says-we-still-dont-know-what-the-companys-plan-is.html
04/27/2021, 2:11 p.m. - BO RUSSE NEW: yes we know it's a piece of crap
04/27/2021, 3:54 p.m. - BO RUSSE NEW: it's fine it's selling
04/27/2021, 3:54 p.m. - BO RUSSE NEW: microvision is getting smashed
04/27/2021, 3:54 p.m. - David: Of course no stress
04/27/2021, 3:55 p.m. - BO RUSSE NEW: those are shit companies
04/27/2021, 3:55 p.m. - BO RUSSE NEW: pumped by the barbelay
04/27/2021, 3:56 p.m. - David: Yes and it gets taken apart directly
04/27/2021, 3:56 p.m. - BO RUSSE NEW: yes.
04/27/2021, 3:56 p.m. - David: You have to hold on tight
04/27/2021, 3:57 p.m. - BO RUSSE NEW: it was worth 0.2

04/27/2021, 3:57 p.m. - BO RUSSE NEW: it is now worth 25 🐒
04/27/2021, 3:57 p.m. - BO RUSSE NEW: fucking nuts
04/27/2021, 3:57 p.m. - BO RUSSE NEW: x100 in 3 months can you believe it
04/27/2021, 3:59 p.m. - BO RUSSE NEW: GME is not such a big piece of shit
04/27/2021, 3:59 p.m. - BO RUSSE NEW: 0 debts
04/27/2021, 4:00 p.m. - BO RUSSE NEW: crazy cash now

BRATYA_000639

04/27/2021, 4:00 p.m. - BO RUSSE NEW: it's putting 2.5B in assets

04/27/2021, 4:00 p.m. - BO RUSSE NEW: I don't think Cohen is actually that crazy. if it was worth 30 he wouldn't have been taking care of it

04/27/2021, 4:01 p.m. - BO RUSSE NEW: 175 is tight I find Jefferies

04/27/2021, 4:01 p.m. - BO RUSSE NEW: A CA

04/27/2021, 4:02 p.m. - BO RUSSE NEW: an a brand name now which is nuts

04/27/2021, 4:22 p.m. - BO RUSSE NEW: Tesla (NASDAQ:TSLA) reported record profits, which were, however, entirely due to sales of emissions credits and speculative gains on Bitcoin.

04/27/2021, 4:22 p.m. - BO RUSSE NEW: 🤪 I love this business

04/27/2021, 4:23 p.m. - BO RUSSE NEW: 🙆🏾

04/27/2021, 4:23 p.m. - David: The sorrow

04/27/2021, 4:24 p.m. - BO RUSSE NEW: 🤷🏻

04/27/2021, 9:56 p.m. - David: It is super cool

04/27/2021, 9:57 p.m. - David: The premiums are falling because the volume and time is dropping today and the strikes are good

04/27/2021, 9:58 p.m. - BO RUSSE NEW: yes madness

04/27/2021, 9:58 p.m. - BO RUSSE NEW: The spoke is getting a bit of color back

04/27/2021, 9:58 p.m. - David: Slightly at 13.43 it was better

04/27/2021, 9:58 p.m. - BO RUSSE NEW: it's the same thing at Cheewy it's going to communicate to donf

04/27/2021, 9:59 p.m. - David: And it doesn't hold the 180, so it's very good for the 200 to 230

04/27/2021, 9:59 p.m. - David: Yes but the com was pretty forced

04/27/2021, 9:59 p.m. - BO RUSSE NEW: yes exactly it's clean

04/27/2021, 9:59 p.m. - David: The guys who bought it are expecting something shitty

04/27/2021, 9:59 p.m. - David: All good

04/27/2021, 10:00 p.m. - BO RUSSE NEW: yes for me it's good in this range

04/27/2021, 10:00 p.m. - David: Ok so great should go ahead with that

04/27/2021, 10:00 p.m. - David: Take advantage of price increases get back at it

04/27/2021, 10:00 p.m. - BO RUSSE NEW: knowing that Cohen is a fucking great marketer

04/27/2021, 10:01 p.m. - BO RUSSE NEW: have to keep some security

04/27/2021, 10:01 p.m. - BO RUSSE NEW: but he might try something on cryptos or something else

04/27/2021, 10:01 p.m. - BO RUSSE NEW: a game of poker like Musk

04/27/2021, 10:01 p.m. - David: Yes but the market and com nice but at some point when you want to close the stores you're spending

04/27/2021, 10:01 p.m. - BO RUSSE NEW: which saved its price thanks to that

04/27/2021, 10:02 p.m. - David: Always possible but watch out, the guys are completely messed up

04/27/2021, 10:02 p.m. - David: Walmart Microsoft and sony....

04/27/2021, 10:02 p.m. - BO RUSSE NEW: completely but it's fun

04/27/2021, 10:02 p.m. - BO RUSSE NEW: it's what the market wants to hear

04/27/2021, 10:02 p.m. - David: Until the next fund-raising round

04/27/2021, 10:03 p.m. - BO RUSSE NEW: as long as money comes out of every hole

04/27/2021, 10:03 p.m. - David: I'm going to check now how much Cohen and kitten subscribed

04/27/2021, 10:03 p.m. - David: And I'll pass it on if they haven't put anything down to say they're imposters

04/27/2021, 10:03 p.m. - BO RUSSE NEW: yes would need to know

04/27/2021, 10:03 p.m. - BO RUSSE NEW: but Cohen I'm thinking of put

04/27/2021, 10:04 p.m. - David: We've got a lot to play for because he didn't say anything unlike Car who says such and such put

BRATYA_000640

04/27/2021, 10:04 p.m. - BO RUSSE NEW: and Kitten is a timps

04/27/2021, 10:04 p.m. - David: I'm going to check 😊
04/27/2021, 10:04 p.m. - David: But he's being monitored, and if you attack him
04/27/2021, 10:04 p.m. - David: They may feel betrayed...
04/27/2021, 10:04 p.m. - BO RUSSE NEW: by Cohen clearly
04/27/2021, 10:05 p.m. - David: You'll get insulted but we'll have fun
04/27/2021, 10:05 p.m. - BO RUSSE NEW: yes of course I'll continue lambasting them

04/27/2021, 10:10 p.m. - BO RUSSE NEW: 0 volumes on the increases

04/27/2021, 10:10 p.m. - BO RUSSE NEW: positive ☐
04/27/2021, 11:19 p.m. - David: https://www.cnbc.com/2021/04/27/stocks-making-the-biggest-moves-midday-tesla-crocs-ubs-more.html

04/27/2021, 11:20 p.m. - David: Look at the crocs since last March x10 ☐☐☐☐☐☐
04/28/2021, 05:30 a.m. - David: The stock doesn't care about the fundamentals, Dick said, adding that it could go anywhere.
The "PreMarket Prep" co-host said he wouldn't be surprised if the stock went higher and wouldn't be surprised if it went lower, he said.
GameStop Technical Analysis: $200 is a major resistance level for the stock, Dick said.
Co-host, Joel Elconin said the stock has traded in a range of $144.70 and $162.98 for nine days.
"Let's see if it wants to corne back into that range," Elconin said.
He agreed with Dick, saying that the $200 level looks like "major resistance."
GME Price Action: GameStop was up 6.71% at $180.27 at last check Tuesday.
04/28/2021, 05:31 a.m. - David: The resistance of 200 is very good in the short term it allows cash in big fast is what we have 210 220 225 230
04/28/2021, 08:05 a.m. - BO RUSSE NEW: crazy. it is stronger than ever
04/28/2021, 08:07 a.m. - BO RUSSE NEW: that's it, no fundamentals, just a trade price that corresponds to nothing, like bitcoin
04/28/2021, 08:07 a.m. - BO RUSSE NEW: and twits and reddit that make it go up and down
04/28/2021, 08:07 a.m. - David: https://finance.yahoo.com/video/gamestop-needs-something-really-special-162955114.html
04/28/2021, 08:07 a.m. - BO RUSSE NEW: yes the only move is to use their cash to load cryptos
04/28/2021, 08:08 a.m. - BO RUSSE NEW: but at that price it's risky
04/28/2021, 08:12 a.m. - BO RUSSE NEW: the Fed today, which will give a final boost as usual
04/28/2021, 08:16 a.m. - David: What cash??? Between the operating loss and debt repayment...
04/28/2021, 08:21 a.m. - BO RUSSE NEW: the debt has already been fully repaid by last week's bond issues
04/28/2021, 08:21 a.m. - BO RUSSE NEW: so the dilution is 100% cash
04/28/2021, 08:34 a.m. - David: No, debt repayment through debt issues????

04/28/2021, 08:40 a.m. - David: ☐☐ ☐☐
04/28/2021, 08:43 a.m. - BO RUSSE NEW: sorry the withdrawal of bonds
04/28/2021, 08:43 a.m. - BO RUSSE NEW: with the cash they had
04/28/2021, 08:43 a.m. - BO RUSSE NEW: https://www.fool.com/investing/2021/04/14/gamestop-looks-to-become-debt-free-with-early-debt/
04/28/2021, 08:44 a.m. - David:  Yes we are ok there is still 250 300 bar
04/28/2021, 08:44 a.m. - David:  Unless you do x5, what do you do
04/28/2021, 08:44 a.m. - David:  No purchas
04/28/2021, 08:44 a.m. - David:  Es

BRATYA_000641

04/28/2021, 08:45 a.m. - BO RUSSE NEW: and the dilution which makes it cash over-positive
04/28/2021, 08:45 a.m. - BO RUSSE NEW: on 500 try a x2 or 3 in crypto
04/28/2021, 08:45 a.m. - BO RUSSE NEW: that is all
04/28/2021, 08:45 a.m. - BO RUSSE NEW: or buy something that works at 1 or 2B
04/28/2021, 08:46 a.m. - BO RUSSE NEW: like Tesla. only positive point in this business is the bonus eco and bitcoin trade 👨‍🚀
04/28/2021, 08:57 a.m. - David:   There isn't 500 you already have a 200 easy operating loss this year

04/28/2021, 09:02 a.m. - David: Charaat I'm going to borrow a bit
04/28/2021, 09:03 a.m. - David: Don't worry on this case I'm the Diamond hands
04/28/2021, 09:04 a.m. - David: We have to stop dreaming like idiots and even if guys buy without limits the shower will be even harder and colder
04/28/2021, 09:04 a.m. - David: At some point Cohen will have to cash in with kitten
04/28/2021, 09:09 a.m. - BO RUSSE NEW: yes clearly by keeping security for the barbelay volatility have to keep borrowing in that
04/28/2021, 09:10 a.m. - BO RUSSE NEW: <Media omitted>
04/28/2021, 09:10 a.m. - BO RUSSE NEW: AMC is doing the same
04/28/2021, 09:10 a.m. - BO RUSSE NEW: you know that at these values it's your survival kit. take advantage of it and take cash
04/28/2021, 09:11 a.m. - BO RUSSE NEW: yes well it's going to move big time with all the news
04/28/2021, 09:11 a.m. - BO RUSSE NEW: then it's not very liquid...
04/28/2021, 09:16 a.m. - David: I'm fed up with this because we're really not great in LTV

04/28/2021, 09:17 a.m. - David: Especially since guys are obliged to subscribe to keep their values ☐
04/28/2021, 09:18 a.m. - David: "Will Musk talk about Dogecoin on TV on Saturday? The DOGE explodes at the thought"

https://fr.investing.com/news/cryptocurrency-news/musk-vatil-evoquer-le-dogecoin-a-la-tv-samedi--le-doge-explose-a-cette-idee-2016795
04/28/2021, 09:25 a.m. - David: <Media omitted>
04/28/2021, 09:25 a.m. - David: Here is the strategic plan to valuate 12 coins
04/28/2021, 09:30 a.m. - BO RUSSE NEW: see what they can do with the stores
04/28/2021, 09:31 a.m. - BO RUSSE NEW: it is the most important thing
04/28/2021, 09:31 a.m. - David: Right, but I don't think so, because many of them are mini stores without sklad in shopping malls
04/28/2021, 09:32 a.m. - BO RUSSE NEW: yes it's complicated
04/28/2021, 09:34 a.m. - David: The guys said it's not a best buy where you already have a sick offer and big stores that make sklad and that you can modulate
04/28/2021, 09:35 a.m. - David: It's closures on closures....I think Cohen will be a financial success, but reddit will suffer and so will the company
04/28/2021, 09:37 a.m. - BO RUSSE NEW: will have to see the conversion of stores. if he makes bitcoin stores like mini crypto banks or a partnership with a big e com retailer to make click&collect points
04/28/2021, 09:38 a.m. - BO RUSSE NEW: There's going to be a constant flow of positive news, because that's what he specializes in. talk talk and make people dream
04/28/2021, 09:38 a.m. - David: A big e com he would have bought the company or odp if he needed to
04/28/2021, 09:38 a.m. - David: Reality comes back with numbers.... and then it's shit for them I tell you
04/28/2021, 09:39 a.m. - BO RUSSE NEW: that's when the market fizzles out

BRATYA_000642

04/28/2021, 09:40 a.m. - David: But already staying at this level is crazy
04/28/2021, 09:40 a.m. - BO RUSSE NEW: as long as the Fed gives away free money, everyone puts in their minimum wage at robinhood
04/28/2021, 09:40 a.m. - BO RUSSE NEW: yes I'm waiting for its to burst every day. but it goes up every day

😂

04/28/2021, 09:41 a.m. - BO RUSSE NEW: damn idi i can't find any bad news
04/28/2021, 09:41 a.m. - BO RUSSE NEW: there's got to be something to report
04/28/2021, 09:41 a.m. - David: Wait a minute, I'm glad GME is back up, we're going to put it back on
04/28/2021, 09:42 a.m. - BO RUSSE NEW: 15% in one week

04/28/2021, 09:42 a.m. - David: But no, it's just in its little corner of Switzerland, not yet on the radar of success
04/28/2021, 09:42 a.m. - BO RUSSE NEW: weird that it comes out so much
04/28/2021, 09:42 a.m. - BO RUSSE NEW: or is it JJ who's paying for it
04/28/2021, 09:43 a.m. - BO RUSSE NEW: or one of the bigs

04/28/2021, 09:43 a.m. - BO RUSSE NEW: he's at the bottom of the covid crisis 🤷‍♂️ 🤦‍♀️
04/28/2021, 09:47 a.m. - David: They have nothing left
04/28/2021, 09:48 a.m. - David: In liquid securities
04/28/2021, 09:48 a.m. - David: No it wouldn't be that…
04/28/2021, 09:48 a.m. - David: 15 points above
04/28/2021, 09:48 a.m. - BO RUSSE NEW: 15% in 5 days is already not bad
04/28/2021, 09:49 a.m. - David: 10 points This will make it possible to lay the big stuff for year end and 2023
04/28/2021, 09:49 a.m. - BO RUSSE NEW: yes that is what is necessary
04/28/2021, 09:49 a.m. - David: Don't get too excited when it goes off we'll be on the train and bigger than ever
04/28/2021, 09:49 a.m. - BO RUSSE NEW: but understand first if there's not a ball in the pipe
04/28/2021, 09:50 a.m. - BO RUSSE NEW: because short term can play out
04/28/2021, 09:50 a.m. - BO RUSSE NEW: even if long term we keep the same objective
04/28/2021, 09:50 a.m. - David: For which it is possible to miss something and then if the rest is good
04/28/2021, 09:50 a.m. - BO RUSSE NEW: yes LT no problem
04/28/2021, 09:51 a.m. - David: And then what do you do, take out 50,000 stocks??
04/28/2021, 09:51 a.m. - BO RUSSE NEW: but on calls at year end we don't have too much security

04/28/2021, 09:51 a.m. - BO RUSSE NEW: no, but avoid putting calls before then 😂
04/28/2021, 09:51 a.m. - David: We'll see let's take it step by step
04/28/2021, 09:51 a.m. - David: I'm not going to take out the stocks
04/28/2021, 09:52 a.m. - BO RUSSE NEW: no but we wanted to put back some call
04/28/2021, 10:06 a.m. - David: Yes
04/28/2021, 10:40 a.m. - BO RUSSE NEW: good pre open
04/28/2021, 11:40 a.m. - BO RUSSE NEW: the Fed is going to rebalance the stimulus
04/28/2021, 11:40 a.m. - BO RUSSE NEW: and 0 rates
04/28/2021, 11:40 a.m. - BO RUSSE NEW: do you think it'll give you another market boost?
04/28/2021, 12:16 p.m. - David: They can't. It's a recipe for inflation
04/28/2021, 12:16 p.m. - David: Too risky
04/28/2021, 1:04 p.m. - BO RUSSE NEW: and everything is off full power

CONFIDENTIAL

BRATYA_000643

04/28/2021, 1:04 p.m. - BO RUSSE NEW: 🐵

04/28/2021, 4:16 p.m. - BO RUSSE NEW: it gives some air

04/28/2021, 4:17 p.m. - BO RUSSE NEW: 😊

04/28/2021, 4:18 p.m. - BO RUSSE NEW: <Media omitted>

04/28/2021, 4:18 p.m. - BO RUSSE NEW: 😂

04/28/2021, 4:21 p.m. - David: I'm telling you all good

04/28/2021, 4:21 p.m. - David: In 3 days it will be going up

04/28/2021, 4:21 p.m. - David: It's just the stonks that are jumping like rats

04/28/2021, 8:43 p.m. - BO RUSSE NEW: it's starting to make us sweat 🥵

04/28/2021, 8:47 p.m. - BO RUSSE NEW: the Fed keeps going. 0 rate for a while longer

04/28/2021, 8:47 p.m. - BO RUSSE NEW: inflation isn't serious it's temporary

04/28/2021, 8:47 p.m. - BO RUSSE NEW: 🤷‍♂️

04/29/2021, 3:52 p.m. - David: Awesome GME

04/29/2021, 3:52 p.m. - BO RUSSE NEW: yes madness

04/29/2021, 3:52 p.m. - BO RUSSE NEW: it has to keep its jefferies price

04/29/2021, 3:52 p.m. - BO RUSSE NEW: the rynoks are not so great

04/29/2021, 3:57 p.m. - BO RUSSE NEW: microvision was a nice piece of crap too

04/29/2021, 3:57 p.m. - BO RUSSE NEW: much worse than gme

04/29/2021, 3:57 p.m. - BO RUSSE NEW: 😂

04/29/2021, 4:00 p.m. - David: Of course but the vol is better at GME

04/29/2021, 4:00 p.m. - David: Because it had several carp jumps

04/29/2021, 4:00 p.m. - David: Not micro

04/29/2021, 4:01 p.m. - BO RUSSE NEW: yes

04/29/2021, 4:44 p.m. - David: Are you available???

04/29/2021, 4:45 p.m. - David: You got some bullshit figures on shorts, they're back down to 18.4, we were at 20

04/30/2021, 06:04 a.m. - David: <Media omitted>

04/30/2021, 06:04 a.m. - David: Look at the bottom right of the photo to see who got involved in this shitty project ☐☐

04/30/2021, 06:05 a.m. - David: It's okay that he has Apple and other junk

04/30/2021, 07:20 a.m. - BO RUSSE NEW: oh crazy. yes it was not his fort limmo in Dubai 😂

04/30/2021, 1:19 p.m. - BO RUSSE NEW: not bad on Gme

04/30/2021, 1:20 p.m. - BO RUSSE NEW: microvision wasn't bad either 🐵

04/30/2021, 1:20 p.m. - BO RUSSE NEW: loxure

04/30/2021, 4:37 p.m. - David: https://finance.yahoo.com/news/gamestop-gme-stock-sinks-market-214509526.html

CONFIDENTIAL

26/04/2021, 21:58 - BO RUSSE NEW: Microvision (MVIS) is at $26.6700 (+48.41%)

http://www.investing.com/equities/microvision?utm_source=investing_app&utm_medium=share_link&utm_campaign=share_instrument

26/04/2021, 21:59 - BO RUSSE NEW: Bro fais la même, c'est n'importe quoi cette boite. vends de la vol. mates en vente de call ve qui est possible

26/04/2021, 21:59 - BO RUSSE NEW: on va kaiff aussi

26/04/2021, 22:03 - BO RUSSE NEW: ils proposent que du 35 au 21 mai

26/04/2021, 22:06 - David: Je matte apres les results de Tesla

26/04/2021, 22:13 - BO RUSSE NEW: pas ouf. les EPS sont truqués comme des putes

26/04/2021, 22:19 - BO RUSSE NEW: heureusement qu'ils ont le bitcoin. pour un car manufacturer ça fait leger

26/04/2021, 22:49 - David: Moins 3 donc moins 6 et finir en hausse demain

26/04/2021, 22:50 - David: Gme plus 8 en after....

26/04/2021, 22:50 - David: Et peut etre demain a zero au demarrage....

26/04/2021, 22:57 - David: Tout ce qui serait juste se roll anyway et va aller au bout du chemin

26/04/2021, 22:57 - David: Je vais suivre aussi la position short

26/04/2021, 23:03 - David: https://finance.yahoo.com/news/gamestop-completes-market-equity-offering-203900459.html

26/04/2021, 23:03 - David: Voila le pourquoi du comment....

26/04/2021, 23:04 - David: Ils lèvent que 551 barres et a rembourser 220 de debt....donc ca paye le trou de la perte annuelle

27/04/2021, 01:02 - David: https://www.marketwatch.com/story/gamestops-latest-big-day-picks-up-steam-after-hours-with-551-million-stock-offering-11619474789?siteid=yhoof2&yptr=yahoo

27/04/2021, 01:03 - David: https://www.marketwatch.com/story/get-ready-for-178-billion-of-selling-ahead-of-the-capital-gains-tax-hike-these-are-the-stocks-most-at-risk-11619174251

27/04/2021, 01:03 - David: Mais attention a cela aussi

27/04/2021, 01:04 - David: J'ai raté que AK soit mauvaise mais le rinok va prendre une douille

27/04/2021, 07:17 - David: Cohen, whose RC Ventures owns nearly 13% of GameStop, is leading the company's transformation into an e-commerce firm that can compete with big retailers such as Walmart Inc WMT.N, as well as technology companies like Microsoft Corp MSFT.O and Sony Corp 6758.T

27/04/2021, 07:18 - David: GME qui devient Wallmart Microsoft et Sony en meme temps n'importe quoi....

27/04/2021, 07:21 - BO RUSSE NEW: 😂😂😂

27/04/2021, 07:23 - David: C'est ca le point today!!!!!

27/04/2021, 07:24 - David: Si on a baissé le niveau de short par AK alors all good ca va refuel back quickly

27/04/2021, 07:25 - BO RUSSE NEW: yes. 500 c'est pas mal. sur du green comme hier. beau gosse qd même

27/04/2021, 07:25 - BO RUSSE NEW: faut les lever. c'est ouf

27/04/2021, 07:25 - David: C'etait deja done vendredi

27/04/2021, 07:26 - David: Hier c'était le salut de la reussite de l'opération

27/04/2021, 07:26 - David: Et after market la publication de la réussite

27/04/2021, 07:27 - David: Il a bonne réputation avec Chewy et communique tous les jours tous les jours

27/04/2021, 07:32 - BO RUSSE NEW: yes c'est ca

27/04/2021, 07:32 - BO RUSSE NEW: c'est une prouesse financière qd même

27/04/2021, 07:33 - BO RUSSE NEW: qd je vois jp qui a qd même une boîte de 30B dans les jambes

27/04/2021, 07:35 - BO RUSSE NEW: yes violent...

27/04/2021, 07:37 - David: Jp il va monter en gamme et est européen for now

27/04/2021, 07:38 - David: Ca va partir a 200 et retomber aussi sec

BRATYA_000638

27/04/2021, 07:38 - David: Ce qui est cool cest que ca remets un boost de vol
27/04/2021, 07:39 - David: Donc on va pouvoir continuer a bosser le dossier
27/04/2021, 07:42 - David: The last time capital-gains taxes were hiked, in 2013, the wealthiest households sold 1% of their equity assets, the Goldman analysts found. According to the Federal Reserve's distributional financial account data, the top 1% held $17.79 trillion of equities and mutual funds in the fourth quarter of 2020 — so a 1% selling of stocks this time would be $178 billion. (The most recent Internal Revenue Service breakdown, from 2018, found that millionaires accounted for just over 500,000 filers, or about 0.4% of the total
27/04/2021, 07:43 - David: La si on parlait de 2 ou 3%vu deja les montants en bourse
27/04/2021, 07:46 - BO RUSSE NEW: yes exactement
27/04/2021, 07:48 - BO RUSSE NEW: les redit stocks hier 🙈
27/04/2021, 07:48 - BO RUSSE NEW: ocugen
27/04/2021, 07:48 - BO RUSSE NEW: bionano
27/04/2021, 07:48 - BO RUSSE NEW: microvision
27/04/2021, 07:49 - BO RUSSE NEW: ya moyen de vendre de la vol a mort
27/04/2021, 07:49 - BO RUSSE NEW: ca fait- 30 dès qu'il y a une journée red
27/04/2021, 07:51 - BO RUSSE NEW: dingue tt la biopharma a tellement envoyé. JP c'est le moment de poser des call si on veut
27/04/2021, 07:51 - BO RUSSE NEW: sur du 23 24 c'est vraiment bas
27/04/2021, 07:52 - BO RUSSE NEW: après... un petit retard FDA et il est à 17 🙈
27/04/2021, 07:52 - BO RUSSE NEW: on sait jamais
27/04/2021, 07:53 - David: Attendons le rinok
27/04/2021, 07:58 - BO RUSSE NEW: yes
27/04/2021, 14:11 - David: https://www.cnbc.com/2021/04/27/telsey-keeps-30-target-on-gamestop-says-we-still-dont-know-what-the-companys-plan-is.html
27/04/2021, 14:11 - BO RUSSE NEW: yes on le sait que c'est une daube
27/04/2021, 15:54 - BO RUSSE NEW: ca va ça vend
27/04/2021, 15:54 - BO RUSSE NEW: microvision se fait casser
27/04/2021, 15:54 - David: Of course no stress
27/04/2021, 15:55 - BO RUSSE NEW: c'est des boîtes de merde
27/04/2021, 15:55 - BO RUSSE NEW: pumped par les barbelay
27/04/2021, 15:56 - David: Oui et ca se fait deboiter direct
27/04/2021, 15:56 - BO RUSSE NEW: yes.
27/04/2021, 15:56 - David: Faut s'accrocher saccrocher
27/04/2021, 15:57 - BO RUSSE NEW: ca valait 0.2
27/04/2021, 15:57 - BO RUSSE NEW: ca vaut 25 🙈
27/04/2021, 15:57 - BO RUSSE NEW: dingue qd même
27/04/2021, 15:57 - BO RUSSE NEW: ×100 en 3 mois tu kaif
27/04/2021, 15:59 - BO RUSSE NEW: GME c'est pas autant une merde
27/04/2021, 15:59 - BO RUSSE NEW: 0 dettes
27/04/2021, 16:00 - BO RUSSE NEW: du cash de ouf now
27/04/2021, 16:00 - BO RUSSE NEW: ils mettent 2.5B d'actifs
27/04/2021, 16:00 - BO RUSSE NEW: Je pense Cohen est pas fou qd même. si ca valait 30 il s'en occuperait pas
27/04/2021, 16:01 - BO RUSSE NEW: 175 c'est juste je trouve Jefferies
27/04/2021, 16:01 - BO RUSSE NEW: Un CA
27/04/2021, 16:02 - BO RUSSE NEW: et un brand name maintenant qui est dingue

BRATYA_000639

27/04/2021, 16:22 - BO RUSSE NEW: Tesla (NASDAQ:TSLA) reported record profits, which were, however, entirely due to sales of emissions credits and speculative gains on Bitcoin.
27/04/2021, 16:22 - BO RUSSE NEW: 🤣 kaiff le biz
27/04/2021, 16:23 - BO RUSSE NEW: 🙎🏾‍♀️
27/04/2021, 16:23 - David: La tristesse
27/04/2021, 16:24 - BO RUSSE NEW: 👨‍🦳
27/04/2021, 21:56 - David: Ca kaiff grave
27/04/2021, 21:57 - David: Les primes tombent car baisse de vol et de temps today et les strikes sont biens
27/04/2021, 21:58 - BO RUSSE NEW: yes de ouf
27/04/2021, 21:58 - BO RUSSE NEW: Le spoke qui reprend un peu des couleurs
27/04/2021, 21:58 - David: Leger a 13.43 il etait mieux
27/04/2021, 21:58 - BO RUSSE NEW: c'est la même que chez Cheewy ça va communiquer à donf
27/04/2021, 21:59 - David: Et elle tient pas les 180 donc tres good pour le 200 a 230
27/04/2021, 21:59 - David: Oui mais la com a deja tellement ete forcee
27/04/2021, 21:59 - BO RUSSE NEW: yes exact c'est propre
27/04/2021, 21:59 - David: La les mecs qui ont achetées sattendent a des trucs excrementiels
27/04/2021, 21:59 - David: All good
27/04/2021, 22:00 - BO RUSSE NEW: yes pour moi elle est bien dans ce range
27/04/2021, 22:00 - David: Donc kaiff faut avancer la dessus
27/04/2021, 22:00 - David: Profiter des hausses pour remettre
27/04/2021, 22:00 - BO RUSSE NEW: sachant que Cohen est un putain de marketeur
27/04/2021, 22:01 - BO RUSSE NEW: faut rester avec un peu de secu
27/04/2021, 22:01 - BO RUSSE NEW: mais il peut tenter un truc sur les cryptos ou autre
27/04/2021, 22:01 - BO RUSSE NEW: un coup de poker comme Musk
27/04/2021, 22:01 - David: Oui mais le market et com sympa mais a un moment quand tu veux fermer les boutiques tu depenses
27/04/2021, 22:01 - BO RUSSE NEW: qui a sauvé son cours grâce à ca
27/04/2021, 22:02 - David: Always possible mais attention les mecs deraillent complètement
27/04/2021, 22:02 - David: Walmart Microsoft et sony....
27/04/2021, 22:02 - BO RUSSE NEW: complètement mais ça plaît
27/04/2021, 22:02 - BO RUSSE NEW: c'est ce que le marché veut entendre
27/04/2021, 22:02 - David: Jusqu'à la next levée de fonds
27/04/2021, 22:03 - BO RUSSE NEW: tant que le poignon est chié par tt les trous
27/04/2021, 22:03 - David: Et la je vais matter combien il a souscrit Cohen et kitten
27/04/2021, 22:03 - David: Et je vais communiquer la dessus sils ont rien remis pour dire que cest des imposteurs
27/04/2021, 22:03 - BO RUSSE NEW: yes faudrait savoir
27/04/2021, 22:03 - BO RUSSE NEW: mais Cohen je pense à remi
27/04/2021, 22:04 - David: On a un beau coup a jouer car il a rien dit contrairement a Car qui dit un tel a mis un tel a remis
27/04/2021, 22:04 - BO RUSSE NEW: et Kitten c'est une timps
27/04/2021, 22:04 - David: Je vais checker 😬
27/04/2021, 22:04 - David: Mais il est suivi et si tu lattaques
27/04/2021, 22:04 - David: Ils peuvemt se sentir trahis...
27/04/2021, 22:04 - BO RUSSE NEW: par Cohen clairement
27/04/2021, 22:05 - David: Tu vas te faire insulter mais on va se marrer
27/04/2021, 22:05 - BO RUSSE NEW: yes claro je continue à les dezinguer

BRATYA_000640

27/04/2021, 22:10 - BO RUSSE NEW: 0 volumes sur les hausses

27/04/2021, 22:10 - BO RUSSE NEW: positif 👌🏻

27/04/2021, 23:19 - David: https://www.cnbc.com/2021/04/27/stocks-making-the-biggest-moves-midday-tesla-crocs-ubs-more.html

27/04/2021, 23:20 - David: Mattes crocs depuis last mars x10 🤣 🤣 🤣

28/04/2021, 05:30 - David: The stock doesn't care about the fundamentals, Dick said, adding that it could go anywhere.

The "PreMarket Prep" co-host said he wouldn't be surprised if the stock went higher and wouldn't be surprised if it went lower, he said.

GameStop Technical Analysis: $200 is a major resistance level for the stock, Dick said.

Co-host, Joel Elconin said the stock has traded in a range of $144.70 and $162.98 for nine days.

"Let's see if it wants to come back into that range," Elconin said.

He agreed with Dick, saying that the $200 level looks like "major resistance."

GME Price Action: GameStop was up 6.71% at $180.27 at last check Tuesday.

28/04/2021, 05:31 - David: La résistance des 200 est tres bonne a court terme elle permet de cash in big rapide cest ce quon a du 210 220 225 230

28/04/2021, 08:05 - BO RUSSE NEW: dingue. et il est stronger than ever

28/04/2021, 08:07 - BO RUSSE NEW: c'est ca, aucun fondamentals, juste un prix trade qui correspond à rien, comme le bitcoin

28/04/2021, 08:07 - BO RUSSE NEW: et des twit et reddit qui font monter et descendre

28/04/2021, 08:07 - David: https://finance.yahoo.com/video/gamestop-needs-something-really-special-162955114.html

28/04/2021, 08:07 - BO RUSSE NEW: yes le seul coup à jouer c'est utiliser leur cash pour loader des cryptos

28/04/2021, 08:08 - BO RUSSE NEW: mais a ce prix c'est risque

28/04/2021, 08:12 - BO RUSSE NEW: la Fed today qui va remettre un dernier coup de fouet normalement

28/04/2021, 08:16 - David: Quel cash??? Entre la perte opérationnelle a combler et remboursement de dette...

28/04/2021, 08:21 - BO RUSSE NEW: la dette est déjà entièrement remboursée par les émissions obligataires de la semaine dernière

28/04/2021, 08:21 - BO RUSSE NEW: donc la dillu c'est du cash 100%

28/04/2021, 08:34 - David: Nein remboursement de dette par des émissions de dettes???

28/04/2021, 08:40 - David: 🤣 🤣

28/04/2021, 08:43 - BO RUSSE NEW: pardon le retrait des obligations

28/04/2021, 08:43 - BO RUSSE NEW: avec le cash qu'ils avaient

28/04/2021, 08:43 - BO RUSSE NEW: https://www.fool.com/investing/2021/04/14/gamestop-looks-to-become-debt-free-with-early-debt/

28/04/2021, 08:44 - David: Oui on est ok il reste 250 300 barres

28/04/2021, 08:44 - David: A moins de faire x5 tu fais quoi

28/04/2021, 08:44 - David: Aucune acquisi

28/04/2021, 08:44 - David: Tion

28/04/2021, 08:45 - BO RUSSE NEW: et la dillu qui les mets cash overpositif

28/04/2021, 08:45 - BO RUSSE NEW: sur 500 tenter un ×2 ou 3 en crypto

28/04/2021, 08:45 - BO RUSSE NEW: ya que ca

28/04/2021, 08:45 - BO RUSSE NEW: ou acheter un truc qui marche a 1 ou 2B

28/04/2021, 08:46 - BO RUSSE NEW: comme Tesla. seul point positif ds le biz c'est le trade de bonus eco et bitcoin 🗿

28/04/2021, 08:57 - David: Ya pas 500 tu as deja une perte opérationnelle de 200 easy cette année

28/04/2021, 09:02 - David: Charaat je vais en taper un peu
28/04/2021, 09:03 - David: T'inquiète sur ce dossier suis le Diamond hands
28/04/2021, 09:04 - David: Faut arreter de rever comme des debiles et meme si les mecs achetent sans limites la douche sera encore plus dure et froide
28/04/2021, 09:04 - David: A un moment cest Cohen qui va encaisser avec kitten
28/04/2021, 09:09 - BO RUSSE NEW: yes claro en gardant une secu pour la volatilité barbelay faut continuer à taper dedans
28/04/2021, 09:10 - BO RUSSE NEW: <Media omitted>
28/04/2021, 09:10 - BO RUSSE NEW: AMC fait la même
28/04/2021, 09:10 - BO RUSSE NEW: tu sais qu'à ces valos c'est ton kit de survie. faut en profiter et prendre du cash
28/04/2021, 09:11 - BO RUSSE NEW: yes bien ça va bouger big time avec tt les news
28/04/2021, 09:11 - BO RUSSE NEW: après ça reste peu liquide...
28/04/2021, 09:16 - David: Ca ca me gave car on est vraiment pas top en LTV
28/04/2021, 09:17 - David: Surtout que les mecs sont obligés de souscrire pour garder leurs valos 🤣
28/04/2021, 09:18 - David: "Musk va-t-il évoquer le Dogecoin à la TV samedi ? Le DOGE explose à cette idée"

https://fr.investing.com/news/cryptocurrency-news/musk-vatil-evoquer-le-dogecoin-a-la-tv-samedi--le-doge-explose-a-cette-idee-2016795
28/04/2021, 09:25 - David: <Media omitted>
28/04/2021, 09:25 - David: Voila le plan stratégique pour valoir 12 pièces
28/04/2021, 09:30 - BO RUSSE NEW: voir ce qu'ils peuvent faire des stores
28/04/2021, 09:31 - BO RUSSE NEW: c'est le plus important
28/04/2021, 09:31 - David: Exact mais je pense rien car cest des mini stores sans sklad dans des centres commerciaux pour bcp
28/04/2021, 09:32 - BO RUSSE NEW: yes compliqué
28/04/2021, 09:34 - David: Les gars disaient c'est pas un best buy ou tu as deja une offre de malade et des grands stores qui font sklad et que tu peux moduler
28/04/2021, 09:35 - David: La c'est fermetures sur fermetures....je pense Cohen va cartonner en financier mais les reddit vont douiller et l'entreprise aussi
28/04/2021, 09:37 - BO RUSSE NEW: faut voir la reconversion des mags. si il fait des bitcoin stores genre de minis banques cryptos ou un partenariat avec un gros e com retailer pour faire des points de click&collect
28/04/2021, 09:38 - BO RUSSE NEW: Il va y avoir un flow de news positif en permanence car c'est sa spécialité. parler parler et faire rever
28/04/2021, 09:38 - David: Un gros e com il aurait acheté la boite ou odp sil avait besoin
28/04/2021, 09:38 - David: La réalité revient avec les chiffres.... et la c'est la merde pour eux je te dis
28/04/2021, 09:39 - BO RUSSE NEW: ca c'est qd les marché pètent
28/04/2021, 09:40 - David: Même deja tenir ce niveau est dingue
28/04/2021, 09:40 - BO RUSSE NEW: tant que la Fed fout de l'oseille gratos. tt le monde met son smic chez robinhood
28/04/2021, 09:40 - BO RUSSE NEW: yes j'attends le pete chaque jour. mais ca monte chaque jour 😂
28/04/2021, 09:41 - BO RUSSE NEW: putain idi j'arrive pas a trouver une mauvaise news
28/04/2021, 09:41 - BO RUSSE NEW: il doit y avoir un sal truc qui va être communiqué
28/04/2021, 09:41 - David: Attends tranquille moi suis content que GME soit remonté on va en remettre
28/04/2021, 09:42 - BO RUSSE NEW: 15% en une week

28/04/2021, 09:42 - David: Mais non il est juste dans son petit coin de suisse pas encore sous les radars du succès
28/04/2021, 09:42 - BO RUSSE NEW: bizarre que ça sorte autant
28/04/2021, 09:42 - BO RUSSE NEW: ou c'est JJ qui solde
28/04/2021, 09:43 - BO RUSSE NEW: ou un des bigs
28/04/2021, 09:43 - BO RUSSE NEW: il est au plus bas de la crise covid 🤵 🧑🏾
28/04/2021, 09:47 - David: Ils ont plus rien
28/04/2021, 09:48 - David: En titres liquides
28/04/2021, 09:48 - David: Non ca serait pas ca...
28/04/2021, 09:48 - David: 15 points au dessus
28/04/2021, 09:48 - BO RUSSE NEW: 15% en 5j pas mal deja
28/04/2021, 09:49 - David: 10 points Ca va permettre de poser du gros pour year end et 2023
28/04/2021, 09:49 - BO RUSSE NEW: yes c'est ce qu'il faut
28/04/2021, 09:49 - David: Faut pas s'exciter quand ca va partir on sera dans le train et bigger than ever
28/04/2021, 09:49 - BO RUSSE NEW: mais comprendre avant si ya pas une couille dans le pipe
28/04/2021, 09:50 - BO RUSSE NEW: car short term ça peut jouer
28/04/2021, 09:50 - BO RUSSE NEW: même si long terme on garde le même objectif
28/04/2021, 09:50 - David: Laquelle un truc qui rate cest possible et alors si le reste est good
28/04/2021, 09:50 - BO RUSSE NEW: yes LT no problème
28/04/2021, 09:51 - David: Et alors tu sors quoi 50000 titres ??
28/04/2021, 09:50 - BO RUSSE NEW: mais sur des call end year on a pas trop de secu
28/04/2021, 09:51 - BO RUSSE NEW: non mais éviter de mettre des call avant 😂
28/04/2021, 09:51 - David: On va voir laisses faire step by step
28/04/2021, 09:51 - David: Je vais pas sortir les titres
28/04/2021, 09:52 - BO RUSSE NEW: non mais on voulait remettre des call
28/04/2021, 10:06 - David: Et oui
28/04/2021, 10:40 - BO RUSSE NEW: good pre open
28/04/2021, 11:40 - BO RUSSE NEW: la Fed va rebalancer du stimulus
28/04/2021, 11:40 - BO RUSSE NEW: et des taux 0
28/04/2021, 11:40 - BO RUSSE NEW: ca va encore refiler un boost marché tu crois?
28/04/2021, 12:16 - David: Ils peuvent pas c'est faire peter l'inflation
28/04/2021, 12:16 - David: Too risky
28/04/2021, 13:04 - BO RUSSE NEW: et tt repart full power
28/04/2021, 13:04 - BO RUSSE NEW: 🧑🏾
28/04/2021, 16:16 - BO RUSSE NEW: ca donne de l'air
28/04/2021, 16:17 - BO RUSSE NEW: 😊
28/04/2021, 16:18 - BO RUSSE NEW: <Media omitted>
28/04/2021, 16:18 - BO RUSSE NEW: 😂
28/04/2021, 16:21 - David: Je te dis all good
28/04/2021, 16:21 - David: Dans 3 jours elle se retrouve sous la levée
28/04/2021, 16:21 - David: CEst juste des sauts de rats que font les stonks
28/04/2021, 20:43 - BO RUSSE NEW: ca commence a nous faire transpirer 🧑
28/04/2021, 20:47 - BO RUSSE NEW: la Fed tout continue. du tx 0 encore pour un moment
28/04/2021, 20:47 - BO RUSSE NEW: l'inflation c'est pas grave c'est temporaire
28/04/2021, 20:47 - BO RUSSE NEW: 🤵
29/04/2021, 15:52 - David: Kaifff GME
29/04/2021, 15:52 - BO RUSSE NEW: yes oufff

BRATYA_000643

29/04/2021, 15:52 - BO RUSSE NEW: faut qu'elle garde son jefferies price
29/04/2021, 15:52 - BO RUSSE NEW: les rynoks sont pas si ouf
29/04/2021, 15:57 - BO RUSSE NEW: microvision c'était une belle daube aussi
29/04/2021, 15:57 - BO RUSSE NEW: bien pire que gme
29/04/2021, 15:57 - BO RUSSE NEW: 😂
29/04/2021, 16:00 - David: Claro mais la vol est better vhez GME
29/04/2021, 16:00 - David: Car elle a eu plusieurs sauts dd carpes
29/04/2021, 16:00 - David: Pas micro
29/04/2021, 16:01 - BO RUSSE NEW: yes
29/04/2021, 16:44 - David: Tes dispo???
29/04/2021, 16:45 - David: Tas eu des vhiffres a la con sur les shorts ils sont redescendus a 18.4 on etait à 20
30/04/2021, 06:04 - David: <Media omitted>
30/04/2021, 06:04 - David: Regardes en bas a droite de la photo qui a mis le poignon dans ce projet de merde 🤣 🤣
30/04/2021, 06:05 - David: Ca va quil a Apple et d'autres bazar
30/04/2021, 07:20 - BO RUSSE NEW: oh dingue. yes ca a pas été son fort limmo à Dubai 😂
30/04/2021, 13:19 - BO RUSSE NEW: pas mal sur Gme
30/04/2021, 13:20 - BO RUSSE NEW: microvision c'était pas mal aussi 🙈
30/04/2021, 13:20 - BO RUSSE NEW: loxure
30/04/2021, 16:37 - David: https://finance.yahoo.com/news/gamestop-gme-stock-sinks-market-214509526.html

BRATYA_000644

# EXHIBIT 15

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 8-K
**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15 (d) OF THE**
**SECURITIES EXCHANGE ACT OF 1934**

Date of Report (Date of earliest event reported) **March 24, 2022**

# BED BATH & BEYOND INC.
(Exact name of registrant as specified in its charter)

| <u>New York</u> | <u>0-20214</u> | <u>11-2250488</u> |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Commission File Number) | (IRS Employer Identification No.) |

<u>650 Liberty Avenue, Union, New Jersey 07083</u>
(Address of principal executive offices)(Zip Code)

<u>(908) 688-0888</u>
(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4 (c))

| <u>Title of each class</u> | <u>Trading Symbol</u> | <u>Name of each exchange on which registered</u> |
|---|---|---|
| Common stock, $0.01 par value | BBBY | The Nasdaq Stock Market LLC (Nasdaq Global Select Market) |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 1.01      Entry into a Material Definitive Agreement.**

On March 24, 2022, Bed Bath & Beyond Inc. (the "Company") entered into a cooperation agreement (the "Cooperation Agreement") with RC Ventures LLC and Ryan Cohen (together, "RC Ventures").

Pursuant to the Cooperation Agreement, the Company has agreed to increase the size of its board of directors (the "Board") by three directors to a total of 14 directors and appoint Marjorie L. Bowen, Shelly C. Lombard and Benjamin (Ben) Rosenzweig (the "New Directors") as independent members of the Board, each with a term expiring at the Company's 2022 annual meeting of shareholders (the "2022 Annual Meeting"), anticipated to be held in July 2022. The Company has further agreed that, effective at the 2022 Annual Meeting, the size of the Board will be reduced by three directors to a total of 11 directors. The Board will nominate each of the New Directors (or their replacements appointed in accordance with the terms of the Cooperation Agreement) for election as directors at the 2022 Annual Meeting. Additionally, the Company has agreed that, effective as of the date hereof, Marjorie L. Bowen and Benjamin (Ben) Rosenzweig will join a four-member Strategy Committee of the Board (the "Strategy Committee") primarily focused on supporting the Board's oversight and review of a strategic analysis of the Company's buybuy BABY banner. Andrea Weiss and Sue E. Gove, existing independent directors of the Company's Board, will also serve on the Strategy Committee, and Ms. Gove will serve as its Chair.

As part of the Cooperation Agreement, RC Ventures has agreed to customary standstill provisions, which provide that from the date of the Cooperation Agreement until the earlier of (a) the date that is 30 calendar days prior to the deadline for the submission of director nominations by shareholders for the Company's 2023 Annual Meeting or (b) the date that is 120 calendar days prior to the first anniversary of the 2022 Annual Meeting (such period, the "Standstill Period"), RC Ventures will not, among other things: (i) acquire beneficial ownership in, or aggregate economic exposure to, directly or indirectly, more than 19.9% of the Company's outstanding common stock; (ii) make any proposal for consideration by shareholders at any annual or special meeting of shareholders of the Company; (iii) make any offer or proposal with respect to any extraordinary transactions; or (iv) seek, alone or in concert with others, the appointment, election or removal of any directors in opposition to any recommendation of the Board, in each case as further described in the Cooperation Agreement. As part of the Cooperation Agreement, the Company has permitted RC Ventures to acquire, whether in a single transaction or multiple transactions from time to time, additional shares of the Company's common stock to the extent such acquisitions would result in RC Ventures having beneficial ownership of no more than 19.9% of the outstanding shares.

RC Ventures has also agreed that, during the Standstill Period, it will, and will cause its affiliates and associates to, vote its shares of the Company's common stock at any meeting of the Company's shareholders in favor of each director nominated and recommended by the Board for election at any such meeting and, subject to certain exceptions, in support of other proposals as recommended by the Board.

Pursuant to the Cooperation Agreement, the New Directors will receive the same benefits and the same compensation as other non-management directors on the Board.

A copy of the Cooperation Agreement is filed with this Form 8-K as Exhibit 10.1 and incorporated by reference herein. The foregoing description of the Cooperation Agreement is qualified in its entirety by reference to the full text of the Cooperation Agreement.

**Item 5.02   Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

Pursuant to the Cooperation Agreement, effective as of March 24, 2022, the Board (a) voted to increase the size of the Board to 14 directors, creating a total of three vacancies, and (b) appointed Marjorie L. Bowen, Shelly C. Lombard and Benjamin (Ben) Rosenzweig to fill the resulting vacancies, with terms expiring at the 2022 Annual Meeting. In addition, along with existing directors Ms. Gove and Ms. Weiss, Ms. Bowen and Mr. Rosenzweig were appointed to the Strategy Committee, effective as of the same date.

Other than as described in Item 1.01 of this Form 8-K and the Cooperation Agreement, there are no arrangements or understandings between any of the New Directors or any other persons pursuant to which any of the New Directors were named a director of the Company. None of the New Directors or their immediate family members have any direct or indirect material interest in any transaction or proposed transaction required to be reported under Item 404(a) of Regulation S-K.

Item 1.01 of this Form 8-K is incorporated by reference herein.

**Item 7.01  Regulation FD Disclosure.**

A copy of the joint press release of the Company and RC Ventures announcing the entry into the Cooperation Agreement is furnished with this Form 8-K as Exhibit 99.1.

The information furnished herewith pursuant to this Item 7.01 of this Form 8-K shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, and shall not be incorporated by reference into any registration statement or other document under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such filing.

**Item 9.01.  Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit No. | Description |
| --- | --- |
| 10.1 | Cooperation Agreement, dated as of March 24, 2022, by and among Bed Bath & Beyond Inc., RC Ventures LLC and Ryan Cohen |
| 99.1 | Joint Press Release issued by Bed Bath & Beyond Inc. and RC Ventures LLC, dated as of March 25, 2022 |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

***SIGNATURES***

       Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**BED BATH & BEYOND INC.**
(Registrant)

Date: March 25, 2022                    By: /s/ Gustavo Arnal

                                    Gustavo Arnal
                                    Chief Financial Officer

*Exhibit 10.1*

## COOPERATION AGREEMENT

This Cooperation Agreement (this "<u>Agreement</u>") is made and entered into as of March 24, 2022 by and among Bed Bath & Beyond Inc. (the "<u>Company</u>") and the entities and natural persons set forth in the signature pages hereto (collectively, "<u>RC Ventures</u>") (each of the Company and RC Ventures, a "<u>Party</u>" to this Agreement, and collectively, the "<u>Parties</u>").

## RECITALS

WHEREAS, the Company and RC Ventures have engaged in various discussions and communications concerning the Company's business, financial performance and strategic plans;

WHEREAS, as of the date hereof, RC Ventures beneficially owns (as defined herein) Common Stock, $0.01 par value per share, of the Company (the "<u>Common Stock</u>") totaling, in the aggregate, 9,450,100 shares, or approximately 9.8% of the Common Stock issued and outstanding on the date hereof;

WHEREAS, as of the date hereof, the Company and RC Ventures have determined to come to an agreement with respect to the composition of the Company's board of directors (the "<u>Board</u>") and certain other matters, as provided in this Agreement; and

WHEREAS, the Company believes that the best interests of the Company and its shareholders would be served at this time by, among other things, coming to an agreement with respect to the matters covered in this Agreement and by the Company and RC Ventures agreeing to the other covenants and obligations contained herein.

NOW, THEREFORE, in consideration of the foregoing premises and the mutual covenants and agreements contained herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties, intending to be legally bound hereby, agree as follows:

1. <u>Board Appointments and Related Agreements</u>.

    (a) <u>Board Appointments</u>.

        (i) In accordance with the Company's Amended and Restated Certificate of Incorporation (the "<u>Charter</u>"), the Company's Amended and Restated By-Laws (the "<u>By-Laws</u>") and applicable law, the Company agrees that, immediately following the execution of this Agreement, the Board and all applicable committees of the Board shall take all necessary actions to:

            (A) increase the size of the Board by three (3) directors to a total of fourteen (14) directors; and

            (B) appoint Marjorie L. Bowen, Shelly C. Lombard and Benjamin Rosenzweig (each a "<u>New Director</u>" and collectively, the "<u>New Directors</u>") as members of the Board, each with a term expiring at the Company's 2022 annual meeting of shareholders (the "<u>2022 Annual Meeting</u>"). Three (3) members of the Board serving as of immediately prior to the execution of this Agreement, to be selected by the Company, shall not stand for election to the Board at the 2022 Annual Meeting, and the size of the Board shall be reduced by three (3) directors to a total of eleven (11) directors, effective upon occurrence of the 2022 Annual Meeting. The Company agrees that, provided that such director is able and willing to serve on the Board, it will nominate each of the New Directors for election at the 2022 Annual Meeting as a director and will recommend, support and solicit proxies for the election of each New Director at the 2022 Annual Meeting in the same manner as it recommends, supports and solicits proxies for the election of the Company's other director nominees.

(ii) If any New Director (or any Replacement Director (as defined below)) is unable or unwilling to serve as a director and ceases to be a director, resigns as a director, is removed as a director or for any other reason fails to serve or is not serving as a director at any time prior to the expiration of the Standstill Period (as defined below), and at such time RC Ventures' Net Economic Ownership (as defined below) is at least the lesser of (x) 4.04% of the Company's then-outstanding Common Stock and (y) 3,900,000 shares of Common Stock (subject to adjustment for stock splits, reclassifications, combinations and similar adjustments), RC Ventures shall have the ability to privately recommend a person to be a Replacement Director in accordance with this Section 1(a)(ii) (any such replacement nominee, when appointed to the Board, shall be referred to as a "Replacement Director"). Any Replacement Director must (A) be reasonably acceptable to the Board (such acceptance not to be unreasonably withheld) in accordance with the Nomination Guidelines (as defined below), (B) qualify as "independent" pursuant to the NASDAQ Stock Market ("NASDAQ") listing standards, (C) have a comparable amount of relevant financial and business experience to the director of the Company being replaced, and (D) as a condition to his or her appointment, have provided the Company with all information required pursuant to Section 1(e)(iv). The Nominating and Corporate Governance Committee of the Board (the "Nominating Committee") shall make its determination and recommendation regarding whether such Replacement Director meets the foregoing criteria within ten (10) business days after (i) such nominee has submitted to the Company the documentation required by Section 1(e)(iv) and (ii) representatives of the Board have conducted customary interview(s) (if requested by the Board or the Nominating Committee) and background checks of such nominee. The Company shall use its reasonable best efforts to conduct any interview(s) contemplated by this Section 1(a)(ii) as promptly as practicable. In the event the Nominating Committee does not accept a person recommended by RC Ventures who satisfies the conditions set forth in this Section 1(a)(ii) as the Replacement Director (such acceptance not to be unreasonably withheld), RC Ventures shall have the right to privately recommend additional substitute person(s) whose appointment shall be subject to the Nominating Committee recommending such person in accordance with the procedures described above. Upon the recommendation of a Replacement Director nominee by the Nominating Committee, the Board shall vote on the appointment of such Replacement Director to the Board no later than five (5) business days after the Nominating Committee's recommendation of such Replacement Director; provided, however, that if the Board does not appoint such Replacement Director to the Board pursuant to this Section 1(a)(ii), the Parties shall continue to follow the procedures of this Section 1(a)(ii) until a Replacement Director is elected to the Board. Subject to the Nomination Guidelines, upon a Replacement Director's appointment to the Board, the Board and all applicable committees of the Board shall take all necessary actions to appoint such Replacement Director to any applicable committee of the Board of which the replaced director was a member immediately prior to such director's resignation or removal. Subject to the Nomination Guidelines, until such time as any Replacement Director is appointed to any applicable committee of the Board, one of the other New Directors will serve as an interim member of such applicable committee. Any Replacement Director designated pursuant to this Section 1(a)(ii) replacing a New Director prior to the mailing of the Company's definitive proxy statement for the 2022 Annual Meeting shall stand for election at the 2022 Annual Meeting together with the other director nominees. As used in this Agreement, the term "Nomination Guidelines" means the Charter, the By-Laws, the Charter of the Nominating Committee, the Company's Corporate Governance Guidelines, and the Company's current practices and procedures, in each case as in effect as of the applicable date, and applicable law. For purposes of this Section 1(a)(ii): (i) RC Ventures' "Net Economic Ownership" shall mean the excess of (A) the aggregate number of shares of Common Stock that RC Ventures Economically Owns over (B) the number of shares of Common Stock that are the subject of, or the reference securities for, or which otherwise underlie, derivatives or other similar arrangements directly or indirectly held by RC Ventures or to which RC Ventures is otherwise, directly or indirectly, a party and that increase in value as the market price or value of the Common Stock decreases; and (ii) "Economically Owns" shall mean, with respect to a share of Common Stock, that such share of Common Stock is beneficially owned by RC Ventures, and if any such share of Common Stock is beneficially owned by virtue of a derivative or any other arrangement (excluding being held directly by RC Ventures or by a securities intermediary holding as agent for RC Ventures), the value of such derivative or other arrangement to RC Ventures changes fully on a one-to-one basis with a change in value of the number of shares of Common Stock underlying such derivative or other arrangement.

(iii) The Parties will issue the joint press release attached hereto as <u>Exhibit A</u> in accordance with <u>Section 5</u>, which, among other things, will announce that the Company's slate of director nominees for the 2022 Annual Meeting will include the New Directors.

(iv) During the period commencing with the date of this Agreement through the expiration of the Standstill Period, the Board and all applicable committees of the Board shall not (A) increase the size of the Board to more than eleven (11) directors subsequent to the date of the 2022 Annual Meeting or (B) seek to classify the Board, in each case without the prior written consent of RC Ventures.

(b) <u>Board Committees</u>.

(i) Immediately following the execution of this Agreement, Ms. Bowen and Mr. Rosenzweig shall be appointed to serve as members of the Strategy Committee of the Board (the "<u>Strategy Committee</u>"), which committee has been created with an agreed upon charter to support the Board's oversight and review of a strategic analysis of the buybuy BABY business. During the Standstill Period, the Strategy Committee shall consist of four (4) independent directors (including at least two (2) New Directors or Replacement Directors). Sue Gove shall be the initial chair of the Strategy Committee; provided, that in the event Ms. Gove is subsequently unable or unwilling to serve as the chair of the Strategy Committee, the replacement chair of the Strategy Committee shall be selected by the full Board.

(ii) In addition, subject to NASDAQ rules, the Charter, the By-Laws, the charter of the applicable committee of the Board and applicable laws, the Board and all applicable committees of the Board shall take all actions necessary to ensure that during the Standstill Period, in accordance with the Company's standard policies and procedures, at least one (1) New Director (or a Replacement Director) to be selected by the Board shall be appointed to each committee and subcommittee of the Board, including any new committee(s) and subcommittee(s) that may be established. Without limiting the foregoing, the Board shall, in accordance with its customary governance processes, give each of the New Directors the same due consideration for membership to any committee of the Board as any other independent director with similar relevant expertise and qualifications.

(c) Board Compensation and Other Benefits.  The Company agrees that the New Directors (or any Replacement Director) shall receive (A) the same benefits of director and officer insurance as all other non-management directors on the Board, (B) the same compensation for his or her service as a director as the compensation received by other non-management directors on the Board, and (C) such other benefits on the same basis as all other non-management directors on the Board.

(d) Board Policies and Procedures.  Each Party acknowledges that the New Directors (or any Replacement Director), upon appointment to the Board, shall be governed by, and each New Director (or any Replacement Director) shall comply with, all of the same policies, processes, procedures, codes, rules, standards and guidelines applicable to members of the Board, and shall for the avoidance of doubt be required to strictly adhere to the policies on confidentiality, insider trading and conflicts of interest imposed on all members of the Board. Each New Director (and any Replacement Director) shall be required to provide the Company with such information and authorizations as reasonably requested from all members of the Board as is required to be disclosed under applicable law or stock exchange regulations, in each case as promptly as necessary to enable the timely and accurate filing of the Company's proxy statement and other periodic reports or legally required disclosures with the Securities and Exchange Commission (the "SEC") and to applicable stock exchanges and regulatory authorities.

(e) Additional Agreements.

(i) RC Ventures shall comply, and shall cause each of its Affiliates and Associates to comply, with the terms of this Agreement and shall be responsible for any breach of this Agreement by any such Affiliate or Associate.  As used in this Agreement, (A) the terms "Affiliate" and "Associate" shall have the respective meanings set forth in Rule 12b-2 promulgated by the SEC under the Securities Exchange Act of 1934, as amended (the "Exchange Act"), and shall include all persons that at any time during the term of this Agreement become Affiliates or Associates of any person referred to in this Agreement; provided, however, that with respect to RC Ventures, the definition of the term "Affiliate" or "Affiliates" shall not include any portfolio company of RC Ventures in which RC Ventures has a passive interest, and (B) the terms "person" or "persons" shall mean any individual, corporation (including not-for-profit), general or limited partnership, limited liability or unlimited liability company, joint venture, estate, trust, association, organization or other entity of any kind or nature.

4

(ii) During the Standstill Period, except as otherwise provided herein, RC Ventures shall not, and shall cause each of its Affiliates and Associates not to, directly or indirectly, (A) nominate or recommend for nomination any person for election at any annual or special meeting of the Company's shareholders or otherwise seek representation on the Board, (B) submit, participate in or be the proponent of any proposal for consideration at, or bring any other business before, any annual or special meeting of the Company's shareholders, (C) seek the removal of any member of the Board, or (D) initiate, encourage or participate in any "vote no," "withhold" or similar campaign with respect to any annual or special meeting of the Company's shareholders. RC Ventures shall not publicly or privately encourage or support any other shareholder or person to take any of the actions described in this Section 1(e)(ii).

(iii) During the Standstill Period, RC Ventures shall cause all shares of Common Stock beneficially owned, directly or indirectly, by it or by any of its Affiliates or Associates, or any other securities of the Company for which RC Ventures or any of its Affiliates or Associates has the right to vote, directly or indirectly, to be present in person or by proxy for quorum purposes and to be voted at any meeting of shareholders or at any adjournments or postponements thereof, and to consent in connection with any action by consent in lieu of a meeting, in favor of all directors nominated by the Board for election and otherwise in accordance with the recommendations of the Board; provided, however, that in the event that both Institutional Shareholder Services Inc. ("ISS") and Glass Lewis & Co., LLC ("Glass Lewis") recommend otherwise with respect to any proposals (other than the election of directors), RC Ventures shall be permitted to vote in accordance with the ISS and Glass Lewis recommendations; provided, further, that RC Ventures shall be permitted to vote in its sole discretion with respect to any publicly announced proposals relating to a merger, acquisition, disposition of all or substantially all of the assets of the Company or other business combination involving the Company requiring a vote of shareholders of the Company. As used in this Agreement, the terms "beneficial owner" and "beneficially own" shall have the meanings as set forth in Rule 13d-3 promulgated by the SEC under the Exchange Act, except that a person will also be deemed to be the beneficial owner of all shares of the Company's capital stock which such person has the right to acquire (whether such right is exercisable immediately or only after the passage of time) pursuant to the exercise of any rights in connection with any securities or any agreement, arrangement or understanding (whether or not in writing), regardless of when such rights may be exercised and whether they are conditional, and all shares of the Company's capital stock which such person or any of such person's Affiliates or Associates has or shares the right to vote or dispose.

(iv) RC Ventures acknowledges that, prior to the execution of this Agreement, each New Director, and prior to any appointment, each Replacement Director, as applicable, is required to submit to the Company a fully completed and executed copy of the Company's standard director & officer questionnaire and other reasonable and customary director onboarding documentation applicable to directors of the Company (including (A) an agreement to comply with all current policies, procedures, codes, rules, standards, guidelines and confidentiality obligations applicable to all of the Company's directors (or any applicable subset thereof), (B) providing any information regarding himself or herself that is required to be disclosed for candidates for directors and directors in a proxy statement under the federal securities laws of the United States of America and/or applicable NASDAQ rules and regulations, and (C) providing such other customary information as reasonably requested by the Company).

(v)  The Company agrees that  the Board and all applicable committees of the Board shall take all actions reasonably necessary, effective no later than immediately following the execution of this Agreement, to determine, in connection with their initial appointment as a director and nomination by the Company at the 2022 Annual Meeting, that each of the New Directors is deemed to be (A) an "incumbent director" (as such term may be defined in the definition of "change in control" (or any similar term) under the  Company's incentive plans, options plans, equity plans, deferred compensation plans, employment agreements, severance plans, retention plans, loan agreements, or indentures, or any other related plans or agreements that refer to any such plan, policy or agreement's definition of "change in control" or any similar term) and (B) a member of the Board as of the beginning of any applicable measurement period for the purposes of the definition of "change in control" or any similar term  under the Company's incentive plans, options plans, equity plans, deferred compensation plans, employment agreements, severance plans, retention plans, loan agreements, or indentures.

(f) <u>Acknowledgement</u>. RC Ventures acknowledges that it and its Affiliates and Associates are aware that the United States securities laws may prohibit any person who has received from an issuer material, nonpublic information from purchasing or selling securities of such issuer or from communicating such information to any other person under circumstances in which it is reasonably foreseeable that such person is likely to purchase or sell such securities.

2. <u>Standstill Provisions</u>.

(a) RC Ventures agrees that, from the date of this Agreement until the earlier of (x) the date that is thirty (30) calendar days prior to the deadline for the submission of director nominations by shareholders for the Company's 2023 annual  meeting of shareholders (the "<u>2023 Annual Meeting</u>") pursuant to the By-Laws or (y) the date that is one hundred twenty (120) calendar days prior to the first anniversary of the 2022 Annual Meeting (the "<u>Standstill Period</u>"), RC Ventures shall not, and shall cause each of its Affiliates and Associates not to, in each case directly or indirectly, in any manner:

(i) acquire, seek or propose (publicly or otherwise) or agree to acquire, beneficial ownership, directly or indirectly and acting alone or in concert, whether by purchase, tender or exchange offer, through the acquisition of control of another person, by joining a partnership, limited partnership, syndicate or other group, or through swap or hedging transactions or otherwise, any securities of the Company or any rights decoupled from the underlying securities of the Company that would result in RC Ventures (together with its Affiliates and Associates) owning, controlling or otherwise having any beneficial ownership interest in or aggregate economic exposure of more than 19.9% of the outstanding shares of Common Stock;

(ii) make, engage in or in  any way participate in any solicitation of proxies or become a "<u>participant</u>"  in  a "<u>solicitation</u>" (as such terms are defined in Regulation 14A under the Exchange Act) of proxies or consents to vote (including, without limitation, any solicitation of consents that seeks to call a special meeting of shareholders), or seek to advise, encourage or influence any person with respect to the voting of any securities of the Company or any securities convertible or exchangeable into or exercisable for any such securities for the election of individuals to the Board or to approve shareholder proposals, or become a "participant" in any contested "solicitation" for the election of directors with respect to the Company, in each case, with respect to securities of the Company;

6

(iii) form, join, or in any way knowingly participate or enter into any discussions or negotiations with any person not a party to this Agreement to participate in any "group" (within the meaning of Section 13(d)(3) of the Exchange Act) with respect to the Company or its securities (other than a "group" that includes all or some of the members of RC Ventures, but does not include any other persons that are not members of RC Ventures as of the date hereof); provided, however, that nothing herein shall limit the ability of an Affiliate of RC Ventures to join the "group" following the execution of this Agreement, so long as any such Affiliate agrees to be bound by the terms and conditions of this Agreement;

(iv) agree, attempt, seek  or propose to deposit any shares of Common Stock in any voting trust or similar arrangement or subject any shares of Common Stock to any arrangement or agreement with respect to the voting of any shares of Common Stock (including by granting any proxy, consent or other authority to vote), other than any such voting trust, arrangement or agreement solely among the members of RC Ventures and otherwise in accordance with this Agreement;

(v) seek or submit, or  knowingly encourage any person to seek or submit, nomination(s) in furtherance of a "contested solicitation" for the appointment, election or removal of directors with respect to the Company or seek, or knowingly encourage or take any other action with respect to the appointment, election or removal of any directors (except as specifically permitted in Section 1), in each case in opposition to the recommendation of the Board; provided, however, that nothing in this Agreement shall prevent RC Ventures or its Affiliates or Associates from taking actions in furtherance of identifying director candidates in connection with the 2023 Annual Meeting so long as such actions do not create a public disclosure obligation for RC Ventures or the Company and are undertaken on a confidential basis;

(vi) (A) make any proposal for consideration by shareholders at any annual or special meeting of shareholders of the Company, (B) make any offer or proposal (with or without conditions) with respect to any merger, tender (or exchange) offer, acquisition, recapitalization, restructuring, disposition, business combination or other extraordinary transaction involving the Company, (C) solicit a third party to make an offer or proposal (with or without conditions) with respect to any merger, tender (or exchange) offer,  acquisition, recapitalization, restructuring, disposition, other business combination or other extraordinary transaction involving the Company, or encourage, initiate or support any third party in making such an offer or proposal, (D) publicly comment on any third party proposal regarding any merger, tender (or exchange) offer, acquisition, recapitalization, restructuring, disposition, business combination or other extraordinary transaction with respect to the Company by such third party or (E) call, seek or request (publicly or otherwise) a special meeting of shareholders (whether or not such meeting is permitted by the Charter or By-Laws);

(vii) seek, alone or in concert with others, representation on the Board, except as specifically permitted in Section 1;

(viii) advise, knowingly encourage, knowingly support or knowingly influence any person with respect to the voting or disposition of any securities of the Company at any annual or special meeting of shareholders with respect to (A) the appointment, election or removal of director(s), except in accordance with Section 1, or (B) any matter other than the appointment, election or removal of director(s), except (1) in accordance with the recommendations of both ISS and Glass Lewis or (2) with respect to any publicly announced proposals relating to a merger, acquisition, disposition of all or substantially all of the assets of the Company or other business combination involving the Company requiring a vote of stockholders of the Company;

(ix) make a request for any shareholder list or other Company books and records;

(x) enter into any discussions, negotiations, understandings or agreements (whether written or oral) with respect to any action that RC Ventures is prohibited from taking under this Section 2 or knowingly encourage any third person to take any action that RC Ventures is prohibited from taking under this Section 2; or

(xi) make any request or submit any proposal to amend the terms of this Agreement other than through non-public communications with the Company or the Board that would not be reasonably determined to trigger public disclosure obligations for any Party.

(b) Except as expressly provided in Section 1 or Section 2(a), RC Ventures shall be entitled to (i) vote any shares of Common Stock that it beneficially owns as RC Ventures determines in its sole discretion and (ii) disclose, publicly or otherwise, how it intends to vote or act with respect to any securities of the Company, any shareholder proposal or other matter to be voted on by the shareholders of the Company and the reasons therefor.

(c) Notwithstanding anything in Section 2(a) or elsewhere in this Agreement, nothing in this Agreement shall prohibit or restrict RC Ventures from (i) communicating privately with the Board or any of the Company's officers regarding any matter, so long as such communications are not intended to, and would not reasonably be expected to, require any public disclosure of such communications, (ii) communicating with shareholders of the Company and others in a manner that does not otherwise violate and is not inconsistent with Section 1(e)(ii), Section 2(a) or Section 12, or (iii) taking any action necessary (upon the advice of outside legal counsel) to comply with any law, rule or regulation or any action required by any governmental or regulatory authority or stock exchange that has jurisdiction over RC Ventures (provided, that, to the extent practicable, RC Ventures will provide the Company with notice of any such requirement to the extent RC Ventures believes, upon the advice of outside legal counsel, RC Ventures is required to take any action inconsistent with this Agreement pursuant to clause (iii) of this Section 2(c) prior to taking any such action).

(d) Nothing in Section 2 or elsewhere in this Agreement shall be deemed to limit the exercise in good faith by any New Director (or a Replacement Director) of such person's fiduciary duties solely in such person's capacity as a director of the Company.

3. <u>Representations and Warranties of the Company</u>.

The Company represents and warrants to RC Ventures that (a) the Company has the corporate power and authority to execute this Agreement and to bind it thereto, (b) this Agreement has been duly and validly authorized, executed and delivered by the Company, and assuming due execution by RC Ventures, constitutes a valid and binding obligation and agreement of the Company, and is enforceable against the Company in accordance with its terms, except as enforcement thereof may be limited by applicable bankruptcy, insolvency, reorganization, moratorium, fraudulent conveyance or similar laws generally affecting the rights of creditors and subject to general equity principles and (c) the execution, delivery and performance of this Agreement by the Company does not and will not (i) violate or conflict with any law, rule, regulation, order, judgment or decree applicable to the Company or (ii) result in any breach or violation of or constitute a default (or an event which with notice or lapse of time or both would constitute such a breach, violation or default) under or pursuant to, or result in the loss of a material benefit under, or give any right of termination, amendment, acceleration or cancellation of, any organizational document or material agreement to which the Company is a party or by which it is bound. In the event the Company adopts a shareholder rights plan or similar agreement during the Standstill Period with an ownership limitation less than 19.9% of the outstanding shares of Common Stock, the Board agrees to grant RC Ventures (together with its Affiliates and Associates) a waiver and/or exemption to any such plan or agreement to permit RC Ventures (together with its Affiliates and Associates) to acquire beneficial ownership of up to 19.9% of the outstanding shares of Common Stock.

4. <u>Representations and Warranties of RC Ventures</u>.

RC Ventures represents and warrants to the Company that (a) the authorized signatory of RC Ventures set forth on the signature page hereto has the power and authority to execute this Agreement and any other documents or agreements to be entered into in connection with this Agreement and to bind RC Ventures thereto, (b) this Agreement has been duly authorized, executed and delivered by RC Ventures, and assuming due execution by the Company, is a valid and binding obligation of RC Ventures, enforceable against RC Ventures in accordance with its terms except as enforcement thereof may be limited by applicable bankruptcy, insolvency, reorganization, moratorium, fraudulent conveyance or similar laws generally affecting the rights of creditors and subject to general equity principles, (c) the execution of this Agreement, the consummation of any of the transactions contemplated hereby, and the fulfillment of the terms hereof, in each case in accordance with the terms hereof, will not conflict with, or result in a breach or violation of the organizational documents of RC Ventures as currently in effect, (d) the execution, delivery and performance of this Agreement by RC Ventures does not and will not (i) violate or conflict with any law, rule, regulation, order, judgment or decree applicable to RC Ventures, or (ii) result in any breach or violation of or constitute a default (or an event which with notice or lapse of time or both would constitute such a breach, violation or default) under or pursuant to, or result in the loss of a material benefit under, or give any right of termination, amendment, acceleration or cancellation of, any organizational document, agreement, contract, commitment, understanding or arrangement to which such member is a party or by which it is bound, (e) as of the date of this Agreement, RC Ventures beneficially owns 9,450,100 shares of Common Stock (including 1,670,100 shares of Common Stock underlying certain American-style call options as disclosed publicly in the RC Ventures' Schedule 13D filed with the SEC prior to the date hereof), (f) as of the date hereof, and except as set forth in clause (e) above, RC Ventures does not currently have, and does not currently have any right to acquire, any interest in any securities or assets of the Company or its Affiliates (or any rights, options or other securities convertible into or exercisable or exchangeable (whether or not convertible, exercisable or exchangeable immediately or only after the passage of time or the occurrence of a specified event) for such securities or assets or any obligations measured by the price or value of any securities of the Company or any of its Affiliates, including any swaps or other derivative arrangements designed to produce economic benefits and risks that correspond to the ownership of shares of Common Stock or any other securities of the Company, whether or not any of the foregoing would give rise to beneficial ownership (as determined under Rule 13d-3 promulgated under the Exchange Act), and whether or not to be settled by delivery of shares of Common Stock or any other class or series of the Company's stock, payment of cash or by other consideration, and without regard to any short position under any such contract or arrangement). RC Ventures agrees during the Standstill Period to update and advise the Company of its beneficial ownership of Common Stock as of such date as any New Director (or Replacement Director) ceases to be a director, as promptly as practicable after such date.

5. <u>Press Release</u>.

Promptly following the execution of this Agreement, the Company and RC Ventures shall jointly issue a mutually agreeable press release (the "<u>Press Release</u>") announcing certain terms of this Agreement in the form attached hereto as <u>Exhibit A</u>. Prior to the issuance of the Press Release and subject to the terms of this Agreement, neither the Company (including the Board and any committee thereof) nor RC Ventures shall issue any press release or make public announcement regarding this Agreement or the matters contemplated hereby without the prior written consent of the other Party. During the Standstill Period, neither the Company nor RC Ventures shall make any public announcement or statement that is inconsistent with or contrary to the terms of this Agreement.

6. <u>Specific Performance</u>.

Each of RC Ventures, on the one hand, and the Company, on the other hand, acknowledges and agrees that irreparable injury to the other Party may occur in the event any of the provisions of this Agreement were not performed in accordance with their specific terms or were otherwise breached and that such injury may not be adequately compensable by the remedies available at law (including the payment of money damages). It is accordingly agreed that RC Ventures, on the one hand, and the Company, on the other hand (the "<u>Moving Party</u>"), shall each be entitled to seek specific enforcement of, and injunctive relief to prevent any violation of, the terms hereof, and the other Party will not take action, directly or indirectly, in opposition to the Moving Party seeking such relief on the grounds that any other remedy or relief is available at law or in equity. This <u>Section 6</u> is not the exclusive remedy for any violation of this Agreement.

7. <u>Expenses</u>.

Each Party shall be responsible for its own fees, costs and expenses in connection with the negotiation, execution and implementation of this Agreement and the transactions contemplated hereby, and neither Party shall seek reimbursement from the other for any such fees, costs or expenses.

8. <u>Severability</u>.

If any term, provision, covenant or restriction of this Agreement is held by a court of competent jurisdiction to be invalid, void or unenforceable, the remainder of the terms, provisions, covenants and restrictions of this Agreement shall remain in full force and effect and shall in no way be affected, impaired or invalidated. It is hereby stipulated and declared to be the intention of the Parties that the Parties would have executed the remaining terms, provisions, covenants and restrictions without including any of such which may be hereafter declared invalid, void or unenforceable. In addition, the Parties agree to use their best efforts to agree upon and substitute a valid and enforceable term, provision, covenant or restriction for any of such that is held invalid, void or enforceable by a court of competent jurisdiction.

9. <u>Notices</u>.

Any notices, consents, determinations, waivers or other communications required or permitted to be given under the terms of this Agreement must be in writing and will be deemed to have been delivered: (a) upon receipt, when delivered personally; (b) upon confirmation of receipt, when sent by email (<u>provided</u> such confirmation is not automatically generated); or (c) one (1) business day after deposit with a nationally recognized overnight delivery service, in each case properly addressed to the Party to receive the same. The addresses for such communications shall be:

If to the Company:

> Bed Bath & Beyond Inc.
> 650 Liberty Avenue
> Union, New Jersey 07083
> Attention: Chief Legal Officer
> E-mail: Arlene.Hong@bedbath.com

with a copy (which shall not constitute notice) to:

> Cleary Gottlieb Steen & Hamilton LLP
> One Liberty Plaza
> New York, New York 10006
> Attention: Paul J. Shim
> Email: pshim@cgsh.com

If to RC Ventures:

> RC Ventures LLC
> P.O. Box 25250, PMB 30427
> Miami, Florida 33102
> Attention: Ryan Cohen
> Email: bbby@rcventures.com

with a copy (which shall not constitute notice) to:

> Olshan Frome Wolosky LLP
> 1325 Avenue of the Americas
> New York, New York 10019
> Attention: Ryan Nebel
> Email: rnebel@olshanlaw.com

10. Applicable Law.

This Agreement and any claim, controversy or dispute arising under or related to this Agreement, the relationship of the Parties, and/or the interpretation and enforcement of the rights and duties of the Parties shall be governed by and construed and enforced in accordance with the laws of the State of New York without reference to the conflict of laws principles thereof that would result in the application of the law of another jurisdiction. Each of the Parties irrevocably agrees that any legal action or proceeding with respect to this Agreement and the rights and obligations arising hereunder, or for recognition and enforcement of any judgment in respect of this Agreement and the rights and obligations arising hereunder brought by the other Party or its successors or assigns, shall be brought and determined exclusively in any state or federal court in the State of New York. Each of the Parties hereby irrevocably submits with regard to any such action or proceeding for itself and in respect of its property, generally and unconditionally, to the personal jurisdiction of the aforesaid courts and agrees that it will not bring any action relating to this Agreement in any court other than the aforesaid courts. Each of the Parties hereby irrevocably waives, and agrees not to assert in any action or proceeding with respect to this Agreement, (a) any claim that it is not personally subject to the jurisdiction of the above-named courts for any reason, (b) any claim that it or its property is exempt or immune from jurisdiction of any such court  or from any legal process commenced in such courts (whether through service of notice, attachment prior to judgment, attachment in aid of execution of judgment, execution of judgment or otherwise) and (c) to the fullest extent permitted by applicable legal requirements, any claim that (i) the suit, action or proceeding in such court is brought in an inconvenient forum, (ii) the venue of such suit, action or proceeding is improper or (iii) this Agreement, or the subject matter hereof, may not be enforced in or by such courts.  EACH PARTY ACKNOWLEDGES AND AGREES THAT ANY CONTROVERSY WHICH MAY ARISE UNDER THIS AGREEMENT IS LIKELY TO INVOLVE COMPLICATED AND DIFFICULT ISSUES AND, THEREFORE, EACH OF THE COMPANY AND RC VENTURES (A)  IRREVOCABLY AND UNCONDITIONALLY WAIVES THE RIGHT TO TRIAL BY JURY IN RESPECT OF ANY LEGAL ACTION ARISING OUT OF OR RELATING TO THIS AGREEMENT OR THE TRANSACTIONS CONTEMPLATED BY THIS AGREEMENT AND (B) AGREES TO WAIVE ANY BONDING REQUIREMENT UNDER  ANY APPLICABLE LAW, IN THE CASE ANY OTHER PARTY SEEKS TO ENFORCE THE TERMS BY WAY OF EQUITABLE RELIEF. EACH PARTY TO THIS AGREEMENT CERTIFIES AND ACKNOWLEDGES THAT (A) NO REPRESENTATIVE OF ANY OTHER PARTY HAS REPRESENTED, EXPRESSLY OR OTHERWISE, THAT SUCH OTHER PARTY WOULD NOT SEEK TO ENFORCE THE FOREGOING WAIVER IN THE EVENT OF A LEGAL ACTION, (B) SUCH PARTY HAS CONSIDERED THE IMPLICATIONS OF THIS WAIVER, (C) SUCH PARTY MAKES THIS WAIVER VOLUNTARILY, AND (D) SUCH PARTY HAS BEEN INDUCED TO ENTER INTO THIS AGREEMENT BY, AMONG OTHER THINGS, THE MUTUAL WAIVERS AND CERTIFICATIONS IN THIS SECTION 10.

11. Counterparts.

    This Agreement may be executed in two or more counterparts, each of which shall be considered one and the same agreement and shall become effective when counterparts have been signed by each of the Parties and delivered to the other Party (including by means of electronic delivery or facsimile).

12. Mutual Non-Disparagement.

    Subject to applicable law, each of the Parties covenants and agrees that, during the Standstill Period, or if earlier, until such time as the other Party or any of its agents, subsidiaries, Affiliates, officers, key employees or directors shall have breached this Section 12, neither it nor any of its respective agents, subsidiaries, Affiliates, successors, assigns, officers, key employees or directors shall in any way publicly criticize, disparage, call into disrepute or otherwise defame or slander the other Party or such other Party's subsidiaries, Affiliates, current or former officers, current or former directors, current or former employees, agents or other representatives or any of their businesses, products or services.

13. No Litigation.

    Each Party agrees that, during the Standstill Period, it shall not institute, solicit, join or assist in any lawsuit, claim or proceeding before any court or government agency (each, a "Legal Proceeding") against the other Party, any Affiliate of the other Party or any of their respective current or former directors or officers, except for (a) any Legal Proceeding initiated primarily to remedy a breach of or to enforce this Agreement and (b) counterclaims with respect to any proceeding initiated by, or on behalf of one Party or its Affiliates against the other Party or its Affiliates; provided, however, that the foregoing shall not prevent any Party or any of its representatives from responding to oral questions, interrogatories, requests for information or documents, subpoenas, civil investigative demands or similar processes (each, a "Legal Requirement") in connection with any Legal Proceeding if such Legal Proceeding has not been initiated by, on behalf of or at the suggestion of such Party; provided, further, that in the event any Party or any of its  representatives receives such Legal Requirement, such Party shall give prompt written notice of such Legal Requirement to the other Party (except where such notice would be legally prohibited or not practicable). Each Party represents and warrants that neither it nor any assignee has filed any lawsuit against the other Party.

14. Entire Agreement; Amendment and Waiver; Successors and Assigns; Third Party Beneficiaries; Term.

    This Agreement contains the entire understanding of the Parties with respect to its subject matter. There are no restrictions, agreements, promises, representations, warranties, covenants or undertakings between the Parties other than those expressly set forth herein. No modifications of this Agreement can be made except in writing signed by an authorized representative of each the Company and RC Ventures. No failure on the part of any Party to exercise, and no delay in exercising, any right, power or remedy hereunder shall operate as a waiver thereof, nor shall any single or partial exercise of such right, power or remedy by such Party preclude any other or further exercise thereof or the exercise of any other right, power or remedy. All remedies hereunder are cumulative and are not exclusive of any other remedies provided by law. The terms and  conditions of this Agreement shall be binding upon, inure to the benefit of, and be enforceable by and against the Parties and their respective successors, heirs, executors, legal representatives, and permitted assigns. No Party shall assign this Agreement or any rights or obligations hereunder without, with respect to RC Ventures, the prior written consent of the Company, and with respect to the Company, the prior written consent of RC Ventures. This Agreement is solely for the benefit of the Parties and is not enforceable by any other persons. Unless otherwise mutually agreed in writing by each Party, this Agreement shall terminate at the end of the Standstill Period. Notwithstanding the foregoing, the provisions of Section 6 through Section 11 and this Section 14 shall survive the termination of this Agreement. No termination of this Agreement shall relieve any Party from liability for any breach of this Agreement prior to such termination.

**[The remainder of this page intentionally left blank]**

IN WITNESS WHEREOF, this Agreement has been duly executed and delivered by the duly authorized signatories of the Parties as of the date hereof.

**BED BATH & BEYOND INC.**

By:    /s/ Mark J. Tritton

Name: Mark J. Tritton

Title:   President and Chief Executive Officer

14

**RC VENTURES LLC**

By:   /s/ Ryan Cohen

Name: Ryan Cohen

Title:   Manager

/s/ Ryan Cohen

**RYAN COHEN**

15

Exhibit 99.1



**Bed Bath & Beyond Inc. Announces Cooperation Agreement with Ryan Cohen**

*Appoints Three New Independent Directors to the Board with Finance and Strategy Experience*

*Announces a Four-Member Committee of the Board Focused on Exploring Alternatives to Unlock Greater Value from buybuy BABY*

UNION, N.J., - March 25, 2022 - Bed Bath & Beyond Inc. (Nasdaq: BBBY) ("Bed Bath & Beyond" or the "Company") today announced that it has entered into a cooperation agreement with Ryan Cohen and RC Ventures LLC (together, "RC Ventures"), the beneficial owners of approximately 9.8% of the Company's outstanding shares. As part of the agreement, three of RC Ventures' director designees - Marjorie L. Bowen, Shelly C. Lombard, and Ben Rosenzweig - will immediately join Bed Bath & Beyond's Board of Directors (the "Board") as new Independent Directors, and they will also stand for election as part of the Company's slate at the 2022 Annual Meeting of Shareholders (the "Annual Meeting"). The Board will temporarily expand to 14 members before reverting to 11 members following the Annual Meeting. The three new directors collectively bring deep expertise in capital allocation, corporate governance, strategic planning, and transactions.

In conjunction with the cooperation agreement, Bed Bath & Beyond today announced that Ms. Bowen and Mr. Rosenzweig, will join a four-member Strategy Committee focused on exploring alternatives to unlock greater value from the Company's buybuy BABY banner. Bed Bath & Beyond Independent Director Sue Gove, an accomplished retail executive and experienced public company director, will serve as Chair of the Strategy Committee, and Independent Director, Andrea Weiss, Founding Partner, the O Alliance, LLC, a retail, digital and brand strategy consulting practice, CEO of Retail Consulting, Inc. and an experienced public company director, will also serve on the Committee. The Strategy Committee has the ability to retain independent advisors to support the development of recommendations that it will ultimately make to the full Board.

Harriet Edelman, independent Chair of the Board, said: "We are pleased to have reached this constructive agreement with RC Ventures, which we believe to be in the best interest of all our shareholders. Over the past two years, our Board has transformed the Company's governance, management team, compensation policies, and oversight of strategy and operations. Under this Board's leadership, the Company has implemented consequential changes to our business, including the divestiture of multiple non-core assets and a significant increase in investments in structurally critical enablers of our business. The Board is highly committed to fundamentally reshaping Bed Bath & Beyond for our customers while driving growth and profitability across its banners. We look forward to benefitting from the contributions and perspectives of our new directors."

Mark Tritton, Bed Bath & Beyond's President and CEO, added: "Our Company and Board have always been committed to evaluating all options to maximize long-term shareholder value, and we look forward to integrating our new directors' ideas to drive our continued transformation. Our buybuy BABY business is a tremendous asset, and we are committed to unlocking its full value. As we move forward, our goals will continue to focus on delivering value for our shareholders, enhancing experiences for our customers, executing on the transformation throughout our business, and creating new and exciting opportunities for our dedicated employees across all our banners."

Mr. Cohen concluded: "The resolution announced today represents a positive outcome for all of Bed Bath's shareholders. By refreshing the Board with shareholder-designated individuals who possess capital markets acumen and transaction experience, the Company is well-positioned to review alternatives for buybuy BABY. I appreciate that management and the Board were willing to promptly embrace our ideas and look forward to supporting them in the year ahead."

As a result of the agreement between RC Ventures and Bed Bath & Beyond, RC Ventures has agreed to abide by certain customary standstill provisions and will support the Board's full slate of directors at the 2022 Annual Meeting. The complete cooperation agreement will be filed with the U.S. Securities and Exchange Commission as an exhibit to a Current Report on Form 8-K.

Cleary Gottlieb Steen & Hamilton LLP is serving as legal counsel to Bed Bath & Beyond and JP Morgan Securities LLC is serving as Bed Bath & Beyond's financial advisor.

**Biographies for RC Ventures' Designees**

- **Marjorie L. Bowen** is an experienced public company director with extensive knowledge of corporate governance, capital markets strategies and strategic transactions. She has valuable experience in the consumer and retail sectors, having served as a director of companies such as Centric Brands, Genesco, Navient, Sequential Brands and Talbots.

- **Shelly C. Lombard** is an experienced public company director with expertise in capital allocation and structure strategies, corporate governance and strategic reviews. She has served as a director of INNOVATE, Alaska Communications Group and Spartacus Acquisition Corporation.

- **Ben Rosenzweig** is an experienced investor and public company director with expertise in capital allocation, corporate governance and mergers and acquisitions. In addition to serving on the boards of directors of several public companies, he is a Partner at Privet Fund Management and previously served as an investment banking analyst at Alvarez and Marsal.

**About Bed Bath & Beyond**
Bed Bath & Beyond Inc. and subsidiaries (the "Company") is an omnichannel retailer that makes it easy for our customers to feel at home. The Company sells a wide assortment of merchandise in the Home, Baby, Beauty and Wellness markets. Additionally, the Company is a partner in a joint venture which operates retail stores in Mexico under the name Bed Bath & Beyond.

**Investors:**
Susie A. Kim, ir@bedbath.com

**Media:**
Julie Strider, media@bedbath.com

Or

Jim Barron/Jared Levy
Sard Verbinnen & Co.
BBBY-SVC@sardverb.com

**FORWARD LOOKING STATEMENTS**

This press release contains forward-looking statements within the meaning of Section 21 E of the Securities Exchange Act of 1934 including, but not limited to, the Company's progress and anticipated progress towards its long-term objectives, as well as more generally the status of its future liquidity and financial condition and its outlook for the Company's 2021 fourth quarter and its 2021 fiscal year. Many of these forward-looking statements can be identified by use of words such as may, will, expect, anticipate, approximate, estimate, assume, continue, model, project, plan, goal, preliminary, and similar words and phrases, although the absence of those words does not necessarily mean that statements are not forward-looking. The Company's actual results and future financial condition may differ materially from those expressed in any such forward-looking statements as a result of many factors. Such factors include, without limitation: general economic conditions including the housing market, a challenging overall macroeconomic environment and related changes in the retailing environment; risks associated with the COVID-19 pandemic and the governmental responses to it, including its impacts across the Company's businesses on demand and operations, as well as on the operations of the Company's suppliers and other business partners, and the effectiveness of the Company's actions taken in response to these risks; consumer preferences, spending habits and adoption of new technologies; demographics and other macroeconomic factors that may impact the level of spending for the types of merchandise sold by the Company; civil disturbances and terrorist acts; unusual weather patterns and natural disasters; competition from existing and potential competitors across all channels; pricing pressures; liquidity; the ability to achieve anticipated cost savings, and to not exceed anticipated costs, associated with organizational changes and investments, including the Company's strategic restructuring program and store network optimization strategies; the ability to attract and retain qualified employees in all areas of the organization; the cost of labor, merchandise, logistical costs and other costs and expenses; potential supply chain disruption due to trade restrictions or otherwise, and other factors such as natural disasters, pandemics, including the COVID-19 pandemic, political instability, labor disturbances, product recalls, financial or operational instability of suppliers or carriers, and other items; the ability to find suitable locations at acceptable occupancy costs and other terms to support the Company's plans for new stores; the ability to establish and profitably maintain the appropriate mix of digital and physical presence in the markets it serves; the ability to assess and implement technologies in support of the Company's development of its omnichannel capabilities; the ability to effectively and timely adjust the Company's plans in the face of the rapidly changing retail and economic environment, including in response to the COVID-19 pandemic; uncertainty in financial markets; volatility in the price of the Company's common stock and its effect, and the effect of other factors, including the COVID-19 pandemic, on the Company's capital allocation strategy; risks associated with the ability to achieve a successful outcome for the Company's business concepts and to otherwise achieve its business strategies; the impact of intangible asset and other impairments; disruptions to the Company's information technology systems, including but not limited to security breaches of systems protecting consumer and employee information or other types of cybercrimes or cybersecurity attacks; reputational risk arising from challenges to the Company's or a third party product or service supplier's compliance with various laws, regulations or standards, including those related to labor, health, safety, privacy or the environment; reputational risk arising from third-party merchandise or service vendor performance in direct home delivery or assembly of product for customers; changes to statutory, regulatory and legal requirements, including without limitation proposed changes affecting international trade; changes to, or new, tax laws or interpretation of existing tax laws; new, or developments in existing, litigation, claims or assessments; changes to, or new, accounting standards; and foreign currency exchange rate fluctuations. Except as required by law, the Company does not undertake any obligation to update its forward-looking statements.

# EXHIBIT 16

EX-99.1 2 ex991to13da113351002_032422.htm COOPERATION AGREEMENT, DATED MARCH 24, 2022

Exhibit 99.1

## COOPERATION AGREEMENT

This Cooperation Agreement (this "<u>Agreement</u>") is made and entered into as of March 24, 2022 by and among Bed Bath & Beyond Inc. (the "<u>Company</u>") and the entities and natural persons set forth in the signature pages hereto (collectively, "<u>RC Ventures</u>") (each of the Company and RC Ventures, a "<u>Party</u>" to this Agreement, and collectively, the "<u>Parties</u>").

## RECITALS

WHEREAS, the Company and RC Ventures have engaged in various discussions and communications concerning the Company's business, financial performance and strategic plans;

WHEREAS, as of the date hereof, RC Ventures beneficially owns (as defined herein) Common Stock, $0.01 par value per share, of the Company (the "<u>Common Stock</u>") totaling, in the aggregate, 9,450,100 shares, or approximately 9.8% of the Common Stock issued and outstanding on the date hereof;

WHEREAS, as of the date hereof, the Company and RC Ventures have determined to come to an agreement with respect to the composition of the Company's board of directors (the "<u>Board</u>") and certain other matters, as provided in this Agreement; and

WHEREAS, the Company believes that the best interests of the Company and its shareholders would be served at this time by, among other things, coming to an agreement with respect to the matters covered in this Agreement and by the Company and RC Ventures agreeing to the other covenants and obligations contained herein.

NOW, THEREFORE, in consideration of the foregoing premises and the mutual covenants and agreements contained herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties, intending to be legally bound hereby, agree as follows:

1.     <u>Board Appointments and Related Agreements</u>.

    (a)     <u>Board Appointments</u>.

      (i)     In accordance with the Company's Amended and Restated Certificate of Incorporation (the "<u>Charter</u>"), the Company's Amended and Restated By-Laws (the "<u>By-Laws</u>") and applicable law, the Company agrees that, immediately following the execution of this Agreement, the Board and all applicable committees of the Board shall take all necessary actions to:

      (A)   increase the size of the Board by three (3) directors to a total of fourteen (14) directors; and

      (B)   appoint Marjorie L. Bowen, Shelly C. Lombard and Benjamin Rosenzweig (each a "<u>New Director</u>" and collectively, the "<u>New Directors</u>") as members of the Board, each with a term expiring at the Company's 2022 annual meeting of shareholders (the "<u>2022 Annual Meeting</u>"). Three (3) members of the Board serving as of immediately prior to the execution of this Agreement, to be selected by the Company, shall not stand for election to the Board at the 2022 Annual Meeting, and the size of the Board shall be reduced by three (3) directors to a total of eleven (11) directors, effective upon occurrence of the 2022 Annual Meeting. The Company agrees that, provided that such director is able and willing to serve on the Board, it will nominate each of the New Directors for election at the 2022 Annual Meeting as a director and will recommend, support and solicit proxies for the election of each New Director at the 2022 Annual Meeting in the same manner as it recommends, supports and solicits proxies for the election of the Company's other director nominees.

1

(ii)      If any New Director (or any Replacement Director (as defined below)) is unable or unwilling to serve as a director and ceases to be a director, resigns as a director, is removed as a director or for any other reason fails to serve or is not serving as a director at any time prior to the expiration of the Standstill Period (as defined below), and at such time RC Ventures' Net Economic Ownership (as defined below) is at least the lesser of (x) 4.04% of the Company's then-outstanding Common Stock and (y) 3,900,000 shares of Common Stock (subject to adjustment for stock splits, reclassifications, combinations and similar adjustments), RC Ventures shall have the ability to privately recommend a person to be a Replacement Director in accordance with this <u>Section 1(a)(ii)</u> (any such replacement nominee, when appointed to the Board, shall be referred to as a "<u>Replacement Director</u>"). Any Replacement Director must (A) be reasonably acceptable to the Board (such acceptance not to be unreasonably withheld) in accordance with the Nomination Guidelines (as defined below), (B) qualify as "independent" pursuant to the NASDAQ Stock Market ("<u>NASDAQ</u>") listing standards, (C) have a comparable amount of relevant financial and business experience to the director of the Company being replaced, and (D) as a condition to his or her appointment, have provided the Company with all information required pursuant to <u>Section 1(e)(iv)</u>. The Nominating and Corporate Governance Committee of the Board (the "<u>Nominating Committee</u>") shall make its determination and recommendation regarding whether such Replacement Director meets the foregoing criteria within ten (10) business days after (i) such nominee has submitted to the Company the documentation required by <u>Section 1(e)(iv)</u> and (ii) representatives of the Board have conducted customary interview(s) (if requested by the Board or the Nominating Committee) and background checks of such nominee. The Company shall use its reasonable best efforts to conduct any interview(s) contemplated by this <u>Section 1(a)(ii)</u> as promptly as practicable. In the event the Nominating Committee does not accept a person recommended by RC Ventures who satisfies the conditions set forth in this <u>Section 1(a)(ii)</u> as the Replacement Director (such acceptance not to be unreasonably withheld), RC Ventures shall have the right to privately recommend additional substitute person(s) whose appointment shall be subject to the Nominating Committee recommending such person in accordance with the procedures described above. Upon the recommendation of a Replacement Director nominee by the Nominating Committee, the Board shall vote on the appointment of such Replacement Director to the Board no later than five (5) business days after the Nominating Committee's recommendation of such Replacement Director; <u>provided</u>, <u>however</u>, that if the Board does not appoint such Replacement Director to the Board pursuant to this <u>Section 1(a)(ii)</u>, the Parties shall continue to follow the procedures of this <u>Section 1(a)(ii)</u> until a Replacement Director is elected to the Board. Subject to the Nomination Guidelines, upon a Replacement Director's appointment to the Board, the Board and all applicable committees of the Board shall take all necessary actions to appoint such Replacement Director to any applicable committee of the Board of which the replaced director was a member immediately prior to such director's resignation or removal. Subject to the Nomination Guidelines, until such time as any Replacement Director is appointed to any applicable committee of the Board, one of the other New Directors will serve as an interim member of such applicable committee. Any Replacement Director designated pursuant to this <u>Section 1(a)(ii)</u> replacing a New Director prior to the mailing of the Company's definitive proxy statement for the 2022 Annual Meeting shall stand for election at the 2022 Annual Meeting together with the other director nominees. As used in this Agreement, the term "<u>Nomination Guidelines</u>" means the Charter, the By-Laws, the Charter of the Nominating Committee, the Company's Corporate Governance Guidelines, and the Company's current practices and procedures, in each case as in effect as of the applicable date, and applicable law. For purposes of this <u>Section 1(a)(ii)</u>: (i) RC Ventures' "<u>Net Economic Ownership</u>" shall mean the excess of (A) the aggregate number of shares of Common Stock that RC Ventures Economically Owns over (B) the number of shares of Common Stock that are the subject of, or the reference securities for, or which otherwise underlie, derivatives or other similar arrangements directly or indirectly held by RC Ventures or to which RC Ventures is otherwise, directly or indirectly, a party and that increase in value as the market price or value of the Common Stock decreases; and (ii) "<u>Economically Owns</u>" shall mean, with respect to a share of Common Stock, that such share of Common Stock is beneficially owned by RC Ventures, and if any such share of Common Stock is beneficially owned by virtue of a derivative or any other arrangement (excluding being held directly by RC Ventures or by a securities intermediary holding as agent for RC Ventures), the value of such derivative or other arrangement to RC Ventures changes fully on a one-to-one basis with a change in value of the number of shares of Common Stock underlying such derivative or other arrangement.

2

        (iii)      The Parties will issue the joint press release attached hereto as <u>Exhibit A</u> in accordance with <u>Section 5</u>, which, among other things, will announce that the Company's slate of director nominees for the 2022 Annual Meeting will include the New Directors.

        (iv)      During the period commencing with the date of this Agreement through the expiration of the Standstill Period, the Board and all applicable committees of the Board shall not (A) increase the size of the Board to more than eleven (11) directors subsequent to the date of the 2022 Annual Meeting or (B) seek to classify the Board, in each case without the prior written consent of RC Ventures.

      (b)      <u>Board Committees</u>.

        (i)      Immediately following the execution of this Agreement, Ms. Bowen and Mr. Rosenzweig shall be appointed to serve as members of the Strategy Committee of the Board (the "<u>Strategy Committee</u>"), which committee has been created with an agreed upon charter to support the Board's oversight and review of a strategic analysis of the buybuy BABY business. During the Standstill Period, the Strategy Committee shall consist of four (4) independent directors (including at least two (2) New Directors or Replacement Directors). Sue Gove shall be the initial chair of the Strategy Committee; provided, that in the event Ms. Gove is subsequently unable or unwilling to serve as the chair of the Strategy Committee, the replacement chair of the Strategy Committee shall be selected by the full Board.

3

---

(ii)    In addition, subject to NASDAQ rules, the Charter, the By-Laws, the charter of the applicable committee of the Board and applicable laws, the Board and all applicable committees of the Board shall take all actions necessary to ensure that during the Standstill Period, in accordance with the Company's standard policies and procedures, at least one (1) New Director (or a Replacement Director) to be selected by the Board shall be appointed to each committee and subcommittee of the Board, including any new committee(s) and subcommittee(s) that may be established. Without limiting the foregoing, the Board shall, in accordance with its customary governance processes, give each of the New Directors the same due consideration for membership to any committee of the Board as any other independent director with similar relevant expertise and qualifications.

(c)    <u>Board Compensation and Other Benefits</u>. The Company agrees that the New Directors (or any Replacement Director) shall receive (A) the same benefits of director and officer insurance as all other non-management directors on the Board, (B) the same compensation for his or her service as a director as the compensation received by other non-management directors on the Board, and (C) such other benefits on the same basis as all other non-management directors on the Board.

(d)    <u>Board Policies and Procedures</u>. Each Party acknowledges that the New Directors (or any Replacement Director), upon appointment to the Board, shall be governed by, and each New Director (or any Replacement Director) shall comply with, all of the same policies, processes, procedures, codes, rules, standards and guidelines applicable to members of the Board, and shall for the avoidance of doubt be required to strictly adhere to the policies on confidentiality, insider trading and conflicts of interest imposed on all members of the Board. Each New Director (and any Replacement Director) shall be required to provide the Company with such information and authorizations as reasonably requested from all members of the Board as is required to be disclosed under applicable law or stock exchange regulations, in each case as promptly as necessary to enable the timely and accurate filing of the Company's proxy statement and other periodic reports or legally required disclosures with the Securities and Exchange Commission (the "<u>SEC</u>") and to applicable stock exchanges and regulatory authorities.

(e)    <u>Additional Agreements</u>.

(i)    RC Ventures shall comply, and shall cause each of its Affiliates and Associates to comply, with the terms of this Agreement and shall be responsible for any breach of this Agreement by any such Affiliate or Associate. As used in this Agreement, (A) the terms "<u>Affiliate</u>" and "<u>Associate</u>" shall have the respective meanings set forth in Rule 12b-2 promulgated by the SEC under the Securities Exchange Act of 1934, as amended (the "<u>Exchange Act</u>"), and shall include all persons that at any time during the term of this Agreement become Affiliates or Associates of any person referred to in this Agreement; <u>provided</u>, <u>however</u>, that with respect to RC Ventures, the definition of the term "Affiliate" or "Affiliates" shall not include any portfolio company of RC Ventures in which RC Ventures has a passive interest, and (B) the terms "<u>person</u>" or "<u>persons</u>" shall mean any individual, corporation (including not-for-profit), general or limited partnership, limited liability or unlimited liability company, joint venture, estate, trust, association, organization or other entity of any kind or nature.

4

(ii)     During the Standstill Period, except as otherwise provided herein, RC Ventures shall not, and shall cause each of its Affiliates and Associates not to, directly or indirectly, (A) nominate or recommend for nomination any person for election at any annual or special meeting of the Company's shareholders or otherwise seek representation on the Board, (B) submit, participate in or be the proponent of any proposal for consideration at, or bring any other business before, any annual or special meeting of the Company's shareholders, (C) seek the removal of any member of the Board, or (D) initiate, encourage or participate in any "vote no," "withhold" or similar campaign with respect to any annual or special meeting of the Company's shareholders. RC Ventures shall not publicly or privately encourage or support any other shareholder or person to take any of the actions described in this Section 1(e)(ii).

(iii)     During the Standstill Period, RC Ventures shall cause all shares of Common Stock beneficially owned, directly or indirectly, by it or by any of its Affiliates or Associates, or any other securities of the Company for which RC Ventures or any of its Affiliates or Associates has the right to vote, directly or indirectly, to be present in person or by proxy for quorum purposes and to be voted at any meeting of shareholders or at any adjournments or postponements thereof, and to consent in connection with any action by consent in lieu of a meeting, in favor of all directors nominated by the Board for election and otherwise in accordance with the recommendations of the Board; provided, however, that in the event that both Institutional Shareholder Services Inc. ("ISS") and Glass Lewis & Co., LLC ("Glass Lewis") recommend otherwise with respect to any proposals (other than the election of directors), RC Ventures shall be permitted to vote in accordance with the ISS and Glass Lewis recommendations; provided, further, that RC Ventures shall be permitted to vote in its sole discretion with respect to any publicly announced proposals relating to a merger, acquisition, disposition of all or substantially all of the assets of the Company or other business combination involving the Company requiring a vote of shareholders of the Company. As used in this Agreement, the terms "beneficial owner" and "beneficially own" shall have the meanings as set forth in Rule 13d-3 promulgated by the SEC under the Exchange Act, except that a person will also be deemed to be the beneficial owner of all shares of the Company's capital stock which such person has the right to acquire (whether such right is exercisable immediately or only after the passage of time) pursuant to the exercise of any rights in connection with any securities or any agreement, arrangement or understanding (whether or not in writing), regardless of when such rights may be exercised and whether they are conditional, and all shares of the Company's capital stock which such person or any of such person's Affiliates or Associates has or shares the right to vote or dispose.

(iv)     RC Ventures acknowledges that, prior to the execution of this Agreement, each New Director, and prior to any appointment, each Replacement Director, as applicable, is required to submit to the Company a fully completed and executed copy of the Company's standard director & officer questionnaire and other reasonable and customary director onboarding documentation applicable to directors of the Company (including (A) an agreement to comply with all current policies, procedures, codes, rules, standards, guidelines and confidentiality obligations applicable to all of the Company's directors (or any applicable subset thereof), (B) providing any information regarding himself or herself that is required to be disclosed for candidates for directors and directors in a proxy statement under the federal securities laws of the United States of America and/or applicable NASDAQ rules and regulations, and (C) providing such other customary information as reasonably requested by the Company).

5

(v)       The Company agrees that the Board and all applicable committees of the Board shall take all actions reasonably necessary, effective no later than immediately following the execution of this Agreement, to determine, in connection with their initial appointment as a director and nomination by the Company at the 2022 Annual Meeting, that each of the New Directors is deemed to be (A) an "incumbent director" (as such term may be defined in the definition of "change in control" (or any similar term) under the Company's incentive plans, options plans, equity plans, deferred compensation plans, employment agreements, severance plans, retention plans, loan agreements, or indentures, or any other related plans or agreements that refer to any such plan, policy or agreement's definition of "change in control" or any similar term) and (B) a member of the Board as of the beginning of any applicable measurement period for the purposes of the definition of "change in control" or any similar term under the Company's incentive plans, options plans, equity plans, deferred compensation plans, employment agreements, severance plans, retention plans, loan agreements, or indentures.

(f)       <u>Acknowledgement</u>. RC Ventures acknowledges that it and its Affiliates and Associates are aware that the United States securities laws may prohibit any person who has received from an issuer material, nonpublic information from purchasing or selling securities of such issuer or from communicating such information to any other person under circumstances in which it is reasonably foreseeable that such person is likely to purchase or sell such securities.

2.       <u>Standstill Provisions</u>.

(a)       RC Ventures agrees that, from the date of this Agreement until the earlier of (x) the date that is thirty (30) calendar days prior to the deadline for the submission of director nominations by shareholders for the Company's 2023 annual meeting of shareholders (the "<u>2023 Annual Meeting</u>") pursuant to the By-Laws or (y) the date that is one hundred twenty (120) calendar days prior to the first anniversary of the 2022 Annual Meeting (the "<u>Standstill Period</u>"), RC Ventures shall not, and shall cause each of its Affiliates and Associates not to, in each case directly or indirectly, in any manner:

(i)       acquire, seek or propose (publicly or otherwise) or agree to acquire, beneficial ownership, directly or indirectly and acting alone or in concert, whether by purchase, tender or exchange offer, through the acquisition of control of another person, by joining a partnership, limited partnership, syndicate or other group, or through swap or hedging transactions or otherwise, any securities of the Company or any rights decoupled from the underlying securities of the Company that would result in RC Ventures (together with its Affiliates and Associates) owning, controlling or otherwise having any beneficial ownership interest in or aggregate economic exposure of more than 19.9% of the outstanding shares of Common Stock;

(ii)       make, engage in or in any way participate in any solicitation of proxies or become a "<u>participant</u>" in a "<u>solicitation</u>" (as such terms are defined in Regulation 14A under the Exchange Act) of proxies or consents to vote (including, without limitation, any solicitation of consents that seeks to call a special meeting of shareholders), or seek to advise, encourage or influence any person with respect to the voting of any securities of the Company or any securities convertible into or exchangeable into or exercisable for any such securities for the election of individuals to the Board or to approve shareholder proposals, or become a "participant" in any contested "solicitation" for the election of directors with respect to the Company, in each case, with respect to securities of the Company;

6

(iii)        form, join, or in any way knowingly participate or enter into any discussions or negotiations with any person not a party to this Agreement to participate in any "<u>group</u>" (within the meaning of Section 13(d)(3) of the Exchange Act) with respect to the Company or its securities (other than a "<u>group</u>" that includes all or some of the members of RC Ventures, but does not include any other persons that are not members of RC Ventures as of the date hereof); <u>provided</u>, <u>however</u>, that nothing herein shall limit the ability of an Affiliate of RC Ventures to join the "group" following the execution of this Agreement, so long as any such Affiliate agrees to be bound by the terms and conditions of this Agreement;

(iv)        agree, attempt, seek or propose to deposit any shares of Common Stock in any voting trust or similar arrangement or subject any shares of Common Stock to any arrangement or agreement with respect to the voting of any shares of Common Stock (including by granting any proxy, consent or other authority to vote), other than any such voting trust, arrangement or agreement solely among the members of RC Ventures and otherwise in accordance with this Agreement;

(v)        seek or submit, or knowingly encourage any person to seek or submit, nomination(s) in furtherance of a "<u>contested solicitation</u>" for the appointment, election or removal of directors with respect to the Company or seek, or knowingly encourage or take any other action with respect to the appointment, election or removal of any directors (except as specifically permitted in <u>Section 1</u>), in each case in opposition to the recommendation of the Board; <u>provided</u>, <u>however</u>, that nothing in this Agreement shall prevent RC Ventures or its Affiliates or Associates from taking actions in furtherance of identifying director candidates in connection with the 2023 Annual Meeting so long as such actions do not create a public disclosure obligation for RC Ventures or the Company and are undertaken on a confidential basis;

(vi)        (A) make any proposal for consideration by shareholders at any annual or special meeting of shareholders of the Company, (B) make any offer or proposal (with or without conditions) with respect to any merger, tender (or exchange) offer, acquisition, recapitalization, restructuring, disposition, business combination or other extraordinary transaction involving the Company, (C) solicit a third party to make an offer or proposal (with or without conditions) with respect to any merger, tender (or exchange) offer, acquisition, recapitalization, restructuring, disposition, other business combination or other extraordinary transaction involving the Company, or encourage, initiate or support any third party in making such an offer or proposal, (D) publicly comment on any third party proposal regarding any merger, tender (or exchange) offer, acquisition, recapitalization, restructuring, disposition, business combination or other extraordinary transaction with respect to the Company by such third party or (E) call, seek or request (publicly or otherwise) a special meeting of shareholders (whether or not such meeting is permitted by the Charter or By-Laws);

(vii)        seek, alone or in concert with others, representation on the Board, except as specifically permitted in Section 1;

(viii)        advise, knowingly encourage, knowingly support or knowingly influence any person with respect to the voting or disposition of any securities of the Company at any annual or special meeting of shareholders with respect to (A) the appointment, election or removal of director(s), except in accordance with Section 1, or (B) any matter other than the appointment, election or removal of director(s), except (1) in accordance with the recommendations of both ISS and Glass Lewis or (2) with respect to any publicly announced proposals relating to a merger, acquisition, disposition of all or substantially all of the assets of the Company or other business combination involving the Company requiring a vote of stockholders of the Company;

7

(ix)  make a request for any shareholder list or other Company books and records;

(x)  enter into any discussions, negotiations, understandings or agreements (whether written or oral) with respect to any action that RC Ventures is prohibited from taking under this Section 2 or knowingly encourage any third person to take any action that RC Ventures is prohibited from taking under this Section 2; or

(xi)  make any request or submit any proposal to amend the terms of this Agreement other than through non-public communications with the Company or the Board that would not be reasonably determined to trigger public disclosure obligations for any Party.

(b)  Except as expressly provided in Section 1 or Section 2(a), RC Ventures shall be entitled to (i) vote any shares of Common Stock that it beneficially owns as RC Ventures determines in its sole discretion and (ii) disclose, publicly or otherwise, how it intends to vote or act with respect to any securities of the Company, any shareholder proposal or other matter to be voted on by the shareholders of the Company and the reasons therefor.

(c)  Notwithstanding anything in Section 2(a) or elsewhere in this Agreement, nothing in this Agreement shall prohibit or restrict RC Ventures from (i) communicating privately with the Board or any of the Company's officers regarding any matter, so long as such communications are not intended to, and would not reasonably be expected to, require any public disclosure of such communications, (ii) communicating with shareholders of the Company and others in a manner that does not otherwise violate and is not inconsistent with Section 1(e)(ii), Section 2(a) or Section 12, or (iii) taking any action necessary (upon the advice of outside legal counsel) to comply with any law, rule or regulation or any action required by any governmental or regulatory authority or stock exchange that has jurisdiction over RC Ventures (provided, that, to the extent practicable, RC Ventures will provide the Company with notice of any such requirement to the extent RC Ventures believes, upon the advice of outside legal counsel, RC Ventures is required to take any action inconsistent with this Agreement pursuant to clause (iii) of this Section 2(c) prior to taking any such action).

(d)  Nothing in Section 2 or elsewhere in this Agreement shall be deemed to limit the exercise in good faith by any New Director (or a Replacement Director) of such person's fiduciary duties solely in such person's capacity as a director of the Company.

8

3.    Representations and Warranties of the Company.

The Company represents and warrants to RC Ventures that (a) the Company has the corporate power and authority to execute this Agreement and to bind it thereto, (b) this Agreement has been duly and validly authorized, executed and delivered by the Company, and assuming due execution by RC Ventures, constitutes a valid and binding obligation and agreement of the Company, and is enforceable against the Company in accordance with its terms, except as enforcement thereof may be limited by applicable bankruptcy, insolvency, reorganization, moratorium, fraudulent conveyance or similar laws generally affecting the rights of creditors and subject to general equity principles and (c) the execution, delivery and performance of this Agreement by the Company does not and will not (i) violate or conflict with any law, rule, regulation, order, judgment or decree applicable to the Company or (ii) result in any breach or violation of or constitute a default (or an event which with notice or lapse of time or both would constitute such a breach, violation or default) under or pursuant to, or result in the loss of a material benefit under, or give any right of termination, amendment, acceleration or cancellation of, any organizational document or material agreement to which the Company is a party or by which it is bound. In the event the Company adopts a shareholder rights plan or similar agreement during the Standstill Period with an ownership limitation less than 19.9% of the outstanding shares of Common Stock, the Board agrees to grant RC Ventures (together with its Affiliates and Associates) a waiver and/or exemption to any such plan or agreement to permit RC Ventures (together with its Affiliates and Associates) to acquire beneficial ownership of up to 19.9% of the outstanding shares of Common Stock.

4.    Representations and Warranties of RC Ventures.

RC Ventures represents and warrants to the Company that (a) the authorized signatory of RC Ventures set forth on the signature page hereto has the power and authority to execute this Agreement and any other documents or agreements to be entered into in connection with this Agreement and to bind RC Ventures thereto, (b) this Agreement has been duly authorized, executed and delivered by RC Ventures, and assuming due execution by the Company, is a valid and binding obligation of RC Ventures, enforceable against RC Ventures in accordance with its terms except as enforcement thereof may be limited by applicable bankruptcy, insolvency, reorganization, moratorium, fraudulent conveyance or similar laws generally affecting the rights of creditors and subject to general equity principles, (c) the execution of this Agreement, the consummation of any of the transactions contemplated hereby, and the fulfillment of the terms hereof, in each case in accordance with the terms hereof, will not conflict with, or result in a breach or violation of the organizational documents of RC Ventures as currently in effect, (d) the execution, delivery and performance of this Agreement by RC Ventures does not and will not (i) violate or conflict with any law, rule, regulation, order, judgment or decree applicable to RC Ventures, or (ii) result in any breach or violation of or constitute a default (or an event which with notice or lapse of time or both would constitute such a breach, violation or default) under or pursuant to, or result in the loss of a material benefit under, or give any right of termination, amendment, acceleration or cancellation of, any organizational document, agreement, contract, commitment, understanding or arrangement to which such member is a party or by which it is bound, (e) as of the date of this Agreement, RC Ventures beneficially owns 9,450,100 shares of Common Stock (including 1,670,100 shares of Common Stock underlying certain American-style call options as disclosed publicly in the RC Ventures' Schedule 13D filed with the SEC prior to the date hereof), (f) as of the date hereof, and except as set forth in clause (e) above, RC Ventures does not currently have, and does not currently have any right to acquire, any interest in any securities or assets of the Company or its Affiliates (or any rights, options or other securities convertible into or exercisable or exchangeable (whether or not convertible, exercisable or exchangeable immediately or only after the passage of time or the occurrence of a specified event) for such securities or assets or any obligations measured by the price or value of any securities of the Company or any of its Affiliates, including any swaps or other derivative arrangements designed to produce economic benefits and risks that correspond to the ownership of shares of Common Stock or any other securities of the Company, whether or not any of the foregoing would give rise to beneficial ownership (as determined under Rule 13d-3 promulgated under the Exchange Act), and whether or not to be settled by delivery of shares of Common Stock or any other class or series of the Company's stock, payment of cash or by other consideration, and without regard to any short position under any such contract or arrangement). RC Ventures agrees during the Standstill Period to update and advise the Company of its beneficial ownership of Common Stock as of such date as any New Director (or Replacement Director) ceases to be a director, as promptly as practicable after such date.

9

5.      Press Release.

Promptly following the execution of this Agreement, the Company and RC Ventures shall jointly issue a mutually agreeable press release (the "Press Release") announcing certain terms of this Agreement in the form attached hereto as Exhibit A. Prior to the issuance of the Press Release and subject to the terms of this Agreement, neither the Company (including the Board and any committee thereof) nor RC Ventures shall issue any press release or make public announcement regarding this Agreement or the matters contemplated hereby without the prior written consent of the other Party. During the Standstill Period, neither the Company nor RC Ventures shall make any public announcement or statement that is inconsistent with or contrary to the terms of this Agreement.

6.      Specific Performance.

Each of RC Ventures, on the one hand, and the Company, on the other hand, acknowledges and agrees that irreparable injury to the other Party may occur in the event any of the provisions of this Agreement were not performed in accordance with their specific terms or were otherwise breached and that such injury may not be adequately compensable by the remedies available at law (including the payment of money damages). It is accordingly agreed that RC Ventures, on the one hand, and the Company, on the other hand (the "Moving Party"), shall each be entitled to seek specific enforcement of, and injunctive relief to prevent any violation of, the terms hereof, and the other Party will not take action, directly or indirectly, in opposition to the Moving Party seeking such relief on the grounds that any other remedy or relief is available at law or in equity. This Section 6 is not the exclusive remedy for any violation of this Agreement.

7.      Expenses.

Each Party shall be responsible for its own fees, costs and expenses in connection with the negotiation, execution and implementation of this Agreement and the transactions contemplated hereby, and neither Party shall seek reimbursement from the other for any such fees, costs or expenses.

10

8.       <u>Severability</u>.

  If any term, provision, covenant or restriction of this Agreement is held by a court of competent jurisdiction to be invalid, void or unenforceable, the remainder of the terms, provisions, covenants and restrictions of this Agreement shall remain in full force and effect and shall in no way be affected, impaired or invalidated. It is hereby stipulated and declared to be the intention of the Parties that the Parties would have executed the remaining terms, provisions, covenants and restrictions without including any of such which may be hereafter declared invalid, void or unenforceable. In addition, the Parties agree to use their best efforts to agree upon and substitute a valid and enforceable term, provision, covenant or restriction for any of such that is held invalid, void or enforceable by a court of competent jurisdiction.

9.       <u>Notices</u>.

  Any notices, consents, determinations, waivers or other communications required or permitted to be given under the terms of this Agreement must be in writing and will be deemed to have been delivered: (a) upon receipt, when delivered personally; (b) upon confirmation of receipt, when sent by email (<u>provided</u> such confirmation is not automatically generated); or (c) one (1) business day after deposit with a nationally recognized overnight delivery service, in each case properly addressed to the Party to receive the same. The addresses for such communications shall be:

If to the Company:

  Bed Bath & Beyond Inc.
  650 Liberty Avenue
  Union, New Jersey 07083
  Attention: Chief Legal Officer
  E-mail: Arlene.Hong@bedbath.com

with a copy (which shall not constitute notice) to:

  Cleary Gottlieb Steen & Hamilton LLP
  One Liberty Plaza
  New York, New York 10006
  Attention: Paul J. Shim
  Email: pshim@cgsh.com

If to RC Ventures:

  RC Ventures LLC
  P.O. Box 25250, PMB 30427
  Miami, Florida 33102
  Attention: Ryan Cohen
  Email: bbby@rcventures.com

11

with a copy (which shall not constitute notice) to:

> Olshan Frome Wolosky LLP
> 1325 Avenue of the Americas
> New York, New York 10019
> Attention: Ryan Nebel
> Email: rnebel@olshanlaw.com

10.    Applicable Law.

    This Agreement and any claim, controversy or dispute arising under or related to this Agreement, the relationship of the Parties, and/or the interpretation and enforcement of the rights and duties of the Parties shall be governed by and construed and enforced in accordance with the laws of the State of New York without reference to the conflict of laws principles thereof that would result in the application of the law of another jurisdiction. Each of the Parties irrevocably agrees that any legal action or proceeding with respect to this Agreement and the rights and obligations arising hereunder, or for recognition and enforcement of any judgment in respect of this Agreement and the rights and obligations arising hereunder brought by the other Party or its successors or assigns, shall be brought and determined exclusively in any state or federal court in the State of New York. Each of the Parties hereby irrevocably submits with regard to any such action or proceeding for itself and in respect of its property, generally and unconditionally, to the personal jurisdiction of the aforesaid courts and agrees that it will not bring any action relating to this Agreement in any court other than the aforesaid courts. Each of the Parties hereby irrevocably waives, and agrees not to assert in any action or proceeding with respect to this Agreement, (a) any claim that it is not personally subject to the jurisdiction of the above-named courts for any reason, (b) any claim that it or its property is exempt or immune from jurisdiction of any such court or from any legal process commenced in such courts (whether through service of notice, attachment prior to judgment, attachment in aid of execution of judgment, execution of judgment or otherwise) and (c) to the fullest extent permitted by applicable legal requirements, any claim that (i) the suit, action or proceeding in such court is brought in an inconvenient forum, (ii) the venue of such suit, action or proceeding is improper or (iii) this Agreement, or the subject matter hereof, may not be enforced in or by such courts. EACH PARTY ACKNOWLEDGES AND AGREES THAT ANY CONTROVERSY WHICH MAY ARISE UNDER THIS AGREEMENT IS LIKELY TO INVOLVE COMPLICATED AND DIFFICULT ISSUES AND, THEREFORE, EACH OF THE COMPANY AND RC VENTURES (A) IRREVOCABLY AND UNCONDITIONALLY WAIVES THE RIGHT TO TRIAL BY JURY IN RESPECT OF ANY LEGAL ACTION ARISING OUT OF OR RELATING TO THIS AGREEMENT OR THE TRANSACTIONS CONTEMPLATED BY THIS AGREEMENT AND (B) AGREES TO WAIVE ANY BONDING REQUIREMENT UNDER ANY APPLICABLE LAW, IN THE CASE ANY OTHER PARTY SEEKS TO ENFORCE THE TERMS BY WAY OF EQUITABLE RELIEF. EACH PARTY TO THIS AGREEMENT CERTIFIES AND ACKNOWLEDGES THAT (A) NO REPRESENTATIVE OF ANY OTHER PARTY HAS REPRESENTED, EXPRESSLY OR OTHERWISE, THAT SUCH OTHER PARTY WOULD NOT SEEK TO ENFORCE THE FOREGOING WAIVER IN THE EVENT OF A LEGAL ACTION, (B) SUCH PARTY HAS CONSIDERED THE IMPLICATIONS OF THIS WAIVER, (C) SUCH PARTY MAKES THIS WAIVER VOLUNTARILY, AND (D) SUCH PARTY HAS BEEN INDUCED TO ENTER INTO THIS AGREEMENT BY, AMONG OTHER THINGS, THE MUTUAL WAIVERS AND CERTIFICATIONS IN THIS SECTION 10.

12

11.    <u>Counterparts</u>.

This Agreement may be executed in two or more counterparts, each of which shall be considered one and the same agreement and shall become effective when counterparts have been signed by each of the Parties and delivered to the other Party (including by means of electronic delivery or facsimile).

12.    <u>Mutual Non-Disparagement</u>.

Subject to applicable law, each of the Parties covenants and agrees that, during the Standstill Period, or if earlier, until such time as the other Party or any of its agents, subsidiaries, Affiliates, officers, key employees or directors shall have breached this <u>Section 12</u>, neither it nor any of its respective agents, subsidiaries, Affiliates, successors, assigns, officers, key employees or directors shall in any way publicly criticize, disparage, call into disrepute or otherwise defame or slander the other Party or such other Party's subsidiaries, Affiliates, current or former officers, current or former directors, current or former employees, agents or other representatives or any of their businesses, products or services.

13.    <u>No Litigation</u>.

Each Party agrees that, during the Standstill Period, it shall not institute, solicit, join or assist in any lawsuit, claim or proceeding before any court or government agency (each, a "<u>Legal Proceeding</u>") against the other Party, any Affiliate of the other Party or any of their respective current or former directors or officers, except for (a) any Legal Proceeding initiated primarily to remedy a breach of or to enforce this Agreement and (b) counterclaims with respect to any proceeding initiated by, or on behalf of one Party or its Affiliates against the other Party or its Affiliates; <u>provided</u>, <u>however</u>, that the foregoing shall not prevent any Party or any of its representatives from responding to oral questions, interrogatories, requests for information or documents, subpoenas, civil investigative demands or similar processes (each, a "<u>Legal Requirement</u>") in connection with any Legal Proceeding if such Legal Proceeding has not been initiated by, on behalf of or at the suggestion of such Party; <u>provided</u>, <u>further</u>, that in the event any Party or any of its representatives receives such Legal Requirement, such Party shall give prompt written notice of such Legal Requirement to the other Party (except where such notice would be legally prohibited or not practicable). Each Party represents and warrants that neither it nor any assignee has filed any lawsuit against the other Party.

14.    <u>Entire Agreement; Amendment and Waiver; Successors and Assigns; Third Party Beneficiaries; Term</u>.

This Agreement contains the entire understanding of the Parties with respect to its subject matter. There are no restrictions, agreements, promises, representations, warranties, covenants or undertakings between the Parties other than those expressly set forth herein. No modifications of this Agreement can be made except in writing signed by an authorized representative of each the Company and RC Ventures. No failure on the part of any Party to exercise, and no delay in exercising, any right, power or remedy hereunder shall operate as a waiver thereof, nor shall any single or partial exercise of such right, power or remedy by such Party preclude any other or further exercise thereof or the exercise of any other right, power or remedy. All remedies hereunder are cumulative and are not exclusive of any other remedies provided by law. The terms and conditions of this Agreement shall be binding upon, inure to the benefit of, and be enforceable by and against the Parties and their respective successors, heirs, executors, legal representatives, and permitted assigns. No Party shall assign this Agreement or any rights or obligations hereunder without, with respect to RC Ventures, the prior written consent of the Company, and with respect to the Company, the prior written consent of RC Ventures. This Agreement is solely for the benefit of the Parties and is not enforceable by any other persons. Unless otherwise mutually agreed in writing by each Party, this Agreement shall terminate at the end of the Standstill Period. Notwithstanding the foregoing, the provisions of <u>Section 6</u> through <u>Section 11</u> and this <u>Section 14</u> shall survive the termination of this Agreement. No termination of this Agreement shall relieve any Party from liability for any breach of this Agreement prior to such termination.

**[The remainder of this page intentionally left blank]**

13

IN WITNESS WHEREOF, this Agreement has been duly executed and delivered by the duly authorized signatories of the Parties as of the date hereof.

**BED BATH & BEYOND INC.**

By:     /s/ Mark J. Tritton
        _____
        Name:     Mark J. Tritton
        Title:    President and Chief Executive Officer

_____
                        *[Signature Page to Agreement]*

**RC VENTURES LLC**

By: /s/ Ryan Cohen
          Name:     Ryan Cohen
          Title:      Manager


/s/ Ryan Cohen
**RYAN COHEN**

*[Signature Page to Agreement]*

Exhibit A
Press Release



**Bed Bath & Beyond Inc. Announces Cooperation Agreement with Ryan Cohen**

*Appoints Three New Independent Directors to the Board with Finance and Strategy Experience*

*Announces a Four-Member Committee of the Board Focused on Exploring Alternatives to Unlock Greater Value from buybuy BABY*

UNION, N.J., – March 25, 2022 – Bed Bath & Beyond Inc. (Nasdaq: BBBY) ("Bed Bath & Beyond" or the "Company") today announced that it has entered into a cooperation agreement with Ryan Cohen and RC Ventures LLC (together, "RC Ventures"), the beneficial owners of approximately 9.8% of the Company's outstanding shares. As part of the agreement, three of RC Ventures' director designees – Marjorie L. Bowen, Shelly C. Lombard, and Ben Rosenzweig – will immediately join Bed Bath & Beyond's Board of Directors (the "Board") as new Independent Directors, and they will also stand for election as part of the Company's slate at the 2022 Annual Meeting of Shareholders (the "Annual Meeting"). The Board will temporarily expand to 14 members before reverting to 11 members following the Annual Meeting. The three new directors collectively bring deep expertise in capital allocation, corporate governance, strategic planning, and transactions.

In conjunction with the cooperation agreement, Bed Bath & Beyond today announced that Ms. Bowen and Mr. Rosenzweig, will join a four-member Strategy Committee focused on exploring alternatives to unlock greater value from the Company's buybuy BABY banner. Bed Bath & Beyond Independent Director Sue Gove, an accomplished retail executive and experienced public company director, will serve as Chair of the Strategy Committee, and Independent Director, Andrea Weiss, Founding Partner, the O Alliance, LLC, a retail, digital and brand strategy consulting practice, CEO of Retail Consulting, Inc. and an experienced public company director, will also serve on the Committee. The Strategy Committee has the ability to retain independent advisors to support the development of recommendations that it will ultimately make to the full Board.

Harriet Edelman, independent Chair of the Board, said: "We are pleased to have reached this constructive agreement with RC Ventures, which we believe to be in the best interest of all our shareholders. Over the past two years, our Board has transformed the Company's governance, management team, compensation policies, and oversight of strategy and operations. Under this Board's leadership, the Company has implemented consequential changes to our business, including the divestiture of multiple non-core assets and a significant increase in investments in structurally critical enablers of our business. The Board is highly committed to fundamentally reshaping Bed Bath & Beyond for our customers while driving growth and profitability across its banners. We look forward to benefitting from the contributions and perspectives of our new directors."

Mark Tritton, Bed Bath & Beyond's President and CEO, added: "Our Company and Board have always been committed to evaluating all options to maximize long-term shareholder value, and we look forward to integrating our new directors' ideas to drive our continued transformation. Our buybuy BABY business is a tremendous asset, and we are committed to unlocking its full value. As we move forward, our goals will continue to focus on delivering value for our shareholders, enhancing experiences for our customers, executing on the transformation throughout our business, and creating new and exciting opportunities for our dedicated employees across all our banners."

---

Mr. Cohen concluded: "The resolution announced today represents a positive outcome for all of Bed Bath's shareholders. By refreshing the Board with shareholder-designated individuals who possess capital markets acumen and transaction experience, the Company is well-positioned to review alternatives for buybuy BABY. I appreciate that management and the Board were willing to promptly embrace our ideas and look forward to supporting them in the year ahead."

As a result of the agreement between RC Ventures and Bed Bath & Beyond, RC Ventures has agreed to abide by certain customary standstill provisions and will support the Board's full slate of directors at the 2022 Annual Meeting. The complete cooperation agreement will be filed with the U.S. Securities and Exchange Commission as an exhibit to a Current Report on Form 8-K.

Cleary Gottlieb Steen & Hamilton LLP is serving as legal counsel to Bed Bath & Beyond and JP Morgan Securities LLC is serving as Bed Bath & Beyond's financial advisor.

### Biographies for RC Ventures' Designees

- **Marjorie L. Bowen** is an experienced public company director with extensive knowledge of corporate governance, capital markets strategies and strategic transactions. She has valuable experience in the consumer and retail sectors, having served as a director of companies such as Centric Brands, Genesco, Navient, Sequential Brands and Talbots.

- **Shelly C. Lombard** is an experienced public company director with expertise in capital allocation and structure strategies, corporate governance and strategic reviews. She has served as a director of INNOVATE, Alaska Communications Group and Spartacus Acquisition Corporation.

- **Ben Rosenzweig** is an experienced investor and public company director with expertise in capital allocation, corporate governance and mergers and acquisitions. In addition to serving on the boards of directors of several public companies, he is a Partner at Privet Fund Management and previously served as an investment banking analyst at Alvarez and Marsal.

### About Bed Bath & Beyond
Bed Bath & Beyond Inc. and subsidiaries (the "Company") is an omnichannel retailer that makes it easy for our customers to feel at home. The Company sells a wide assortment of merchandise in the Home, Baby, Beauty and Wellness markets. Additionally, the Company is a partner in a joint venture which operates retail stores in Mexico under the name Bed Bath & Beyond.

**Investors:**
Susie A. Kim, ir@bedbath.com

**Media:**
Julie Strider, media@bedbath.com

Or

Jim Barron/Jared Levy
Sard Verbinnen & Co.
BBBY-SVC@sardverb.com

---

**FORWARD LOOKING STATEMENTS**

This press release contains forward-looking statements within the meaning of Section 21 E of the Securities Exchange Act of 1934 including, but not limited to, the Company's progress and anticipated progress towards its long-term objectives, as well as more generally the status of its future liquidity and financial condition and its outlook for the Company's 2021 fourth quarter and its 2021 fiscal year. Many of these forward-looking statements can be identified by use of words such as may, will, expect, anticipate, approximate, estimate, assume, continue, model, project, plan, goal, preliminary, and similar words and phrases, although the absence of those words does not necessarily mean that statements are not forward-looking. The Company's actual results and future financial condition may differ materially from those expressed in any such forward-looking statements as a result of many factors. Such factors include, without limitation: general economic conditions including the housing market, a challenging overall macroeconomic environment and related changes in the retailing environment; risks associated with the COVID-19 pandemic and the governmental responses to it, including its impacts across the Company's businesses on demand and operations, as well as on the operations of the Company's suppliers and other business partners, and the effectiveness of the Company's actions taken in response to these risks; consumer preferences, spending habits and adoption of new technologies; demographics and other macroeconomic factors that may impact the level of spending for the types of merchandise sold by the Company; civil disturbances and terrorist acts; unusual weather patterns and natural disasters; competition from existing and potential competitors across all channels; pricing pressures; liquidity; the ability to achieve anticipated cost savings, and to not exceed anticipated costs, associated with organizational changes and investments, including the Company's strategic restructuring program and store network optimization strategies; the ability to attract and retain qualified employees in all areas of the organization; the cost of labor, merchandise, logistical costs and other costs and expenses; potential supply chain disruption due to trade restrictions or otherwise, and other factors such as natural disasters, pandemics, including the COVID-19 pandemic, political instability, labor disturbances, product recalls, financial or operational instability of suppliers or carriers, and other items; the ability to find suitable locations at acceptable occupancy costs and other terms to support the Company's plans for new stores; the ability to establish and profitably maintain the appropriate mix of digital and physical presence in the markets it serves; the ability to assess and implement technologies in support of the Company's development of its omnichannel capabilities; the ability to effectively and timely adjust the Company's plans in the face of the rapidly changing retail and economic environment, including in response to the COVID-19 pandemic; uncertainty in financial markets; volatility in the price of the Company's common stock and its effect, and the effect of other factors, including the COVID-19 pandemic, on the Company's capital allocation strategy; risks associated with the ability to achieve a successful outcome for the Company's business concepts and to otherwise achieve its business strategies; the impact of intangible asset and other impairments; disruptions to the Company's information technology systems, including but not limited to security breaches of systems protecting consumer and employee information or other types of cybercrimes or cybersecurity attacks; reputational risk arising from challenges to the Company's or a third party product or service supplier's compliance with various laws, regulations or standards, including those related to labor, health, safety, privacy or the environment; reputational risk arising from third-party merchandise or service vendor performance in direct home delivery or assembly of product for customers; changes to statutory, regulatory and legal requirements, including without limitation proposed changes affecting international trade; changes to, or new, tax laws or interpretation of existing tax laws; new, or developments in existing, litigation, claims or assessments; changes to, or new, accounting standards; and foreign currency exchange rate fluctuations. Except as required by law, the Company does not undertake any obligation to update its forward-looking statements.

# EXHIBIT 17

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**SCHEDULE 13D**

(Rule 13d-101)

INFORMATION TO BE INCLUDED IN STATEMENTS FILED PURSUANT
TO § 240.13d-1(a) AND AMENDMENTS THERETO FILED PURSUANT TO
§ 240.13d-2(a)

(Amendment No. )[1]

Bed Bath & Beyond Inc.
(Name of Issuer)

Common Stock, $0.01 par value per share
(Title of Class of Securities)

075896100
(CUSIP Number)

RYAN NEBEL
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300
(Name, Address and Telephone Number of Person
Authorized to Receive Notices and Communications)

February 24, 2022
(Date of Event Which Requires Filing of This Statement)

If the filing person has previously filed a statement on Schedule 13G to report the acquisition that is the subject of this Schedule 13D, and is filing this schedule because of §§ 240.13d-1(e), 240.13d-1(f) or 240.13d-1(g), check the following box ☐.

*Note:* Schedules filed in paper format shall include a signed original and five copies of the schedule, including all exhibits. *See* § 240.13d-7 for other parties to whom copies are to be sent.

---

1 The remainder of this cover page shall be filled out for a reporting person's initial filing on this form with respect to the subject class of securities, and for any subsequent amendment containing information which would alter disclosures provided in a prior cover page.

The information required on the remainder of this cover page shall not be deemed to be "filed" for the purpose of Section 18 of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, *see* the *Notes*).

| 1 | NAME OF REPORTING PERSON RC VENTURES LLC | |
|---|---|---|
| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP | (a) ☐ (b) ☐ |
| 3 | SEC USE ONLY | |
| 4 | SOURCE OF FUNDS WC | |
| 5 | CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEM 2(d) OR 2(e) ☐ | |
| 6 | CITIZENSHIP OR PLACE OF ORGANIZATION DELAWARE | |
| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | 7 | SOLE VOTING POWER 9,450,100 |
| | 8 | SHARED VOTING POWER - 0 - |
| | 9 | SOLE DISPOSITIVE POWER 9,450,100 |
| | 10 | SHARED DISPOSITIVE POWER - 0 - |
| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON 9,450,100 | |
| 12 | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES ☐ | |
| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11) 9.8% | |
| 14 | TYPE OF REPORTING PERSON OO | |

| 1 | NAME OF REPORTING PERSON<br>RYAN COHEN | | |
|---|---|---|---|
| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP | | (a) ☐<br>(b) ☐ |
| 3 | SEC USE ONLY | | |
| 4 | SOURCE OF FUNDS<br>OO | | |
| 5 | CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEM 2(d) OR 2(e) ☐ | | |
| 6 | CITIZENSHIP OR PLACE OF ORGANIZATION<br>CANADA | | |
| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | 7 | SOLE VOTING POWER<br><br>9,450,100 | |
| | 8 | SHARED VOTING POWER<br><br>- 0 - | |
| | 9 | SOLE DISPOSITIVE POWER<br>9,450,100 | |
| | 10 | SHARED DISPOSITIVE POWER<br>- 0 - | |
| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON<br>9,450,100 | | |
| 12 | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES | | ☐ |
| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)<br>9.8% | | |
| 14 | TYPE OF REPORTING PERSON<br>IN | | |

The following constitutes the Schedule 13D filed by the undersigned (the "Schedule 13D").

Item 1.          Security and Issuer.

This statement relates to the Common Stock, par value $0.01 per share (the "Shares"), of Bed Bath & Beyond Inc., a New York corporation (the "Issuer"). The address of the principal executive offices of the Issuer is 650 Liberty Avenue, Union, New Jersey 07083.

Item 2.          Identity and Background.

(a) This statement is filed by:

      (i)     RC Ventures LLC, a Delaware limited liability company ("RC Ventures"), with respect to the Shares directly and beneficially owned by it; and

      (ii)    Ryan Cohen, as the Manager of RC Ventures.

Each of the foregoing is referred to as a "Reporting Person" and collectively as the "Reporting Persons." Each of the Reporting Persons is party to that certain Joint Filing Agreement, as further described in Item 6. Accordingly, the Reporting Persons are hereby filing a joint Schedule 13D.

(b) The address of the principal office of each of RC Ventures and Mr. Cohen is P.O. Box 25250, PMB 30427, Miami, Florida 33102-5250.

(c) The principal business of RC Ventures is to hold investments. Mr. Cohen's principal occupation is investing and entrepreneurial efforts, including by serving as the Manager of RC Ventures. Mr. Cohen also serves as the Chairman of the board of directors of GameStop Corp., which offers games, entertainment products and technology through its e-commerce properties and stores.

(d) No Reporting Person has, during the last five years, been convicted in a criminal proceeding (excluding traffic violations or similar misdemeanors).

(e) No Reporting Person has, during the last five years, been party to a civil proceeding of a judicial or administrative body of competent jurisdiction and as a result of such proceeding was or is subject to a judgment, decree or final order enjoining future violations of, or prohibiting or mandating activities subject to, federal or state securities laws or finding any violation with respect to such laws.

(f) Mr. Cohen is a citizen of Canada.

Item 3.          Source and Amount of Funds or Other Consideration.

The Shares beneficially owned by RC Ventures were purchased with working capital (which may, at any given time, include margin loans made by brokerage firms in the ordinary course of business). The aggregate purchase price of the 7,780,000 Shares directly owned by RC Ventures is approximately $119,376,296, excluding brokerage commissions. The aggregate purchase price of the call options exercisable into 1,670,100 Shares owned directly by RC Ventures is approximately $1,785,263, excluding brokerage commissions.

---

Item 4.          Purpose of Transaction.

The Reporting Persons purchased the Shares based on the Reporting Persons' belief that the Shares, when purchased, were undervalued and represented an attractive investment opportunity. Depending upon overall market conditions, other investment opportunities available to the Reporting Persons, and the availability of Shares at prices that would make the purchase or sale of Shares desirable, the Reporting Persons may endeavor to increase or decrease their position in the Issuer through, among other things, the purchase or sale of Shares on the open market or in private transactions including through a trading plan created under Rule 10b5-1(c) or otherwise, on such terms and at such times as the Reporting Persons may deem advisable.

The Reporting Persons intend to engage in communications with the Issuer's Board of Directors (the "Board") and management team regarding opportunities to enhance shareholder value and improve corporate governance.

On March 6, 2022, the Reporting Persons delivered a letter to the Board (the "Letter") encouraging the Board to adjust the Issuer's strategy and explore alternative paths to value creation. Specifically, the Reporting Persons expressed their belief that the Issuer should narrow its focus to fortify operations and maintain the right inventory mix to meet demand, while simultaneously exploring strategic alternatives that include separating buybuy Baby, Inc. and a full sale of the Issuer. The full text of the Letter is attached hereto as Exhibit 99.1 and is incorporated herein by reference. No Reporting Person has any present plan or proposal which would relate to or result in any of the matters set forth in subparagraphs (a) - (j) of Item 4 of Schedule 13D except as set forth herein or such as would occur upon or in connection with completion of, or following, any of the actions discussed herein. The Reporting Persons intend to review their investment in the Issuer on a continuing basis and to communicate with the Issuer's management, Board and other interested parties about a broad range of operational and strategic matters, and may discuss a potential sale of the Issuer or certain of its businesses or assets, in which the Reporting Persons may participate, as a means of enhancing shareholder value. Depending on various factors including, without limitation, the Issuer's financial position and investment strategy, the price levels of the Shares, conditions in the securities markets and general economic and industry conditions, the Reporting Persons may in the future take such actions with respect to their investment in the Issuer as they deem appropriate including, without limitation, engaging in additional communications with management and the Board of the Issuer, engaging in discussions with shareholders of the Issuer or third parties, including potential acquirers, service providers and financing sources, about the Issuer and the Reporting Persons' investment, making proposals to the Issuer concerning changes to the capital allocation strategy, capitalization, ownership structure, including a sale of the Issuer as a whole or in parts, Board structure (including Board composition) or operations of the Issuer, purchasing additional Shares, selling some or all of their Shares, engaging in short selling of or any hedging or similar transaction with respect to the Shares, or changing their intention with respect to any and all matters referred to in Item 4.

Item 5.          Interest in Securities of the Issuer.

(a) The aggregate percentage of Shares reported owned by each person named herein is based upon 96,337,713 Shares outstanding as of November

27, 2021 as reported in the Issuer's Quarterly Report on Form 10-Q filed with the Securities and Exchange Commission on January 6, 2022.

As of the date hereof, RC Ventures directly beneficially owned 9,450,100 Shares, including 1,670,100 Shares underlying certain call options, constituting approximately 9.8% of the Shares outstanding. Mr. Cohen, as the Manager of RC Ventures, may be deemed to beneficially own the 9,450,100 Shares directly beneficially owned by RC Ventures, constituting approximately 9.8% of the Shares outstanding.

The filing of this Schedule 13D shall not be deemed an admission that the Reporting Persons are, for purposes of Section 13(d) of the Securities Exchange Act of 1934, as amended, the beneficial owners of any securities of the Issuer that he or it does not directly own. Each of the Reporting Persons specifically disclaims beneficial ownership of the securities reported herein that he or it does not directly own.

(b) By virtue of his position with RC Ventures, Mr. Cohen and RC Ventures may be deemed to have sole power to vote and dispose of the Shares reported owned by RC Ventures.

(c) Schedule A annexed hereto lists all transactions in securities of the Issuer by the Reporting Persons during the past sixty days. All of such transactions were effected in the open market.

(d) No person other than the Reporting Persons is known to have the right to receive, or the power to direct the receipt of dividends from, or proceeds from the sale of, the Shares.

(e) Not applicable.

Item 6.          Contracts, Arrangements, Understandings or Relationships With Respect to Securities of the Issuer.

RC Ventures has purchased exchange-listed American-style call options referencing an aggregate of 1,125,700 Shares, which have an exercise price of $60.00 per Share and expire on January 20, 2023. RC Ventures has purchased exchange-listed American-style call options referencing an aggregate of 44,400 Shares, which have an exercise price of $75.00 per Share and expire on January 20, 2023. RC Ventures has purchased exchange-listed American-style call options referencing an aggregate of 500,000 Shares, which have an exercise price of $80.00 per Share and expire on January 20, 2023.

On March 7, 2022, the Reporting Persons entered into a Joint Filing Agreement in which the Reporting Persons agreed to the joint filing on behalf of each of them of statements on Schedule 13D with respect to the securities of the Issuer to the extent required by applicable law. The Joint Filing Agreement is attached hereto as Exhibit 99.2 and is incorporated herein by reference.

Other than as described herein, there are no contracts, arrangements, understandings or relationships among the Reporting Persons, or between the Reporting Persons and any other person, with respect to the securities of the Issuer.

Item 7.          Material to be Filed as Exhibits.

          99.1     Letter to the Board, dated March 6, 2022.

          99.2     Joint Filing Agreement by and between RC Ventures LLC and Ryan Cohen, dated March 7, 2022.

SIGNATURES

After reasonable inquiry and to the best of his knowledge and belief, each of the undersigned certifies that the information set forth in this statement is true, complete and correct.

Dated: March 7, 2022

|  |  |  |
|---|---|---|
| | RC Ventures LLC | |
| | By: | /s/ Ryan Cohen |
| | | Name:     Ryan Cohen |
| | | Title:      Manager |
| | /s/ Ryan Cohen | |
| | Ryan Cohen | |

**SCHEDULE A**
**Transactions in Securities of the Issuer During the Past Sixty Days**

| Nature of Transaction | Amount of Securities Purchased | Price per Share ($) | Date of Purchase |
|---|---|---|---|
| | | **RC VENTURES LLC** | |
| Purchase of Common Stock | 1,000,000 | 14.7690 | 01/13/2022 |
| Purchase of Common Stock | 500,000 | 15.2860 | 01/14/2022 |
| Purchase of Common Stock | 300,717 | 14.3930 | 01/20/2022 |
| Purchase of Common Stock | 99,283 | 13.0760 | 01/21/2022 |
| Purchase of Common Stock | 50,000 | 14.9100 | 01/25/2022 |
| Purchase of Common Stock | 200,000 | 15.0480 | 01/26/2022 |
| Purchase of Common Stock | 251,336 | 13.8440 | 01/27/2022 |
| Purchase of Common Stock | 440,981 | 14.4890 | 01/28/2022 |
| Purchase of Common Stock | 44,333 | 16.5810 | 01/31/2022 |
| Purchase of Common Stock | 609,941 | 16.4710 | 01/31/2022 |
| Purchase of Common Stock | 187,962 | 16.9760 | 02/01/2022 |

| | | | |
|---|---|---|---|
| Purchase of Common Stock | 156,574 | 17.1020 | 02/02/2022 |
| Purchase of Common Stock | 75,000 | 16.0790 | 02/04/2022 |
| Purchase of Common Stock | 83,873 | 16.2780 | 02/07/2022 |
| Purchase of Common Stock | 70,000 | 15.8230 | 02/14/2022 |
| Purchase of Common Stock | 30,000 | 16.2280 | 02/16/2022 |
| Purchase of Common Stock | 75,000 | 14.0310 | 02/22/2022 |
| Purchase of Common Stock | 367,833 | 15.2060 | 02/24/2022 |
| Purchase of Common Stock | 500,000 | 13.6600 | 02/24/2022 |
| Purchase of Common Stock | 500,000 | 14.5770 | 02/24/2022 |
| Purchase of Common Stock | 300,000 | 13.4260 | 02/24/2022 |
| Purchase of Common Stock | 542,621 | 16.2230 | 02/25/2022 |
| Purchase of Common Stock | 115,000 | 16.1140 | 02/25/2022 |
| Purchase of Common Stock | 500,000 | 16.6010 | 02/28/2022 |
| Purchase of January 2023 Call Option ($60 Exercise Price)* | 4,757 | 0.9324 | 02/28/2022 |
| Purchase of January 2023 Call Option ($75 Exercise Price)* | 243 | 0.7603 | 02/28/2022 |
| Purchase of January 2023 Call Option ($60 Exercise Price)* | 5,000 | 1.4693 | 03/01/2022 |
| Purchase of January 2023 Call Option ($60 Exercise Price)* | 1,500 | 1.4115 | 03/01/2022 |
| Purchase of January 2023 Call Option ($75 Exercise Price)* | 201 | 1.0803 | 03/01/2022 |
| Purchase of January 2023 Call Option ($80 Exercise Price)* | 5,000 | 0.7103 | 03/01/2022 |
| Purchase of Common Stock | 307,341 | 16.9429 | 03/01/2022 |
| Purchase of Common Stock | 311,660 | 16.7564 | 03/01/2022 |
| Purchase of Common Stock | 70,545 | 16.6800 | 03/01/2022 |
| Purchase of Common Stock | 69,516 | 17.2540 | 03/02/2022 |
| Purchase of Common Stock | 20,484 | 16.8090 | 03/03/2022 |

\* Exchange-listed American-style call options with expiration date of January 20, 2023.

# RC Ventures LLC

March 6, 2022
Bed Bath & Beyond Inc.
650 Liberty Avenue
Union, New Jersey 07083
Attn: Board of Directors
Dear Members of the Board,

I write to you in my capacity as the Manager of RC Ventures LLC (together with its affiliates, "RC Ventures" or "we"), which is a top five shareholder of Bed Bath & Beyond, Inc. ("Bed Bath" or the "Company") with beneficial ownership of approximately 9.8% of the Company's outstanding shares.

We have carefully assessed Bed Bath's assets, balance sheet, corporate governance, executive compensation, existing strategy and potential alternatives. While we like Bed Bath's brand and capital allocation policy, we have concerns about leadership's compensation relative to performance and its strategy for reigniting meaningful growth. Approximately 18 months after releasing a 170-page cover-the-waterfront plan, the Company is struggling to reverse sustained market share losses, stem years-long share price declines and navigate supply chain volatility. Meanwhile, the Company's named executive officers were collectively awarded nearly $36 million in compensation last fiscal year – a seemingly outsized sum for a retailer with a nearly $1.6 billion market capitalization.[1]

It is important to stress that we do not place significant emphasis on any one quarter or any one year when evaluating a business. We also do not criticize a board of directors and management team when they are quietly laying a foundation for future growth and value creation. To the contrary, we are maniacally focused on the long-term. But the issue at Bed Bath is that its highly-publicized and scattershot strategy is not ending the tailspin that has persisted before, during and after the pandemic's nadir and the appointment of Chief Executive Officer Mark Tritton. As evidence, we point to the Company's disappointing shareholder returns and perpetual underperformance across every relevant time horizon:[2]

| TOTAL SHAREHOLDER RETURNS ("TSR") | 1-YEAR | 3-YEAR | 5-YEAR | 10-YEAR | CEO TENURE |
|---|---|---|---|---|---|
| *Bed Bath* | -43.55% | 10.67% | -54.01% | -69.32% | 20.57% |
| *S&P 500* | 16.47% | 63.10% | 98.81% | 284.91% | 46.11% |
| *S&P Retail Select Industry Index* | -2.17% | 77.53% | 93.81% | 197.68% | 79.05% |
| *Bed Bath's Selected Peer Group[3]* | 19.70% | 60.90% | 98.22% | 217.76% | 71.88% |

Almost two-and-a-half years into Mr. Tritton's tenure, Bed Bath has underperformed the S&P Retail Select Industry Index by more than 58% on an absolute basis and is looking at an approximately 29% decline in full-year sales from pre-pandemic levels.[4] In the most recent quarter, core sales dropped by 14% year-over-year and same-store sales dropped by 7% year-over-year.[5] These results cannot be solely blamed on the pandemic when other retailers are nearing or exceeding 2019 sales levels. That is why we feel compelled to scrutinize the viability of the Company's extremely ambitious and widely-touted strategy.

---

[1] Company proxy statement for 2021 Annual Meeting of Shareholders ("2021 Annual Meeting").

[2] TSR data, which was obtained via Bloomberg and includes reinvested dividends, runs through the close of trading on Friday, March 4, 2022.

[3] Peers include AAP, AZO, BIG, BURL, DKS, DDS, DG, DLTR, FL, GPS, KSS, BBWI, M, JWN, ODP, ORLY, ROST, TSCO, ULTA, W and WSM, but does not include MIK because it went private in 2021.

[4] The Company has guided approximately $7.9 billion in Fiscal Year 2021 sales and produced $11.159 billion of net sales in Fiscal Year 2019.

[5] Company press release disclosing financial results for the Third Quarter of Fiscal Year 2021, issued on January 6, 2022.

# RC Ventures LLC

In light of these circumstances, we hope you are open to adjusting Bed Bath's strategy and exploring alternative paths to value creation. We cannot imagine Bed Bath's Board of Directors (the "Board") is wedded to its current strategy when the independent members have made very few open market purchases and appear to hold less than 0.5% of the Company's shares in the aggregate (most of which has been granted at shareholders' expense).[6] Similarly, we do not see how Mr. Tritton is in a position to dismiss our input when shareholders have compensated him to the tune of approximately $27 million over the past two fiscal years – a number that exceeds what was paid to the chief executives of much larger retailers such as Advanced Auto Parts (~$13 billion market capitalization), Dollar Tree (~$33 billion market capitalization), Kohl's (~$8 billion market capitalization) and Macy's (~$7.5 billion market capitalization).[7] Though we understand the pandemic was a major challenge, Mr. Tritton should recognize that chief executives who are awarded outsized compensation and seek frequent publicity also invite much higher expectations when it comes to growth and shareholder value creation.

At bottom, cracks have emerged in Bed Bath's overly ambitious strategy. Leadership should assess whether a shrinking small-cap retailer with a modest cash position and nearly $1.2 billion in debt can afford to roll the dice. **We believe Bed Bath needs to narrow its focus to fortify operations and maintain the right inventory mix to meet demand, while simultaneously exploring strategic alternatives that include separating buybuy Baby, Inc. ("BABY") and a full sale of the Company.**

Our suggestions are as follows:

1. **Bring Greater Focus to the Company's Cumbersome Strategy** – From our vantage point, Bed Bath's strategy looks far better in a PowerPoint deck than it does in practice. It is full of "*principles*" and "*pillars*" that high-priced management consultants probably thought would placate information-hungry analysts and satisfy shareholders. However, we – and apparently a large portion of the market based on Bed Bath's short interest – doubt the Company can simultaneously buy back shares, cut expenses, invest in its infrastructure and growth, launch new offerings and meet customer demand for core goods. This plan, at least in its present form, does not seem viable.

   Our own experience taking Chewy from a start-up to the ultimate destination for pets leads us to believe that focusing on a core set of objectives drives superior outcomes. In the case of Bed Bath, it appears that trying to execute on dozens of initiatives at once is leading to dozens of mediocre outcomes. We believe the Company would have been better served by front-loading the modernization of its supply chain and technology stack before engaging in more fanciful pursuits. Similarly, we feel managing the core product catalog and sustaining the right inventory mix for customers amidst the supply-constrained environment should have been fully prioritized over meeting management's October 2020 pledge to launch various private label brands in 18 months. We suspect Bed Bath will benefit more at this stage by bringing simplicity to its plan: finish fortifying the infrastructure, make remaining store fleet improvements, and prioritize core assortment and inventory fixes to meet near-term demand.

_____

[6] Company proxy statement for 2021 Annual Meeting and Form 4 filings.

[7] Company proxy statement for 2021 Annual Meeting.

2

## RC Ventures LLC

We also believe management made an avoidable mistake in Fiscal Year 2021 by giving into Wall Street's short-term information desires and providing guidance. The Company faced the pandemic, an unprecedented supply chain environment and its own turnaround. Leadership ultimately set itself up for failure and recently had to materially revise guidance, which we believe it should have never issued in the first place:[8]

| Metric | Prior Fiscal Year 2021 Guidance | Revised Fiscal Year 2021 Guidance |
|---|---|---|
| *Sales* | $8.1 Billion to $8.3 Billion | Approximately $7.9 Billion |
| *Same-Store Sales* | Low Double-Digits | High Single-Digits |
| *Adjusted SG&A* | Approximately 32% | Approximately 34% |
| *Adjusted EBITDA* | $425 Million to $465 Million | $290 Million to $310 Million |

In light of our long-term focus, we are not an investor that demands guidance. In fact, we appreciate that Apple, one of our long-term holdings, suspended guidance amidst pandemic-related uncertainty and has never given away a detailed strategy for all of its competitors to see. We dislike when a management team spends time accommodating Wall Street, engaging with television pundits and telegraphing forecasts to the competition. We believe management's time is best spent focusing on execution that drives a better customer experience and tangible value creation.

2.  **Seek to Monetize the Ultimate Destination for Babies** – Another path that can streamline Bed Bath's strategy and unlock value trapped within the Company's underperforming shares is a sale or spin-off of the BABY banner. Given that BABY is estimated to reach $1.5 billion in sales in Fiscal Year 2023 with a double-digit growth profile and at least 50% digital penetration, we believe it is likely much more valuable than the Company's entire market capitalization today.[9] Assuming continued growth and low double-digit margins, we estimate that BABY could be valued at a double-digit earnings multiple on a standalone basis. We believe under the right circumstances, BABY could be valued on a revenue multiple, like other ecommerce-focused retailers, and justify a valuation of several billion dollars.

    In the event Bed Bath pursued a full or partial sale of BABY, it could position itself to pay off debt, put cash on the balance sheet and continue reducing its share count, thereby creating significant value for shareholders. Spinning off shares of BABY would be an even more efficient way to transfer value to shareholders. Notably, BABY's high online penetration would likely ease operational hurdles. We assume Bed Bath and BABY could still have a shared services agreement to maintain an omnichannel experience for customers.

3.  **Evaluate a Full Sale to a Well-Capitalized Acquirer** – The final path we want to raise for consideration is a full sale of Bed Bath, in its current form, to one of the many well-capitalized financial sponsors with track records in the retail and consumer sectors and the ability to pay a meaningful premium. The past 10 years have shown that Bed Bath faces a difficult existence in the public market. The market is not giving the Company nearly enough credit for BABY's value. A sale that can lock in a substantial premium for shareholders and provide Bed Bath the flexibility of the private market could be an ideal outcome for customers, employees and investors.

_____

[8] Page 14 of the Company's Third Quarter Fiscal Year 2021 earnings presentation, which was released on January 6, 2022.

[9] Page 121 of the Company's Investor Day presentation, which was released on October 28, 2020.

3

## RC Ventures LLC

We believe Bed Bath presently satisfies financial sponsors' interest in specialty retailers with recognizable brands, niche assets and sub-banners, and margin expansion opportunities. A private market participant with a long-term vision could unlock meaningful value by running the core business for cash and initiating a public offering for BABY at the optimal time. After stripping out the sizable costs of being a public company and setting a more focused strategy, we suspect Bed Bath's core business — excluding BABY — could generate attractive earnings.

4.  **Strengthen Leadership's Alignment with Shareholders** – We are supportive of corporate leaders receiving significant compensation when they produce superior shareholder returns. But when it comes to Bed Bath, we contend there need to be improvements to the Company's executive compensation structure and a stronger ownership mentality in the boardroom. We believe these improvements should be made regardless of the Company's strategic direction.

Hopefully leadership acts with urgency to implement the aforementioned suggestions. Given that I am the Chairman of GameStop and overseeing a systematic transformation, I am not in a position to join Bed Bath's Board and personally drive the initiatives outlined in this letter. This does not mean, however, that RC Ventures will not seek to hold the Board and management accountable if necessary.

Sincerely,

Ryan Cohen

Manager

RC Ventures LLC

###

4

Exhibit 99.2

**JOINT FILING AGREEMENT**

In accordance with Rule 13d-1(k)(1)(iii) under the Securities Exchange Act of 1934, as amended, the persons named below agree to the joint filing on behalf of each of them of a Statement on Schedule 13D (including additional amendments thereto) with respect to the shares of Common Stock, par value $0.01 per share, of Bed Bath & Beyond Inc. This Joint Filing Agreement shall be filed as an Exhibit to such Statement.

Dated: March 7, 2022

RC Ventures LLC

By:    /s/ Ryan Cohen
        Name:    Ryan Cohen
        Title:    Manager

/s/ Ryan Cohen
Ryan Cohen

# EXHIBIT 18

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

_____

**FORM 8-K**
**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15 (d) OF THE**
**SECURITIES EXCHANGE ACT OF 1934**
Date of Report (Date of earliest event reported) **April 13, 2022**

# BED BATH & BEYOND INC.

(Exact name of registrant as specified in its charter)

| **New York** | **0-20214** | **11-2250488** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**650 Liberty Avenue, Union, New Jersey 07083**
(Address of principal executive offices) (Zip Code)

**(908) 688-0888**
(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4 (c))

**Securities registered pursuant to section 12(b) of the Act:**

| **Title of each class** | **Trading Symbol** | **Name of each exchange on which registered** |
|---|---|---|
| Common stock, $.01 par value | BBBY | The Nasdaq Stock Market LLC (Nasdaq Global Select Market) |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.
☐

**Item 2.02 Results of Operations and Financial Condition**

On April 13, 2022, Bed Bath & Beyond Inc. (the "Company") issued a press release announcing the Company's financial results for its fiscal fourth quarter and full year ended February 26, 2022. A copy of this press release is attached hereto as Exhibit 99.1.

**Item 7.01 Regulation FD Disclosure**

On April 13, 2022, the Company published an Investor Presentation for its fiscal fourth quarter ended February 26, 2022 as noted in the press release described in Item 2.02 above. The Investor Presentation is attached hereto as Exhibit 99.2. Additionally, the Company has posted the Investor Presentation on the investor relations section of its website at www.bedbathandbeyond.com.

The information in this Current Report on Form 8-K (including the exhibits attached hereto) is being furnished under Items 2.02 and 7.01 and shall not be deemed "filed" for the purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liability of such section or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits**

(d) Exhibits:

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release issued by Bed Bath & Beyond Inc. on April 13, 2022. |
| 99.2 | Investor Presentation for the fiscal fourth quarter ended February 26, 2022. |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

***SIGNATURES***

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

|  |  |
|---|---|
| | **BED BATH & BEYOND INC.** |
| | (Registrant) |
| Date: April 13, 2022 | By:   */s/ Gustavo Arnal* |
| | Gustavo Arnal |
| | Chief Financial Officer and Treasurer |
| | (Principal Financial and Accounting Officer) |

**Exhibit 99.1**



**BED BATH & BEYOND INC. REPORTS FISCAL 2021 FOURTH QUARTER RESULTS**
**(ENDING FEBRUARY 26th, 2022)**

*Q4 Net Sales of $2,051M; Comparable Sales of (12)% Impacted by Ongoing Supply Chain and Inventory Availability Challenges*
*Q4 GAAP Gross Margin of 28.3%; Adjusted Gross Margin of 28.8% including 360bps of Higher than Expected, Escalating Supply Chain Costs*
*Excluding Supply Chain Cost Increases, Q4 Adjusted Gross Margin of 32.4%*
*Second Year of Transformation to Continue in Fiscal 2022*

UNION, New Jersey, April 13, 2022 --- Bed Bath & Beyond Inc. (Nasdaq: BBBY) today reported financial results for the fourth quarter of Fiscal 2021 ended February 26, 2022.

| ($ in millions, except per share data) | Reported (GAAP) | | | Adjusted[2] | | |
|---|---|---|---|---|---|---|
| | Three months ended | | | Three months ended | | |
| | February 26, 2022 | February 27, 2021 | Diff | February 26, 2022 | February 27, 2021 | Diff |
| Net Sales | **$2,051** | $2,619 | (22)% | **$2,051** | $2,619 | (22)% |
| Core[1] Sales | | | | **$2,051** | $2,390 | (14)% |
| Comparable[3] Sales | | | | | | (12)% |
| | | | | | | |
| Gross Margin | **28.3%** | 31.5% | -320bps | **28.8%** | 32.8% | -400bps |
| SG&A Margin | **33.3%** | 29.1% | 420bps | **33.3%** | 29.1% | 420bps |
| | | | | | | |
| Net (Loss) Income | **($159)** | $9 | ($168) | **($82)** | $47 | ($129) |
| Adjusted[2] EBITDA | | | | **($30)** | $168 | ($198) |
| Adjusted[2] EBITDA Margin | | | | **(1.4)%** | 6.4% | -780bps |
| EPS - Diluted | **($1.79)** | $0.08 | ($1.87) | **($0.92)** | $0.40 | ($1.32) |

Mark Tritton, Bed Bath & Beyond's President and CEO said, "We are disappointed that our sales and gross margin performance does not reflect our team's hard work and execution against both strategic and transformation efforts in 2021. Macroeconomic factors, such as the disruption of the global supply chain, the Omicron variant, as well as the geopolitical turbulence weighing on consumer confidence, have uncovered more vulnerabilities than we could have foreseen at this stage of our transformation, as we completely rebuild the foundation of our business."

"The lack of available inventory to sell proved to be a continuing impediment to sales through the remainder of the fourth quarter and into the early part of fiscal 2022. Specifically, despite our overall inventory levels, product in transit, not available for sale or held at port remained abnormally high, particularly in key items. We estimate an impact of approximately $175 million to our fourth quarter sales, or a high-single digit deficit, as a result of a lack of in-stock availability in our Bed Bath banner. Positive product-related margin expansion associated with our Owned Brands, pricing and promo optimization were offset by escalating supply chain costs."

"Encouragingly, buybuy BABY delivered its sales goal for the quarter which led to $1.4 billion in sales for the full year, growing double digit, at an estimated mid-single digit adjusted EBITDA margin. Our buybuy BABY and Harmon banners demonstrate our ability to achieve stabilization and growth when there is strength in the face of macroeconomic factors given its domestic supply chain, as well as different key product demand such as apparel and gear versus our Bed Bath banner."

"Fiscal 2021 was a year of rebuilding in the face of substantial industry and operational headwinds during the first year of our transformation. While our operational execution may have thwarted our near-term efforts, our focus also remains on our long-term strategy and transformation. The extraordinary circumstances we face today, burdened by the lingering effects of our previous infrastructure, have continued to impact our near-term visibility and performance. As we progress through 2022, the investments we are making in our supply chain and technological foundation are designed to greatly improve our proficiencies, enabling us to overcome the types of challenges we are facing currently. The core tenets of our strategy are sound, and we will improve our operational deficits by learning from our experiences and leveraging the strength of our dedicated teams to renew our business for long-term growth." concluded Mr. Tritton.

### Q4 Highlights

• Net Sales of $2,051M declined (22)%, reflecting a (8)% decline related to a planned reduction from non-core banner divestitures and a Core[1] Sales decline of (14)%

• Core[1] Net Sales decline primarily due to the impact of fleet optimization and Comparable[3] Sales

• Comparable[3] Sales decline of (12)% versus Q4 2020 and a decline of (8)% versus Q4 2019

• Bed Bath & Beyond banner Comparable[3] Sales decline of (15)%; buybuy BABY banner growth of +low-single digits

• Normalizing demand within e-commerce versus last year impacted both Bed Bath & Beyond and buybuy BABY, as Comparable[3] Sales declined (18)% in the digital channel

• Inventory availability challenges had an estimated impact of $175 million, or high-single digit, impact to Net Sales in the quarter driven by the Bed Bath & Beyond banner

• Product in transit, not available for sale or held at port remained abnormally high

• buybuy BABY Comparable Sales of positive low-single digits fueled by mid-teens growth in stores

• GAAP Gross Margin of 28.3%; Adjusted[2] Gross Margin of 28.8%

• Adjusted[2] Gross Margin reflects decline of 400bps vs. Q4 2020 primarily due to product cost increases of 40 basis points net of product, pricing and promotional optimization, as well as 360 basis points primarily related to transient port fees and freight and shipping inflation

• Freight and shipping cost increases included unexpected, higher than anticipated inflation of 170 basis points, first-time port-related fees of 100 basis points, and warehouse-related inventory adjustments of 90 basis points as year finalized.

• Excluding the aforementioned supply chain costs escalations, Q4 Adjusted[2] Gross Margin of 32.4%

• Cash Flow from Operations of approximately $0.3 billion and Free Cash Flow of $0.2 billion

• Completion of $1 Billion share repurchase program ahead of Fiscal 2023 plans, reflecting $230 million of repurchases in Q4 2021 and $40 million in March 2022

• Company continues to demonstrate strong liquidity with cash, cash equivalents, restricted cash and investments of $0.5 billion in the fiscal 2021 fourth quarter and Total Liquidity[4] of approximately $1.4 billion

### Fiscal 2021 Fourth Quarter Results (ending February 26, 2022)

Net sales of $2,051 billion declined (22)%, reflecting a Core[1] banner sales decline of (14)% and an (8)% decline related to a planned reduction from non-core banner divestitures.

• Core[1] sales performance versus last year were primarily driven by a decrease in Bed Bath & Beyond banner sales.

Comparable[3] Sales decreased (12)% compared to the prior year period and (8)% compared to the fiscal 2019 fourth quarter. By channel, Comparable[3] Sales declined (8)% in Stores and (18)% in Digital versus the fiscal 2020 fourth quarter.

• Comparable[3] Sales reflects an estimated 2% impact from fleet optimization activity when compared to the fiscal 2020 fourth quarter.

Bed Bath & Beyond banner Comparable[3] Sales decreased (15)% compared to the prior year period and decreased (9)% compared to the fiscal 2019 fourth quarter. Results exclude the Company's previously announced store fleet optimization program, which began in the second half of the prior fiscal year.

• Comparable[3] Sales in key destination categories, which include Bedding, Bath, Kitchen Food Prep, Indoor Decor and Home Organization, declined (17)% compared to the 2020 fiscal fourth quarter and (5)% compared to the 2019 fiscal fourth quarter.

These categories represented approximately two-thirds of total Bed Bath & Beyond banner sales in the fiscal 2021 fourth quarter.

The buybuy BABY banner delivered positive growth with Comparable Sales increasing in the low-single digits compared to the fiscal 2020 fourth quarter, driven by double-digit growth in stores and a mid-single digit decline in digital.

GAAP Gross Margin was 28.3% for the quarter. Excluding special items, Adjusted[2] Gross Margin was 28.8%, reflecting a 360 basis point negative impact from transient supply chain headwinds and a 40 basis point decrease in merchandise margins compared to last year. Freight and shipping costs included unexpected, higher than anticipated inflation of 170 basis points, first-time port-related fees of 100 basis points, and warehouse-related inventory adjustments of 90 basis points as year finalized. Excluding the aforementioned supply chain cost escalations, Q4 Adjusted[2] Gross Margin of 32.4%

SG&A expense on both a GAAP and Adjusted[2] basis remain at lower levels compared to the prior year period, primarily due to cost reductions including divestitures of non-core assets and lower rent and occupancy expenses on a lower store base. SG&A Margin for the quarter increased on a GAAP and Adjusted[2] basis versus last year due to lower Net Sales.

Adjusted[2] EBITDA for the period was ($30) million reflecting lower Net Sales and lower Adjusted[2] Gross Margin.

Net Loss per diluted share of ($1.79) for the quarter reflected approximately $0.87 of special items for the quarter. Excluding special items, Adjusted[2] Net Loss per diluted share was ($0.92). Special items during the fourth quarter included restructuring and transformation initiative charges such as costs associated with the Company's transformation initiatives, including store closures related to the Company's fleet optimization. Adjusted[2] Net Loss per diluted share also reflects a current and deferred income tax benefit on the Company's Adjusted[2] Pre-Tax Loss.

During the quarter, the Company generated positive operating cash flow of approximately $0.3 billion. Free Cash Flow[5] was approximately $0.2 billion as a result of $0.1 billion of planned capital expenditures in connection with store remodels, supply chain and information technology systems.

The Company returned approximately $230 million in capital to shareholders through share repurchases in the fiscal 2021 fourth quarter and approximately $40 million during March 2022, bringing its share repurchase program to completion. As initially announced in November 2021, the Company announced plans to accelerate its $1 billion three-year share repurchase program from fiscal 2022 and fiscal 2023.

Cash, cash equivalents, restricted cash and investments totaled approximately $0.5 billion in the fiscal 2021 fourth quarter. Total Liquidity[4] was healthy at approximately $1.4 billion as of fiscal 2021 fourth quarter, including the Company's asset based revolving credit facility which remains untapped.

**Fiscal 2022 Outlook Commentary**

At this time, the Company is providing the following outlook parameters for fiscal 2022:

-Sequential Comparable[3] Sales improvement to occur in the second half of fiscal 2022 versus the first half of fiscal 2022 based on anticipated improvement in supply chain conditions

-Adjusted[2] Gross Margin to expand modestly versus last year based on improvement in the second half of fiscal 2022

-Adjusted[2] SG&A expense approximately flat to last year; $100 million optimization plan aims to offset inflation as previously announced

-Higher Adjusted[2] EBITDA versus last year for the second half of fiscal 2022 based on the aforementioned Comparable[3] Sales and Adjusted[2] Gross Margin commentary

The Company will provide further commentary and context for its fiscal 2022 outlook during its conference call as well as in its investor presentation available on the investor relations section of the Company's website at http://bedbathandbeyond.gcs-web.com/investor-relations.

**Fiscal 2021 Fourth Quarter Conference Call and Investor Presentation**

Bed Bath & Beyond Inc.'s fiscal 2021 fourth quarter conference call with analysts and investors will be held today at 8:15am EDT and may be accessed by dialing 1-404-400-0571, or if international, 1-866-374-5140, using conference ID number 64632327#. A live audio webcast of the conference call, along with the earnings press release, investor presentation and supplemental financial disclosures, will also be available on the investor relations section of the Company's website at  http://bedbathandbeyond.gcs-web.com/investor-relations. The webcast will be available for replay after the call for a period of at least one year.

The Company has also made available an Investor Presentation on the investor relations section of the Company's website at http://bedbathandbeyond.gcs-web.com/events-and-presentations.

---

[1] The Company's four Core banners include Bed Bath & Beyond, buybuy BABY, Harmon Face Values and Decorist.

[2] Adjusted items refer to comparable sales as well as financial measures that are derived from measures calculated in accordance with GAAP, which have been adjusted to exclude certain items. Adjusted Gross Margin, Adjusted SG&A, Adjusted EBITDA, Adjusted EBITDA Margin, and Adjusted EPS - Diluted are non-GAAP financial measures. For more information about non-GAAP financial measures, see "Non-GAAP Information" below.

[3] Comparable Sales reflects the year-over-year change in sales from the Company's retail channels, including stores and digital, that have been operating for twelve full months following the opening period (typically six to eight weeks). Comparable Sales excludes the impact of the Company's store network optimization program.

[4] Total Liquidity includes cash & investments and availability under the Company's asset-based revolving credit facility.

[5] Free Cash Flow is defined as operating cash flow less capital expenditures.

---

**About the Company**

Bed Bath & Beyond Inc. and subsidiaries (the "Company") is an omnichannel retailer that makes it easy for our customers to feel at home. The Company sells a wide assortment of merchandise in the Home, Baby, Beauty and Wellness markets.  Additionally, the Company is a partner in a joint venture which operates retail stores in Mexico under the name Bed Bath & Beyond.

The Company operates websites at bedbathandbeyond.com, bedbathandbeyond.ca, buybuybaby.com, buybuybaby.ca, harmondiscount.com, facevalues.com, and decorist.com. As of November 27, 2021, the Company had a total of 995 stores, including 809 Bed Bath & Beyond stores in all 50 states, the District of Columbia, Puerto Rico and Canada, 133 buybuy BABY stores and 53 stores under the names Harmon, Harmon Face Values or Face Values. During the fiscal 2021 fourth quarter, the Company opened two stores including one Bed Bath & Beyond store and one buybuy BABY store. Additionally during the fiscal 2021 fourth quarter, the Company closed 5 stores including 4 Bed Bath & Beyond stores and one Harmon store. The joint venture to which the Company is a partner operates 10 stores in Mexico under the name Bed Bath & Beyond.

**Non-GAAP Information**

This press release contains certain non-GAAP information, including adjusted earnings before interest, income taxes, depreciation and amortization ("EBITDA"), adjusted EBITDA margin, adjusted gross margin,  adjusted SG&A, adjusted net earnings per diluted share, and free cash flow. Non-GAAP information is intended to provide visibility into the Company's core operations and excludes special items, including non-cash impairment charges related to certain store-level assets and tradenames, loss on sale of businesses, loss on the extinguishment of debt, charges recorded in connection with the restructuring and transformation initiatives, which includes accelerated markdowns and inventory reserves related to the planned assortment transition to Owned Brands and costs associated with store closures related to the Company's fleet optimization and the income tax impact of these items. The Company's definition and calculation of non-GAAP measures may differ from that of other companies. Non-GAAP financial measures should be viewed its addition to, and not as an alternative for, the Company's reported GAAP financial results. For a reconciliation to the most directly comparable US GAAP measures and certain information relating to the Company's use of Non-GAAP financial measures, see "Non-GAAP Financial Measures" below.

**Forward-Looking Statements**

This press release contains forward-looking statements within the meaning of Section 21 E of the Securities Exchange Act of 1934 including, but not limited to, the Company's progress and anticipated progress towards its long-term objectives, as well as more generally the status of its future liquidity and financial condition and its outlook for the Company's 2021 fourth quarter and its 2021 fiscal year. Many of these forward-looking statements can be identified by use of words such as may, will, expect, anticipate, approximate, estimate, assume, continue, model, project, plan, goal, preliminary, and similar words and phrases, although the absence of those words does not necessarily mean that statements are not forward-looking. The Company's actual results and future financial condition may differ materially from those expressed in any such forward-looking statements as a result of many factors. Such factors include, without limitation: general economic conditions including the housing market, a challenging overall macroeconomic environment and related changes in the retailing environment; risks associated with the COVID-19 pandemic and the governmental responses to it, including its impacts across the Company's businesses on demand and operations, as well as on the operations of the Company's suppliers and other business partners, and the effectiveness of the Company's actions taken in response to these risks; consumer preferences, spending habits and adoption of new technologies; demographics and other macroeconomic factors that may impact the level of spending for the types of merchandise sold by the Company; civil disturbances and terrorist acts; unusual weather patterns and natural disasters; competition from existing and potential competitors across all channels; pricing pressures; liquidity; the ability to achieve anticipated cost savings, and to not exceed anticipated costs, associated with organizational changes and investments, including the Company's strategic restructuring program and store network optimization strategies; the ability to attract and retain qualified employees in all areas of the organization; the cost of labor, merchandise, logistical costs and other costs and expenses; potential supply chain disruption due to trade restrictions or otherwise, and other factors such as natural disasters, pandemics, including the COVID-19 pandemic, political instability, labor disturbances, product recalls, financial or operational instability of suppliers or carriers, and other items; the ability to find suitable locations at acceptable occupancy costs and other terms to support the Company's plans for new stores; the ability to establish and profitably maintain the appropriate mix of digital and physical presence in the markets it serves; the ability to assess and implement technologies in support of the Company's development of its omnichannel capabilities; the ability to effectively and timely adjust the Company's plans in the face of the rapidly changing retail and economic environment, including in response to the COVID-19 pandemic; uncertainty in financial markets; volatility in the price of the Company's common stock and its effect, and the effect of other factors, including the COVID-19 pandemic, on the

Company's capital allocation strategy; risks associated with the ability to achieve a successful outcome for the Company's business concepts and to otherwise achieve its business strategies; the impact of intangible asset and other impairments; disruptions to the Company's information technology systems, including but not limited to security breaches of systems protecting consumer and employee information or other types of cybercrimes or cybersecurity attacks; reputational risk arising from challenges to the Company's or a third party product or service supplier's compliance with various laws, regulations or standards, including those related to labor, health, safety, privacy or the environment; reputational risk arising from third-party merchandise or service vendor performance in direct home delivery or assembly of product for customers; changes to statutory, regulatory and legal requirements, including without limitation proposed changes affecting international trade; changes to, or new, tax laws or interpretation of existing tax laws; new, or developments in existing, litigation, claims or assessments; changes to, or new, accounting standards; and foreign currency exchange rate fluctuations. Except as required by law, the Company does not undertake any obligation to update its forward-looking statements.

**Contacts**

INVESTOR CONTACT: Susie Kim, IR@bedbath.com

MEDIA CONTACT: Eric Mangan, media@bedbath.com

**BED BATH & BEYOND INC. AND SUBSIDIARIES**
*Consolidated Statements of Operations*
*(in thousands, except per share data)*
*(unaudited)*

| | Three Months Ended | | Twelve Months Ended | |
| --- | --- | --- | --- | --- |
| | February 26, 2022 | February 27, 2021 | February 26, 2022 | February 27, 2021 |
| Net sales | $ 2,051,396 | $ 2,619,141 | $ 7,867,778 | $ 9,233,028 |
| Cost of sales | 1,471,588 | 1,793,653 | 5,384,287 | 6,114,947 |
| Gross profit | 579,808 | 825,488 | 2,483,491 | 3,118,081 |
| Selling, general and administrative expenses | 682,605 | 762,998 | 2,692,292 | 3,224,363 |
| Impairments, including on assets held for sale | 18,059 | 8,883 | 36,531 | 127,341 |
| Restructuring and transformation initiative expenses | 44,625 | 54,554 | 144,025 | 102,202 |
| Loss on sale of businesses | - | 22,705 | 18,221 | 1,062 |
| Operating loss | (165,481) | (23,652) | (407,578) | (336,887) |
| Interest expense, net | 16,809 | 18,566 | 64,702 | 76,913 |
| Loss (gain) on extinguishment of debt | - | - | 376 | (77,038) |
| Loss before (benefit) provision for income taxes | (182,290) | (42,218) | (472,656) | (336,762) |
| (Benefit) provision from income taxes | (23,185) | (51,277) | 86,967 | (185,989) |
| Net (loss) income | $ (159,105) | $ 9,059 | $ (559,623) | $ (150,773) |
| Net (loss) income per share - Basic | $ (1.79) | $ 0.08 | $ (5.64) | $ (1.24) |
| Net (loss) income per share - Diluted | $ (1.79) | $ 0.08 | $ (5.64) | $ (1.24) |
| Weighted average shares outstanding - Basic | 88,683 | 115,055 | 99,249 | 121,446 |
| Weighted average shares outstanding - Diluted | 88,683 | 117,286 | 99,249 | 121,446 |
| Dividends declared per share | $ - | $ - | $ - | $ - |

**Non-GAAP Financial Measures**

The following table reconciles non-GAAP financial measures presented in this press release or that may be presented on the Company's fourth quarter conference call with analysts and investors. The Company believes that these non-GAAP financial measures provide management, analysts, investors and other users of the Company's financial information with meaningful supplemental information regarding the performance of the Company's business. These non-GAAP financial measures should not be considered superior to, but in addition to other financial measures prepared by the Company in accordance with GAAP, including comparisons of year-to-year results. The Company's method of determining these non-GAAP financial measures may be different from other companies' methods and, therefore, may not be comparable to those used by other companies. As such, the Company does not recommend the sole use of these non-GAAP measure to assess its financial and earnings performance. For reasons noted above, the Company is presenting certain non-GAAP financial measures for its fiscal 2021 fourth quarter. In order for investors to be able to more readily compare the Company's performance across periods, the Company has included comparable reconciliations for the 2020 period in the reconciliation tables below. The Company is not providing a reconciliation of its guidance with respect to Adjusted EBITDA because the Company is unable to provide this reconciliation without unreasonable effort due to the uncertainty and inherent difficulty of predicting the occurrence, the financial impact, and the periods in which the adjustments may be recognized. For the same reasons, the Company is unable to address the probable significance of the unavailable information, which could be material to future results.

***Non-GAAP Reconciliation***
***(in thousands, except per share data)***
***(unaudited)***

| | Reported | Excluding | | | | Total Impact | Adjusted |
| | | Loss on Sale of Businesses | Restructuring and Transformation Expenses | Impairment charges | Total income tax impact | | |
|---|---|---|---|---|---|---|---|
| | | | **Three Months Ended February 26, 2022** | | | | |
| Gross Profit | $ 579,808 | $ - | $ 10,021 | $ - | $ - | $ 10,021 | $ 589,829 |
| *Gross margin* | *28.3%* | *-%* | *0.5%* | *-%* | *-%* | *0.5%* | *28.8%* |
| Restructuring and transformation initiative expenses | **44,625** | - | (44,625) | - | - | (44,625) | - |
| (Loss) earnings before benefit for income taxes | **(182,290)** | - | 54,646 | 18,059 | - | 72,705 | **(109,585)** |
| Tax benefit | **(23,185)** | - | - | - | (4,852) | (4,852) | **(28,037)** |
| *Effective tax rate* | *12.7%* | | | | *12.9%* | *12.9%* | *25.6%* |
| Net (loss) income | **$(159,105)** | $ - | $ 54,646 | $ 18,059 | $ 4,852 | $ 77,557 | $ **(81,548)** |
| Net loss per share - Diluted | $ **(1.79)** | | | | | $ 0.87 | $ **(0.92)** |
| Weighted average shares outstanding- Basic | **88,683** | | | | | 88,683 | 88,683 |
| Weighted average shares outstanding- Diluted | **88,683** (1) | | | | | 88,683 | 88,683 |

***Reconciliation of Net Income (loss) to EBITDA and Adjusted EBITDA***

| | Reported | Loss on Sale of Businesses | Restructuring and Transformation Expenses | Impairment charges | Total income tax impact | Total Impact | Adjusted |
|---|---|---|---|---|---|---|---|
| Net (loss) income | **$ (159,105)** | $ - | $ 54,646 | $ 18,059 | $ 4,852 | $ 77,557 | $ **(81,548)** |
| Depreciation and amortization | **78,884** | - | (15,744) | - | - | (15,744) | 63,140 |
| Interest expense | **16,809** | - | - | - | - | - | 16,809 |
| Tax benefit | **(23,185)** | - | - | - | (4,852) | (4,852) | (28,037) |
| EBITDA | **$ (86,597)** | $ - | $ 38,902 | $ 18,059 | $ - | $ 56,961 | $ **(29,636)** |
| *EBITDA as % of net sales* | | | | | | | *(1.4)%* |

(1) If a company is in a net loss position, then for earnings per share purposes, diluted weighted average shares outstanding are equivalent to basic weighted average shares outstanding.

| | Three Months Ended February 27, 2021 | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Excluding | | | | | |
| | Reported | Loss on Sale of Businesses | Restructuring and Transformation Expenses | Impairment Charges | Total income tax impact | Total Impact | Adjusted |
| Gross Profit | $ 825,488 | $ - | $ 33,198 | $ - | $ - | $ 33,198 | $ 858,686 |
| *Gross margin* | *31.5%* | *-%* | *1.3%* | *-%* | *-%* | *1.3%* | *32.8%* |
| Restructuring and transformation initiative expenses | 54,554 | - | (54,554) | - | - | (54,554) | - |
| (Loss) earnings before (benefit) provision for income taxes | (42,218) | 22,705 | 87,752 | 8,883 | - | 119,340 | 77,122 |
| Tax (benefit) provision | (51,277) | - | - | - | 81,297 | 81,297 | 30,020 |
| *Effective tax rate* | *121.5%* | | | | *(82.6)%* | *(82.6)%* | *38.9%* |
| Net income (loss) | $ 9,059 | $ 22,705 | $ 87,752 | $ 8,883 | $ (81,297) | $ 38,043 | $ 47,102 |
| Net earnings per share - Diluted | $ 0.08 | | | | | $ 0.32 | $ 0.40 |
| Weighted average shares outstanding- Basic | 115,055 | | | | | 115,055 | 115,055 |
| Weighted average shares outstanding- Diluted | 117,286 | | | | | 117,286 | 117,286 |

### *Reconciliation of Net (Loss) Income to EBITDA and Adjusted EBITDA*

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Net income (loss) | $ 9,059 | $ 22,705 | $ 87,752 | $ 8,883 | $ (81,297) | $ 38,043 | $ 47,102 |
| Depreciation and amortization | 78,328 | - | (6,141) | - | - | (6,141) | 72,187 |
| Interest expense | 18,566 | - | - | - | - | - | 18,566 |
| Tax (benefit) provision | (51,277) | - | - | - | 81,297 | 81,297 | 30,020 |
| EBITDA | $ 54,676 | $ 22,705 | $ 81,611 | $ 8,883 | $ - | $ 113,199 | $ 167,875 |
| *EBITDA as % of net sales* | | | | | | | *6.4%* |

(1) If a company is in a net loss position, then for earnings per share purposes, diluted weighted average shares outstanding are equivalent to basic weighted average shares outstanding.

**BED BATH & BEYOND INC. AND SUBSIDIARIES**

*Condensed Consolidated Balance Sheets*
*(in thousands, except per share data)*
*(unaudited)*

| | February 26, 2022 | November 27, 2021 | February 27, 2021 |
|---|---|---|---|
| **Assets** | | | |
| Current assets: | | | |
| Cash and cash equivalents | $ 439,496 | $ 509,054 | $ 1,352,984 |
| Merchandise inventories | 1,725,410 | 1,911,859 | 1,671,909 |
| Prepaid expenses and other current assets | 198,248 | 526,540 | 595,152 |
| Total current assets | 2,363,154 | 2,947,453 | 3,620,045 |
| Long term investment securities | 19,212 | 19,237 | 19,545 |
| Property and equipment, net | 1,027,387 | 923,977 | 918,418 |
| Operating lease assets | 1,562,857 | 1,603,536 | 1,587,101 |
| Other assets | 157,962 | 162,435 | 311,821 |
| Total Assets | $ 5,130,572 | $ 5,656,638 | $ 6,456,930 |
| **Liabilities and Shareholders' Equity** | | | |
| Current liabilities: | | | |
| Accounts payable | $ 872,445 | $ 908,070 | $ 986,045 |
| Accrued expenses and other current liabilities | 529,371 | 649,204 | 636,329 |
| Merchandise credit and gift card liabilities | 326,465 | 313,968 | 312,486 |
| Current operating lease liabilities | 346,506 | 347,721 | 360,061 |
| Total current liabilities | 2,074,787 | 2,218,963 | 2,294,921 |
| Other liabilities | 102,438 | 69,972 | 82,279 |
| Operating lease liabilities | 1,508,002 | 1,532,873 | 1,509,767 |
| Income taxes payable | 91,424 | 101,535 | 102,664 |
| Long term debt | 1,179,776 | 1,179,682 | 1,190,363 |
| Total liabilities | 4,956,427 | 5,103,025 | 5,179,994 |
| Shareholders' equity: | | | |
| Preferred stock - $0.01 par value; authorized - 1,000 shares; no shares issued or outstanding | - | - | - |
| Common stock - $0.01 par value; authorized - 900,000 shares; issued 344,146, 344,140 and 343,241 shares, respectively; outstanding 81,979, 96,338 and 109,621 shares, respectively | 3,441 | 3,441 | 3,432 |
| Additional paid-in capital | 2,235,894 | 2,227,469 | 2,152,135 |
| Retained earnings | 9,666,091 | 9,825,156 | 10,225,253 |
| Treasury stock, at cost; 262,167, 247,802 and 233,620 shares, respectively | (11,685,267) | (11,454,757) | (11,048,284) |
| Accumulated other comprehensive loss | (46,014) | (47,696) | (55,600) |
| Total shareholders' equity | 174,145 | 553,613 | 1,276,936 |
| Total liabilities and shareholders' equity | $ 5,130,572 | $ 5,656,638 | $ 6,456,930 |

**BED BATH & BEYOND INC. AND SUBSIDIARIES**
*Consolidated Statements of Cash Flows*
*(in thousands, unaudited)*

| | Three Months Ended | | Twelve Months Ended | |
|---|---|---|---|---|
| | February 26, 2022 | February 27, 2021 | February 26, 2022 | February 27, 2021 |
| Cash Flows from Operating Activities: | | | | |
| Net (loss) earnings | $ (159,105) | $ 9,059 | $ (559,623) | $ (150,773) |
| Adjustments to reconcile net (loss) earnings to net cash provided by operating activities: | | | | |
| Depreciation and amortization | 78,884 | 78,328 | 293,626 | 340,912 |
| Impairments, including on assets held for sale | 18,059 | 8,883 | 36,531 | 127,341 |
| Stock-based compensation | 8,186 | 8,530 | 35,061 | 31,594 |
| Deferred income taxes | (726) | 192,095 | 125,711 | 148,741 |
| Loss on sale of businesses | - | 22,705 | 18,221 | 1,062 |
| Loss (gain) on debt extinguishment | - | - | 376 | (77,038) |
| Other | (782) | (524) | (8,298) | (396) |
| Decrease (increase) in assets: | | | | |
| Merchandise inventories | 187,183 | 156,182 | (53,339) | 64,947 |
| Other current assets | 327,164 | (385,492) | 387,746 | (387,172) |
| Other assets | 689 | 1,196 | 607 | 1,519 |
| Increase (decrease) in liabilities: | | | | |
| Accounts payable | (60,377) | 70,843 | (132,785) | 168,556 |
| Accrued expenses and other current liabilities | (120,741) | (82,217) | (100,356) | 15,538 |
| Merchandise credit and gift card liabilities | 12,430 | 9,089 | 13,981 | (12,110) |
| Income taxes payable | (10,097) | 63,834 | (11,257) | 54,958 |
| Operating lease assets and liabilities, net | 2,545 | (43,621) | (14,162) | (32,813) |
| Other liabilities | (718) | (33,184) | (14,186) | (26,758) |
| Net cash provided by operating activities | 282,594 | 75,706 | 17,854 | 268,108 |
| Cash Flows from Investing Activities: | | | | |
| Purchase of held-to-maturity investment securities | - | - | (29,997) | - |
| Redemption of held-to-maturity investment securities | - | - | 30,000 | 386,500 |
| Net proceeds from sale of businesses | - | 51,748 | 5,000 | 534,457 |
| Capital expenditures | (121,715) | (65,761) | (354,185) | (183,077) |
| Net cash (used in) provided by investing activities | (121,715) | (14,013) | (349,182) | 737,880 |
| Cash Flows from Financing Activities: | | | | |
| Borrowing of long-term debt | - | - | - | 236,400 |
| Repayments of long-term debt | (5) | - | (11,360) | (457,827) |
| Repayments of finance leases | (1,033) | - | (1,033) | - |
| Prepayment under share repurchase agreement | - | (47,550) | - | (47,550) |
| Repurchase of common stock, including fees | (230,510) | (102,828) | (589,433) | (332,529) |
| Payment of dividends | 18 | (45) | (749) | (23,108) |
| Payment of deferred financing fees | - | - | (3,443) | (7,690) |
| Net cash used in financing activities | (231,530) | (150,423) | (606,018) | (632,304) |
| Effect of exchange rate changes on cash, cash equivalents, and restricted cash | 1,094 | 1,747 | 1,006 | 5,075 |
| Net (decrease) increase in cash, cash equivalents and restricted cash | (69,557) | (86,983) | (936,340) | 378,759 |
| Change in cash balances classified as held-for-sale | - | - | - | 4,815 |
| Net (decrease) increase in cash, cash equivalents and restricted cash | (69,557) | (86,983) | (936,340) | 383,574 |
| Cash, cash equivalents and restricted cash: | | | | |
| Beginning of period | 540,441 | 1,494,207 | 1,407,224 | 1,023,650 |
| End of period | $ 470,884 | $ 1,407,224 | $ 470,884 | $ 1,407,224 |



# Forward Looking Statements

This presentation contains forward-looking statements within the meaning of Section 21 E of the Securities Exchange Act of 1934 including, but not limited to, the Company's progress and anticipated progress towards its long-term objectives, as well as more generally the status of its future liquidity and financial condition and its outlook for the Company's fiscal 2022 first quarter and for its 2022 fiscal year. Many of these forward-looking statements can be identified by use of words such as may, will, expect, anticipate, approximate, estimate, assume, continue, model, project, plan, goal, preliminary, and similar words and phrases, although the absence of those words does not necessarily mean that statements are not forward-looking. The Company's actual results and future financial condition may differ materially from those expressed in any such forward-looking statements as a result of many factors. Such factors include, without limitation: general economic conditions including the housing market, a challenging overall macroeconomic environment and related changes in the retailing environment; risks associated with the COVID-19 pandemic and the governmental responses to it, including its impacts across the Company's businesses on demand and operations, as well as on the operations of the Company's suppliers and other business partners, and the effectiveness of the Company's actions taken in response to these risks; consumer preferences, spending habits and adoption of new technologies; demographics and other macroeconomic factors that may impact the level of spending for the types of merchandise sold by the Company; civil disturbances and terrorist acts; unusual weather patterns and natural disasters; competition from existing and potential competitors across all channels; pricing pressures; liquidity; the ability to achieve anticipated cost savings, and to not exceed anticipated costs, associated with organizational changes and investments, including the Company's strategic restructuring program and store network optimization strategies; the ability to attract and retain qualified employees in all areas of the organization; the cost of labor, merchandise, logistical costs and other costs and expenses; potential supply chain disruption due to trade restrictions or otherwise, and other factors such as natural disasters, pandemics, including the COVID-19 pandemic, political instability, labor disturbances, product recalls, financial or operational instability of suppliers or carriers, and other items; the ability to find suitable locations at acceptable occupancy costs and other terms to support the Company's plans for new stores; the ability to establish and profitably maintain the appropriate mix of digital and physical presence in the markets it serves; the ability to assess and implement technologies in support of the Company's development of its omnichannel capabilities; the ability to effectively and timely adjust the Company's plans in the face of the rapidly changing retail and economic environment, including in response to the COVID-19 pandemic; uncertainty in financial markets; volatility in the price of the Company's common stock and its effect, and the effect of other factors, including the COVID-19 pandemic, on the Company's capital allocation strategy; risks associated with the ability to achieve a successful outcome for the Company's business concepts and to otherwise achieve its business strategies; the impact of intangible asset and other impairments; disruptions to the Company's information technology systems, including but not limited to security breaches of systems protecting consumer and employee information or other types of cybercrimes or cybersecurity attacks; reputational risk arising from challenges to the Company's or a third party product or service supplier's compliance with various laws, regulations or standards, including those related to labor, health, safety, privacy or the environment; reputational risk arising from third-party merchandise or service vendor performance in direct home delivery or assembly of product for customers; changes to statutory, regulatory and legal requirements, including without limitation proposed changes affecting international trade; changes to, or new, tax laws or interpretation of existing tax laws; new, or developments in existing, litigation, claims or assessments; changes to, or new, accounting standards; and foreign currency exchange rate fluctuations. Except as required by law, the Company does not undertake any obligation to update its forward-looking statements.

## Agenda

- **Q4'21 Results** (ending Feb 26th)

- **FY 2022 Outlook Commentary**

- **Transformation Update**

- **Appendix**





## Fourth Quarter Highlights

- **Net Sales of $2,051M; Demand severely impacted by ongoing supply chain and inventory availability challenges**
  - **Group Comparable Sales decline of (12)%, negatively affected by an estimated $175 million, or high-single digit headwind, due to supply chain delays and lack of available inventory**
  - **Bed Bath & Beyond banner Comparable Sales decline of (15)% disproportionately affected by lack of inventory availability**
  - **buybuy BABY Comparable Sales growth of +LSD fueled by +mid-teens growth in stores**

- **GAAP Gross Margin of 28.3%; Adjusted Gross Margin of 28.8% Reflecting Significantly Higher than Expected Supply Chain Costs of ~360bps**
  - **Adjusted Gross Margin was 32.4%, excluding transient supply chain costs increases referenced above**
  - **Supply Chain costs included approximately ~360bps higher than anticipated freight & shipping inflation (170bps), first-time port-related fees (100bps), and warehouse-related inventory adjustments as year finalized (90bps)**

- **Positive Cash Flow from Operations of approx. $0.3B and Free Cash Flow of approx. $0.2B**
  - **Completed approx. $230M of share repurchase in 4Q21 and approx. $40M in March 2022**
  - **Completion of $1B Share Repurchase Program as of March 2022, reducing share count by 37% to 80M**
  - **Healthy cash and investment balance of approx. $0.5B and total liquidity[1] of approx. $1.4B**

## Fourth Quarter Results – Key Financial Metrics



Net Sales
**$2.051B**

Total Comp[1] Sales
**-12%** vs. Q4'20
-8% vs. Q4'19

BANNER COMP SALES[1] vs. Q4'20

BED BATH        BABY
**-15% +LSD%**
-9% vs. Q4'19   +MSD% vs. Q4'19

Adj. Gross Margin[2]
**28.8%**
incl. -360bps supply chain costs vs. LY
32.4% excl. supply chain costs

Adj. EBITDA[2]
**($30)M**

Total Cash & Inv.
**$0.5B**
$1.4B Total Liquidity

FCF of $0.2B

*Note: The Company's four Core banners include Bed Bath & Beyond, buybuy BABY, Harmon Face Values and Decorist.*

## Net Sales to Comparable Sales vs. LY (Q4'21 vs. Q4'20)

- **Total Net Sales decline of −22% includes:**
  - **planned reduction from non-core banner divestitures of −8%**
- **Core banner net sales decline of −14% includes:**
  - **planned reduction from store closures of −2%**
- **Comparable[1] sales decline of −12%**
  - **impacted by approx. $175M in supply chain/inventory-related stresses (−HSD) primarily in Bed Bath banner**



*Note: The Company's four Core banners include Bed Bath & Beyond, buybuy BABY, Harmon Face Values and Decorist.*

## Key Sales Drivers By Banner

| | Comp Sales[1] vs. Q4'20 | |
|---|---|---|
| **Total Group** | **–12%** | |

| | Comp Sales[1] vs. Q4'20 | |
|---|---|---|
| **Bed Bath & Beyond Banner** | **–15%** | |
| **buybuy BABY Banner** | **+LSD%** | |

| Top 5 Destination Categories at Bed Bath & Beyond Banner | Comp Sales[1] vs. Q4'20 | % of Net Sales in Q4'21 |
|---|---|---|
| Bedding | **–18%** | 17% |
| Bath | **–17%** | 8% |
| Kitchen Food Prep | **–13%** | 26% |
| Indoor Décor | **–20%** | 11% |
| Home Organization | **–18%** | 4% |
| **Destination Category** | **–17%** | 66% |
| Other Categories | **–11%** | 34% |
| **Total Bed Bath & Beyond Banner** | **–15%** | 100% |

### Continued Digital Penetration



Q4'21 41%
Q4'20 42%
Q4'19 22%
Q4'18 17%

**Higher Digital Penetration Continues vs. High LY Comparison**

## Adjusted Gross Margin Bridge – Q4'20 to Q4'21

- **Gross margin rate of 28.8% was (~400bps) below LY margin rate of 32.8%**
  - **Gross margin reflects significantly higher than expected transient supply chain costs of higher freight charges (~170bps), first-time port-related fees (100bps) and certain, warehouse-related inventory adjustments as year finalized (~90bps)**
  - **Adj. Gross of 32.4% excluding impact of supply chain costs**



Note: numbers may not add due to rounding
[1] Not expected to continue by end of 2022

BED BATH & BEYOND

9

## Strong Cash & Liquidity





FY 2022
OUTLOOK
COMMENTARY

FISCAL 2022

# FISCAL 2022 OUTLOOK COMMENTARY

| | | FISCAL 2022 | |
|---|---|---|---|
| | | CURRENT TRENDS: 1Q22 | FULL YEAR |
| **P&L** | **Comp Sales vs. LY** | QTD trend: negative low-20s | Sequential Improvement in 2H vs. 1H based on anticipated improvement in supply chain conditions |
| | **Adjusted Gross Margin** (as a percentage of sales) | Cost inflation headwinds to persist, not fully offset by pricing | Modest expansion vs. LY based on 2H improvement |
| | **Adjusted SG&A** | Slightly lower $ spend vs. LY, albeit deleverage due to sales decreases | Approx. flat $ to LY; Previously announced $100M optimization aims to offset inflation |
| | **Adjusted EBITDA** | Negative | Above LY in 2H based on sales and gross margin assumptions above |
| | **Share Repurchase** | $40M executed in 1Q22; $1B Program completed | Re-assessment in 2H22 |

**Key Assumptions:**

- Depreciation & Amortization (approx.): $260M
- CAPEX (approx.): $400M
- Store Openings (approx.): 20 to 25 openings (primarily BABY)
- Store Remodels (approx.): 130 to 150 remodels (primarily Bed Bath)

- Liquidity remains healthy, including $1B ABL Revolver
- Share Repurchases & Debt Reduction to be assessed in 2H22

*Note: Adj. gross margin, adj. SG&A, adj. EBITDA & adj. EPS are non-GAAP financial measures. For a reconciliation to comparable GAAP measures, see Appendix of this presentation.*



**FY21 (Year 1)
TRANSFORMATION
PROGRESS**

**FY21 TRANSFORMATION PROGRESS**

## Began Significant <u>TRANSFORMATION</u> in 2021



**FY21 TRANSFORMATION PROGRESS**

## Key Strategic Initiatives – Achievements in 2021

⬆ on-track

| | | 3-Year Strategic Plan | Transformation Goals in FY21 | | Transformation Achievements in FY21 |
|---|---|---|---|---|---|
| commercial | **Digital-First, Omni-Always** | ✓ Stores as fulfillment hubs<br>✓ Omni-always platform | ✓ Invest in key projects for **enhanced capabilities** | on-track | ✓ **Partnerships:** DoorDash, Uber, Shipt, Roadie<br>✓ Launched **digital Marketplace**<br>✓ Launched **Cross-Banner checkout** |
| | **Store Remodel & Fleet Optimization** | ✓ **Remodel** ~450 BBB stores<br>✓ **Close** ~ 200 BBB stores | ✓ Approx. 130 to 150 **remodels**<br>✓ Approx. 200 BBB **closures** (cumulative/total program) | on-track | ✓ Initiated ~**130 remodels;** ~80 completions<br>✓ Sustained +**MSD% sales lift** in remodels<br>✓ Completed **207 BBB closures** (total program) |
| | **Inspirational merchandising assortment including Owned Brands** | ✓ Launch **10** BBB Owned Brands<br>✓ Owned Brand penetration of **30%** | ✓ Introduce **8 Owned Brands**<br>✓ Launch 6 Owned Brands in 1H21<br>✓ Owned brand penetration of 20% | on-track | ✓ Achieved target **8 Owned Brands** in Bed Bath<br>✓ Exceeded penetration goal at **25% run rate**<br>✓ Incubating **bbBABY Owned Brands** for 2H22 launch |
| | **Accelerate growth of buybuy BABY & Harmon Banners** | ✓ Increase BABY sales to $1.5B+ | ✓ Modernize **destination categories** & extend value prop<br>✓ **Age up** strategy | on-track | ✓ Achieved BABY sales of **$1.4B** ahead of FY plan<br>✓ Positive FY growth in both BABY & Harmon<br>✓ BABY market share growth in FY21 vs. FY20 |
| operational | **Modernize supply chain and technology** | ✓ Reduce store replenishment to 10 days (via RDCs)<br>✓ New tech roadmap (merch, ERP & supply chain) | ✓ Plan and begin implementation of two **RDC**s in NE/West<br>✓ Initiate new Oracle **ERP** rollout | on-track | ✓ Successfully **opened East Coast RDC** in PA<br>✓ **Initiated West Coast RDC** opening plans in CA<br>✓ First stage of **ERP launched** |

**FY21 TRANSFORMATION PROGRESS**

## Digital Transformation in FY2021

**Three Pillars of Transformation**

**ELEVATE EXPERIENCE:** Overhauled websites with new look, reduced steps to checkout and AI-powered search

**UNLOCK OMNI-ALWAYS:** launched BOPIS & curbside pickup services

**TRANSFORM TO DIGITAL FIRST:** Upgraded tools and processes to improve speed to market



| | |
|---|---|
| **37%** | Digital Sales penetration |
| approx. **2x** | Digital penetration vs. 2019 |
| more than **875 million** | Visits to website |
| approximately **50%** | Omni + Digital active shoppers |
| greater than **30%** | Total digital sales fulfilled by stores incl. approx. 15% BOPIS |

*Note: App data (launches and first-time visitors) relates to Bed Bath & Beyond banner only*

BED BATH & BEYOND                                                                 16

**FY21 TRANSFORMATION PROGRESS**

## Store Remodels



**FY21 TRANSFORMATION PROGRESS**

## Store Fleet Optimization

Continuing to position our network for the future:

✓ Disciplined management of inventory and receipts

✓ Partnership with recognized liquidation service

✓ Robust in-store and digital local marketing

✓ Data-driven tracking and monitoring



**FY 2021 Target**
- Approx. **200 BBB closures** (cumulative total program)

**FY 2021 Achieved**
- Completed more than **200 Bed Bath store closures**
- Sales transference **above plan of 20%-25%**

**FY21 TRANSFORMATION PROGRESS**

## A Strategic Collaboration with Kroger in 2022



**Kroger's Ship Marketplace**
- Now live on Kroger.com
- Offering an extensive selection of the most sought-after goods for home and baby products

**Select Physical Store Pilots**
- Launching in select Kroger brick & mortar stores in 2022
- Branded shop-in-shop experience with exclusive Owned Brands and national brands

FY21 TRANSFORMATION PROGRESS

## Eight Owned Brands in Total Launched in 2021 as Planned

**Launched March 2021**

nestwell

everyday comfort

**Launched April 2021**

haven.

*Escape* the noise

**Launched May 2021**

**Simply Essential.**

Home starts here

**Launched June 2021**



Start with food. End with love.

**Launched June 2021**

Wild Sage.

Bring your story to life

**Launched July 2021**

SQUARED AWAY

Solutions for a well-kept home

**Launched October 2021**

Studio

Designed for modern living.

**Launched November 2021**



Share the happy.



**FY21 TRANSFORMATION PROGRESS**

# Accelerated Owned Brands Sales Performance and Penetration

✓ **Ending Fiscal 2021 with Owned Brands penetration of approximately 25%**

✓ **Extending Owned Brands to the buybuy BABY business**

| FY 2020 | FY 2021 | FY 2021 | FY 2023 |
|---|---|---|---|
| approx. | GOAL | run rate at approx. | GOAL |
| 10% | 20% | 25% | 30% |

**Ahead of schedule on longer-term Owned Brands penetration goals**

BED BATH & BEYOND                                                                                      21

**FY21 TRANSFORMATION PROGRESS**

## Continued Growth in buybuy BABY Banner



**#1** specialty baby retailer in markets with a presence

**#5** retailer in baby registry nationally

| growth of **+double digit** | Positive Net Sales growth with Sales exceeding $1.4B, above plan |
| **Growth in market share** | Continued market share gains |
| greater than **50%** | Digital penetration of total BABY Sales |

Note: As shared during Investor Day 2020

**FY21 TRANSFORMATION PROGRESS**

## Supply Chain and Technology

### Charting a Course for Greater Value

✓ Increased digital capabilities

✓ Flexibility, agility and scalability

✓ Speed to market

✓ More efficient technology operations

✓ Shift spend towards innovation

✓ Improved return on technology investment

| | PRIOR STATE | FY21 PROGRESS | FUTURE STATE |
|---|---|---|---|
| **SUPPLY CHAIN** | • 35-day store replenishment<br>• Vendor direct network with consolidation hubs<br>• Inefficiencies driving high, uncompetitive costs | • Opened NE RDC in Frackville, PA<br>• Plans for West Coast RDC underway in Southern California with construction to begin in 2022 | • 10-day store replenishment<br>• 4 regional DCs<br>• Increased standardization to lower total supply chain costs |
| **TECHNOLOGY** | • Disparate legacy technology<br>• Legacy and siloed architecture and applications<br>• Reactive and manually intensive operating model | • RELEX system launched<br>• ERP Phase I successfully launched early<br>• ERP Phase II on track to launch in 2022 | • Cloud-based and scalable infrastructure<br>• New ERP<br>• Automated and agile operating model |

**TRANSFORMATION UPDATE**

## Long Term Return to Shareholders Through Capital Allocation



Note: Dollar values of share repurchases reflect open market repurchases; Share repurchase program completed in March 2022 at approx. $990M



APPENDIX

## Quarterly Summary of FY2019 & FY2020 Net Sales

- The following table shows a quarterly summary of the Company's fiscal 2019 and 2020 net sales on both a Reported GAAP basis and on a Core Go-Forward basis, which excludes sales from divested banners.

- The Company is providing this additional transparency to help analysts and investors gain further perspective on the Company's recent portfolio transformation and the quarterly comparisons of the Core Go-Forward banners, which include Bed Bath & Beyond, buybuy BABY, Harmon Face Values and Decorist.

| Net Sales ($ in millions) | Q1'19 | Q2'19 | Q3'19 | Q4'19 | FY 2019 | Q1'20 | Q2'20 | Q3'20 | Q4'20 | FY 2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| Reported | $2,573 | $2,719 | $2,759 | $3,107 | $11,159 | $1,307 | $2,688 | $2,618 | $2,619 | $9,233 |
| Core | $2,080 | $2,263 | $2,191 | $2,471 | $9,006 | $1,128 | $2,239 | $2,186 | $2,390 | $7,943 |

*Note: numbers may not add due to rounding*

# Non-GAAP Information

The following table reconciles non-GAAP financial measures presented in this press release or that may be presented on the Company's fourth quarter conference call with analysts and investors. The Company believes that these non-GAAP financial measures provide management, analysts, investors and other users of the Company's financial information with meaningful supplemental information regarding the performance of the Company's business. These non-GAAP financial measures should not be considered superior to, but in addition to other financial measures prepared by the Company in accordance with GAAP, including comparisons of year-to-year results. The Company's method of determining these non-GAAP financial measures may be different from other companies' methods and, therefore, may not be comparable to those used by other companies. As such, the Company does not recommend the sole use of these non-GAAP measure to assess its financial and earnings performance. For reasons noted above, the Company is presenting certain non-GAAP financial measures for its fiscal 2021 fourth quarter. In order for investors to be able to more readily compare the Company's performance across periods, the Company has included comparable reconciliations for the 2020 period in the reconciliation tables below. The Company is not providing a reconciliation of its guidance with respect to Adjusted EBITDA because the Company is unable to provide this reconciliation without unreasonable effort due to the uncertainty and inherent difficulty of predicting the occurrence, the financial impact, and the periods in which the adjustments may be recognized. For the same reasons, the Company is unable to address the probable significance of the unavailable information, which could be material to future results.

# Footnotes

[1] Comparable Sales reflects the year-over-year change in sales from the Company's retail channels, including stores and digital, that have been operating for twelve full months following the opening period (typically six to eight weeks). Comparable Sales excludes the impact of the Company's store network optimization program.
[2] Adjusted items refer to comparable sales as well as financial measures that are derived from measures calculated in accordance with GAAP, which have been adjusted to exclude certain items. Adjusted Gross Margin, Adjusted SG&A, Adjusted EBITDA, Adjusted EBITDA Margin, and Adjusted EPS – Diluted are non-GAAP financial measures. For more information about non-GAAP financial measures, see "Non-GAAP Information" below.
[3] Total Liquidity includes cash & investments and availability under the Company's asset-based revolving credit facility.

APPENDIX

# Q4'21 Non-GAAP Reconciliation

| | | | Three Months Ended February 26, 2022 | | | | |
| | | | Excluding | | | | |
| | Reported | Loss on Sale of Businesses | Restructuring and Transformation Expenses | Impairment charges | Total income tax impact | Total Impact | Adjusted |
|---|---|---|---|---|---|---|---|
| Gross Profit | $ 579,808 | $ — | $ 10,021 | $ — | $ — | $ 10,021 | $ 589,829 |
| Gross margin | 28.3 % | — % | 0.5 % | — % | — % | 0.5 % | 28.8 % |
| Restructuring and transformation initiative expenses | 44,625 | — | (44,625) | — | — | (44,625) | — |
| (Loss) earnings before benefit for income taxes | (182,290) | — | 54,646 | 18,059 | — | 72,705 | (109,585) |
| Tax benefit | (23,185) | — | — | — | (4,852) | (4,852) | (28,037) |
| Effective tax rate | 12.7 % | — | — | — | 12.9 % | 12.9 % | 25.6 % |
| Net (loss) income | $ (159,105) | $ — | $ 54,646 | $ 18,059 | $ 4,852 | $ 77,557 | $ (81,548) |
| Net loss per share - Diluted | $ (1.79) | | | | | $ 0.87 | $ (0.92) |
| Weighted average shares outstanding- Basic | 88,683 | | | | | 88,683 | 88,683 |
| Weighted average shares outstanding- Diluted | 88,683 (1) | | | | | 88,683 | 88,683 |
| **Reconciliation of Net Income (loss) to EBITDA and Adjusted EBITDA** | | | | | | | |
| Net (loss) income | $ (159,105) | $ — | $ 54,646 | $ 18,059 | $ 4,852 | $ 77,557 | $ (81,548) |
| Depreciation and amortization | 78,884 | — | (15,744) | — | — | (15,744) | 63,140 |
| Interest expense | 16,809 | — | — | — | — | — | 16,809 |
| Tax benefit | (23,185) | — | — | — | (4,852) | (4,852) | (28,037) |
| EBITDA | $ (86,597) | $ — | $ 38,902 | $ 18,059 | $ — | $ 56,961 | $ (29,636) |
| EBITDA as % of net sales | | | | | | | (1.4)% |

(1) If a company is in a net loss position, then for earnings per share purposes, diluted weighted average shares outstanding are equivalent to basic weighted average shares outstanding.

# Q4'20 Non-GAAP Reconciliation

| | | | Three Months Ended February 27, 2021 | | | | |
| | | | | Excluding | | | |
| | Reported | Loss on Sale of Businesses | Restructuring and Transformation Expenses | Impairment Charges | Total income tax impact | Total Impact | Adjusted |
|---|---|---|---|---|---|---|---|
| Gross Profit | $ 825,488 | $ — | $ 33,198 | $ — | $ — | $ 33,198 | $ 858,686 |
| Gross margin | 31.5 % | — % | 1.3 % | — % | — % | 1.3 % | 32.8 % |
| Restructuring and transformation initiative expenses | 54,554 | — | (54,554) | — | — | (54,554) | — |
| (Loss) earnings before (benefit) provision for income taxes | (42,218) | 22,705 | 87,752 | 8,883 | — | 119,340 | 77,122 |
| Tax (benefit) provision | (51,277) | — | — | — | 81,297 | 81,297 | 30,020 |
| Effective tax rate | 121.5 % | | | | (82.6)% | (82.6)% | 38.9 % |
| Net income (loss) | $ 9,059 | $ 22,705 | $ 87,752 | $ 8,883 | $ (81,297) | $ 38,043 | $ 47,102 |
| Net earnings per share - Diluted | $ 0.08 | | | | | $ 0.32 | $ 0.40 |
| Weighted average shares outstanding - Basic | 115,055 | | | | | 115,055 | 115,055 |
| Weighted average shares outstanding - Diluted | 117,286 | | | | | 117,286 | 117,286 |

Reconciliation of Net (Loss) Income to EBITDA and Adjusted EBITDA

| | Reported | Loss on Sale of Businesses | Restructuring and Transformation Expenses | Impairment Charges | Total income tax impact | Total Impact | Adjusted |
|---|---|---|---|---|---|---|---|
| Net income (loss) | $ 9,059 | $ 22,705 | $ 87,752 | $ 8,883 | $ (81,297) | $ 38,043 | $ 47,102 |
| Depreciation and amortization | 78,328 | — | (6,141) | — | — | (6,141) | 72,187 |
| Interest expense | 18,566 | — | — | — | — | — | 18,566 |
| Tax (benefit) provision | (51,277) | — | — | — | 81,297 | 81,297 | 30,020 |
| EBITDA | $ 54,676 | $ 22,705 | $ 81,611 | $ 8,883 | $ — | $ 113,199 | $ 167,875 |
| EBITDA as % of net sales | | | | | | | 6.4 % |

(1) If a company is in a net loss position, then for earnings per share purposes, diluted weighted average shares outstanding are equivalent to basic weighted average shares outstanding.

