**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-CV-02541 (TNM) |

**DECLARATION OF MADELINE C. PREBIL IN SUPPORT OF DEFENDANTS'**
**MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS**
**CERTIFICATION**

I, MADELINE C. PREBIL, ESQ., hereby declare as follows:

1.      I am an attorney at the law firm of Williams & Connolly LLP and a member of the bar of the District of Columbia, admitted in this matter *pro hac vice*.  I am counsel of record in the above-captioned action representing Defendants Ryan Cohen and RC Ventures LLC.  I submit this declaration in support of Defendants' Memorandum in Opposition to Plaintiff's Motion for Class Certification.

2.      Attached as Exhibit 1 is a true and correct copy of the Expert Report of Daniel R. Fischel dated May 17, 2024.

3.      Attached as Exhibit 2 is a true and correct copy of the transcript from the deposition of David Coti and Bratya SPRL on May 10, 2024 (excerpted).

4.      Attached as Exhibit 3 is a true and correct copy of WhatsApp messages produced by Plaintiff bearing bates stamps BRATYA_000744–000751.  Exhibit 3 includes both the as-produced document in French and a translated version.

1

5.      Attached as Exhibit 4 is a true and correct copy of WhatsApp messages produced by Plaintiff bearing bates stamps BRATYA_000619–000624.  Exhibit 4 includes both the as-produced document in French and a translated version.

6.      Attached as Exhibit 5 is a true and correct copy of the transcript from the deposition of Matthew Cain, Ph. D. on April 4, 2024 (excerpted).

7.      Attached as Exhibit 6 is a true and correct copy of Bed Bath & Beyond Inc.'s Form 10-Q dated January 6, 2022.

8.      Attached as Exhibit 7 is a true and correct copy of Bed Bath & Beyond Inc.'s Form 8-K dated January 6, 2022.

9.      Attached as Exhibit 8 is a true and correct copy of Ryan Cohen and RC Ventures LLC's Form 13-D dated March 7, 2022.

10.     Attached as Exhibit 9 is a true and correct copy of Exhibit 99.1 to Ryan Cohen and RC Ventures LLC's Form 13-D dated March 7, 2022.

11.     Attached as Exhibit 10 is a true and correct copy of a document produced by Plaintiff bearing bates stamps BRATYA_000016–000018.

12.     Attached as Exhibit 11 is a true and correct copy of WhatsApp messages produced by Plaintiff bearing bates stamp BRATYA_000613.  Exhibit 11 includes both the as-produced document in French and a translated version.

13.     Attached as Exhibit 12 is a true and correct copy of WhatsApp messages produced by Plaintiff bearing bates stamp BRATYA_000611.  Exhibit 12 includes both the as-produced document in French and a translated version.

14.     Attached as Exhibit 13 is a true and correct copy of WhatsApp messages produced by Plaintiff bearing bates stamps BRATYA_000657–000658.  Exhibit 13 includes both the as-produced document in French and a translated version.

15.     Attached as Exhibit 14 is a true and correct copy of WhatsApp messages produced by Plaintiff bearing bates stamps BRATYA_000638–000644.  Exhibit 14 includes both the as-produced document in French and a translated version.

16.     Attached as Exhibit 15 is a true and correct copy of Bed Bath & Beyond Inc.'s Form 8-K dated March 24, 2022.

17.     Attached as Exhibit 16 is a true and correct copy of Exhibit 99.1 to Bed Bath & Beyond Inc.'s Form 8-K dated March 24, 2022.

18.     Attached as Exhibit 17 is a true and correct copy of Ryan Cohen and RC Ventures LLC's Form 13-D, Amendment No. 1 dated March 25, 2022.

19.     Attached as Exhibit 18 is a true and correct copy of Bed Bath & Beyond Inc.'s Form 8-K dated April 13, 2022.

20.     Attached as Exhibit 19 is a true and correct copy of Bed Bath & Beyond Inc.'s Form 10-K dated April 21, 2022.

21.     Attached as Exhibit 20 is a true and correct copy of Bed Bath & Beyond Inc.'s Form 8-K dated June 28, 2022.

22.     Attached as Exhibit 21 is a true and correct copy of Bed Bath & Beyond Inc.'s Form 8-K dated June 29, 2022.

23.     Attached as Exhibit 22 is a true and correct copy of a document produced by Ryan Cohen bearing bates stamps COHEN0004417–0004421.

24.     Attached as Exhibit 23 is a true and correct copy of the transcript from the deposition of Harriet Edelman on April 30, 2024 (excerpted).

25.     Attached as Exhibit 24 is a true and correct copy of the transcript from the deposition of Marjorie Bowen on March 1, 2024 (excerpted).

26.     Attached as Exhibit 25 is a true and correct copy of the transcript from the deposition of Benjamin Rosenzweig on March 20, 2024 (excerpted).

27.     Attached as Exhibit 26 is a true and correct copy of the transcript from the deposition of Shelly Lombard on May 13, 2024 (excerpted).

28.     Attached as Exhibit 27 is a true and correct copy of a document produced by Bed, Bath & Beyond Inc. bearing bates stamp BBB00027788.

29.     Attached as Exhibit 28 is a true and correct copy of a document produced by Bed, Bath & Beyond Inc., control ID number BBB00057454.[1]

30.     Attached as Exhibit 29 is a true and correct copy of a document produced by Harriet Edelman bearing bates stamps BBBY_HE_00000049–00000052.

31.     Attached as Exhibit 30 is a true and correct copy of a document Plaintiff introduced as Deposition Exhibit 87 at the deposition of Susie Kim on April 12, 2024.

32.     Attached as Exhibit 31 is a true and correct copy of Ryan Cohen and RC Ventures LLC's Form 3 dated August 15, 2022.

33.     Attached as Exhibit 32 is a true and correct copy of a document produced by Ryan Cohen bearing bates stamps COHEN0017814–0017815.

---

[1] Bed Bath & Beyond Inc. produced many documents without bates stamps.  For ease of reference amongst the parties, this Declaration cites to control ID numbers provided in the production files when bates stamping was not applied.

34.     Attached as Exhibit 33 is a true and correct copy of a document produced by Ryan Cohen bearing bates stamps COHEN0017816–0017817.

35.     Attached as Exhibit 34 is a true and correct copy of a document produced by Ryan Cohen bearing bates stamps COHEN0017818–0017819.

36.     Attached as Exhibit 35 is a true and correct copy of a document produced by Ryan Cohen bearing bates stamps COHEN0006606–0006608.

37.     Attached as Exhibit 36 is a true and correct copy of a document Plaintiff introduced as Deposition Exhibit 82 at the deposition of Susie Kim on April 12, 2024.

38.     Attached as Exhibit 37 is a true and correct copy of a document produced by Ryan Cohen bearing bates stamps COHEN0018012–0018018.

39.     Attached as Exhibit 38 is a true and correct copy of Ryan Cohen and RC Ventures LLC's Form 13-D, Amendment No. 2, dated August 16, 2022.

40.     Attached as Exhibit 39 is a true and correct copy of a document produced by Ryan Cohen bearing bates stamp COHEN0018065.

41.     Attached as Exhibit 40 is a true and correct copy of a document produced by JP Morgan Chase bearing bates stamps JPMC_00000776–00000777.

42.     Attached as Exhibit 41 is a true and correct copy of a document produced by JP Morgan Chase bearing bates stamps JPMC_00001999–00002001.

43.     Attached as Exhibit 42 is a true and correct copy of a document produced by JP Morgan Chase bearing bates stamp JPMC_00000775.

44.     Attached as Exhibit 43 is a true and correct copy of the transcript from the deposition of Edouard Coti on May 15, 2024 (excerpted).

45.     Attached as Exhibit 44 is a true and correct copy of Ryan Cohen and RC Ventures LLC's Form 13-D, Amendment No. 3, dated August 18, 2022.

46.     Attached as Exhibit 45 is a true and correct copy of Ryan Cohen and RC Ventures LLC's Form 4, dated August 18, 2022.

47.     Attached as Exhibit 46 is a true and correct copy of @RyanCohen, Twitter (Aug. 5, 2022 6:04 PM), https://x.com/ryancohen/status/1555676193071935489?lang=en.

48.     Attached as Exhibit 47 is a true and correct copy of r/wallstreetbets, Reddit, *BBBY MEgathread for Wednesday August 17th, 2022* 🥐 🏹 (Aug. 17, 2022), https://www.reddit.com/r/wallstreetbets/comments/wqom2k/bbby_megathread_for_wednesday_august_17th_2022/.

49.     Attached as Exhibit 48 is a true and correct copy of WhatsApp messages produced by Plaintiff bearing bates stamps BRATYA_000605–000610.  Exhibit 48 includes both the as-produced document in French and a translated version.

50.     Attached as Exhibit 49 is a true and correct copy of the transcript from the deposition of Dr. Matthew D Cain in the litigation *In re: Vaxart, Inc. Securities Litigation* dated January 10, 2024.  *See* Doc. 325-2, *In re: Vaxart, Inc. Securities Litig.*, No. 3:20-cv-05949-VC (N.D. Cal. Mar. 7, 2024).

51.     Attached as Exhibit 50 is a true and correct copy of BBBYQ US Equity (Bed Bath & Beyond Inc.), Bloomberg Professional, *BBBY Stock Price Chart, August 15, 2022* (Aug. 15, 2022).

52.     Attached as Exhibit 51 is a true and correct copy of WhatsApp messages produced by Plaintiff bearing bates stamps BRATYA_000625–000629.  Exhibit 51 includes both the as-produced document in French and a translated version.

53.     Attached as Exhibit 52 is a true and correct copy of three Translation Certifications provided to Defendants by Transperfect Legal dated April 26, 2024 in connection with the WhatsApp messages attached hereto as Exhibits 3, 4, 11, 12, 13, 14, and 48.

* * *

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: Washington, DC
       May 17, 2024               _____
                                         Madeline C. Prebil, Esq.