AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) | Case No. 1:22-cv-02541-TNM |
|---|---|---|

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants RC Ventures LLC and Ryan Cohen

Date: 05/21/2024

*Attorney's signature*

Madeline Prebil (1778724)
*Printed name and bar number*

680 Maine Ave. SW
Washington, DC 20024
*Address*

mprebil@wc.com
*E-mail address*

(202) 434-5418
*Telephone number*

(202) 434-5029
*FAX number*