UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM |

**DECLARATION OF OMAR JAFRI IN SUPPORT OF LEAD PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL**

I, Omar Jafri, hereby declare as follows:

1. I am an attorney admitted and in good standing to practice before this Court, having been admitted *pro hac vice* in this Action by Order dated January 5, 2023. I am a partner of the law firm of Pomerantz LLP, attorneys for Lead Plaintiff Bratya SPRL ("Lead Plaintiff") and make this declaration in support of Lead Plaintiff's Reply Memorandum in Support of Class Certification and Appointment of Class Representative and Class Counsel.

2. Attached as Exhibit 1 is a true and correct copy of the Expert Reply Report of Matthew D. Cain, PhD, dated June 21, 2024.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the deposition transcript of Daniel R. Fischel in this matter.

4. Attached as Exhibit 3 is a true and correct copy of the Expert Report of Daniel R. Fischel, dated May 17, 2024, filed in this matter at ECF No. 117-1.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the deposition transcript of Susie Kim in this matter.

6. Attached as Exhibit 5 is a true and correct copy of Deposition Exhibit 79 from the deposition of Susie Kim in this matter.

7. Attached as Exhibit 6 is a true and correct copy of excerpts of the deposition

1

transcript of Sue Gove in this matter.

8. Attached as Exhibit 7 is a true and correct copy of an email dated September 5, 2022, between Shelly Lombard, Harriet Edelman, and Sue Gove produced in this matter.

9. Attached as Exhibit 8 is a true and correct copy of text messages from August 16, 2022, between Ben Rosenzweig and Shelly Lombard produced in this matter bearing bates stamp SLOMBARD_0081 to SLOMBARD_0086.

10. Attached as Exhibit 9 is a true and correct copy of text messages from August 16, 2022, involving Shelly Lombard produced in this matter bearing bates stamp SLOMBARD_0087 to SLOMBARD_0088.

11. Attached as Exhibit 10 is a true and correct copy of text messages from August 17, 2022, involving Shelly Lombard and Ben Rosenzweig produced in this matter bearing bates stamp SLOMBARD_0111 to SLOMBARD_0113.

12. Attached as Exhibit 11 is a true and correct copy of Deposition Exhibit 85 from the deposition of Susie Kim in this matter.

13. Attached as Exhibit 12 is a true and correct copy of Deposition Exhibit 86 from the deposition of Susie Kim in this matter.

14. Attached as Exhibit 13 is a true and correct copy of excerpts of the deposition transcript of Ben Rosenzweig in this matter.

15. Attached as Exhibit 14 is a true and correct copy of excerpts of the deposition transcript of Ryan Nebel in this matter.

16. Attached as Exhibit 15 is a true and correct copy of Deposition Exhibit 243 from the deposition of Daniel R. Fischel in this matter.

17. Attached as Exhibit 16 is a true and correct copy of an email chain dated April 28,

2022, between David Freedman and Harriet Edelman produced in this matter.

18. Attached as Exhibit 17 is a true and correct copy of a document bates stamped BBBY_SK_00000013 produced in this matter.

19. Attached as Exhibit 18 is a true and correct copy of an email chain involving Sue Gove dated June 22, 2022, produced in this matter.

20. Attached as Exhibit 19 is a true and correct copy of an email chain involving Harriet Edelman, Arlene Hong, and Sue Gove dated June 29, 2022, produced in this matter.

21. Attached as Exhibit 20 is a true and correct copy of an email chain involving Harriet Edelman and Sue Gove dated June 29, 2022, produced in this matter.

22. Attached as Exhibit 21 is a true and correct copy of notes dated July 21, 2022, produced in this matter and bearing bates stamp BBY_SG_00000001 to BBY_SG_00000002.

23. Attached as Exhibit 22 is a true and correct copy of an email chain involving Ryan Cohen and Harriet Edelman dated July 22, 2022, produced in this matter.

24. Attached as Exhibit 23 is a true and correct copy of excerpts of the deposition transcript of Harriet Edelman in this matter.

25. Attached as Exhibit 24 is a true and correct copy of Deposition Exhibit 35 from the deposition of Ben Rosenzweig in this matter.

26. Attached as Exhibit 25 is a true and correct copy of excerpts of the deposition transcript of Marjorie Bowen in this matter.

27. Attached as Exhibit 26 is a true and correct copy of Deposition Exhibit 30 from the deposition of Ben Rosenzweig in this matter.

28. Attached as Exhibit 27 is a true and correct copy of excerpts of the deposition transcript of Shelly Lombard in this matter.

29. Attached as Exhibit 28 is a true and correct copy of phone records between Ryan Cohen and Ben Rosenzweig produced in this matter bearing bates stamps ROSENZWEIG_BBBYLITIG_00000122 to ROSENZWEIG_BBBYLITIG_00000127.

30. Attached as Exhibit 29 is a true and correct copy of Deposition Exhibit 13 to the deposition of Marjorie Bowen in this matter.

31. Attached as Exhibit 30 is a true and correct copy of an email between Ryan Cohen and Ryan Nebel dated August 16, 2022, produced in this matter and bearing bates stamp COHEN0012031.

32. Attached as Exhibit 31 is a true and correct copy of an email from David Freeman to Harriet Edelman, Sue Gove, Gustavo Arnal, Arlene Hong, and Susie Kim dated August 16, 2022, produced in this matter.

33. Attached as Exhibit 32 is a true and correct copy of a Twitter response to a Tweet from Ryan Cohen dated August 10, 2022.

34. Attached as Exhibit 33 is a true and correct copy of an email exchange dated August 16, 2022, involving Arlene Hong, Gustavo Arnal, Susie Kim, and Sue Gove, produced in this matter.

35. Attached as Exhibit 34 is a true and correct copy of an email exchange dated August 17, 2022, involving Gina Gibson, David Freedman, Harriet Edelman, Sue Gove, Gustavo Arnal, Arlene Hong, and Susie Kim, produced in this matter.

36. Attached as Exhibit 35 is a true and correct copy of excerpts of the deposition transcript of David Coti in this matter.

37. Attached as Exhibit 36 is a true and correct copy of excerpts of the deposition transcript of Edouard Coti in this matter.

\*     \*     \*

I hereby declare under threat of perjury that the above information is true and correct to the best of my knowledge.

Dated: June 21, 2024

Respectfully submitted,

*/s/ Omar Jafri*
Omar Jafri
