UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM |

**DEFENDANTS RC VENTURES LLC'S AND RYAN COHEN'S MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Defendants RC Ventures LLC and Ryan Cohen (collectively "Cohen") respectfully seek two forms of relief. *First*, Cohen seeks leave of the Court to file a sur-reply addressing arguments and analysis raised for the first time in Plaintiff Bratya SPRL's reply brief (ECF No. 119) in support of its Motion for Class Certification (ECF No. 109). Cohen's proposed sur-reply is attached as **Exhibit A**. Pursuant to Local Civil Rule 7(m), Cohen conferred about this Motion with Plaintiff, which does not consent. *Second*, Cohen respectfully requests this Court convene a hearing to elicit expert testimony that will facilitate resolution of Bratya's Motion.

**ARGUMENT**

In its Reply, Bratya advances new arguments that were absent from its initial Motion. For the first time in reply, Bratya presents a novel report and event study purporting to show a relationship between value-relevant information and the price of BBBY securities during the putative Class Period. ECF No. 120-1 ¶¶ 37, 42. Bratya also newly expresses skepticism about whether BBBY was subject to a short squeeze during the putative Class Period, despite alleging *exactly that* in its operative complaint. *Compare* Reply at 3, *with* ECF No. 66 ¶ 24. Were that not enough, Bratya debuts a claim that Cohen's tweet, which did not even reference BBBY, was responsible for a 40% increase in BBBY's stock price. Reply at 14–15.

1

This Court should decline to consider Dr. Cain's new report and Bratya's unsupported accusations about Cohen's August 5th tweet.  "Issues may not be raised for the first time in a reply brief."  *In re Asemani*, 455 F.3d 296, 300 (D.C. Cir. 2006) (quoting *Rollins Envtl. Servs. v. EPA*, 937 F.2d 649, 653 n. 2 (D.C. Cir. 1991)); *see also Carter v. George Washington Univ.*, 387 F.3d 872, 883 (D.C. Cir. 2004).  Instead, "because it was raised for the first time on reply, the Court sh[ould] disregard the argument[s]."  *Sataki v. Broad. Bd. of Governors*, 272 F.R.D. 21, 25 (D.D.C. 2010).

If the Court chooses not to ignore Bratya's arguments, it should grant leave to file the attached sur-reply.  "The district court routinely grants such motions [for leave to file sur-reply] when a party is unable to contest matters presented to the court for the first time in the last scheduled pleading."  *Ben-Kotel v. Howard Univ.*, 319 F.3d 532, 536 (D.C. Cir. 2003) (internal quotation marks omitted); *see also Lopez v. Council on Am.-Islamic Rels. Action Network, Inc.*, 657 F. Supp. 2d 104, 108 (D.D.C. 2009), *aff'd,* 383 F. App'x 1 (D.C. Cir. 2010).  Both fairness and completeness militate in favor of granting leave to file the attached sur-reply.  *See Baloch v. Norton*, 517 F. Supp. 2d 345, 349 n.2 (D.D.C. 2007), *aff'd sub nom. Baloch v. Kempthorne*, 550 F.3d 1191 (D.C. Cir. 2008).

Moreover, Cohen posits an evidentiary hearing is necessary to facilitate meaningful engagement with the expert analysis proffered by the parties.  Cohen thus requests this Court convene a hearing to elicit expert testimony relevant to the resolution of Bratya's Motion.

## CONCLUSION

For these reasons, this Court should grant leave for Cohen to file its proposed Sur-reply and ignore Bratya's previously undisclosed expert opinions. Moreover, this Court should convene an evidentiary hearing, which is necessary to resolve Bratya's Motion for Class Certification.

Dated:  July 3, 2024                                                                  */s/ Brian T. Gilmore*
                                                                                              Dane H. Butswinkas (D.C. Bar # 425056)
Steven M. Farina (D.C. Bar # 437078)
Brian T. Gilmore (D.C. Bar # 1030601)
Madeline C. Prebil (D.C. Bar # 1778724)
680 Maine Avenue, S.W.
Washington, DC 20024
T: (202) 434-5000
F: (202) 434-5029
dbutswinkas@wc.com
sfarina@wc.com
bgilmore@wc.com
mprebil@wc.com

*Counsel for RC Ventures LLC and Ryan Cohen*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 3, 2024, a true and correct copy of the foregoing Motion for Leave to File Sur-Reply in Further Opposition to Plaintiff's Motion for Class Certification was served electronically on all counsel of record via CM-ECF.

*/s/ Brian T. Gilmore*
Brian T. Gilmore