IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM |

**[PROPOSED] ORDER**

Upon consideration of Defendants RC Ventures LLC's and Ryan Cohen's (collectively "Cohen") Motion for Leave to File Sur-reply in Further Opposition to Plaintiff's Motion for Class Certification, it is hereby ORDERED that:

Cohen's Motion for Leave to File Sur-reply is GRANTED.

**IT IS SO ORDERED**

Dated: _____

_____
Hon. Trevor N. McFadden
United States District Judge

1