UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM |

**DECLARATION OF OMAR JAFRI IN SUPPORT OF ERRATA TO EXHIBITS FILED IN SUPPORT OF LEAD PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF CLASS CERTIFICATION AND <u>APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL</u>**

I, Omar Jafri, hereby declare as follows:

1.  I am an attorney admitted and in good standing to practice before this Court, having been admitted *pro hac vice* in this Action by Order dated January 5, 2023. I am a partner of the law firm of Pomerantz LLP, attorneys for Lead Plaintiff Bratya SPRL ("Lead Plaintiff") and make this declaration in support of an errata to the exhibits filed in support of Lead Plaintiff's Reply Memorandum in Support of Class Certification and Appointment of Class Representative and Class Counsel (the "Reply").

2.  Two exhibits filed in support of Lead Plaintiff's Reply Memorandum in Support of Class Certification and Appointment of Class Representative and Class Counsel in this matter on June 21, 2024, at ECF No. 120-2, inadvertently omitted certain deposition transcript excerpts. Amended versions of these exhibits are attached hereto and described below.

3.  Attached as Exhibit 13 (amended) is a true and correct copy of excerpts of the deposition transcript of Ben Rosenzweig in this matter. This amended exhibit contains two additional pages of the deposition transcript (pages 239 and 240), which were cited in the Reply on Page 4, footnote 2, but inadvertently omitted from the originally filed Exhibit 13.

4.  Attached as Exhibit 23 (amended) is a true and correct copy of excerpts of the

1

deposition transcript of Harriet Edelman in this matter. This amended exhibit contains three additional pages of the deposition transcript (pages 22, 23, and 24), which were cited in the Reply on Page 14, but inadvertently omitted from the originally filed Exhibit 23.

*   *   *

I hereby declare that the above information is true and correct to the best of my knowledge.

Dated: July 3, 2024

                                              Respectfully submitted,

                                              */s/  Omar Jafri*
                                                Omar Jafri