# Exhibit 23 (amended)

| | |
|---|---|
| 1 | Edelman - Confidential |
| 2 | same thing? |
| 3 | A. I don't think so, but I don't know. |
| 4 | Q. Why don't you think so? |
| 5 | A. These are technical definitions out |
| 6 | there that I don't know that I could answer the |
| 7 | fine art of discrimination between the two. |
| 8 | Q. Do you know that Cohen posted messages |
| 9 | with emojis on Twitter? |
| 10 | A. I became aware of that. |
| 11 | Q. When did you become aware of that? |
| 12 | A. I couldn't say. |
| 13 | Q. Between February of 2022 and August of |
| 14 | 2022, did you have any concerns that Cohen would |
| 15 | send out tweets about the company? |
| 16 | A. Yes. |
| 17 | Q. And what kind of concerns were those? |
| 18 | A. Can you get more specific. |
| 19 | Q. Well, were you concerned that he would |
| 20 | try to influence the stock price of the company |
| 21 | with his tweets? |
| 22 | MR. GILMORE: Objection to form. |
| 23 | A. Can you rephrase. Get more specific to |
| 24 | a time period and event? |
| 25 | Q. I mentions the time period. The time |

1          Edelman - Confidential
2   period I mentioned was between February '22 and
3   August '22.
4          A.   Can you repeat the question.
5          Q.   So the question was did you have any
6   concerns that Cohen would send out tweets about the
7   company?  You said yes, right?
8          A.   Yes.
9          Q.   Okay.  Now the time period that I
10  mentioned was between February of 2022 and August
11  of 2022.  So, in this time period, what
12  specifically were you concerned about when it came
13  to his tweets?
14         A.   We were concerned that there could be
15  signaling either based on our results or our
16  communications.
17         Q.   So did the concerns relate to the fact
18  that he would send out a tweet, and then investors
19  would react to that tweet?
20              MR. GILMORE:  Objection to form.
21         A.   Concern that he might send out a tweet,
22  and investors or potential shareholders might
23  interpret it as something.
24         Q.   Obviously how they interpret something
25  ultimately results in where the stock price stands,

1              Edelman - Confidential
2     correct?
3          A.    Possibly.
4          Q.    Were the concerns mostly about him
5     sending out negative tweets about the company or
6     different?
7          A.    Anything.
8          Q.    Okay.  So, if he said something
9     positive, why would you be concerned about that?
10         A.    A, it may be disconnected from what the
11    company is actually doing or its position at the
12    time.
13         Q.    And why would that be something that
14    would concern you?
15         A.    I think on behalf of all shareholders we
16    are looking for the stock price to reflect the
17    performance of the company when we have
18    communicated officially.
19         Q.    What did you think of the fact that
20    Cohen would send out tweets about the company --
21    let me rephrase.  What did you think about the fact
22    that an investor like Cohen was making statements
23    about his views of his investments on a platform
24    like Twitter?
25         A.    He's allowed to.

1          Edelman - Confidential
2  that was canceled?
3      A.  Yes, on the 29th.
4      Q.  From these text messages I take it that
5  you know from Ms. Gove, you know, what it is that
6  Cohen discussed on this call?
7          MR. GILMORE:  Objection to form.
8      A.  She's telling me the call happened.
9  Give me a call, and then she caught me up on the
10 call.
11     Q.  So, in terms of the catching you up
12 part, what did she tell you about what they
13 discussed?
14     A.  I do not recall.
15     Q.  At all?
16     A.  No.
17     Q.  Earlier on I think you mentioned
18 something about him telling Ms. Gove something
19 about him being diluted.  You testified to that
20 earlier?
21     A.  I mentioned that in some call, and I
22 believe it was this one that I believe I recall he
23 said that to her.  I don't know where that is.
24     Q.  So what did he say about that?
25         MR. GILMORE:  Objection to form.

1           Edelman - Confidential
2      A.   I believe he said that he would not want
3  to be diluted, but I'm paraphrasing.
4      Q.   I see, so this comment was made on this
5  July 15 call?
6           MR. GILMORE:  Objection to form.
7      A.   I'm looking for some backup to confirm
8  that.  Maybe you have it.
9      Q.   And maybe the next one may have it.  If
10  we go to the following page, this is just the next
11  page, Ms. Edelman.  I'm glad this has a time stamp
12  on it, thank goodness, so over here on top it says
13  July 22, 2022 at 5:15 p.m., right?
14      A.   Yes.
15      Q.   Is this a text message sent from you?
16      A.   Yes.
17      Q.   Okay.  So then it says, "I heard back
18  from Ryan.  He appreciated the offer, but said not
19  necessary, and perhaps he and I can talk in the
20  next couple of weeks.  I left it at that.  Safe
21  flight.  Thanks for all."
22           So this is a conversation on July 22nd
23  that you had with Ryan Cohen?
24      A.   This was an e-mail exchange.  We did not
25  have a conversation on that day.

1         Edelman - Confidential
2         Q.   Okay.  However, the conversation was,
3    whether it was through e-mail or telephone, you
4    talked to each other, right, communicated with each
5    other?
6         A.   Communicated with each other.
7         Q.   So is it your testimony that Ms. Gove
8    talked to him twice in July?
9         A.   No.
10        Q.   She only talked to him once?
11        A.   Yes.
12        Q.   Alright.  I think now let's go back to
13   this.  You're saying in that one conversation that
14   Ms. Gove had with Cohen he told her that he didn't
15   want to be diluted?
16        A.   Yes.
17        Q.   And was that specifically in reference
18   to a capital raise that the company would do?
19        A.   I do not recall the context.
20        Q.   Well, I mean how else would he get
21   diluted?
22             MR. GILMORE:  Objection to form.
23        A.   All I can tell you is that is what she
24   reported what was said.  Nothing behind it.
25        Q.   Okay.  Now at this point you agree with

1                  Edelman - Confidential
2   me that the company was considering whether it
3   could raise capital, right, around this time frame?
4         A.   Around this time frame, the company was
5   working as I said headlong to an August 31 picture
6   of the company including financing.
7         Q.   So when was the first time the company
8   considered tapping public markets?
9         A.   I don't recall.
10        Q.   Was it in the summer of 2022?
11        A.   The summer of '22 we were talking about
12  it.  I don't recall when it began.
13        Q.   Did it begin before July 15, 2022?
14        A.   I don't recall.
15        Q.   Going to the next page, Ms. Edelman,
16  your understanding is that this July 22nd
17  conversation that you had with Cohen was only via
18  e-mail?  Is that right?
19        A.   The same page, right?
20        Q.   Yeah.
21        A.   You haven't moved pages.
22        Q.   Yes.
23        A.   Yes.
24        Q.   So you didn't have any phone calls with
25  him at this point?

1           Edelman - Confidential
2  to travel to any other investors' location like you
3  offered Cohen?
4           A.   No.
5           Q.   Did you offer to do this at any point
6  during your tenure at Bed Bath?
7           A.   To go on location?
8           Q.   To some investor?
9           A.   No.  To have calls, yes.
10          Q.   I'm talking about going and meeting in
11 person where they live.  Have you ever done that in
12 your long career serving as a board member of so
13 many different companies?
14               MR. GILMORE:  Objection to form.
15          A.   No.
16          Q.   So he is the only one who you offered to
17 go meet in person where he lived?
18          A.   Yes.
19          Q.   Okay.  Between July 22nd of 2022 and
20 August 17 of 2022, did you talk to Cohen again?
21          A.   No.
22          Q.   So there was no communication?
23          A.   Zero.
24          Q.   No e-mails?
25          A.   Zero.

                                                               255

 1                 Edelman - Confidential
 2        Q.    No Zoom calls?
 3        A.    No.
 4        Q.    No in-person meeting?
 5        A.    No.
 6        Q.    Is that true for every single executive
 7   at Bed Bath that you know of, to your knowledge?
 8        A.    I believe so.
 9        Q.    So the same is true for Ms. Gove?
10        A.    I believe so.
11        Q.    The same is true for Mr. Arnal?
12        A.    I believe so.
13        Q.    The same is true for every board member?
14        A.    I don't know.
15        Q.    To the best of your knowledge?
16        A.    To the best of my knowledge.
17        Q.    No one told you that Cohen tried to
18   communicate in this time period?
19        A.    No.
20        Q.    So he went dark basically, right?
21              MR. GERBER:  Objection.
22        A.    For me, he went dark.
23        Q.    So you agree with me that between this
24   time period between July 22nd and August 17th he
25   was disengaged, right?

Case 1:22-cv-02541-TNM   Document 122-2   Filed 07/08/24   Page 11 of 11

256

1                  Edelman - Confidential
2              MR. GERBER:  Objection.
3         A.    I was not in contact with him.
4         Q.    I understand, but he is not e-mailing
5    you to talk about the company, he is not reaching
6    out to you?
7         A.    That's correct.
8         Q.    Or anybody else?
9         A.    Again, I can speak for myself.
10        Q.    To the best of your knowledge obviously?
11        A.    Yes.
12        Q.    I understand you cannot know everything,
13   but, to the best of your knowledge, that is
14   correct?
15        A.    That's correct.
16        Q.    Okay.  I wanted to go back to that
17   exhibit, the one that we said you should set aside,
18   the text between you and Ms. Bowen, Exhibit 105.
19        A.    Yeah.
20        Q.    Now I am interested in only one text.
21   This is under, this is on the page right before the
22   final page where she sends you a text on August 8
23   at 9:53 a.m.  Are you with me?
24        A.    Yes.
25        Q.    She says, "Good a.m.  Let's issue

New York                Hudson Court Reporting & Video              New Jersey
212-273-9911                    1-800-310-1769                    732-906-2078