| | | | | | |
|---|---|---|---|---|---|
| Government | ☐ | | | | |
| Plaintiff | ✓ | VS. | | Civil/Criminal No. | 1:22-cv-02541-TNM |
| Defendant | ☐ | IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | ECF No. 117-2, pp. 24-40 | | 8/2/24 | David Coti | |
| 2 | ECF No. 117-2, pp. 190-193 | | 8/2/24 | David Coti | |
| 3 | Power Point Slide - Bratya Net Position in BBBY | | 8/2/24 | David Coti | |
| | ECF No. 108-1, Expert Report of Matthew Cain, PhD | | | | |
| | ECF No. 120-1, Expert Reply Report of Matthew Cain, PhD | | | | |
| | ECF No. 117-1, Expert Report of Daniel R. Fischel | | | | |
| | April 4, 2024 Deposition Transcript of Matthew Cain, PhD | | | | |
| | June 17, 2024 Deposition Transcript of Daniel R. Fischel | | | | |
| | May 10, 2024 Deposition Transcript of David Coti | | | | |