## *In Re Bed Bath & Beyond Corporation Securities Litigation*

**Defendant's Exhibits**  1:22-cv-02541-TNM

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent Into Jury (date & time) |
|---|---|---|---|---|---|
| 1 | Ryan Cohen tweet (Aug. 5, 2022) | | 8/2/24 | David Coti | |
| 2 | Ryan Cohen tweet (Aug. 12, 2022) | | 8/2/24 | David Coti | |
| 3 | BRATYA_000123 (Bratya Trades) | | | | |
| 4 | RCV Schedule 13D (Mar. 7, 2022) | | | | |
| 5 | BBBY 8-K (Mar. 25, 2022) | | | | |
| 6 | RCV Am. Schedule 13D (Aug. 16, 2022) | | | | |
| 7 | COHEN0018066 (Aug. 16, 2022 email) | | | | |
| 8 | RCV Form 3 (Aug. 16, 2022) | | | | |
| 9 | CNBC Article (Aug. 16, 2022) | | | | |
| 10 | CNBC Correction (Aug. 17, 2022) | | | | |
| 11 | BBBY 8-K (Aug. 18, 2022) | | | | |
| 12 | RCV Form 144 (Aug. 16, 2022) | | | | |

## *In Re Bed Bath & Beyond Corporation Securities Litigation*

**Defendant's Exhibits**                                                                1:22-cv-02541-TNM

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent Into Jury (date & time) |
|---|---|---|---|---|---|
| 13 | ECF No. 108-1 (Cain Report) | | | | |
| 14 | ECF 120-1 (Cain Reply Report) | | | | |
| 15 | ECF No. 117-1 (Fischel Report) | | | | |
| 16 | RCV Open Letter (Mar. 6, 2022) | | | | |
| 17 | Cooperation Agreement (Mar. 24, 2022) | | | | |