# EXHIBIT 1

# *In re Bed Bath & Beyond Corporation Securities Litigation*, 22-cv-02541

August 2, 2024

Demonstrative 24

1.   Lead Plaintiff's investing strategy in BBBY as compared to other class members, with a focus to the adequacy and typicality requirements.

2.   The data and methods used to determine price impact of Cohen's alleged misrepresentations during the class period.

3.   Whether the Cammer factors provide an appropriate method for evaluating market efficiency during a possible short squeeze. And if they are not appropriate, what alternative method could be used to determine efficiency in this case.

2

# Plaintiff's Burden

 *Halliburton Co. v. Erica P. John Fund, Inc.*, 573 U.S. 258, 275 (2014)

"[P]laintiffs wishing to proceed through a class action must actually *prove*—not simply plead—that their proposed class satisfies each requirement of Rule 23, including (if applicable) the predominance requirement of Rule 23(b)(3)."

3

# Plaintiff's Burden

**Rule 23. Class Actions**

(a) PREREQUISITES. One or more members of a class may sue or be sued as representative parties on behalf of all members only if:

(1) the class is so numerous that joinder of all members is impracticable;

(2) there are questions of law or fact common to the class;

(3) the claims or defenses of the representative parties are typical of the claims or defenses of the class; and

(4) the representative parties will fairly and adequately protect the interests of the class.

(3) the court finds that the questions of law or fact common to class members predominate over any questions affecting only individual members, and that a class action is superior to other available methods for fairly and efficiently adjudicating the controversy. The matters pertinent to these findings include:

(A) the class members' interests in individually controlling the prosecution or defense of separate actions;

(B) the extent and nature of any litigation concerning the controversy already begun by or against class members;

(C) the desirability or undesirability of concentrating the litigation of the claims in the particular forum; and

(D) the likely difficulties in managing a class action.

4

# Typicality

 *Gen. Tel. Co. of Sw. v. Falcon*, 457 U.S. 147, 158 n.13 (1982)

Typicality "serve[s] as [a] guidepost[] for determining whether under the particular circumstances maintenance of a class action is economical and whether the named plaintiff's claim and the class claims are so interrelated that the interests of the class members will be fairly and adequately protected in their absence."

# Typicality

 7A Charles Alan Wright et al., Federal Practice and Procedure § 1775 (3d ed. 2019)

Typicality "may have independent significance when it is used to screen out class actions in which the legal or factual position of the representatives is markedly different from that of other members of the class even though common issues of law or fact are present."

# Bratya's Trades Conflict With Its Allegations

| Bratya's Allegations | Bratya's Trades |
|---|---|

92. Between January 2022 and February 2022, Cohen, through his personal investment entity RC Ventures, bought millions of shares of Bed Bath. He owned more than 5% of the Company's total outstanding shares by February 24, 2022. On March 7, 2022, Cohen filed a Schedule 13D, stating that he purchased 9,450,100 shares of the Company



Bed Bath became the second most mentioned stock on the r/WallStreetBets subreddit. In response to a thread about how Cohen had taken a large stake in the Company and was pushing for changes, which received more than 10,000 upvotes and over 1,000 responses, a user known as u/Rudyy1985 stated that "I suddenly Love Bed bath & beyond." Similarly, user u/Haans wrote that he or she was "ALL IN on BBBY."

| Portefeuille | Date Opération | Date valeur | Op. Nature | Nature | Type de contrat | Nom instr | Code ISIN | Devise | Quantité | Prix | Montant brut | Interets courus | Frais | Impots | Montant net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70360659 | 14/03/2022 | 15/03/2022 | Sell | Option | CLL. | BED BATH AND BEY -29- 14/04/22 (BBBY US C US) | | USD | -500 | 1,1 | -55000 | 0 | -2740 | 0 | -52260 |
| 70360659 | 14/03/2022 | 15/03/2022 | Sell | Option | CLL. | BED BATH AND BEY -30- 29/04/22 (BBBY US C US) | | USD | -500 | 1,2514 | -62570 | 0 | -2740 | 0 | -59830 |
| 70360659 | 09/03/2022 | 10/03/2022 | Sell | Option | CLL. | BED BATH AND BEY -34- 20/05/22 (BBBY US C US) | | USD | -450 | 2,46 | -110700 | 0 | -2479,5 | 0 | -108220,5 |
| 70360659 | 08/03/2022 | 09/03/2022 | Sell | Option | CLL. | BED BATH AND BEY -30- 25/03/22 (BBBY US C US) | | USD | -350 | 1,5 | -52500 | 0 | -1907,5 | 0 | -50592,5 |
| 70360659 | 07/03/2022 | 08/03/2022 | Sell | Option | CLL. | BED BATH AND BEY -30- 18/03/22 (BBBY US C US) | | USD | -350 | 0,83 | -29050 | 0 | -1904 | 0 | -27146 |
| 70360659 | 07/03/2022 | 08/03/2022 | Sell | Option | CLL. | BED BATH AND BEY -30- 11/03/22 (BBBY US C US) | | USD | -500 | 0,5335 | -26675 | 0 | -2720 | 0 | -23955 |
| 70360659 | 07/03/2022 | 08/03/2022 | Sell | Option | CLL. | BED BATH AND BEY -30- 11/03/22 (BBBY US C US) | | USD | -3 | 0,76 | -228 | 0 | -163,31 | 0 | -64,69 |

CONFIDENTIAL

CONFIDENTIAL

BRATYA_000125

7

# Bratya's Trades Conflict With Its Allegations

| Trade Date | Action | Contract Type | Quantity | Price | Proceeds |
|---|---|---|---|---|---|
| 03/07/22 | Sell | Call Option | -500 | $0.53 | $26,675 |
| 03/07/22 | Sell | Call Option | -3 | $0.76 | $228 |
| 03/14/22 | Expire | Call Option | 503 | $0.00 | $0 |
| | | | | | **$26,903** |
| 03/07/22 | Sell | Call Option | -350 | $0.83 | $29,050 |
| 03/18/22 | Expire | Call Option | 350 | $0.00 | $0 |
| | | | | | **$29,050** |
| 03/08/22 | Sell | Call Option | -350 | $1.50 | $52,500 |
| 03/25/22 | Expire | Call Option | 350 | $0.00 | $0 |
| | | | | | **$52,500** |
| 03/09/22 | Sell | Call Option | -450 | $2.46 | $110,700 |
| 05/20/22 | Expire | Call Option | 450 | $0.00 | $0 |
| | | | | | **$110,700** |
| 03/14/22 | Sell | Call Option | -500 | $1.10 | $55,000 |
| 04/14/22 | Expire | Call Option | 500 | $0.00 | $0 |
| | | | | | **$55,000** |
| 03/14/22 | Sell | Call Option | -500 | $1.25 | $62,570 |
| 04/29/22 | Expire | Call Option | 500 | $0.00 | $0 |
| | | | | | **$62,570** |

8

# Bratya's Trades Conflict With Its Allegations

| Bratya's Allegations | Bratya's Trades |
|---|---|

139. On August 5, 2022, Cohen stoked Bed Bath retail investors with the following tweet:



**Ryan Cohen** ✔
@ryancohen

Ask not what your company can do for you – ask what you can do for your company



| Portefeuille | Date Opération | Date valeur | Op. Nature | Nature | Type de contrat | Nom instr | Code ISIN | Devise | Quantité | Prix | Montant brut | Interets courus | Frais | Impots | Montant net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70360659 | 08/08/2022 | 09/08/2022 | Buy | Option | PUT. | BED BATH AND BEY -14- 12/08/22 (BBBY US P US) | | USD | 115 | 3,7 | 42550 | | 586,5 | | 43136,5 |
| 70360659 | 08/08/2022 | 09/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -14- 12/08/22 (BBBY US C US) | | USD | -115 | 1,44 | -16560 | 0 | -586,5 | 0 | -15973,5 |
| 70360659 | 08/08/2022 | 09/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -14- 12/08/22 (BBBY US C US) | | USD | -550 | 1,067818182 | -58730 | 0 | -2805 | 0 | -55925 |
| 70360659 | 08/08/2022 | 09/08/2022 | Buy | Option | PUT. | BED BATH AND BEY -15- 19/08/22 (BBBY US P US) | | USD | 394 | 4,9 | 193060 | | 2009,4 | | 195069,4 |
| 70360659 | 08/08/2022 | 09/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -15- 19/08/22 (BBBY US C US) | | USD | -394 | 1,65 | -65010 | 0 | -2009,4 | 0 | -63000,6 |
| 70360659 | 08/08/2022 | 09/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -15- 19/08/22 (BBBY US C US) | | USD | -450 | 1,291133333 | -58101 | 0 | -2295 | 0 | -55806 |

9

# Bratya's Trades Conflict With Its Allegations

| Trade Date | Action | Contract Type | Quantity | Price | Proceeds |
|---|---|---|---|---|---|
| 08/08/22 | Sell | Call Option | -115 | $1.44 | $16,560 |
| 08/08/22 | Sell | Call Option | -550 | $1.07 | $58,730 |
| 08/12/22 | Expire | Call Option | 665 | $0.00 | $0 |
| | | | | | **$75,290** |
| 08/08/22 | Buy | Put Option | 115 | $3.70 | -$42,550 |
| 08/12/22 | Expire | Put Option | -115 | $0.00 | $0 |
| | | | | | **-$42,550** |
| 08/08/22 | Sell | Call Option | -450 | $1.29 | $58,101 |
| 08/08/22 | Sell | Call Option | -394 | $1.65 | $65,010 |
| 08/17/22 | Buy | Call Option | 450 | $10.49 | -$472,271 |
| 08/18/22 | Buy | Call Option | 394 | $5.50 | -$216,695 |
| | | | | | **-$565,855** |
| 08/08/22 | Buy | Put Option | 394 | $4.90 | -$193,060 |
| 08/18/22 | Sell | Put Option | -394 | $0.66 | $26,004 |
| | | | | | **-$167,056** |

BRATYA_000124

# Bratya's Trades Conflict With Its Allegations

| Bratya's Allegations | Bratya's Trades |
|---|---|

146. At 7:04 AM on August 12, 2022, CNBC tweeted a link to a negative article about Bed Bath and Cohen. *See Carmen Reinicke, Loop Capital says Bed Bath & Beyond comeback doesn't make fundamental sense, stock headed to $1, CNBC, (August 12, 2022, 7:01 AM).*



| Portefeuille | Date Opération | Date valeur | Op. Nature | Nature | Type de contrat | Nom instr | Code ISIN | Devise | Quantité | Prix | Montant brut | Interets courus | Frais | Impots | Montant net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70360659 | 15/08/2022 | 16/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -20- 02/09/22 (BBBY US C US) | | USD | -900 | 3,822333333 | -344010 | 0 | -4626 | 0 | -339384 |
| 70360659 | 15/08/2022 | 16/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -18- 26/08/22 (BBBY US C US) | | USD | -600 | 1,977033333 | -118622 | 0 | -3084 | 0 | -115538 |
| 70360659 | 15/08/2022 | 16/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -18,5- 26/08/22 (BBBY US C US) | | USD | -800 | 2,17 | -173600 | 0 | -4112 | 0 | -169488 |
| 70360659 | 15/08/2022 | 16/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -16- 19/08/22 (BBBY US C US) | | USD | -500 | 1,58 | -79000 | 0 | -2570 | 0 | -76430 |
| 70360659 | 12/08/2022 | 15/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -17,5- 26/08/22 (BBBY US C US) | | USD | -800 | 1,76615 | -141292 | 0 | -4112 | 0 | -137180 |
| 70360659 | 12/08/2022 | 15/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -16- 19/08/22 (BBBY US C US) | | USD | -800 | 1,25 | -100000 | 0 | -4112 | 0 | -95888 |
| 70360659 | 12/08/2022 | 16/08/2022 | Sell | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | -11500 | 14 | -161000 | 0 | -647,56 | 0 | -160352,44 |

149. Cohen's tweet received more than 14,100 likes and was retweeted more than 1,600 times. ==The response on Twitter was overwhelmingly positive, and Twitter users understood Cohen's tweet as a rallying cry to buy Bed Bath's stock and "take it to the moon."== For example, minutes after Cohen responded to CNBC's tweet, Twitter user Gorrillaw replied with a rocket emoji and wrote, "To da moon":



# Bratya's Trades Conflict With Its Allegations

| Trade Date | Action | Contract Type | Quantity | Price | Proceeds |
|---|---|---|---|---|---|
| 08/12/22 | Sell | Call Option | -800 | $1.77 | $141,292 |
| 08/18/22 | Buy | Call Option | 800 | $6.00 | -$479,956 |
| | | | | | **-$338,664** |
| 08/12/22 | Sell | Call Option | -800 | $1.25 | $100,000 |
| 08/15/22 | Sell | Call Option | -500 | $1.58 | $79,000 |
| 08/18/22 | Buy | Call Option | 1,300 | $4.69 | -$609,650 |
| | | | | | **-$430,650** |
| 08/15/22 | Sell | Call Option | -600 | $1.98 | $118,622 |
| 08/18/22 | Buy | Call Option | 600 | $5.79 | -$347,308 |
| | | | | | **-$228,686** |
| 08/15/22 | Sell | Call Option | -800 | $2.17 | $173,600 |
| 08/18/22 | Buy | Call Option | 800 | $5.80 | -$464,000 |
| | | | | | **-$290,400** |
| 08/15/22 | Sell | Call Option | -900 | $3.82 | $344,010 |
| 08/18/22 | Buy | Call Option | 900 | $4.93 | -$444,000 |
| | | | | | **-$99,990** |

BRATYA_000124

# Bratya's Trades Conflict With Its Allegations

## Bratya's Allegations

177. After the market closed on August 18, 2022, Cohen finally filed another amendment to his Schedule 13D and a Form 4, both of which disclosed that he had sold his entire stake in the Company between August 16, 2022, and August 17, 2022, and now had a 0% interest in it.

178. Upon this final disclosure, the Company's stock price

## Bratya's Trades



| Portefeuille | Date Opération | Date valeur | Op. Nature | Nature | Type de contrat | Nom instr | Code ISIN | Devise | Quantité | Prix | Montant brut | Interets courus | Frais | Impots | Montant net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70360659 | 18/08/2022 | 19/08/2022 Buy | Option | CLL. | BED BATH AND BEY -35- 16/12/22 (BBBY US C US) | | USD | 1000 | 4,25 | 425000 | | 5060 | | 430060 |
| 70360659 | 18/08/2022 | 19/08/2022 Buy | Option | CLL. | BED BATH AND BEY -25- 16/12/22 (BBBY US C US) | | USD | 131 | 5,89 | 77159 | | 662,86 | | 77821,86 |
| 70360659 | 18/08/2022 | 19/08/2022 Buy | Option | CLL. | BED BATH AND BEY -30- 21/10/22 (BBBY US C US) | | USD | 1500 | 3,968 | 595200 | | 7590 | | 602790 |
| 70360659 | 18/08/2022 | 19/08/2022 Buy | Option | CLL. | BED BATH AND BEY -25- 21/10/22 (BBBY US C US) | | USD | 369 | 4,82902439 | 178191 | | 1867,14 | | 180058,14 |
| 70360659 | 18/08/2022 | 18/08/2022 Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 25600 | 16,7533 | 428884,48 | | 1844,21 | | 430728,69 |

## Chat between David and Edouard Coti

08/17/2022, 10:11 p.m. - David: Ryan Cohen sells his entire stake in Bed Bath & Beyond
https://seekingalpha.com/news/3874286-ryan-cohen-sells-his-entire-stake-in-bed-bath-beyond?utm_source=webull.com&utm_medium=referral
08/17/2022, 10:31 p.m. - David: Send me the article
08/17/2022, 10:31 p.m. - David: BROOO
08/17/2022, 10:31 p.m. - David: This removes so much pressure
08/17/2022, 10:31 p.m. - David: On the position 🤣

13

# Bratya's Trades Conflict With Its Allegations

| Trade Date | Action | Contract Type | Quantity | Price | Proceeds |
|---|---|---|---|---|---|
| 08/18/22 | Buy | Call Option | 369 | $4.829 | -$178,191 |
| 08/18/22 | Buy | Call Option | 131 | $5.890 | -$77,159 |
| 08/18/22 | Buy | Call Option | 1,500 | $3.968 | -$595,200 |
| 08/18/22 | Buy | Call Option | 1,000 | $4.250 | -$425,000 |
| | | | 3,000 | | **-$1,275,550** |
| 08/18/22 | Buy | Stock | 25,600 | $16.753 | -$428,824 |
| | | | | | **-$428,824** |

BRATYA_000124

# *Cammer*

 *Loc. 703, I.B. of T. Grocery & Food Emps. Welfare Fund v. Regions Fin. Corp.,*
762 F.3d 1248, 1255 (11th Cir. 2014)

"[W]e certainly do not suggest that a District Court would be wrong to rely on the *Cammer* factors to guide its analysis. . . . But we do not think it wise to require District Courts to analyze market efficiency in terms of the *Cammer* factors in every case."

# *Cammer*

## *In re PolyMedica Corp. Sec. Litig.*, 432 F.3d 1, 18–19 (1st Cir. 2005)

"While we agree with Plaintiff that the factors considered by the district court were relevant to the issue of market efficiency, these factors are not exhaustive . . . The district court's error, therefore, was not in analyzing the factors that it did, but in applying an erroneous definition of market efficiency that prevented it from analyzing other arguably relevant evidence. We must therefore vacate its decision and remand for application of the proper standard."

## *In re PolyMedica Corp. Sec. Litig.*, 453 F. Supp. 2d 260, 271 (D. Mass. 2006)

"PolyMedica largely does not contest that the widely accepted *Cammer* factors are met in this case. The relevant inquiry, however, is not whether trading in PolyMedica stock met the *Cammer* factors; rather, the test is whether its stock price was information efficient."

16

# *Cammer*

*In re Jan. 2021 Short Squeeze Trading Litig., 2023 WL 9035671 at \*31 (S.D. Fla. Nov. 13, 2023)*

"In an efficient market, an investor's purchase at a given price functions as a proxy for reliance on a defendant's bad act because an informationally efficient market absorbs the manipulative conduct, reflecting it in the price the plaintiff paid.  If a market is not informationally efficient when the plaintiff transacts, how can a court presume that the price reflects the bad act? The answer is simple: it cannot."

*In re Jan. 2021 Short Squeeze Trading Litig., 2023 WL 9035671 at \*31 (S.D. Fla. Nov. 13, 2023)*

"Faced with a dearth of evidence that the markets for the Affected Stocks were efficient when Plaintiffs transacted . . . the Court cannot apply the *Basic* presumption."

17

# Dr. Cain's Event Studies

| Dr. Cain's Event Study |
|---|

I then compared the stock returns and trading volume of BBBY's Common Stock on these "News Days" ==versus those metrics on the 132 trading days where there were no headlines from Dow Jones or SEC filings (the "No News Days")==. The No News Days provide a benchmark measurement of days in which relatively little or no new BBBY-specific information was provided to the market. If BBBY's stock prices tend to move more significantly on News Days than on No News Days, this would support a conclusion of market efficiency.

Cain Rpt. ¶ 75

| Dr. Cain's New Event Study |
|---|

==Alternative No News Days were identified as dates on which no news was published regarding Defendant Cohen's stake in BBBY during the Alternative Analysis Period.==

Cain Reply Rpt. Ex. 4, Note 2

18

# Dr. Cain's Event Studies

## Dated: March 7, 2022

| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | 7 | SOLE VOTING POWER 9,450,100 |
| --- | --- | --- |
| | 8 | SHARED VOTING POWER - 0 - |
| | 9 | SOLE DISPOSITIVE POWER 9,450,100 |
| | 10 | SHARED DISPOSITIVE POWER - 0 - |

## Dated: August 16, 2022

| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | 7 | SOLE VOTING POWER 9,450,100 |
| --- | --- | --- |
| | 8 | SHARED VOTING POWER - 0 - |
| | 9 | SOLE DISPOSITIVE POWER 9,450,100 |
| | 10 | SHARED DISPOSITIVE POWER - 0 - |

# Dr. Cain's Event Studies



**From:** Ryan Cohen [mailto:ryan@rcmail.com]
**Sent:** Tuesday, August 16, 2022 7:36 AM
**To:** Nebel, Ryan P. <RNebel@olshanlaw.com>
**Cc:** Mahmoud, Bachar <BMahmoud@olshanlaw.com>; Ferrone, Joseph G. <JFerrone@olshanlaw.com>
**Subject:** Re: Bbby

Please file

On Aug 16, 2022, at 7:34 AM, Nebel, Ryan P. <RNebel@olshanlaw.com> wrote:

Ryan,

We also need to file the attached 13D/A since your position has changed 2% since prior filing due to change in the outstanding.

Please advise if you have any questions/comments or if we can get this filed as soon as processed by Edgar operators.

Thanks,
Ryan

Ryan Nebel
**O L S H A N**

20



**Stock Price Change from Market Close on July 29, 2022
to Market Close on August 11, 2022**

Source: Bloomberg L.P.



**Stock Price Change from Market Close on August 11, 2022 to Market Close on August 17, 2022**

Source: Bloomberg L.P.

**Illustrative Market Commentary on BBBY Price Increase**

- Bed Bath & Beyond shares soar 30%+ amid suspected short squeeze.

  "Bed Bath & Beyond shares soar 30%+ amid suspected short-squeeze,"
  *Seeking Alpha*, August 5, 2022, 12:01 PM ET.

- Meme stocks have enjoyed something of a renaissance in recent days. A prime example is Bed Bath & Beyond Inc., which soared as much as 75% between Friday and early Tuesday for no apparent reason.

  "Meme-Stock War Is Hedge Fund Versus Hedge Fund: Jared Dillian,"
  *Bloomberg Opinion*, August 10, 2022, 8:30 AM ET.

- Bed Bath & Beyond stock has jumped over 70% over the past several trading days, which we believe has been driven by a "meme stock-driven" short squeeze as opposed to any significant fundamental catalyst.

  "Maintain Sell Rating As Meme Stock Short Squeeze Doesn't Alter Fundamental View,"
  *Loop Capital*, August 12, 2022.

- Bed Bath & Beyond stock rose about 360% between then [June 29] and Aug. 17, with little in the way of news to propel the shares. In fact, few traditional buy and sell signals used by both value and growth investors -- from the prices of company bonds and insider buying of stock to management turnover -- seem to work once shares are caught up in a meme-stock frenzy.

  "What the Bed Bath & Beyond Trade Says About Meme Stocks -- Barrons.com,"
  *Dow Jones Institutional News*, August 19, 2022, 1:52 PM ET.

23



## Short Interest Utilization
## August 1, 2021 - September 30, 2022

Notes & Source: Short interest utilization is calculated as the ratio between the number of shares on loan to the number of shares available for lending. Shaded region indicates August 2022. Data per Nasdaq FIS Astec Analytics Short Lending Data (SLD).

24



## Closing Stock Price and Daily Trading Volume
## August 1, 2021 – September 30, 2022

Notes & Source: Shaded region indicates August 2022. Data per Bloomberg L.P.

25





Notes & Source: The volatility reported on the chart represents the market's expectation of the standard deviation of returns (up or down) for BBBY's stock over the next year.  Bloomberg L.P.



# Intraday Stock Price and Trading Volume
## August 12, 2022

Sources: Tick Data, LLC; U.S. Stock and Index Databases ©2024 Center for Research in Security Prices (CRSP), The University of Chicago Booth School of Business.

"Perceptions are important when people act on them. If you were to look at, for example, GameStop, that's a clear case where, for a couple of days, the market was inefficient. You take a tiny stock and people start piling in. Well, finance is no different from any other branch of economics.  It's all supply and demand.  If the demand goes crazy, the price can go crazy — temporarily."

"Nobel winner Eugene Fama on GameStop, market bubbles and why indexing is king," *MarketWatch*, March 3, 2021, last updated 2:01 PM ET.

28

**Bed Bath & Beyond**
**Summary and Comparison of Event Study Results During Class Period**

| | | | | | Fischel 1 | | Fischel 2 | |
|---|---|---|---|---|---|---|---|---|
| | Cain's Reply Report | | | | | | | |
| Date | Dr. Cain's Description | Actual Return | Abnormal Return | t-stat | Abnormal Return | t-stat | Abnormal Return | t-stat |
| 08/12/22 | "Defendant Cohen posts the Tweet, allegedly alerting retail investors of his intent to maintain his stake in BBBY." | 19.74% | 16.82% | **2.31** | 14.47% | 1.06 | 16.27% | 1.36 |
| 08/15/22 | Dr. Cain's Alternative No News Day | 21.15% | 20.31% | **2.73** | 20.40% | 1.45 | 20.82% | 1.77 |
| 08/16/22 | "Defendant Cohen files a delinquent Form 3 and Amended Schedule 13D, allegedly suggesting an increase in his overall stake in BBBY. In reality, the increase had allegedly occurred in April 2022." | 25.51% | 20.67% | **2.70** | 9.92% | 0.79 | 15.21% | 1.16 |
| 08/17/22 | Dr. Cain's Alternative No News Day | 11.13% | 10.74% | 1.36 | 8.25% | 0.59 | 8.69% | 0.73 |
| 08/18/22 | "BBBY files an 8-k stating it had reached a 'constructive agreement' with RC Ventures regarding Cohen's stake in the Company." | -21.85% | -22.19% | **(2.79)** | -20.29% | (1.45) | -20.65% | (1.75) |

**Notes & Sources:**
**Fischel 1** are results for a 40 day estimation window that includes all trading days and begins 8/01/21 and ends 9/24/21.
**Fischel 2** are results for an estimation window consisting of two non-contiguous periods, the 20 trading days before 8/12/21 (beginning 7/15/22), and the 20 trading days after 8/19/21 (ending 9/19/22), thereby excluding the Class Period and 8/19/21 from the analysis period entirely.
**Cain** are Dr. Cain's results based on a 120 day rolling estimation window, which excludes earning dates.
All three models regress Bed Bath & Beyond's stock returns on the S&P 500 Index and the S&P 500 Specialty Retail Index returns.
Statistical Signficance defined as a t-stat of ±1.96 or above and noted in red.

29

"Certifying a Class consisting of all persons and entities who purchased or otherwise acquired Bed Bath & Beyond Inc.'s ("Bed Bath" or "BBBY" or the "Company") common stock and long call options between August 12, 2022 and August 18, 2022, both dates inclusive"

LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL, p. 1.

30

DEMONSTRATIVE 23



**BBBY Lendable Shares vs. Daily Volume Using Cain's S3 Data**
**Cain Analysis Period vs. August 2022**

Sources and notes: Bloomberg, S3 Data. Available Lendable Shares is defined as S3 projected available lendable quantity.