# EXHIBIT 2



```
Code Portefeuille        360659
Devise                   EUR
Du                       01/03/2022
Instrument
Au                       21/10/2022
Nom Portefeuille    BRATYA
```

| Portefeuille | Date Opération | Date valeur | Op. Nature | Nature | Type de contrat | Nom instr | Code ISIN | Devise | Quantité | Prix | Montant brut | Interets courus | Frais | Impots | Montant net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70360659 | 14/10/2022 | 14/10/2022 | Buy | Option | CLL. | BED BATH AND BEY -7,5- 14/10/22 (BBBY US C US) | | USD | 123 | 0 | 0 | | 0 | 0 | 0 |
| 70360659 | 04/10/2022 | 05/10/2022 | Sell | Option | CLL. | BED BATH AND BEY -7,5- 14/10/22 (BBBY US C US) | | USD | -123 | 0,29 | -3567 | 0 | -611,31 | 0 | -2955,69 |
| 70360659 | 28/09/2022 | 29/09/2022 | Buy | Option | PUT. | BED BATH AND BEY -9- 30/09/22 (BBBY US P US) | | USD | 500 | 2,89 | 144500 | | 2400 | | 146900 |
| 70360659 | 16/09/2022 | 19/09/2022 | Sell | Option | PUT. | BED BATH AND BEY -9- 30/09/22 (BBBY US P US) | | USD | -500 | 1,561 | -78050 | 0 | -2500 | 0 | -75550 |
| 70360659 | 16/09/2022 | 19/09/2022 | Buy | Option | PUT. | BED BATH AND BEY -9,5- 16/09/22 (BBBY US P US) | | USD | 500 | 1,271 | 63550 | | 2500 | | 66050 |
| 70360659 | 12/09/2022 | 13/09/2022 | Buy | Option | CLL. | BED BATH AND BEY -10- 07/10/22 (BBBY US C US) | | USD | 2000 | 1,360235 | 272047 | | 10120 | | 282167 |
| 70360659 | 12/09/2022 | 13/09/2022 | Sell | Option | CLL. | BED BATH AND BEY -45- 19/01/24 (BBBY US C US) | | USD | -2000 | 1,84124 | -368248 | 0 | -10120 | 0 | -358128 |
| 70360659 | 08/09/2022 | 09/09/2022 | Sell | Option | CLL. | BED BATH AND BEY -10- 07/10/22 (BBBY US C US) | | USD | -2000 | 1,051 | -210200 | 0 | -9900 | 0 | -200300 |
| 70360659 | 07/09/2022 | 08/09/2022 | Sell | Option | CLL. | BED BATH AND BEY -20- 16/12/22 (BBBY US C US) | | USD | -2000 | 0,93852 | -187704 | 0 | -9900 | 0 | -177804 |
| 70360659 | 06/09/2022 | 07/09/2022 | Buy | Option | CLL. | BED BATH AND BEY -20- 16/12/22 (BBBY US C US) | | USD | 2000 | 0,740065 | 148013 | | 9880 | | 157893 |
| 70360659 | 02/09/2022 | 06/09/2022 | Buy | Option | PUT. | BED BATH AND BEY -10- 02/09/22 (BBBY US P US) | | USD | 500 | 1,67286 | 83643 | | 2485 | | 86128 |
| 70360659 | 02/09/2022 | 06/09/2022 | Sell | Option | PUT. | BED BATH AND BEY -9,5- 16/09/22 (BBBY US P US) | | USD | -500 | 1,92626 | -96313 | 0 | -2500 | 0 | -93813 |
| 70360659 | 31/08/2022 | 31/08/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 70000 | 10,0245 | 701715 | | 3157,72 | | 704872,72 |
| 70360659 | 31/08/2022 | 02/09/2022 | Sell | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | -100000 | 9,1127 | -911270 | 0 | -4100,72 | 0 | -907169,28 |
| 70360659 | 30/08/2022 | 31/08/2022 | Sell | Option | PUT. | BED BATH AND BEY -10- 02/09/22 (BBBY US P US) | | USD | -500 | 0,74 | -37000 | 0 | -2505 | 0 | -34495 |
| 70360659 | 30/08/2022 | 30/08/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 25000 | 14,7067 | 367667,5 | | 1580,97 | | 369248,47 |
| 70360659 | 30/08/2022 | 30/08/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 5000 | 14,7323 | 73661,5 | | 316,75 | | 73978,25 |
| 70360659 | 29/08/2022 | 29/08/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 50000 | 11,4942 | 574710 | | 2586,2 | | 577296,2 |
| 70360659 | 26/08/2022 | 29/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -30- 16/12/22 (BBBY US C US) | | USD | 1000 | 1,82 | 182000 | | 5040 | | 187040 |
| 70360659 | 22/08/2022 | 23/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -30- 16/12/22 (BBBY US C US) | | USD | 500 | 1,7078 | 85390 | | 2495 | | 87885 |
| 70360659 | 19/08/2022 | 22/08/2022 | Buy | Option | PUT. | BED BATH AND BEY -14- 19/08/22 (BBBY US P US) | | USD | 385 | 3,52 | 135520 | | 1932,7 | | 137452,7 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -20- 02/09/22 (BBBY US C US) | | USD | 900 | 4,933333333 | 444000 | | 4572 | | 448572 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -18- 26/08/22 (BBBY US C US) | | USD | 600 | 5,788466667 | 347308 | | 3048 | | 350356 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -17,5- 26/08/22 (BBBY US C US) | | USD | 800 | 5,99945 | 479956 | | 4064 | | 484020 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -25- 30/09/22 (BBBY US C US) | | USD | 369 | 5,780948509 | 213317 | | 1874,52 | | 215191,52 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -18,5- 26/08/22 (BBBY US C US) | | USD | 800 | 5,8 | 464000 | | 4064 | | 468064 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -35- 16/12/22 (BBBY US C US) | | USD | 1000 | 4,25 | 425000 | | 5060 | | 430060 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -25- 16/12/22 (BBBY US C US) | | USD | 131 | 5,89 | 77159 | | 662,86 | | 77821,86 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -30- 21/10/22 (BBBY US C US) | | USD | 1500 | 3,968 | 595200 | | 7590 | | 602790 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -25- 21/10/22 (BBBY US C US) | | USD | 369 | 4,82902439 | 178191 | | 1867,14 | | 180058,14 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -16- 19/08/22 (BBBY US C US) | | USD | 1300 | 4,689615385 | 609650 | | 6604 | | 616254 |
| 70360659 | 18/08/2022 | 19/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -16- 19/08/22 (BBBY US C US) | | USD | -369 | 2,84504065 | -104982 | 0 | -1867,14 | 0 | -103114,86 |
| 70360659 | 18/08/2022 | 19/08/2022 | Sell | Option | PUT. | BED BATH AND BEY -15- 19/08/22 (BBBY US P US) | | USD | -394 | 0,66 | -26004 | 0 | -2001,52 | 0 | -24002,48 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -15- 19/08/22 (BBBY US C US) | | USD | 394 | 5,499873096 | 216695 | | 2001,52 | | 218696,52 |
| 70360659 | 18/08/2022 | 19/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -24- 18/11/22 (BBBY US C US) | | USD | 450 | 6,5 | 292500 | | 2286 | | 294786 |
| 70360659 | 18/08/2022 | 18/08/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 25600 | 16,7533 | 428884,48 | | 1844,21 | | 430728,69 |
| 70360659 | 17/08/2022 | 18/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -25- 30/09/22 (BBBY US C US) | | USD | -369 | 9,076151762 | -334910 | 0 | -1874,52 | 0 | -333035,48 |
| 70360659 | 17/08/2022 | 18/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -16- 19/08/22 (BBBY US C US) | | USD | 369 | 9,05501355 | 334130 | | 1874,52 | | 336004,52 |

Page 1 of 3

CONFIDENTIAL                                                                                                                                                        BRATYA_000123

| Account | Trade Date | Settle Date | Side | Type | Sub | Description | ISIN | Ccy | Quantity | Price | Amount | | P/L | | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70360659 | 17/08/2022 | 18/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -15- 19/08/22 (BBBY US C US) | | USD | 450 | 10,49491111 | 472271 | | 2286 | | 474557 |
| 70360659 | 17/08/2022 | 18/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -24- 18/11/22 (BBBY US C US) | | USD | -450 | 10,82031111 | -486914 | 0 | -2286 | 0 | -484628 |
| 70360659 | 17/08/2022 | 17/08/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 85000 | 23,6941 | 2013998,5 | | 8055,99 | | 2022054,49 |
| 70360659 | 17/08/2022 | 17/08/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 90000 | 24,8797 | 2239173 | | 9628,44 | | 2248801,44 |
| 70360659 | 17/08/2022 | 17/08/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 26711 | 24,67209988 | 659016,46 | | 2833,77 | | 661850,23 |
| 70360659 | 17/08/2022 | 19/08/2022 | Sell | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | -116000 | 27,0089 | -3133032,4 | 0 | -13472,04 | 0 | -3119560,36 |
| 70360659 | 17/08/2022 | 19/08/2022 | Sell | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | -711 | 27 | -19197 | 0 | -158,28 | 0 | -19038,72 |
| 70360659 | 15/08/2022 | 16/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -20- 02/09/22 (BBBY US C US) | | USD | -900 | 3,822333333 | -344010 | 0 | -4626 | 0 | -339384 |
| 70360659 | 15/08/2022 | 16/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -18- 26/08/22 (BBBY US C US) | | USD | -600 | 1,977033333 | -118622 | 0 | -3084 | 0 | -115538 |
| 70360659 | 15/08/2022 | 16/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -18,5- 26/08/22 (BBBY US C US) | | USD | -800 | 2,17 | -173600 | 0 | -4112 | 0 | -169488 |
| 70360659 | 15/08/2022 | 16/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -16- 19/08/22 (BBBY US C US) | | USD | -500 | 1,58 | -79000 | 0 | -2570 | 0 | -76430 |
| 70360659 | 15/08/2022 | 15/08/2022 | Investment | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 50900 | 20,65 | 1051085 | | 0 | | 1051085 |
| 70360659 | 15/08/2022 | 15/08/2022 | Withdrawal | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | -50900 | 16 | -814400 | 0 | 0 | 0 | -814400 |
| 70360659 | 12/08/2022 | 12/08/2022 | Buy | Option | PUT. | BED BATH AND BEY -14- 12/08/22 (BBBY US P US) | | USD | -115 | 0 | 0 | 0 | 0 | 0 | 0 |
| 70360659 | 12/08/2022 | 12/08/2022 | Buy | Option | CLL. | BED BATH AND BEY -14- 12/08/22 (BBBY US C US) | | USD | 665 | 0 | 0 | | 0 | | 0 |
| 70360659 | 12/08/2022 | 15/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -17,5- 26/08/22 (BBBY US C US) | | USD | -800 | 1,76615 | -141292 | 0 | -4112 | 0 | -137180 |
| 70360659 | 12/08/2022 | 15/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -16- 19/08/22 (BBBY US C US) | | USD | -800 | 1,25 | -100000 | 0 | -4112 | 0 | -95888 |
| 70360659 | 12/08/2022 | 16/08/2022 | Sell | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | -11500 | 14 | -161000 | 0 | -647,56 | 0 | -160352,44 |
| 70360659 | 08/08/2022 | 09/08/2022 | Buy | Option | PUT. | BED BATH AND BEY -14- 12/08/22 (BBBY US P US) | | USD | 115 | 3,7 | 42550 | | 586,5 | | 43136,5 |
| 70360659 | 08/08/2022 | 09/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -14- 12/08/22 (BBBY US C US) | | USD | -115 | 1,44 | -16560 | 0 | -586,5 | 0 | -15973,5 |
| 70360659 | 08/08/2022 | 09/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -14- 12/08/22 (BBBY US C US) | | USD | -550 | 1,067818182 | -58730 | 0 | -2805 | 0 | -55925 |
| 70360659 | 08/08/2022 | 09/08/2022 | Buy | Option | PUT. | BED BATH AND BEY -15- 19/08/22 (BBBY US P US) | | USD | 394 | 4,9 | 193060 | | 2009,4 | | 195069,4 |
| 70360659 | 08/08/2022 | 09/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -15- 19/08/22 (BBBY US C US) | | USD | -394 | 1,65 | -65010 | 0 | -2009,4 | 0 | -63000,6 |
| 70360659 | 08/08/2022 | 09/08/2022 | Sell | Option | CLL. | BED BATH AND BEY -15- 19/08/22 (BBBY US C US) | | USD | -450 | 1,291133333 | -58101 | 0 | -2295 | 0 | -55806 |
| 70360659 | 12/07/2022 | 13/07/2022 | Buy | Option | PUT. | BED BATH AND BEY -14- 15/07/22 (BBBY US P US) | | USD | 385 | 8,875012987 | 341688 | | 1932,7 | | 343620,7 |
| 70360659 | 12/07/2022 | 13/07/2022 | Sell | Option | PUT. | BED BATH AND BEY -14- 19/08/22 (BBBY US P US) | | USD | -385 | 8,975012987 | -345538 | 0 | -1932,7 | 0 | -343605,3 |
| 70360659 | 11/07/2022 | 11/07/2022 | Buy | Option | PUT. | BED BATH AND BEY -14- 15/07/22 (BBBY US P US) | | USD | 2 | 0 | 0 | | 0 | | 0 |
| 70360659 | 11/07/2022 | 13/07/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 200 | 14 | 2800 | | 150,98 | | 2950,98 |
| 70360659 | 08/07/2022 | 11/07/2022 | Buy | Option | PUT. | BED BATH AND BEY -14,5- 08/07/22 (BBBY US P US) | | USD | 8 | 9,45 | 7560 | | 152,48 | | 7712,48 |
| 70360659 | 06/07/2022 | 06/07/2022 | Buy | Option | PUT. | BED BATH AND BEY -14,5- 08/07/22 (BBBY US P US) | | USD | 39 | 0 | 0 | | 0 | | 0 |
| 70360659 | 06/07/2022 | 08/07/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 3900 | 14,5 | 56550 | | 226,2 | | 56776,2 |
| 70360659 | 29/06/2022 | 29/06/2022 | Buy | Option | PUT. | BED BATH AND BEY -14,5- 08/07/22 (BBBY US P US) | | USD | 353 | 0 | 0 | | 0 | | 0 |
| 70360659 | 29/06/2022 | 01/07/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 35300 | 14,5 | 511850 | | 2047,4 | | 513897,4 |
| 70360659 | 15/06/2022 | 16/06/2022 | Sell | Option | PUT. | BED BATH AND BEY -14- 15/07/22 (BBBY US P US) | | USD | -387 | 7,322919897 | -283397 | 0 | -2020,14 | 0 | -281376,86 |
| 70360659 | 15/06/2022 | 16/06/2022 | Buy | Option | PUT. | BED BATH AND BEY -14- 17/06/22 (BBBY US P US) | | USD | 387 | 7,122919897 | 275657 | | 2020,14 | | 277677,14 |
| 70360659 | 13/06/2022 | 13/06/2022 | Buy | Option | PUT. | BED BATH AND BEY -14- 17/06/22 (BBBY US P US) | | USD | 98 | 0 | 0 | | 0 | | 0 |
| 70360659 | 13/06/2022 | 15/06/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 9800 | 14 | 137200 | | 548,8 | | 137748,8 |
| 70360659 | 10/06/2022 | 13/06/2022 | Buy | Option | PUT. | BED BATH AND BEY -14,5- 10/06/22 (BBBY US P US) | | USD | 400 | 7,448925 | 297957 | | 2104 | | 300061 |
| 70360659 | 10/06/2022 | 13/06/2022 | Sell | Option | PUT. | BED BATH AND BEY -14,5- 08/07/22 (BBBY US P US) | | USD | -400 | 7,549925 | -301997 | 0 | -2104 | 0 | -299893 |
| 70360659 | 07/06/2022 | 08/06/2022 | Buy | Option | PUT. | BED BATH AND BEY -14,5- 10/06/22 (BBBY US P US) | | USD | 98 | 6,48 | 63504 | | 524,3 | | 64028,3 |
| 70360659 | 27/05/2022 | 31/05/2022 | Buy | Option | PUT. | BED BATH AND BEY -14- 27/05/22 (BBBY US P US) | | USD | 485 | 4,791608247 | 232393 | | 2604,45 | | 234997,45 |
| 70360659 | 27/05/2022 | 31/05/2022 | Sell | Option | PUT. | BED BATH AND BEY -14- 17/06/22 (BBBY US P US) | | USD | -485 | 5,041608247 | -244518 | 0 | -2604,45 | 0 | -241913,55 |
| 70360659 | 26/05/2022 | 26/05/2022 | Buy | Option | PUT. | BED BATH AND BEY -14- 27/05/22 (BBBY US P US) | | USD | 15 | 0 | 0 | | 0 | | 0 |
| 70360659 | 26/05/2022 | 31/05/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 1500 | 14 | 21000 | | 159,99 | | 21159,99 |
| 70360659 | 20/05/2022 | 23/05/2022 | Sell | Option | PUT. | BED BATH AND BEY -14,5- 10/06/22 (BBBY US P US) | | USD | -498 | 5,52 | -274896 | 0 | -2629,44 | 0 | -272266,56 |
| 70360659 | 20/05/2022 | 20/05/2022 | Buy | Option | CLL. | BED BATH AND BEY -34- 20/05/22 (BBBY US C US) | | USD | 450 | 0 | 0 | | 0 | | 0 |
| 70360659 | 20/05/2022 | 23/05/2022 | Buy | Option | PUT. | BED BATH AND BEY -14,5- 20/05/22 (BBBY US P US) | | USD | 498 | 5,32 | 264936 | | 2629,44 | | 267565,44 |
| 70360659 | 19/05/2022 | 19/05/2022 | Buy | Option | PUT. | BED BATH AND BEY -14,5- 20/05/22 (BBBY US P US) | | USD | 2 | 0 | 0 | | 0 | | 0 |
| 70360659 | 19/05/2022 | 23/05/2022 | Buy | Stock | ACT. | BED BATH AND BEYOND INC | US0758961009 | USD | 200 | 14,5 | 2900 | | 158,51 | | 3058,51 |
| 70360659 | 29/04/2022 | 29/04/2022 | Buy | Option | CLL. | BED BATH AND BEY -30- 29/04/22 (BBBY US C US) | | USD | 500 | 0 | 0 | | 0 | | 0 |
| 70360659 | 29/04/2022 | 02/05/2022 | Sell | Option | PUT. | BED BATH AND BEY -14- 27/05/22 (BBBY US P US) | | USD | -500 | 1,738 | -86900 | 0 | -2635 | 0 | -84265 |
| 70360659 | 29/04/2022 | 02/05/2022 | Buy | Option | PUT. | BED BATH AND BEY -14,5- 29/04/22 (BBBY US P US) | | USD | 500 | 0,833 | 41650 | | 2635 | | 44285 |

CONFIDENTIAL

BRATYA_000124

| Account | Date1 | Date2 | Action | Type | Subtype | Description | Ccy | Qty | Price | Amount | | Fee | | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70360659 | 28/04/2022 | 29/04/2022 | Buy | Option | PUT. | BED BATH AND BEY -15- 29/04/22 (BBBY US P US) | USD | 500 | 0,939 | 46950 | | 2625 | | 49575 |
| 70360659 | 28/04/2022 | 29/04/2022 | Sell | Option | PUT. | BED BATH AND BEY -14,5- 20/05/22 (BBBY US P US) | USD | -500 | 1,589 | -79450 | 0 | -2625 | 0 | -76825 |
| 70360659 | 27/04/2022 | 28/04/2022 | Sell | Option | PUT. | BED BATH AND BEY -14,5- 29/04/22 (BBBY US P US) | USD | -500 | 0,37014 | -18507 | 0 | -2635 | 0 | -15872 |
| 70360659 | 26/04/2022 | 27/04/2022 | Sell | Option | PUT. | BED BATH AND BEY -15- 29/04/22 (BBBY US P US) | USD | -500 | 0,43 | -21500 | 0 | -2665 | 0 | -18835 |
| 70360659 | 14/04/2022 | 14/04/2022 | Buy | Option | CLL. | BED BATH AND BEY -29- 14/04/22 (BBBY US C US) | USD | 500 | 0 | 0 | | 0 | | 0 |
| 70360659 | 25/03/2022 | 25/03/2022 | Buy | Option | CLL. | BED BATH AND BEY -30- 25/03/22 (BBBY US C US) | USD | 350 | 0 | 0 | | 0 | | 0 |
| 70360659 | 18/03/2022 | 18/03/2022 | Buy | Option | CLL. | BED BATH AND BEY -30- 18/03/22 (BBBY US C US) | USD | 350 | 0 | 0 | | 0 | | 0 |
| 70360659 | 15/03/2022 | 15/03/2022 | Investment | Option | CLL. | BED BATH AND BEY -30- 11/03/22 (BBBY US C US) | USD | 197 | 0,01 | 197 | | 0 | | 197 |
| 70360659 | 15/03/2022 | 15/03/2022 | Withdrawal | Option | CLL. | BED BATH AND BEY -30- 11/03/22 (BBBY US C US) | USD | -197 | 0,01 | -197 | 0 | 0 | 0 | -197 |
| 70360659 | 14/03/2022 | 14/03/2022 | Buy | Option | CLL. | BED BATH AND BEY -30- 11/03/22 (BBBY US C US) | USD | 503 | 0 | 0 | | 0 | | 0 |
| 70360659 | 14/03/2022 | 15/03/2022 | Sell | Option | CLL. | BED BATH AND BEY -29- 14/04/22 (BBBY US C US) | USD | -500 | 1,1 | -55000 | 0 | -2740 | 0 | -52260 |
| 70360659 | 14/03/2022 | 15/03/2022 | Sell | Option | CLL. | BED BATH AND BEY -30- 29/04/22 (BBBY US C US) | USD | -500 | 1,2514 | -62570 | 0 | -2740 | 0 | -59830 |
| 70360659 | 09/03/2022 | 10/03/2022 | Sell | Option | CLL. | BED BATH AND BEY -34- 20/05/22 (BBBY US C US) | USD | -450 | 2,46 | -110700 | 0 | -2479,5 | 0 | -108220,5 |
| 70360659 | 08/03/2022 | 09/03/2022 | Sell | Option | CLL. | BED BATH AND BEY -30- 25/03/22 (BBBY US C US) | USD | -350 | 1,5 | -52500 | 0 | -1907,5 | 0 | -50592,5 |
| 70360659 | 07/03/2022 | 08/03/2022 | Sell | Option | CLL. | BED BATH AND BEY -30- 18/03/22 (BBBY US C US) | USD | -350 | 0,83 | -29050 | 0 | -1904 | 0 | -27146 |
| 70360659 | 07/03/2022 | 08/03/2022 | Sell | Option | CLL. | BED BATH AND BEY -30- 11/03/22 (BBBY US C US) | USD | -500 | 0,5335 | -26675 | 0 | -2720 | 0 | -23955 |
| 70360659 | 07/03/2022 | 08/03/2022 | Sell | Option | CLL. | BED BATH AND BEY -30- 11/03/22 (BBBY US C US) | USD | -3 | 0,76 | -228 | 0 | -163,31 | 0 | -64,69 |
| | | | | | | | | | | | | **TOTAL** | | **7062101,67** |

CONFIDENTIAL

BRATYA_000125