**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM |

**DECLARATION OF OMAR JAFRI
IN SUPPORT OF LEAD PLAINTIFF'S POST-HEARING BRIEF IN SUPPORT OF
LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT
OF CLASS REPRESENTATIVE AND CLASS COUNSEL**

I, Omar Jafri, hereby declare as follows:

1. I am an attorney admitted and in good standing to practice before this Court, having been admitted *pro hac vice* in this Action by Order dated January 5, 2023. I am a partner of the law firm of Pomerantz LLP, attorneys for Lead Plaintiff Bratya SPRL ("Plaintiff") and make this declaration in support of Plaintiff's Post-Hearing Brief in Support of the Motion for Class Certification and Appointment of Class Representative and Class Counsel.

2. Attached as Plaintiff's Exhibit 37 is a true and correct copy of a table showing the historical values of Bed Bath & Beyond Inc.'s ("BBBY") share price and trading volume between August 1, 2022, and September 2, 2022, as provided by Bloomberg L.P.

3. Attached as Plaintiff's Exhibit 38 is a true and correct copy of Demonstrative No. 17 from Ryan Cohen's ("Cohen") presentation that was used during the evidentiary hearing held before the Court on August 2, 2024, concerning Plaintiff's Motion for Class Certification, Appointment of Class Representative and Appointment of Class Counsel.

4. Attached as Plaintiff's Exhibit 39 is a true and correct copy of Demonstrative No. 21 from Cohen's presentation that was used during the evidentiary hearing held before the Court on August 2, 2024, concerning Plaintiff's Motion for Class Certification, Appointment of Class

1

Representative and Appointment of Class Counsel.

5. Attached as Plaintiff's Exhibit 40 is a true and correct copy of an excerpt of back up data in pdf format from an excel file used by Defendants' expert witness, Professor ("Prof.") Daniel R. Fischel ("Fischel"), and produced in native format by Cohen in this matter with bates stamp COHEN0023015.

6. Attached as Plaintiff's Exhibit 41 is a true and correct copy of excerpts of the deposition transcript of Cohen in this matter.

7. Attached as Plaintiff's Exhibit 42 is a true and correct copy of a chart comparing BBBY's closing stock price and short interest utilization rate from August 1, 2021, to September 30, 2022, based on data provided by Prof. Fischel.

8. Attached as Plaintiff's Exhibit 43 is a true and correct copy of Exhibit 285 from the deposition of Cohen in this matter.

9. Attached as Plaintiff's Exhibit 44 is a true and correct copy of Exhibit 256 from the deposition of Gregory Marose ("Marose") in this matter.

10. Attached as Plaintiff's Exhibit 45 is a true and correct copy of Exhibit 257 from the deposition of Marose in this matter.

\*   \*   \*

I hereby declare under threat of perjury that the above information is true and correct to the best of my knowledge.

Dated: August 14, 2024

Respectfully submitted,

*/s/ Omar Jafri*
Omar Jafri