Plaintiff's Exhibit 37

# Table View

**Favorite**
## Market Information
RETURN TO CHART VIEW

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| BBBYQ US Equity: Historical Values | | | | | |
| 09/02/22 | 8.51 | 8.75 | 8.17 | 8.63 | 31.24M |
| 09/01/22 | 9.07 | 9.40 | 8.62 | 8.71 | 31.42M |
| 08/31/22 | 8.81 | 9.97 | 8.76 | 9.53 | 81.01M |
| 08/30/22 | 14.475 | 15.15 | 11.52 | 12.11 | 108.05M |
| 08/29/22 | 11.49 | 14.88 | 10.821 | 13.35 | 138.79M |
| 08/26/22 | 10.55 | 11.42 | 10.107 | 10.70 | 57.22M |
| 08/25/22 | 10.16 | 10.3388 | 9.411 | 10.10 | 35.28M |
| 08/24/22 | 11.07 | 11.9699 | 9.73 | 10.36 | 116.21M |
| 08/23/22 | 9.63 | 9.82 | 8.449 | 8.78 | 39.61M |
| 08/22/22 | 9.60 | 11.51 | 9.17 | 9.24 | 77.31M |
| 08/19/22 | 11.55 | 12.55 | 10.26 | 11.03 | 136.51M |
| 08/18/22 | 19.06 | 20.8099 | 16.16 | 18.55 | 174.91M |
| 08/17/22 | 26.94 | 30.00 | 22.50 | 23.08 | 261.70M |

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 08/16/22 | 15.715 | 28.60 | 15.36 | 20.65 | 395.32M |
| 08/15/22 | 15.00 | 17.05 | 13.37 | 16.00 | 164.67M |
| 08/12/22 | 11.04 | 13.28 | 10.39 | 12.95 | 80.13M |
| 08/11/22 | 10.676 | 11.45 | 10.06 | 10.63 | 37.54M |
| 08/10/22 | 10.60 | 10.63 | 8.88 | 10.51 | 51.99M |
| 08/09/22 | 11.65 | 11.99 | 8.631 | 9.79 | 74.70M |
| 08/08/22 | 10.92 | 13.34 | 10.75 | 11.41 | 124.71M |
| 08/05/22 | 6.66 | 8.29 | 6.521 | 8.16 | 52.78M |
| 08/04/22 | 6.06 | 6.49 | 6.00 | 6.15 | 9.06M |
| 08/03/22 | 5.75 | 6.14 | 5.575 | 6.07 | 13.85M |
| 08/02/22 | 5.78 | 6.53 | 5.64 | 5.79 | 19.06M |
| 08/01/22 | 4.94 | 5.77 | 4.8577 | 5.77 | 11.46M |