# Plaintiff's Exhibit 38

DEMONSTRATIVE 17



## Closing Stock Price and Daily Trading Volume
## August 1, 2021 - September 30, 2022

Notes & Source: Shaded region indicates August 2022. Data per Bloomberg L.P.