# Plaintiff's Exhibit 39

DEMONSTRATIVE 21

## Bed Bath & Beyond
### Summary and Comparison of Event Study Results During Class Period

| | Cain's Reply Report | | | | Fischel 1 | | Fischel 2 | |
|---|---|---|---|---|---|---|---|---|
| Date | Dr. Cain's Description | Actual Return | Abnormal Return | t-stat | Abnormal Return | t-stat | Abnormal Return | t-stat |
| 08/12/22 | "Defendant Cohen posts the Tweet, allegedly alerting retail investors of his intent to maintain his stake in BBBY." | 19.74% | 16.82% | 2.31 | 14.47% | 1.06 | 16.27% | 1.36 |
| 08/15/22 | Dr. Cain's Alternative No News Day | 21.15% | 20.31% | 2.73 | 20.40% | 1.45 | 20.82% | 1.77 |
| 08/16/22 | "Defendant Cohen files a delinquent Form 3 and Amended Schedule 13D, allegedly suggesting an increase in his overall stake in BBBY. In reality, the increase had allegedly occurred in April 2022." | 25.51% | 20.67% | 2.70 | 9.92% | 0.79 | 15.21% | 1.16 |
| 08/17/22 | Dr. Cain's Alternative No News Day | 11.13% | 10.74% | 1.36 | 8.25% | 0.59 | 8.69% | 0.73 |
| 08/18/22 | "BBBY files an 8-k stating it had reached a 'constructive agreement' with RC Ventures regarding Cohen's stake in the Company." | -21.85% | -22.19% | (2.79) | -20.29% | (1.45) | -20.65% | (1.75) |

**Notes & Sources:**

**Fischel 1** are results for a 40 day estimation window that includes all trading days and begins 8/01/21 and ends 9/24/21.

**Fischel 2** are results for an estimation window consisting of two non-contiguous periods, the 20 trading days before 8/12/21 (beginning 7/15/22), and the 20 trading days after 8/19/21 (ending 9/19/22), thereby excluding the Class Period and 8/19/21 from the analysis period entirely.

**Cain** are Dr. Cain's results based on a 120 day rolling estimation window, which excludes earning dates.

All three models regress Bed Bath & Beyond's stock returns on the S&P 500 Index and the S&P 500 Specialty Retail Index returns.

Statistical Signficance defined as a t-stat of ±1.96 or above and noted in red.