# Plaintiff's Exhibit 40

| | | |
|---|---|---|
| Number of Observations Read | 46 | |
| Number of Observations Used | 40 | |
| Number of Observations with Missing Values | 6 | |

Analysis of Variance

| Source | DF | Sum ofSquares | MeanSquare | F Value | Pr > F |
|---|---|---|---|---|---|
| Model | 2 | 0.10038 | 0.05019 | 3.71 | 0.0341 |
| Error | 37 | 0.50104 | 0.01354 | | |
| Corrected Total | 39 | 0.60142 | | | |

| | | | |
|---|---|---|---|
| Root MSE | 0.11637 | R-Square | 0.1669 |
| Dependent Mean | 0.01944 | Adj R-Sq | 0.1219 |
| Coeff Var | 598.62163 | | |

Parameter Estimates

| Variable | Label | DF | ParameterEstimate | StandardError | t Value | Pr > |t| |
|---|---|---|---|---|---|---|
| Intercept | Intercept | 1 | 0.02062 | 0.01848 | 1.12 | 0.2718 |
| r_SPX | S&P 500 Index | 1 | -1.4315 | 2.29409 | -0.62 | 0.5365 |
| r_S5SPRE | S&P 500 Specialty Retail Index | 1 | 3.92192 | 1.9705 | 1.99 | 0.054 |

| Date | Price | Volume | Actual Return | Predicted Return | Excess Return | Std. Err. of Residual | Std. Err. of Ind. Pred. Val. | t-stat | |t|>1.65 |
|---|---|---|---|---|---|---|---|---|---|
| 7/15/2022 | $4.96 | 8121651 | 4.86% | 5.22% | -0.35% | 11.23% | 12.03% | -0.03 | |
| 7/18/2022 | $4.96 | 5922491 | 0.00% | 3.61% | -3.61% | 11.27% | 11.99% | -0.32 | |
| 7/19/2022 | $5.25 | 6469721 | 5.85% | 7.65% | -1.81% | 10.96% | 12.27% | -0.16 | |
| 7/20/2022 | $5.59 | 7217839 | 6.48% | 4.36% | 2.11% | 11.46% | 11.82% | 0.18 | |
| 7/21/2022 | $5.81 | 18210863 | 3.94% | 2.66% | 1.28% | 11.41% | 11.86% | 0.11 | |
| 7/22/2022 | $5.11 | 9372995 | -12.05% | 4.54% | -16.59% | 11.14% | 12.11% | -1.49 | |
| 7/25/2022 | $5.04 | 6396338 | -1.37% | 0.46% | -1.83% | 11.46% | 11.81% | -0.16 | |
| 7/26/2022 | $4.60 | 7364398 | -8.73% | -8.28% | -0.45% | 10.77% | 12.44% | -0.04 | |
| 7/27/2022 | $4.68 | 6508823 | 1.74% | 1.87% | -0.13% | 10.59% | 12.59% | -0.01 | |
| 7/28/2022 | $4.84 | 3886320 | 3.42% | 3.56% | -0.14% | 11.38% | 11.89% | -0.01 | |
| 7/29/2022 | $5.03 | 8413416 | 3.93% | 0.76% | 3.17% | 11.14% | 12.11% | 0.28 | |
| 8/1/2022 | $5.77 | 11426784 | 14.71% | 8.56% | 6.16% | 10.85% | 12.37% | 0.57 | |
| 8/2/2022 | $5.79 | 18999792 | 0.35% | -4.14% | 4.49% | 11.24% | 12.02% | 0.4 | |
| 8/3/2022 | $6.07 | 13822012 | 4.84% | 7.54% | -2.70% | 11.28% | 11.98% | -0.24 | |
| 8/4/2022 | $6.15 | 9034219 | 1.32% | 2.93% | -1.62% | 11.47% | 11.80% | -0.14 | |
| 8/5/2022 | $8.16 | 52708181 | 32.68% | 4.70% | 27.98% | 11.37% | 11.90% | 2.46 | *** |
| 8/8/2022 | $11.41 | 124559260 | 39.83% | 6.19% | 33.64% | 11.24% | 12.02% | 2.99 | *** |
| 8/9/2022 | $9.79 | 74610631 | -14.20% | -4.89% | -9.31% | 11.11% | 12.14% | -0.84 | |
| 8/10/2022 | $10.51 | 51908258 | 7.35% | 6.59% | 0.76% | 11.19% | 12.07% | 0.07 | |
| 8/11/2022 | $10.63 | 37470736 | 1.14% | 4.24% | -3.10% | 11.42% | 11.85% | -0.27 | |
| 8/12/2022 | $12.95 | 80085299 | 21.83% | 5.55% | 16.27% | . | 11.97% | 1.36 | |
| 8/15/2022 | $16.00 | 164540794 | 23.55% | 2.74% | 20.82% | . | 11.79% | 1.77 | *** |
| 8/16/2022 | $20.65 | 395054899 | 29.06% | 13.85% | 15.21% | . | 13.15% | 1.16 | |
| 8/17/2022 | $23.08 | 261170147 | 11.77% | 3.08% | 8.69% | . | 11.92% | 0.73 | |
| 8/18/2022 | $18.55 | 174714752 | -19.63% | 1.02% | -20.65% | . | 11.80% | -1.75 | *** |
| 8/19/2022 | $11.03 | 136364839 | -40.54% | -1.71% | -38.83% | . | 11.91% | -3.26 | *** |
| 8/22/2022 | $9.24 | 77244396 | -16.23% | -4.01% | -12.22% | 11.14% | 12.12% | -1.1 | |
| 8/23/2022 | $8.78 | 39561143 | -4.98% | -1.73% | -3.25% | 11.39% | 11.88% | -0.29 | |
| 8/24/2022 | $10.36 | 116137552 | 18.00% | 2.05% | 15.95% | 11.49% | 11.79% | 1.39 | |
| 8/25/2022 | $10.10 | 35258604 | -2.51% | 3.03% | -5.54% | 11.32% | 11.95% | -0.49 | |
| 8/26/2022 | $10.70 | 57176882 | 5.94% | -7.79% | 13.73% | 10.59% | 12.60% | 1.3 | |
| 8/29/2022 | $13.35 | 138667357 | 24.77% | 2.52% | 22.24% | 11.39% | 11.88% | 1.95 | *** |
| 8/30/2022 | $12.11 | 107995568 | -9.29% | -0.62% | -8.67% | 11.39% | 11.88% | -0.76 | |
| 8/31/2022 | $9.53 | 80938649 | -21.30% | -0.74% | -20.56% | 11.44% | 11.83% | -1.8 | *** |
| 9/1/2022 | $8.71 | 31400382 | -8.60% | 7.84% | -16.44% | 11.17% | 12.08% | -1.47 | |
| 9/2/2022 | $8.63 | 31219273 | -0.92% | 1.62% | -2.54% | 11.34% | 11.93% | -0.22 | |
| 9/6/2022 | $7.04 | 32477577 | -18.42% | 0.01% | -18.43% | 11.47% | 11.80% | -1.61 | |
| 9/7/2022 | $7.91 | 42424729 | 12.36% | 13.09% | -0.73% | 10.71% | 12.50% | -0.07 | |
| 9/8/2022 | $8.24 | 22219742 | 4.17% | 4.64% | -0.47% | 11.45% | 11.82% | -0.04 | |
| 9/9/2022 | $8.93 | 26125693 | 8.37% | 0.78% | 7.59% | 11.10% | 12.15% | 0.68 | |
| 9/12/2022 | $9.17 | 20275742 | 2.69% | 1.03% | 1.66% | 11.31% | 11.96% | 0.15 | |
| 9/13/2022 | $8.37 | 14460118 | -8.72% | -13.76% | 5.03% | 9.67% | 13.31% | 0.52 | |
| 9/14/2022 | $8.76 | 14536294 | 4.66% | -0.79% | 5.45% | 11.36% | 11.91% | 0.48 | |
| 9/15/2022 | $8.79 | 15372372 | 0.34% | 0.37% | -0.03% | 11.37% | 11.90% | 0 | |
| 9/16/2022 | $8.02 | 15544432 | -8.76% | 6.41% | -15.17% | 10.99% | 12.25% | -1.38 | |
| 9/19/2022 | $8.03 | 12755919 | 0.12% | 5.69% | -5.57% | 11.41% | 11.86% | -0.49 | |