Plaintiff's Exhibit 42



Source: Fischel Report ¶¶24, 31 (merged in Excel using Fischel backup data).