# Plaintiff's Exhibit 45

Talking Points and Questions for BBBY Meeting

- Thanks for taking the time to speak.
- Now that we have our settlement in place, I hope this conversation can be more open than our prior interactions.
    - I think I'm going to be one of the biggest shareholders in this business for the foreseeable future.
    - Let's treat each other like partners and be real with one another.
- Let me start by giving you my view on the quarter:
    - The results are unacceptable, particularly after the company just revised its outlook a quarter ago.
    - The results seem to reflect <u>poor execution</u> and spotlight the company's <u>poor forecasting.</u>
    - I can only assume we have a lot of the wrong inventory if we have so much merchandise and are missing like this.
    - The missteps are accelerating the decline and shrinkage of the business.
    - Everything cannot be blamed on supply chain headwinds when peers are managing to grow.
    - I honestly feel that if I wasn't in this stock, it would have plummeted into the single digits.
- So here are my big picture suggestions:
    - *Need a Full Strategic Review:* The remit of the strategic committee should be expanded to explore alternatives for the full company – this can put a floor under the stock as we likely navigate a difficult Q1 and Q2.
    - *Need Cost Controls:* The company needs to get aggressive with cost containment since there is no material growth in site.
    - *Need to Announce Additional Buyback:* The company should announce that board has authorized a new buyback – need to hold up the stock.
    - *Need a Revised Operating Plan:* In the immediate term, management needs to scrap its 2020 operating plan and quickly get much more focused.
- What are your views on these four points of feedback?


EXHIBIT 257

MAROSE00000791

Talking Points and Questions for BBBY Meeting

- The Company cannot stand still and remain on this trajectory.

## QUESTIONS

1. What is management doing to try to course correct?
2. Do we think we have the right team in place?
3. Where can we cut costs to bring down SG&A?
4. Why are we anticipating such intense sales declines for Q1 and Q2 – shouldn't we have already taken steps to mitigate these?
5. Why hasn't our massive inventory position mitigated some of the supply chain issues?
6. What do you make of the store traffic declines and outlook?
7. What are we doing to boost online sales?
8. From a capital allocation perspective, what was the logic for completing the buyback before earnings?
9. What is the status of the strategy committee's progress?
10. How is the core businesses struggles impacting BABY?
11. What is being done to accentuate and protect the value of BABY?

###

MAROSE00000792