UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRATYA SPRL,**<br><br>Plaintiffs,<br><br>v.<br><br>**BED BATH & BEYOND CORPORATION**, *et al*.<br><br>Defendants. | Case No. 1:22-cv-02541 (TNM) |

## ORDER

Upon consideration of Lead Plaintiff's [109] Motion to Certify Class, the briefing related to this motion, the pleadings, the expert reports and testimony, the arguments of counsel, and the relevant law, for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Lead Plaintiff's Motion to Certify Class is DENIED.

**SO ORDERED**.

Dated: September 27, 2024                    TREVOR N. McFADDEN, U.S.D.J.