**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM<br><br>Hon. Trevor N. McFadden<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING LEAD**
**PLAINTIFF'S MOTION FOR RECONSIDERATION**

On October 9, 2024, Lead Plaintiff Bratya SPRL ("Plaintiff") filed a Motion for Reconsideration of the Court's Order Regarding Class Certification. The Court, having fully reviewed and considered all papers and arguments submitted in support of and opposition to the Motion, and finding good cause for the Motion, orders as follows:

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion is **GRANTED**;

2. The Class is certified pursuant to Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure;

3. Plaintiff is appointed as Class Representative; and

4. Pomerantz LLP and Bronstein, Gewirtz & Grossman, LLC are appointed as Class Counsel.

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. Trevor N. McFadden
United States District Judge