IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-CV-02541 (TNM) |

**JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING FURTHER PROCEEDINGS PENDING RESOLUTION OF CLASS CERTIFICATION**

WHEREAS, on September 14, 2023, the Court held an initial scheduling conference with the parties, set a schedule for fact and expert discovery, and set a post-discovery status conference to be held on November 7, 2024;

WHEREAS, on September 27, 2024, the Court denied Lead Plaintiff's Motion For Class Certification and Appointment of Class Representative and Class Counsel (ECF No. 132), and ordered the parties to meet and confer and propose a schedule for further proceedings on or before October 21, 2024;

WHEREAS, on October 9, 2024, Lead Plaintiff filed its Motion for Reconsideration of the Court's Order Denying Class Certification (ECF No. 133);

WHEREAS, given the pendency of Lead Plaintiff's Motion for Reconsideration of the Court's Order Denying Class Certification, and any subsequent actions Lead Plaintiff may take concerning class certification, including but not limited to the filing of a petition seeking permission for an interlocutory appeal of the Court's Order Denying Class Certification pursuant to Rule 23(f) of the Federal Rules of Civil Procedure, the Parties stipulate and agree that, in the interests of judicial economy and efficiency, all deadlines in this Action should be stayed until all class certification issues have been resolved;

WHEREAS, the parties also stipulate and agree that, in the interest of judicial economy and efficiency, the Court's previously-scheduled November 7, 2024 post-discovery status conference should be adjourned; and

WHEREAS, the parties further stipulate and agree that they will submit a joint proposed schedule for further proceedings in this Action within fourteen (14) days of the Court's ruling on Lead Plaintiff's Motion for Reconsideration or the adjudication of any Rule 23(f) appeal, whichever is later;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and among the parties, subject to the Court's approval, that:

(1) all case related deadlines are stayed until the Court orders otherwise;

(2) the November 7, 2024 post-discovery status conference is adjourned; and

(3) the parties shall submit a joint proposed schedule for further proceedings within fourteen (14) days of the Court's ruling on Lead Plaintiff's Motion for Reconsideration or the adjudication of any Rule 23(f) appeal, whichever is later.

Dated: October 16, 2024                                              Respectfully submitted,

| | |
|---|---|
| */s/ Steven M. Farina* | */s/ Omar Jafri* |
| Steven M. Farina | Omar Jafri |
| **WILLIAMS & CONNOLLY LLP** | **POMERANTZ LLP** |
| Dane H. Butswinkas (D.C. Bar # 425056) | Joshua B. Silverman (admitted *pro hac vice*) |
| Steven M. Farina (D.C. Bar # 437078) | Omar Jafri (admitted *pro hac vice*) |
| Brian T. Gilmore (D.C. Bar # 1030601) | Christopher P.T. Tourek (admitted *pro hac vice*) |
| Madeline C. Prebil (D.C. Bar # 1778724) | Genc Arifi (admitted *pro hac vice*) |
| 680 Maine Avenue, S.W. | 10 S. LaSalle Street, Suite 3505 |
| Washington, DC 20024 | Chicago, IL 60603 |
| Tel: (202) 434-5000 | Tel: (312) 377-1181 |
| Fax: (202) 434-5029 | Fax: (312) 377-1184 |
| Email: dbutswinkas@wc.com | |

sfarina@wc.com
bgilmore@wc.com
mprebil@wc.com

*Counsel for Defendants RC Ventures LLC and Ryan Cohen*

Email: jbsilverman@pomlaw.com
ojafri@pomlaw.com
ctourek@pomlaw.com
garifi@pomlaw.com

-and-

Jeremy A. Lieberman (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com

*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

Peretz Bronstein (admitted *pro hac vice*)
Yitzchak E. Soloveichik (admitted *pro hac vice*)
Eitan Kimelman (admitted *pro hac vice*)
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
Email: peretz@bgandg.com
soloveichik@bgandg.com
eitank@bgandg.com

*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
Jan E. Messerschmidt (D.C. Bar No. 1031488)
1100 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005

Tel: (202) 408-4600
Fax: (202) 408-4699
Email: stoll@cohenmilstein.com
dsommers@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff Bratya SPRL and for the Class*

Dated: _____, 2024

**IT IS SO ORDERED**.

_____
Hon. Judge Trevor N. McFadden
United States District Judge

4