UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM<br><br>Hon. Trevor N. McFadden<br><br>CLASS ACTION |

### NOTICE OF SUPPLEMENTAL AUTHORITY

Through this Notice of Supplemental Authority, Lead Plaintiff Bratya SPRL notifies the Court that on December 17, 2024, the United States District Court for the Northern District of California issued an Order in *In re Vaxart, Inc. Securities Litigation*, Case No. 20-cv-05949-VC, granting plaintiffs' motion for class certification. The Order is attached hereto as **Exhibit A**.

In *In re Vaxart, Inc. Securities Litigation*, the court granted class certification with a similar fact pattern to the case here, where the defendant's stock was subject to a meme stock investor rally accompanied by short periods of volatility in both volume and price during the purported class period. In its December 17, 2024 Order, the *Vaxart* court ruled, *inter alia*, that a determination of loss causation is ultimately the province of the jury and as such was not a proper consideration at the class certification stage. *See* Exhibit A, at 2-3. This is consistent with Lead Plaintiff's argument in its Motion for Reconsideration regarding the Court's loss causation analysis at Class Certification. *See* ECF No. 133, at 5-8.

The *Vaxart* court also found that the damages model put forth by the plaintiffs' damages expert, Dr. Matthew D. Cain, for Section 10(b) and Section 20A damages—which mirrors the damages model Dr. Cain provided for Lead Plaintiff's motion for class certification here—was

1

sufficient for purposes of class certification.  *See* Exhibit A, at 2-3; ECF No. 108-1; ECF No. 120-1.  Additionally, the *Vaxart* court rejected arguments made by the *Vaxart* defendants against Dr. Cain's damages model that were similar to those made by Professor Daniel R. Fischel in this Action.  *See* Exhibit A, at 1-3.

Accordingly, Lead Plaintiff respectfully requests that this Court take the *Vaxart* court's decision under advisement when considering Lead Plaintiff's currently pending Motion for Reconsideration of Order Denying Class Certification.

Respectfully submitted,

Dated: January 6, 2025   By */s/ Omar Jafri*
  Omar Jafri

  **POMERANTZ LLP**
  Joshua B. Silverman (admitted *pro hac vice*)
  Omar Jafri (admitted *pro hac vice*)
  Christopher Tourek (admitted *pro hac vice*)
  Genc Arifi (admitted *pro hac vice*)
  10 S. LaSalle Street, Suite 3505
  Chicago, IL 60603
  Tel: (312) 377-1181
  Fax: (312) 377-1184
  Email:  jbsilverman@pomlaw.com
    ojafri@pomlaw.com
    ctourek@pomlaw.com
    garifi@pomlaw.com

   -and-

  Jeremy A. Lieberman (admitted *pro hac vice*)
  600 Third Avenue, 20th Floor
  New York, NY 10016
  Tel: (212) 661-1100
  Fax: (212) 661-8665
  Email: jalieberman@pomlaw.com

  *Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein (admitted *pro hac vice*)
Yitzchak E. Soloveichick (admitted *pro hac vice*)
Eitan Kimmelman (admitted *pro hac vice*)
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
Email:  peretz@bgandg.com
             soloveichick@bgandg.com
             eitan@bgang.com

*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Class*


**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
Jan E. Messerschmidt (D.C. Bar No. 1031488)
1110 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
Email: stoll@chohenmilstein.com
            dsommers@cohenmilstein.com
            jmesserschmidt@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff Bratya SPRL and for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 6, 2025, I served a copy of the foregoing to all attorneys of record for Defendants via email.

Executed on January 6, 2025 in Chicago, Illinois.

_/s/ Omar Jafri_____

5