IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-CV-02541 (TNM) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned hereby withdraws as counsel for Defendants Ryan Cohen and RC Ventures LLC, who will continue to be represented by Dane Butswinkas, Steven Farina, and Madeline Prebil of Williams & Connolly LLP.

Dated: January 9, 2025

Respectfully submitted,

*/s/ Brian T. Gilmore*
Brian T. Gilmore (D.C. Bar # 1030601)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
T: (202) 434-5000
F: (202) 434-5029
bgilmore@wc.com

*Counsel for RC Ventures LLC and Ryan Cohen*

1

2

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on January 9, 2025, a true and correct copy of the foregoing Notice was served electronically on all counsel of record via CM/ECF.

*/s/ Brian T. Gilmore*
Brian T. Gilmore
