**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-cv-02541-TNM<br><br>Hon. Trevor N. McFadden<br><br>CLASS ACTION |

### LEAD PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Lead Plaintiff Bratya SPRL ("Plaintiff") respectfully submits this response to the Court's April 3, 2025 Show Cause Order. On March 20, 2025, Plaintiff filed a petition for leave to file an interlocutory appeal pursuant to Fed. R. Civ. P. 23(f) in the United States Court of Appeals for the District of Columbia. Briefing on the petition is expected to be complete by April 4, 2025. The case caption and number are *In re: Bratya SPRL*, No. 25-08002 (D.C. Cir. 2025). A notice of appeal was not filed in this Court because "the petition is not itself an appeal, but rather a request to the [D.C. Circuit] asking that docketing of the appeal be allowed." *D.C. Circuit Handbook of Practice and Internal Procedures* at Section III(C)(1), p.16 (2024). If the petition is granted, the D.C. Circuit "transmits a certified copy of it to the Clerk of [this Court]. This certified copy serves as a notice of appeal." *Id.*

In compliance with the Court's October 17, 2024 Order, the parties will submit a joint proposed schedule for further proceedings within 14 days of adjudication of Plaintiff's Rule 23(f) petition.

1

Respectfully submitted,

Dated: April 3, 2025                    By */s/*        *Omar Jafri*
                                              Omar Jafri

**POMERANTZ LLP**
Joshua B. Silverman (admitted *pro hac vice*)
Omar Jafri (admitted *pro hac vice*)
Christopher Tourek (admitted *pro hac vice*)
Genc Arifi (admitted *pro hac vice*)
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603
Tel: (312) 377-1181
Fax: (312) 377-1184
Email: jbsilverman@pomlaw.com
        ojafri@pomlaw.com
        ctourek@pomlaw.com
        garifi@pomlaw.com

        *-and-*

Jeremy A. Lieberman (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com

*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein (admitted *pro hac vice*)
Yitzchak E. Soloveichick (admitted *pro hac vice*)
Eitan Kimmelman (admitted *pro hac vice*)
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
Email: peretz@bgandg.com
        soloveichick@bgandg.com
        eitan@bgang.com

*Counsel for Lead Plaintiff Bratya SPRL and Co-Lead Counsel for the Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
Jan E. Messerschmidt (D.C. Bar No. 1031488)
1110 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
Email: stoll@cohenmilstein.com
        dsommers@cohenmilstein.com
        jmesserschmidt@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff Bratya SPRL and for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 3, 2025, I served a copy of the foregoing to all attorneys of

record for Defendants via ECF.

Executed on April 3, 2025 in Chicago, Illinois.

*/s/ Omar Jafri*