# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE BED BATH & BEYOND CORPORATION SECURITIES LITIGATION | Case No. 1:22-CV-02541 (TNM) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel of record for Bratya SPRL ("Plaintiff"), and RC Ventures LLC and Ryan Cohen (collectively, "Defendants"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action and all claims or rights of action asserted by Plaintiff against Defendants and arising therefrom, be and hereby are dismissed with prejudice and without costs or disbursements in favor of either party against another, and with each party to bear its own costs, expenses, and attorney's fees.

Dated: May 6, 2025                                            Respectfully submitted,

/s/ *Steven M. Farina*                                        /s/ *Omar Jafri*
Steven M. Farina                                              Omar Jafri

**WILLIAMS & CONNOLLY LLP**                                   **POMERANTZ LLP**

Dane H. Butswinkas (D.C. Bar # 425056)                        Joshua B. Silverman (admitted *pro hac vice*)
Steven M. Farina (D.C. Bar # 437078)                          Omar Jafri (admitted *pro hac vice*)
680 Maine Avenue, S.W.                                        Christopher P.T. Tourek (admitted *pro hac vice*)
Washington, DC 20024
Tel: (202) 434-5000                                           Genc Arifi (admitted *pro hac vice*)
Fax: (202) 434-5029                                           10 S. LaSalle Street, Suite 3505
Email: dbutswinkas@wc.com                                     Chicago, IL 60603
sfarina@wc.com                                                Tel: (312) 377-1181
                                                              Fax: (312) 377-1184
*Counsel for Defendants RC Ventures LLC*                      Email: jbsilverman@pomlaw.com
*and Ryan Cohen*                                              ojafri@pomlaw.com
                                                              ctourek@pomlaw.com

garifi@pomlaw.com

*-and-*

Jeremy A. Lieberman (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com

*Counsel for Plaintiff Bratya SPRL*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

Peretz Bronstein (admitted *pro hac vice*)
Yitzchak E. Soloveichik (admitted *pro hac vice*)
Eitan Kimelman (admitted *pro hac vice*)
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
Email: peretz@bgandg.com
soloveichik@bgandg.com
eitank@bgandg.com

*Counsel for Plaintiff Bratya SPRL*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
Jan E. Messerschmidt (D.C. Bar No. 1031488)
1100 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
Email: stoll@cohenmilstein.com
dsommers@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

*Liaison Counsel for Plaintiff Bratya SPRL*